IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| IN RE:<br><br>HHGREGG, INC.<br><br>Debtor. | CASE NO. 17-01302-11 |
|---|---|

**APPEARANCE FOR THE UNITED STATES TRUSTEE**

The undersigned appears on behalf of the United States Trustee in this case:

>Ronald J. Moore
>OFFICE OF THE UNITED STATES TRUSTEE
>101 W. Ohio Street, Suite 1000
>Indianapolis, IN 46204
>317-226-6101
>317-226-6356 (fax)
>Ronald.Moore@usdoj.gov

>Respectfully Submitted,
>
>Nancy J. Gargula
>UNITED STATES TRUSTEE
>
>By:  /s/ Ronald J. Moore
>Ronald J. Moore
>Office of the United States Trustee
>101 W. Ohio Street, Suite 1000
>Indianapolis, IN 46204
>Tel. (317) 226-6268
>Fax (317) 226-6356
>Ronald.Moore@usdoj.gov

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 6, 2017, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

    Jeffrey A. Hokanson, Jeff.Hokanson@icemiller.com

    I further certify that on March 6, 2017, a copy of the foregoing was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

    None.

    /s/ Ronald J. Moore
Ronald J. Moore
Office of the United States Trustee
101 W. Ohio Street, Suite 1000
Indianapolis, IN 46204
Tel. (317) 226-6268
Fax (317) 226-6356
Ronald.Moore@usdoj.gov