UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| hhgregg, Inc., | ) | Case No. 17-01302-RLM-11 |
| | ) | |
| Debtor. | ) | |

## APPEARANCE

Kayla D. Britton and the firm of Faegre Baker Daniels LLP, pursuant to Rule B-9010-1(a)(1) of the Local Rules of the United States Bankruptcy Court for the Southern District of Indiana, hereby enter their appearance as counsel for Wells Fargo Bank, National Association ("Wells Fargo") and GACP Finance Co., LLC ("GACP") in the above-referenced bankruptcy proceeding.

Wells Fargo and GACP request that all notices, pleadings and documents be served on their counsel, addressed to:

> Kayla D. Britton (#29177-06)
> Faegre Baker Daniels LLP
> 600 East 96th Street, Suite 600
> Indianapolis, IN 46240
> Telephone: (317) 569-9600
> Facsimile:  (317) 569-4800
> kayla.britton@faegrebd.com

-2-

        Respectfully submitted,

        FAEGRE BAKER DANIELS LLP

        /s/ Kayla D. Britton

| Kayla D. Britton (#29177-06) | *Counsel for Wells Fargo Bank, National* |
| 600 E. 96th Street, Suite 600 | *Association and GACP Finance Co., LLC* |
| Indianapolis, IN 46240 | |
| Telephone: (317) 569-9600 | |
| Facsimile: (317) 569-4800 | |
| kayla.britton@faegrebd.com | |

## CERTIFICATE OF SERVICE

   I hereby certify that on March 7, 2017, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Wendy D. Brewer on behalf of Creditor Haier US Appliance Solutions, Inc.
wbrewer@jensenbrewer.com, info@jeffersonbrewer.com

Laura A DuVall on behalf of U.S. Trustee U.S. Trustee
Laura.Duvall@usdoj.gov, Catherine.henderson@usdoj.gov

Sarah Lynn Fowler on behalf of Debtor hhgregg, Inc.
Sarah.Fowler@icemiller.com, Kathy.chulchian@icemiller.com

Ronald E Gold on behalf of Creditor Washington Prime Group Inc.
rgold@fbtlaw.com, awebb@fbtlaw.com;eseverini@fbtlaw.com

Terry E. Hall on behalf of Creditor GACP Finance Co., LLC
terry.hall@faegrebd.com, sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com

Terry E. Hall on behalf of Creditor Wells Fargo Bank, National Association
terry.hall@faegrebd.com, sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com

Jeffrey A Hokanson on behalf of Debtor hhgregg, Inc.
jeff.hokanson@icemiller.com, leslie.redman@icemiller.com

Jay Jaffe on behalf of Creditor GACP Finance Co., LLC
jay.jaffe@faegrebd.com, sarah.herendeen@faegrebd.com;rachel.jenkins@faegrebd.com

Jay Jaffe on behalf of Creditor Wells Fargo Bank, National Association
jay.jaffe@faegrebd.com, sarah.herendeen@faegrebd.com;rachel.jenkins@faegrebd.com

Jonathan Marshall on behalf of Creditor Wells Fargo Bank, National Association
jmarshall@choate.com

Sean Monahan on behalf of Creditor Wells Fargo Bank, National Association
smonahan@choate.com

Ronald J. Moore on behalf of U.S. Trustee U.S. Trustee
Ronald.Moore@usdoj.gov

U.S. Trustee
ustpregion10.in.ecf@usdoj.gov

110434960_1

-4-

John Ventola on behalf of Creditor Wells Fargo Bank, National Association
jventola@choate.com

                                                        /s/ Kayla D. Britton