UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| ITT EDUCATIONAL SERVICES, INC., *et al.*[1] | ) | Case No. 16-07207-JMC-7A |
| Debtors. | ) | Jointly Administered |
| | ) | |
| DEBORAH J. CARUSO, the CHAPTER 7 TRUSTEE for ITT EDUCATIONAL SERVICES, INC., ESI SERVICE CORP. and DANIEL WEBSTER COLLEGE, INC., | ) | |
| Plaintiff, | ) | Adversary No. 18-50100 |
| vs. | ) | |
| KEVIN MODANY, JOHN E. DEAN, C. DAVID BROWN II, JOANNA T. LAU, THOMAS I. MORGAN, JOHN VINCENT WEBER, JOHN F. COZZI, SAMUEL L. ODLE, and JERRY M. COHEN, | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

Thomas F. Berndt with the law firm of Robins Kaplan LLP hereby enters his appearance in this adversary proceeding on behalf of the Plaintiff, Deborah J. Caruso, the chapter 7 trustee in the above-referenced bankruptcy case.

---

[1] The debtors in these cases, along with the last four digits of their respective federal tax identification numbers, are ITT Educational Services, Inc. [1311]; ESI Service Corp. [2117]; and Daniel Webster College, Inc. [5980].

Dated: June 21, 2018              Respectfully submitted,

By: <u>    */s/ Thomas F. Berndt*           </u>
Thomas F. Berndt, Litigation, Co-Counsel for the Trustee

**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
TBerndt@RobinsKaplan.com

## CERTIFICATE OF SERVICE

      I hereby certify that on June 21, 2018, a copy of the foregoing *Notice of Appearance* was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's Electronic Case Filing System. Party/parties may access this filing through the Court's system.

**Gregory Forrest Hahn:** ghahn@boselaw.com; jmcneeley@boselaw.com
**John C. Hoard:** johnh@rubin-levin.net, jkrichbaum@rubin-levin.net; atty_jch@trustesolutions.com
**Vilda Samuel Laurin:** slaurin@boselaw.com
**James P Moloy:** jmoloy@boselaw.com; dlingenfelter@boselaw.com; mwakefield@boselaw.com
**U.S. Trustee:** ustpregion10.in.ecf@usdoj.gov
**Paul D. Vink:** pvink@boselaw.com; clindsey@boselaw.com

      I further certify that on June 21, 2018, a copy of the foregoing *Notice of Appearance* was mailed by first-class U.S. Mail, postage prepaid and properly addressed, to the following:

None.

                                                          */s/ Thomas F. Berndt*
                                                          Thomas F. Berndt