# Exhibit B



**HOME MERIDIAN**
**INTERNATIONAL**

- Pulaski Furniture
- Samuel Lawrence Furniture
- Samuel Lawrence Hospitality
- Prime Resources International
- Sourcing Solutions Group
- Right2Home

> *********Please Note*********
> Our New Remittance Address:
> PO Box 743807
> Atlanta, GA 30374-3807

**Right2Home**

# Invoice

## Billing Address

| Information | | Page 1 of 1 |
|---|---|---|

GREGG APPLIANCES, INC. .COM
HH GREGG.COM
4151 EAST 96TH STREET
INDIANAPOLIS, IN 46240
US

| | |
|---|---|
| Document Number | 91148471 |
| Document Date | 25 Aug 2016 |
| Customer Number | 116357 |
| Purchase Order No. | X6DS-D040002-290 samples |
| Purchase Order Date | 22 Aug 2016 |
| Packing List No. | 81246053 |
| Sales Order No. | 1702081 |
| Payment Terms | Net 60 |
| Billing Date | 25 Aug 2016 |
| Currency | USD |
| Credit Rep Name | Brian Spencer |
| Carrier Name | FEDEX GROUND |
| Due Date | 24 Oct 2016 |

## Shipping Address

GREGG APPLIANCES, INC. .COM
HH GREGG.COM
4151 EAST 96TH STREET
INDIANAPOLIS, IN 46240
US

## Invoice Details

| Item | Material | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|
| 0010 | X6DS-D040002-290 | QUEEN BED | 1.0 | 200.00 | 200.00 |
| | | | | Subtotal | 200.00 |
| | | | | Surcharge | 0.00 |
| | | | | **Total Amount** | **$ 200.00** |

**Please Remit To:**
Home Meridian International      Phone (336) 819-7200
PO Box 743807, Atlanta, GA  30374-3807

A service charge of 1.5% per month applies on past due balances; annual percentage rate of 18%. Absolutely no goods can be returned without obtaining a return authorization.  Please contact your Customer Service Representative to report any errors or omissions.



# HOME MERIDIAN
### INTERNATIONAL

- Pulaski Furniture
- Samuel Lawrence Furniture
- Samuel Lawrence Hospitality
- Prime Resources International
- Sourcing Solutions Group
- Right2Home

> *********Please Note*********
> Our New Remittance Address:
> PO Box 743807
> Atlanta, GA 30374-3807

**Right2Home**

# Invoice

## Billing Address

GREGG APPLIANCES, INC. .COM
HH GREGG.COM
4151 EAST 96TH STREET
INDIANAPOLIS, IN 46240
US

## Shipping Address

HHGREGG-CHICAGO
CDC 0270
2176 DIEHL RD
AURORA, IL 60502
US

## Information

| | | Page 1 of 1 |
|---|---|---|
| Document Number | 91179177 | |
| Document Date | 10 Oct 2016 | |
| Customer Number | 116357 | |
| Purchase Order No. | 348916-2 | |
| Purchase Order Date | 06 Oct 2016 | |
| Packing List No. | 81278092 | |
| Sales Order No. | 1735958 | |
| Payment Terms | Net 60 | |
| Billing Date | 10 Oct 2016 | |
| Currency | USD | |
| Bill of Lading | 210977++ | |
| Credit Rep Name | Brian Spencer | |
| Carrier Name | FEDEX GROUND | |
| Due Date | 09 Dec 2016 | |

## Invoice Details

| Item | Material | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|
| 0010 | DS-516170 | Two Tone Rub-Through Console Table | 1.0 | 176.25 | 176.25 |
| | | | | Subtotal | 176.25 |
| | | | | R&A Allowance | 8.81- |
| | | | | Surcharge | 0.00 |
| | | | | **Total Amount** | **$ 167.44** |

**Please Remit To:**
Home Meridian International    Phone (336) 819-7200
PO Box 743807, Atlanta, GA  30374-3807

A service charge of 1.5% per month applies on past due balances; annual percentage rate of 18%. Absolutely no goods can be returned without obtaining a return authorization.  Please contact your Customer Service Representative to report any errors or omissions.



- Pulaski Furniture
- Samuel Lawrence Furniture
- Samuel Lawrence Hospitality
- Prime Resources International
- Sourcing Solutions Group
- Right2Home

*********Please Note*********
Our New Remittance Address:
PO Box 743807
Atlanta, GA 30374-3807

# Invoice

| Billing Address | Information | Page 1 of 1 |
|---|---|---|

**Billing Address**

GREGG APPLIANCES, INC. .COM
HH GREGG.COM
4151 EAST 96TH STREET
INDIANAPOLIS, IN 46240
US

**Information**

| | |
|---|---|
| Document Number | 91211145 |
| Document Date | 28 Nov 2016 |
| Customer Number | 116357 |
| Purchase Order No. | office furniture. |
| Packing List No. | 81312662 |
| Sales Order No. | 1771073 |
| Payment Terms | Net 60 |
| Billing Date | 28 Nov 2016 |
| Currency | USD |
| Bill of Lading | 214853++ |
| Credit Rep Name | Brian Spencer |
| Carrier Name | FEDEX GROUND |
| Due Date | 27 Jan 2017 |

**Shipping Address**

GREGG APPLIANCES, INC. .COM
ATTN: MABELLE LIM
4151 EAST 96TH STREET
INDIANAPOLIS, IN 46240
US

## Invoice Details

| Item | Material | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|
| 0010 | P006202 | Accent Chair | 4.0 | 449.00 | 1,796.00 |
| | | | | Subtotal | 1,796.00 |
| | | | | Surcharge | 0.00 |
| | | | | **Total Amount** | **$ 1,796.00** |

**Please Remit To:**
Home Meridian International      Phone (336) 819-7200
PO Box 743807, Atlanta, GA  30374-3807

A service charge of 1.5% per month applies on past due balances; annual percentage rate of 18%. Absolutely no goods can be returned without obtaining a return authorization.  Please contact your Customer Service Representative to report any errors or omissions.



**HOME MERIDIAN**
INTERNATIONAL

- Pulaski Furniture
- Samuel Lawrence Furniture
- Samuel Lawrence Hospitality
- Prime Resources International
- Sourcing Solutions Group
- Right2Home

*********Please Note*********
Our New Remittance Address:
PO Box 743807
Atlanta, GA 30374-3807

## Prime Resources International

# Invoice

### Billing Address

GREGG APPLIANCES, INC.
HH GREGG
4151 EAST 96TH STREET
INDIANAPOLIS, IN 46240
US

### Shipping Address

HHGREGG-ATLANTA
CDC 0079
2529 OLD ANVIL BLOCK RD
ELLENWOOD, GA 30294
US

### Information                                          Page 1 of 1

| | |
|---|---|
| **Document Number** | 91227312 |
| **Document Date** | 15 Dec 2016 |
| **Customer Number** | 116356 |
| **Purchase Order No.** | 347354 |
| **Purchase Order Date** | 15 Sep 2016 |
| **Packing List No.** | 81262523 |
| **Sales Order No.** | 1720868 |
| **Container Number** | MEDU8463262 |
| **Payment Terms** | Net 30 |
| **Billing Date** | 15 Dec 2016 |
| **Currency** | USD |
| **Bill of Lading** | 214901++ |
| **Credit Rep Name** | Brian Spencer |
| **Carrier Name** | DE WELL LOGISTICS |
| **Incoterms** | DDP-YANTIAN, CHINA |
| **Country of Origin** | China |
| **Port of Destination** | SAVANNAH |
| **Due Date** | 14 Jan 2017 |

### Invoice Details

| Item | Material | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|
| 0010 | 310-2093-003-083 Cust. Material No.: 0587628394 | Aurora Power Recliner Black | 27.0 | 281.00 | 7,587.00 |
| 0020 | 310-2093-412-083 Cust. Material No.: 0587628395 | Aurora Mltfnctn Pwr Reclining Sofa Black | 30.0 | 585.00 | 17,550.00 |
| 0030 | 310-2093-303-083 Cust. Material No.: 0587628396 | Aurora Mltfnctn Pwr Reclining Lvst Blk | 8.0 | 499.00 | 3,992.00 |
| | | | | Subtotal | 29,129.00 |
| | | | | R&A Allowance | 582.58- |
| | | | | Customs Charges | 304.46 |
| | | | | Co-op Discount | 291.29- |
| | | | | Surcharge | 0.00 |
| | | | | **Total Amount** | **$ 28,559.59** |

**Please Remit To:**
Home Meridian International        Phone (336) 819-7200
PO Box 743807, Atlanta, GA  30374-3807

A service charge of 1.5% per month applies on past due balances; annual percentage rate of 18%. Absolutely no goods can be returned without obtaining a return authorization. Please contact your Customer Service Representative to report any errors or omissions.



- Pulaski Furniture
- Samuel Lawrence Furniture
- Samuel Lawrence Hospitality
- Prime Resources International
- Sourcing Solutions Group
- Right2Home

*********Please Note*********
Our New Remittance Address:
PO Box 743807
Atlanta, GA 30374-3807

# Invoice

## Billing Address

GREGG APPLIANCES, INC. .COM
HH GREGG.COM
4151 EAST 96TH STREET
INDIANAPOLIS, IN 46240
US

## Shipping Address

Constance Lee
4026 SW 24th Street
HOLLYWOOD, FL 33023
US

## Information

Page 1 of 1

| | |
|---|---|
| Document Number | 91241118 |
| Document Date | 05 Jan 2017 |
| Customer Number | 116357 |
| Purchase Order No. | 10000055205 |
| Purchase Order Date | 01 Jan 2017 |
| Packing List No. | 81346012 |
| Sales Order No. | 1804366 |
| Payment Terms | Net 60 ROG |
| Billing Date | 05 Jan 2017 |
| Currency | USD |
| Bill of Lading | 218403++ |
| Credit Rep Name | Brian Spencer |
| Carrier Name | FEDEX GROUND |
| Due Date | 06 Mar 2017 |

## Invoice Details

| Item | Material | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|
| 0010 | DS-8632-270 Cust. Material No.: DS8632270 Item: 1 | Home Meridian Linen Upholstered Panel Ki | 1.0 | 115.00 | 115.00 |
| | | | | Subtotal | 115.00 |
| | | | | Surcharge | 0.00 |
| | | | | **Total Amount** | **$     115.00** |

**Please Remit To:**
Home Meridian International      Phone (336) 819-7200
PO Box 743807, Atlanta, GA  30374-3807

A service charge of 1.5% per month applies on past due balances; annual percentage rate of 18%. Absolutely no goods can be returned without obtaining a return authorization.  Please contact your Customer Service Representative to report any errors or omissions.



