

# Advisory Services provided by Malfitano Advisors, LLC

747 Third Ave, 2nd Floor

New York, New York 10017

Phone:  646-776-0155   Email:  jm@malfitanopartners.com

Account Statement

Prepared for Candace Bankovich

Re: Gregg Appliances, Inc.

| | |
|---|---:|
| Previous Balance | $0.00 |
| Current Charges | $22,349.08 |
| New Balance | $22,349.08 |
| | |
| Adjustments | $0.00 |
| | |
| Payments | ($3,222.98) |
| Now Due | $22,349.08 |
| Trust Account | $0.00 |



Advisory Services provided by **Malfitano Advisors, LLC**

747 Third Ave, 2nd Floor
New York, New York 10017
Phone: 646-776-0155  Email: jm@malfitanopartners.com

## INVOICE

Candace Bankovich
4151 E. 96th Street
Indianapolis, IN 46240

Invoice Date: May 03, 2017
Invoice Number: 10189
Invoice Amount: $22,349.08

## Matter: Gregg Appliances, Inc.

**Fees**

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| 3/20/2017 | Correspondence with counsel for company Re: liquidation solicitation timeline | J.A.M. | .20 | $137.00 |
| 3/20/2017 | Prepare form agency agreement Re: potential full and partial chain closure | J.A.M. | 1.50 | $1,027.50 |
| 3/20/2017 | Prepare form consulting agreement Re: potential full and partial chain closure | J.A.M. | .80 | $548.00 |
| 3/20/2017 | Prepare RFP for potential full and partial chain closure | J.A.M. | .50 | $342.50 |
| 3/20/2017 | Telephone call (several calls) with BRG Re: timeline for liquidation bid solicitation | J.A.M. | .80 | $548.00 |
| 3/21/2017 | Review data for liquidation project and prepare updates to dataroom | J.A.M. | 1.90 | $1,301.50 |
| 3/21/2017 | Several calls with bidders Re: Bid process | J.A.M. | .80 | $548.00 |
| 3/21/2017 | Telephone call with BRG and company Re: inventory information | J.A.M. | .40 | $274.00 |
| 3/21/2017 | Telephone call with counsel for Committee Re: Bid process | J.A.M. | .30 | $205.50 |
| 3/21/2017 | Work with company and BRG Re: preparation of inventory data for full and partial chain liquidation | J.A.M. | 1.50 | $1,027.50 |
| 3/22/2017 | Work with company and BRG Re: data for liquidation bids | J.A.M. | 1.30 | $890.50 |
| 3/22/2017 | Work with various bidders Re: data requests for | J.A.M. | .80 | $548.00 |

