

# Advisory Services provided by Malfitano Advisors, LLC

747 Third Ave, 2nd Floor

New York, New York 10017

Phone:  646-776-0155   Email:  jm@malfitanopartners.com

Account Statement

Prepared for Candace Bankovich

Re: Gregg Appliances, Inc.

| | |
|---|---:|
| Previous Balance | $22,349.08 |
| Current Charges | $23,438.55 |
| New Balance | $45,787.63 |
| Adjustments | $0.00 |
| Payments | $0.00 |
| Now Due | $45,787.63 |
| Trust Account | $0.00 |



**Advisory Services provided by Malfitano Advisors, LLC**

747 Third Ave, 2nd Floor

New York, New York 10017

Phone:  646-776-0155   Email:  jm@malfitanopartners.com

# INVOICE

Candace Bankovich
4151 E. 96th Street
Indianapolis, IN 46240

Invoice Date: May 03, 2017
Invoice Number: 10190
Invoice Amount: $23,438.55

## Matter: Gregg Appliances, Inc.

**Fees**

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| 4/1/2017 | Telephone call with BRG Re:  liquidation startup | J.A.M. | .50 | $342.50 |
| 4/2/2017 | Work with BRG Re: timing for BOD call | J.A.M. | .20 | $137.00 |
| 4/2/2017 | Work with Great American Re: startup issues | J.A.M. | .40 | $274.00 |
| 4/3/2017 | Correspondence with counsel for GA/Tiger Re: landlord side letters | J.A.M. | .10 | $68.50 |
| 4/3/2017 | Correspondence with GA team and company Re: Startup call | J.A.M. | .10 | $68.50 |
| 4/4/2017 | Correspondence with Comm. counsel RE:  Augment | J.A.M. | .10 | $68.50 |
| 4/4/2017 | Correspondence with company and counsel for Monster Re:  Price protecting product | J.A.M. | .10 | $68.50 |
| 4/4/2017 | Correspondence with company Re:  RTV goods | J.A.M. | .10 | $68.50 |
| 4/4/2017 | Working group call with GA/Tiger Re:  Startup issues | J.A.M. | 2.40 | $1,644.00 |
| 4/5/2017 | Meeting with GA/Tiger Re:  Store Closing startup issues | J.A.M. | 2.40 | $1,644.00 |
| 4/5/2017 | Telephone call with B lender Re: Store closing issues | J.A.M. | .50 | $342.50 |
| 4/5/2017 | Travel to client Re: liquidator startup meeting | J.A.M. | 3.30 | $2,260.50 |
| 4/6/2017 | Meeting with GA/Tiger Re: startup issues/strategy | J.A.M. | 4.50 | $3,082.50 |
| 4/6/2017 | Work with B lender and Committee Re: liquidation strategy | J.A.M. | 1.20 | $822.00 |
| 4/7/2017 | Attend hearing Re:  store closing motion | J.A.M. | 2.30 | $1,575.50 |

