

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1465817
May 4, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Asset Disposition
       Our Matter No. 60605.0002

## INVOICE SUMMARY

For Services rendered through March 31, 2017

Professional Services                                    $9,473.85

**Total Current Invoice**                               **$9,473.85**



Asset Disposition                                                              Invoice No. 1465817
Our Matter No. 60605.0002                                                            May 4, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|---|---|---|---|
| 03/09/2017 | FOWL S | Revised and finalized motion to sell, bid procedures, and related notices. | 1.10 |
| 03/09/2017 | FOWL S | Communicated with MLB regarding bid procedures motion and deadlines. | 0.50 |
| 03/09/2017 | FOWL S | Communicated with noticing agent regarding bid procedures motion. | 0.20 |
| 03/09/2017 | FOWL S | Communicated with client and professionals regarding potential offer and related strategy. | 1.10 |
| 03/09/2017 | FOWL S | Reviewed and revised sale motion and bid procedures. | 1.20 |
| 03/09/2017 | HOKA J | Assisted with finalization of bid procedures motion. | 0.80 |
| 03/09/2017 | HOKA J | Participated in call with prospective purchaser's counsel. | 0.60 |
| 03/10/2017 | FOWL S | Revised Motion to Shorten Notice. | 0.80 |
| 03/11/2017 | HOKA J | Participated in calls (2) with senior management and advisors (2.5) and reviewed and assisted with finalization of e-mail to prospective purchaser (.3). | 2.80 |
| 03/13/2017 | FOWL S | Communicated with counsel for potential stalking horse regarding potential offer. | 0.40 |
| 03/13/2017 | FOWL S | Communicated with BRG regarding bid procedures motion. | 0.20 |
| 03/13/2017 | FOWL S | Communicated with MLB regarding stalking horse offer. | 0.20 |
| 03/13/2017 | HOKA J | Participate in call regarding proposed purchaser issues. | 0.50 |
| 03/14/2017 | FOWL S | Communicated with counsel for landlord regarding sale motion. | 0.20 |
| 03/14/2017 | HOKA J | Participate in call with Stifel, et al. | 1.00 |
| 03/15/2017 | FOWL S | Communicated with counsel for potential purchaser of assets. | 0.30 |
| 03/16/2017 | HOKA J | Reviewed revisions to Press Release regarding status of LOI. | 0.30 |
| 03/21/2017 | FOWL S | Revised and finalized notice of amended bid procedures and exhibits thereto. | 0.90 |
| 03/21/2017 | FOWL S | Communicated with landlords and professionals regarding bid procedures. | 0.50 |
| 03/27/2017 | FOWL S | Reviewed objections to bid procedures and prepared for hearing on bid procedures. | 1.40 |
| 03/28/2017 | EFRO H | Advised regarding sale effort issues. | 0.20 |
| 03/28/2017 | FOWL S | Revised bid procedures order; communicated with landlords regarding same. | 1.40 |

Asset Disposition

Invoice No. 1465817

Our Matter No. 60605.0002

May 4, 2017

| 03/28/2017 | FOWL S | Attended hearing on bid procedures. | 1.00 |
| 03/28/2017 | HOKA J | Internal discussions and attention to Hilco issues (.7) and speak with Hilco's counsel in anticipation of continued hearing on Motion to Approve Consulting Agreement (.4). | 1.10 |
| 03/29/2017 | FOWL S | Communicated with counsel for the DIP Lenders and the Committee regarding Motion to Shorten Notice on Phase II GOB Motion. | 0.10 |
| 03/29/2017 | FOWL S | Communicated with noticing agent regarding Phase II GOB Motion. | 0.20 |
| 03/29/2017 | FOWL S | Revised Motion to Shorten Notice and set expedited hearing on Phase II GOB sales. | 0.60 |
| 03/29/2017 | FOWL S | Revised order on bid procedures based on landlord comments. | 0.50 |
| 03/29/2017 | HOKA J | Received messages regarding actions of going-concern bidders, and drafted Motion to Shorten Notice of Phase II Sale Motion. | 1.60 |
| 03/30/2017 | FOWL S | Finalized Phase II Sale Motion. | 0.80 |
| 03/30/2017 | FOWL S | Communicated with client and noticing agent regarding Phase II store closing motion. | 0.40 |

**Total Professional Services**      **$9,473.85**

**Total Invoice Balance Due**      $9,473.85

### OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 05/04/17 | 1465817 | $9,473.85 | $0.00 | $9,473.85 |

| | | | **Total Balance Due** | **$9,473.85** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---|---|---|---|---|---|
| $9,473.85 | $0.00 | $0.00 | $0.00 | $0.00 | $9,473.85 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Asset Disposition                                                                     Invoice No. 1465817
Our Matter No. 60605.0002                                                                    May 4, 2017

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Invoice No. 1465817
May 4, 2017

Re:    Asset Disposition
       Our Matter No. 60605.0002

## INVOICE SUMMARY

For Services rendered through March 31, 2017

Professional Services                                          $9,473.85

**Total Current Invoice**                                      **$9,473.85**

### Payment Options

Online Payments:
**ClientPay**

Wire/ACH Instructions:
Huntington Bank
ABA for ACH     074000078
ABA for Wire    044000024
Account No.     01401048453
Swift Code:     HUNTUS33
Please Reference **Invoice No. 1465817**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1465817**

Questions or concerns, please email **payice@icemiller.com**

---

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1465818
May 4, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Assumption and Rejection of Leases and Contracts
        Our Matter No. 60605.0003

## INVOICE SUMMARY

For Services rendered through March 31, 2017

| | |
|---|---|
| Professional Services | $32,491.35 |
| Disbursements | $167.10 |
| **Total Current Invoice** | **$32,658.45** |


deals done
525+ transactions closed worth in excess of $20 billion in the past 5 years

Assumption and Rejection of Leases and Contracts

Invoice No. 1465818

Our Matter No. 60605.0003

May 4, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 03/08/2017 | FOWL S | Reviewed agreements with Discover Card (.5); drafted motion to reject contract with Discovery Card (2.1). | 2.60 |
| 03/08/2017 | HOKA J | Spoke with G. Apter (Hilco) regarding abbreviated assumption/rejection procedure for GOB store leases. | 0.20 |
| 03/09/2017 | CRIS T | Reviewed the protocol for marketing and negotiation of leases received from Hilco and considered the same (.4); attention to other related matters concerning the store locations closing (.2); reviewed the first day motions, correspondence and documents concerning the store locations closing and considered a motion to establish a protocol for Hilco Real Estate, LLC to negotiate leases (3.5). | 4.10 |
| 03/09/2017 | FOWL S | Revised motion to reject contract with Discover (.5); communicated with client regarding same (.2). | 0.70 |
| 03/09/2017 | FOWL S | Drafted motion for extension of time to assume/reject leases. | 1.80 |
| 03/09/2017 | FOWL S | Communicated with client regarding motion to reject contract with Discover. | 0.30 |
| 03/09/2017 | HOKA J | Exchanges regarding Hilco's request for accelerated assumption/rejection procedure for GOB stores (.3); review and forward Hilco's proposal in this regard (.2). | 0.50 |
| 03/09/2017 | HOKA J | Assist with finalization of Motion to Reject Discover contract. | 0.50 |
| 03/10/2017 | CRIS T | Further considered the approach toward establishing a lease negotiation protocol for Hilco Real Estate, LLC in connection with the assumption or rejection of leases. | 0.30 |
| 03/11/2017 | CRIS T | Reviewed communications, the Application to Employ Hilco and related documents concerning the leases for the closing stores and preparing a motion with respect to the same, and drafted a Motion for Expedited Procedure to Answer or Reject Leases (4.4); continued to prepare the Motion for Expedited Procedure to Assume or Reject Leases, along with a Proposed Order (3.5). | 7.90 |
| 03/12/2017 | CRIS T | Further worked on and completed an initial draft of a Motion for Expedited Procedures to Assume or Reject Leases and a Proposed Order and forwarded the same for review. | 1.60 |
| 03/12/2017 | FOWL S | Revised motion to reject contracts to included Warrentech. | 2.60 |
| 03/13/2017 | CRIS T | Considered comments from Apter at Hilco, Herman and Mauceri, and revised the Motion for Expedited Process to Assume or Reject Executory Contracts and Leases (2.2); made further edits to the Motion for Expedited Process to Assume or Reject Executory Contracts (.2). | 2.40 |

Assumption and Rejection of Leases and Contracts

Invoice No. 1465818

Our Matter No. 60605.0003

May 4, 2017

| 03/13/2017 | FOWL S | Continued revisions to motions to reject executory contracts with Discover and Warrantech (2.1); communicated with client regarding same (.2). | 2.30 |
|---|---|---|---|
| 03/13/2017 | FOWL S | Communicated with counsel for several landlords regarding rent payments. | 0.40 |
| 03/13/2017 | FOWL S | Revised first omnibus motion to reject certain expired leases. | 1.80 |
| 03/13/2017 | HOKA J | Calls and emails regarding draft Motion for Expedited Assumption/Rejection protocol. | 0.20 |
| 03/14/2017 | FOWL S | Communicated with counsel for US Transport regarding potential executory contract. | 0.40 |
| 03/14/2017 | HOKA J | Spoke with T. McAllister regarding his lease rights. | 0.20 |
| 03/15/2017 | FOWL S | Met with US Transport regarding continuation of delivery services. | 1.60 |
| 03/16/2017 | CRIS T | Reviewed and commented on the Motion for Expedited Procedures to Assume or Reject Leases for Store Closing Locations. | 0.70 |
| 03/16/2017 | FOWL S | Revised motion for expedited process to assume or reject leases. | 2.10 |
| 03/16/2017 | FOWL S | Revised motion to reject executory contracts to include Rosetta, Icon, Andretti, and Zimmerman. | 2.80 |
| 03/16/2017 | FOWL S | Revised motion to establish lease rejection procedures. | 0.60 |
| 03/17/2017 | CRIS T | Considered revisions to the Motion for Expedited Lease Assumption and Rejection Procedures and compliance with rules of procedure concerning the same (.3); conferenced on the procedures for the rejection of leases (.1); revised the Motion for Expedited Procedures to Assume and Assign or Reject Executory Contracts and Leases, and to Abandon Property (4.3); prepared correspondence forwarding the Motion to Expedite Procedures to Assume and Reject Contracts and Leases (.1); researched lease rejection effective date issues (.5). | 5.30 |
| 03/17/2017 | FOWL S | Finalized motion for procedure to assume/reject closing store leases (2.3); communicated with counsel for DIP Agent and Committee regarding same (.2). | 2.50 |
| 03/17/2017 | HOKA J | Exchanged emails and calls with counsel to US Transport (UST) and client officers regarding treatment of UST's pre-petition claim. | 2.20 |
| 03/18/2017 | HOKA J | Exchanged emails with UST's counsel and began drafting Motion to Assume UST Contract. | 1.20 |
| 03/19/2017 | FOWL S | Revised motion to assume Towson Lease. | 1.40 |
| 03/20/2017 | CRIS T | Considered tasks to accomplish with respect to leases and resolution of claims. | 0.10 |
| 03/20/2017 | FOWL S | Drafted motion to assume UST contract and motion to shorten notice period. | 2.40 |

Assumption and Rejection of Leases and Contracts

Invoice No. 1465818

Our Matter No. 60605.0003

May 4, 2017

| 03/20/2017 | FOWL S | Communicated with court regarding order on motion for extension of time to assume or reject leases. | 0.20 |
|---|---|---|---|
| 03/20/2017 | FOWL S | Communicated with client regarding assumption and rejection of contracts and leases. | 0.50 |
| 03/20/2017 | HOKA J | Review and assist with finalization of Motion to Assume UST Contract. | 0.80 |
| 03/20/2017 | HOKA J | Review and forward GE's marked up Trade Agreement. | 0.40 |
| 03/20/2017 | HOKA J | Exchange emails and calls regarding Whirlpool issues (.5); review Whirlpool's marked up Trade Agreement and additional emails regarding same (.8); host call with client and Whirlpool counsel, and circulate information relative to claims (.7). | 2.00 |
| 03/20/2017 | HOKA J | Exchange emails regarding Samsung issues. | 1.00 |
| 03/20/2017 | HOKA J | Exchange emails with W. Brewer and client officers regarding BluSky contract. | 0.20 |
| 03/21/2017 | FOWL S | Communicated with counsel for UST regarding hearing. | 0.40 |
| 03/21/2017 | FOWL S | Communicated with Hilco regarding leases. | 0.50 |
| 03/21/2017 | FOWL S | Drafted motion to assume contract with Ryder. | 2.60 |
| 03/21/2017 | FOWL S | Revised order on motion to shorten notice on motion to assume UST contract. | 0.40 |
| 03/22/2017 | FOWL S | Prepared for hearing on motion to assume UST contract. | 3.10 |
| 03/22/2017 | FOWL S | Communicated with client regarding contract rejections. | 0.30 |
| 03/22/2017 | FOWL S | Communicated with counsel for UST regarding hearing on motion to assume contract. | 0.20 |
| 03/22/2017 | FOWL S | Communicated with counsel for UST regarding assumption of contract. | 0.50 |
| 03/22/2017 | HOKA J | Call with Colt's counsel regarding contract. | 0.20 |
| 03/23/2017 | FOWL S | Revised motion to reject contracts to include Butler, IU, and Colts contracts (1.5); communicated with counsel for committee regarding same (.3). | 1.80 |
| 03/23/2017 | FOWL S | Communicated with client regarding contract rejection motion. | 0.40 |
| 03/23/2017 | FOWL S | Attended hearing on motion to assume contract with UST. | 0.90 |
| 03/23/2017 | FOWL S | Prepared for hearing on motion to assume contract with UST. | 1.10 |
| 03/23/2017 | HOKA J | Exchange emails with Committee counsel regarding UST contract (.3); | 0.30 |
| 03/24/2017 | HOKA J | Spoke with counsel to Rosetta regarding treatment of contract/claim. | 0.20 |
| 03/24/2017 | HOKA J | Exchange emails regarding marketing contracts. | 0.60 |

