UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| hhgregg, Inc., *et al.*[1], | ) | CASE NO. 17-01302-RLM-11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

James E. Rossow Jr., of the law firm of Rubin & Levin, P.C., pursuant to Fed. R. Bankr. P. 9010 and S.D.Ind. B-9010-1, hereby enters his appearance on behalf of Aldi Inc. (hereinafter "Aldi"), a party in interest of hhgregg, Inc., et al ("Debtors").

The undersigned respectfully requests that he (a) receive service of all notices given under Fed. R. Bankr.P. 2002, (b) receive all pleadings and documents required to be served by any party with respect to any matter, and (c) be placed upon the Service List in this case. The undersigned requests that all such notices, pleadings and documents be transmitted to the undersigned, addressed to:

> James E. Rossow Jr.
> RUBIN & LEVIN, P.C.
> 135 N. Pennsylvania St., Suite 1400
> Indianapolis, IN   46204
> Tel:   317-860-2893
> Fax:   317-453-8619
> Email: jim@rubin-levin.net

Counsel authorizes service by email to the email address above set forth.

In support of this request, the undersigned states:

1. On March 6, 2017, the Debtors filed their Voluntary Petition commencing this case in this Court.

2. Aldi is a party in interest with respect to this case of the Debtors.

---

[1] The debtors in these case are hhgregg, Inc., Gregg Appliances, Inc., and HHG Distributing LLC. The debtors have requested that the three cases be jointly administered. See Docket in cases 17-01302-RLM-11, 17-01303-RLM-11, and 17-01304-RLM-11.

3. The undersigned needs to be kept apprised of the proceedings in this case in order to protect Aldi's interests.

4. The undersigned needs to receive all notices, copies of all motions, objections, pleadings, disclosure statements and other documents that Debtors or any other person may file herein, and service of all documents required to be served, and to be placed upon the Service List. The undersigned requests that such pleadings, documents and notices be mailed to counsel for Aldi at the above address.

5. Neither this Notice of Appearance and Request for Service, nor later appearance, pleading, claim or suit, or other writing, or conduct shall constitute a waiver of:

(a) right to have final orders in noncore matters entered only after *de novo* review by a District Judge;

(b) right to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case;

(c) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or

(d) any other rights, claims, actions, defenses, setoffs, or recoupments which is or may be entitled to under agreements, in law, in equity, or otherwise, all of which are expressly reserved and preserved, without exemption and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in this case.

Respectfully submitted,

RUBIN & LEVIN, P.C.
Attorneys for Aldi Inc.

By:   */s/ James E. Rossow Jr.*
James E. Rossow Jr., Atty. No. 21063-29
RUBIN & LEVIN, P.C.
135 N. Pennsylvania St., Suite 1400
Indianapolis, IN   46204
(317) 860-2893 -- Fax (317) 453-8619
Email: jim@rubin-levin.net

