# Morgan Lewis

**Morgan, Lewis & Bockius LLP**
101 Park Avenue
New York, NY 10178-0060
**T** +1.212.309.6000
**F** +1.212.309.6001
Fed Tax ID: 23-0891050
www.morganlewis.com

May 10, 2017

Invoice No. 3703176
Account No.  18132-10709602

Candace Bankovich
Associate General Counsel
hhgregg Inc
4151 East 96th Street
Indianapolis, IN 46201

**Summary of Services for the period ended April 30, 2017:**

**Re:  hhgregg Inc**

| | | |
|---|---|---|
| Fees | $ | 293,552.00 |
| Disbursements and Other Related Charges | | 2,207.96 |
| **Total Current Period Charges** | **$** | **295,759.96** |

Please refer to the table titled "**Detail of Outstanding Invoices**" which lists all other outstanding invoices for the matters referenced on this invoice.

# Morgan Lewis

**Morgan, Lewis & Bockius LLP**
101 Park Avenue
New York, NY 10178-0060
☎ +1.212.309.6000
🖷 +1.212.309.6001
Fed Tax ID: 23-0891050
www.morganlewis.com

**Matter Summary for the period ended April 30, 2017:**

Re:    **Case Administration**
*Matter No. 107096-0098*

| | | |
|---|---|---|
| Disbursements | $     2,207.96 | |
| **Total** | **$** | **2,207.96** |

Re:    **Cash Collateral & Financing**
*Matter No. 107096-0099*

| | | |
|---|---|---|
| Fees | $     17,522.00 | |
| **Total** | **$** | **17,522.00** |

Re:    **Employee Matters**
*Matter No. 107096-0103*

| | | |
|---|---|---|
| Fees | $     27,089.50 | |
| **Total** | **$** | **27,089.50** |

Re:    **General Corporate/Bankruptcy**
*Matter No. 107096-0104*

| | | |
|---|---|---|
| Fees | $     25,894.50 | |
| **Total** | **$** | **25,894.50** |

Re:    **Fee Application/Morgan Lewis**
*Matter No. 107096-0105*

| | | |
|---|---|---|
| Fees | $     280.00 | |
| **Total** | **$** | **280.00** |

Re:    **Fee Application/Other Professionals**
*Matter No. 107096-0106*

| | | |
|---|---|---|
| Fees | $     773.50 | |
| **Total** | **$** | **773.50** |

Re:    **Hearings/Litigation**
*Matter No. 107096-0107*

| | | |
|---|---|---|
| Fees | $     7,600.50 | |

# Morgan Lewis

**Morgan, Lewis & Bockius LLP**
101 Park Avenue
New York, NY 10178-0060
**T** +1.212.309.6000
**F** +1.212.309.6001
Fed Tax ID: 23-0891050
www.morganlewis.com

|  |  |  |
|---|---|---|
| **Total** | | **$ 7,600.50** |

**Re:** **Insurance**
*Matter No. 107096-0108*

| Fees | $ 219.00 | |
|---|---|---|
| **Total** | | **$ 219.00** |

**Re:** **Real Estate (Contracts & Leases)**
*Matter No. 107096-0110*

| Fees | $ 77,501.00 | |
|---|---|---|
| **Total** | | **$ 77,501.00** |

**Re:** **Retention Application (Morgan Lewis)**
*Matter No. 107096-0111*

| Fees | $ 11,297.00 | |
|---|---|---|
| **Total** | | **$ 11,297.00** |

**Re:** **Sale of Assets**
*Matter No. 107096-0112*

| Fees | $ 51,683.00 | |
|---|---|---|
| **Total** | | **$ 51,683.00** |

**Re:** **Tax**
*Matter No. 107096-0113*

| **Total** | | **$ 0.00** |
|---|---|---|

**Re:** **Travel**
*Matter No. 107096-0114*

| Fees | $ 6,796.50 | |
|---|---|---|
| **Total** | | **$ 6,796.50** |

**Re:** **Vendors**
*Matter No. 107096-0115*

| Fees | $ 66,895.50 | |
|---|---|---|
| **Total** | | **$ 66,895.50** |

**Totals for All Matters**

| Total Fees | $ 293,552.00 |
|---|---|
| Total Disbursements | 2,207.96 |
| **Total Current Period Charges** | **$ 295,759.96** |

# Morgan Lewis

**Morgan, Lewis & Bockius LLP**
101 Park Avenue
New York, NY 10178-0060
**T** +1.212.309.6000
**F** +1.212.309.6001
Fed Tax ID: 23-0891050
www.morganlewis.com

Invoice No. 3703176
Account No.  18132-10709602

**REMITTANCE COPY**

May 10, 2017

Candace Bankovich
Associate General Counsel
hhgregg Inc
4151 East 96th Street
Indianapolis, IN 46201

**Re:   hhgregg Inc**

| | | |
|---|---|---|
| Fees | $ | 293,552.00 |
| Disbursements and Other Related Charges | | 2,207.96 |
| **Total Current Period Charges** | **$** | **295,759.96** |

**Please reference account number or invoice number(s) on your remittance.**

| Please send your remittance to: | Or please wire your remittance to: | **For ACH transfers:** |
|---|---|---|
| **Morgan, Lewis & Bockius LLP** | **Wells Fargo Bank, N.A.** | ABA# 031000503 |
| Counselors at Law | ABA# 121000248 | Acct# 2100010985563 |
| P. O. Box 8500 S-6050 | Morgan, Lewis & Bockius LLP | Reference account number |
| Philadelphia, PA 19178-6050 | Acct# 2100010985563 | |
| Federal Tax ID 23-0891050 | Swift Code: WFBIUS6S | |

# Morgan Lewis

**Morgan, Lewis & Bockius LLP**
101 Park Avenue
New York, NY 10178-0060
**T** +1.212.309.6000
**F** +1.212.309.6001
Fed Tax ID: 23-0891050
www.morganlewis.com

**Detail of Outstanding Invoices**

The following table shows all other outstanding invoices for the matters being billed on this invoice.

| Invoice Date | Invoice Number | Invoice Amount | Payments/ Credits | Days Outstanding | Balance Due |
|---|---|---|---|---|---|
| 04/17/17 | 3688930 | 500,063.44 | .00 | 23 | 500,063.44 |
| | | **Total of Outstanding Invoices** | | | **$500,063.44** |

**Please reference account number or invoice number(s) on your remittance.**

Please send your remittance to:
**Morgan, Lewis & Bockius LLP**
Counselors at Law
P. O. Box 8500 S-6050
Philadelphia, PA 19178-6050
Federal Tax ID 23-0891050

Or please wire your remittance to:
**Wells Fargo Bank, N.A.**
ABA# 121000248
Morgan, Lewis & Bockius LLP
Acct# 2100010985563
Swift Code: WFBIUS6S

**For ACH transfers:**
ABA# 031000503
Acct# 2100010985563
Reference account number

# Morgan Lewis

May 10, 2017                                     Invoice No. 3703176
Page 1                                           Account No. 107096-0098
                                                 Case Administration

