

# INVOICE

5/15/2017

2360 Corporate Cir., Ste 330
Henderson, Nevada 89074
P: 702.685.5555
F: 702.685.5556

| Closing Date | Invoice # |
|---|---|
| 4/30/2017 | 82998 |

| Bill To |
|---|
| HHGregg, Inc. |

| Item | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| Consulting - Principal | Consulting services performed by Peter Kravitz | 10 | 700.00 | 7,000.00 |
| Consulting - Principal | Consulting services performed by Paul Huygens | 17.7 | 685.00 | 12,124.50 |
| Consulting - Director | Consulting services performed by Stilian Morrison | 158.4 | 580.00 | 91,872.00 |
| Consulting - Director | Consulting services performed by Ian Kravitz | 1.1 | 530.00 | 583.00 |
| Consulting - Director | Consulting services performed by Sanjuro Kietlinski | 31.4 | 495.00 | 15,543.00 |
| Consulting - Director | Consulting services performed by Bill McMahon | 0.2 | 485.00 | 97.00 |
| Consulting - Director | Consulting services performed by Jorge Gonzalez | 0.3 | 480.00 | 144.00 |
| Consulting - Director | Consulting services performed by Michael Winters | 7.9 | 470.00 | 3,713.00 |
| Consulting - Senior Associate | Consulting services performed by Jin Lai Dong | 3.3 | 400.00 | 1,320.00 |
| Client Credit | Client credit for 50% travel time | | -10,788.00 | -10,788.00 |
| Reimb Group | | | | |
| | Stilian Morrison FLL-IND 04/06-04/07/2017 Travel Expenses | | 1,214.38 | 1,214.38 |
| | Stilian Morrison FLL-EWR 04/10/2017 Travel Expenses | | 789.68 | 789.68 |
| | Stilian Morrison FLL-EWR 04/18/2017 Travel Expenses | | 598.20 | 598.20 |
| | Stilian Morrison FLL-IND 04/25-04/26/2017 Travel Expenses | | 865.02 | 865.02 |
| | Conference Call 04/25/2017 Stilian Morrison | | 40.16 | 40.16 |
| | Total Reimbursable Expenses | | | 3,507.44 |

Please make checks payable to Province, Inc.
Send to address above Attn: Billing

US Wire Transfers:
Meadows Bank
Account No: 1020039259
Wire ABA  No: 122402382

| | |
|---|---|
| Total | $125,115.94 |
| Payments/Credits | $0.00 |
| **Balance** | $125,115.94 |

HHGregg, Inc.
Billing Detail
April 1 - 30, 2017

| Entry Date | Person | Comment | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| | | | | 230.30 | | $132,396.50 |
| 4/3/2017 | Paul Huygens | Review analysis of administrative expenses and related waterfall along with internal correspondence re same. | Business Analysis / Operations | 0.60 | 685.00 | 411.00 |
| 4/3/2017 | Paul Huygens | Review and comment on Q&A with BRG. | Case Administration | 0.20 | 685.00 | 137.00 |
| 4/3/2017 | Paul Huygens | Review bid procedures and cure notice (1.0). Correspond with committee re same (0.2). | Court Filings | 1.20 | 685.00 | 822.00 |
| 4/3/2017 | Paul Huygens | Review and calendar Cooley critical dates memo. | Case Administration | 0.50 | 685.00 | 342.50 |
| 4/3/2017 | Paul Huygens | Review budget-related correspondence (0.3) and have call with S Kietlinski to discuss (0.3) | Case Administration | 0.60 | 685.00 | 411.00 |
| 4/3/2017 | Peter Kravitz | Strategize re: case projections and goals. | Case Administration | 0.50 | 700.00 | 350.00 |
| 4/3/2017 | Stilian Morrison | Review admin solvency analysis prepared by S. Kietlinski (1.1) and provide comments (0.1) re: same. | Business Analysis / Operations | 1.20 | 580.00 | 696.00 |
| 4/3/2017 | Stilian Morrison | Review of executory contract analysis prepared by M. Winters. | Business Analysis / Operations | 0.20 | 580.00 | 116.00 |
| 4/3/2017 | Stilian Morrison | Send emails to S. Kietlinski and P. Huygens re: coordinating with BRG on administrative claims solvency analysis. | Case Administration | 0.40 | 580.00 | 232.00 |
| 4/3/2017 | Stilian Morrison | Review and finalize draft of retention app to send to Cooley for review. | Fee/Employment Applications | 1.00 | 580.00 | 580.00 |
| 4/3/2017 | Stilian Morrison | Review preliminary preference estimates. | Litigation | 0.50 | 580.00 | 290.00 |
| 4/3/2017 | Stilian Morrison | Review latest court filings on the docket. | Court Filings | 0.40 | 580.00 | 232.00 |
| 4/3/2017 | Michael Winters | Review of comparable Discover Financial agreement to assess whether debtor contract has any value. | Business Analysis / Operations | 0.60 | 470.00 | 282.00 |
| 4/3/2017 | Sanjuro Kietlinski | Review B. Duffy's (BRG) responses to outstanding DIP Budget questions. | Case Administration | 0.40 | 495.00 | 198.00 |
| 4/3/2017 | Sanjuro Kietlinski | Confirm and compare comments from BRG v. updated DIP Mode (0.3)l. Make updates where appropriate (0.2). | Business Analysis / Operations | 0.50 | 495.00 | 247.50 |
| 4/3/2017 | Sanjuro Kietlinski | Continue analysis of DIP Budget, 506(c) expense estimates, and wind down estimates under various scenarios. | Business Analysis / Operations | 2.20 | 495.00 | 1,089.00 |
| 4/3/2017 | Sanjuro Kietlinski | Review case updates from Cooley. | Case Administration | 0.30 | 495.00 | 148.50 |
| 4/3/2017 | Sanjuro Kietlinski | Correspond with P. Huygens regarding Cooley and BRG case updates. | Case Administration | 0.10 | 495.00 | 49.50 |
| 4/3/2017 | Sanjuro Kietlinski | Correspond with S. Morrison regarding various case updates. | Case Administration | 0.10 | 495.00 | 49.50 |
| 4/3/2017 | Sanjuro Kietlinski | Make additional updates to administrative cash need analysis per comments from S. Morrison. | Business Analysis / Operations | 0.20 | 495.00 | 99.00 |
| 4/3/2017 | Sanjuro Kietlinski | Correspond with S. Morrison regarding pro rata changes to professional fee line items in DIP model. | Business Analysis / Operations | 0.10 | 495.00 | 49.50 |
| 4/3/2017 | Sanjuro Kietlinski | Call with P. Huygens re: budget-related correspondence. | Case Administration | 0.30 | 495.00 | 148.50 |
| 4/4/2017 | Paul Huygens | Review download from liquidator call (0.2). Correspond with S Kietlinski re same (0.1). | Sale Process | 0.30 | 685.00 | 205.50 |