**HOME MERIDIAN**
**INTERNATIONAL**

- Pulaski Furniture
- Samuel Lawrence Furniture
- Samuel Lawrence Hospitality
- Prime Resources International
- Sourcing Solutions Group
- Right2Home

*********Please Note*********
Our New Remittance Address:
PO Box 743807
Atlanta, GA 30374-3807

# Invoice

## Billing Address

GREGG APPLIANCES, INC. .COM
HH GREGG.COM
4151 EAST 96TH STREET
INDIANAPOLIS, IN 46240
US

## Shipping Address

Beverly Carroll
5950 SW 20TH AVE
GAINESVILLE, FL 32607
US

## Information

Page 1 of 1

| | |
|---|---|
| Document Number | 91241119 |
| Document Date | 05 Jan 2017 |
| Customer Number | 116357 |
| Purchase Order No. | 10000055545 |
| Purchase Order Date | 04 Jan 2017 |
| Packing List No. | 81346636 |
| Sales Order No. | 1805028 |
| Payment Terms | Net 60 ROG |
| Billing Date | 05 Jan 2017 |
| Currency | USD |
| Bill of Lading | 218403++ |
| Credit Rep Name | Brian Spencer |
| Carrier Name | FEDEX GROUND |
| Due Date | 06 Mar 2017 |

## Invoice Details

| Item | Material | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|
| 0010 | DS-8632-270 | Home Meridian Linen Upholstered Panel Ki | 1.0 | 115.00 | 115.00 |
| | Cust. Material No.: DS8632270 Item: 1 | | | | |
| | | | | Subtotal | 115.00 |
| | | | | Surcharge | 0.00 |
| | | | | **Total Amount** | **$   115.00** |

**Please Remit To:**
Home Meridian International      Phone (336) 819-7200
PO Box 743807, Atlanta, GA  30374-3807

A service charge of 1.5% per month applies on past due balances; annual percentage rate of 18%. Absolutely no goods can be returned without obtaining a return authorization.  Please contact your Customer Service Representative to report any errors or omissions.



- Pulaski Furniture
- Samuel Lawrence Furniture
- Samuel Lawrence Hospitality
- Prime Resources International
- Sourcing Solutions Group
- Right2Home

*********Please Note*********
Our New Remittance Address:
PO Box 743807
Atlanta, GA 30374-3807

# Invoice

## Billing Address

GREGG APPLIANCES, INC. .COM
HH GREGG.COM
4151 EAST 96TH STREET
INDIANAPOLIS, IN 46240
US

## Shipping Address

jazmine jones
900 PANTIGO LN
CHESAPEAKE, VA 23320
US

## Information                    Page 1 of 1

| | |
|---|---|
| **Document Number** | 91243723 |
| **Document Date** | 09 Jan 2017 |
| **Customer Number** | 116357 |
| **Purchase Order No.** | 10000055705 |
| **Purchase Order Date** | 05 Jan 2017 |
| **Packing List No.** | 81348046 |
| **Sales Order No.** | 1806058 |
| **Payment Terms** | Net 60 ROG |
| **Billing Date** | 09 Jan 2017 |
| **Currency** | USD |
| **Bill of Lading** | 218623++ |
| **Credit Rep Name** | Brian Spencer |
| **Carrier Name** | FEDEX GROUND |
| **Due Date** | 10 Mar 2017 |

## Invoice Details

| Item | Material | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|
| 0010 | DS-2278-900-2<br>Cust. Material No.: 0587624042 Item: 1 | Home Meridian Faux Leather Accent Club C | 2.0 | 120.00 | 240.00 |
| | | | | Subtotal | 240.00 |
| | | | | Surcharge | 0.00 |
| | | | | **Total Amount** | **$   240.00** |

**Please Remit To:**
Home Meridian International    Phone (336) 819-7200
PO Box 743807, Atlanta, GA  30374-3807

A service charge of 1.5% per month applies on past due balances; annual percentage rate of 18%. Absolutely no goods can be returned without obtaining a return authorization.  Please contact your Customer Service Representative to report any errors or omissions.



**HOME MERIDIAN**
**INTERNATIONAL**

- Pulaski Furniture
- Samuel Lawrence Furniture
- Samuel Lawrence Hospitality
- Prime Resources International
- Sourcing Solutions Group
- Right2Home

*********Please Note*********
Our New Remittance Address:
PO Box 743807
Atlanta, GA 30374-3807

# Invoice

## Billing Address

GREGG APPLIANCES, INC. .COM
HH GREGG.COM
4151 EAST 96TH STREET
INDIANAPOLIS, IN 46240
US

## Shipping Address

stanley murray
20404 hickory branch dr
south chesterfield, VA 23803
US

## Information                          Page 1 of 1

| | |
|---|---|
| Document Number | 91243724 |
| Document Date | 09 Jan 2017 |
| Customer Number | 116357 |
| Purchase Order No. | 10000055772 |
| Purchase Order Date | 06 Jan 2017 |
| Packing List No. | 81348912 |
| Sales Order No. | 1806870 |
| Payment Terms | Net 60 ROG |
| Billing Date | 09 Jan 2017 |
| Currency | USD |
| Bill of Lading | 218623++ |
| Credit Rep Name | Brian Spencer |
| Carrier Name | FEDEX GROUND |
| Due Date | 10 Mar 2017 |

## Invoice Details

| Item | Material | Description | Quantity | Unit Price | Amount |
|------|----------|-------------|----------|------------|--------|
| 0010 | DS-8632-270<br>Cust. Material No.: DS8632270 Item: 1 | Home Meridian Linen Upholstered Panel Ki | 1.0 | 115.00 | 115.00 |
| | | | | Subtotal | 115.00 |
| | | | | Surcharge | 0.00 |
| | | | | **Total Amount** | **$   115.00** |

**Please Remit To:**
Home Meridian International      Phone (336) 819-7200
PO Box 743807, Atlanta, GA  30374-3807

A service charge of 1.5% per month applies on past due balances; annual percentage rate of 18%. Absolutely no goods can be returned without obtaining a return authorization.  Please contact your Customer Service Representative to report any errors or omissions.



- Pulaski Furniture
- Samuel Lawrence Furniture
- Samuel Lawrence Hospitality
- Prime Resources International
- Sourcing Solutions Group
- Right2Home

**********Please Note**********
Our New Remittance Address:
PO Box 743807
Atlanta, GA 30374-3807

# Invoice

| **Billing Address** | **Information** | Page 1 of 1 |
|---|---|---|

**Billing Address**

GREGG APPLIANCES, INC. .COM
HH GREGG.COM
4151 EAST 96TH STREET
INDIANAPOLIS, IN 46240
US

| **Information** | | Page 1 of 1 |
|---|---|---|
| Document Number | 91244408 | |
| Document Date | 10 Jan 2017 | |
| Customer Number | 116357 | |
| Purchase Order No. | 10000055865 | |
| Purchase Order Date | 07 Jan 2017 | |
| Packing List No. | 81350209 | |
| Sales Order No. | 1807484 | |
| Payment Terms | Net 60 ROG | |
| Billing Date | 10 Jan 2017 | |
| Currency | USD | |
| Bill of Lading | 218764++ | |
| Credit Rep Name | Brian Spencer | |
| Carrier Name | FEDEX GROUND | |
| Due Date | 11 Mar 2017 | |

**Shipping Address**

Dick Borrelli
35 Retreat Dr
Newnan, GA 30263
US

## Invoice Details

| Item | Material | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|
| 0010 | DS-A092022 | Home Meridian Elm Mirrored Door Cabinet | 2.0 | 170.00 | 340.00 |
| | Cust. Material No.: 0587624217 Item: 1 | | | | |
| | | | | Subtotal | 340.00 |
| | | | | Surcharge | 0.00 |
| | | | | **Total Amount** | $ 340.00 |

**Please Remit To:**
Home Meridian International      Phone (336) 819-7200
PO Box 743807, Atlanta, GA  30374-3807

A service charge of 1.5% per month applies on past due balances; annual percentage rate of 18%. Absolutely no goods can be returned without obtaining a return authorization.  Please contact your Customer Service Representative to report any errors or omissions.



- Pulaski Furniture
- Samuel Lawrence Furniture
- Samuel Lawrence Hospitality
- Prime Resources International
- Sourcing Solutions Group
- Right2Home

*********Please Note*********
Our New Remittance Address:
PO Box 743807
Atlanta, GA 30374-3807

# Invoice

## Billing Address

GREGG APPLIANCES, INC. .COM
HH GREGG.COM
4151 EAST 96TH STREET
INDIANAPOLIS, IN 46240
US

## Shipping Address

Bridgette Allison
6779 Leaf Crest Drive
Whitsett, NC 27377
US

## Information                                    Page 1 of 1

| | |
|---|---|
| **Document Number** | 91244409 |
| **Document Date** | 10 Jan 2017 |
| **Customer Number** | 116357 |
| **Purchase Order No.** | 10000056052 |
| **Purchase Order Date** | 08 Jan 2017 |
| **Packing List No.** | 81350210 |
| **Sales Order No.** | 1808318 |
| **Payment Terms** | Net 60 ROG |
| **Billing Date** | 10 Jan 2017 |
| **Currency** | USD |
| **Bill of Lading** | 218764++ |
| **Credit Rep Name** | Brian Spencer |
| **Carrier Name** | FEDEX GROUND |
| **Due Date** | 11 Mar 2017 |

## Invoice Details

| Item | Material | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|
| 0010 | DS-2218-250-HS | Home Meridian Silver Upholstered Queen H | 1.0 | 90.00 | 90.00 |
| | Cust. Material No.: 0587622103 Item: 1 | | | | |
| | | | | Subtotal | 90.00 |
| | | | | Surcharge | 0.00 |
| | | | | **Total Amount** | **$ 90.00** |

**Please Remit To:**
Home Meridian International      Phone (336) 819-7200
PO Box 743807, Atlanta, GA  30374-3807

A service charge of 1.5% per month applies on past due balances; annual percentage rate of 18%. Absolutely no goods can be returned without obtaining a return authorization.  Please contact your Customer Service Representative to report any errors or omissions.



- Pulaski Furniture
- Samuel Lawrence Furniture
- Samuel Lawrence Hospitality
- Prime Resources International
- Sourcing Solutions Group
- Right2Home

```
*********Please Note*********
Our New Remittance Address:
PO Box 743807
Atlanta, GA 30374-3807
```

# Invoice

## Billing Address

GREGG APPLIANCES, INC. .COM
HH GREGG.COM
4151 EAST 96TH STREET
INDIANAPOLIS, IN 46240
US

## Shipping Address

Maria Dioselina Guzman
1717 Mercy Dr
ORLANDO, FL 32808
US

## Information

Page 1 of 1

| | |
|---|---|
| Document Number | 91247553 |
| Document Date | 13 Jan 2017 |
| Customer Number | 116357 |
| Purchase Order No. | 10000056417 |
| Purchase Order Date | 12 Jan 2017 |
| Packing List No. | 81354083 |
| Sales Order No. | 1812227 |
| Payment Terms | Net 60 ROG |
| Billing Date | 13 Jan 2017 |
| Currency | USD |
| Bill of Lading | 219124++ |
| Credit Rep Name | Brian Spencer |
| Carrier Name | FEDEX GROUND |
| Due Date | 14 Mar 2017 |

## Invoice Details

| Item | Material | Description | Quantity | Unit Price | Amount |
|------|----------|-------------|----------|------------|--------|
| 0010 | DS-8626-250<br>Cust. Material No.: 0587618478 Item: 1 | Home Meridian Tufted Linen Upholstered P | 1.0 | 105.00 | 105.00 |
| | | | | Subtotal | 105.00 |
| | | | | Surcharge | 0.00 |
| | | | | **Total Amount** | **$ 105.00** |

**Please Remit To:**
Home Meridian International      Phone (336) 819-7200
PO Box 743807, Atlanta, GA  30374-3807

A service charge of 1.5% per month applies on past due balances; annual percentage rate of 18%. Absolutely no goods can be returned without obtaining a return authorization.  Please contact your Customer Service Representative to report any errors or omissions.