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| | liquidation bids | | | |
| 3/23/2017 | Several calls with potential bidders Re: data info requests | J.A.M. | 1.10 | $753.50 |
| 3/23/2017 | Work with BRG Re: data requests | J.A.M. | .80 | $548.00 |
| 3/24/2017 | Review and revise retention application | J.A.M. | .30 | $205.50 |
| 3/24/2017 | Work with client Re: updated data for liquidation bids | J.A.M. | 1.40 | $959.00 |
| 3/25/2017 | Work with client & BRG Re: Inventory Roll forward | J.A.M. | .30 | $205.50 |
| 3/26/2017 | Correspondence (several) with client Re: Bid deadline and process | J.A.M. | .30 | $205.50 |
| 3/26/2017 | Correspondence with several bidders Re: Bid Deadline | J.A.M. | .40 | $274.00 |
| 3/26/2017 | Telephone call with BRG and Miller Buckfire RE: Sale process/liquidation bids | J.A.M. | .80 | $548.00 |
| 3/26/2017 | Telephone call with BRG Re: Liquidation bids | J.A.M. | .40 | $274.00 |
| 3/26/2017 | Telephone call with lenders' counsel Re: Liquidation bids | J.A.M. | .40 | $274.00 |
| 3/27/2017 | Correspondence with client Re: lack of equity bids | J.A.M. | .20 | $137.00 |
| 3/27/2017 | Review liquidation bids | J.A.M. | 1.20 | $822.00 |
| 3/27/2017 | Revise proposed consulting agt with Tiger/GA | J.A.M. | .80 | $548.00 |
| 3/27/2017 | Revise summary comparison of liquidation proposals | J.A.M. | 1.30 | $890.50 |
| 3/27/2017 | Telephone call with company and advisers Re: Sale update | J.A.M. | .20 | $137.00 |
| 3/27/2017 | Telephone call with lenders and working group Re: sale process | J.A.M. | .90 | $616.50 |
| 3/27/2017 | Work with bidders Re: Adjustment to consulting agreements | J.A.M. | .60 | $411.00 |
| 3/27/2017 | Work with client Re: revised consulting agreement | J.A.M. | .60 | $411.00 |
| 3/28/2017 | Prepare declaration in support of store closing motion | J.A.M. | 1.40 | $959.00 |
| 3/29/2017 | Finalize liquidation agreement | J.A.M. | .70 | $479.50 |
| 3/29/2017 | Review modified declaration in support of store closing motion | J.A.M. | .20 | $137.00 |
| 3/29/2017 | Several calls with client Re: final liquidation agreement | J.A.M. | .20 | $137.00 |
| 3/29/2017 | Telephone call with BRG Re: liquidation proposals | J.A.M. | .40 | $274.00 |
| 3/30/2017 | Review modified store closing motion | J.A.M. | 1.40 | $959.00 |
| 3/31/2017 | Telephone call with Great American Re: sale startup issues | J.A.M. | .40 | $274.00 |
| 3/31/2017 | Work with client and Monster Re: price protecting goods | J.A.M. | .10 | $68.50 |
| 3/31/2017 | Work with client Re: DC allocation | J.A.M. | .10 | $68.50 |
| SUBTOTAL: | | | 27.70 | $18,974.50 |

**Costs**

| Date | Description | Amount |
|---|---|---|
| 3/6/2017 | Coach airfare to hearing | $816.40 |
| 3/6/2017 | Taxi fare from airport to hotel/hearing | $38.58 |

| Date | Description | Amount |
|---|---|---|
| 3/7/2017 | Hotel/Sheraton | $216.48 |
| 3/8/2017 | Hotel/Sheraton | $193.77 |
| 3/8/2017 | Meal | $20.34 |
| 3/8/2017 | Taxi fare to airport | $16.43 |
| 3/22/2017 | Coach airfare to/from hearing Re: store closing motion | $694.40 |
| 3/30/2017 | Meal | $57.96 |
| 3/30/2017 | Taxi fare from airport | $19.61 |
| 3/30/2017 | Taxi fare to airport | $71.51 |
| 3/31/2017 | Coach Airfare to Indianapolis | $816.40 |
| 3/31/2017 | Meal | $98.79 |
| 3/31/2017 | Sheraton hotel (March 31 hearing) | $297.57 |
| 3/31/2017 | Taxi fare to airport | $16.34 |
| SUBTOTAL: | | $3,374.58 |

**Matter Ledgers**

| Date | Description | Amount |
|---|---|---|
| 2/28/2017 | Balance before last invoice | $0.00 |
| 2/28/2017 | Invoice 10143 | $3,222.98 |
| 3/3/2017 | 10143 | ($3,222.98) |
| 5/3/2017 | Invoice 10189 | $22,349.08 |
| SUBTOTAL: | | $22,349.08 |

**Trust Account**

| Date | Description | Amount |
|---|---|---|
| 5/3/2017 | Previous Balance | $0.00 |
| Available in Trust: | | $0.00 |

TOTAL $22,349.08

PREVIOUS BALANCE DUE $0.00

CURRENT BALANCE DUE AND OWING $22,349.08