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| 4/7/2017 | Meeting with counsel for company Re: store closing motion hearing | J.A.M. | 2.50 | $1,712.50 |
| 4/7/2017 | Travel from Indianapolis Re: Store Closing Motion Hearing | J.A.M. | 2.80 | $1,918.00 |
| 4/7/2017 | Work with client Re: Icon claimed inventory | J.A.M. | .10 | $68.50 |
| 4/7/2017 | Work with GA/Tiger Re: partial liquidation scenario | J.A.M. | .90 | $616.50 |
| 4/8/2017 | Correspondence with client Re: Store retention plan | J.A.M. | .10 | $68.50 |
| 4/8/2017 | Correspondence with Tiger/GA Re: ffe recovery | J.A.M. | .10 | $68.50 |
| 4/8/2017 | Work with GA/Tiger RE: Store Incentive plan | J.A.M. | .20 | $137.00 |
| 4/9/2017 | Correspondence with client Re: fixture liquidation | J.A.M. | .10 | $68.50 |
| 4/9/2017 | Work with BRG Re: store expenses | J.A.M. | .20 | $137.00 |
| 4/10/2017 | Correspondence with counsel for GA/Tiger Re: expense budget | J.A.M. | .10 | $68.50 |
| 4/11/2017 | Correspondence with client RE: CIT goods | J.A.M. | .10 | $68.50 |
| 4/11/2017 | Work with Tiger/GA Re: augment | J.A.M. | .10 | $68.50 |
| 4/12/2017 | Prepare correspondence to client Re: liquidator budgets | J.A.M. | .10 | $68.50 |
| 4/12/2017 | Review correspondence Re: Icon inventory | J.A.M. | .10 | $68.50 |
| 4/12/2017 | Telephone call with BRG Re: FFE budget | J.A.M. | .20 | $137.00 |
| 4/12/2017 | Telephone call with GA/Tiger Re: FFE budget | J.A.M. | .20 | $137.00 |
| 4/13/2017 | Telephone call with BRG and liquidator Re: PTO | J.A.M. | .40 | $274.00 |
| 4/13/2017 | Work with BRG Re: ffe expense budget | J.A.M. | .10 | $68.50 |
| 4/14/2017 | Review revised store incentive plan | J.A.M. | .10 | $68.50 |
| 4/14/2017 | Work with client Re: RTV product | J.A.M. | .10 | $68.50 |
| 4/17/2017 | Correspondence with liquidator Re: Modified expense budget | J.A.M. | .10 | $68.50 |
| 4/17/2017 | Telephone call with BRG, company and UCC FA Re: Sale Update | J.A.M. | .40 | $274.00 |
| 4/17/2017 | Telephone call with Hyper Re: RTV offer | J.A.M. | .20 | $137.00 |
| 4/17/2017 | Work with company Re: RTV inventory | J.A.M. | .20 | $137.00 |
| 4/17/2017 | Work with liquidator Re: DC transfers | J.A.M. | .20 | $137.00 |
| 4/18/2017 | Correspondence with HyperMicro Re: RTV buy | J.A.M. | .10 | $68.50 |
| 4/18/2017 | Finalize RTV sale negotiation | J.A.M. | .30 | $205.50 |
| 4/18/2017 | Review correspondence from client Re: DC inventory push | J.A.M. | .10 | $68.50 |
| 4/19/2017 | Correspondence with counsel for the lenders Re: DC distribution | J.A.M. | .10 | $68.50 |
| 4/19/2017 | Work with company and HyperMicro Re: Finalizing RTV product purchase | J.A.M. | .80 | $548.00 |
| 4/19/2017 | Work with company and liquidator Re: DC goods allocation | J.A.M. | .40 | $274.00 |
| 4/20/2017 | Conference call with liquidator Re: DC inventory/labor issues | J.A.M. | .50 | $342.50 |
| 4/20/2017 | Telephone call with counsel for lender Re: RTV/service product | J.A.M. | .20 | $137.00 |
| 4/20/2017 | Telephone call with counsel for UCC Re: RTV inventory | J.A.M. | .20 | $137.00 |
| 4/20/2017 | Work with client Re: potential bid for additional RTV product | J.A.M. | .60 | $411.00 |
| 4/20/2017 | Work with liquidator Re: DC exit strategy | J.A.M. | .50 | $342.50 |

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 4/21/2017 | Telephone call with HyperMicro Re: RTV inventory | J.A.M. | .20 | $137.00 |
| 4/25/2017 | Correspondence with client Re: RTV inventory | J.A.M. | .10 | $68.50 |
| 4/28/2017 | Correspondence (several) with company Re: RTV product available for sale | J.A.M. | .20 | $137.00 |
| 4/28/2017 | Correspondence (several) with counsel to lender RE: RTV product | J.A.M. | .20 | $137.00 |
| 4/28/2017 | Correspondence with HyperMicro Re: RTV product | J.A.M. | .10 | $68.50 |
| 4/28/2017 | Telephone call with counsel for company Re: Fee app procedures | J.A.M. | .10 | $68.50 |
| SUBTOTAL: | | | 32.60 | $22,331.00 |

**Costs**

| Date | Description | Amount |
|---|---|---|
| 4/4/2017 | Taxi fare to airport | $76.00 |
| 4/5/2017 | Meal | $5.33 |
| 4/5/2017 | Meal | $9.53 |
| 4/5/2017 | Meal | $57.96 |
| 4/6/2017 | Meal | $9.72 |
| 4/6/2017 | Sheraton hotel | $367.48 |
| 4/7/2017 | Meal | $8.72 |
| 4/7/2017 | Meal | $39.33 |
| 4/7/2017 | Meal | $8.63 |
| 4/7/2017 | Rental car | $288.09 |
| 4/7/2017 | Sheraton hotel | $228.77 |
| 4/7/2017 | United wifi | $7.99 |
| SUBTOTAL: | | $1,107.55 |

**Matter Ledgers**

| Date | Description | Amount |
|---|---|---|
| 5/3/2017 | Balance before last invoice | $0.00 |
| 5/3/2017 | Invoice 10189 | $22,349.08 |
| 5/3/2017 | Invoice 10190 | $23,438.55 |
| SUBTOTAL: | | $45,787.63 |

**Trust Account**

| Date | Description | Amount |
|---|---|---|
| 5/3/2017 | Previous Balance | $0.00 |
| | Available in Trust: | $0.00 |

TOTAL $23,438.55

PREVIOUS BALANCE DUE $22,349.08

CURRENT BALANCE DUE AND OWING $45,787.63