Assumption and Rejection of Leases and Contracts
Our Matter No. 60605.0003

Invoice No. 1465818
May 4, 2017

| 03/26/2017 | FOWL S | Communicated with client and counsel for the Committee regarding rejection of various contracts. | 0.40 |
|---|---|---|---|
| 03/26/2017 | HOKA J | Responded to inquiries regarding intentions to reject particular contracts. | 0.80 |
| 03/27/2017 | FOWL S | Communicated with counsel for landlord regarding lease assumption process for Annapolis store. | 0.30 |
| 03/27/2017 | HOKA J | Calls regarding Spirit and other delivery-related vendors. | 1.20 |
| 03/28/2017 | FOWL S | Communicated with Annapolis landlord regarding lease procedures. | 0.20 |
| 03/29/2017 | FOWL S | Drafted notice of amended order on lease assumption/rejection procedures. | 0.50 |
| 03/29/2017 | FOWL S | Revised motion to reject executory contracts to include Synchrony. | 0.70 |
| 03/29/2017 | FOWL S | Revised order on lease assumption rejection procedures based on comments from Hilco and landlords. | 0.70 |
| 03/29/2017 | FOWL S | Communicated with client regarding contract rejection motion. | 0.20 |
| 03/29/2017 | HOKA J | Discussions and emails regarding treatment of NQDC Plan. | 1.40 |
| 03/29/2017 | HOKA J | Call with Hilco's counsel regarding UST's objections to Consulting Agreement. | 0.40 |
| 03/30/2017 | FOWL S | Communicated with counsel for several landlords regarding lease procedures objections. | 0.70 |
| 03/31/2017 | FOWL S | Finalized cure notice. | 0.40 |
| 03/31/2017 | FOWL S | Finalized motion to assume the Towson Lease. | 0.50 |
| 03/31/2017 | FOWL S | Communicated with counsel for several landlords regarding lease procedures motion. | 0.60 |

| **Total Professional Services** | **$32,491.35** |
|---|---|

## COSTS ADVANCED

| Description | Amount |
|---|---|
| Color Photocopies | $18.75 |
| Legal Research Expense - WESTLAW - WESTLAW 60605.0003.07222.LEASEREJECTION | $148.35 |
| **Total Cost Advanced** | **$167.10** |

Assumption and Rejection of Leases and Contracts

Our Matter No. 60605.0003

Invoice No. 1465818

May 4, 2017

---

**Total Invoice Balance Due** $32,658.45

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 05/04/17 | 1465818 | $32,658.45 | $0.00 | $32,658.45 |
| | | | **Total Balance Due** | **$32,658.45** |

## AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $32,658.45 | $0.00 | $0.00 | $0.00 | $0.00 | $32,658.45 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                    Invoice No. 1465818
Debtor-In-Possesion                                                            May 4, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Assumption and Rejection of Leases and Contracts
        Our Matter No. 60605.0003

## INVOICE SUMMARY

For Services rendered through March 31, 2017

Professional Services                                                          $32,491.35

Disbursements                                                                      $167.10

**Total Current Invoice**                                    | **$32,658.45** |

### Payment Options

Online Payments:                        Wire/ACH Instructions:
**ClientPay**                           Huntington Bank
                                        ABA for ACH     074000078
                                        ABA for Wire    044000024
                                        Account No.     01401048453
                                        Swift Code:     HUNTUS33
                                        Please Reference **Invoice No. 1465818**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1465818**

Questions or concerns, please email **payice@icemiller.com**

---

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1465819
May 4, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Budgeting (Case)
        Our Matter No. 60605.0005

## INVOICE SUMMARY

For Services rendered through March 31, 2017

Professional Services                                                    $1,162.35

**Total Current Invoice**                                              **$1,162.35**



Budgeting (Case)  
Our Matter No. 60605.0005

Invoice No. 1465819  
May 4, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 03/10/2017 | HOKA J | Attention to billing and reporting requirements. | 1.00 |
| 03/15/2017 | HOKA J | Provide summary information to BRG. | 0.50 |
| 03/20/2017 | HOKA J | Compile and provide IM's weekly accruals to BRG. | 0.60 |
| **Total Professional Services** | | | **$1,162.35** |

**Total Invoice Balance Due**        $1,162.35

### OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 05/04/17 | 1465819 | $1,162.35 | $0.00 | $1,162.35 |
| | | | **Total Balance Due** | **$1,162.35** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $1,162.35 | $0.00 | $0.00 | $0.00 | $0.00 | $1,162.35 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact  
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                    Invoice No. 1465819
Debtor-In-Possesion                                                            May 4, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Budgeting (Case)
       Our Matter No. 60605.0005

## INVOICE SUMMARY

For Services rendered through March 31, 2017

Professional Services                                                          $1,162.35

**Total Current Invoice**                                                      **$1,162.35**

## Payment Options

Online Payments:                        Wire/ACH Instructions:
**ClientPay**                           Huntington Bank
                                        ABA for ACH      074000078
                                        ABA for Wire     044000024
                                        Account No.      01401048453
                                        Swift Code:      HUNTUS33
                                        Please Reference **Invoice No. 1465819**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1465819**

Questions or concerns, please email **payice@icemiller.com**

---

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1465820
May 4, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Business Operations
        Our Matter No. 60605.0006

## INVOICE SUMMARY

For Services rendered through March 31, 2017

| | |
|---|---:|
| Professional Services | $73,072.35 |
| Disbursements | $109.63 |
| **Total Current Invoice** | **$73,181.98** |



525+ transactions closed worth in excess of **$20 billion** in the past **5 years**

Business Operations
Our Matter No. 60605.0006

Invoice No. 1465820
May 4, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 03/08/2017 | HOKA J | Meeting at client offices to respond to operational issues. | 5.00 |
| 03/08/2017 | HOKA J | Exchanged messages regarding numerous trade creditors' interest in critical vendor status, and assist with finalization of template Trade Agreement. | 2.20 |
| 03/08/2017 | HOKA J | Exchanged emails regarding entry of first day orders required to fund payroll. | 0.40 |
| 03/09/2017 | SWET D | Telephone conference with David Bastos of Levee Partners regarding mechanic's lien (.20); reviewed emails and documents from David Bastos (.30); telephone conference with Michelle Mallon regarding proposal from Levee Partners (.20). | 0.70 |
| 03/09/2017 | HOKA J | Review and circulate various reclamation claims. | 0.50 |
| 03/09/2017 | HOKA J | Call with consignment vendor's counsel and internal exchanges regarding response. | 1.00 |
| 03/10/2017 | HOKA J | Respond to inquiries regarding designation of last-mile deliverers as critical vendors. | 0.60 |
| 03/10/2017 | HOKA J | Prepare talking points for client personnel for responding to trade vendors. | 2.20 |
| 03/10/2017 | HOKA J | Meeting with US Trustee counsel regarding critical vendor issues. | 1.00 |
| 03/10/2017 | HOKA J | Continued discussions regarding treatment of consignment claims. | 1.00 |
| 03/10/2017 | HOKA J | Exchanges and calls regarding proposed critical vendors. | 1.40 |
| 03/11/2017 | SWET D | Prepared settlement agreement with Capital Construction. | 0.50 |
| 03/11/2017 | HOKA J | Continued exchanges regarding proposed critical vendors. | 1.30 |
| 03/11/2017 | HOKA J | Circulate and discuss emails regarding claims of last-mile delivery service. | 0.30 |
| 03/11/2017 | HOKA J | Additional exchanges regarding consignment vendor issues. | 0.40 |
| 03/11/2017 | HOKA J | Calls (3) with client officer regarding status of pending issues generally. | 1.40 |
| 03/12/2017 | HOKA J | Additional exchanges with consignment vendor. | 0.40 |
| 03/13/2017 | SWET D | Revised Settlement Agreement with Capital Construction. | 0.50 |
| 03/13/2017 | HOKA J | Respond to lead counsel's summary of likely objections to critical vendor proposal (.6); review communications regarding Committee's position and resolution (.6). | 1.20 |
| 03/13/2017 | HOKA J | Respond to inquiries regarding employment expenses. | 0.40 |

Business Operations
Our Matter No. 60605.0006

Invoice No. 1465820
May 4, 2017

| 03/13/2017 | HOKA J | Telephonically attend meeting regarding trade vendor issues. | 0.80 |
|---|---|---|---|
| 03/13/2017 | HOKA J | Participate (partially) in conference call with client officers and personnel regarding payment of logistics and last mile delivery service providers. | 0.70 |
| 03/13/2017 | HOKA J | Participate in daily senior management and advisors call. | 1.20 |
| 03/13/2017 | HOKA J | Participate in daily senior management and advisor call. | 0.80 |
| 03/13/2017 | HOKA J | Participated in call with Senior Management and advisors. | 0.50 |
| 03/14/2017 | HOKA J | Respond to inquiry regarding treatment of claims under Company's deferred compensation plan. | 0.50 |
| 03/14/2017 | HOKA J | Review and circulate GE's objection to critical vendor motion. | 0.20 |
| 03/14/2017 | HOKA J | Respond to inquiry regarding treatment of customer deposits. | 0.30 |
| 03/14/2017 | HOKA J | Review and circulate CV demand of US Transport. | 0.30 |
| 03/14/2017 | HOKA J | Respond to inquiries regarding vendors with insured claims. | 0.40 |
| 03/14/2017 | HOKA J | Draft and circulate materials for critical vendor hearing. | 2.20 |
| 03/14/2017 | HOKA J | Meeting at client offices regarding general trade vendor and customer issues. | 2.00 |
| 03/14/2017 | HOKA J | Meeting at client offices for preparation for hearing on critical vendor motion. | 2.00 |
| 03/14/2017 | HOKA J | Participate in daily senior management and advisor call. | 1.00 |
| 03/15/2017 | HOKA J | Participated in call with client officers and counsel regarding trade issues. | 0.80 |
| 03/15/2017 | HOKA J | Calls with client officers regarding second request for critical vendor authority. | 1.00 |
| 03/15/2017 | HOKA J | Participated in discussions with alleged critical vendor. | 1.00 |
| 03/15/2017 | HOKA J | Calls and communications with client officers and preparation for hearing on Critical Vendor Motion (2.4) and attended hearing (1.5). | 3.90 |
| 03/15/2017 | HOKA J | Emailed J. Levit (Samsung) regarding terms for setoff/delivery. | 0.20 |
| 03/15/2017 | HOKA J | Participate in daily senior management and advisor call. | 0.50 |
| 03/16/2017 | HOKA J | Finalized and circulated First Critical Vendor Order, and responded to resulting comments and inquiries. | 1.80 |
| 03/16/2017 | HOKA J | Discussion with client officer regarding contract assumption procedure and effect. | 0.50 |
| 03/16/2017 | HOKA J | Call with vendor's counsel and email exchanges regarding debtor's use of pre-petition credits to pay for post-petition purchases of inventory. | 2.40 |
| 03/16/2017 | HOKA J | Additional exchanges with Committee counsel and client officer regarding communication to trade vendors. | 0.50 |

Business Operations
Our Matter No. 60605.0006

Invoice No. 1465820
May 4, 2017

| | | | |
|---|---|---|---|
| 03/16/2017 | HOKA J | Revise CV Trade Agreement for use with Common Carriers. | 0.60 |
| 03/16/2017 | HOKA J | Draft Trade Agreement for use with Critical Vendors (1.3); participated in call with client officers regarding payments proposed to Common Carriers and Delivery services (1.0); revised Critical Vendor Trade Agreement for use by Common Carriers (.5). | 2.90 |
| 03/16/2017 | HOKA J | Participate in daily senior management and advisor call. | 0.60 |
| 03/17/2017 | BANT H | Drafted follow up correspondence to client reporting need to file Statement of Use in FEAR OF BETTER OPTIONS application. | 0.20 |
| 03/17/2017 | HOKA J | Exchanged emails with W. Brewer regarding treatment of BlueSky Technology claim. | 0.30 |
| 03/17/2017 | HOKA J | Assisted with finalization of First Critical Vendor Order. | 0.50 |
| 03/17/2017 | HOKA J | Review background information and call to J. Young regarding claims of Rosetta and Razorback. | 0.50 |
| 03/17/2017 | HOKA J | Call with J. Logan with IPC Workers regarding threatened lien on customers' property. | 0.40 |
| 03/17/2017 | HOKA J | Exchanged emails with Committee counsel and client counsel regarding communications to trade vendors. | 0.50 |
| 03/17/2017 | HOKA J | Exchanged emails regarding client's use of pre-petition credits with trade vendors, et al. | 1.40 |
| 03/18/2017 | FOWL S | Reviewed revised agreement with Whirlpool (1.2); communicated with client regarding same (.2). | 1.40 |
| 03/18/2017 | HOKA J | Reviewed email traffic regarding Synchrony issues and effect on business operations. | 1.40 |
| 03/18/2017 | HOKA J | Spoke with client officer regarding response to Synchrony issues. | 0.50 |
| 03/19/2017 | FOWL S | Reviewed correspondence regarding credit card issues; communicated with counsel for Vantiv regarding same. | 0.90 |
| 03/19/2017 | HOKA J | Participated in call of senior management and advisors (1.0); participated in email exchanges regarding Committee's and Lender's responses to requests for variance allowances (1.5). | 2.50 |
| 03/20/2017 | BANT H | Received and reviewed correspondence from client regarding abandonment of FEAR OF BETTER OPTIONS service mark application. | 0.10 |
| 03/20/2017 | SWET D | Telephone conference with David Bastos of Capital Construction Services (.30); revised draft Settlement Agreement (.50); email to Michelle Mallon regarding suggested revisions to Settlement Agreement (.20). | 1.00 |
| 03/20/2017 | FOWL S | Communicated with client and Whirlpool regarding trade agreement. | 0.50 |