CERTIFICATE OF SERVICE

       I hereby certify that on May 12, 2017, a copy of the foregoing *Notice of Appearance and Request for Service* was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Elizabeth Brown Alphin	ealphin@fmhd.com
Margaret M Anderson	panderson@foxswibel.com
Stephenie Biernacki Anthony	santhony@anthonyandpartners.com
Adam Arceneaux	adam.arceneaux@icemiller.com, michelle.mosgrove@icemiller.com
Robert Michael Azzi	mazzi@wnj.com, bpowers@wnj.com
Kay Dee Baird	kbaird@kdlegal.com, rhobdy@kdlegal.com;crbpgpleadings@kdlegal.com;ayeskie@kdlegal.com
Steven M. Berman	sberman@slk-law.com
Karen C Bifferato	kbifferato@connollygallagher.com
Dan J Binau	dbinau@hmbc.com
Scott Emery Blakeley	seb@blakeleyllp.com
Wanda Borges	ecfcases@borgeslawllc.com
Timothy R. Bow	timothy.bow@kirkland.com
Melissa Boyd	mboyd@cooley.com
Dustin Parker Branch	branchd@ballardspahr.com, carolod@ballardspahr.com
Wendy D. Brewer	wbrewer@jensenbrewer.com, info@jeffersonbrewer.com
Kayla D. Britton	kayla.britton@faegrebd.com, rachel.jenkins@faegrebd.com;sarah.herendeen@faegrebd.com
Stuart M Brown	stuart.brown@dlapiper.com, Carolyn.fox@dlapiper.com;stuart-brown-7332@ecf.pacerpro.com
Laura MinSun Brymer	lbrymer@fmdlegal.com, trhodes@fmdlegal.com
Jason R Burke	jburke@bbrlawpc.com, kellis@bbrlawpc.com
Mark D. Cahill	mcahill@choate.com
Paula Faye Cardoza-Jones	pcjones@betzadvocates.com
Aaron Louis Casagrande	acasagrande@wtplaw.com
Joshua W. Casselman	jcasselman@rubin-levin.net, angie@rubin-levin.net;atty_jcasselman@bluestylus.com
David H Conaway	dconaway@slk-law.com
David J. Coyle	dcoyle@slk-law.com
Tyson A. Crist	tyson.crist@icemiller.com, sandy.heaberlin@icemiller.com
Aaron E. Davis	Aaron.Davis@bryancave.com
Ralph E Dill	rdill@hmbc.com
Stephen A. Donato	sdonato@bsk.com, kdoner@bsk.com;tayers@bsk.com
Robert Lewis Doty	robert.doty@ohioattorneygeneral.gov
Laura A DuVall	Laura.Duvall@usdoj.gov, Catherine.henderson@usdoj.gov
Michael B. Dubin	mdubin@sogtlaw.com, jfiganiak@sogtlaw.com
Chrissy Dunn Dutton	cdutton@blankrome.com
Thomas Richard Fawkes	tomf@goldmclaw.com
John David Folds	dfolds@bakerdonelson.com, sparson@bakerdonelson.com
Sarah Lynn Fowler	Sarah.Fowler@icemiller.com, Kathy.chulchian@icemiller.com
Patricia B. Fugee	patricia.fugee@fisherbroyles.com, deborah.fletcher@fisherbroyles.com
Thomas Bushnell Fullerton	thomas.fullerton@akerman.com
Andrew Joseph Gallo	andrew.gallo@morganlewis.com
Massimo Giugliano	mgiugliano@dglaw.com
Ronald E Gold	rgold@fbtlaw.com, awebb@fbtlaw.com;eseverini@fbtlaw.com
James H. Gordon	jgordon@rrcol.com
Gordon Elliot Gouveia	ggouveia@shawfishman.com, kjanecki@shawfishman.com
David M Grogan	dgrogan@slk-law.com
Stephen B. Grow	sgrow@wnj.com, kfrantz@wnj.com
Terry E. Hall	terry.hall@faegrebd.com, sharon.korn@faegrebd.com;sarah.herendeen@faegrebd.com
John E Haller	jhaller@slk-law.com
Sarah M. Harvey	sharvey@bsk.com, kdoner@bsk.com;amasica@bsk.com
Jeffrey A. Hearn	jhearn@jeffhearnlaw.com