### Disbursements and Other Related Charges
### Incurred on Your Behalf

| Date | Name | Description | Amount |
|------|------|-------------|--------|
| 03/29/17 | Herman, N. E. | Taxi from: LAG; 000 DL to: M;101 PARK AVE (Vouch (Voucher # 5051594) - UTOG Inv # 678281 | 65.15 |
| 04/02/17 | Herman, N. E. | Taxi from: WE;  LARCHMONT to: LAG; (Voucher # 50 5070529) - UTOG Inv # 678604 | 124.71 |
| 04/04/17 | Herman, N. E. | Taxi from: JFK; 3894 DL to: M;61 CHRISTOPHER ST (Voucher # 5015811) - UTOG Inv # 678604 | 96.89 |
| 04/04/17 | Herman, N. E. | Taxi from: M;61 CHRISTOPHER ST to: WE; LARCHMON LARCHMONT (Voucher # 5069596) - UTOG Inv # 678281 | 145.62 |
| 04/05/17 | Gallo, A. J. | Filing Fees payment of Pro Hac Vice filing fee re hh Gregg Filing Fees Apr 05, 2017 - Andrew J. Gallo | 100.00 |
| 04/06/17 | Herman, N. E. | Taxi Taxi from hotel to Indianapolis airport Taxi Apr 06, 2017 - Neil E. Herman | 35.00 |
| 04/06/17 | Herman, N. E. | Hotel Hilton Hotel - Indianapolis Hotel Apr 06, 2017 - Neil E. Herman | 244.53 |
| 04/06/17 | Herman, N. E. | Air New York,NY -> INDINAPOLIS,IN -> NEW YORK L LGA,NY | 84.86 |
| 04/06/17 | Herman, N. E. | Air New York,NY -> INDINAPOLIS,IN | 581.20 |
| 04/06/17 | Herman, N. E. | Taxi from: M;101 PARK AVE to: LAG; (Voucher # 50 5047174) - UTOG Inv # 678604 | 72.95 |
| 04/07/17 | Herman, N. E. | Taxi from: LAG; 0000 AA to: WE; LARCHMONT (Vouc (Voucher # 5070456) - UTOG Inv # 678604 | 126.41 |
| 04/10/17 | Herman, N. E. | Taxi Cab from hotel to airport (Indianapolis) Taxi Apr 10, 2017 - Neil E. Herman | 28.00 |
| 04/11/17 | Lindsay, K. | WestLaw | 30.69 |
| 04/13/17 | Ryan, K. M. | WestLaw | 21.39 |
| 04/14/17 | Herman, N. E. | CREDIT: Air New York,NY -> INDINAPOLIS,IN | (530.20) |
| 04/14/17 | Herman, N. E. | CREDIT: Air Indianapolis,IN -> NEW YORK LGA,NY | (314.80) |
| 04/21/17 | Herman, N. E. | Air New York,NY -> INDINAPOLIS,IN -> NEW YORK L LGA,NY | 846.40 |
| 04/24/17 | Ziegler, M. C. | Lexis | 5.88 |
| 04/24/17 | Herman, N. E. | Air New York,NY -> INDINAPOLIS,IN | 369.31 |
| 04/25/17 | Ziegler, M. C. | Lexis | 8.82 |
| 04/25/17 | Herman, N. E. | Taxi from: M;101 PARK AVE to: LAG; (Voucher # 50 5083677) - UTOG Inv # 679522 | 65.15 |

|  |  | **Total Disbursements** | **$2,207.96** |

# Morgan Lewis

May 10, 2017
Page 2

Invoice No. 3703176
Account No. 107096-0098
Case Administration

**Summary of Disbursements and Other Related Charges
Incurred on Your Behalf**

| *Description* | *Amount* |
|---|---:|
| Local Travel | 696.88 |
| Out Of Town Travel | 1,344.30 |
| Filing/Other Fees | 100.00 |
| Computer Legal Research | 66.78 |
| **Total** | **$2,207.96** |

# Morgan Lewis

May 10, 2017
Page 3

Invoice No. 3703176
Account No. 107096-0099
Cash Collateral & Financing

### Detail for Fee Services Rendered

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 4/1/17 | Ziegler, M. C. | Review and summarize late-filed DIP objections. | 0.40 |
| 4/2/17 | Brennan, P.F. | Participate in advisor status call regarding DIP issues with N. Herman and Ice Miller. | 1.00 |
| 4/4/17 | Brennan, P.F. | Participate in advisor status call regarding outstanding items with B. Duffy. | 0.50 |
| 4/5/17 | Brennan, P.F. | Participate in advisor status call regarding C. Melendi and N. Herman regarding status. | 0.70 |
| 4/6/17 | Brennan, P.F. | Review email correspondence. | 0.20 |
| 4/7/17 | Brennan, P.F. | Telephone conference with C. Melendi (.3); review email correspondence (.3). | 0.60 |
| 4/8/17 | Brennan, P.F. | Review correspondence re: CRO. | 0.80 |
| 4/10/17 | Brennan, P.F. | Conferences with C. Melendi and N. Herman regarding status (.3); attend all hands meeting at Morgan Lewis (3.9). | 4.20 |
| 4/10/17 | Melendi, C. E. | Prepare for (1.1) and attend meeting with DIP lenders, creditors committee and their counsel regarding DIP budget (2.3). | 3.40 |
| 4/13/17 | Brennan, P.F. | Review email correspondence re: status update. | 0.10 |
| 4/13/17 | Mauceri, R. J. | Correspondence with M. Ziegler, S. Fowler regarding DIP reply deadline (.3); voicemail N. Herman regarding same (.1). | 0.40 |
| 4/13/17 | Ziegler, M. C. | Review DIP objections (1.1) and prepare reply to DIP objections (0.8). | 1.90 |
| 4/14/17 | Herman, N. E. | Reviewed revised cash flows from BRG (.6); sent comments regarding same (.2). | 0.80 |
| 4/20/17 | Ziegler, M. C. | Revise reply to DIP objections. | 0.40 |
| 4/24/17 | Ziegler, M. C. | Correspondence w/ N. Herman, Ice Miller re: reply to DIP objections (0.2); update and finalize reply (0.3). | 0.50 |
| 4/25/17 | Ziegler, M. C. | Review interim DIP order (0.1). | 0.10 |
| 4/26/17 | Melendi, C. E. | Emails with B. Riesbeck regarding DIP Budget (.2); call with client regarding same (.2). | 0.40 |
| 4/27/17 | Melendi, C. E. | Review DIP financing budget with client. | 0.30 |
| 4/29/17 | Melendi, C. E. | Calls with board to discuss DIP Budget (1.2); calls with B. Duffy to discuss issues in DIP Budget (1.0); correspondence with group regarding outstanding issues on DIP budget (.3). | 2.50 |
| 4/30/17 | Melendi, C. E. | Attention to DIP budget approval matters (.4). | 0.40 |
| | | **Matter Total** | **19.60** |

# Morgan Lewis

May 10, 2017                                       Invoice No. 3703176
Page 4                                             Account No. 107096-0099
                                                   Cash Collateral & Financing

### Summary for Fee Services Rendered

|  | Hours | Amount | Rate |
|---|---|---|---|
| *PARTNER* | | | |
| Brennan, P.F. | 8.10 | 8,221.50 | 1,015.00 |
| Herman, N. E. | 0.80 | 788.00 | 985.00 |
| Melendi, C. E. | 7.00 | 6,125.00 | 875.00 |
| *OF COUNSEL* | | | |
| Mauceri, R. J. | 0.40 | 292.00 | 730.00 |
| *ASSOCIATE* | | | |
| Ziegler, M. C. | 3.30 | 2,095.50 | 635.00 |
| **Total** | **19.60** | **$17,522.00** | |