| Date | Name | Description | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 4/4/2017 | Paul Huygens | Case update and strategy call with P Kravitz. | Case Administration | 0.50 | 685.00 | 342.50 |
| 4/4/2017 | Paul Huygens | Call with S Morrison and loop in C Hershcopf (Cooley) re case update and strategy. | Case Administration | 0.30 | 685.00 | 205.50 |
| 4/4/2017 | Stilian Morrison | Call with P. Huygens and C. Hershcopf (Cooley) re: case update and strategy. | Case Administration | 0.30 | 580.00 | 174.00 |
| 4/4/2017 | Stilian Morrison | Respond to various emails with Cooley and review notes from call with liquidators. | Case Administration | 0.70 | 580.00 | 406.00 |
| 4/4/2017 | Stilian Morrison | Review bid procedures motion. | Court Filings | 0.40 | 580.00 | 232.00 |
| 4/4/2017 | Peter Kravitz | Research re faltering business exception on WARN. | Claims Analysis and Objections | 0.40 | 700.00 | 280.00 |
| 4/4/2017 | Peter Kravitz | Call with P. Huygens to discuss case strategy. | Case Administration | 0.50 | 700.00 | 350.00 |
| 4/4/2017 | Stilian Morrison | Call with R. Kalnit (Cooley) and S. Kietlinski re: update on forthcoming hearing. | Case Administration | 0.20 | 580.00 | 116.00 |
| 4/4/2017 | Stilian Morrison | Listen in to call with BRG, debtors, Great American, and liquidators re: full chain liquidation. | Sale Process | 1.50 | 580.00 | 870.00 |
| 4/4/2017 | Stilian Morrison | Meet with S. Kietlinski to discuss update from liquidators and next steps. | Case Administration | 0.20 | 580.00 | 116.00 |
| 4/4/2017 | Stilian Morrison | Revise and edit admin liquidity waterfall. | Business Analysis / Operations | 1.10 | 580.00 | 638.00 |
| 4/4/2017 | Stilian Morrison | Review revised GOB/wind down budget and prepare comments/questions re: same. | Business Analysis / Operations | 1.30 | 580.00 | 754.00 |
| 4/4/2017 | Stilian Morrison | Review contract analysis prepared by M. Winters. | Business Analysis / Operations | 0.90 | 580.00 | 522.00 |
| 4/4/2017 | Stilian Morrison | Correspond with S. Kietlinski re: case updates and next steps. | Case Administration | 0.20 | 580.00 | 116.00 |
| 4/4/2017 | Michael Winters | Update of Discover Financial contract analysis. | Business Analysis / Operations | 0.80 | 470.00 | 376.00 |
| 4/4/2017 | Michael Winters | Start laying out analysis of comparable terms for Discover contracts. | Business Analysis / Operations | 1.40 | 470.00 | 658.00 |
| 4/4/2017 | Michael Winters | Continue laying out analysis of comparable terms for Discover contracts. | Business Analysis / Operations | 0.70 | 470.00 | 329.00 |
| 4/4/2017 | Michael Winters | Create chart showing comparison of terms for Discover contract. | Business Analysis / Operations | 0.90 | 470.00 | 423.00 |
| 4/4/2017 | Michael Winters | Email correspondence with S. Morrison regarding analysis of Discover Financial contract terms. | Business Analysis / Operations | 0.30 | 470.00 | 141.00 |
| 4/4/2017 | Michael Winters | Review of additional comparable Discover Financial contracts. | Business Analysis / Operations | 1.10 | 470.00 | 517.00 |
| 4/4/2017 | Michael Winters | Review of email traffic between M. Boyd at Cooley and S. Morrison at Province related to contracts. | Business Analysis / Operations | 0.20 | 470.00 | 94.00 |
| 4/4/2017 | Sanjuro Kietlinski | Attend conference call with BRG, the Debtors, Gordon Brothers and Great American. | Sale Process | 1.50 | 495.00 | 742.50 |
| 4/4/2017 | Sanjuro Kietlinski | Attend conference call with S. Morrison and R. Kalnit (Cooley) to discuss upcoming hearing. | Case Administration | 0.20 | 495.00 | 99.00 |
| 4/4/2017 | Sanjuro Kietlinski | Attend meeting with S. Morrison to discuss updates from the liquidators and next steps. | Case Administration | 0.20 | 495.00 | 99.00 |
| 4/4/2017 | Sanjuro Kietlinski | Review Bid Procedures and Cure Notice. | Court Filings | 0.30 | 495.00 | 148.50 |
| 4/4/2017 | Sanjuro Kietlinski | Review updated model/BRG presentation. | Business Analysis / Operations | 0.80 | 495.00 | 396.00 |
| 4/4/2017 | Sanjuro Kietlinski | Draft summary of liquidators call for UCC professionals. | Case Administration | 0.30 | 495.00 | 148.50 |

| Date | Name | Description | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 4/4/2017 | Sanjuro Kietlinski | Review Stifel fees in budget compared to Cooley comments. | Business Analysis / Operations | 0.10 | 495.00 | 49.50 |
| 4/4/2017 | Sanjuro Kietlinski | Draft summary of Budget update. | Business Analysis / Operations | 0.10 | 495.00 | 49.50 |
| 4/4/2017 | Sanjuro Kietlinski | Review updates to admin cash need analysis with S. Morrison. | Business Analysis / Operations | 0.20 | 495.00 | 99.00 |
| 4/5/2017 | Paul Huygens | Review BRG lender update dated 4/4/2017 and take down comments. | Business Analysis / Operations | 0.70 | 685.00 | 479.50 |
| 4/5/2017 | Paul Huygens | Review motion to reject 68 leases on shortened notice. | Court Filings | 0.20 | 685.00 | 137.00 |
| 4/5/2017 | Paul Huygens | Review committee statement re GOB phase II and related update correspondence. | Court Filings | 0.30 | 685.00 | 205.50 |
| 4/5/2017 | Paul Huygens | Call with S Kietlinski re: case strategy and then loop in S Morrison. | Case Administration | 0.80 | 685.00 | 548.00 |
| 4/5/2017 | Paul Huygens | Review customer deposits flow chart (0.3) and participate in call with BRG, Province and lender to discuss (0.9). | Business Analysis / Operations | 1.20 | 685.00 | 822.00 |
| 4/5/2017 | Stilian Morrison | Review of customer deposits analysis ahead of call with BRG, lenders, and lenders' counsel. | Business Analysis / Operations | 0.80 | 580.00 | 464.00 |
| 4/5/2017 | Stilian Morrison | Call with P. Huygens and meet with S. Kietlinski to discuss next steps ahead of meeting with BRG in Indianapolis. | Case Administration | 0.80 | 580.00 | 464.00 |
| 4/5/2017 | Stilian Morrison | Call with R. Kalnit of Cooley and S. Kietlinski to discuss questions on liquidation budget. | Business Analysis / Operations | 0.70 | 580.00 | 406.00 |
| 4/5/2017 | Stilian Morrison | Call with BRG, lenders, and lenders' counsel to go through customer deposit and budget issues. | Business Analysis / Operations | 0.90 | 580.00 | 522.00 |
| 4/5/2017 | Stilian Morrison | Meet with S. Kietlinski to discuss outstanding DIP budget issues. | Business Analysis / Operations | 0.70 | 580.00 | 406.00 |
| 4/5/2017 | Stilian Morrison | Continue to review GOB/Wind down budget and note issues with cash flow forecast for on-site meeting with BRG. | Business Analysis / Operations | 1.40 | 580.00 | 812.00 |
| 4/5/2017 | Stilian Morrison | Exchange various emails internally and with Cooley to coordinate on list of open issues and game plan ahead of Friday DIP hearing. | Case Administration | 0.80 | 580.00 | 464.00 |
| 4/5/2017 | Stilian Morrison | Review and respond to Cooley re: comments on retention application. | Fee/Employment Applications | 0.20 | 580.00 | 116.00 |
| 4/5/2017 | Stilian Morrison | Retrieve and review latest court filings on the docket. | Court Filings | 0.60 | 580.00 | 348.00 |
| 4/5/2017 | Michael Winters | Create and format slide of side-by-side comparison term sheets for Hilco and Great American liquidator bids. | Sale Process | 1.20 | 470.00 | 564.00 |
| 4/5/2017 | Michael Winters | Review of HHG liquidator fee compare pdfs. | Sale Process | 0.70 | 470.00 | 329.00 |
| 4/5/2017 | Sanjuro Kietlinski | Continue review of updated DIP Budget and wind down forecasts. | Business Analysis / Operations | 0.70 | 495.00 | 346.50 |
| 4/5/2017 | Sanjuro Kietlinski | Create variance analysis to compare current to prior budget iterations. | Business Analysis / Operations | 0.50 | 495.00 | 247.50 |
| 4/5/2017 | Sanjuro Kietlinski | Scrutinize BRG presentation prior to pending call with BRG, Wells and Great America. | Business Analysis / Operations | 1.10 | 495.00 | 544.50 |
| 4/5/2017 | Sanjuro Kietlinski | Attend conference call with P. Huygens, S. Morrison, BRG, Great American and Wells Fargo regarding analysis of customer deposits. | Business Analysis / Operations | 0.90 | 495.00 | 445.50 |
| 4/5/2017 | Sanjuro Kietlinski | Call with R. Kalnit and S. Morrison to go through questions on liquidation budget. | Business Analysis / Operations | 0.70 | 495.00 | 346.50 |
| 4/5/2017 | Sanjuro Kietlinski | Consolidate DIP Budget comments. | Business Analysis / Operations | 0.60 | 495.00 | 297.00 |