# HOME MERIDIAN
## INTERNATIONAL

- Pulaski Furniture
- Samuel Lawrence Furniture
- Samuel Lawrence Hospitality
- Prime Resources International
- Sourcing Solutions Group
- Right2Home

*********Please Note*********
Our New Remittance Address:
PO Box 743807
Atlanta, GA 30374-3807

# Invoice

| Billing Address | Information | Page 1 of 1 |
|---|---|---|

**Billing Address**

GREGG APPLIANCES, INC. .COM
HH GREGG.COM
4151 EAST 96TH STREET
INDIANAPOLIS, IN 46240
US

**Information**

| | |
|---|---|
| Document Number | 91247563 |
| Document Date | 13 Jan 2017 |
| Customer Number | 116357 |
| Purchase Order No. | 10000056408 |
| Purchase Order Date | 12 Jan 2017 |
| Packing List No. | 81353699 |
| Sales Order No. | 1812008 |
| Payment Terms | Net 60 ROG |
| Billing Date | 13 Jan 2017 |
| Currency | USD |
| Bill of Lading | 219090++ |
| Credit Rep Name | Brian Spencer |
| Carrier Name | FEDEX GROUND |
| Due Date | 14 Mar 2017 |

**Shipping Address**

Andrea Motte
509 Tannerstone Court
Orange Park, FL 32065
US

## Invoice Details

| Item | Material | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|
| 0010 | DS-2510-900-405 | Home Meridian Grey Woven Button Tufted A<br>Cust. Material No.: 0587623973 Item: 1 | 1.0 | 130.00 | 130.00 |
| | | | | Subtotal | 130.00 |
| | | | | Surcharge | 0.00 |
| | | | | **Total Amount** | **$   130.00** |

**Please Remit To:**
Home Meridian International      Phone (336) 819-7200
PO Box 743807, Atlanta, GA  30374-3807

A service charge of 1.5% per month applies on past due balances; annual percentage rate of 18%. Absolutely no goods can be returned without obtaining a return authorization.  Please contact your Customer Service Representative to report any errors or omissions.



- Pulaski Furniture
- Samuel Lawrence Furniture
- Samuel Lawrence Hospitality
- Prime Resources International
- Sourcing Solutions Group
- Right2Home

*********Please Note*********
Our New Remittance Address:
PO Box 743807
Atlanta, GA 30374-3807

# Invoice

| Billing Address | Information | Page 1 of 1 |
|---|---|---|

**Billing Address**

GREGG APPLIANCES, INC. .COM
HH GREGG.COM
4151 EAST 96TH STREET
INDIANAPOLIS, IN 46240
US

**Information**

| | |
|---|---|
| Document Number | 91250673 |
| Document Date | 17 Jan 2017 |
| Customer Number | 116357 |
| Purchase Order No. | 10000056493 |
| Purchase Order Date | 14 Jan 2017 |
| Packing List No. | 81356231 |
| Sales Order No. | 1813603 |
| Payment Terms | Net 60 ROG |
| Billing Date | 17 Jan 2017 |
| Currency | USD |
| Bill of Lading | 219361++ |
| Credit Rep Name | Brian Spencer |
| Carrier Name | FEDEX GROUND |
| Due Date | 18 Mar 2017 |

**Shipping Address**

Rich kost
2859SE Eagle Dr
PORT SAINT LUCIE, FL 34984
US

## Invoice Details

| Item | Material | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|
| 0010 | DS-2636-680-287      Cust. Material No.: DS2636680287 Item: 1 | Home Meridian Hayden Beige Sofa with Sca | 1.0 | 300.00 | 300.00 |
| | | | | Subtotal | 300.00 |
| | | | | Surcharge | 0.00 |
| | | | | **Total Amount** | $ 300.00 |

**Please Remit To:**
Home Meridian International     Phone (336) 819-7200
PO Box 743807, Atlanta, GA  30374-3807

A service charge of 1.5% per month applies on past due balances; annual percentage rate of 18%. Absolutely no goods can be returned without obtaining a return authorization.  Please contact your Customer Service Representative to report any errors or omissions.



HOME
MERIDIAN
I N T E R N A T I O N A L

- Pulaski Furniture
- Samuel Lawrence Furniture
- Samuel Lawrence Hospitality
- Prime Resources International
- Sourcing Solutions Group
- Right2Home

*********Please Note*********
Our New Remittance Address:
PO Box 743807
Atlanta, GA 30374-3807

# Invoice

## Billing Address

GREGG APPLIANCES, INC. .COM
HH GREGG.COM
4151 EAST 96TH STREET
INDIANAPOLIS, IN 46240
US

## Shipping Address

Kasey Westfall
314 MARRINGTON CIR
GOOSE CREEK, SC 29445
US

## Information

**Page** 1 of 1

| | |
|---|---|
| **Document Number** | 91250674 |
| **Document Date** | 17 Jan 2017 |
| **Customer Number** | 116357 |
| **Purchase Order No.** | 10000056569 |
| **Purchase Order Date** | 15 Jan 2017 |
| **Packing List No.** | 81356232 |
| **Sales Order No.** | 1814824 |
| **Payment Terms** | Net 60 ROG |
| **Billing Date** | 17 Jan 2017 |
| **Currency** | USD |
| **Bill of Lading** | 219361++ |
| **Credit Rep Name** | Brian Spencer |
| **Carrier Name** | FEDEX GROUND |
| **Due Date** | 18 Mar 2017 |

## Invoice Details

| Item | Material | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|
| 0010 | DS-2218-250-HS | Home Meridian Silver Upholstered Queen H | 1.0 | 90.00 | 90.00 |
| | Cust. Material No.: 0587622103 Item: 1 | | | | |
| | | | | Subtotal | 90.00 |
| | | | | Surcharge | 0.00 |
| | | | | **Total Amount** | **$ 90.00** |

**Please Remit To:**
Home Meridian International      Phone (336) 819-7200
PO Box 743807, Atlanta, GA  30374-3807

A service charge of 1.5% per month applies on past due balances; annual percentage rate of 18%. Absolutely no goods can be returned without obtaining a return authorization. Please contact your Customer Service Representative to report any errors or omissions.



**HOME MERIDIAN**
**INTERNATIONAL**

- Pulaski Furniture
- Samuel Lawrence Furniture
- Samuel Lawrence Hospitality
- Prime Resources International
- Sourcing Solutions Group
- Right2Home

*********Please Note*********
Our New Remittance Address:
PO Box 743807
Atlanta, GA 30374-3807

# Invoice

| Billing Address | Information | Page 1 of 1 |
|---|---|---|

**Billing Address**

GREGG APPLIANCES, INC. .COM
HH GREGG.COM
4151 EAST 96TH STREET
INDIANAPOLIS, IN 46240
US

**Information**

| | |
|---|---|
| Document Number | 91251623 |
| Document Date | 18 Jan 2017 |
| Customer Number | 116357 |
| Purchase Order No. | 10000056659 |
| Purchase Order Date | 16 Jan 2017 |
| Packing List No. | 81357898 |
| Sales Order No. | 1815630 |
| Payment Terms | Net 60 ROG |
| Billing Date | 18 Jan 2017 |
| Currency | USD |
| Bill of Lading | 219556++ |
| Credit Rep Name | Brian Spencer |
| Carrier Name | FEDEX GROUND |
| Due Date | 19 Mar 2017 |

**Shipping Address**

Rasheda Abrams
1204 Giff Lane
NEWBERRY, SC 29108
US

## Invoice Details

| Item | Material | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|
| 0010 | DS-2510-900-405 | Home Meridian Grey Woven Button Tufted A | 1.0 | 130.00 | 130.00 |
| | Cust. Material No.: 0587623973 Item: 1 | | | | |
| | | | | Subtotal | 130.00 |
| | | | | Surcharge | 0.00 |
| | | | | **Total Amount** | **$ 130.00** |

**Please Remit To:**
Home Meridian International      Phone (336) 819-7200
PO Box 743807, Atlanta, GA  30374-3807

A service charge of 1.5% per month applies on past due balances; annual percentage rate of 18%. Absolutely no goods can be returned without obtaining a return authorization. Please contact your Customer Service Representative to report any errors or omissions.

# HOME MERIDIAN
### INTERNATIONAL

- Pulaski Furniture
- Samuel Lawrence Furniture
- Samuel Lawrence Hospitality
- Prime Resources International
- Sourcing Solutions Group
- Right2Home

*********Please Note*********
Our New Remittance Address:
PO Box 743807
Atlanta, GA 30374-3807

**Prime Resources International**

# Invoice

## Billing Address

GREGG APPLIANCES, INC.
HH GREGG
4151 EAST 96TH STREET
INDIANAPOLIS, IN 46240
US

## Shipping Address

HHGREGG-MIDWEST
CDC 0139
2125 GATEWAY BLVD
HEBRON, KY 41048
US

## Information                                 Page 1 of 1

| | |
|---|---|
| Document Number | 91253698 |
| Document Date | 23 Jan 2017 |
| Customer Number | 116356 |
| Purchase Order No. | 358606 |
| Purchase Order Date | 03 Jan 2017 |
| Packing List No. | 81360175 |
| Sales Order No. | 1804521 |
| Payment Terms | Net 30 ROG |
| Billing Date | 23 Jan 2017 |
| Currency | USD |
| Bill of Lading | 219819++ |
| Credit Rep Name | Brian Spencer |
| Carrier Name | SUNBELT FURNITURE XPRESS INC |
| Due Date | 22 Feb 2017 |

## Invoice Details

| Item | Material | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|
| 0010 | 310-1985-178-131    Langdon Power HT Recliner Charcoal<br>Cust. Material No.: 0587628392 | | 9.0 | 312.00 | 2,808.00 |
| 0020 | 310-1985-178-125    Langdon Power HT Recliner Cardinal<br>Cust. Material No.: 0587628393 | | 24.0 | 312.00 | 7,488.00 |
| | | | | Subtotal | 10,296.00 |
| | | | | R&A  Allowance | 205.92- |
| | | | | Co-op Discount | 102.96- |
| | | | | Surcharge | 0.00 |
| | | | | **Total Amount** | **$    9,987.12** |

**Please Remit To:**
Home Meridian International        Phone (336) 819-7200
PO Box 743807, Atlanta, GA  30374-3807

A service charge of 1.5% per month applies on past due balances; annual percentage rate of 18%. Absolutely no goods can be returned without obtaining a return authorization.  Please contact your Customer Service Representative to report any errors or omissions.