Business Operations
Our Matter No. 60605.0006

Invoice No. 1465820
May 4, 2017

| 03/20/2017 | FOWL S | Vantiv issues; call with counsel for Vantiv; communicated with client; communicated with Mauceri. | 1.90 |
|---|---|---|---|
| 03/20/2017 | FOWL S | Communicated with client regarding GE and Whirlpool. | 0.40 |
| 03/20/2017 | FOWL S | Communicated with client regarding Whirlpool agreement. | 0.20 |
| 03/20/2017 | HOKA J | Call with client officer regarding status of various pending issues. | 0.60 |
| 03/20/2017 | HOKA J | Call with lead counsel regarding status of various claims and demands. | 0.30 |
| 03/20/2017 | HOKA J | Review file materials regarding Vantiv's claim and demand. | 0.60 |
| 03/20/2017 | HOKA J | Review file materials and exchange emails with IPC regarding liens on customers' property. | 0.50 |
| 03/20/2017 | HOKA J | Exchange emails regarding client response to CIT's position. | 0.40 |
| 03/20/2017 | HOKA J | Exchanged emails with Committee counsel regarding vendor communications. | 0.20 |
| 03/20/2017 | HOKA J | Review and respond to emails between Installs and Committee counsel. | 0.40 |
| 03/20/2017 | HOKA J | Internal discussions and emails with DIP Lenders' counsel regarding entry of First Critical Vendor Order. | 0.80 |
| 03/20/2017 | HOKA J | Call with client officers regarding rejection of certain contracts. | 0.80 |
| 03/20/2017 | HOKA J | Call regarding GE's comments to First Critical Vendor order. | 0.30 |
| 03/21/2017 | FOWL S | Communicated with Bishop regarding hearing on UST contract assumption. | 0.20 |
| 03/21/2017 | FOWL S | Communicated with counsel for Vantiv regarding credit card processing issues. | 0.50 |
| 03/21/2017 | FOWL S | Analyzed severance issues; communicated with client and MLB regarding same. | 1.20 |
| 03/21/2017 | FOWL S | Strategized regarding Vantiv issues. | 0.60 |
| 03/21/2017 | FOWL S | Communicated with client regarding Vantiv. | 0.30 |
| 03/21/2017 | HOKA J | Summarize parties' positions regarding Vantiv claim and position. | 0.80 |
| 03/21/2017 | HOKA J | Exchange emails regarding hearing and timing issues related to hearing on Motion to Assume UST's Contract. | 0.50 |
| 03/21/2017 | HOKA J | Respond to inquiry regarding availability of COBRA coverage to client employees. | 0.20 |
| 03/21/2017 | HOKA J | Assist with legal analysis of employment-related inquiries. | 0.80 |

Business Operations                                                                  Invoice No. 1465820
Our Matter No. 60605.0006                                                                    May 4, 2017

| | | | |
|---|---|---|---|
| 03/21/2017 | HOKA J | Review and forward email from XPO's counsel in response Motion to Assume UST Contract (.4); exchange additional emails with XPO's counsel regarding availability of additional relief to her client, and provide update to client officers (.7). | 1.10 |
| 03/21/2017 | HOKA J | Call with Samsung's counsel and continued emails regarding efforts to induce Samsung's delivery of inventory. | 0.70 |
| 03/21/2017 | HOKA J | Exchange emails with BRG officer regarding Monster's consignment agreement and claim. | 0.20 |
| 03/21/2017 | HOKA J | Internal discussion regarding Ryder claim and call with M. Mandell regarding same. | 0.40 |
| 03/21/2017 | HOKA J | Call with client officer regarding status of pending issues. | 0.40 |
| 03/21/2017 | HOKA J | Call with client officer regarding contract rejection issues. | 0.70 |
| 03/21/2017 | HOKA J | Call with client officers regarding delivery issues. | 0.80 |
| 03/21/2017 | HOKA J | Participate in daily management and advisors' call. | 0.50 |
| 03/22/2017 | SWET D | Telephone conference with Riverbend Title regarding escrow of settlement funds. | 0.30 |
| 03/22/2017 | FOWL S | Reviewed and analyzed DIP variance report. | 0.40 |
| 03/22/2017 | FOWL S | Revised and finalized motion to approve use of Samsung prepetition credits. | 2.30 |
| 03/22/2017 | FOWL S | Communicated with XPO regarding prepetition claim and contract going forward. | 0.80 |
| 03/22/2017 | HOKA J | Discuss Samsung's requirement for Court order permitting application of pre-petition credits (.4), and assist with finalization of Motion (.3). | 0.70 |
| 03/22/2017 | HOKA J | Review and forward CIT's reclamation claim, and email from CIT's counsel summary and analysis of claim. | 0.60 |
| 03/22/2017 | HOKA J | Call with Whirlpool's counsel and client officers, and discuss follow up. | 0.50 |
| 03/22/2017 | HOKA J | Review and forward information relative to vendor transactions (.4); call with US Transport's counsel regarding objections to motion/hearing (.2).; emails and calls between Committee and UST counsel regarding March 23rd hearing (.3). | 0.90 |
| 03/22/2017 | HOKA J | Participate in call with CIT's counsel and officers. | 0.60 |
| 03/22/2017 | HOKA J | Participate in call with XPO's counsel and client officer regarding trade agreements. | 0.80 |
| 03/22/2017 | HOKA J | Participate in daily management and advisor call. | 0.70 |
| 03/23/2017 | SWET D | Revised Settlement Agreement and Release of Lien (.40); prepared email summarizing the documents (.30). | 0.70 |

Business Operations
Our Matter No. 60605.0006

Invoice No. 1465820
May 4, 2017

| | | | |
|---|---|---|---|
| 03/23/2017 | FOWL S | Communicated with attorney for landlord regarding stub rent. | 0.30 |
| 03/23/2017 | FOWL S | Communicated with client regarding status of settlement with Vantiv. | 0.20 |
| 03/23/2017 | FOWL S | Communicated with Installs and counsel for the Committee regarding treatment of Installs. | 0.50 |
| 03/23/2017 | FOWL S | Strategized with client regarding treatment of delivery service providers. | 0.60 |
| 03/23/2017 | HOKA J | Respond to inquiry regarding nature of collateral. | 0.20 |
| 03/23/2017 | HOKA J | Summarize and circulate Install's request for terms. | 0.60 |
| 03/23/2017 | HOKA J | Exchange emails with Whirlpool's counsel regarding objection deadline. | 0.20 |
| 03/23/2017 | HOKA J | Call with Vantiv's counsel ands communicate with interested parties regarding same. | 0.80 |
| 03/23/2017 | HOKA J | Call with M. Mallon regarding contracts subject to assumption or rejection, and exchange emails regarding anticipated impact of rejections (.6); exchange emails with Committee response to Motion (.3). | 0.90 |
| 03/23/2017 | HOKA J | Call with Installs' and Committee counsel, and discuss with client officers. | 0.80 |
| 03/23/2017 | HOKA J | Meeting with Client officers regarding delivery service providers. | 1.50 |
| 03/23/2017 | HOKA J | Prepare for and attend hearing on Motion to assume US Transport contract. | 2.80 |
| 03/24/2017 | SWET D | Revised Settlement Agreement and Release of Lien (.30); exchanged emails with title agent and Levee Partners regarding same (.20). | 0.50 |
| 03/24/2017 | FOWL S | Communicated with client regarding CIT and Installs. | 0.40 |
| 03/24/2017 | FOWL S | Communicated with counsel for the Committee and Installs regarding Installs. | 0.30 |
| 03/24/2017 | FOWL S | Communicated with counsel for DIP Lenders regarding Whirlpool and Vantiv. | 0.50 |
| 03/24/2017 | HOKA J | Respond to inquiry regarding post-petition customer deposits. | 0.30 |
| 03/24/2017 | HOKA J | Numerous calls and emails, and review and revision of Amendment to Agreement, in settlement of Ryder issues. | 2.40 |
| 03/24/2017 | HOKA J | Email to Vantiv's counsel with draft Customer Programs Order. | 0.20 |
| 03/24/2017 | HOKA J | Review and forward Install's updated proposal, and discuss with client officers (.4); exchanges regarding payment funding. | 0.60 |
| 03/24/2017 | HOKA J | Call with DIP Lenders' counsel regarding proposed vendor settlements. | 0.50 |
| 03/24/2017 | HOKA J | Call with Lender counsel regarding Trade Agreements. | 0.60 |
| 03/24/2017 | HOKA J | Participate in daily management and advisor call. | 0.60 |

Business Operations                                                              Invoice No. 1465820
Our Matter No. 60605.0006                                                              May 4, 2017

| 03/26/2017 | CRIS T | Prepared the Notice of Debtors' Motion for Order Approving Settlement with Capital Construction Services, LLC and Levee Partners, LLC, and Notice of Objection Deadline. | 0.80 |
|---|---|---|---|
| 03/26/2017 | CRIS T | Prepared the Debtors' Motion for Order Approving Settlement with Capital Construction Services, LLC and Levee Partners, LLC. | 2.30 |
| 03/26/2017 | FOWL S | Communicated with landlord regarding paying February and March rent. | 0.20 |
| 03/26/2017 | HOKA J | Responded to client's inquiry regarding logistics agreement. | 0.20 |
| 03/26/2017 | HOKA J | Exchanges regarding treatment of pre- and post- charges by Vantiv. | 0.60 |
| 03/27/2017 | CRIS T | Prepared the proposed Order Approving Settlement with Capital Construction Services, LLC and Levee Partners, LLC, and made revisions to the Motion (1.3); reviewed case law cited in the Debtor's Motion for Order Approving Settlement (.5); reviewed the final version of the Settlement Agreement with Capital Construction Services, LLC and Levee Partners, LLC, and further revised the Motion and Notice of Motion accordingly (.6). | 2.40 |
| 03/27/2017 | SWET D | Reviewed draft motion to approve settlement. | 0.30 |
| 03/27/2017 | FOWL S | Communicated with Mauceri regarding objections to utilities motions. | 0.40 |
| 03/27/2017 | FOWL S | Communicated with client regarding Spirit. | 0.40 |
| 03/27/2017 | FOWL S | Communicated with client regarding Installs. | 0.20 |
| 03/27/2017 | HOKA J | Review and circulate Agreement to enter Assumption Agreement tendered by US Transport. | 0.20 |
| 03/27/2017 | HOKA J | Exchanged emails regarding treatment of XPO's pre- and post-petition claims (.3), and assist with finalization of Adequate Assurance Trade Agreement (.3). | 0.60 |
| 03/27/2017 | HOKA J | Exchange emails regarding treatment of Vantiv's claim (.4); additional messages regarding application of pre- and post-petition credits (.3); | 0.70 |
| 03/27/2017 | HOKA J | Responded to inquiries regarding treatment of Installs' contract(.3); revised and circulated Trade Agreement (.5); | 0.80 |
| 03/27/2017 | HOKA J | Calls and emails with client officers and attention to delivery vendor issues. | 0.90 |
| 03/27/2017 | HOKA J | Participate in daily call of management and advisors. | 0.70 |
| 03/27/2017 | HOKA J | Participate in daily advisors and professionals call. | 0.20 |
| 03/27/2017 | HOKA J | Call with S. Donato and exchange emails regarding Installs settlement. | 0.20 |
| 03/28/2017 | CRIS T | Revised the Motion to Approve Settlement with Capital Construction Services, LLC and Levee Partners, LLC (.1); reviewed the executed Settlement Agreement with Capital Construction Services, LLC and considered issues in finalizing and filing the same (.2). | 0.30 |

Business Operations
Our Matter No. 60605.0006

Invoice No. 1465820
May 4, 2017

| 03/28/2017 | SWET D | Reviewed and assembled final settlement documents (.30); exchanged emails regarding same and submission for court approval (.20). | 0.50 |
|---|---|---|---|
| 03/28/2017 | HOKA J | Calls and emails with client officers regarding operational issues. | 2.40 |
| 03/28/2017 | HOKA J | Participate in daily call of management and advisors. | 0.60 |
| 03/29/2017 | CRIS T | Revised the Motion to Approve Settlement with Capital Construction Services, and the Notice of Motion, for filing. | 0.50 |
| 03/29/2017 | CRIS T | Prepared a summary of the 9019 motion and settlement and made preparations for filing the same. | 1.10 |
| 03/29/2017 | FOWL S | Communicated with client regarding WARN, sale process, and public disclosures. | 0.60 |
| 03/29/2017 | FOWL S | Call regarding updated cash flow forecast. | 0.60 |
| 03/29/2017 | HOKA J | Respond to State of Ohio's request for Self-Insured Review relative to workers comp insurance. | 0.50 |
| 03/29/2017 | HOKA J | Responded to inquiries regarding Vantiv. | 0.60 |
| 03/29/2017 | HOKA J | Call of client officers and advisors regarding employee and sale issues. | 1.20 |
| 03/29/2017 | HOKA J | Participate in daily advisors and management call. | 0.50 |
| 03/30/2017 | BANT H | Received and reviewed Notice of Publication; drafted correspondence to client reporting Notice of Publication and time to issuance of Notice of Allowance. | 0.30 |
| 03/30/2017 | FOWL S | Communicated regarding Electrolux. | 0.30 |
| 03/30/2017 | HOKA J | Calls with client officers regarding operational issues. | 3.00 |
| 03/30/2017 | HOKA J | Exchange additional messages regarding Ohio SIRP. | 0.40 |
| 03/30/2017 | HOKA J | Exchange emails to finalize settlement of Vantiv terms, and review and approve proposed revisions reviewed Customer Programs order. | 0.40 |
| 03/30/2017 | HOKA J | Meet client officers at headquarters and participate in calls regarding Final Orders on First Day Motions, and prepare witness for March 31st hearing. | 2.50 |
| 03/30/2017 | HOKA J | Participate in daily advisors and management call. | 0.80 |
| 03/31/2017 | CRIS T | Considered filing and service issues with respect to the Motion to Approve Settlement. | 0.10 |
| 03/31/2017 | FOWL S | Communicated with client regarding goods in transit. | 0.30 |
| 03/31/2017 | HOKA J | Calls with client officers regarding operational issues. | 2.40 |
| 03/31/2017 | HOKA J | Participate in discussions regarding consignment vendors. | 0.50 |

Business Operations
Our Matter No. 60605.0006

Invoice No. 1465820
May 4, 2017

| | | | |
|---|---|---|---|
| 03/31/2017 | HOKA J | Calls regarding OH SIRP (.3) and exchange emails regarding same (.2). | 0.50 |

| | |
|---|---|
| **Total Professional Services** | **$73,072.35** |

## COSTS ADVANCED

| Description | Amount |
|---|---|
| Courier Expense | $10.63 |
| Legal Research Expense - WESTLAW - WESTLAW 60505.0001.06129 | $99.00 |
| **Total Cost Advanced** | **$109.63** |

| | |
|---|---|
| **Total Invoice Balance Due** | $73,181.98 |

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 05/04/17 | 1465820 | $73,181.98 | $0.00 | $73,181.98 |
| | | | **Total Balance Due** | **$73,181.98** |

## AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---|---|---|---|---|---|
| $73,181.98 | $0.00 | $0.00 | $0.00 | $0.00 | $73,181.98 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                          Invoice No. 1465820
Debtor-In-Possesion                                                    May 4, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Business Operations
        Our Matter No. 60605.0006

## INVOICE SUMMARY

For Services rendered through March 31, 2017

Professional Services                                              $73,072.35

Disbursements                                                         $109.63

**Total Current Invoice**                                     **$73,181.98**

### Payment Options

Online Payments:                    Wire/ACH Instructions:
**ClientPay**                       Huntington Bank
                                    ABA for ACH     074000078
                                    ABA for Wire    044000024
                                    Account No.     01401048453
                                    Swift Code:     HUNTUS33
                                    Please Reference **Invoice No. 1465820**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1465820**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1465821
May 4, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Case Administration
        Our Matter No. 60605.0007

## INVOICE SUMMARY

For Services rendered through March 31, 2017

| | |
|---|---|
| Professional Services | $62,210.60 |
| Disbursements | $103.40 |
| **Total Current Invoice** | **$62,314.00** |



525+ transactions closed worth in excess of $20 billion in the past 5 years

Case Administration
Our Matter No. 60605.0007

Invoice No. 1465821
May 4, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 03/02/2017 | EFRO H | Telephone call from attorney for unsecured creditor regarding formation of committee. | 0.20 |
| 03/07/2017 | FOWL S | Revised order of first day employee wage motion. | 0.40 |
| 03/07/2017 | FOWL S | Revised order on interim DIP motion. | 0.40 |
| 03/07/2017 | FOWL S | Revised order on first day motion for cash management. | 0.50 |
| 03/07/2017 | FOWL S | Attended first day hearings. | 4.40 |
| 03/07/2017 | FOWL S | Prepared for first day hearings, including meeting with client, meeting with counsel for DIP lender, preparing arguments, reviewing objections filed by UST. | 5.60 |
| 03/07/2017 | JORI W | Reviewed communications from noticing agent regarding handling of service requests. | 0.20 |
| 03/07/2017 | JORI W | Submitted certificate of service of first day motions with bankruptcy court. | 0.30 |
| 03/07/2017 | JORI W | Received/reviewed deficiency notice regarding creditor matrix and secured creditors in order to comply with requirements. | 0.30 |
| 03/07/2017 | JORI W | Facilitated preparation of binders for first day hearing. | 0.30 |
| 03/08/2017 | FOWL S | Communicated with counsel for Hilco regarding revised store closing agreement. | 0.20 |
| 03/08/2017 | FOWL S | Drafted order continuing hearing on first day critical vendors motion. | 0.50 |
| 03/08/2017 | FOWL S | Revised order on first day motion for sales and use tax. | 0.30 |
| 03/08/2017 | FOWL S | Communicated with Donlin regarding service of first day orders. | 0.20 |
| 03/08/2017 | FOWL S | Revised order on first day motion for common carriers. | 0.30 |
| 03/08/2017 | FOWL S | Revised order on first day motion to continue customer programs. | 0.40 |
| 03/08/2017 | FOWL S | Revised order on first day insurance motion. | 0.40 |
| 03/08/2017 | FOWL S | Revised order on motion for extension of time to remove actions. | 0.20 |
| 03/08/2017 | FOWL S | Confirmed status of UCC filing for Electrolux and Frigidaire (.3); communicated with client regarding same (.2). | 0.50 |
| 03/08/2017 | FOWL S | Revised order on motion for joint administration. | 0.30 |

Case Administration

Invoice No. 1465821

Our Matter No. 60605.0007

May 4, 2017

| 03/08/2017 | FOWL S | Revised order on motion to assume Hilco agreement (.8); communicated with Herman regarding same (.2). | 1.00 |
|---|---|---|---|
| 03/08/2017 | JORI W | Revised application to retain and employ Stifel as investment banker, including declaration and proposed order in support of same. | 0.70 |
| 03/08/2017 | JORI W | Prepared application to retain and employ Hilco as real estate advisor, including declaration and proposed order in support of same. | 2.10 |
| 03/08/2017 | JORI W | Prepared application to retain and employ BRG as financial advisors, including declaration and proposed order in support of same. | 1.90 |
| 03/08/2017 | JORI W | Conferred with Fowler on handling to comply with court deadlines and filing requirements for creditor matrix and list of secured creditors. | 0.30 |
| 03/08/2017 | JORI W | Communicated with claims and noticing agent regarding text file for creditor matrix, maintenance of claims docket and service of documents in order to comply with court requirements. | 0.30 |
| 03/08/2017 | JORI W | Submitted order with bankruptcy court regarding first day critical vendors motion. | 0.20 |
| 03/08/2017 | JORI W | Submitted order with bankruptcy court regarding first day utilities motion. | 0.20 |
| 03/08/2017 | JORI W | Submitted order with bankruptcy court regarding first day tax motion. | 0.20 |
| 03/08/2017 | JORI W | Submitted order with bankruptcy court regarding common carrier motion. | 0.20 |
| 03/08/2017 | JORI W | Submitted order with bankruptcy court regarding motion to continue insurance coverage. | 0.20 |
| 03/08/2017 | JORI W | Submitted order with bankruptcy court regarding motion for extension of time to remove actions. | 0.20 |
| 03/08/2017 | JORI W | Submitted orders with bankruptcy court regarding motion for joint administration in all three cases. | 0.30 |
| 03/08/2017 | JORI W | Submitted order with bankruptcy court regarding motion for extension of time to file schedules. | 0.20 |
| 03/08/2017 | HOKA J | Review and forward US Trustee's solicitation for Committee members. | 0.20 |
| 03/09/2017 | FOWL S | Communicated with client regarding reclamation notice. | 0.20 |
| 03/09/2017 | FOWL S | Communicated with counsel for Electrolux regarding consignment agreement (.2); communicated with client regarding same (.2). | 0.40 |
| 03/09/2017 | FOWL S | Communicated with noticing agent regarding service of first day orders. | 0.20 |
| 03/09/2017 | FOWL S | Communicated with court regarding first day orders (.2); revised orders based on same (.5). | 0.70 |
| 03/09/2017 | JORI W | Received and submitted with the court the final motion to sell, bid procedures order and sale order. | 0.60 |

Case Administration                                                          Invoice No. 1465821
Our Matter No. 60605.0007                                                        May 4, 2017

| | | | |
|---|---|---|---|
| 03/09/2017 | JORI W | Received and reviewed draft sales motion and related documents in order to prepare for filing. | 0.80 |
| 03/09/2017 | JORI W | Reviewed e-mail traffic and communications with attorney regarding filing of sales motions. | 0.90 |
| 03/09/2017 | JORI W | Communications with court clerk regarding creditor matrix and handling of service on creditors. | 0.30 |
| 03/09/2017 | JORI W | Uploaded voluminous text file of creditor matrix with the court. | 0.60 |
| 03/09/2017 | JORI W | Communications with Donlin regarding affidavits of service. | 0.20 |
| 03/09/2017 | JORI W | Received, reviewed and submitted various affidavits of service with the court. | 0.80 |
| 03/09/2017 | JORI W | Drafted list of secured creditors to be submitted to court. | 1.00 |
| 03/09/2017 | JORI W | Reviewed communications with noticing agent regarding service of court orders. | 0.20 |
| 03/09/2017 | HOKA J | Assist with introductions and arrangements for Court's conference calling capabilities. | 0.20 |
| 03/09/2017 | HOKA J | Forward Initial Debtor Interview packets from US Trustee. | 0.50 |
| 03/10/2017 | FOWL S | Communicated with client regarding customer deposits. | 0.40 |
| 03/10/2017 | FOWL S | Reviewed letter to vendors. | 0.30 |
| 03/10/2017 | FOWL S | Communicated with client regarding delivery of product and vendors. | 0.50 |
| 03/10/2017 | FOWL S | Comm with counsel for Hilco re order on mtion to assume agreement. | 0.20 |
| 03/10/2017 | FOWL S | Met with UST. | 1.10 |
| 03/10/2017 | FOWL S | Call with client regarding meeting with UST and consignment issues. | 1.00 |
| 03/10/2017 | FOWL S | Communicated with client regarding critical vendors. | 1.20 |
| 03/10/2017 | JORI W | Submitted Motion to Shorten Notice and for expedited hearing regarding sales motion and bid procedures with the bankruptcy court, along with proposed order. | 0.30 |
| 03/10/2017 | JORI W | Submitted Motion for Extension of Time to assume/reject leases with the bankruptcy court, along with proposed order. | 0.30 |
| 03/10/2017 | JORI W | Submitted Application to Employ Hilco with the bankruptcy court. | 0.30 |
| 03/10/2017 | JORI W | Submitted Application to Employ Stifel with the bankruptcy court. | 0.30 |
| 03/10/2017 | JORI W | Drafted motion to shorten notice and set expedited hearing on debtors' sales motion. | 1.70 |

Case Administration
Our Matter No. 60605.0007

Invoice No. 1465821
May 4, 2017

| 03/10/2017 | JORI W | Reviewed e-mail communications with Donlin regarding information needed for service of sales motion documents. | 0.20 |
|---|---|---|---|
| 03/10/2017 | JORI W | Reviewed e-mail communications regarding applications to be filed today. | 0.20 |
| 03/10/2017 | HOKA J | Exchanges with Court's staff regarding hearing on bid procedures motion. | 0.20 |
| 03/10/2017 | HOKA J | Continued communications regarding courtroom call issues. | 0.50 |
| 03/11/2017 | FOWL S | Communicated with counsel for Hilco regarding status of interim order. | 0.20 |
| 03/11/2017 | FOWL S | Communicated with client and other professionals regarding customer deposits, the committee, status of sales, potential stalking horse, and critical vendors. | 0.70 |
| 03/11/2017 | HOKA J | Participate in introductory call with Committee counsel. | 0.80 |
| 03/12/2017 | FOWL S | Communicated with committee regarding critical vendors. | 0.40 |
| 03/12/2017 | FOWL S | Prepared arguments for continued critical vendor hearing. | 0.80 |
| 03/12/2017 | FOWL S | Communicated with client regarding Whirlpool reclamation claim. | 0.20 |
| 03/12/2017 | HOKA J | Exchanges with client officers regarding identified proposed critical vendors (.8); discussed preparations for March 15th hearing on critical vendor motion (.5). | 1.30 |
| 03/12/2017 | HOKA J | Assist with preparations for schedules and SOFA. | 1.60 |
| 03/13/2017 | FOWL S | Drafted minutes for 3.6.17 board of directors meeting. | 1.10 |
| 03/13/2017 | FOWL S | Communicated with client regarding list of secured creditors. | 0.60 |
| 03/13/2017 | FOWL S | Communicated with the noticing agent regarding service of orders and notices. | 0.40 |
| 03/13/2017 | FOWL S | Communicated with counsel for US Transport regarding critical vendor status; communicated with client regarding same. | 0.40 |
| 03/13/2017 | FOWL S | Communicated with client regarding Samsung. | 0.30 |
| 03/13/2017 | FOWL S | Communicated with BRG regarding schedules. | 0.20 |
| 03/13/2017 | FOWL S | Communicated with client regarding vendor contract issues. | 0.20 |
| 03/13/2017 | FOWL S | Communicated with counsel for Samsung regarding product issues. | 0.40 |
| 03/13/2017 | FOWL S | Communicated with executive committee and D&O issues. | 1.20 |
| 03/13/2017 | FOWL S | Communicated with client regarding vendor issues. | 1.00 |
| 03/13/2017 | FOWL S | Communicated with counsel for hhgregg in Lake County regarding automatic stay. | 0.20 |
| 03/13/2017 | FOWL S | Communicated with client regarding D&O issues. | 0.50 |

Case Administration
Our Matter No. 60605.0007

Invoice No. 1465821
May 4, 2017

| 03/13/2017 | FOWL S | Attended board of directors meeting. | 0.70 |
|---|---|---|---|
| 03/13/2017 | JORI W | Communications with BestCase software vendor to discuss services for preparation of schedules. | 0.30 |
| 03/13/2017 | JORI W | Finalized and submitted with the court notices of employment applications filed for Hilco, Stifel and BRG. | 0.60 |
| 03/13/2017 | JORI W | Contacted the court clerk to inquire on orders entered regarding joint administration in order to respond to Donlin regarding service. | 0.30 |
| 03/13/2017 | JORI W | Received, reviewed and submitted with the court affidavits of service for the employment applications of Hilco, Stifel and BRG. | 0.40 |
| 03/13/2017 | JORI W | Finalized and submitted with the court the notice of proposed agenda for March 15th hearing. | 0.30 |
| 03/13/2017 | JORI W | Prepared notice of proposed agenda for March 15th hearing. | 0.90 |
| 03/13/2017 | JORI W | Communications with the client regarding preparation of list of secured creditors. | 0.40 |
| 03/13/2017 | JORI W | Communications with the court regarding filing and service requirements for notices of employment applications filed for Hilco, Stifel and BRG. | 0.50 |
| 03/13/2017 | JORI W | Prepared notices of employment applications filed for Hilco, Stifel and BRG. | 1.40 |
| 03/13/2017 | JORI W | Gathered information and forms and provided same to BRG to assist with preparation of schedules due. | 0.90 |
| 03/13/2017 | JORI W | Several communications with BRG regarding preparation of statement of financial affairs, summary of assets and liabilities, and schedules to be completed by filing deadline. | 1.10 |
| 03/14/2017 | FOWL S | Communicated with BRG regarding prepetition insurance claims. | 0.30 |
| 03/14/2017 | FOWL S | Finalized lists of secured creditors. | 0.50 |
| 03/14/2017 | FOWL S | Communicated with noticing agent regarding service of various motions and 341 notices. | 0.30 |
| 03/14/2017 | FOWL S | Met with client regarding critical vendors and prepared for critical vendor hearing. | 5.60 |
| 03/14/2017 | FOWL S | Communicated with client, Stifel, MLB, and the Committee regarding status of sales process. | 1.20 |
| 03/14/2017 | FOWL S | Communicated with client regarding preparation of schedules. | 0.30 |
| 03/14/2017 | JORI W | Emails with Donlin regarding service of today's filings. | 0.20 |
| 03/14/2017 | JORI W | Finalized and submitted with the court lists of secured creditors in all three cases and amended notices of applications to employ. | 0.60 |