Neil E. Herman          neil.herman@morganlewis.com
Cathy Hershcopf         chershcopf@cooley.com, mschlan@cooley.com;jlerner@cooley.com
Michael W. Hile         mhile@jacobsonhile.com, assistant@jacobsonhile.com
John C. Hoard           johnh@rubin-levin.net, jkrichbaum@rubin-levin.net;atty_jch@trustesolutions.com
Jeffrey A Hokanson      jeff.hokanson@icemiller.com, leslie.redman@icemiller.com
Caleb T. Holzaepfel     caleb.holzaepfel@huschblackwell.com, serena.hill@huschblackwell.com;kathy.burkhart@huschblackwell.com
Jennifer R. Hoover      jhoover@beneschlaw.com, chartman@beneschlaw.com;docket@beneschlaw.com
James R Irving          jirving@bgdlegal.com, smays@bgdlegal.com;tmills@bgdlegal.com
Jay Jaffe               jay.jaffe@faegrebd.com, sarah.herendeen@faegrebd.com;rachel.jenkins@faegrebd.com
Russell Ray Johnson     russj4478@aol.com
Richelle Kalnit         rkalnit@cooley.com
Steven W. Kelly         skelly@s-d.com
Andrew T Kight          akight@jhklegal.com, assistant@jhklegal.com
Robert D King           rking@robertkinglaw.com, gayle@robertkinglaw.com
James G. Lauck          jgl@kgrlaw.com, kmw@kgrlaw.com
Christopher J. Lawhorn  cjl@carmodymacdonald.com, das@carmodymacdonald.com
Robert L LeHane         kdwbankruptcydepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com
Bernice C Lee           blee@slp.law, dwoodall@slp.law;ematteo@slp.law
Martha R. Lehman        mlehman@salawus.com, marthalehman87@gmail.com;pdidandeh@salawus.com
Donald D Levenhagen     dlevenhagen@landmanbeatty.com
William C MacMillan     macmillanb@yahoo.com
Cherie Macdonald        ckm@greensfelder.com
Jonathan Marshall       jmarshall@choate.com
Phillip Alan Martin     pmartin@fmhd.com, cbellner@fmhd.com
Gregory J. Mascitti     gregory.mascitti@leclairryan.com, susan.foster@leclairryan.com,christina.shifton@leclairryan.com,carla.ford@leclairryan.com,jill.harris@leclairryan.com
Rachel Jaffe Mauceri    rachel.mauceri@morganlewis.com
Hugh Robert McCullough  HughMcCullough@dwt.com, elainehuckabee@dwt.com;seadocket@dwt.com
Harley K Means          hkm@kgrlaw.com, kmw@kgrlaw.com;smr@kgrlaw.com;tjf@kgrlaw.com
Curtis S Miller         cmiller@mnat.com
James P Moloy           jmoloy@boselaw.com, dlingenfelter@boselaw.com;mwakefield@boselaw.com
Sean Monahan            smonahan@choate.com
Ronald J. Moore         Ronald.Moore@usdoj.gov
Whitney L Mosby         wmosby@bgdlegal.com, floyd@bgdlegal.com;smays@bgdlegal.com
C Daniel Motsinger      cmotsinger@kdlegal.com, cmotsinger@kdlegal.com;crbpgpleadings@kdlegal.com;shammersley@kdlegal.com;ayeskie@kdlegal.com
Leo Muchnik             MuchnikL@gtlaw.com
Bennett Justin Murphy   bmurphy@bennettmurphylaw.com
Kathleen A Murphy       kathleen.murphy@bipc.com, donna.curcio@bipc.com
Paul T. Musser          paul.musser@kattenlaw.com
William Anthony Myers   wamyers@wamyers.com
Patrick J. Nash         patrick.nash@kirkland.com
Henry Seiji Newman      hsnewman@dglaw.com
Kevin M. Newman         knewman@menterlaw.com, kmnbk@menterlaw.com
Mark R. Owens           mowens@btlaw.com, mark.owens@btlaw.com;bankruptcyindy@btlaw.com
Paul J Pascuzzi         ppascuzzi@ffwplaw.com, lnlasley@ffwplaw.com
Lisa M Peters           lisa.peters@kutakrock.com, Marybeth.brukner@kutakrock.com
Raymond J. Pikna        rjpikna@woodlamping.com
David L Pollack         pollack@ballardspahr.com
Ragan Lewis Powers      RaganPowers@dwt.com
David Phillip Primack   dprimack@mdmc-law.com, sshidner@mdmc-law.com;smullen@mdmc-law.com
Janet L. Ramsey         jramsey@wnj.com, rkiefer@wnj.com
Jeffrey E. Ramsey       jramsey@bbrlawpc.com, mhaught@bbrlawpc.com
Jeffrey Rhodes          jrhodes@blankrome.com
Cheyenne N Riker        criker@lawcjb.com
James David Roberts     jroberts@chenrobertslaw.com