# Morgan Lewis

May 10, 2017
Page 5

Invoice No. 3703176
Account No. 107096-0103
Employee Matters

### Detail for Fee Services Rendered

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 4/3/17 | Herman, N. E. | Many emails and telephone conference calls with R. Duffy (BRG) and R. Riesbeck of hhgregg regarding Warn issues and employee reduction strategy (1.30); reported to Committee and DIP lenders (.7). | 2.00 |
| 4/3/17 | Herman, N. E. | Participated in telephone conference with DIP lenders (J. Ventola and S. Brown) regarding Warn issues and budget and Electrolux. | 0.80 |
| 4/4/17 | Herman, N. E. | Emails and telephone conference calls with R. Riesbeck, C. Bankovich of hh, R. Duffy (BRG), C. Hershcopf (Committee ) and DLA and Choate (DIP lenders) regarding Warn notice issues and timing. | 1.30 |
| 4/4/17 | Melendi, C. E. | Attend call with client and advisors on GOB sales and WARN notices (.5); review and comment on notice to employees (.2). | 0.70 |
| 4/7/17 | Herman, N. E. | Emails with client regarding Warn notices delivered today. | 0.30 |
| 4/12/17 | Brennan, P.F. | Review email correspondence re: employee benefits. | 0.10 |
| 4/12/17 | Herman, N. E. | Emails with client regarding employee issues and payments and proposal to secured lenders. | 1.00 |
| 4/12/17 | Melendi, C. E. | Emails and calls with client on employee issues including payment of PTO/vacation. | 0.50 |
| 4/13/17 | Melendi, C. E. | All hands call with bank and creditors' committee on employee bonuses and PTO payments. | 0.40 |
| 4/17/17 | Cordiano, B. J. | Review and respond to inquiry regarding employee wages and programs (0.4); review motion, interim and final orders in respect of same (0.7); email correspondence and telephone conference with R. Mauceri (0.2); research regarding limitations on claims under Section 507 (0.4). | 1.70 |
| 4/18/17 | Herman, N. E. | Prepared for and participated in telephone conference with CEO, CFO, GC and B. Duffy (BRG) and C. Melendi of MLB regarding employee vacation pay issues and strategies (1.4); sent emails to client on proposals for same (.1). | 1.50 |
| 4/18/17 | Herman, N. E. | Reviewed BRG slides on PTO and vacation pay issues and amounts and status. | 0.40 |
| 4/20/17 | Herman, N. E. | Reviewed revised vacation pay analysis from BRG. | 0.30 |
| 4/20/17 | Ziegler, M. C. | Review BRG presentation materials re: proposed KEIP and KERP. | 0.60 |
| 4/24/17 | Ziegler, M. C. | Research and draft KEIP/KERP motion (6.6); discuss same w/ R. Mauceri (0.2). | 6.80 |
| 4/25/17 | Ziegler, M. C. | Research (4.7) and draft KEIP/KERP motion (3.9); correspond w/ BRG and Debtors' management re: KERP metrics and employee makeup (0.3). | 8.90 |
| 4/26/17 | Ziegler, M. C. | Research (1.8); and draft KEIP/KERP motion (3.3); discuss same w/ N. Herman (0.1); correspond w/ BRG re: potential revisions to KERP metrics and demonstratives detailing same (0.3). | 5.50 |
| 4/27/17 | Ziegler, M. C. | Review N. Herman revisions to KERP motion (0.2), discuss same w/ N. Herman (0.1); correspondence w/ BRG re: KEIP and KERP metrics (0.2); draft KEIP motion (4.3). | 4.80 |
| 4/29/17 | Ziegler, M. C. | Correspondence w/ N. Herman re: KEIP. | 0.10 |

# Morgan Lewis

May 10, 2017
Page 6

Invoice No. 3703176
Account No. 107096-0103
Employee Matters

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| | | **Matter Total** | **37.70** |

# Morgan Lewis

May 10, 2017                                          Invoice No. 3703176
Page 7                                          Account No. 107096-0103
                                                        Employee Matters

### Summary for Fee Services Rendered

|  | Hours | Amount | Rate |
|---|---|---|---|
| *PARTNER* | | | |
| Brennan, P.F. | 0.10 | 101.50 | 1,015.00 |
| Herman, N. E. | 7.60 | 7,486.00 | 985.00 |
| Melendi, C. E. | 1.60 | 1,400.00 | 875.00 |
| | | | |
| *ASSOCIATE* | | | |
| Cordiano, B. J. | 1.70 | 1,147.50 | 675.00 |
| Ziegler, M. C. | 26.70 | 16,954.50 | 635.00 |
| **Total** | **37.70** | **$27,089.50** | |

# Morgan Lewis

May 10, 2017                                                     Invoice No. 3703176
Page 8                                                          Account No. 107096-0104
                                                               General Corporate/Bankruptcy

### Detail for Fee Services Rendered

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 4/1/17 | Melendi, C. E. | Draft board agenda (.3). | 0.30 |
| 4/2/17 | Herman, N. E. | Reviewed and commented on draft materials for Board telephone conference (.8); participated in telephone conference with Stifel, Ice, Hh and BRG to prep for Board telephone conference (.5). | 1.30 |
| 4/2/17 | Melendi, C. E. | Call with board regarding upcoming board meeting (.3); call with management and advisors to prepare for board call (1.0); call with C Bankovich to discuss board agenda (.5). | 1.80 |
| 4/3/17 | Herman, N. E. | Prepared for (.4) and participated in board telephone conference (.8). | 1.20 |
| 4/3/17 | Melendi, C. E. | Attend board meeting (1.2); call with board to discuss board composition (.3). | 1.50 |
| 4/5/17 | Melendi, C. E. | Call with B. Riesbeck and advisors regarding board composition and employee roster (.4); draft 8-K (1.0). | 1.40 |
| 4/6/17 | Melendi, C. E. | Call with client and advisors to discuss DIP financing and update on motions (.5); draft press release and 8-k (1.2); revise bylaw amendment and board resolutions to adjust board size and appoint officers (.3). | 2.00 |
| 4/6/17 | Cordiano, B. J. | Review and revise Phase II Order (0.2); review and address email correspondence (0.3); further revisions to Phase II Order to address comments and objections received (1.0); email correspondence and telephone conferences with M. Russell, J. Hokansen and U.S. Trustee and other counsel (1.4). | 2.90 |
| 4/7/17 | Melendi, C. E. | Revise director resignations, board resolutions and bylaw amendments. | 0.50 |
| 4/9/17 | Herman, N. E. | Prepared for Board meeting (.7); reviewed package of materials for Board (.3). | 1.00 |
| 4/9/17 | Melendi, C. E. | Correspondence regarding board materials. | 0.20 |
| 4/10/17 | Herman, N. E. | Participated in Board telephone conference. | 1.20 |
| 4/10/17 | Melendi, C. E. | Prepare for (.3) and attend board call (.4). | 0.70 |
| 4/11/17 | Melendi, C. E. | Call with D. Desilets regarding employee termination dates (.2); draft 8-K (.4) | 0.60 |
| 4/11/17 | Melendi, C. E. | Call with C. Bankovich regarding 8-K disclosure. | 0.20 |
| 4/12/17 | Melendi, C. E. | Finalize 8-K for filing. | 0.40 |
| 4/14/17 | Melendi, C. E. | Review employee PTO. | 0.30 |
| 4/16/17 | Herman, N. E. | Revised board minutes and agenda and exhibits. | 0.80 |
| 4/18/17 | Melendi, C. E. | Review issues related to employee severance and PTO/vacation (0.3); call with advisors to discuss same (.8); review and revise board minutes from prior board meeting to provide comments to C. Bankovich (.2). | 1.30 |
| 4/18/17 | Melendi, C. E. | Attention to issues on PTO/vacation pay (.8). | 0.80 |
| 4/19/17 | Herman, N. E. | Participated in Board telephone conference (.9); reviewed board minutes and agenda and exhibits (.6). | 1.50 |
| 4/19/17 | Melendi, C. E. | Attend board meeting (1.4). | 1.40 |
| 4/24/17 | Herman, N. E. | Participated in board telephone conference. | 1.20 |

# Morgan Lewis

May 10, 2017                                                    Invoice No. 3703176
Page 9                                                         Account No. 107096-0104
                                                        General Corporate/Bankruptcy

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 4/24/17 | Melendi, C. E. | Attend board meeting (.5). | 0.50 |
| 4/25/17 | Melendi, C. E. | Call with L. Peterson regarding renewal of shareholder services agreement (.2); call with D. Underwood to discuss SEC filing requirements (.3). | 0.50 |
| 4/26/17 | Melendi, C. E. | Call with B. Geiger to discuss Section 16 reporting (.2); review 8-K filing (.3); call with D. Underwood regarding termination of RSUs (.2); review equity plan regarding termination of RSUs (.4). | 1.10 |
| 4/27/17 | Herman, N. E. | Participated in board telephone conference. | 1.00 |
| 4/27/17 | Melendi, C. E. | Attend board call (.8); call with client regarding procedure for cancellation of RSUs (.4). | 1.20 |
| 4/28/17 | Melendi, C. E. | Review documentation for cancellation of RSUs (.1); provide comments to client (.2). | 0.30 |
| | | **Matter Total** | **29.10** |