| Date | Name | Description | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 4/5/2017 | Sanjuro Kietlinski | Meet with S. Morrison to discuss outstanding DIP Budget questions. | Case Administration | 0.70 | 495.00 | 346.50 |
| 4/5/2017 | Sanjuro Kietlinski | Attend conference call with S. Morrison and P. Huygens regarding case strategy with respect to the BRG Budget presentation and 506(c). | Case Administration | 0.80 | 495.00 | 396.00 |
| 4/6/2017 | Paul Huygens | Review and add budget questions/issues to list to discuss with BRG. | Case Administration | 0.30 | 685.00 | 205.50 |
| 4/6/2017 | Paul Huygens | Correspond with Cooley and Province teams re status of DIP and Stifel negotiation. | Case Administration | 0.20 | 685.00 | 137.00 |
| 4/6/2017 | Stilian Morrison | Meet with Cooley to discuss current status of case and action items. | Case Administration | 1.10 | 580.00 | 638.00 |
| 4/6/2017 | Peter Kravitz | Review and confer re budget questions. | Business Analysis / Operations | 0.30 | 700.00 | 210.00 |
| 4/6/2017 | Stilian Morrison | Review BRG budget materials ahead of on-site meeting. | Business Analysis / Operations | 0.90 | 580.00 | 522.00 |
| 4/6/2017 | Stilian Morrison | Review Committee statement re: Phase 2 GOB (0.3). Consider other recent filings on docket including objections to DIP, assumptions/rejections, professionals' retention apps, etc. (0.3). | Court Filings | 0.80 | 580.00 | 464.00 |
| 4/6/2017 | Stilian Morrison | Drive to FLL airport, flight to Indianapolis for business meeting with BRG at debtor corporate HQ. | Travel | 4.00 | 580.00 | 2,320.00 |
| 4/6/2017 | Stilian Morrison | Call with S. Kietlinski to debrief on budget items after BRG meeting. | Business Analysis / Operations | 0.40 | 580.00 | 232.00 |
| 4/6/2017 | Stilian Morrison | Meet with BRG team to go through open issues on cash flow forecast. | Business Analysis / Operations | 1.20 | 580.00 | 696.00 |
| 4/6/2017 | Stilian Morrison | Review and respond to M. Boyd (Cooley) re: retention app. | Fee/Employment Applications | 0.20 | 580.00 | 116.00 |
| 4/6/2017 | Stilian Morrison | Correspond with Cooley re: open agenda list. | Case Administration | 0.20 | 580.00 | 116.00 |
| 4/6/2017 | Stilian Morrison | Drive from Indianapolis airport to hhgregg corporate office for meeting with BRG. | Travel | 0.70 | 580.00 | 406.00 |
| 4/6/2017 | Stilian Morrison | Review notes and key takeaways from meeting with BRG. | Case Administration | 0.30 | 580.00 | 174.00 |
| 4/6/2017 | Stilian Morrison | Edit and send agenda to BRG for onsite meeting (0.3). Exchange emails with Cooley re: same and other logistics (0.4). | Case Administration | 0.70 | 580.00 | 406.00 |
| 4/6/2017 | Sanjuro Kietlinski | Review the UCC's statement re: the consulting agreement and approval of phase II sales. | Court Filings | 0.30 | 495.00 | 148.50 |
| 4/6/2017 | Sanjuro Kietlinski | Continue analysis of updated DIP Budget v. prior budget iterations. | Business Analysis / Operations | 0.90 | 495.00 | 445.50 |
| 4/6/2017 | Sanjuro Kietlinski | Compare 506(c) expense assumption in recent DIP Budget compared to similar items bucketed in wind down budget. | Business Analysis / Operations | 1.20 | 495.00 | 594.00 |
| 4/6/2017 | Sanjuro Kietlinski | Attend phone call with S. Morrison to discuss BRG budget updates and Q&A. | Business Analysis / Operations | 0.40 | 495.00 | 198.00 |
| 4/7/2017 | Peter Kravitz | Strategize re updated DIP model. | Case Administration | 0.20 | 700.00 | 140.00 |
| 4/7/2017 | Stilian Morrison | Exchange emails with P. Huygens and C. Herschopf (Cooley) re: Monday meeting with BRG/lenders. | Case Administration | 0.20 | 580.00 | 116.00 |
| 4/7/2017 | Stilian Morrison | Brief call with S. Kietlinski to catch up on the case. | Case Administration | 0.10 | 580.00 | 58.00 |
| 4/7/2017 | Stilian Morrison | Various meetings with Cooley, BRG, and Debtor/lender counsel after hearing. | Case Administration | 1.00 | 580.00 | 580.00 |
| 4/7/2017 | Stilian Morrison | Return trip from Indianapolis to FLL, then drive home. | Travel | 4.50 | 580.00 | 2,610.00 |