- Pulaski Furniture
- Samuel Lawrence Furniture
- Samuel Lawrence Hospitality
- Prime Resources International
- Sourcing Solutions Group
- Right2Home

*********Please Note*********
Our New Remittance Address:
PO Box 743807
Atlanta, GA 30374-3807

## Prime Resources International

# Invoice

### Billing Address

| | |
|---|---|
| | Page 1 of 1 |

GREGG APPLIANCES, INC.
HH GREGG
4151 EAST 96TH STREET
INDIANAPOLIS, IN 46240
US

### Information

| | |
|---|---|
| Document Number | 91253712 |
| Document Date | 23 Jan 2017 |
| Customer Number | 116356 |
| Purchase Order No. | 349260 |
| Purchase Order Date | 12 Oct 2016 |
| Packing List No. | 81359477 |
| Sales Order No. | 1740345 |
| Payment Terms | Net 30 |
| Billing Date | 23 Jan 2017 |
| Currency | USD |
| Bill of Lading | 219527++ |
| Credit Rep Name | Brian Spencer |
| Carrier Name | SUNBELT FURNITURE XPRESS INC |
| Due Date | 22 Feb 2017 |

### Shipping Address

HHGREGG-ORLANDO
CDC 0150
220 DEEN STILL RD.
DAVENPORT, FL 33897
US

### Invoice Details

| Item | Material | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|
| 0010 | 310-A209U-003-769 | Callahan Power Leather Recliner Putty | 8.0 | 309.00 | 2,472.00 |
| | Cust. Material No.: 0587628368 | | | | |
| 0020 | 310-A209U-003-735 | Callahan Power Leather Recliner Drift | 8.0 | 309.00 | 2,472.00 |
| | Cust. Material No.: 0587628369 | | | | |
| | | | | Subtotal | 4,944.00 |
| | | | | R&A Allowance | 98.88- |
| | | | | Co-op Discount | 49.44- |
| | | | | Surcharge | 0.00 |
| | | | | **Total Amount** | **$ 4,795.68** |

**Please Remit To:**
Home Meridian International        Phone (336) 819-7200
PO Box 743807, Atlanta, GA  30374-3807

A service charge of 1.5% per month applies on past due balances; annual percentage rate of 18%. Absolutely no goods can be returned without obtaining a return authorization.  Please contact your Customer Service Representative to report any errors or omissions.



- Pulaski Furniture
- Samuel Lawrence Furniture
- Samuel Lawrence Hospitality
- Prime Resources International
- Sourcing Solutions Group
- Right2Home

*********Please Note*********
Our New Remittance Address:
PO Box 743807
Atlanta, GA 30374-3807

**Prime Resources International**

# Invoice

| Billing Address | | Information | Page 1 of 1 |
|---|---|---|---|

**Billing Address**

GREGG APPLIANCES, INC.
HH GREGG
4151 EAST 96TH STREET
INDIANAPOLIS, IN 46240
US

**Information**

| | |
|---|---|
| Document Number | 91253714 |
| Document Date | 23 Jan 2017 |
| Customer Number | 116356 |
| Purchase Order No. | 349259 |
| Purchase Order Date | 12 Oct 2016 |
| Packing List No. | 81359479 |
| Sales Order No. | 1740347 |
| Payment Terms | Net 30 |
| Billing Date | 23 Jan 2017 |
| Currency | USD |
| Bill of Lading | 219527++ |
| Credit Rep Name | Brian Spencer |
| Carrier Name | SUNBELT FURNITURE XPRESS INC |
| Due Date | 22 Feb 2017 |

**Shipping Address**

HHGREGG-MIDWEST
CDC 0139
2125 GATEWAY BLVD
HEBRON, KY 41048
US

## Invoice Details

| Item | Material | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|
| 0010 | 310-A209U-003-769 | Callahan Power Leather Recliner Putty | 10.0 | 309.00 | 3,090.00 |
| | Cust. Material No.: 0587628368 | | | | |
| 0020 | 310-A209U-003-735 | Callahan Power Leather Recliner Drift | 10.0 | 309.00 | 3,090.00 |
| | Cust. Material No.: 0587628369 | | | | |
| | | | | Subtotal | 6,180.00 |
| | | | | R&A Allowance | 123.60- |
| | | | | Co-op Discount | 61.80- |
| | | | | Surcharge | 0.00 |
| | | | | **Total Amount** | **$ 5,994.60** |

**Please Remit To:**
Home Meridian International      Phone (336) 819-7200
PO Box 743807, Atlanta, GA  30374-3807

A service charge of 1.5% per month applies on past due balances; annual percentage rate of 18%. Absolutely no goods can be returned without obtaining a return authorization.  Please contact your Customer Service Representative to report any errors or omissions.

# HOME MERIDIAN
## INTERNATIONAL

- Pulaski Furniture
- Samuel Lawrence Furniture
- Samuel Lawrence Hospitality
- Prime Resources International
- Sourcing Solutions Group
- Right2Home

*********Please Note*********
Our New Remittance Address:
PO Box 743807
Atlanta, GA 30374-3807

**Prime Resources International**

# Invoice

## Billing Address

GREGG APPLIANCES, INC.
HH GREGG
4151 EAST 96TH STREET
INDIANAPOLIS, IN 46240
US

## Shipping Address

HHGREGG-MIDWEST
CDC 0139
2125 GATEWAY BLVD
HEBRON, KY 41048
US

## Information

**Page** 1 of 1

| | |
|---|---|
| **Document Number** | 91255117 |
| **Document Date** | 24 Jan 2017 |
| **Customer Number** | 116356 |
| **Purchase Order No.** | 357323 |
| **Purchase Order Date** | 16 Dec 2016 |
| **Packing List No.** | 81360867 |
| **Sales Order No.** | 1791684 |
| **Payment Terms** | Net 30 ROG |
| **Billing Date** | 24 Jan 2017 |
| **Currency** | USD |
| **Bill of Lading** | 219899++ |
| **Credit Rep Name** | Brian Spencer |
| **Carrier Name** | SUNBELT FURNITURE XPRESS INC |
| **Due Date** | 23 Feb 2017 |

## Invoice Details

| Item | Material | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|
| 0010 | 310-A209U-003-769 | Callahan Power Leather Recliner Putty | 5.0 | 309.00 | 1,545.00 |
| | Cust. Material No.: 0587628368 | | | | |
| 0020 | 310-A209U-003-735 | Callahan Power Leather Recliner Drift | 10.0 | 309.00 | 3,090.00 |
| | Cust. Material No.: 0587628369 | | | | |
| 0030 | 310-1985-178-083 | Langdon Power HT Recliner Black | 45.0 | 312.00 | 14,040.00 |
| | Cust. Material No.: 0587628391 | | | | |
| 0040 | 310-2093-003-083 | Aurora Power Recliner Black | 20.0 | 318.00 | 6,360.00 |
| | Cust. Material No.: 0587628394 | | | | |
| 0050 | 310-2093-412-083 | Aurora Mltfnctn Pwr Reclining Sofa Black | 20.0 | 675.00 | 13,500.00 |
| | Cust. Material No.: 0587628395 | | | | |
| 0060 | 310-2093-303-083 | Aurora Mltfnctn Pwr Reclining Lvst Blk | 20.0 | 555.00 | 11,100.00 |
| | Cust. Material No.: 0587628396 | | | | |

| | |
|---|---|
| Subtotal | 49,635.00 |
| R&A Allowance | 992.70 |
| Co-op Discount | 496.35- |
| Surcharge | 0.00 |
| **Total Amount** | **$ 48,145.95** |

**Please Remit To:**
Home Meridian International       Phone (336) 819-7200
PO Box 743807, Atlanta, GA  30374-3807

A service charge of 1.5% per month applies on past due balances; annual percentage rate of 18%. Absolutely no goods can be returned without obtaining a return authorization.  Please contact your Customer Service Representative to report any errors or omissions.



- Pulaski Furniture
- Samuel Lawrence Furniture
- Samuel Lawrence Hospitality
- Prime Resources International
- Sourcing Solutions Group
- Right2Home

**\*\*\*\*\*\*\*\*Please Note\*\*\*\*\*\*\*\***
Our New Remittance Address:
PO Box 743807
Atlanta, GA 30374-3807

## Prime Resources International

# Invoice

| Billing Address | Information | Page 1 of 1 |
|---|---|---|
| GREGG APPLIANCES, INC.<br>HH GREGG<br>4151 EAST 96TH STREET<br>INDIANAPOLIS, IN 46240<br>US | Document Number 91256494<br>Document Date 25 Jan 2017<br>Customer Number 116356<br>Purchase Order No. 357322<br>Purchase Order Date 16 Dec 2016<br>Packing List No. 81360868<br>Sales Order No. 1791686<br>Payment Terms Net 30 ROG | |

### Shipping Address

HHGREGG-ATLANTA
CDC 0079
2529 OLD ANVIL BLOCK RD
ELLENWOOD, GA 30294
US

Billing Date          25 Jan 2017
Currency             USD
Bill of Lading       219920++
Credit Rep Name      Brian Spencer
Carrier Name         SUNBELT FURNITURE XPRESS INC
Due Date             24 Feb 2017

## Invoice Details

| Item | Material | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|
| 0010 | 310-A209U-003-769<br>Cust. Material No.: 0587628368 | Callahan Power Leather Recliner Putty | 6.0 | 309.00 | 1,854.00 |
| 0020 | 310-A209U-003-735<br>Cust. Material No.: 0587628369 | Callahan Power Leather Recliner Drift | 9.0 | 309.00 | 2,781.00 |
| 0030 | 310-2093-003-083<br>Cust. Material No.: 0587628394 | Aurora Power Recliner Black | 12.0 | 318.00 | 3,816.00 |
| 0040 | 310-2093-412-083<br>Cust. Material No.: 0587628395 | Aurora Mltfnctn Pwr Reclining Sofa Black | 12.0 | 675.00 | 8,100.00 |
| 0050 | 310-2093-303-083<br>Cust. Material No.: 0587628396 | Aurora Mltfnctn Pwr Reclining Lvst Blk | 12.0 | 555.00 | 6,660.00 |

| | |
|---|---|
| Subtotal | 23,211.00 |
| R&A Allowance | 464.22- |
| Co-op Discount | 232.11- |
| Surcharge | 0.00 |
| **Total Amount** | **$   22,514.67** |

**Please Remit To:**
Home Meridian International      Phone (336) 819-7200
PO Box 743807, Atlanta, GA  30374-3807

A service charge of 1.5% per month applies on past due balances; annual percentage rate of 18%. Absolutely no goods can be returned without obtaining a return authorization.  Please contact your Customer Service Representative to report any errors or omissions.