Case Administration
Our Matter No. 60605.0007

Invoice No. 1465821
May 4, 2017

| 03/14/2017 | JORI W | Received and reviewed message from court regarding 314 meeting of creditors and communicated information to noticing agent. | 0.30 |
| 03/14/2017 | JORI W | Prepared lists of secured creditors to be filed in hhgregg and HHG Distributing cases. | 0.50 |
| 03/14/2017 | JORI W | Communications with BRG regarding preparation of schedules. | 0.20 |
| 03/14/2017 | JORI W | Communications with the court regarding notices to be filed. | 0.30 |
| 03/14/2017 | JORI W | Prepared notice regarding application to employ Donlin as claims and noticing agent. | 0.30 |
| 03/14/2017 | JORI W | Prepared amended notices regarding applications to employ Hilco, Stifel and BRG. | 0.50 |
| 03/14/2017 | JORI W | Received and responded to several emails with the client regarding information on secured creditors and continued preparation of List of Secured Creditors. | 0.90 |
| 03/14/2017 | HOKA J | Exchanges with Court staff regarding remaining first day orders. | 0.40 |
| 03/15/2017 | EFRO H | Telephone call from attorney for potential bidder regarding process and referral. | 0.20 |
| 03/15/2017 | FOWL S | Communicated with client regarding logistics services. | 0.30 |
| 03/15/2017 | FOWL S | Communicated with client regarding customer programs and consignment vendors. | 0.30 |
| 03/15/2017 | FOWL S | Communicated with client regarding preparation of schedules. | 0.30 |
| 03/15/2017 | FOWL S | Communicated with client regarding contract issues. | 0.50 |
| 03/15/2017 | FOWL S | Strategized regarding next set of critical vendors. | 1.00 |
| 03/15/2017 | FOWL S | Attended hearing on critical vendor motion. | 1.40 |
| 03/15/2017 | FOWL S | Communicated with noticing agent regarding service of 341 notices. | 0.20 |
| 03/15/2017 | FOWL S | Prepared for critical vendors hearing. | 2.60 |
| 03/15/2017 | FOWL S | Communicated with client regarding revising motion to reject contracts to include Zimmerman and Razorfish. | 0.20 |
| 03/15/2017 | FOWL S | Communicated with client regarding Samsung. | 0.30 |
| 03/15/2017 | JORI W | Gathered and reviewed updated schedules to prepare for call with BRG. | 0.40 |
| 03/15/2017 | JORI W | Prepared updates to Gregg Appliances, Inc.'s Schedule D based on list of secured creditors. | 0.30 |
| 03/15/2017 | JORI W | Began drafting agendas for hearings set on March 23rd and March 31st. | 1.20 |

Case Administration
Our Matter No. 60605.0007

Invoice No. 1465821
May 4, 2017

| 03/15/2017 | JORI W | Communications with BRG regarding preparation of schedules. | 0.40 |
| 03/15/2017 | JORI W | Drafted amended list of secured creditors for Greg Appliances, Inc. | 0.20 |
| 03/15/2017 | JORI W | Reviewed additional e-mails from client regarding secured vendor amount of claims. | 0.20 |
| 03/15/2017 | JORI W | Reviewed and responded to call from Conns, Inc. regarding notice of motion to sell. | 0.40 |
| 03/16/2017 | CRIS T | Reviewed the proposed delegation of tasks amongst legal team. | 0.10 |
| 03/16/2017 | FOWL S | Communicated with noticing agent regarding communications with the public. | 0.20 |
| 03/16/2017 | FOWL S | Reviewed objection to utilities motion. | 0.80 |
| 03/16/2017 | FOWL S | Attended to press release regarding stalking horse bidder. | 0.20 |
| 03/16/2017 | FOWL S | Communicated with BRG regarding preparation of schedules and statements of financial affairs. | 0.40 |
| 03/16/2017 | FOWL S | Revised first interim order granting first day critical vendor motion. | 2.10 |
| 03/16/2017 | FOWL S | Communicated with noticing agent regarding service of first day orders. | 0.20 |
| 03/16/2017 | FOWL S | Communicated with lender and committee regarding stub rent and 503(b)(9) claims. | 0.70 |
| 03/16/2017 | JORI W | Gathered additional templates of schedules and questionnaire for BRG and telephone call to discuss same. | 0.40 |
| 03/16/2017 | JORI W | Gathered and sent bankruptcy code to BRG to assist with evaluation of priority claims. | 0.30 |
| 03/16/2017 | JORI W | Received and submitted with the court additional affidavits of service. | 0.70 |
| 03/16/2017 | JORI W | Continued gathering and reviewing information regarding hearings set and objections to motions in order to complete agendas. | 0.70 |
| 03/16/2017 | JORI W | Prepared list of affidavits needed in order to follow up with Donlin. | 0.20 |
| 03/16/2017 | JORI W | Reviewed current docket in order to identify all motions and orders needing certificates of service and determined status of same. | 1.40 |
| 03/16/2017 | JORI W | Reviewed and submitted affidavit of service with the court. | 0.20 |
| 03/16/2017 | JORI W | Communications with BRG and attorneys in order to respond to questions relating to preparation of schedules. | 0.40 |
| 03/16/2017 | HOKA J | Internal exchanges with FA regarding schedules, etc. | 0.80 |
| 03/16/2017 | HOKA J | Assisted with issues regarding schedules. | 0.80 |

Case Administration
Our Matter No. 60605.0007

Invoice No. 1465821
May 4, 2017

| 03/17/2017 | CRIS T | Prepared for and participated in the legal team conference to discuss various matters and delegation of tasks. | 1.10 |
| 03/17/2017 | FOWL S | Communicated with client regarding critical vendors. | 0.10 |
| 03/17/2017 | FOWL S | Communicated with client regarding assumption and rejection of leases and regarding changes to critical vendors motion. | 0.30 |
| 03/17/2017 | FOWL S | Communicated with client regarding inquiries received from Donlin. | 0.20 |
| 03/17/2017 | FOWL S | Communicated with client regarding IntraLinks invoice. | 0.20 |
| 03/17/2017 | FOWL S | Reviewed revised DIP budget. | 0.50 |
| 03/17/2017 | FOWL S | Revised script for noticing agent. | 0.70 |
| 03/17/2017 | FOWL S | Communicated with client regarding worker's comp issue. | 0.20 |
| 03/17/2017 | FOWL S | Analyzed stay of tax audits issue. | 0.60 |
| 03/17/2017 | FOWL S | Communicated with noticing agent and client regarding service of notice of 341 meting. | 0.20 |
| 03/17/2017 | FOWL S | Revised first interim order on critical vendors based on comments from counsel for the Committee and counsel for GE (.9); communicated with counsel for GE regarding same (.2). | 1.10 |
| 03/17/2017 | FOWL S | Communicated with client regarding prepetition vendor invoices. | 0.30 |
| 03/17/2017 | FOWL S | Communicated with client and MLB regarding strategy and division of labor. | 1.10 |
| 03/17/2017 | EHIN M | Consultation with Fowler regarding status of state tax matters and impact of bankruptcy on same. | 0.40 |
| 03/17/2017 | JORI W | Reviewed updated dockets to monitor status of various events and to ensure that all necessary steps are completed to meet filing requirements. | 0.60 |
| 03/17/2017 | JORI W | Continued preparing agenda for 3/31/17 hearing. | 1.10 |
| 03/17/2017 | JORI W | Received, reviewed and responded to message from creditor York Electric regarding notice received and gathered information to respond to same. | 0.40 |
| 03/17/2017 | JORI W | Reviewed e-mails with Donlin regarding filing and service of documents. | 0.20 |
| 03/17/2017 | HOKA J | Participate in debtors' counsel planning call. | 1.30 |
| 03/18/2017 | FOWL S | Communicated with client and MLB regarding First Critical Vendors order. | 0.30 |
| 03/19/2017 | FOWL S | Finalized order of First Critical Vendors; communicated with counsel for DIP Agent regarding same. | 0.90 |
| 03/19/2017 | FOWL S | Communicated with team regarding strategy moving forward. | 1.00 |

Case Administration

Invoice No. 1465821

Our Matter No. 60605.0007

May 4, 2017

| 03/20/2017 | FOWL S | Communicated with counsel for Great America regarding first critical vendors order. | 0.40 |
|---|---|---|---|
| 03/20/2017 | JORI W | Communications regarding amended list of secured creditors. | 0.10 |
| 03/20/2017 | JORI W | Reviewed recent motions and orders filed in order to monitor and follow-up regarding certificates of service needed. | 0.20 |
| 03/20/2017 | JORI W | Received, reviewed and submitted with the court certificates of service of various motions filed and orders entered. | 0.80 |
| 03/20/2017 | HOKA J | Exchange emails with US Trustee's office regarding IDI packets and interview, and discuss with client officers. | 0.40 |
| 03/20/2017 | HOKA J | Respond to creditor calls. | 1.80 |
| 03/20/2017 | HOKA J | Exchange emails with client and BRG officers regarding website contents. | 0.50 |
| 03/20/2017 | HOKA J | Respond to inquiry regarding List of Secured Creditors. | 0.40 |
| 03/21/2017 | FOWL S | Communicated with noticing agent regarding benefits owners and service on same. | 0.30 |
| 03/21/2017 | FOWL S | Communicated with counsel for Opulence Homes regarding noticing. | 0.20 |
| 03/21/2017 | FOWL S | Communicated with counsel for Total Cleaning Solutions regarding critical vendor status. | 0.20 |
| 03/21/2017 | FOWL S | Communicated with professionals regarding continued critical vendors hearing. | 0.40 |
| 03/21/2017 | JORI W | Reviewed objection and updated agenda for March 31st hearing. | 0.10 |
| 03/21/2017 | JORI W | Reviewed e-mails with claims and noticing agent regarding updates to list of creditors and service of filings. | 0.20 |
| 03/21/2017 | JORI W | Received, reviewed and submitted with the court certificates of service for various motions and orders. | 0.40 |
| 03/21/2017 | JORI W | Reviewed objections to bid procedures motion and updated hearing agenda regarding same. | 0.40 |
| 03/21/2017 | JORI W | Reviewed correspondence with noticing agent in order to monitor service requirements. | 0.20 |
| 03/21/2017 | JORI W | Reviewed recent motion and court order and supplemented agenda for March 23rd hearing regarding same. | 0.40 |
| 03/21/2017 | HOKA J | Respond to BRG's inquiries regarding Schedules, SOFA and IDI packet. | 0.60 |
| 03/21/2017 | HOKA J | Respond to creditor calls. | 1.20 |
| 03/21/2017 | HOKA J | Exchanges with Court's staff regarding hearing dates. | 0.30 |

Case Administration
Our Matter No. 60605.0007

Invoice No. 1465821
May 4, 2017

| 03/21/2017 | HOKA J | Call with Committee's counsel regarding vendor issues. | 0.50 |
| 03/21/2017 | HOKA J | Participate in call regarding bid procedures. | 0.40 |
| 03/21/2017 | HOKA J | Provide summary of case-related deadlines. | 0.60 |
| 03/22/2017 | FOWL S | Communicated with noticing agent regarding service. | 0.30 |
| 03/22/2017 | FOWL S | Revised and finalized motions to continue hearings on bid procedures and critical vendors. | 1.10 |
| 03/22/2017 | FOWL S | Communicated with creditors regarding 341 notices. | 0.60 |
| 03/22/2017 | JORI W | Drafted application to employ Malfitano, proposed order, declaration and notice of application and opportunity to object. | 1.50 |
| 03/22/2017 | JORI W | Submitted certificate of service with the court. | 0.20 |
| 03/22/2017 | JORI W | Contact the court regarding the motion to continue hearing on proposed bid procedures. | 0.20 |
| 03/22/2017 | JORI W | Finalized and submitted with the court the motion to continue hearing on critical vendors motion. | 0.30 |
| 03/22/2017 | JORI W | Finalized and submitted with the court the motion to continue hearing on proposed bid procedures. | 0.40 |
| 03/22/2017 | JORI W | Finalized and submitted with the court the agenda for March 23rd hearing. | 0.30 |
| 03/22/2017 | JORI W | Drafted agenda for March 28th hearing regarding motions in the lead case and adversary matter. | 0.70 |
| 03/22/2017 | JORI W | Contacted court clerk regarding details for hearing. | 0.20 |
| 03/22/2017 | JORI W | Drafted motion to continue hearing on critical vendors motion. | 1.00 |
| 03/22/2017 | JORI W | Drafted motion to continue hearing on bid procedures. | 1.60 |
| 03/22/2017 | JORI W | Supplemented agenda for March 23rd hearing regarding additional filings and objections. | 0.80 |
| 03/22/2017 | HOKA J | Internal discussions about continuing hearing on Motion to Approve Bid Procedures and Critical Vendor Motion, and discuss with Court's staff and US Trustee. | 0.80 |
| 03/23/2017 | FOWL S | Reviewed and analyzed Committee's objection to DIP financing and declaration in support of same. | 1.30 |
| 03/23/2017 | JORI W | E-mails with noticing agent regarding pending affidavits of service needed. | 0.30 |
| 03/23/2017 | JORI W | Met with client after hearing on motion to assume contract with UST. | 0.30 |
| 03/23/2017 | JORI W | Attended hearing on motion to assume contract with UST. | 1.00 |