Beth Ellen Rogers     brogers@berlawoffice.com,
lwashburn@berlawoffice.com,receptionist@berlawoffice.com,pbarnes@berlawoffice.com
James E Rossow     jim@rubin-levin.net,
ATTY_JER@trustesolutions.com;robin@rubin-levin.net;lisa@rubin-levin.net
Jeffrey Neil Rothleder     jrothleder@clarkhill.com, cgiaimo@clarkhill.com
Ashley S. Rusher     asr@blancolaw.com
Thomas C Scherer     tscherer@bgdlegal.com, floyd@bgdlegal.com
Michael Abtin Shakouri     mshakouri@goodkinlynch.com
Ravi Subramanian Shankar     ravi.shankar@kirkland.com
Peter A Siddiqui     peter.siddiqui@kattenlaw.com
Vincent P Slusher     vince.slusher@dlapiper.com, sherry.faulkner@dlapiper.com;docketingchicago@dlapiper.com
Louis F. Solimine     louis.solimine@thompsonhine.com
Steven Jon Solomon     Steven.Solomon@Gray-Robinson.com
David Neal Stern     dnstern@fwblaw.net
Jonathan David Sundheimer     jsundheimer@btlaw.com
Matthew O Talmo     mtalmo@mnat.com, aconway@mnat.com
Robert D. Tepper     rtepper@satcltd.com
James A Timko     jtimko@shutts.com
Jeffrey Scott Torosian     jeffrey.torosian@dlapiper.com
Michael Scott Tucker     mtucker@ulmer.com
Ronald M. Tucker     rtucker@simon.com, cmartin@simon.com,bankruptcy@simon.com
U.S. Trustee     ustpregion10.in.ecf@usdoj.gov
Seth Van Aalten     svanaalten@cooley.com
John Ventola     jventola@choate.com
Gregory Wagoner     gwagoner@slk-law.com
William Bradley Weiland     brad.weiland@kirkland.com
Robert Winning     rwinning@cooley.com

I further certify that on May 12, 2017, a copy of the foregoing *Notice of Appearance and Request for Service* was mailed by first-class U.S. Mail, postage prepaid, or electronic mail as indicated and properly addressed to the following:

Boulevard North Associates, L.P.
c/o Jeffrey Kurtzman, Esquire
Kurtzman Steady, LLC
401 S. 2nd Street, Suite 200
Philadelphia, PA 19147

Donlin, Recano & Company, LLC
6201 15th Avenue
Brooklyn, NY 11219

Goldenberg Management, as agent for Red Rose Commo
c/o Jeffrey Kurtzman, Esquire
Kurtzman Steady, LLC
401 S. 2nd Street, Suite 200
Philadelphia, PA 19147

Goldenberg Management, as agent for Red Rose Commo
c/o Jeffrey Kurtzman, Esquire
Kurtzman Steady, LLC
401 S. 2nd Street, Suite 200
Philadelphia, PA 19147

Gregg Appliances, Inc.
4151 East 96th Street
Indianapolis, IN 46240

HHG Distributing LLC
4151 East 96th Street
Indianapolis, IN 46240

IBM Corporation
275 Viger East
Montreal, Quebec H2X 3R7

Kaverisoft, Inc dba DispatchTrack
467 Saratoga Ave #621
San Jose, CA 95129

Gregg S. Kleiner
Rincon Law LLP
268 Bush St., Suite 3335
San Francisco, CA 94104

Manatee County Tax Collector
4333 US Hwy 301 N
Ellenton, FL 34222

PR Wyoming Valley Limited Partnership
c/o Jeffrey Kurtzman, Esquire
Kurtzman Steady, LLC
401 S. 2nd Street, Suite 200
Philadelphia, PA 19147

PREIT Services, LLC, as agent for PR Christiana, L
c/o Jeffrey Kurtzman, Esquire
Kurtzman Steady, LLC
401 S. 2nd Street, Suite 200
Philadelphia, PA 19147

PREIT Services, LLC, as agent for PR Wyoming Valle
c/o Jeffrey Kurtzman, Esquire
Kurtzman Steady, LLC
401 S. 2nd Street, Suite 200
Philadelphia, PA 19147

PRGL Paxton Limited Partnership
c/o Jeffrey Kurtzman, Esquire
Kurtzman Steady, LLC
401 S. 2nd Street, Suite 200
Philadelphia, PA 19147

Jennifer D Raviele
Kelley Drye & Warren
101 Park Ave
New York, NY 10178-0002

Jolene Wise United States Securities & Exchange Commission
175 W. Jackson Blvd., Suite 1450
Chicago, IL 60604

Renee B. Weiss
DDR Corp.
3300 Enterprise Parkway
Beachwood, OH 44122

hhgregg, Inc.
4151 East 96th Street
Indianapolis, IN 46240

*/s/ James E. Rossow Jr.*
James E. Rossow Jr.