# Morgan Lewis

May 10, 2017
Page 10

Invoice No. 3703176
Account No. 107096-0104
General Corporate/Bankruptcy

### Summary for Fee Services Rendered

|  | Hours | Amount | Rate |
|---|---|---|---|
| *PARTNER* | | | |
| Herman, N. E. | 9.20 | 9,062.00 | 985.00 |
| Melendi, C. E. | 17.00 | 14,875.00 | 875.00 |
| *ASSOCIATE* | | | |
| Cordiano, B. J. | 2.90 | 1,957.50 | 675.00 |
| **Total** | **29.10** | **$25,894.50** | |

# Morgan Lewis

May 10, 2017
Page 11

Invoice No. 3703176
Account No. 107096-0105
Fee Application/Morgan Lewis

**Detail for Fee Services Rendered**

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 4/17/17 | Renken, D. | Draft notice for first month's fees. | 0.80 |
| | | **Matter Total** | **0.80** |

# Morgan Lewis

May 10, 2017                                          Invoice No. 3703176
Page 12                                            Account No. 107096-0105
                                              Fee Application/Morgan Lewis

### Summary for Fee Services Rendered

|  | | Hours | Amount | Rate |
|---|---|---|---|---|
| PARALEGAL | | | | |
| Renken, D. | | 0.80 | 280.00 | 350.00 |
| | **Total** | **0.80** | **$280.00** | |

# Morgan Lewis

May 10, 2017
Page 13

Invoice No. 3703176
Account No. 107096-0106
Fee Application/Other Professionals

### Detail for Fee Services Rendered

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 4/9/17 | Mauceri, R. J. | Correspondence, telephone conferences with R. Katz, N. Herman regarding CRO retention. | 0.70 |
| 4/18/17 | Melendi, C. E. | Correspondence with K. Lindsay regarding professional fees inquiries (.3). | 0.30 |
| | | **Matter Total** | **1.00** |

# Morgan Lewis

May 10, 2017
Page 14

Invoice No. 3703176
Account No. 107096-0106
Fee Application/Other Professionals

### Summary for Fee Services Rendered

|  | Hours | Amount | Rate |
|---|---|---|---|
| *PARTNER* | | | |
| Melendi, C. E. | 0.30 | 262.50 | 875.00 |
| *OF COUNSEL* | | | |
| Mauceri, R. J. | 0.70 | 511.00 | 730.00 |
| **Total** | **1.00** | **$773.50** | |

# Morgan Lewis

May 10, 2017
Page 15

Invoice No. 3703176
Account No. 107096-0107
Hearings/Litigation

### Detail for Fee Services Rendered

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 4/5/17 | Herman, N. E. | Reviewed docket of case for all objections to motions for next hearing. | 0.80 |
| 4/6/17 | Herman, N. E. | Prepare for court hearings tomorrow. | 1.00 |
| 4/7/17 | Herman, N. E. | Attended court hearings. | 3.50 |
| 4/12/17 | Ryan, K. M. | Research on preference causes of action. | 1.00 |
| 4/13/17 | Ryan, K. M. | Research on preference claims. | 4.00 |
| 4/18/17 | Ryan, K. M. | Research on preference claims. | 0.60 |
| | | **Matter Total** | **10.90** |

# Morgan Lewis

May 10, 2017
Page 16

Invoice No. 3703176
Account No. 107096-0107
Hearings/Litigation

### Summary for Fee Services Rendered

|  | Hours | Amount | Rate |
|---|---|---|---|
| *PARTNER* | | | |
| Herman, N. E. | 5.30 | 5,220.50 | 985.00 |
| | | | |
| *ASSOCIATE* | | | |
| Ryan, K. M. | 5.60 | 2,380.00 | 425.00 |
| **Total** | **10.90** | **$7,600.50** | |

# Morgan Lewis

May 10, 2017                                                      Invoice No. 3703176
Page 17                                                      Account No. 107096-0108
                                                                            Insurance

### Detail for Fee Services Rendered

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 4/5/17 | Mauceri, R. J. | Correspondence Stouffer regarding surety questions (.3). | 0.30 |
| | | **Matter Total** | **0.30** |

# Morgan Lewis

May 10, 2017                                                    Invoice No. 3703176
Page 18                                                  Account No. 107096-0108
                                                                        Insurance

### Summary for Fee Services Rendered

|                    | Hours | Amount   | Rate   |
|--------------------|-------|----------|--------|
| *OF COUNSEL*       |       |          |        |
| Mauceri, R. J.     | 0.30  | 219.00   | 730.00 |
| **Total**          | **0.30** | **$219.00** |     |

# Morgan Lewis

May 10, 2017
Page 19

Invoice No. 3703176
Account No. 107096-0110
Real Estate (Contracts & Leases)

### Detail for Fee Services Rendered

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 4/2/17 | Herman, N. E. | Emails with R. Duffy of BRG and numerous landlords regarding April rent status. | 0.40 |
| 4/3/17 | Herman, N. E. | Revised forms of lease termination and assignment agreements. | 1.00 |
| 4/4/17 | Herman, N. E. | Reviewed changes to rejection order and sent comments (.7); revised order on lease disposition procedures (1.0); reviewed GGP lease issue (.2); conference with D. Pollack regarding nunc pro tunc (.5). | 2.40 |
| 4/4/17 | Lindsay, K. | Email and telephone correspondence with landlords regarding leases. | 1.10 |
| 4/5/17 | Herman, N. E. | Telephone conference with G. Apter of Hilco regarding lease sale procedures (.2); revised draft order on same (1.3); revised Synchrony rejection motion (.7); reviewed liquidator chart of 88 store vacate dates (.3); many emails and telephone conference calls with multiple landlords regarding comments to lease procedures order (.8); revised same (1.2). | 4.50 |
| 4/5/17 | Mauceri, R. J. | Telephone conferences with N. Herman, J. Hokenson, S. Fowler regarding lease procedures (.8) | 0.80 |
| 4/5/17 | Lindsay, K. | Email correspondence regarding GOB motion and schedules (0.8); prepare revised schedule of leases (1.2); email correspondence regarding the same (0.5); miscellaneous email correspondence regarding leases (0.5). | 3.00 |
| 4/6/17 | Herman, N. E. | Emails with K. Kovacs regarding Synchrony rejection issues (.3); reviewed landlord objections (.2); revised lease disposition procedures order (1.1). | 1.60 |
| 4/7/17 | Mauceri, R. J. | Draft form of lease rejection notice (.5); emails N. Herman, M. Mallon regarding same.(.1). | 0.60 |
| 4/10/17 | Herman, N. E. | Revised notices to landlords soliciting bids and letter to landlords regarding 10 day rejection period and notice enclosing keys to rejected stores. | 1.00 |
| 4/10/17 | Cordiano, B. J. | Review and respond to inquiry from landlord counsel regarding store closing. | 0.20 |
| 4/10/17 | Mauceri, R. J. | Telephone conferences C. Miller re Waldorf store (.2); email E. Herman re same (.1); emails Fowler, Cordiano re GOBs (.2); telephone conferences J. Kuhns regarding same (.3); revise rejection notice (.2); correspondence with N. herman, company re notice (.2); attention to landlord correspondence (.5). | 1.70 |
| 4/10/17 | Lindsay, K. | Telephone and email correspondence with landlords and counterparties regarding cure amounts, rejection procedure and related deadlines. | 2.20 |
| 4/11/17 | Herman, N. E. | Prepared notices to landlords regarding new deadline for cure objections (.6); revised various rejection orders per comments from landlords (.6); reviewed landlord motion for adequate protection and reviewed recent case law on same (1.7). | 2.90 |

# Morgan Lewis

May 10, 2017                                         Invoice No. 3703176
Page 20                                            Account No. 107096-0110
                                          Real Estate (Contracts & Leases)