| Date | Name | Description | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 4/7/2017 | Stilian Morrison | Exchange various emails with BRG and Cooley regarding vendor terms, budget, variance, etc. and open items for Monday meeting with BRG/lenders. | Case Administration | 0.60 | 580.00 | 348.00 |
| 4/7/2017 | Stilian Morrison | Attend morning meeting with Cooley, lender counsel, and Debtor counsel. | Case Administration | 0.90 | 580.00 | 522.00 |
| 4/7/2017 | Stilian Morrison | Attend hearing on lease rejections, phase 2 GOB motions. | Court Hearings | 2.60 | 580.00 | 1,508.00 |
| 4/7/2017 | Stilian Morrison | Review and organize latest filings on the docket. | Court Filings | 0.50 | 580.00 | 290.00 |
| 4/7/2017 | Sanjuro Kietlinski | Attend phone call with S. Morrison to catch up on case. | Case Administration | 0.10 | 495.00 | 49.50 |
| 4/7/2017 | Sanjuro Kietlinski | Review Delivery & Transportation Vendor Terms. | Business Analysis / Operations | 0.10 | 495.00 | 49.50 |
| 4/7/2017 | Sanjuro Kietlinski | Analyze the 4/1 variance report. | Business Analysis / Operations | 0.80 | 495.00 | 396.00 |
| 4/7/2017 | Sanjuro Kietlinski | Analyze the 4/7 updated DIP Model. | Business Analysis / Operations | 0.90 | 495.00 | 445.50 |
| 4/7/2017 | Sanjuro Kietlinski | Review hhgregg updates from S. Morrison and Cooley. | Case Administration | 0.10 | 495.00 | 49.50 |
| 4/8/2017 | Paul Huygens | Review correspondence re WARN, CRO and timing. | Case Administration | 0.30 | 685.00 | 205.50 |
| 4/10/2017 | Paul Huygens | Correspond among UCC team re areas of focus in the budget. | Business Analysis / Operations | 0.20 | 685.00 | 137.00 |
| 4/10/2017 | Paul Huygens | Review BRG presentation to UCC (0.9) and call S Kietlinski to download from today's global meeting (0.2). | Business Analysis / Operations | 1.10 | 685.00 | 753.50 |
| 4/10/2017 | Paul Huygens | Correspond with committee and UCC team re case update. | Committee Activities | 0.30 | 685.00 | 205.50 |
| 4/10/2017 | Stilian Morrison | Return from NYC to FLL via Newark Express to EWR, JetBlue flight, and drive home. | Travel | 5.00 | 580.00 | 2,900.00 |
| 4/10/2017 | Stilian Morrison | Drive to FLL airport. Fly to NYC. Lyft to Cooley offices ahead of afternoon meeting with BRG, lenders, Debtors counsel. | Travel | 4.00 | 580.00 | 2,320.00 |
| 4/10/2017 | Stilian Morrison | Meet with R. Kalnit (Cooley) to discuss latest updates on case and agenda for afternoon meeting. | Case Administration | 0.10 | 580.00 | 58.00 |
| 4/10/2017 | Stilian Morrison | Review latest filings on docket. | Court Filings | 0.10 | 580.00 | 58.00 |
| 4/10/2017 | Stilian Morrison | Go through cash flow forecast model ahead of afternoon meeting. | Business Analysis / Operations | 0.40 | 580.00 | 232.00 |
| 4/10/2017 | Stilian Morrison | Review email update from R. Kalnit (Cooley) to committee. | Committee Activities | 0.10 | 580.00 | 58.00 |
| 4/10/2017 | Stilian Morrison | Complete draft recovery analysis on 506(c) liquidation analysis. | Business Analysis / Operations | 1.30 | 580.00 | 754.00 |
| 4/10/2017 | Stilian Morrison | Participate in all-hands meeting with DIP lenders and counsel, company and Debtors' counsel, BRG, and Cooley to go through budget. | Business Analysis / Operations | 3.40 | 580.00 | 1,972.00 |
| 4/10/2017 | Stilian Morrison | Call with S. Kietlinski to debrief following all-hands meeting. | Case Administration | 0.20 | 580.00 | 116.00 |
| 4/10/2017 | Sanjuro Kietlinski | Review Cooley updates. | Case Administration | 0.20 | 495.00 | 99.00 |
| 4/10/2017 | Sanjuro Kietlinski | Dial in to UCC professionals' meeting with company, BRG, lenders, and lenders' counsel to go through budget. | Business Analysis / Operations | 2.10 | 495.00 | 1,039.50 |
| 4/10/2017 | Sanjuro Kietlinski | Attend phone call with P. Huygens regarding BRG meeting, wind down budget and preferences. | Case Administration | 0.10 | 495.00 | 49.50 |
| 4/10/2017 | Sanjuro Kietlinski | Review latest DIP Budget assumptions and results. | Business Analysis / Operations | 0.30 | 495.00 | 148.50 |
| 4/10/2017 | Sanjuro Kietlinski | Call with S. Morrison to debrief following all-hands meeting. | Case Administration | 0.20 | 495.00 | 99.00 |

| Date | Name | Description | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 4/11/2017 | Paul Huygens | Correspond with team re Stifel negotiation relative to filing on docket. | Court Filings | 0.20 | 685.00 | 137.00 |
| 4/11/2017 | Stilian Morrison | Call with R. Kalnit to catch up on case. | Case Administration | 0.60 | 580.00 | 348.00 |
| 4/11/2017 | Stilian Morrison | Prepare further scenario analysis for negotiation with DIP lender on budget. | Business Analysis / Operations | 2.90 | 580.00 | 1,682.00 |
| 4/11/2017 | Stilian Morrison | Meet with S. Kietlinski on several occasions to discuss scenario recovery analysis. | Case Administration | 0.70 | 580.00 | 406.00 |
| 4/11/2017 | Peter Kravitz | Strategize re ongoing liquidation model. | Case Administration | 0.30 | 700.00 | 210.00 |
| 4/11/2017 | Stilian Morrison | Prepare additional edits to recovery analysis. | Business Analysis / Operations | 1.60 | 580.00 | 928.00 |
| 4/11/2017 | Sanjuro Kietlinski | Review the BRG 04.10 UCC presentation. | Business Analysis / Operations | 1.00 | 495.00 | 495.00 |
| 4/11/2017 | Sanjuro Kietlinski | Analyze the new (4/10) DIP Budget. | Business Analysis / Operations | 1.40 | 495.00 | 693.00 |
| 4/11/2017 | Sanjuro Kietlinski | Review correspondence between CIT, the Debtors, Cooley and Province. | Case Administration | 0.30 | 495.00 | 148.50 |
| 4/11/2017 | Sanjuro Kietlinski | Meet with S. Morrison to discuss updated wind down scenarios. | Case Administration | 0.20 | 495.00 | 99.00 |
| 4/11/2017 | Sanjuro Kietlinski | Analyze wind down analysis. | Business Analysis / Operations | 1.30 | 495.00 | 643.50 |
| 4/11/2017 | Sanjuro Kietlinski | Draft comments re: wind down analysis to S. Morrison. | Business Analysis / Operations | 0.10 | 495.00 | 49.50 |
| 4/11/2017 | Sanjuro Kietlinski | Meet with S. Morrison to discuss the liquidation scenarios (Chp. 7 v. Chp. 11) | Case Administration | 0.30 | 495.00 | 148.50 |
| 4/11/2017 | Sanjuro Kietlinski | Meet with S. Morrison to confirm Chp. 7 wind down priorities. | Case Administration | 0.10 | 495.00 | 49.50 |
| 4/11/2017 | Sanjuro Kietlinski | Review Liquidation Model. | Business Analysis / Operations | 0.50 | 495.00 | 247.50 |
| 4/11/2017 | Sanjuro Kietlinski | Meet with S. Morrison to discuss liquidation scenario model spot check. | Case Administration | 0.10 | 495.00 | 49.50 |
| 4/12/2017 | Stilian Morrison | Consider latest business update and negotiation issues to present ahead of next committee meeting. | Committee Activities | 1.70 | 580.00 | 986.00 |
| 4/12/2017 | Stilian Morrison | Draft report materials for committee call. | Committee Activities | 1.50 | 580.00 | 870.00 |
| 4/12/2017 | Stilian Morrison | Review budget and commence adjustments to recovery analyses. | Business Analysis / Operations | 1.20 | 580.00 | 696.00 |
| 4/12/2017 | Peter Kravitz | Strategize re open issues with Great American. | Case Administration | 0.30 | 700.00 | 210.00 |
| 4/12/2017 | Stilian Morrison | Call with G. Apter of Hilco Real Estate to discuss lease sale process. | Sale Process | 0.30 | 580.00 | 174.00 |
| 4/12/2017 | Stilian Morrison | Prepare for (0.1) and participate in call (0.7) with lender and committee counsel. | Committee Activities | 0.80 | 580.00 | 464.00 |
| 4/12/2017 | Stilian Morrison | Meet with S. Kietlinski to discuss next steps and deliverables. | Case Administration | 0.10 | 580.00 | 58.00 |
| 4/12/2017 | Stilian Morrison | Review draft supplemental declaration and respond to R. Kalnit with comments re: same. | Court Filings | 0.20 | 580.00 | 116.00 |
| 4/12/2017 | Stilian Morrison | Catchup call with Cooley on business discussion with Wells Fargo and Great American. | Case Administration | 0.20 | 580.00 | 116.00 |
| 4/12/2017 | Stilian Morrison | Call with C. Herschopf and R. Kalnit of Cooley to go through analysis of various scenarios (0.3). Follow up with lender counsel and lenders re: business person call (0.2). | Case Administration | 0.50 | 580.00 | 290.00 |