- Pulaski Furniture
- Samuel Lawrence Furniture
- Samuel Lawrence Hospitality
- Prime Resources International
- Sourcing Solutions Group
- Right2Home

*********Please Note*********
Our New Remittance Address:
PO Box 743807
Atlanta, GA 30374-3807

## Prime Resources International

# Invoice

| Billing Address | Information | Page 1 of 1 |
|---|---|---|
| GREGG APPLIANCES, INC.<br>HH GREGG<br>4151 EAST 96TH STREET<br>INDIANAPOLIS, IN 46240<br>US | **Document Number** 91256580<br>**Document Date** 25 Jan 2017<br>**Customer Number** 116356<br>**Purchase Order No.** 357324<br>**Purchase Order Date** 16 Dec 2016<br>**Packing List No.** 81360865<br>**Sales Order No.** 1791682<br>**Payment Terms** Net 30 ROG<br>**Billing Date** 25 Jan 2017<br>**Currency** USD<br>**Bill of Lading** 219833++<br>**Credit Rep Name** Brian Spencer<br>**Carrier Name** SUNBELT FURNITURE XPRESS INC<br>**Due Date** 24 Feb 2017 | |

**Shipping Address**

HHGREGG-ORLANDO
CDC 0150
220 DEEN STILL RD.
DAVENPORT, FL 33897
US

### Invoice Details

| Item | Material | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|
| 0010 | 310-A209U-003-769    Callahan Power Leather Recliner Putty<br>Cust. Material No.: 0587628368 | | 3.0 | 309.00 | 927.00 |
| 0020 | 310-A209U-003-735    Callahan Power Leather Recliner Drift<br>Cust. Material No.: 0587628369 | | 6.0 | 309.00 | 1,854.00 |
| | | | | Subtotal | 2,781.00 |
| | | | | R&A Allowance | 55.62- |
| | | | | Co-op Discount | 27.81- |
| | | | | Surcharge | 0.00 |
| | | | | **Total Amount** | **$ 2,697.57** |

**Please Remit To:**
Home Meridian International       Phone (336) 819-7200
PO Box 743807, Atlanta, GA   30374-3807

A service charge of 1.5% per month applies on past due balances; annual percentage rate of 18%. Absolutely no goods can be returned without obtaining a return authorization.  Please contact your Customer Service Representative to report any errors or omissions.



- Pulaski Furniture
- Samuel Lawrence Furniture
- Samuel Lawrence Hospitality
- Prime Resources International
- Sourcing Solutions Group
- Right2Home

*********Please Note*********
Our New Remittance Address:
PO Box 743807
Atlanta, GA 30374-3807

**Prime Resources International**

# Invoice

## Billing Address

GREGG APPLIANCES, INC.
HH GREGG
4151 EAST 96TH STREET
INDIANAPOLIS, IN 46240
US

## Shipping Address

HHGREGG-ORLANDO
CDC 0150
220 DEEN STILL RD.
DAVENPORT, FL 33897
US

## Information                           Page 1 of 1

| | |
|---|---|
| **Document Number** | 91257238 |
| **Document Date** | 26 Jan 2017 |
| **Customer Number** | 116356 |
| **Purchase Order No.** | 358607 |
| **Purchase Order Date** | 03 Jan 2017 |
| **Packing List No.** | 81363606 |
| **Sales Order No.** | 1804523 |
| **Payment Terms** | Net 30 ROG |
| **Billing Date** | 26 Jan 2017 |
| **Currency** | USD |
| **Bill of Lading** | 220170++ |
| **Credit Rep Name** | Brian Spencer |
| **Carrier Name** | SUNBELT FURNITURE XPRESS INC |
| **Due Date** | 25 Feb 2017 |

## Invoice Details

| Item | Material | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|
| 0010 | 310-1985-178-131 | Langdon Power HT Recliner Charcoal | 2.0 | 312.00 | 624.00 |
| | Cust. Material No.: 0587628392 | | | | |
| 0020 | 310-1985-178-125 | Langdon Power HT Recliner Cardinal | 10.0 | 312.00 | 3,120.00 |
| | Cust. Material No.: 0587628393 | | | | |
| | | | | Subtotal | 3,744.00 |
| | | | | R&A Allowance | 74.88- |
| | | | | Co-op Discount | 37.44- |
| | | | | Surcharge | 0.00 |
| | | | | **Total Amount** | **$ 3,631.68** |

**Please Remit To:**
Home Meridian International        Phone (336) 819-7200
PO Box 743807, Atlanta, GA  30374-3807

A service charge of 1.5% per month applies on past due balances; annual percentage rate of 18%. Absolutely no goods can be returned without obtaining a return authorization.  Please contact your Customer Service Representative to report any errors or omissions.



- Pulaski Furniture
- Samuel Lawrence Furniture
- Samuel Lawrence Hospitality
- Prime Resources International
- Sourcing Solutions Group
- Right2Home

*********Please Note*********
Our New Remittance Address:
PO Box 743807
Atlanta, GA 30374-3807

# Invoice

| **Billing Address** | **Information** | | Page 1 of 1 |
|---|---|---|---|

**Billing Address**

GREGG APPLIANCES, INC. .COM
HH GREGG.COM
4151 EAST 96TH STREET
INDIANAPOLIS, IN 46240
US

**Information**

| | |
|---|---|
| Document Number | 91257490 |
| Document Date | 26 Jan 2017 |
| Customer Number | 116357 |
| Purchase Order No. | 10000057559 |
| Purchase Order Date | 24 Jan 2017 |
| Packing List No. | 81363958 |
| Sales Order No. | 1822129 |
| Payment Terms | Net 60 ROG |
| Billing Date | 26 Jan 2017 |
| Currency | USD |
| Bill of Lading | 220328++ |
| Credit Rep Name | Brian Spencer |
| Carrier Name | FEDEX GROUND |
| Due Date | 27 Mar 2017 |

**Shipping Address**

Ronaldo Martire
411 Lake Heather Reserve
BIRMINGHAM, AL 35242
US

## Invoice Details

| Item | Material | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|
| 0010 | DS-8632-250 | Home Meridian Linen Upholstered Panel Qu | 1.0 | 100.00 | 100.00 |
| | Cust. Material No.: 0587618484 Item: 1 | | | | |
| | | | | | ---------------- |
| | | | | Subtotal | 100.00 |
| | | | | Surcharge | 0.00 |
| | | | | | ---------------- |
| | | | | **Total Amount** | **$   100.00** |

**Please Remit To:**
Home Meridian International      Phone (336) 819-7200
PO Box 743807, Atlanta, GA  30374-3807

A service charge of 1.5% per month applies on past due balances; annual percentage rate of 18%. Absolutely no goods can be returned without obtaining a return authorization.  Please contact your Customer Service Representative to report any errors or omissions.



**HOME+ MERIDIAN**
INTERNATIONAL

- Pulaski Furniture
- Samuel Lawrence Furniture
- Samuel Lawrence Hospitality
- Prime Resources International
- Sourcing Solutions Group
- Right2Home

*********Please Note*********
Our New Remittance Address:
PO Box 743807
Atlanta, GA 30374-3807

# Invoice

| **Billing Address** | | **Information** | | **Page** 1 of 1 |
|---|---|---|---|---|

**Billing Address**

GREGG APPLIANCES, INC. .COM
HH GREGG.COM
4151 EAST 96TH STREET
INDIANAPOLIS, IN 46240
US

**Information**

| | |
|---|---|
| **Document Number** | 91257905 |
| **Document Date** | 27 Jan 2017 |
| **Customer Number** | 116357 |
| **Purchase Order No.** | 10000057660 |
| **Purchase Order Date** | 25 Jan 2017 |
| **Packing List No.** | 81364906 |
| **Sales Order No.** | 1822768 |
| **Payment Terms** | Net 60 ROG |
| **Billing Date** | 27 Jan 2017 |
| **Currency** | USD |
| **Bill of Lading** | 220368++ |
| **Credit Rep Name** | Brian Spencer |
| **Carrier Name** | FEDEX GROUND |
| **Due Date** | 28 Mar 2017 |

**Shipping Address**

Chris Trueman
10135 Wedge Ct
Charlotte, NC 28277
US

## Invoice Details

| Item | Material | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|
| 0010 | DS-2637-680-409 | Home Meridian Dennison Grey Track Arm So | 1.0 | 300.00 | 300.00 |
| | Cust. Material No.: DS2637680409 Item: 1 | | | | |
| | | | | Subtotal | 300.00 |
| | | | | Surcharge | 0.00 |
| | | | | **Total Amount** | **$    300.00** |

**Please Remit To:**
Home Meridian International     Phone (336) 819-7200
PO Box 743807, Atlanta, GA  30374-3807

A service charge of 1.5% per month applies on past due balances; annual percentage rate of 18%. Absolutely no goods can be returned without obtaining a return authorization.  Please contact your Customer Service Representative to report any errors or omissions.



**HOME MERIDIAN**
INTERNATIONAL

- Pulaski Furniture
- Samuel Lawrence Furniture
- Samuel Lawrence Hospitality
- Prime Resources International
- Sourcing Solutions Group
- Right2Home

*********Please Note*********
Our New Remittance Address:
PO Box 743807
Atlanta, GA 30374-3807

# Invoice

| Billing Address | Information | Page 1 of 1 |
|---|---|---|

**Billing Address**

GREGG APPLIANCES, INC. .COM
HH GREGG.COM
4151 EAST 96TH STREET
INDIANAPOLIS, IN 46240
US

**Shipping Address**

Sheronne Howard
1113 Hill Rd
Lansdale, PA 19446
US

**Information**

| | |
|---|---|
| Document Number | 91257906 |
| Document Date | 27 Jan 2017 |
| Customer Number | 116357 |
| Purchase Order No. | 10000057579 |
| Purchase Order Date | 25 Jan 2017 |
| Packing List No. | 81364907 |
| Sales Order No. | 1822958 |
| Payment Terms | Net 60 ROG |
| Billing Date | 27 Jan 2017 |
| Currency | USD |
| Bill of Lading | 220368++ |
| Credit Rep Name | Brian Spencer |
| Carrier Name | FEDEX GROUND |
| Due Date | 28 Mar 2017 |

## Invoice Details

| Item | Material | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|
| 0010 | DS-8626-270 | Home Meridian Tufted Linen Upholstered P | 1.0 | 130.00 | 130.00 |
| | Cust. Material No.: DS8626270 Item: 1 | | | | |
| | | | | Subtotal | 130.00 |
| | | | | Surcharge | 0.00 |
| | | | | **Total Amount** | **$ 130.00** |

**Please Remit To:**
Home Meridian International     Phone (336) 819-7200
PO Box 743807, Atlanta, GA  30374-3807

A service charge of 1.5% per month applies on past due balances; annual percentage rate of 18%. Absolutely no goods can be returned without obtaining a return authorization.  Please contact your Customer Service Representative to report any errors or omissions.