Case Administration
Our Matter No. 60605.0007

Invoice No. 1465821
May 4, 2017

| 03/24/2017 | FOWL S | Communicated with noticing agent regarding service requests. | 0.20 |
|---|---|---|---|
| 03/24/2017 | JORI W | Finalized and submitted with the court the motion for interim compensation procedures. | 0.20 |
| 03/24/2017 | JORI W | Finalized and submitted with the court the application to employ Ice Miller with supporting documents and notice. | 0.30 |
| 03/24/2017 | JORI W | Finalized and submitted with the court the application to employ Malfitano with supporting documents. | 0.30 |
| 03/24/2017 | JORI W | Reviewed and submitted with the courts affidavits of service for bankruptcy notices in all three cases and supplemental affidavits of service. | 0.50 |
| 03/24/2017 | JORI W | Continued preparing documents for retention of Ice Miller, including application to employ, affidavit of Hokanson regarding same, and details and disclosures regarding interested parties. | 2.50 |
| 03/24/2017 | JORI W | Reviewed and supplemented application to employ Malfitano. | 0.30 |
| 03/24/2017 | JORI W | Reviewed docket to identify additional objection and orders and to update hearing agenda regarding same. | 0.40 |
| 03/24/2017 | JORI W | Received, reviewed and submitted with the court, affidavits of service for various filings. | 0.30 |
| 03/24/2017 | JORI W | Communications with servicing agent regarding service of various orders and motions. | 0.20 |
| 03/24/2017 | HOKA J | Internal discussions regarding employee benefits, and necessity of separate counsel for employees in the context of identification and enforcement of employment-related claims. | 1.00 |
| 03/24/2017 | HOKA J | Exchanged emails with Court's staff regarding March 28th hearings. | 0.20 |
| 03/24/2017 | HOKA J | Review and forward notice of resignation of UST from Committee. | 0.20 |
| 03/27/2017 | FOWL S | Communicated with counsel for DIP lenders regarding bid procedures. | 0.80 |
| 03/27/2017 | FOWL S | Communicated with court regarding order on Samsung motion. | 0.20 |
| 03/27/2017 | FOWL S | Finalized agenda for Tuesday's hearing. | 0.30 |
| 03/27/2017 | JORI W | Reviewed docket for new filings and orders and communications with Donlin regarding service. | 0.50 |
| 03/27/2017 | JORI W | Finalized and submitted with the court agenda for March 28 hearing in lead and adversary matters. | 0.30 |
| 03/27/2017 | JORI W | Supplemented agendas for hearings on March 28 and 31 based on new objections filed and new information from the court. | 1.80 |
| 03/27/2017 | HOKA J | Respond to creditor calls. | 1.80 |

Case Administration

Our Matter No. 60605.0007

Invoice No. 1465821

May 4, 2017

| 03/27/2017 | HOKA J | Calls and messages with Court's staff regarding March 28th hearing (.3) and assist with finalization of Agenda (.3). | 0.60 |
|---|---|---|---|
| 03/27/2017 | HOKA J | Exchange emails with lead counsel regarding delegation of drafting responsibilities. | 0.30 |
| 03/28/2017 | FOWL S | Communicated with customers regarding 341 notices. | 0.20 |
| 03/28/2017 | JORI W | Received, reviewed and submitted certificate of service with the court. | 0.20 |
| 03/28/2017 | HOKA J | Participate in meeting with co-counsel and client officers regarding strategy for proceeding. | 1.40 |
| 03/28/2017 | HOKA J | Assist with last-minute negotiations and preparations (1.2) and attend hearing on bidding procedures (1.4). | 2.60 |
| 03/29/2017 | CRIS T | Reviewed, revised and finalized the Motion, Affidavit and proposed Order to be admitted to appear pro hac vice for filing in the main case. | 1.70 |
| 03/29/2017 | FOWL S | Communicated with client and professionals regarding Committee's objection to DIP motion. | 0.10 |
| 03/29/2017 | FOWL S | Drafted motion to continue DIP hearing. | 0.60 |
| 03/29/2017 | FOWL S | Communicated with MLB regarding utilities and professional compensation. | 0.50 |
| 03/29/2017 | JORI W | Submitted with the court, notice of submission of amended lease procedures. | 0.20 |
| 03/29/2017 | JORI W | Communications with Donlin regarding service of motion. | 0.10 |
| 03/29/2017 | JORI W | Submitted with the court the motion to reject executory contracts, along with several exhibits to same and order. | 1.10 |
| 03/29/2017 | JORI W | Received and responded to e-mail from client regarding information to prepare Schedules E-F. | 0.20 |
| 03/29/2017 | JORI W | Drafted Notice of Application to Employ Morgan Lewis and Opportunity to Object. | 0.20 |
| 03/29/2017 | JORI W | Supplemented hearing agendas for March 31 and April 17th hearings per recent filings. | 0.60 |
| 03/29/2017 | JORI W | Received, reviewed and submitted with the court various certificates of service. | 0.40 |
| 03/29/2017 | HOKA J | Compile and provide documents regarding Initial Debtor Interview to C. May (.5); call with client officer regarding scope of IDI (.4). | 0.90 |
| 03/30/2017 | FOWL S | Communicated with UST regarding objections and final orders. | 0.30 |
| 03/30/2017 | FOWL S | Communicated with client and noticing agent regarding Phase II motion. | 0.50 |
| 03/30/2017 | FOWL S | Revised motion to shorten notice on Phase II motion. | 0.40 |

Case Administration
Our Matter No. 60605.0007

Invoice No. 1465821
May 4, 2017

| 03/30/2017 | FOWL S | Revised proposed final order on customer programs. | 0.50 |
|---|---|---|---|
| 03/30/2017 | FOWL S | Revised and finalized agenda for hearing on continued first day motions. | 0.60 |
| 03/30/2017 | FOWL S | Call with MLB regarding utilities objections. | 0.50 |
| 03/30/2017 | FOWL S | Communicated with UST and Hilco regarding continued hearing on motion to assume Phase I GOB contract with Hilco. | 0.50 |
| 03/30/2017 | FOWL S | Communicated with the UST and counsel for the Committee regarding hearing on motion to seal declaration in objection to DIP motion. | 0.30 |
| 03/30/2017 | JORI W | Reviewed recent filings and court's hearing schedule in order to supplement agenda for May 31st hearing and to follow-up regarding service. | 1.00 |
| 03/30/2017 | HOKA J | Exchanges with co-counsel regarding delegation of issues for hearing. | 0.50 |
| 03/30/2017 | HOKA J | Prepare for and participate in Initial Debtor Interview with US Trustee's office. | 1.40 |
| 03/31/2017 | CRIS T | Considered service of the Order Granting Motion to Appear Pro Hac Vice (.10); prepared a Notice of Appearance for Crist and reviewed rules concerning the same (.40). | 0.50 |
| 03/31/2017 | FOWL S | Communicated with noticing agent regarding cure notice and first day orders. | 0.20 |
| 03/31/2017 | FOWL S | Strategy call regarding DIP comments on revised budget. | 0.70 |
| 03/31/2017 | FOWL S | Communicated with Ohio worker's compensation board regarding upcoming hearing. | 0.30 |
| 03/31/2017 | FOWL S | Communicated with UST regarding revisions to orders on first day motions. | 0.20 |
| 03/31/2017 | FOWL S | First day orders on insurance, utilities, cash management, customer programs, and employee wages. | 1.40 |
| 03/31/2017 | FOWL S | Attended continued hearing on first day motions. | 1.40 |
| 03/31/2017 | FOWL S | Prepared for continued hearing on first day motions. | 1.50 |
| 03/31/2017 | FOWL S | Communicated with client and professionals regarding strategy. | 0.50 |
| 03/31/2017 | HOKA J | Prepare witness for hearing (1.0) and attend hearing on final orders on first day motions (2.0) | 3.00 |

| **Total Professional Services** | **$62,210.60** |
|---|---|

Case Administration                                                              Invoice No. 1465821
Our Matter No. 60605.0007                                                              May 4, 2017

## COSTS ADVANCED

| Description | Amount |
|---|---|
| Color Photocopies | $50.00 |
| Photocopies | $53.40 |
| **Total Cost Advanced** | **$103.40** |

**Total Invoice Balance Due**                                                              $62,314.00

### OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 05/04/17 | 1465821 | $62,314.00 | $0.00 | $62,314.00 |
| | | | **Total Balance Due** | **$62,314.00** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---|---|---|---|---|---|
| $62,314.00 | $0.00 | $0.00 | $0.00 | $0.00 | $62,314.00 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                    Invoice No. 1465821
Debtor-In-Possesion                                                                  May 4, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Case Administration
        Our Matter No. 60605.0007

## INVOICE SUMMARY

For Services rendered through March 31, 2017

Professional Services                                                                    $62,210.60

Disbursements                                                                               $103.40

**Total Current Invoice**                                                   **$62,314.00**

### Payment Options

Online Payments:                    Wire/ACH Instructions:
**ClientPay**                            Huntington Bank
                                              ABA for ACH     074000078
                                              ABA for Wire     044000024
                                              Account No.      01401048453
                                              Swift Code:       HUNTUS33
                                              Please Reference **Invoice No. 1465821**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1465821**

Questions or concerns, please email **payice@icemiller.com**

---

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1465822
May 4, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Corporate Governance and Board Matters
        Our Matter No. 60605.0009

## INVOICE SUMMARY

For Services rendered through March 31, 2017

Professional Services                                      $58,345.25

**Total Current Invoice**                         **$58,345.25**



525+ transactions closed worth in excess of **$20 billion** in the past **5 years**

Corporate Governance and Board Matters
Our Matter No. 60605.0009

Invoice No. 1465822
May 4, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 03/02/2017 | JACO V | Research on Endurance American Insurance Company, Allied World National Assurance Company, CNA (Continental Casualty Company) and Beazley Insurance Company for B. Huber. | 1.00 |
| 03/06/2017 | EFRO H | Advised regarding d&o coverage for directors. | 0.30 |
| 03/07/2017 | THOR J | Attention to possible sale transactions and restructuring transactions including conferences with MLB IM attorneys on the same; attention to D&O issues and related matters. Attention to authorizations of transactions; first day hearing on bankruptcy. | 8.80 |
| 03/07/2017 | HUBE B | Advised team of information responses from D&O insurers. | 0.40 |
| 03/07/2017 | HUBE B | Follow-up call with Cornell and Lockton. | 0.30 |
| 03/07/2017 | HUBE B | Finalized letter to insurers regarding notice of non-renewal. | 0.30 |
| 03/07/2017 | HUBE B | Meeting with client and bankruptcy team. | 0.50 |
| 03/07/2017 | HUBE B | Calls to Lockton, Cornell and Britton. | 0.60 |
| 03/07/2017 | HUBE B | Revised notice of non-renewal and request for extension to insurers. | 0.90 |
| 03/08/2017 | THOR J | Attention to potential sale and liquidation transactions, including stage capital and Kmart; attention to D&O issues. | 2.40 |
| 03/08/2017 | HOKA J | Assist with efforts to have D&O Insurance premium paid, and attention to issues regarding KEIP approval. | 1.00 |
| 03/08/2017 | HOKA J | Discussions regarding D&O insurance. | 0.80 |
| 03/08/2017 | HUBE B | Reviewed and responded to Britton's e-mail. | 0.30 |
| 03/08/2017 | HUBE B | Followed up with Lockton regarding premium amounts. | 0.60 |
| 03/09/2017 | THOR J | Attention to governance issues including request for Board counsel and attention to the same; attention to stalking horse transaction and possible finalization thereof. | 3.90 |
| 03/09/2017 | EFRO H | Advised regarding governance issues. | 0.50 |
| 03/09/2017 | HOKA J | Continued discussions regarding D&O insurance in preparation for March 10th meeting with US Trustee. | 0.50 |
| 03/10/2017 | THOR J | T/C with Bill Carmichael on Board issues; attention to D&O approval and payment of premiums and assuring that the same was accomplished; analysis of situations in which Board counsel is warranted and approved; meeting and calls with Bankovich on general corporate issues. | 4.10 |

Corporate Governance and Board Matters

Invoice No. 1465822

Our Matter No. 60605.0009

May 4, 2017

| 03/10/2017 | HOKA J | Continued discussions regarding payment of D&O insurance premium. | 1.30 |
| 03/10/2017 | HUBE B | Calls and e-mails to Locton regarding directors and officers information to make immediate wire transfer; telephone conference with D. Britton regarding the same. | 0.80 |
| 03/11/2017 | THOR J | Calls with Hokanson and Bankovich on pending issues and attention to possible sale transaction issues. | 2.30 |
| 03/12/2017 | THOR J | Attention to Board concerns and D&O and separate counsel consideration; multiple e-mail and telephone conference communications with Hokanson and Bankovich on the same; preparation of comments and additions to Board agenda for 3/13/17 Board meeting;  preparation for 3/13/17 Board meeting. | 2.80 |
| 03/12/2017 | HOKA J | Exchanges regarding governance issues raised by Board members. | 0.40 |
| 03/13/2017 | THOR J | Preparation for telephone conference with Bill Carmichael, Cathy Langham and J. Hokanson on Board concerns on D&O and on need for separate counsel and provided potential counsel recommendations (.9HR); preparation for and participated in Board update telephone conference call (.8 HR); Multiple telephone conference with Bankovich on Board and governance issues, including analysis thereof, and calls and e-mails with Melindi on the same and related concerns (2.3 HR); Telephone conference with Bankovich and Hokanson on potential claims issues and appropriate treatment of the same and analysis of obligations (1.4 HR). | 5.40 |
| 03/13/2017 | HOKA J | Participate in call with Board members. | 0.80 |
| 03/13/2017 | HOKA J | Participate in telephonic Board meeting. | 1.00 |
| 03/13/2017 | HOKA J | Participated in call with Board members (.7); Board meeting (.8) calls re | 2.40 |
| 03/14/2017 | THOR J | Multiple telephone conference calls with Bankovich and Hokanson on governance issues and the Board's role and follow up telephone conference with Melindi on the same (1.2 HR); attention to potential Zimmerman sale transaction termination and review and comment on proposed termination notice and press release (.9 HR); attention to deferred compensation plan funding obligations in bankruptcy and related plan issues (.4 HR). | 2.50 |
| 03/15/2017 | THOR J | Multiple telephone conferences with Bankovich on Board and governance issues (.8 HR); attention to Zimmerman offer or termination status and strategy with respect to the same and encouragement of other offers (1.8 HR) | 2.60 |
| 03/16/2017 | THOR J | Review of press release on termination of term sheet and responded on the same. | 0.30 |
| 03/17/2017 | THOR J | Telephone conference with Bankovich on Governance issues. | 0.60 |
| 03/18/2017 | THOR J | Review and preparation of detailed minutes of 3/6/17 and 3/13/17 Board meetings and conferences with Hokanson and Fowler on the same and transmittal to Bankovich (3.2); preparation of 3/20/17 Board meeting agenda (.9); preparation for participation in 3/20/17 Board meeting and review of background information on the same (.8). | 4.90 |