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 4/11/17 | Mauceri, R. J. | Telephone conferences with A. Davis, M. Giugliano regarding rejection, cure (.5); telephone conference with Hokanson regarding cure/rejection (.3); email K. Lindsay, team regarding adequate protection research (.4); review N. Herman correspondence, case regarding same (.3); review K. Lindsay memo regarding same (.2); e-mail N. Herman and team regarding language for order regarding return of keys (.4). | 2.10 |
| 4/11/17 | Lindsay, K. | Research issues relating to adequate protection available to landlords. | 5.30 |
| 4/12/17 | Herman, N. E. | Extensive revisions to all landlord related notices and letters for return of keys, 10 day rejection notices and bid solicitation letters. | 1.80 |
| 4/12/17 | Lindsay, K. | Email and telephone correspondence with landlords and counterparties regarding cure amounts and next steps (1.2); Continue research relating to adequate protection available to landlords (2.4). | 3.60 |
| 4/13/17 | Herman, N. E. | Many emails with C. Hershcopf (Committee), J. Ventola (Wells) and S. Brown (Great American ) regarding stub rent negotiationS (.7); drafted proposed Stub Rent Notice to be sent to landlords and filed with court and revised per comments received from multiple parties (3.3); emails with M. Mallon of hhgregg and R. Mauceri regarding updates on lease rejections and key returns (.8). | 4.80 |
| 4/13/17 | Mauceri, R. J. | Prepare notices of rejection pursuant to order and revise key return note (1.4); telephone conference with N. Herman regarding strategy for rejection, key return (.4); correspondence and telephone calls with S. Fowler, Hilco, BRG and Company teams regarding rejection procedures, notices and key return letters and procedures (2.4); update rejection notices and coordinate filing, company delivery thereof with S. Fowler, C. Bankovich and M. Mallon (.4); telephone conference with M. Foster, BRG team regarding keys (.3); e-mail N. Herman regarding same (.2); review and comment on notice regarding proposed stub rent settlement (.3); participate in conference call with N. Herman, counsel to Committee, DIP Agents regarding same (.5) | 5.90 |
| 4/13/17 | Lindsay, K. | Email and telephone correspondence with landlords and counterparties regarding cure amounts and status of case (2.6); Review proposed settlement with landlords (.3); compile comprehensive list of landlords from service lists, past correspondence, and related sources (1.2). | 4.10 |
| 4/14/17 | Herman, N. E. | Emails with G. Apter and E. Beck of Hilco regarding updates on bids and auctions and leases to reject (.6); emails with bidder for 2 stores regarding use issues (.2); reviewed use clauses (.2); sent comments to M. Power at Hahn & Hessen regarding same (.6); emails with 5 landlords regarding opting in to stub rent settlement issues and process (.8). | 2.40 |
| 4/16/17 | Herman, N. E. | Emails with many landlords regarding mechanics lien issues and stub rent negotiations. | 0.80 |

# Morgan Lewis

May 10, 2017
Page 21

Invoice No. 3703176
Account No. 107096-0110
Real Estate (Contracts & Leases)

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 4/17/17 | Herman, N. E. | Dozens of emails and telephone conference calls with landlords regarding debtors' proposal to pay stub rent (1.5); reviewed various rejection orders (.5). | 2.00 |
| 4/17/17 | Lindsay, K. | Email and telephone correspondence with landlords and contract counterparties (2.1); continue researching issues relating to adequate protection (1.2). | 3.30 |
| 4/18/17 | Herman, N. E. | Prepared for (.7) and participated in telephone conference with Hilco regarding results of all 88 leases marketing, status of bids and open issues and next steps (.6); then debt detailed memoranda to client and committee and DIP lenders regarding same (1.2); revised draft letters to bidders and landlords (.8); numerous telephone conference calls and emails with over 50 landlords regarding proposal to pay stub rent (1.0). | 4.30 |
| 4/18/17 | Mauceri, R. J. | Conference call with Hilco team, local counsel, Company regarding round one lease process (1.1); telephone conferences with S. Fowler regarding two-step process (.8). | 1.90 |
| 4/19/17 | Herman, N. E. | Reviewed legal research regarding objections to landlords seeking adequate protection (.4); discussed stub rent proposal with over 15 landlords (1.0). | 1.40 |
| 4/20/17 | Herman, N. E. | Reviewed and revised all lease bid agreements (1.4); discussed with G. Apter and E. Beck at Hilco and client (.4); emails with many landlords regarding stub rent proposal (.8). | 2.60 |
| 4/20/17 | Lindsay, K. | Continue compiling list of landlords opting in to stub rent settlement (1.8); Begin drafting objection to motion for adequate protection (1.4) | 3.20 |
| 4/21/17 | Herman, N. E. | Many emails with landlords regarding stub rent opt in proposal (.8); emails with G. Apter and E. Beck of Hilco regarding updates on lease bids and open legal issues and memorandum to client and committee and DIP lenders (1.2). | 2.00 |
| 4/23/17 | Herman, N. E. | Reviewed and revised draft objections to adequate protection motions of landlords. | 1.30 |
| 4/23/17 | Lindsay, K. | Complete draft of objection to motion for adequate protection (2.9); begin revising the same (1.2). | 4.10 |
| 4/24/17 | Herman, N. E. | Emails with 9 more opting in landlords on stub rent proposal (1.0); revised objection to motions for adequate protection by landlords (1.2). | 2.20 |
| 4/25/17 | Herman, N. E. | Many emails with G. Apter and E. Beck of Hilco regarding leases to reject and leases to assign and notices, adequate assurance packages and orders for same (1.0). | 1.00 |
| 4/25/17 | Lindsay, K. | Email correspondence regarding stub rent settlement (.7); compile updated list of landlords opting in to settlement (.7). | 1.40 |
| 4/26/17 | Herman, N. E. | Reviewed Hilco reply to US Trustee objections and revised debtor jointer to same (.8); emails with E. Beck and G. Apter of Hilco regarding recommendations for leases to sell or reject (.4); emails with Towson landlord regarding payment due (.2); revised draft KERP motion (1.3). | 2.70 |
| 4/26/17 | Melendi, C. E. | Call with L. Peterson to discuss cancellation of contracts. | 0.20 |

# Morgan Lewis

May 10, 2017
Page 22

Invoice No. 3703176
Account No. 107096-0110
Real Estate (Contracts & Leases)

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 4/26/17 | Mauceri, R. J. | Review Towson lease and amendment and e-mail N. Herman, C. Bankovich, B. Duffy and BRG team regarding payment date (.4); e-mail correspondence with K. Jarashow regarding timing of payment (.2); telephone conference with N. Herman regarding Aldi lease assignment issues (.2); correspondence with S. Fowler and Hilco team regarding Aldi lease assignments (.2); correspondence with client regarding Aldi lease assignments (.2), D. Moseley, K. Keyser regarding Aldi lease assignments (.2); telephone conference with A. Davis regarding stub rent opt in. (.1). | 1.50 |
| 4/27/17 | Herman, N. E. | Emails with a dozen landlords regarding opt in to stub rent proposal (1.0); emails with E. Beck of Hilco and proposed assignees regarding adequate assurance packages and procedures and timing (.8). | 1.80 |
| | | **Matter Total** | **91.10** |

# Morgan Lewis

May 10, 2017                                                    Invoice No. 3703176
Page 23                                               Account No. 107096-0110
                                                   Real Estate (Contracts & Leases)

### Summary for Fee Services Rendered

|  | Hours | Amount | Rate |
|---|---|---|---|
| *PARTNER* | | | |
| Herman, N. E. | 44.90 | 44,226.50 | 985.00 |
| Melendi, C. E. | 0.20 | 175.00 | 875.00 |
| *OF COUNSEL* | | | |
| Mauceri, R. J. | 14.50 | 10,585.00 | 730.00 |
| *ASSOCIATE* | | | |
| Cordiano, B. J. | 0.20 | 135.00 | 675.00 |
| Lindsay, K. | 31.30 | 22,379.50 | 715.00 |
| **Total** | **91.10** | **$77,501.00** | |