| Date | Professional | Description | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 4/12/2017 | Stilian Morrison | Prepare for business call with Wells and Great American by reviewing budget (0.6). Brief call with BRG to go through open issues (0.2). | Business Analysis / Operations | 0.80 | 580.00 | 464.00 |
| 4/12/2017 | Stilian Morrison | Call with Wells and Great American to go through key issues and concerns with current budget. | Business Analysis / Operations | 0.50 | 580.00 | 290.00 |
| 4/12/2017 | Sanjuro Kietlinski | Meet with S. Morrison to discuss next steps and deliverables. | Case Administration | 0.10 | 495.00 | 49.50 |
| 4/13/2017 | Paul Huygens | Review PTO and store bonus analysis. | Business Analysis / Operations | 0.30 | 685.00 | 205.50 |
| 4/13/2017 | Paul Huygens | Analyze 4/12 dip variance report. | Business Analysis / Operations | 0.50 | 685.00 | 342.50 |
| 4/13/2017 | Paul Huygens | Review scenario analyses (0.4) and have call with S Morrison to discuss (0.2) | Business Analysis / Operations | 0.60 | 685.00 | 411.00 |
| 4/13/2017 | Paul Huygens | Review notice of proposed treatment of stub rent and related committee correspondence. | Court Filings | 0.30 | 685.00 | 205.50 |
| 4/13/2017 | Peter Kravitz | Strategize re DIP hearing. | Case Administration | 0.70 | 700.00 | 490.00 |
| 4/13/2017 | Peter Kravitz | Attend committee status call | Committee Activities | 0.70 | 700.00 | 490.00 |
| 4/13/2017 | Stilian Morrison | Follow up with Cooley on action plan re: GOB PTO. | Case Administration | 0.50 | 580.00 | 290.00 |
| 4/13/2017 | Stilian Morrison | Participate in committee update call. | Committee Activities | 0.70 | 580.00 | 406.00 |
| 4/13/2017 | Stilian Morrison | Call with P. Huygens to discuss scenario analysis. | Business Analysis / Operations | 0.20 | 580.00 | 116.00 |
| 4/13/2017 | Stilian Morrison | Call with BRG, lender, lender counsel, Debtor counsel, and Committee counsel to discuss PTO issues affecting GOB. | Case Administration | 0.50 | 580.00 | 290.00 |
| 4/13/2017 | Stilian Morrison | Update recovery sensitivity analysis. | Business Analysis / Operations | 1.60 | 580.00 | 928.00 |
| 4/13/2017 | Stilian Morrison | Exchange emails with professionals re: Electrolux set-aside. | Case Administration | 0.30 | 580.00 | 174.00 |
| 4/13/2017 | Stilian Morrison | Update recovery analysis per comments from Cooley. | Business Analysis / Operations | 1.10 | 580.00 | 638.00 |
| 4/13/2017 | Sanjuro Kietlinski | Attend hhgregg Committee call. | Committee Activities | 0.70 | 495.00 | 346.50 |
| 4/13/2017 | Sanjuro Kietlinski | Meet with S. Morrison for post-UCC call wrap-up. | Case Administration | 0.20 | 495.00 | 99.00 |
| 4/13/2017 | Sanjuro Kietlinski | Review R. Kalnit case update. | Case Administration | 0.10 | 495.00 | 49.50 |
| 4/14/2017 | Paul Huygens | Correspond re sealed bids on lease auction and list of leases being marketed. | Sale Process | 0.20 | 685.00 | 137.00 |
| 4/14/2017 | Paul Huygens | Case update call with S Morrison. | Case Administration | 0.60 | 685.00 | 411.00 |
| 4/14/2017 | Peter Kravitz | Strategize re Electrolux holdback. | Litigation | 0.30 | 700.00 | 210.00 |
| 4/14/2017 | Stilian Morrison | Discuss various case work streams with S. Kietlinski. | Case Administration | 0.40 | 580.00 | 232.00 |
| 4/14/2017 | Stilian Morrison | Call with P. Huygens to update on case. | Case Administration | 0.40 | 580.00 | 232.00 |
| 4/14/2017 | Stilian Morrison | Update recovery analysis to model for 5% Electrolux holdback. | Business Analysis / Operations | 1.00 | 580.00 | 580.00 |
| 4/14/2017 | Stilian Morrison | Complete budget-to-actual analysis. | Business Analysis / Operations | 0.80 | 580.00 | 464.00 |
| 4/14/2017 | Sanjuro Kietlinski | Review list of list of marketed leases. | Sale Process | 0.10 | 495.00 | 49.50 |
| 4/14/2017 | Sanjuro Kietlinski | Review PTO and Retention Bonus Detail | Business Analysis / Operations | 0.20 | 495.00 | 99.00 |