# HOME MERIDIAN
## INTERNATIONAL

- Pulaski Furniture
- Samuel Lawrence Furniture
- Samuel Lawrence Hospitality
- Prime Resources International
- Sourcing Solutions Group
- Right2Home

*********Please Note*********
Our New Remittance Address:
PO Box 743807
Atlanta, GA 30374-3807

**Accentrics Home**

# Invoice

## Billing Address

GREGG APPLIANCES, INC. .COM
HH GREGG.COM
4151 EAST 96TH STREET
INDIANAPOLIS, IN 46240
US

## Shipping Address

Elaine Hagen
32 IONE DR
SOUTH ELGIN, IL 60177
US

## Information                           Page 1 of 1

| | |
|---|---|
| Document Number | 91259830 |
| Document Date | 01 Feb 2017 |
| Customer Number | 116357 |
| Purchase Order No. | 10000057983 |
| Purchase Order Date | 29 Jan 2017 |
| Packing List No. | 81367618 |
| Sales Order No. | 1826259 |
| Payment Terms | Net 30 |
| Billing Date | 01 Feb 2017 |
| Currency | USD |
| Bill of Lading | 220410++ |
| Credit Rep Name | Brian Spencer |
| Carrier Name | FEDEX GROUND |
| Due Date | 03 Mar 2017 |

## Invoice Details

| Item | Material | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|
| 0010 | DS-2218-250-HS | Home Meridian Silver Upholstered Queen H | 1.0 | 90.00 | 90.00 |
| | Cust. Material No.: 0587622103 Item: 1 | | | | |
| | | | | Subtotal | 90.00 |
| | | | | Surcharge | 0.00 |
| | | | | **Total Amount** | **$ 90.00** |

**Please Remit To:**
Home Meridian International      Phone (336) 819-7200
PO Box 743807, Atlanta, GA  30374-3807

A service charge of 1.5% per month applies on past due balances; annual percentage rate of 18%. Absolutely no goods can be returned without obtaining a return authorization.  Please contact your Customer Service Representative to report any errors or omissions.



- Pulaski Furniture
- Samuel Lawrence Furniture
- Samuel Lawrence Hospitality
- Prime Resources International
- Sourcing Solutions Group
- Right2Home

**HOME MERIDIAN**
INTERNATIONAL

*********Please Note*********
Our New Remittance Address:
PO Box 743807
Atlanta, GA 30374-3807

## Accentrics Home

# Invoice

| Billing Address | Information | Page 1 of 1 |
|---|---|---|

**Billing Address**

GREGG APPLIANCES, INC. .COM
HH GREGG.COM
4151 EAST 96TH STREET
INDIANAPOLIS, IN 46240
US

**Information**

| | |
|---|---|
| Document Number | 91259831 |
| Document Date | 01 Feb 2017 |
| Customer Number | 116357 |
| Purchase Order No. | 10000058002 |
| Purchase Order Date | 29 Jan 2017 |
| Packing List No. | 81367619 |
| Sales Order No. | 1826307 |
| Payment Terms | Net 30 |
| Billing Date | 01 Feb 2017 |
| Currency | USD |
| Bill of Lading | 220410++ |
| Credit Rep Name | Brian Spencer |
| Carrier Name | FEDEX GROUND |
| Due Date | 03 Mar 2017 |

**Shipping Address**

Chantel Brinley
15650 BELLEVUE CIR
FISHERS, IN 46037
US

## Invoice Details

| Item | Material | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|
| 0010 | DS-2516-900-396 | Home Meridian Chalkboard Shadow Accent C | 1.0 | 135.00 | 135.00 |
| | Cust. Material No.: 0587623968 Item: 1 | | | | |
| 0020 | DS-2516-900-396 | Home Meridian Chalkboard Shadow Accent C | 1.0 | 135.00 | 135.00 |
| | Cust. Material No.: 0587623968 Item: 2 | | | | |
| | | | | Subtotal | 270.00 |
| | | | | Surcharge | 0.00 |
| | | | | **Total Amount** | **$ 270.00** |

**Please Remit To:**
Home Meridian International      Phone (336) 819-7200
PO Box 743807, Atlanta, GA 30374-3807

A service charge of 1.5% per month applies on past due balances; annual percentage rate of 18%. Absolutely no goods can be returned without obtaining a return authorization. Please contact your Customer Service Representative to report any errors or omissions.



**HOME MERIDIAN**
INTERNATIONAL

- Pulaski Furniture
- Samuel Lawrence Furniture
- Samuel Lawrence Hospitality
- Prime Resources International
- Sourcing Solutions Group
- Right2Home

*********Please Note*********
Our New Remittance Address:
PO Box 743807
Atlanta, GA 30374-3807

Accentrics Home

# Invoice

## Billing Address

GREGG APPLIANCES, INC. .COM
HH GREGG.COM
4151 EAST 96TH STREET
INDIANAPOLIS, IN 46240
US

## Shipping Address

Edward Batchelor
2852 Ravine Way
Dublin, OH 43017
US

## Information                        Page 1 of 1

| | |
|---|---|
| Document Number | 91259832 |
| Document Date | 01 Feb 2017 |
| Customer Number | 116357 |
| Purchase Order No. | 10000058009 |
| Purchase Order Date | 29 Jan 2017 |
| Packing List No. | 81367620 |
| Sales Order No. | 1826318 |
| Payment Terms | Net 30 |
| Billing Date | 01 Feb 2017 |
| Currency | USD |
| Bill of Lading | 220410++ |
| Credit Rep Name | Brian Spencer |
| Carrier Name | FEDEX GROUND |
| Due Date | 03 Mar 2017 |

## Invoice Details

| Item | Material | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|
| 0010 | DS-2218-270-HS | Home Meridian Silver Upholstered King He | 1.0 | 105.00 | 105.00 |
| | Cust. Material No.: DS2218270HS Item: 1 | | | | |
| | | | | Subtotal | 105.00 |
| | | | | Surcharge | 0.00 |
| | | | | **Total Amount** | **$    105.00** |

**Please Remit To:**
Home Meridian International      Phone (336) 819-7200
PO Box 743807, Atlanta, GA  30374-3807

A service charge of 1.5% per month applies on past due balances; annual percentage rate of 18%. Absolutely no goods can be returned without obtaining a return authorization.  Please contact your Customer Service Representative to report any errors or omissions.

# HOME MERIDIAN
## INTERNATIONAL

- Pulaski Furniture
- Samuel Lawrence Furniture
- Samuel Lawrence Hospitality
- Prime Resources International
- Sourcing Solutions Group
- Right2Home

*********Please Note*********
Our New Remittance Address:
PO Box 743807
Atlanta, GA 30374-3807

**Prime Resources International**

# Invoice

| Billing Address | |
|---|---|
| GREGG APPLIANCES, INC. | |
| HH GREGG | |
| 4151 EAST 96TH STREET | |
| INDIANAPOLIS, IN 46240 | |
| US | |

| Information | Page 1 of 1 |
|---|---|
| Document Number | 91261441 |
| Document Date | 03 Feb 2017 |
| Customer Number | 116356 |
| Purchase Order No. | 360368 |
| Purchase Order Date | 27 Jan 2017 |
| Packing List No. | 81369417 |
| Sales Order No. | 1823801 |
| Payment Terms | Net 30 ROG |
| Billing Date | 03 Feb 2017 |
| Currency | USD |
| Bill of Lading | 220614++ |
| Credit Rep Name | Brian Spencer |
| Carrier Name | SHELBA D JOHNSON TRUCKING INC |
| Due Date | 05 Mar 2017 |

| Shipping Address | |
|---|---|
| HHGREGG-BRANDYWINE | |
| CDC 0230 | |
| 14301 MATTAWOMAN DR. | |
| BRANDYWINE, MD 20613 | |
| US | |

## Invoice Details

| Item | Material | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|
| 0010 | 310-A044-050-370 Cust. Material No.: 0587628365 | Cheyenne Sectional LAF Recliner Cognac | 20.0 | 220.00 | 4,400.00 |
| 0020 | 310-A044-051-370 Cust. Material No.: 0587628376 | Cheyenne Sectional RAF Recliner Cognac | 20.0 | 220.00 | 4,400.00 |
| 0030 | 310-A044-057-370 Cust. Material No.: 0587628377 | Cheyenne Sectional Console Cognac | 20.0 | 75.00 | 1,500.00 |
| 0040 | 310-A044-055-370 Cust. Material No.: 0587628378 | Cheyenne Sectional Armless Recl Cognac | 20.0 | 178.00 | 3,560.00 |
| 0050 | 310-A044-096-370 Cust. Material No.: 0587628379 | Cheyenne Sectional Wedge Cognac | 20.0 | 270.00 | 5,400.00 |
| 0060 | 310-A044-054-370 Cust. Material No.: 0587628380 | Cheyenne Sectional Armless Chair Cognac | 20.0 | 148.00 | 2,960.00 |

| | |
|---|---|
| Subtotal | 22,220.00 |
| R&A Allowance | 444.40- |
| Co-op Discount | 222.20- |
| Surcharge | 0.00 |
| **Total Amount** | **$ 21,553.40** |

**Please Remit To:**
Home Meridian International    Phone (336) 819-7200
PO Box 743807, Atlanta, GA  30374-3807

A service charge of 1.5% per month applies on past due balances; annual percentage rate of 18%. Absolutely no goods can be returned without obtaining a return authorization.  Please contact your Customer Service Representative to report any errors or omissions.



HOME MERIDIAN INTERNATIONAL

- Pulaski Furniture
- Samuel Lawrence Furniture
- Samuel Lawrence Hospitality
- Prime Resources International
- Sourcing Solutions Group
- Right2Home

**********Please Note**********
Our New Remittance Address:
PO Box 743807
Atlanta, GA 30374-3807

## Accentrics Home

# Invoice

### Billing Address

GREGG APPLIANCES, INC. .COM
HH GREGG.COM
4151 EAST 96TH STREET
INDIANAPOLIS, IN 46240
US

### Shipping Address

Billy Dunn
1813 OXFORD AVE SW
ROANOKE, VA 24015
US

### Information

| | | Page 1 of 1 |
|---|---|---|
| **Document Number** | 91261631 | |
| **Document Date** | 03 Feb 2017 | |
| **Customer Number** | 116357 | |
| **Purchase Order No.** | 10000058383 | |
| **Purchase Order Date** | 02 Feb 2017 | |
| **Packing List No.** | 81369684 | |
| **Sales Order No.** | 1828794 | |
| **Payment Terms** | Net 30 | |
| **Billing Date** | 03 Feb 2017 | |
| **Currency** | USD | |
| **Bill of Lading** | 220643++ | |
| **Credit Rep Name** | Brian Spencer | |
| **Carrier Name** | FEDEX GROUND | |
| **Due Date** | 05 Mar 2017 | |

### Invoice Details

| Item | Material | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|
| 0010 | DS-2278-900-2 | Home Meridian Faux Leather Accent Club C | 2.0 | 120.00 | 240.00 |
| | Cust. Material No.: 0587624042 Item: 1 | | | | |
| | | | | Subtotal | 240.00 |
| | | | | Surcharge | 0.00 |
| | | | | **Total Amount** | **$   240.00** |

**Please Remit To:**
Home Meridian International      Phone (336) 819-7200
PO Box 743807, Atlanta, GA  30374-3807

A service charge of 1.5% per month applies on past due balances; annual percentage rate of 18%. Absolutely no goods can be returned without obtaining a return authorization.  Please contact your Customer Service Representative to report any errors or omissions.