Corporate Governance and Board Matters                                    Invoice No. 1465822
Our Matter No. 60605.0009                                                      May 4, 2017

| | | | |
|---|---|---|---|
| 03/19/2017 | THOR J | Preparation of Board minutes for March 6, 2017 and March 13, 2017 Board meetings and transmittal to C. Bankovich (2.8 hr.); preparation of Agenda for March 20, 2017 Board meeting and communications with C. Bankovich and IM team on the same and various agenda items and transmittal of Agenda to C. Bankovich (.7 hr.); preparation for March 20, 2017 Board meeting (1.2 hr.). | 4.70 |
| 03/19/2017 | FOWL S | Reviewed and revised minutes from 3.6.17 Board meeting. | 0.80 |
| 03/19/2017 | HOKA J | Reviewed and assisted with finalization of Board Minutes. | 0.50 |
| 03/19/2017 | HUBE B | Reviewed corporate board minutes summarizing DNO insurance coverage picture. | 0.50 |
| 03/20/2017 | THOR J | Attended March 20, 2017 Board meeting and finalized noted thereof (.8 hr.); attention to comments form of Asset Purchase Agreement for going concern bidders (.9 hr.). | 1.70 |
| 03/20/2017 | FOWL S | Attended telephonic Board meeting. | 1.00 |
| 03/20/2017 | HOKA J | Participate in Board meeting. | 0.80 |
| 03/21/2017 | THOR J | Attention to medical plan issues and internal communications and e-mail communications with C. Bankovich on the same (.7 hr.). | 0.70 |
| 03/21/2017 | HOKA J | Internal discussions and calls with client officers and lead counsel regarding governance issues. | 0.80 |
| 03/22/2017 | THOR J | Telephone conference with Mallon and Bankovich on employee claims and potential claims and office conferences on the same (.8 hr.); attention to going concern bidder status and key bid draft Asset Purchase Agreement issues and preparation of revisions to Section 6.14 (and transmittal to Melindi) (2.6 hr.). | 3.40 |
| 03/23/2017 | THOR J | Attention to employee claims issues (.4 hr.); review of final HHG bid draft APA (.6 hr.). | 1.00 |
| 03/24/2017 | THOR J | Preparation of minutes of March 20, 2017 Board meeting and transmittal to C. Bankovich (1.2 hr.); attention to Board issues and preparation for March 27, 2017 Board meeting and agenda for the same (.9 hr.). | 2.10 |
| 03/26/2017 | THOR J | Preparation of suggested agenda for 3/27/17 Board meeting and preparation for the same. | 1.90 |
| 03/27/2017 | THOR J | Preparation for and participation in Board meeting (.9); research and development of Board role in current situation (1.4). | 2.30 |
| 03/27/2017 | FOWL S | Telephonically attended Board meeting. 9:30- | 1.00 |
| 03/27/2017 | HOKA J | Participate in Board meeting. | 0.90 |

Corporate Governance and Board Matters

Our Matter No. 60605.0009

Invoice No. 1465822

May 4, 2017

| 03/29/2017 | THOR J | Preparation for and telephone conference with working group on Warn Act notices, sale process and deadlines, and required press releases (1.6 HR); attention to required deadline issues to be addressed (.8 HR); attention to Deferred Compensation Plan issues and telephone conference with C. Bankovich, D. Disilets and IM counsel on the same (1.8 HR). | 4.20 |
|---|---|---|---|
| 03/30/2017 | THOR J | Preparation of detailed minutes for 3/27/17 Board meeting and proposed agenda for 4/3/17 Board meeting and communications with C. Bankovich on the same (1.7 HR); attention to Directors continuing role if liquidation process is implemented and process for the same (1.3 HR). | 3.00 |
| 03/30/2017 | HACK S | Consulted regarding governance matters. | 0.20 |
| 03/30/2017 | HOKA J | Assist with finalization of March 27th minutes and April 3rd Agenda. | 0.40 |
| 03/31/2017 | THOR J | Telephone conference with C. Melendi on possible Board change issues if liquidation process is the debtors only alternative (.4 HR); review of Indiana statutory issues related to Board size and composition and appointment of Chief Restructuring Officer by Board (1.9 HR). | 2.30 |

**Total Professional Services** **$58,345.25**

**Total Invoice Balance Due** $58,345.25

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 05/04/17 | 1465822 | $58,345.25 | $0.00 | $58,345.25 |
| | | | **Total Balance Due** | **$58,345.25** |

## AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---|---|---|---|---|---|
| $58,345.25 | $0.00 | $0.00 | $0.00 | $0.00 | $58,345.25 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                    Invoice No. 1465822
Debtor-In-Possesion                                                      May 4, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Corporate Governance and Board Matters
       Our Matter No. 60605.0009

## INVOICE SUMMARY

For Services rendered through March 31, 2017

Professional Services                                                    $58,345.25

**Total Current Invoice**                                               **$58,345.25**

### Payment Options

Online Payments:                        Wire/ACH Instructions:
**ClientPay**                           Huntington Bank
                                        ABA for ACH      074000078
                                        ABA for Wire     044000024
                                        Account No.      01401048453
                                        Swift Code:      HUNTUS33
                                        Please Reference **Invoice No. 1465822**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1465822**

Questions or concerns, please email **payice@icemiller.com**

---

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1465823
May 4, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Employee Benefits and Pensions
          Our Matter No. 60605.0010

## INVOICE SUMMARY

For Services rendered through March 31, 2017

Professional Services                                                          $2,476.80

**Total Current Invoice**                                             **$2,476.80**



**deals** *done*
**525+** transactions closed worth in excess of **$20 billion** in the past **5 years**

Employee Benefits and Pensions
Our Matter No. 60605.0010

Invoice No. 1465823
May 4, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 03/14/2017 | BURK C | Reviewed deferred compensation plan documents and considered issues regarding suspension of discretionary employer credits to the plan; worked on same. | 1.10 |
| 03/21/2017 | SCIS M | Attention to benefits issue; attention to COBRA issues. | 0.90 |
| 03/24/2017 | SCIS M | Attention to benefits issues. | 0.20 |
| 03/25/2017 | SCIS M | Attention to issues related to nonqualified deferred compensation plan; prepared talking points. | 1.00 |
| 03/29/2017 | BURK C | Worked on issues related to termination of nonqualified plan relative to bankruptcy filing. | 0.50 |
| 03/29/2017 | SCIS M | Telephone conference with Desilets; attention to treatment of participants in nonqualified deferred compensation plan. | 0.50 |
| **Total Professional Services** | | | **$2,476.80** |

**Total Invoice Balance Due**                                      $2,476.80

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 05/04/17 | 1465823 | $2,476.80 | $0.00 | $2,476.80 |
| | | | **Total Balance Due** | **$2,476.80** |

## AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|------------|------------|-------------|------------|-------|
| $2,476.80 | $0.00 | $0.00 | $0.00 | $0.00 | $2,476.80 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                           Invoice No. 1465823
Debtor-In-Possesion                                              May 4, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Employee Benefits and Pensions
        Our Matter No. 60605.0010

## INVOICE SUMMARY

For Services rendered through March 31, 2017

Professional Services                                           $2,476.80

**Total Current Invoice**                                      **$2,476.80**

### Payment Options

Online Payments:                  Wire/ACH Instructions:
**ClientPay**                     Huntington Bank
                                  ABA for ACH     074000078
                                  ABA for Wire    044000024
                                  Account No.     01401048453
                                  Swift Code:     HUNTUS33
                                  Please Reference **Invoice No. 1465823**

                        Payment by check
                   Remit to : Ice Miller LLP
                          P.O. Box 68
                   Indianapolis, IN 46206-0068
        Please include remittance or reference **Invoice No. 1465823**

        Questions or concerns, please email **payice@icemiller.com**

_____

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1465824
May 4, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Employment and Fee Applications
        Our Matter No. 60605.0011

## INVOICE SUMMARY

For Services rendered through March 31, 2017

Professional Services                                          $9,119.25

**Total Current Invoice**                                      **$9,119.25**



Employment and Fee Applications
Our Matter No. 60605.0011

Invoice No. 1465824
May 4, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 03/08/2017 | FOWL S | Communicated with BRG, Stifel, and Hilco regarding employment applications. | 0.40 |
| 03/08/2017 | FOWL S | Revised application to employ Hilco Real Estate. | 1.90 |
| 03/08/2017 | FOWL S | Revised application to employ BRG. | 1.70 |
| 03/08/2017 | FOWL S | Revised application to employ Stifel/Miller Buckfire. | 1.60 |
| 03/08/2017 | FOWL S | Reviewed DIP agreement with respect to employment application requirements. | 0.20 |
| 03/08/2017 | HOKA J | Attention to staffing and drafting assistance for retention applications required to be filed by first day orders. | 1.20 |
| 03/09/2017 | FOWL S | Finalized application to employ Stifel (.5); communicated with Stifel and client regarding same (.2). | 0.70 |
| 03/09/2017 | FOWL S | Revised BRG employment application. | 1.10 |
| 03/09/2017 | FOWL S | Communicated with BRG regarding employment application. | 0.20 |
| 03/10/2017 | FOWL S | Communicated with BRG regarding employment application. | 0.80 |
| 03/10/2017 | FOWL S | Communicated with Hilco regarding employment application. | 0.30 |
| 03/10/2017 | FOWL S | Finalized Stifel employment application. | 0.50 |
| 03/10/2017 | FOWL S | Finalized Hilco employment application. | 0.50 |
| 03/10/2017 | FOWL S | Finalized BRG employment application. | 2.40 |
| 03/10/2017 | HOKA J | Assist with finalization of Hilco's retention application. | 0.50 |
| 03/13/2017 | FOWL S | Finalized notices of employment applications. | 0.50 |
| 03/16/2017 | FOWL S | Communicated with MLB regarding retention applications. | 0.20 |
| 03/21/2017 | HOKA J | Respond to inquiry regarding Malfitano's engagement and applications. | 0.40 |
| 03/23/2017 | FOWL S | Revised motion to employ Malfitano (1.8); communicated with Malfitano regarding same (.3). | 2.10 |
| 03/23/2017 | HOKA J | Discuss timing for filing additional retention applications. | 0.60 |
| 03/24/2017 | FOWL S | Revised and finalized application to employ Malfitano. | 1.10 |
| 03/24/2017 | FOWL S | Revised and finalized motion for interim compensation procedures. | 0.50 |

Employment and Fee Applications

Our Matter No. 60605.0011

Invoice No. 1465824

May 4, 2017

| 03/24/2017 | FOWL S | Revised and finalized application to employ Ice Miller. | 1.90 |
| 03/24/2017 | HOKA J | Assist with preparation of IM's retention application and motion for interim compensation procedures. | 1.00 |
| 03/27/2017 | HOKA J | Responded to inquiries regarding Hilco Consulting Agreement. | 0.20 |
| 03/28/2017 | FOWL S | Communicated with MLB and counsel for the Committee regarding employment applications. | 0.20 |
| 03/29/2017 | FOWL S | Revised and finalized application to employ MLB; drafted objection notice for same. | 1.10 |
| 03/29/2017 | FOWL S | Communicated with BRG regarding interim compensation procedures. | 0.20 |
| 03/29/2017 | FOWL S | Communicated with counsel for Stifel regarding retention; communicated with counsel for the Committee regarding same. | 0.70 |
| 03/30/2017 | HOKA J | Call with counsel to Hilco and US Trustee regarding UST's objection to Consulting Agreement Motion. | 0.40 |

| **Total Professional Services** | **$9,119.25** |

| **Total Invoice Balance Due** | $9,119.25 |

### OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 05/04/17 | 1465824 | $9,119.25 | $0.00 | $9,119.25 |
| | | | **Total Balance Due** | **$9,119.25** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $9,119.25 | $0.00 | $0.00 | $0.00 | $0.00 | $9,119.25 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries, please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                          Invoice No. 1465824
Debtor-In-Possesion                                                                May 4, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Employment and Fee Applications
       Our Matter No. 60605.0011

## INVOICE SUMMARY

For Services rendered through March 31, 2017

Professional Services                                                          $9,119.25

**Total Current Invoice**                                                      **$9,119.25**

### Payment Options

Online Payments:                      Wire/ACH Instructions:
**ClientPay**                         Huntington Bank
                                      ABA for ACH    074000078
                                      ABA for Wire   044000024
                                      Account No.    01401048453
                                      Swift Code:    HUNTUS33
                                      Please Reference **Invoice No. 1465824**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1465824**

Questions or concerns, please email **payice@icemiller.com**

---

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1465825
May 4, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Financing and Cash Collateral
       Our Matter No. 60605.0013

## INVOICE SUMMARY

For Services rendered through March 31, 2017

Professional Services                                                    $8,911.35

**Total Current Invoice**                                          **$8,911.35**



Financing and Cash Collateral                                                    Invoice No. 1465825
Our Matter No. 60605.0013                                                        May 4, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 03/07/2017 | HOKA J | All-day meetings and calls in preparation for hearing on First Day Motions (5.0); attend hearing on First Day Motions and counsel meetings afterward (3.0); meet with client officers and co-counsel regarding next stapes (1.0); assist with finalization of orders required to fund payroll (.5). | 9.50 |
| 03/13/2017 | HOKA J | Participated in call with Lenders' counsel. | 0.50 |
| 03/14/2017 | HOKA J | Participated in call with Committee counsel. | 0.60 |
| 03/16/2017 | HOKA J | Participated in call with counsel to Committee and Lenders. | 0.80 |
| 03/20/2017 | HOKA J | Participated in daily senior management and advisors call. | 1.00 |
| 03/27/2017 | HOKA J | Participated in call with DIP Lenders' counsel. | 0.90 |
| 03/29/2017 | HOKA J | Participated in call with Committee's advisors and counsel. | 0.80 |
| 03/31/2017 | HOKA J | Calls and exchanges regarding DIP Lenders' conditions. | 2.00 |
| **Total Professional Services** | | | **$8,911.35** |

**Total Invoice Balance Due**                                                    $8,911.35

### OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 05/04/17 | 1465825 | $8,911.35 | $0.00 | $8,911.35 |
| | | | **Total Balance Due** | **$8,911.35** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $8,911.35 | $0.00 | $0.00 | $0.00 | $0.00 | $8,911.35 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Financing and Cash Collateral                                    Invoice No. 1465825
Our Matter No. 60605.0013                                            May 4, 2017