# Morgan Lewis

May 10, 2017                                                                 Invoice No. 3703176
Page 24                                                                    Account No. 107096-0111
                                                              Retention Application (Morgan Lewis)

**Detail for Fee Services Rendered**

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 4/13/17 | Lindsay, K. | Begin drafting supplemental application in response to US Trustee comments. | 1.10 |
| 4/17/17 | Lindsay, K. | Review UST correspondence (0.4); email and telephone correspondence internally regarding billing and terms history (1.3), draft supplemental application and declaration (2.5). | 4.20 |
| 4/18/17 | Lindsay, K. | Continue drafting supplement to retention application (0.4); conference call with C. Bankovitch and Ice Miller regarding affidavit (0.8); draft Bankovitch affidavit (1.7); email correspondence regarding supplemental application and exhibits (0.3). | 3.30 |
| 4/19/17 | Lindsay, K. | Finalize supplemental retention application. | 1.70 |
| 4/19/17 | Lindsay, K. | Review email correspondence relating to stub rent settlement (1.7); compile list of the same (.4). | 2.10 |
| 4/20/17 | Lindsay, K. | Compile supplemental disclosures. | 2.20 |
| 4/24/17 | Lindsay, K. | Prepare additional disclosures. | 1.20 |
| | | **Matter Total** | **15.80** |

# Morgan Lewis

May 10, 2017                                            Invoice No. 3703176
Page 25                                         Account No. 107096-0111
                                        Retention Application (Morgan Lewis)

### Summary for Fee Services Rendered

|              |       | Hours | Amount      | Rate   |
|--------------|-------|-------|-------------|--------|
| *ASSOCIATE*  |       |       |             |        |
| Lindsay, K.  |       | 15.80 | 11,297.00   | 715.00 |
|              | **Total** | **15.80** | **$11,297.00** |    |

# Morgan Lewis

May 10, 2017                                                              Invoice No. 3703176
Page 26                                                             Account No. 107096-0112
                                                                             Sale of Assets

### Detail for Fee Services Rendered

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 4/1/17 | Melendi, C. E. | Attention to issues regarding sale of customer lists. | 0.20 |
| 4/2/17 | Herman, N. E. | Emails with B. Weiland of Kirkland regarding retention objections to liquidators. | 0.20 |
| 4/3/17 | Lindsay, K. | Review and revise publication notice (0.8); email correspondence regarding the same (0.8); email correspondence regarding cure schedule and related questions (1.4). | 3.00 |
| 4/4/17 | Lindsay, K. | Email and telephone correspondence regarding sale process and publication notice. | 0.80 |
| 4/5/17 | Melendi, C. E. | Call with client and advisors regarding negotiations with DIP lenders and WARN notices (.6). | 0.60 |
| 4/6/17 | Melendi, C. E. | Call regarding going concern bid (.8); draft press release in anticipation of bid (.5); calls regarding WARN notice (.5). | 1.80 |
| 4/7/17 | Herman, N. E. | Reviewed bids received (.5); prepared notice canceling 4/10 auction (.3); reviewed going concern bid and request for 2 weeks adjournment and sent reply (.4); reviewed press release (.1); emails with R. Riesbeck of hh and M. Russell of Great American to start GOB sales for 132 stores on 4/8 (.3). | 1.60 |
| 4/7/17 | Melendi, C. E. | Advisors call to discuss court hearings and bid procedure (.5); review bid from Stage Capital and discuss with B. Riesbeck (.8); calls with board members regarding bid and bid procedures (.8); draft press release (.5); attention to WARN notice disclosures (.3). | 2.90 |
| 4/7/17 | Mauceri, R. J. | Detailed email to C. Melendi detailing bid requirements. | 0.70 |
| 4/8/17 | Melendi, C. E. | Correspondence regarding CRO appointment (.4); draft board agenda (.4); finalize board resolutions and governance amendments for board package (.3). | 1.10 |
| 4/9/17 | Herman, N. E. | Many emails with potential CRO candidates and negotiated offers. | 1.00 |
| 4/11/17 | Herman, N. E. | Reviewed CRO proposals received and discussed same with CEO/GC/CFO summarized for Committee and DIP lenders same. | 1.70 |
| 4/12/17 | Herman, N. E. | Review draft of final DIP order. | 0.80 |
| 4/12/17 | Mauceri, R. J. | Telephone conferences, correspondence with N. Herman, J. Hokanson and Hilco team regarding rejection, key return procedures (.5); analyze orders regarding rejection dates and detailed email to N. Herman, J. Hokanson and Hilco team regarding same (1.2); draft notice of proposed rejection (.5); attention to correspondence regarding landlord claims (.2). | 2.40 |
| 4/13/17 | Herman, N. E. | Many emails with DIP lenders regarding PTO proposals (.4); reviewed draft reply to DIP loan objections to updated chart of all objectors and their issues (1.8). | 2.20 |
| 4/14/17 | Herman, N. E. | Emails with all parties (Committee, Ice, DLA, Choate, hh) regarding adjournment of Monday final DIP loan hearing (.6); reviewed draft motion on same (.9). | 1.50 |

# Morgan Lewis

May 10, 2017
Page 27

Invoice No. 3703176
Account No. 107096-0112
Sale of Assets

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 4/17/17 | Herman, N. E. | Emails with B. Duffy of BRG and C. Hershcopf at Cooley regarding timing and solicitation of bids for IP broker and preference experts (.4); emails and telephone conference calls with DIP lenders' counsel at Choate and DLA regarding adjournment of final DIP hearing and settlement discussions with objectors (.8). | 1.20 |
| 4/18/17 | Herman, N. E. | Reviewed dozens of objections filed to final DIP loan. | 1.00 |
| 4/19/17 | Herman, N. E. | Discussed DIP loan settlement with DIP lenders and committee (1.2); reviewed DLA's invoice as GA DIP lender counsel (.3). | 1.50 |
| 4/20/17 | Herman, N. E. | Participated in settlement negotiations with Cooley regarding DIP loan objections (1.3); sent memorandum to client regarding same (.2). | 1.50 |
| 4/20/17 | Herman, N. E. | Revise response to objections to DIP loan (.9); sent to DIP lenders (.1). | 1.00 |
| 4/21/17 | Herman, N. E. | Many emails and telephone conference calls with GC, CFO and C. Hershcopf (Cooley) and Stuart Brown (DLA) regarding negotiations to settle DIP loan objections (1.3); reviewed revised cash flow and budget from BRG (.7); reviewed chapter 7 analysis from Province (.8). | 2.80 |
| 4/23/17 | Herman, N. E. | Emails with DIP lenders and C. Hershcopf (Committee) regarding DIP objections negotiations (.7). | 0.70 |
| 4/24/17 | Herman, N. E. | Revised debtors' response to all DIP loan objections (1.2); emails and telephone conference calls with R. Duffy (BRG), C. Hershcopf (Committee) and Stuart Brown (GA) regarding negotiations to settle disputed budget and DIP loan order (1.0). | 2.20 |
| 4/25/17 | Herman, N. E. | Prepared for final hearing on DIP loan including meeting with client, committee and BRG and DIP lenders to prepare for trial and to settle objections to budget and DIP loan order (3.5); reviewed and sent comments to many new versions of proposed budget (.7); negotiated proposed global settlement terms with committee and DIP lenders (.8). | 5.00 |
| 4/26/17 | Herman, N. E. | Attended all day meetings with Committee and DIP lenders and BRG and company regarding negotiations over wind down budget and changes to DIP loan order and settlement of Committee objections to DIP loan. | 5.00 |
| 4/26/17 | Ziegler, M. C. | Draft joinder to Hilco reply (0.5); correspondence w/ N. Herman, Ice Miller re: same (0.2). | 0.70 |
| 4/27/17 | Herman, N. E. | Many emails and telephone conference calls with Committee, debtor, DIP lenders, BRG and others regarding negotiations to settle DIP loan order and budget objections (1.2); reviewed and revised numerous new versions of the proposed budget (1.3). | 2.50 |
| 4/28/17 | Herman, N. E. | Drafted outline for DIP loan hearing and direct exam of Bob Duffy on budget (2.5); many emails and telephone conference calls with Committee, BRG, debtor, DIP lenders regarding negotiate form of budget and final DIP order to settle all objections (1.7). | 4.20 |
| 4/29/17 | Herman, N. E. | Many emails and telephone conference calls with M. Melendi and DIP lenders regarding demand for indemnities and executive severance and resolution of same. | 1.00 |