| Date | Name | Description | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 4/14/2017 | Sanjuro Kietlinski | Discuss various hhgregg work streams with S. Morrison, including Electrolux updates, closed seal lease bids, and negotiations between UCC/Great American. | Case Administration | 0.40 | 495.00 | 198.00 |
| 4/15/2017 | Paul Huygens | Correspond with team re IRC172 issues and self insured LC recoveries | Tax Issues | 0.20 | 685.00 | 137.00 |
| 4/15/2017 | Peter Kravitz | Strategize re historical tax restatements. | Tax Issues | 0.20 | 700.00 | 140.00 |
| 4/16/2017 | Stilian Morrison | Review 132-store incentive plan and latest budget adjustments. | Business Analysis / Operations | 2.80 | 580.00 | 1,624.00 |
| 4/16/2017 | Sanjuro Kietlinski | Review correspondence with A. Geshwind (BRG) regarding cash flow updates. | Case Administration | 0.10 | 495.00 | 49.50 |
| 4/16/2017 | Sanjuro Kietlinski | Analyze the 4/14 Budget. | Business Analysis / Operations | 0.40 | 495.00 | 198.00 |
| 4/16/2017 | Sanjuro Kietlinski | Review correspondence between S. Morrison and BRG. | Case Administration | 0.10 | 495.00 | 49.50 |
| 4/16/2017 | Sanjuro Kietlinski | Review case updates from Cooley with respect to the DIP and the DIP hearing. | Case Administration | 0.10 | 495.00 | 49.50 |
| 4/16/2017 | Sanjuro Kietlinski | Review notice of proposed treatment and payment of March "stub" rent. | Case Administration | 0.10 | 495.00 | 49.50 |
| 4/16/2017 | Sanjuro Kietlinski | Review HHG/ PTO for store employees updates. | Case Administration | 0.10 | 495.00 | 49.50 |
| 4/16/2017 | Sanjuro Kietlinski | Analyze the 4/12 Variance Report/financial presentation. | Business Analysis / Operations | 0.80 | 495.00 | 396.00 |
| 4/17/2017 | Paul Huygens | Correspond with team re possible workers comp tax carry-back opportunity. | Tax Issues | 0.20 | 685.00 | 137.00 |
| 4/17/2017 | Paul Huygens | Review lease rejection notice re 11 stores and correspondence with committee re same. | Court Filings | 0.30 | 685.00 | 205.50 |
| 4/17/2017 | Paul Huygens | Correspond among UCC team re visa/MC class action claims. | Litigation | 0.20 | 685.00 | 137.00 |
| 4/17/2017 | Stilian Morrison | Exchange emails with Cooley re: GOB phase 2 and correspond with company re: same. | Case Administration | 0.30 | 580.00 | 174.00 |
| 4/17/2017 | Stilian Morrison | Review latest filings on the docket. | Court Filings | 0.90 | 580.00 | 522.00 |
| 4/17/2017 | Stilian Morrison | Prepare additional updates to recovery analysis. | Business Analysis / Operations | 1.40 | 580.00 | 812.00 |
| 4/17/2017 | Stilian Morrison | Follow up with BRG on store liquidations. | Case Administration | 0.30 | 580.00 | 174.00 |
| 4/17/2017 | Stilian Morrison | Meet with S. Kietlinski to discuss case and budget updates. | Case Administration | 0.30 | 580.00 | 174.00 |
| 4/17/2017 | Stilian Morrison | Call with R. Morando (BRG) and S. Kietlinski on case update. | Case Administration | 0.20 | 580.00 | 116.00 |
| 4/17/2017 | Stilian Morrison | Call with R. Kalnit (Cooley) to go through recovery scenarios. | Business Analysis / Operations | 0.20 | 580.00 | 116.00 |
| 4/17/2017 | Stilian Morrison | Call with BRG, company, and J. Malfitano (Malfitano Partners) to discuss status of phase 2 liquidation. | Sale Process | 0.40 | 580.00 | 232.00 |
| 4/17/2017 | Sanjuro Kietlinski | Meet with S. Morrison to discuss case and budget updates. | Case Administration | 0.30 | 495.00 | 148.50 |
| 4/17/2017 | Sanjuro Kietlinski | Attend case update conference call with S. Morrison and R. Morando (BRG). | Case Administration | 0.20 | 495.00 | 99.00 |
| 4/18/2017 | Paul Huygens | Case update call with committee member. | Committee Activities | 0.40 | 685.00 | 274.00 |
| 4/18/2017 | Paul Huygens | Review ASK proposal and document requests (0.4). Correspond with UCC and professionals re same (0.1). | Litigation | 0.50 | 685.00 | 342.50 |
| 4/18/2017 | Paul Huygens | Call with P Kravitz to download from lender meeting. | Case Administration | 0.20 | 685.00 | 137.00 |
| 4/18/2017 | Peter Kravitz | Confer with Huygens re lender meeting | Case Administration | 0.20 | 700.00 | 140.00 |

| Date | Name | Description | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 4/18/2017 | Stilian Morrison | Meet with Great American and counsel re: budget issues and path to resolution with committee. | Committee Activities | 2.90 | 580.00 | 1,682.00 |
| 4/18/2017 | Stilian Morrison | Review budget ahead of meeting with lenders. | Business Analysis / Operations | 1.20 | 580.00 | 696.00 |
| 4/18/2017 | Peter Kravitz | Attend in-person meeting with Great American and counsel to discuss budget settlement on behalf of committee. | Committee Activities | 1.80 | 700.00 | 1,260.00 |
| 4/18/2017 | Stilian Morrison | Debrief with C. Hershcopf and R. Kalnit from Cooley re: settlement framework and response to Great American re: same. | Case Administration | 0.70 | 580.00 | 406.00 |
| 4/18/2017 | Stilian Morrison | Travel from FLL to NYC, then Lyft from airport to Cooley offices for meeting with lenders. | Travel | 5.00 | 580.00 | 2,900.00 |
| 4/18/2017 | Stilian Morrison | Return from NYC, NJ transit to Newark Airport, then fly from NYC to Fort Lauderdale, drive home from airport. | Travel | 5.00 | 580.00 | 2,900.00 |
| 4/18/2017 | Stilian Morrison | Review lease bid submissions and triangulate to landlords. | Sale Process | 0.90 | 580.00 | 522.00 |
| 4/19/2017 | Paul Huygens | Case update call with S. Morrison (0.3), then follow up call with S Kietlinski (0.1) re same. | Case Administration | 0.40 | 685.00 | 274.00 |
| 4/19/2017 | Paul Huygens | Review variance analysis and related correspondence and questions (0.5). Correspond with C Herschcopf (Cooley) re same (0.1). | Business Analysis / Operations | 0.60 | 685.00 | 411.00 |
| 4/19/2017 | Paul Huygens | Review lease auction results and other updates of communication with committee and lease rejection motion. | Committee Activities | 0.30 | 685.00 | 205.50 |
| 4/19/2017 | Stilian Morrison | Follow up with ASK re: preference requests and correspond with BRG re: same. | Litigation | 0.50 | 580.00 | 290.00 |
| 4/19/2017 | Stilian Morrison | Review budget variance report and correspond with BRG re: same. | Business Analysis / Operations | 0.70 | 580.00 | 406.00 |
| 4/19/2017 | Stilian Morrison | Call with P. Huygens to discuss status of case. | Case Administration | 0.30 | 580.00 | 174.00 |
| 4/19/2017 | Peter Kravitz | Review updated recovery analysis | Business Analysis / Operations | 0.20 | 700.00 | 140.00 |
| 4/19/2017 | Stilian Morrison | Analyze GOB Phase 1 recovery results. | Business Analysis / Operations | 1.20 | 580.00 | 696.00 |
| 4/19/2017 | Stilian Morrison | Investigate committee member budget questions and respond re: same. | Committee Activities | 0.50 | 580.00 | 290.00 |
| 4/19/2017 | Stilian Morrison | Meet with S. Kietlinski to discuss hhgregg DIP budget variance report results. | Business Analysis / Operations | 0.10 | 580.00 | 58.00 |
| 4/19/2017 | Stilian Morrison | Call with BRG to clarify data requests on preferences. | Case Administration | 0.10 | 580.00 | 58.00 |
| 4/19/2017 | Stilian Morrison | Update budget sensitivities based on latest framework discussions of settlement. | Business Analysis / Operations | 1.10 | 580.00 | 638.00 |
| 4/19/2017 | Stilian Morrison | Review results of closed bid lease auctions. | Sale Process | 0.40 | 580.00 | 232.00 |
| 4/19/2017 | Stilian Morrison | Update budget sensitivities based on latest reforecast and variance report. | Business Analysis / Operations | 2.10 | 580.00 | 1,218.00 |
| 4/19/2017 | Stilian Morrison | Complete revised recovery analysis and correspond with Cooley re: same. | Business Analysis / Operations | 1.40 | 580.00 | 812.00 |
| 4/19/2017 | Sanjuro Kietlinski | Analyze the updated 4/19 variance report. | Business Analysis / Operations | 0.20 | 495.00 | 99.00 |
| 4/19/2017 | Sanjuro Kietlinski | Meet with S. Morrison to discuss hhgregg DIP budget variance report results. | Business Analysis / Operations | 0.10 | 495.00 | 49.50 |