**HOME + MERIDIAN**
INTERNATIONAL

- Pulaski Furniture
- Samuel Lawrence Furniture
- Samuel Lawrence Hospitality
- Prime Resources International
- Sourcing Solutions Group
- Right2Home

*********Please Note*********
Our New Remittance Address:
PO Box 743807
Atlanta, GA 30374-3807

## Accentrics Home

# Invoice

| Billing Address | Information | Page 1 of 1 |
|---|---|---|

**Billing Address**

GREGG APPLIANCES, INC. .COM
HH GREGG.COM
4151 EAST 96TH STREET
INDIANAPOLIS, IN 46240
US

**Information**

| | |
|---|---|
| Document Number | 91264273 |
| Document Date | 07 Feb 2017 |
| Customer Number | 116357 |
| Purchase Order No. | 10000058725 |
| Purchase Order Date | 06 Feb 2017 |
| Packing List No. | 81373314 |
| Sales Order No. | 1832402 |
| Payment Terms | Net 30 |
| Billing Date | 07 Feb 2017 |
| Currency | USD |
| Bill of Lading | 220864++ |
| Credit Rep Name | Brian Spencer |
| Carrier Name | FEDEX GROUND |
| Due Date | 09 Mar 2017 |

**Shipping Address**

Lara LeGrand
957 Main Street
Dubuque, IA 52001
US

## Invoice Details

| Item | Material | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|
| 0010 | DS-8628-270 | Home Meridian Tufed Round-Top Upholstere | 1.0 | 130.00 | 130.00 |
| | Cust. Material No.: DS8628270 Item: 1 | | | | |
| | | | | Subtotal | 130.00 |
| | | | | Surcharge | 0.00 |
| | | | | **Total Amount** | **$    130.00** |

**Please Remit To:**
Home Meridian International      Phone (336) 819-7200
PO Box 743807, Atlanta, GA  30374-3807

A service charge of 1.5% per month applies on past due balances; annual percentage rate of 18%. Absolutely no goods can be returned without obtaining a return authorization.  Please contact your Customer Service Representative to report any errors or omissions.

# HOME MERIDIAN
**INTERNATIONAL**

- Pulaski Furniture
- Samuel Lawrence Furniture
- Samuel Lawrence Hospitality
- Prime Resources International
- Sourcing Solutions Group
- Right2Home

```
*********Please Note*********
Our New Remittance Address:
PO Box 743807
Atlanta, GA 30374-3807
```

## Accentrics Home

# Invoice

| Billing Address | Information | Page 1 of 1 |
|---|---|---|

**Billing Address**

GREGG APPLIANCES, INC. .COM
HH GREGG.COM
4151 EAST 96TH STREET
INDIANAPOLIS, IN 46240
US

**Information**

| | |
|---|---|
| Document Number | 91264282 |
| Document Date | 07 Feb 2017 |
| Customer Number | 116357 |
| Purchase Order No. | 10000058579 |
| Purchase Order Date | 04 Feb 2017 |
| Packing List No. | 81371947 |
| Sales Order No. | 1830516 |
| Payment Terms | Net 30 |
| Billing Date | 07 Feb 2017 |
| Currency | USD |
| Bill of Lading | 220806++ |
| Credit Rep Name | Brian Spencer |
| Carrier Name | FEDEX GROUND |
| Due Date | 09 Mar 2017 |

**Shipping Address**

michael baumann
458 S Oak Glen Dr
bartlett, IL 60103
US

## Invoice Details

| Item | Material | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|
| 0010 | DS-8626-270<br>Cust. Material No.: DS8626270 Item: 1 | Home Meridian Tufted Linen Upholstered P | 1.0 | 130.00 | 130.00 |
| | | | | Subtotal | 130.00 |
| | | | | Surcharge | 0.00 |
| | | | | **Total Amount** | **$    130.00** |

**Please Remit To:**
Home Meridian International      Phone (336) 819-7200
PO Box 743807, Atlanta, GA  30374-3807

A service charge of 1.5% per month applies on past due balances; annual percentage rate of 18%. Absolutely no goods can be returned without obtaining a return authorization.  Please contact your Customer Service Representative to report any errors or omissions.

# HOME+ MERIDIAN
### INTERNATIONAL

- Pulaski Furniture
- Samuel Lawrence Furniture
- Samuel Lawrence Hospitality
- Prime Resources International
- Sourcing Solutions Group
- Right2Home

*********Please Note*********
Our New Remittance Address:
PO Box 743807
Atlanta, GA 30374-3807

## Accentrics Home

# Invoice

| Billing Address | Information | | Page 1 of 1 |
|---|---|---|---|

**Billing Address**

GREGG APPLIANCES, INC. .COM
HH GREGG.COM
4151 EAST 96TH STREET
INDIANAPOLIS, IN 46240
US

**Information**

| | |
|---|---|
| **Document Number** | 91264283 |
| **Document Date** | 07 Feb 2017 |
| **Customer Number** | 116357 |
| **Purchase Order No.** | 10000058780 |
| **Purchase Order Date** | 06 Feb 2017 |
| **Packing List No.** | 81373239 |
| **Sales Order No.** | 1831967 |
| **Payment Terms** | Net 30 |
| **Billing Date** | 07 Feb 2017 |
| **Currency** | USD |
| **Bill of Lading** | 220806++ |
| **Credit Rep Name** | Brian Spencer |
| **Carrier Name** | FEDEX GROUND |
| **Due Date** | 09 Mar 2017 |

**Shipping Address**

MATTHEW VORST
22514 HIGHWAY 1061
AMITE, LA 70422
US

## Invoice Details

| Item | Material | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|
| 0010 | DS-2218-270-HS | Home Meridian Silver Upholstered King He | 1.0 | 105.00 | 105.00 |
| | Cust. Material No.: DS2218270HS Item: 1 | | | | |
| 0020 | DS-2218-270-HS | Home Meridian Silver Upholstered King He | 1.0 | 105.00 | 105.00 |
| | Cust. Material No.: DS2218270HS Item: 2 | | | | |
| | | | | Subtotal | 210.00 |
| | | | | Surcharge | 0.00 |
| | | | | **Total Amount** | **$ 210.00** |

**Please Remit To:**
Home Meridian International     Phone (336) 819-7200
PO Box 743807, Atlanta, GA  30374-3807

A service charge of 1.5% per month applies on past due balances; annual percentage rate of 18%. Absolutely no goods can be returned without obtaining a return authorization.  Please contact your Customer Service Representative to report any errors or omissions.

# HOME MERIDIAN INTERNATIONAL

- Pulaski Furniture
- Samuel Lawrence Furniture
- Samuel Lawrence Hospitality
- Prime Resources International
- Sourcing Solutions Group
- Right2Home

*********Please Note*********
Our New Remittance Address:
PO Box 743807
Atlanta, GA 30374-3807

**Accentrics Home**

# Invoice

## Billing Address

GREGG APPLIANCES, INC. .COM
HH GREGG.COM
4151 EAST 96TH STREET
INDIANAPOLIS, IN 46240
US

## Shipping Address

MATTHEW VORST
1505 CONNAUGHT COURT
FORT WAYNE, IN 46815
US

## Information                    Page 1 of 1

| | |
|---|---|
| Document Number | 91264284 |
| Document Date | 07 Feb 2017 |
| Customer Number | 116357 |
| Purchase Order No. | 10000058781 |
| Purchase Order Date | 06 Feb 2017 |
| Packing List No. | 81373240 |
| Sales Order No. | 1831968 |
| Payment Terms | Net 30 |
| Billing Date | 07 Feb 2017 |
| Currency | USD |
| Bill of Lading | 220806++ |
| Credit Rep Name | Brian Spencer |
| Carrier Name | FEDEX GROUND |
| Due Date | 09 Mar 2017 |

## Invoice Details

| Item | Material | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|
| 0010 | DS-2218-270-HS | Home Meridian Silver Upholstered King He | 1.0 | 105.00 | 105.00 |
| | Cust. Material No.: DS2218270HS Item: 1 | | | | |
| 0020 | DS-2218-250-HS | Home Meridian Silver Upholstered Queen H | 1.0 | 90.00 | 90.00 |
| | Cust. Material No.: 0587622103 Item: 2 | | | | |
| | | | | Subtotal | 195.00 |
| | | | | Surcharge | 0.00 |
| | | | | **Total Amount**   $ | **195.00** |

**Please Remit To:**
Home Meridian International      Phone (336) 819-7200
PO Box 743807, Atlanta, GA  30374-3807

A service charge of 1.5% per month applies on past due balances; annual percentage rate of 18%. Absolutely no goods can be returned without obtaining a return authorization.  Please contact your Customer Service Representative to report any errors or omissions.



**HOME MERIDIAN INTERNATIONAL**

- Pulaski Furniture
- Samuel Lawrence Furniture
- Samuel Lawrence Hospitality
- Prime Resources International
- Sourcing Solutions Group
- Right2Home

*********Please Note*********
Our New Remittance Address:
PO Box 743807
Atlanta, GA 30374-3807

## Accentrics Home

# Invoice

| Billing Address | Information | Page 1 of 1 |
|---|---|---|

**Billing Address**

GREGG APPLIANCES, INC. .COM
HH GREGG.COM
4151 EAST 96TH STREET
INDIANAPOLIS, IN 46240
US

**Information**

| | |
|---|---|
| Document Number | 91265844 |
| Document Date | 09 Feb 2017 |
| Customer Number | 116357 |
| Purchase Order No. | 10000058954 |
| Purchase Order Date | 08 Feb 2017 |
| Packing List No. | 81374910 |
| Sales Order No. | 1833601 |
| Payment Terms | Net 30 |
| Billing Date | 09 Feb 2017 |
| Currency | USD |
| Bill of Lading | 220988++ |
| Credit Rep Name | Brian Spencer |
| Carrier Name | FEDEX GROUND |
| Due Date | 11 Mar 2017 |

**Shipping Address**

Ariana Lopez
9508 sourwood rd
KENLY, NC 27542
US

## Invoice Details

| Item | Material | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|
| 0010 | DS-8626-250 | Home Meridian Tufted Linen Upholstered P | 1.0 | 105.00 | 105.00 |
| | Cust. Material No.: 0587618478 Item: 1 | | | | |
| | | | | Subtotal | 105.00 |
| | | | | Surcharge | 0.00 |
| | | | | **Total Amount** | **$    105.00** |

**Please Remit To:**
Home Meridian International      Phone (336) 819-7200
PO Box 743807, Atlanta, GA  30374-3807

A service charge of 1.5% per month applies on past due balances; annual percentage rate of 18%. Absolutely no goods can be returned without obtaining a return authorization.  Please contact your Customer Service Representative to report any errors or omissions.



- Pulaski Furniture
- Samuel Lawrence Furniture
- Samuel Lawrence Hospitality
- Prime Resources International
- Sourcing Solutions Group
- Right2Home

**********Please Note**********
Our New Remittance Address:
PO Box 743807
Atlanta, GA 30374-3807

**Accentrics Home**

# Invoice

## Billing Address

| | |
|---|---|
| GREGG APPLIANCES, INC. .COM | |
| HH GREGG.COM | |
| 4151 EAST 96TH STREET | |
| INDIANAPOLIS, IN 46240 | |
| US | |

## Information

Page 1 of 1

| | |
|---|---|
| Document Number | 91269231 |
| Document Date | 14 Feb 2017 |
| Customer Number | 116357 |
| Purchase Order No. | 10000059126 |
| Purchase Order Date | 10 Feb 2017 |
| Packing List No. | 81376499 |
| Sales Order No. | 1835784 |
| Payment Terms | Net 30 |
| Billing Date | 14 Feb 2017 |
| Currency | USD |
| Bill of Lading | 221246++ |
| Credit Rep Name | Brian Spencer |
| Carrier Name | FEDEX GROUND |
| Due Date | 16 Mar 2017 |

## Shipping Address

Lillian Collins
605 Treeway Drive
MONROE, NC 28110
US

## Invoice Details

| Item | Material | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|
| 0010 | DS-2510-900-405 | Home Meridian Grey Woven Button Tufted A | 1.0 | 130.00 | 130.00 |
| | Cust. Material No.: 0587623973 Item: 1 | | | | |
| | | | | Subtotal | 130.00 |
| | | | | Surcharge | 0.00 |
| | | | | **Total Amount** | **$ 130.00** |

**Please Remit To:**
Home Meridian International     Phone (336) 819-7200
PO Box 743807, Atlanta, GA  30374-3807

A service charge of 1.5% per month applies on past due balances; annual percentage rate of 18%. Absolutely no goods can be returned without obtaining a return authorization.  Please contact your Customer Service Representative to report any errors or omissions.