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                      Invoice No. 1465825
Debtor-In-Possesion                                                           May 4, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Financing and Cash Collateral
       Our Matter No. 60605.0013

**INVOICE SUMMARY**

For Services rendered through March 31, 2017

Professional Services                                                         $8,911.35

**Total Current Invoice**                                                     **$8,911.35**

**Payment Options**

Online Payments:                          Wire/ACH Instructions:
**ClientPay**                             Huntington Bank
                                          ABA for ACH      074000078
                                          ABA for Wire     044000024
                                          Account No.      01401048453
                                          Swift Code:      HUNTUS33
                                          Please Reference **Invoice No. 1465825**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1465825**

Questions or concerns, please email **payice@icemiller.com**

---

Payment Terms: Net 30
Tax ID: 35-0874357

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1465826
May 4, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:      Litigation
         Our Matter No. 60605.0014

## INVOICE SUMMARY

For Services rendered through March 31, 2017

Professional Services                                        $33,707.10

Disbursements                                                  $102.67

**Total Current Invoice**                                    **$33,809.77**



Litigation
Our Matter No. 60605.0014

Invoice No. 1465826
May 4, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 03/20/2017 | FOWL S | Reviewed and analyzed complaint and TRO filed by Electrolux. | 2.20 |
| 03/21/2017 | JORI W | Finalized and submitted with the court appearances of Hokanson and Fowler for each of the three entities. | 0.50 |
| 03/21/2017 | JORI W | Correspondence to Herman and Mauceri regarding appearances. | 0.20 |
| 03/21/2017 | JORI W | Prepared appearances of Hokanson, Fowler, Herman and Mauceri. | 0.90 |
| 03/21/2017 | JORI W | Received and reviewed adversary complaint and associated filings. | 0.30 |
| 03/21/2017 | HOKA J | Reviewed Electrolux's adversary complaint, reviewed docket, and exchanged emails with counsel to interested parties. | 1.40 |
| 03/21/2017 | ARCE A | Conferred with Hokanson and Fowler about Electrolux adversary proceeding; reviewed court docket and began reviewing pleadings; e-mails to and from Herman regarding local rules and practice governing temporary restraining order proceedings; e-mails and documents from Herman in anticipation of joint defense conference call; began preparing for conference call; began familiarization with bankruptcy proceedings underlying Electrolux's adversary proceeding. | 4.80 |
| 03/22/2017 | FOWL S | Strategized regarding Electrolux adversary. | 0.50 |
| 03/22/2017 | FOWL S | Communicated with counsel for the DIP Agent, counsel for the Committee, and MLB regarding Electrolux adversary. | 0.60 |
| 03/22/2017 | JORI W | Prepared appearance for A. Arceneaux. | 0.30 |
| 03/22/2017 | HOKA J | Participated in call regarding Electrolux litigation and following discussions regarding strategy for proceeding. | 1.20 |
| 03/22/2017 | ARCE A | Read and analyzed Electrolux complaint and exhibits, motion for temporary restraining order and brief in support, Haller declaration, and related filings; prepared for and participated in joint defense conference call; call with Marshall (court clerk) regarding timing of TRO filings; call to Haller to discuss briefing schedule; communications with Gallo regarding potential stipulations; multiple e-mails among defense team regarding evidence and fact-gathering to oppose motion for TRO; received and began reviewing documents from Gallo. | 5.70 |
| 03/23/2017 | FOWL S | Met with counsel for Electrolux regarding adversary proceeding. | 0.40 |
| 03/23/2017 | HOKA J | Informal meeting with Electrolux's counsel (.4); review email traffic regarding client updates on Electrolux matter (.4). | 0.80 |

Litigation                                                                  Invoice No. 1465826
Our Matter No. 60605.0014                                                    May 4, 2017

| 03/23/2017 | ARCE A | Emails and communications regarding facts, evidence and arguments to support opposition to TRO; multiple creditor filings. | 1.50 |
|---|---|---|---|
| 03/24/2017 | FOWL S | Communicated with MLB, the Committee, and the DIP Lenders regarding approach to Electrolux adversary and TRO hearing. | 1.00 |
| 03/24/2017 | HOKA J | Participate in call with common interests counsel. | 0.90 |
| 03/24/2017 | ARCE A | Read Kovac's declaration in support of first day relief, correspondence, and other filings; continued to review underlying Chapter 11 docket and filings; prepared for and participated in conference call among defense counsel to discuss arguments and strategy for TRO hearing; followed up with Gallo on same; received and reviewed multiple creditor filings; emails to and from judicial assistant (Hall) regarding hearing; received and reviewed reclamation demand from Electrolux. | 5.80 |
| 03/26/2017 | HOKA J | Review draft pleadings and participate in call with counsel to debtor-sided parties. | 2.70 |
| 03/26/2017 | ARCE A | Read draft brief in opposition to motion for temporary restraining order and draft declaration of Peterson; multiple emails among counsel and client regarding factual details and evidence in opposition to TRO; read draft Kovacs declaration. | 1.70 |
| 03/27/2017 | FOWL S | Reviewed responses filed in Electrolux in preparation for TRO hearing. | 2.10 |
| 03/27/2017 | FOWL S | Reviewed and revised stipulation to lift automatic stay for personal injury claims of Gemmel (.4); communicated with counsel for Gemmel regarding same (.1). | 0.50 |
| 03/27/2017 | ARCE A | Communications to and from Hall and counsel regarding hearing; met with Gallo to coordinate strategy for hearing; read proposed agenda for hearing; reviewed revised drafts of brief in opposition to motion for temporary restraining order; received and reviewed Wells Fargo's draft brief; coordinated filing of brief; received and read declaration of Woodward (with exhibits) filed by Electrolux; received and read declaration of Blair filed by Electrolux; received and read joinder of official communications from court regarding hearing; assisted Gallo in finalizing and filing brief in opposition to injunctive relief; met with Gallo to discus strategy for hearing and to assist with preparations; received and reviewed numerous additional filings and reviewed docket; emails to and from Haller regarding brief. | 7.10 |
| 03/28/2017 | FOWL S | Attended hearing on preliminary injunction in Electrolux adversary. | 3.00 |
| 03/28/2017 | FOWL S | Prepared for hearing on bid procedures and Electrolux TRO. | 2.80 |
| 03/28/2017 | HOKA J | Assisted with final preparation of witnesses (.5) and attend hearing on Electrolux's Motion for Injunctive Relief (2.5). | 3.00 |
| 03/28/2017 | ARCE A | Multiple meetings with co-counsel and witnesses to prepare for injunction hearing; attended and participated in injunction hearing before Judge Moberly; attention to multiple filings; followed up on related hearing on bankruptcy proceedings. | 8.70 |

Litigation
Our Matter No. 60605.0014

Invoice No. 1465826
May 4, 2017

| | | | |
|---|---|---|---|
| 03/29/2017 | FOWL S | Communicated with counsel for plaintiff regarding motion for relief from stay to pursue insurance proceeds. | 0.20 |
| 03/29/2017 | HOKA J | Participated in exchanges regarding consignment issues. | 1.00 |
| 03/29/2017 | ARCE A | Reviewed FRCP 52 and 65, together with case law, governing requirement of findings of fact and conclusions of law; multiple communications regarding same; received and read Judge Moberly's docket entry and order denying preliminary injunction; multiple emails following up on Judge Moberly's comments during injunction hearing; received and reviewed multiple filings. | 2.60 |

**Total Professional Services** **$33,707.10**

### COSTS ADVANCED

| Description | Amount |
|---|---|
| Color Photocopies | $49.00 |
| Photocopies | $10.95 |
| Lunch for counsel | $8.71 |
| Lunch for Counsel Prior to Hearing 3/28/17 | $34.01 |
| **Total Cost Advanced** | **$102.67** |

**Total Invoice Balance Due** $33,809.77

### OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 05/04/17 | 1465826 | $33,809.77 | $0.00 | $33,809.77 |
| | | | **Total Balance Due** | **$33,809.77** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---|---|---|---|---|---|
| $33,809.77 | $0.00 | $0.00 | $0.00 | $0.00 | $33,809.77 |

Litigation
Our Matter No. 60605.0014

Invoice No. 1465826
May 4, 2017

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries, please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                    Invoice No. 1465826
Debtor-In-Possesion                                                              May 4, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:      Litigation
         Our Matter No. 60605.0014

## INVOICE SUMMARY

For Services rendered through March 31, 2017

Professional Services                                                            $33,707.10

Disbursements                                                                        $102.67

**Total Current Invoice**                                                        **$33,809.77**

### Payment Options

Online Payments:                          Wire/ACH Instructions:
**ClientPay**                             Huntington Bank
ClientPay®                                ABA for ACH    074000078
                                          ABA for Wire   044000024
                                          Account No.    01401048453
                                          Swift Code:    HUNTUS33
                                          Please Reference **Invoice No. 1465826**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1465826**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1465827
May 4, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Real Estate
        Our Matter No. 60605.0018

## INVOICE SUMMARY

For Services rendered through March 31, 2017

Professional Services                                                    $332.10

**Total Current Invoice**                                           **$332.10**



**deals** *done*

**525+** transactions closed worth in excess of **$20 billion** in the past **5 years**

Real Estate                                                                              Invoice No. 1465827
Our Matter No. 60605.0018                                                                       May 4, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 03/13/2017 | HOKA J | Reviewed and forwarded request to sign estoppel certificate related to lease for West Mifflin, Pennsylvania store. | 0.20 |
| 03/20/2017 | HOKA J | Facilitated client's execution of estoppel certificate respecting West Mifflin lease. | 0.40 |
| **Total Professional Services** | | | **$332.10** |

**Total Invoice Balance Due**                                                                    $332.10

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 05/04/17 | 1465827 | $332.10 | $0.00 | $332.10 |
| | | | **Total Balance Due** | **$332.10** |

## AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $332.10 | $0.00 | $0.00 | $0.00 | $0.00 | $332.10 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



**IceMiller**
LEGAL COUNSEL

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                   Invoice No. 1465827
Debtor-In-Possesion                                                     May 4, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Real Estate
        Our Matter No. 60605.0018

## INVOICE SUMMARY

For Services rendered through March 31, 2017

Professional Services                                                        $332.10

**Total Current Invoice**                                                    **$332.10**

### Payment Options

Online Payments:                        Wire/ACH Instructions:
**ClientPay**                           Huntington Bank
                                        ABA for ACH     074000078
                                        ABA for Wire    044000024
                                        Account No.     01401048453
                                        Swift Code:     HUNTUS33
                                        Please Reference **Invoice No. 1465827**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1465827**

Questions or concerns, please email **payice@icemiller.com**

REMITTANCE

---

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1465828
May 4, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Relief from Stay and Adequate Protection
        Our Matter No. 60605.0019

## INVOICE SUMMARY

For Services rendered through March 31, 2017

Professional Services                                      $442.80

**Total Current Invoice**                                 **$442.80**



Relief from Stay and Adequate Protection                                     Invoice No. 1465828
Our Matter No. 60605.0019                                                                    May 4, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 03/24/2017 | HOKA J | Reviewed file materials and call with R. King regarding client's consent to relief from stay for Gimmel litigation (.6); reviewed and forwarded King's response (.2). | 0.80 |
| **Total Professional Services** | | | **$442.80** |

**Total Invoice Balance Due**                                                                    $442.80

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 05/04/17 | 1465828 | $442.80 | $0.00 | $442.80 |
| | | | **Total Balance Due** | **$442.80** |

## AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $442.80 | $0.00 | $0.00 | $0.00 | $0.00 | $442.80 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                              Invoice No. 1465828
Debtor-In-Possesion                                                                May 4, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:      Relief from Stay and Adequate Protection
         Our Matter No. 60605.0019

## INVOICE SUMMARY

For Services rendered through March 31, 2017

Professional Services                                                              $442.80

**Total Current Invoice**                                                          **$442.80**

### Payment Options

Online Payments:                      Wire/ACH Instructions:
**ClientPay**                         Huntington Bank
                                      ABA for ACH      074000078
ClientPay                             ABA for Wire     044000024
                                      Account No.      01401048453
                                      Swift Code:      HUNTUS33
                                      Please Reference **Invoice No. 1465828**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1465828**

Questions or concerns, please email **payice@icemiller.com**

---

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1465829
May 4, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Cost and Expenses
        Our Matter No. 60605.0023

### INVOICE SUMMARY

For Services rendered through March 31, 2017

Disbursements                                                          $982.22

**Total Current Invoice**                                            **$982.22**



Cost and Expenses

Our Matter No. 60605.0023

Invoice No. 1465829

May 4, 2017

## COSTS ADVANCED

| Description | Amount |
|---|---|
| Color Photocopies | $55.50 |
| Photocopies | $66.45 |
| Courier Expense | $78.77 |
| Filing Fees | $100.00 |
| Filing fee for Motion to Sell. | $181.00 |
| Business lunch on March 7, 2017 prior to bankruptcy court hearing. | $302.50 |
| Legal Research Expense - WESTLAW - WESTLAW 60605.0001.06129 | $198.00 |
| **Total Cost Advanced** | **$982.22** |

**Total Invoice Balance Due**                                                                    $982.22

### OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 05/04/17 | 1465829 | $982.22 | $0.00 | $982.22 |
| | | | **Total Balance Due** | **$982.22** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---|---|---|---|---|---|
| $982.22 | $0.00 | $0.00 | $0.00 | $0.00 | $982.22 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                    Invoice No. 1465829
Debtor-In-Possesion                                                      May 4, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Cost and Expenses
       Our Matter No. 60605.0023

## INVOICE SUMMARY

For Services rendered through March 31, 2017

Disbursements                                                            $982.22

**Total Current Invoice**                                               **$982.22**

### Payment Options

Online Payments:                     Wire/ACH Instructions:
**ClientPay**                        Huntington Bank
                                     ABA for ACH      074000078
                                     ABA for Wire     044000024
                                     Account No.      01401048453
                                     Swift Code:      HUNTUS33
                                     Please Reference **Invoice No. 1465829**

                     Payment by check
                   Remit to : Ice Miller LLP
                        P.O. Box 68
                  Indianapolis, IN 46206-0068
       Please include remittance or reference **Invoice No. 1465829**

        Questions or concerns, please email **payice@icemiller.com**

---

Payment Terms: Net 30
Tax ID: 35-0874357