# Morgan Lewis

May 10, 2017
Page 28

Invoice No. 3703176
Account No. 107096-0112
Sale of Assets

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 4/30/17 | Herman, N. E. | Finalized budget and form of final proposed DIP loan order resolving remains objections to same (1.1); revised oral presentation to court (.9); input comments received from committee, BRG and DIP lenders (.5). | 2.50 |
| | | **Matter Total** | **55.30** |

# Morgan Lewis

May 10, 2017

Page 29

Invoice No. 3703176

Account No. 107096-0112

Sale of Assets

### Summary for Fee Services Rendered

|  | Hours | Amount | Rate |
|---|---|---|---|
| *PARTNER* | | | |
| Herman, N. E. | 41.10 | 40,483.50 | 985.00 |
| Melendi, C. E. | 6.60 | 5,775.00 | 875.00 |
| *OF COUNSEL* | | | |
| Mauceri, R. J. | 3.10 | 2,263.00 | 730.00 |
| *ASSOCIATE* | | | |
| Lindsay, K. | 3.80 | 2,717.00 | 715.00 |
| Ziegler, M. C. | 0.70 | 444.50 | 635.00 |
| **Total** | **55.30** | **$51,683.00** | |

# Morgan Lewis

May 10, 2017
Page 30

Invoice No. 3703176
Account No. 107096-0114
Travel

**Detail for Fee Services Rendered**

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 4/6/17 | Herman, N. E. | Travel to Indianapolis (4.0). | 4.00 |
| 4/7/17 | Herman, N. E. | Travel back to NYC (3.0). | 3.00 |
| 4/25/17 | Herman, N. E. | Traveled to Indianapolis for final DIP hearing (3.0). | 3.00 |
| 4/26/17 | Herman, N. E. | Traveled back to NYC from Indianapolis (3.8). | 3.80 |
| | | **Matter Total** | **13.80** |

# Morgan Lewis

May 10, 2017                                      Invoice No. 3703176
Page 31                                      Account No. 107096-0114
                                                            Travel

### Summary for Fee Services Rendered

|  | | Hours | Amount | Rate |
|---|---|---|---|---|
| **PARTNER** | | | | |
| Herman, N. E. | | 13.80 | 6,796.50 | 492.50 |
| | **Total** | **13.80** | **$6,796.50** | |

# Morgan Lewis

Invoice No. 3703176
Account No. 107096-0115
Vendors

### Detail for Fee Services Rendered

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 4/1/17 | Mauceri, R. J. | Create table detailing utilities settlements/payments for client/Ecova. | 8.90 |
| 4/2/17 | Herman, N. E. | Emails with K. Kovacs of hh regarding strategy to handle Synchrony credit card. | 0.40 |
| 4/2/17 | Mauceri, R. J. | Complete table regarding utilities settlements/payments (3.2); correspondence with T. Stouffer regarding same (.2). | 3.40 |
| 4/3/17 | Mauceri, R. J. | Correspondence with T. Stouffer, J. Tamasitis, R. Johnson and representatives of various utilities providers regarding W-9s (1.4); update utilities deposit chart to reflect addition addressee information (.3); correspondence with T. Stouffer regarding same (.2) | 1.90 |
| 4/4/17 | Gallo, A. J. | Review Electrolux objection to DIP and sale and discuss same with E. Smith. | 0.90 |
| 4/4/17 | Gallo, A. J. | Draft email responding to Electrolux filings. | 0.50 |
| 4/4/17 | Smith, E. E. | Review Electrolux objection to dip credit agreement (.2); conference with A. Gallo re: same (.1). | 0.30 |
| 4/5/17 | Herman, N. E. | Reviewed new Electrolux pleadings (.3); discussed with A. Gallo and E. Smith of MLB (.7). | 1.00 |
| 4/5/17 | Gallo, A. J. | Attention to issues regarding Electrolux and Whirlpool arguments regarding inventory and respond to inquiries regarding same. | 0.70 |
| 4/5/17 | Smith, E. E. | Email correspondence with N. Herman and A. Gallo re: analysis of Electrolux reclamation claim. | 0.20 |
| 4/5/17 | Smith, E. E. | Correspondence re: the implications of the Reichold case. | 0.40 |
| 4/6/17 | Herman, N. E. | Drafted extensive replies to Electrolux emails (.6); revised per comments of Committee and DIP lenders to send to Electrolux (.9). | 1.50 |
| 4/6/17 | Gallo, A. J. | Review and interpose objections to Electrolux proposed exhibits. | 1.10 |
| 4/7/17 | Herman, N. E. | Reviewed Whirlpool complaint (.8). | 0.80 |
| 4/7/17 | Gallo, A. J. | Attention to inquiry regarding potential summary judgment in Electrolux case. | 0.40 |
| 4/7/17 | Smith, E. E. | Review email from N. Herman re: failure of going concern sales, likely appointment of CRO and liquidation of remaining stores. | 0.10 |
| 4/7/17 | Smith, E. E. | Email correspondence with N. Herman and A. Gallo re: proceeding with summary judgment motion on Electrolux. | 0.10 |
| 4/7/17 | Mauceri, R. J. | Email J. Tamasitis countersigned agreement (.2); emails T. Stouffer regarding JEA turn-off threat (.1). | 0.30 |
| 4/10/17 | Herman, N. E. | Reviewed Ice Miller legal research on vendor credits (.3); reviewed BRG slides for all hands meeting (1.4); attend meeting with lenders, committee, debtors, Ice Miller, BRG , Choate, DLA and Province regarding budget and Electrolux and vendor creditors and customer deposits as well as employee issues (2.4). | 4.10 |
| 4/10/17 | Mauceri, R. J. | Correpsondence with T. Stouffer regarding utility provider. | 0.10 |
| 4/11/17 | Herman, N. E. | Reviewed Electrolux pleadings and objections filed today. | 1.00 |
| 4/11/17 | Gallo, A. J. | Attention to timing of Electrolux answer. | 0.20 |