| Date | Name | Description | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 4/19/2017 | Sanjuro Kietlinski | Review correspondences between Province and Cooley regarding variance reports and recutting of forecast for variance purposes. | Case Administration | 0.10 | 495.00 | 49.50 |
| 4/19/2017 | Sanjuro Kietlinski | Call with P. Huygens to update on case. | Case Administration | 0.10 | 495.00 | 49.50 |
| 4/20/2017 | Stilian Morrison | Call with Debtors' professionals re: discussions with lenders. | Case Administration | 0.80 | 580.00 | 464.00 |
| 4/20/2017 | Peter Kravitz | Further review draft recovery analysis. | Business Analysis / Operations | 0.30 | 700.00 | 210.00 |
| 4/20/2017 | Stilian Morrison | Follow-up call with R. Kalnit of Cooley to discuss changes needed for recovery analysis scenarios. | Business Analysis / Operations | 0.10 | 580.00 | 58.00 |
| 4/20/2017 | Stilian Morrison | Attend pre-call with Cooley team to go through recovery analysis before discussion with Great American and counsel. | Business Analysis / Operations | 0.40 | 580.00 | 232.00 |
| 4/20/2017 | Stilian Morrison | Call with C. Herschopf (Cooley) to discuss revisions to recovery analysis. | Business Analysis / Operations | 0.30 | 580.00 | 174.00 |
| 4/20/2017 | Stilian Morrison | Additional call with R. Kalnit of Cooley to go through changes on recovery analysis. | Business Analysis / Operations | 0.30 | 580.00 | 174.00 |
| 4/20/2017 | Stilian Morrison | Prepare additional revisions to recovery analysis. | Business Analysis / Operations | 2.00 | 580.00 | 1,160.00 |
| 4/20/2017 | Stilian Morrison | Prepare additional changes to recovery sensitivities. | Business Analysis / Operations | 1.60 | 580.00 | 928.00 |
| 4/20/2017 | Stilian Morrison | Prep and call with Great American and counsel to budget settlement offer to committee. | Committee Activities | 1.20 | 580.00 | 696.00 |
| 4/20/2017 | Stilian Morrison | Commence review of BRG update to lenders and UCC. | Business Analysis / Operations | 0.50 | 580.00 | 290.00 |
| 4/20/2017 | Stilian Morrison | Call with A. Geshwind of BRG to walk through recovery analysis and mapping to last BRG budget provided. | Business Analysis / Operations | 0.50 | 580.00 | 290.00 |
| 4/20/2017 | Stilian Morrison | Follow-up call with C. Herschopf of Cooley following discussion with Debtors' professionals. | Case Administration | 0.20 | 580.00 | 116.00 |
| 4/20/2017 | Jorge Gonzalez | Reviewed IP comps with J. Dong. | Business Analysis / Operations | 0.30 | 480.00 | 144.00 |
| 4/20/2017 | Jin Lai Dong | Consider as reference prior analysis prepared internally on IP sale comps. | Sale Process | 0.50 | 400.00 | 200.00 |
| 4/20/2017 | Jin Lai Dong | Review Hilco's IP engagement letter. | Sale Process | 0.40 | 400.00 | 160.00 |
| 4/20/2017 | Jin Lai Dong | Quickly compared Hilco's proposed fee to internal IB comps. | Sale Process | 0.20 | 400.00 | 80.00 |
| 4/20/2017 | Jin Lai Dong | Conduct final review of IP sale comps analysis. | Sale Process | 0.20 | 400.00 | 80.00 |
| 4/20/2017 | Jin Lai Dong | Screen for IP sale comps. | Sale Process | 1.00 | 400.00 | 400.00 |
| 4/20/2017 | Jin Lai Dong | Populate IB comps on IP sale. | Sale Process | 0.60 | 400.00 | 240.00 |
| 4/20/2017 | Jin Lai Dong | Reviewed BRG's proposed KEIP & KERP. | Business Analysis / Operations | 0.40 | 400.00 | 160.00 |
| 4/21/2017 | Stilian Morrison | Review results of round 1 lease bid submissions and identify landlords re: same. | Sale Process | 0.20 | 580.00 | 116.00 |
| 4/21/2017 | Stilian Morrison | Review exchanges with ASK re: preference data and correspond with BRG re: same. | Litigation | 0.40 | 580.00 | 232.00 |
| 4/21/2017 | Stilian Morrison | Correspond with BRG and ASK re: further requests on preferences. | Litigation | 0.30 | 580.00 | 174.00 |
| 4/21/2017 | Stilian Morrison | Correspond with Cooley, Morgan Lewis, and BRG re: status of discussions with Great American. | Case Administration | 0.50 | 580.00 | 290.00 |
| 4/21/2017 | Stilian Morrison | Update variance analysis to reflect latest reforecast. | Business Analysis / Operations | 1.40 | 580.00 | 812.00 |

| Date | Name | Description | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 4/21/2017 | Stilian Morrison | Draft diligence list on additional causes of action and correspond with B. McMahon and I. Kravitz re: same. | Litigation | 0.30 | 580.00 | 174.00 |
| 4/21/2017 | Stilian Morrison | Review latest filings on the docket. | Court Filings | 0.30 | 580.00 | 174.00 |
| 4/22/2017 | Peter Kravitz | Strategize re DIP hearing. | Case Administration | 0.70 | 700.00 | 490.00 |
| 4/22/2017 | Peter Kravitz | Review and analyze solvency analysis | Business Analysis / Operations | 0.30 | 700.00 | 210.00 |
| 4/23/2017 | Stilian Morrison | Prepare new recovery analysis based on second proposal submitted by FILO lender. | Business Analysis / Operations | 2.90 | 580.00 | 1,682.00 |
| 4/23/2017 | Stilian Morrison | Review FILO lender settlement proposal to committee and take notes re: same. | Committee Activities | 1.60 | 580.00 | 928.00 |
| 4/23/2017 | Bill McMahon | Review case information with respect to potential turnover of excess WC collateral. | Claims Analysis and Objections | 0.20 | 485.00 | 97.00 |
| 4/24/2017 | Stilian Morrison | Review various email exchanges with Debtors' counsel, BRG, and Cooley re: treatment of professional fees under FILO lender's proposed settlement offer. | Case Administration | 0.40 | 580.00 | 232.00 |
| 4/24/2017 | Stilian Morrison | Call with Cooley team to go through recovery analysis on GA second proposal. | Business Analysis / Operations | 1.70 | 580.00 | 986.00 |
| 4/24/2017 | Stilian Morrison | Revise recovery analysis per comments from C. Herschopf (Cooley) and BRG. | Business Analysis / Operations | 1.20 | 580.00 | 696.00 |
| 4/24/2017 | Stilian Morrison | Revise recovery analysis of FILO lender proposal and submit Province counter-proposal. | Business Analysis / Operations | 2.20 | 580.00 | 1,276.00 |
| 4/24/2017 | Peter Kravitz | Review and analyze DIP status materials. | Business Analysis / Operations | 0.30 | 700.00 | 210.00 |
| 4/25/2017 | Paul Huygens | Review Bingham lien analysis memo. | Financing Activities | 0.30 | 685.00 | 205.50 |
| 4/25/2017 | Paul Huygens | Review GACP offer and UCC counter offer re recovery waterfall and timing for committee settlement (0.3). Correspond with P Kravitz and S Morrison re same (0.2). | Committee Activities | 0.50 | 685.00 | 342.50 |
| 4/25/2017 | Stilian Morrison | Update recovery analysis following discussion with FILO lender and counsel (0.4). Correspond with Cooley re: same (0.1). | Business Analysis / Operations | 0.50 | 580.00 | 290.00 |
| 4/25/2017 | Stilian Morrison | Participate in committee call to discuss FILO lender settlement offer and obtain settlement authority re: same. | Committee Activities | 0.60 | 580.00 | 348.00 |
| 4/25/2017 | Stilian Morrison | Follow up with R. Kalnit and C. Hershcopf of Cooley regarding changes to recovery analysis of settlement framework. | Case Administration | 0.20 | 580.00 | 116.00 |
| 4/25/2017 | Stilian Morrison | Drive to FLL airport, travel to Indianapolis for final DIP hearing. | Travel | 4.50 | 580.00 | 2,610.00 |
| 4/25/2017 | Stilian Morrison | Review latest BRG budget and respond to Cooley with comments re: same. | Business Analysis / Operations | 0.60 | 580.00 | 348.00 |
| 4/25/2017 | Stilian Morrison | All-hands meeting/call with BRG, FILO lender, Debtors' counsel, Cooley re: budget review for final DIP hearing. | Business Analysis / Operations | 1.70 | 580.00 | 986.00 |
| 4/25/2017 | Stilian Morrison | Review and respond to BRG re: Province weekly accrual of fees (0.1). Commence review of Debtors' local counsel fees vs. budget (0.2). | Fee/Employment Applications | 0.30 | 580.00 | 174.00 |
| 4/25/2017 | Stilian Morrison | Call with FILO lender and counsel regarding analysis of recovery under committee settlement proposal. | Business Analysis / Operations | 2.00 | 580.00 | 1,160.00 |
| 4/25/2017 | Peter Kravitz | Attend committee call re DIP hearing. | Committee Activities | 0.60 | 700.00 | 420.00 |