**HOME MERIDIAN**
INTERNATIONAL

- Pulaski Furniture
- Samuel Lawrence Furniture
- Samuel Lawrence Hospitality
- Prime Resources International
- Sourcing Solutions Group
- Right2Home

*********Please Note*********
Our New Remittance Address:
PO Box 743807
Atlanta, GA 30374-3807

## Accentrics Home

# Invoice

### Billing Address

GREGG APPLIANCES, INC. .COM
HH GREGG.COM
4151 EAST 96TH STREET
INDIANAPOLIS, IN 46240
US

### Shipping Address

shantay Mason
325 Shawnee Street
Park Forest, IL 60466
US

### Information                          Page 1 of 1

| | |
|---|---|
| Document Number | 91269232 |
| Document Date | 14 Feb 2017 |
| Customer Number | 116357 |
| Purchase Order No. | 10000059122 |
| Purchase Order Date | 10 Feb 2017 |
| Packing List No. | 81378296 |
| Sales Order No. | 1837514 |
| Payment Terms | Net 30 |
| Billing Date | 14 Feb 2017 |
| Currency | USD |
| Bill of Lading | 221246++ |
| Credit Rep Name | Brian Spencer |
| Carrier Name | FEDEX GROUND |
| Due Date | 16 Mar 2017 |

### Invoice Details

| Item | Material | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|
| 0010 | DS-2515-900-398 | Home Meridian Black Faux Leather Accent | 1.0 | 135.00 | 135.00 |
| | Cust. Material No.: 0587623969 Item: 1 | | | | |
| 0020 | DS-2515-900-398 | Home Meridian Black Faux Leather Accent | 1.0 | 135.00 | 135.00 |
| | Cust. Material No.: 0587623969 Item: 2 | | | | |
| | | | | Subtotal | 270.00 |
| | | | | Surcharge | 0.00 |
| | | | | **Total Amount** | **$ 270.00** |

**Please Remit To:**
Home Meridian International      Phone (336) 819-7200
PO Box 743807, Atlanta, GA  30374-3807

A service charge of 1.5% per month applies on past due balances; annual percentage rate of 18%. Absolutely no goods can be returned without obtaining a return authorization.  Please contact your Customer Service Representative to report any errors or omissions.



**HOME MERIDIAN**
INTERNATIONAL

- Pulaski Furniture
- Samuel Lawrence Furniture
- Samuel Lawrence Hospitality
- Prime Resources International
- Sourcing Solutions Group
- Right2Home

*********Please Note*********
Our New Remittance Address:
PO Box 743807
Atlanta, GA 30374-3807

## Accentrics Home

# Invoice

| Billing Address | Information | Page 1 of 1 |
|---|---|---|

**Billing Address**

GREGG APPLIANCES, INC. .COM
HH GREGG.COM
4151 EAST 96TH STREET
INDIANAPOLIS, IN 46240
US

**Information**

| | |
|---|---|
| Document Number | 91269233 |
| Document Date | 14 Feb 2017 |
| Customer Number | 116357 |
| Purchase Order No. | 10000059205 |
| Purchase Order Date | 11 Feb 2017 |
| Packing List No. | 81378297 |
| Sales Order No. | 1837515 |
| Payment Terms | Net 30 |
| Billing Date | 14 Feb 2017 |
| Currency | USD |
| Bill of Lading | 221246++ |
| Credit Rep Name | Brian Spencer |
| Carrier Name | FEDEX GROUND |
| Due Date | 16 Mar 2017 |

**Shipping Address**

Vicki Evans
100 CRESCENT CENTER PKWY
TUCKER, GA 30084
US

## Invoice Details

| Item | Material | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|
| 0010 | DS-597066 | Home Meridian Distressed Blue Open Side | 1.0 | 155.00 | 155.00 |
| | Cust. Material No.: 1570937347 Item: 1 | | | | |
| | | | | Subtotal | 155.00 |
| | | | | Surcharge | 0.00 |
| | | | | **Total Amount** | **$ 155.00** |

**Please Remit To:**
Home Meridian International      Phone (336) 819-7200
PO Box 743807, Atlanta, GA  30374-3807

A service charge of 1.5% per month applies on past due balances; annual percentage rate of 18%. Absolutely no goods can be returned without obtaining a return authorization.  Please contact your Customer Service Representative to report any errors or omissions.



- Pulaski Furniture
- Samuel Lawrence Furniture
- Samuel Lawrence Hospitality
- Prime Resources International
- Sourcing Solutions Group
- Right2Home

*********Please Note*********
Our New Remittance Address:
PO Box 743807
Atlanta, GA 30374-3807

## Prime Resources International

# Invoice

| Billing Address | | Information | | Page 1 of 1 |
|---|---|---|---|---|

**Billing Address**

GREGG APPLIANCES, INC.
HH GREGG
4151 EAST 96TH STREET
INDIANAPOLIS, IN 46240
US

**Information**

| | |
|---|---|
| Document Number | 91274876 |
| Document Date | 21 Feb 2017 |
| Customer Number | 116356 |
| Purchase Order No. | Demurrage Charges |
| Sales Order No. | 70007443 |
| Container Number | |
| Payment Terms | Payable on Receipt of Invoice |
| Billing Date | 21 Feb 2017 |
| Currency | USD |
| Credit Rep Name | Brian Spencer |
| Incoterms | DDP-SHANGHAI |

**Shipping Address**

GREGG APPLIANCES, INC.
HH GREGG
4151 EAST 96TH STREET
INDIANAPOLIS, IN 46240
US

## Debit Memo Details

| Item | Material | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|
| 0010 | FREIGHT | Freight / Shipping & Handling | 176,870.0 | 1.00 | 176,870.00 |
| | | | | Net Price Subto | 176,870.00 |
| | | | | **TOTAL AMOUNT** | **$ 176,870.00** |

**Please Remit To:**
Home Meridian International    Phone (336) 819-7200
PO Box 743807, Atlanta, GA  30374-3807

A service charge of 1.5% per month applies on past due balances; annual percentage rate of 18%. Absolutely no goods can be returned without obtaining a return authorization. Please contact your Customer Service Representative to report any errors or omissions.



- Pulaski Furniture
- Samuel Lawrence Furniture
- Samuel Lawrence Hospitality
- Prime Resources International
- Sourcing Solutions Group
- Right2Home

*********Please Note*********
Our New Remittance Address:
PO Box 743807
Atlanta, GA 30374-3807

### Accentrics Home

# Invoice

## Billing Address

| | |
| --- | --- |

GREGG APPLIANCES, INC. .COM
HH GREGG.COM
4151 EAST 96TH STREET
INDIANAPOLIS, IN 46240
US

## Shipping Address

Vanessa Morales
225 creeksedge court
WINSTON SALEM, NC 27105
US

## Information                     Page 1 of 1

| | |
| --- | --- |
| **Document Number** | 91276256 |
| **Document Date** | 22 Feb 2017 |
| **Customer Number** | 116357 |
| **Purchase Order No.** | 10000060229 |
| **Purchase Order Date** | 21 Feb 2017 |
| **Packing List No.** | 81387306 |
| **Sales Order No.** | 1845648 |
| **Payment Terms** | Net 30 |
| **Billing Date** | 22 Feb 2017 |
| **Currency** | USD |
| **Bill of Lading** | 221986++ |
| **Credit Rep Name** | Brian Spencer |
| **Carrier Name** | FEDEX GROUND |
| **Due Date** | 24 Mar 2017 |

## Invoice Details

| Item | Material | Description | Quantity | Unit Price | Amount |
| --- | --- | --- | --- | --- | --- |
| 0010 | DS-8628-270<br>Cust. Material No.: DS8628270 Item: 1 | Home Meridian Tufed Round-Top Upholstere | 1.0 | 130.00 | 130.00 |
| | | | | Subtotal | 130.00 |
| | | | | Surcharge | 0.00 |
| | | | | **Total Amount** | **$ 130.00** |

**Please Remit To:**
Home Meridian International      Phone (336) 819-7200
PO Box 743807, Atlanta, GA  30374-3807

A service charge of 1.5% per month applies on past due balances; annual percentage rate of 18%. Absolutely no goods can be returned without obtaining a return authorization. Please contact your Customer Service Representative to report any errors or omissions.



- Pulaski Furniture
- Samuel Lawrence Furniture
- Samuel Lawrence Hospitality
- Prime Resources International
- Sourcing Solutions Group
- Right2Home

*********Please Note*********
Our New Remittance Address:
PO Box 743807
Atlanta, GA 30374-3807

**Accentrics Home**

# Invoice

## Billing Address

| | |
|---|---|

GREGG APPLIANCES, INC. .COM
HH GREGG.COM
4151 EAST 96TH STREET
INDIANAPOLIS, IN 46240
US

## Shipping Address

Pamela Sorenson
1266 wise Street
ELBURN, IL 60119
US

## Information

**Page** 1 of 1

| | |
|---|---|
| **Document Number** | 91276296 |
| **Document Date** | 22 Feb 2017 |
| **Customer Number** | 116357 |
| **Purchase Order No.** | 10000060106 |
| **Purchase Order Date** | 20 Feb 2017 |
| **Packing List No.** | 81385975 |
| **Sales Order No.** | 1844228 |
| **Payment Terms** | Net 30 |
| **Billing Date** | 22 Feb 2017 |
| **Currency** | USD |
| **Bill of Lading** | 221908++ |
| **Credit Rep Name** | Brian Spencer |
| **Carrier Name** | FEDEX GROUND |
| **Due Date** | 24 Mar 2017 |

## Invoice Details

| Item | Material | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|
| 0010 | DS-2510-900-405 | Home Meridian Grey Woven Button Tufted A | 2.0 | 130.00 | 260.00 |
| | Cust. Material No.: 0587623973 Item: 1 | | | | |
| | | | | Subtotal | 260.00 |
| | | | | Surcharge | 0.00 |
| | | | | **Total Amount** | **$ 260.00** |

**Please Remit To:**
Home Meridian International      Phone (336) 819-7200
PO Box 743807, Atlanta, GA  30374-3807

A service charge of 1.5% per month applies on past due balances; annual percentage rate of 18%. Absolutely no goods can be returned without obtaining a return authorization.  Please contact your Customer Service Representative to report any errors or omissions.