# Morgan Lewis

May 10, 2017

Page 33

Invoice No. 3703176

Account No. 107096-0115

Vendors

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 4/11/17 | Gallo, A. J. | Confer with N. Herman regarding strategy with respect to Electrolux answer and complaint. | 0.30 |
| 4/11/17 | Gallo, A. J. | Confer with counsel regarding potential call to discuss Electrolux strategy. | 0.20 |
| 4/11/17 | Bruhn, N. P. | Attention to debtors' response to amended complaint. | 0.30 |
| 4/12/17 | Herman, N. E. | Participated in telephone conference with defendants in the Electrolux lawsuit plus Committee regarding proposal for summary judgment motions and other issues. | 1.20 |
| 4/12/17 | Gallo, A. J. | Attention to research regarding potential counterclaims. | 0.30 |
| 4/12/17 | Gallo, A. J. | Follow-up meeting with N. Bruhn and call with N. Herman regarding Electrolux. | 0.60 |
| 4/12/17 | Gallo, A. J. | Prepare for (.4); and participate in call to discuss answer and potential dispositive motions in Electrolux matter (1.1). | 1.50 |
| 4/12/17 | Bruhn, N. P. | Review and assess Electrolux's first amended complaint (.6); research and draft response to Electrolux's first amended complaint (3.7). | 4.30 |
| 4/12/17 | Mauceri, R. J. | Emails to utilities providers regarding store closings (.4); create list of utilities at closing stores for Company and email M. Mallon and T. Stouffer regarding same (1.4). | 1.80 |
| 4/13/17 | Herman, N. E. | Reviewed Electrolux's amended Complaint (.8); discuss with A. Gallo new answer deadline (.2). | 1.00 |
| 4/13/17 | Gallo, A. J. | Review amended Electrolux complaint. | 0.40 |
| 4/13/17 | Gallo, A. J. | Review documents regarding potential Electrolux rebate. | 0.40 |
| 4/13/17 | Gallo, A. J. | Begin review of draft answer and counterclaim in Electrolux matter. | 1.20 |
| 4/13/17 | Smith, E. E. | Email correspondence with N. Herman and A. Gallo re: amended Electrolux complaint. | 0.10 |
| 4/13/17 | Bruhn, N. P. | Research and draft response to Electrolux's first amended complaint (1.8); research and draft debtors' counterclaim (1.7). | 3.50 |
| 4/14/17 | Herman, N. E. | Emails with C. Bankovich at hhgregg regarding mechanics lien issues. | 0.40 |
| 4/14/17 | Gallo, A. J. | Call with Committee counsel regarding Electrolux answer and counterclaim. | 0.50 |
| 4/14/17 | Bruhn, N. P. | Research and draft response to Electrolux's first amended complaint (.9); research and draft debtors' counterclaim (.8). | 1.70 |
| 4/17/17 | Herman, N. E. | Prepared Whirlpool complaint appearances (.4); discussed strategy with A. Gallo (.3). | 0.70 |
| 4/18/17 | Gallo, A. J. | Review research on compulsory counterclaims (0.8); review and edit answer to Electrolux Amended Complaint (1.2); call with N. Bruhn to discuss answer and counterclaim in Electrolux adversary proceeding (0.4). | 2.40 |
| 4/18/17 | Smith, E. E. | Attention to email from A. Gallo re: answering Electrolux complaint with compulsory counterclaims. | 0.10 |
| 4/18/17 | Bruhn, N. P. | Research and draft response to Electrolux's first amended complaint (.4); research and draft debtors' counterclaim (.1). | 0.50 |

# Morgan Lewis

May 10, 2017
Page 34

Invoice No. 3703176
Account No. 107096-0115
Vendors

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 4/19/17 | Gallo, A. J. | Participate in call with L. Peterson regarding Electrolux counterclaim and related issues (1.2); attention to Electrolux answer and counterclaim (0.5); attention to Whirlpool adversary complaint (0.3). | 2.00 |
| 4/19/17 | Bruhn, N. P. | Participate in call concerning counterclaims (1.2); draft response to Electrolux's first amended complaint and counterclaims (2.4). | 3.60 |
| 4/20/17 | Bruhn, N. P. | Draft response to Electrolux's first amended complaint and counterclaims. | 2.10 |
| 4/21/17 | Herman, N. E. | Review draft answer and counterclaims to Electrolux complaint. | 0.80 |
| 4/21/17 | Gallo, A. J. | Edit, revise and circulated answer and counterclaim to Electrolux adversary (2.2). | 2.20 |
| 4/21/17 | Bruhn, N. P. | Update and revise response to Electrolux's first amended complaint and counterclaims. | 3.60 |
| 4/21/17 | Mauceri, R. J. | Review utility vendor correspondence (.3); voicemail messages to utilities vendors (.3). | 0.60 |
| 4/24/17 | Herman, N. E. | Reviewed drafts of answer and counter claims to Electrolux (.4); draft objection to their motion to compel assumption/rejection and sent comments (.9). | 1.30 |
| 4/24/17 | Gallo, A. J. | Call with counsel for Electrolux regarding DIP Objections and case status (.5); attention to notice of rejection of Electrolux contract and related issues (.4); finalize and forward draft answer and counterclaim to counsel for Committee and lenders (.3). | 1.20 |
| 4/24/17 | Smith, E. E. | Review draft of answer to Electrolux complaint (.3); correspondence with A. Gallo re: same (.1). | 0.40 |
| 4/24/17 | Smith, E. E. | Formulate argument for 10 day reclamation period on Electrolux dispute. | 0.40 |
| 4/24/17 | Smith, E. E. | Attention to email from N. Herman re: Electrolux proposal for withdrawing DIP financing objection. | 0.30 |
| 4/24/17 | Smith, E. E. | Email correspondence with A. Gallo re: impact of rejection of consignment agreement on debtor's right to sell Electrolux consigned goods (.3). | 0.30 |
| 4/24/17 | Bruhn, N. P. | Update and revise response to Electrolux's first amended complaint and counterclaims. | 0.30 |
| 4/25/17 | Bruhn, N. P. | Update and revise response to Electrolux's first amended complaint and counterclaims. | 1.30 |
| 4/26/17 | Gallo, A. J. | Call with BRG to discuss Electrolux issues (0.7); review and revise Electrolux counterclaim and answer (2.3). | 3.00 |
| 4/26/17 | Smith, E. E. | Attention to draft of answer from Wells Fargo and possible BC 502(d) argument (0.1); review changes to answer by the debtors' to the Electrolux claim (0.1). | 0.20 |
| 4/26/17 | Bruhn, N. P. | Conduct follow-up research related to counterclaims against Electrolux. | 3.00 |
| 4/27/17 | Herman, N. E. | Reviewed answers and counterclaims drafts of other defendants and debtors' revised version. | 1.20 |
| 4/27/17 | Gallo, A. J. | Attention to finalizing Electrolux answer and counterclaim. | 0.60 |
| 4/27/17 | Smith, E. E. | Attention to GACP Finance answer. | 0.10 |

# Morgan Lewis

May 10, 2017
Page 35

Invoice No. 3703176
Account No. 107096-0115
Vendors

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 4/27/17 | Bruhn, N. P. | Finalize and prepare answer and counterclaim to be filed in adversary proceeding. | 1.20 |
| 4/28/17 | Bruhn, N. P. | Attention to procedural steps following filing of answer and counterclaim in adversary proceeding. | 0.30 |
| | | **Matter Total** | **81.70** |

# Morgan Lewis

May 10, 2017
Page 36

Invoice No. 3703176
Account No. 107096-0115
Vendors

### Summary for Fee Services Rendered

|  | Hours | Amount | Rate |
|---|---|---|---|
| *PARTNER* | | | |
| Gallo, A. J. | 20.60 | 18,540.00 | 900.00 |
| Herman, N. E. | 15.40 | 15,169.00 | 985.00 |
| Smith, E. E. | 3.00 | 4,200.00 | 1,400.00 |
| *OF COUNSEL* | | | |
| Mauceri, R. J. | 17.00 | 12,410.00 | 730.00 |
| *ASSOCIATE* | | | |
| Bruhn, N. P. | 25.70 | 16,576.50 | 645.00 |
| **Total** | **81.70** | **$66,895.50** | |

# Morgan Lewis

May 10, 2017
Invoice No. 3703176

### Summary of Fee Services Rendered (All Matters)

|  | *Hours* |
|---|---:|
| *PARTNER* | |
| Brennan, P.F. | 8.20 |
| Gallo, A. J. | 20.60 |
| Herman, N. E. | 138.10 |
| Melendi, C. E. | 32.70 |
| Smith, E. E. | 3.00 |
| *OF COUNSEL* | |
| Mauceri, R. J. | 36.00 |
| *ASSOCIATE* | |
| Bruhn, N. P. | 25.70 |
| Cordiano, B. J. | 4.80 |
| Lindsay, K. | 50.90 |
| Ryan, K. M. | 5.60 |
| Ziegler, M. C. | 30.70 |
| *PARALEGAL* | |
| Renken, D. | 0.80 |
| **Total** | **357.10** |

# Morgan Lewis

May 10, 2017
Invoice No. 3703176

**Summary of Disbursements and Other Related Charges
Incurred on Your Behalf (All Matters)**

| Description | Amount |
|---|---|
| Local Travel | 696.88 |
| Out Of Town Travel | 1,344.30 |
| Filing/Other Fees | 100.00 |
| Computer Legal Research | 66.78 |
| **Total** | **$2,207.96** |