| Date | Name | Description | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 4/25/2017 | Peter Kravitz | Further draft estate claim and committee standing descriptions for settlement relative to proposed final DIP order. | Committee Activities | 0.40 | 700.00 | 280.00 |
| 4/25/2017 | Peter Kravitz | Analyze DIP related settlement proposal in preparation for committee call | Committee Activities | 0.30 | 700.00 | 210.00 |
| 4/26/2017 | Paul Huygens | Review lease assumption and rejection motions (0.2) and have call with S Morrison to discuss same and lender negotiation status (0.2) | Court Filings | 0.40 | 685.00 | 274.00 |
| 4/26/2017 | Stilian Morrison | All-day meeting with lenders, company, and Ch11 professionals re: budget review ahead of final DIP hearing. | Business Analysis / Operations | 5.00 | 580.00 | 2,900.00 |
| 4/26/2017 | Stilian Morrison | Return from Indianapolis to FLL, drive home after all-day meeting with lenders, company, and Ch11 professionals. | Travel | 4.50 | 580.00 | 2,610.00 |
| 4/26/2017 | Stilian Morrison | Call with P. Huygens to discuss lease assumption and rejection motions. | Court Filings | 0.20 | 580.00 | 116.00 |
| 4/27/2017 | Stilian Morrison | Review variance report and latest budget re: same. | Business Analysis / Operations | 1.00 | 580.00 | 580.00 |
| 4/27/2017 | Stilian Morrison | Prepare additional analysis using most recent variance report. | Business Analysis / Operations | 0.90 | 580.00 | 522.00 |
| 4/27/2017 | Stilian Morrison | Review GOB sales performance report. | Business Analysis / Operations | 0.60 | 580.00 | 348.00 |
| 4/27/2017 | Stilian Morrison | Call with Cooley team to go through BRG budget revisions. | Business Analysis / Operations | 0.50 | 580.00 | 290.00 |
| 4/27/2017 | Stilian Morrison | Call with Ch11 professionals (including BRG) to go through final changes to model. | Business Analysis / Operations | 1.10 | 580.00 | 638.00 |
| 4/27/2017 | Peter Kravitz | Review and analyze causes of action retention list. | Claims Analysis and Objections | 0.30 | 700.00 | 210.00 |
| 4/27/2017 | Ian Kravitz | Review and prepare recommendations for tax-related data retention. | Tax Issues | 0.80 | 530.00 | 424.00 |
| 4/27/2017 | Ian Kravitz | Prepare data retention request for tax carryback on workers comp. | Tax Issues | 0.30 | 530.00 | 159.00 |
| 4/28/2017 | Paul Huygens | Review data and information retention draft list (0.2) and respond to S Morrison (0.2) with additions. | Case Administration | 0.40 | 685.00 | 274.00 |
| 4/28/2017 | Paul Huygens | Correspond with committee and Cooley team re preference proposals. | Committee Activities | 0.10 | 685.00 | 68.50 |
| 4/28/2017 | Paul Huygens | Review daily and weekly GOB update. | Business Analysis / Operations | 0.20 | 685.00 | 137.00 |
| 4/28/2017 | Stilian Morrison | Review of budget versions for sign-off on DIP order. | Business Analysis / Operations | 1.20 | 580.00 | 696.00 |
| 4/28/2017 | Stilian Morrison | Exchange emails and calls with Cooley team re: budget iterations. | Case Administration | 0.80 | 580.00 | 464.00 |
| 4/28/2017 | Stilian Morrison | Continue to review BRG budget iterations in real-time pending lender comments. | Business Analysis / Operations | 1.40 | 580.00 | 812.00 |
| 4/28/2017 | Stilian Morrison | Commence preliminary review of final DIP order and committee standing language. | Court Filings | 0.60 | 580.00 | 348.00 |
| 4/28/2017 | Stilian Morrison | Prepare back-of-the-envelope sensitivity analysis on week-to-week budget cushion. | Business Analysis / Operations | 0.40 | 580.00 | 232.00 |
| 4/28/2017 | Stilian Morrison | Edit data retention checklist and correspond with BRG and Cooley re: same. | Case Administration | 1.10 | 580.00 | 638.00 |
| 4/28/2017 | Stilian Morrison | Review and consider Province white papers on advertising, Medco causes of action to consider for hhgregg asset recovery. | Litigation | 0.60 | 580.00 | 348.00 |

| Date | Name | Description | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 4/28/2017 | Peter Kravitz | Strategize re GOB update. | Business Analysis / Operations | 0.20 | 700.00 | 140.00 |
| 4/29/2017 | Stilian Morrison | Review and consider email exchanges re: board comments on final DIP budget. | Case Administration | 0.50 | 580.00 | 290.00 |
| 4/29/2017 | Stilian Morrison | Review and consider email exchanges with BRG and Cooley re: disbursement variance language in draft final DIP order. | Court Filings | 0.10 | 580.00 | 58.00 |
| 4/30/2017 | Stilian Morrison | Go through BRG summary of comments re: draft final DIP order. | Court Filings | 0.30 | 580.00 | 174.00 |
| 4/30/2017 | Stilian Morrison | Propose cash monitoring framework and submit comments re: draft final DIP order to BRG/Cooley ahead of Monday hearing. | Case Administration | 0.40 | 580.00 | 232.00 |
| 4/30/2017 | Stilian Morrison | Review latest redline of draft final DIP order. | Court Filings | 0.40 | 580.00 | 232.00 |
| 4/30/2017 | Stilian Morrison | Consider emails from B. Duffy of BRG re: practical implications of managing to variance / event-of-default language in draft final DIP order. | Case Administration | 0.20 | 580.00 | 116.00 |