

BINGHAM GREENEBAUM DOLL LLP
3913 Solutions Center
Chicago, IL 60677-3009
1-800-436-3644
I.D. #61-1584266

| | |
|---|---|
| Official Committee of Unsecured Creditors, Gregg Appliances<br>c/o Renee B. Weiss, DDR Corp.- Committee Chairperson<br>3300 Enterprise Parkway<br>Beachwood, OH 44122 | Account No.: 127821.000001<br>Invoice No.: 4385571<br>Invoice Date: April 17, 2017 |

**IN RE HHGREGG, INC. ET AL CHAPTER 11 CASE**

FOR PROFESSIONAL SERVICES RENDERED THROUGH MARCH 31, 2017:

| DATE | ATTORNEY/<br>PARALEGAL | TASK<br>CODE | DESCRIPTION | HOURS |
|---|---|---|---|---|
| 03/11/17 | JRI2 | B160 | Correspondence with T. Scherer and W. Mosby regarding BGD retention application as well as notices of appearance and pro hac vice motions for Cooley LLP professionals (.2) | 0.20 |
| 03/12/17 | WLM | B160 | Drafted pro hac vice motions, affidavits and orders for Cooley attorneys (2.1) | 2.10 |
| 03/12/17 | JRI2 | B190 | Correspondence with S. Van Aalten and Committee members regarding Debtors' critical vendor motion and hearing on March 15, 2017 (.3) | 0.30 |
| 03/13/17 | JRI2 | B110 | Conference and correspondence with S. Van Aalten and C. Hershcopf of Cooley LLP, as well as T. Scherer and W. Mosby of BGD, to discuss coordination of efforts in order to effectively represent the Committee (.3); consider the same (.2) | 0.50 |
| 03/13/17 | TCS | B110 | Review memos from lead counsel regarding scheduled hearings and timeline, including critical vendor and bid procedures approval and memos from and to S. VanAalten regarding telephonic hearing and participation | 0.60 |
| 03/13/17 | WLM | B110 | Multiple e-mail correspondence with lead counsel regarding form of pro hac vice motions and affidavits | 0.40 |
| 03/13/17 | WLM | B110 | Attn to multiple e-mail correspondence regarding status of case, upcoming deadlines and critical vendor | 0.30 |

**BINGHAM GREENEBAUM DOLL LLP**

| | | |
|---|---|---|
| Official Committee of Unsecured Creditors, Gregg Appliances<br>127821.000001 | Invoice No.:<br>Invoice Date:<br>Page | 4385571<br>April 17, 2017<br>2 |

| DATE | ATTORNEY/ PARALEGAL | TASK CODE | DESCRIPTION | HOURS |
|---|---|---|---|---|
| | | | issue set for 3/15 hearing | |
| 03/13/17 | WLM | B110 | Worked on appearances for BGD | 0.40 |
| 03/13/17 | JRI2 | B160 | Draft engagement documents (.3); conference with T. Scherer and C. Madden regarding the same (.2) | 0.50 |
| 03/14/17 | TCS | B110 | Teleconference U S Trustee regarding critical vendor status /hearing and memo S. VanAalten regarding same | 0.20 |
| 03/14/17 | WLM | B110 | Attn to local issues with respect to retention application, conflict searches and disclosures; Memo to lead counsel regarding same | 0.40 |
| 03/14/17 | JRI2 | B112 | Participate in conference call with Co-professionals to the Committee and Committee members to discuss case status, hearing on March 15, 2017 and issues related to value of the Debtors and direction of the chapter 11 cases (.8); consider presentation and agenda prepared by co-professionals to the Committee and circulated to the Committee by S. Van Aalten in advance of committee call (.2) | 1.00 |
| 03/14/17 | TCS | B120 | Committee conference call regarding debtor financial position, early analysis of sale and liquidation options (1.3); receipt, review follow-up memos regarding same (.2) | 1.50 |
| 03/14/17 | CBM | B160 | Draft Parties-in-Interest list for Application to Retain and Employ BGD as local counsel to creditors' committee; review and revise draft of Application to Retain and Employ, Declaration, and attachments | 2.50 |
| 03/14/17 | JRI2 | B160 | Draft, review and revise application to retain BGD as local counsel to the Committee (3.0) | 3.00 |
| 03/14/17 | TCS | B160 | Receipt, review M. Boyd memo regarding employment application; teleconference U S Trustee regarding conflicts search question; memo to W. Mosby regarding same | 0.50 |
| 03/14/17 | TCS | B160 | Receipt, review docket entries, appearances including | 0.30 |



BINGHAM GREENEBAUM DOLL LLP
3913 Solutions Center
Chicago, IL 60677-3009
1-800-436-3644
I.D. #61-1584266

**BINGHAM GREENEBAUM DOLL LLP**

Official Committee of Unsecured Creditors,  Invoice No.:   4385571
Gregg Appliances  Invoice Date:  April 17, 2017
127821.000001  Page           3

| DATE | ATTORNEY/ PARALEGAL | TASK CODE | DESCRIPTION | HOURS |
|---|---|---|---|---|
| | | | 1st meeting notice, list of secured claims | |
| 03/15/17 | TCS | | Attend hearing on Debtor critical vendor motion | 0.80 |
| 03/15/17 | SHM | B110 | Prepare and electronically file certificate of service for orders granting pro hac vice admission of lead counsel | 0.40 |
| 03/15/17 | TCS | B110 | Memos from, to S. VanAalten regarding hearing on critical vendor motion and teleconference R. Moore regarding resolution with debtor | 0.40 |
| 03/15/17 | TCS | B110 | Receipt, review docket entries, appearances and filings | 0.30 |
| 03/15/17 | TCS | B110 | Receipt, review W. Mosby memo regarding committee by-laws and respond regarding execution and approval | 0.20 |
| 03/15/17 | WLM | B110 | E-mail correspondence with Cooley regarding 7th Circuit caselaw on DIP objections | 0.20 |
| 03/15/17 | WLM | B110 | Attn to service of orders granting pro hac vice admission for R. Kalnit and S. Van VanAalten | 0.20 |
| 03/15/17 | WLM | B110 | E-mail correspondence with Cooley regarding execution of bylaws by BGD | 0.20 |
| 03/15/17 | JRI2 | B155 | Prepare for and participate in hearing via telephone on Debtors' Motion for Critical Vendor Program (.9) | 0.90 |
| 03/15/17 | SHM | B155 | Assist J. Irving in preparation for today's hearings | 0.30 |
| 03/15/17 | CBM | B160 | Research regarding local service and notice requirements for Application to Employ BGD as local counsel to creditors' committee; revise notice section of Application to Employ; draft Notice of Application and Opportunity to Object | 1.80 |
| 03/15/17 | JRI2 | B160 | Conference and correspondence with C. Madden regarding revised retention application and related notice (.3); consider the same (.2) | 0.50 |
| 03/15/17 | JRI2 | B190 | Correspondence with S. Van Aalten, T. Scherer, other Committee professionals and Committee members regarding the Debtors' critical vendor program and | 0.40 |



BINGHAM GREENEBAUM DOLL LLP
3913 Solutions Center
Chicago, IL 60677-3009
1-800-436-3644
I.D. #61-1584266

**BINGHAM GREENEBAUM DOLL LLP**

| | | | | |
|---|---|---|---|---|
| Official Committee of Unsecured Creditors,<br>Gregg Appliances<br>127821.000001 | | | Invoice No.:<br>Invoice Date:<br>Page | 4385571<br>April 17, 2017<br>4 |

| DATE | ATTORNEY/<br>PARALEGAL | TASK<br>CODE | DESCRIPTION | HOURS |
|---|---|---|---|---|
| | | | related issues (.3); consider the same (.1) | |
| 03/16/17 | TCS | B110 | Receipt, review docket entries, including regarding hearing on critical vendors, appearances, court filings | 0.50 |
| 03/16/17 | TCS | B110 | Receipt, review C. Hershcopf memo and reply regarding Monster, Inc. and possible adverse claim | 0.20 |
| 03/16/17 | JRI2 | B160 | Consider retention issues and update declaration regarding the same (.2) | 0.20 |
| 03/16/17 | JRI2 | B185 | Correspondence with landlord regarding stub rent issues (.2) | 0.20 |
| 03/16/17 | WLM | B190 | Attn to service of R. Winning pro hac order | 0.20 |
| 03/17/17 | SHM | B110 | Serve Orders Granting Motions for Pro Hac Vice Admission of R. Winning, M. Boyd and C. Hershcoph; prepare and electronically file certificate of service for same | 0.40 |
| 03/17/17 | WLM | B110 | Research regarding 7th Circuit caselaw on DIP financing | 1.10 |
| 03/17/17 | JRI2 | B112 | Correspondence with inquiring creditor regarding Stub Rent (.2) | 0.20 |
| 03/17/17 | JRI2 | B160 | Revise Irving Declaration in support of BGD retention application to disclose connections (.6) | 0.60 |
| 03/17/17 | TCS | B185 | Receipt, review orders, notices and docket entries including order on extension of time regarding rejection/assumption of leases, appearances for creditor (landlords, Electrolux) and confirm committee counsel appearances | 0.50 |
| 03/17/17 | TCS | B185 | Receipt, review motion regarding procedure for assumption/assignment/rejection of leases | 0.20 |
| 03/20/17 | WLM | B110 | Worked on requested form documents for motion to shorten notice and motion to seal; e-mail correspondence with Cooley regarding same | 0.60 |
| 03/20/17 | JRI2 | B130 | Correspondence with C. Hershcopf, co-professional to the Committee, and Committee members regarding | 0.30 |



BINGHAM GREENEBAUM DOLL LLP
3913 Solutions Center
Chicago, IL 60677-3009
1-800-436-3644
I.D. #61-1584266

**BINGHAM GREENEBAUM DOLL LLP**

Official Committee of Unsecured Creditors,  
Gregg Appliances  
127821.000001

Invoice No.:    4385571  
Invoice Date:   April 17, 2017  
Page            5

| DATE | ATTORNEY/ PARALEGAL | TASK CODE | DESCRIPTION | HOURS |
|---|---|---|---|---|
| | | | case status and timing of sale deadlines (.2); consider the same (.1) | |
| 03/20/17 | TCS | B130 | Receipt, review notices, docket entries, orders including store closing sale order; memo S. Van VanAalten regarding upcoming hearing | 0.50 |
| 03/20/17 | JRI2 | B160 | Work on BGD retention application issues with conflict waivers (.2) | 0.20 |
| 03/20/17 | TCS | B230 | Review, analysis of C. Hershcopf memo regarding budget performance and sale process including revised sale timeframe under DIP agreement | 0.40 |
| 03/21/17 | JRI2 | B130 | Consider objections to sale motion (.3); conference and correspondence with co-professionals to the Committee regarding the same and case status (.3) | 0.60 |
| 03/21/17 | TCS | B130 | Receipt, review objections to bid procedures - landlords | 0.40 |
| 03/21/17 | TCS | B130 | Receipt, review revised bid procedures filed by debtor | 0.40 |
| 03/21/17 | TCS | B130 | Receipt, review draft objections regarding bid procedures | 0.30 |
| 03/21/17 | WLM | B150 | Teleconference with attorney representing landlords regarding committee position on debtor's bid deadlines | 0.20 |
| 03/21/17 | JRI2 | B160 | Consider retention issues for BGD as committee counsel (.2) | 0.20 |
| 03/21/17 | SHM | B185 | Review and docket notice of hearing on Debtor's Motion to Assume Certain Executory Contracts and Deadline for Objections to same | 0.10 |
| 03/21/17 | TCS | B185 | Receipt, review motion and hearing notice on UST contract assumption; teleconference D. Fletcher (counsel for SPO Logistics); receipt, review memos to, from D. Fletcher regarding same | 0.80 |
| 03/21/17 | TCS | B230 | Receipt, review draft objection regarding DIP financing motion | 0.40 |



BINGHAM GREENEBAUM DOLL LLP  
3913 Solutions Center  
Chicago, IL 60677-3009  
1-800-436-3644  
I.D. #61-1584266

**B**INGHAM **G**REENEBAUM **D**OLL LLP

Official Committee of Unsecured Creditors, Gregg Appliances
127821.000001

Invoice No.:    4385571
Invoice Date:   April 17, 2017
Page            6

| DATE | ATTORNEY/ PARALEGAL | TASK CODE | DESCRIPTION | HOURS |
|---|---|---|---|---|
| 03/22/17 | TCS | B110 | Creditor's Committee conference call and review Province financial summary regarding same | 1.30 |
| 03/22/17 | JRI2 | B130 | Review and consider objections and responses to Debtors' sale motion (.2); follow-up with T. Scherer regarding status of the same and Committee call (.2) | 0.40 |
| 03/22/17 | TCS | B130 | Receipt, review memos from debtor regarding hearings on bid procedures critical vendor; debtor motions to continue and agenda for 3/23/17 hearings; memo C. Hershcopf regarding same | 0.50 |
| 03/22/17 | TCS | B185 | Receipt, review memos regarding US Transport motion to assume and committee position regarding same | 0.40 |
| 03/22/17 | TCS | B190 | Memo M. Boyd regarding Electrolux consignment issue and Southern District bankruptcy case | 0.30 |
| 03/22/17 | WLM | B190 | Review of motion/order to shorten and motion/order to seal for local rules and procedures | 0.40 |
| 03/22/17 | JRI2 | B230 | Review and consider objections and responses to Debtors' financing motion (.3); correspondence with C. Hershcopf regarding default notice from DIP lenders (.1) | 0.40 |
| 03/22/17 | TCS | B230 | Receipt, review C. Hershcopf memo regarding lender notice regarding covenant default | 0.10 |
| 03/22/17 | TCS | B230 | Receipt, review drafts of papers regarding motion to seal declaration regarding objection to DIP and confer W. Mosby regarding same | 0.30 |
| 03/22/17 | TCS | B230 | Receipt, review objections to bid procedures from various landlords and UST | 0.30 |
| 03/23/17 | SHM | B130 | Review and docket orders setting continued hearings on Critical Vendors Motion and Bid Procedures/Sale Motion | 0.10 |
| 03/23/17 | TCS | B155 | Attend hearing on US Transport contract assumption | 1.10 |
| 03/23/17 | TCS | B185 | Receipt, review Hokanson memo regarding hearing on | 0.80 |



**B**INGHAM **G**REENEBAUM **D**OLL LLP
3913 Solutions Center
Chicago, IL 60677-3009
1-800-436-3644
I.D. #61-1584266

**BINGHAM GREENEBAUM DOLL LLP**

| Official Committee of Unsecured Creditors, Gregg Appliances 127821.000001 | | Invoice No.: 4385571 Invoice Date: April 17, 2017 Page 7 |
|---|---|---|

| DATE | ATTORNEY/ PARALEGAL | TASK CODE | DESCRIPTION | HOURS |
|---|---|---|---|---|
| | | | US Transport; memos to, from Cooley regarding Committee position on assumption; teleconference J. Hokanson, J. Rossow regarding same | |
| 03/23/17 | TCS | B190 | Confer W. Mosby and review statute and bankruptcy rule regarding motion to seal | 0.30 |
| 03/23/17 | TCS | B190 | Teleconference Max Schlan, Jen Lerner regarding Electrolux adversary proceeding and Committee intervention (.4); confer W. Mosby regarding case law under Section 1109(b), additional research bankruptcy court decisions on intervention (.3) | 0.70 |
| 03/23/17 | WLM | B190 | Review of motion to seal declaration and motion to shorten notice on motion to seal and local rules related to same (.8); multiple e-mail correspondence and teleconference with court, UST and Cooley regarding same (1.0); attention to redaction and filing of declaration, motion to shorten, motion to seal and objection to financing motion (.6) | 2.40 |
| 03/23/17 | SHM | B230 | Redact Declaration of Stilian Morrison (.4); revise, finalize and electronically file Motion to Seal Portions of the Declaration of Stilian Morrison In Support of Objection to DIP (.6); revise, Finalize and Electronically File Motion for Shortened Notice on Motion to Seal (.5); finalize and Electronically File Objection to DIP Motion and exhibits (.7); finalize and electronically file Declaration of Stilian Morrison In Support of Objection to DIP (.4) | 2.60 |
| 03/24/17 | SHM | B110 | Prepare and electronically file certificate of service for Order Shortening Notice Period on Motion to Seal Declaration of Stilian Morrison | 0.40 |
| 03/24/17 | SHM | B110 | Prepare, revise and electronically file Certificate of Service Regarding Motion to Seal, Motion for Shortened Notice, Objection to DIP and Declaration of Stiliman Morrison | 0.60 |
| 03/24/17 | WLM | B110 | Research regarding intervention by Creditor's Committee into adversary proceeding in 7th Circuit | 1.50 |



**BINGHAM GREENEBAUM DOLL LLP**
3913 Solutions Center
Chicago, IL 60677-3009
1-800-436-3644
I.D. #61-1584266

**BINGHAM GREENEBAUM DOLL LLP**

| | | |
|---|---|---|
| Official Committee of Unsecured Creditors, Gregg Appliances 127821.000001 | Invoice No.: Invoice Date: Page | 4385571 April 17, 2017 8 |

| DATE | ATTORNEY/ PARALEGAL | TASK CODE | DESCRIPTION | HOURS |
|---|---|---|---|---|
| 03/24/17 | SHM | B130 | Review and docket deadline for objections to Application to Employ Malfitano Advisors, LLC as the Debtors' Asset Disposition Advisor and Consultant, Nunc Pro Tunc to the Petition Date and Set Procedure for Draw on Retainer | 0.10 |
| 03/24/17 | TCS | B145 | Receipt, review appearances, objection regarding utility service and adequate assurance | 0.20 |
| 03/24/17 | JRI2 | B160 | Review and consider application to retain Debtors' counsel (.2) | 0.20 |
| 03/24/17 | TCS | B160 | Receipt, review debtor motions to employ professionals and related notices (.5); receipt, review application on interim compensation procedures for professionals (.3) | 0.80 |
| 03/24/17 | TCS | B190 | Receipt, review docket entries, notices, pleadings including order and objection date on motion to seal; stay relief motion | 0.50 |
| 03/24/17 | TCS | B190 | Review, analysis of Max Schlan memo regarding Electrolux adversary proceeding and TRO request and claim of consignment (.5); teleconference Max Schlan regarding same and discuss intervention issue (.3) | 0.80 |
| 03/24/17 | WLM | B190 | Discussion with Court and Cooley regarding delivery of sealed document to Court; drafted letter to Court regarding same | 0.40 |
| 03/24/17 | JRI2 | B230 | Review objections and responses filed to DIP Financing motion and consider the same (.3) | 0.30 |
| 03/24/17 | SHM | B230 | Review Order and Docket Hearing Date and Objection Deadline on Motion to Seal Portions of Declaration of Stilian Morrison In Support of Objection to DIP Motion | 0.20 |
| 03/24/17 | SHM | B230 | Prepare Cover Sheet for Document to Be Filed Under Seal | 0.40 |
| 03/24/17 | TCS | B230 | Receipt, review objections to DIP motion filed by various landlords | 0.60 |



BINGHAM GREENEBAUM DOLL LLP
3913 Solutions Center
Chicago, IL 60677-3009
1-800-436-3644
I.D. #61-1584266

BINGHAM GREENEBAUM DOLL LLP

| | | | Invoice No.: | 4385571 |
|---|---|---|---|---|
| Official Committee of Unsecured Creditors, Gregg Appliances 127821.000001 | | | Invoice Date: | April 17, 2017 |
| | | | Page | 9 |

| DATE | ATTORNEY/ PARALEGAL | TASK CODE | DESCRIPTION | HOURS |
|---|---|---|---|---|
| 03/27/17 | SHM | B110 | Review Southern District of Indiana Bankruptcy Court cases for example pleadings requested by lead counsel | 0.60 |
| 03/27/17 | SHM | B110 | Prepare and electronically file notices of appearance for W. Mosby and T. Scherer for the Electrolux Adversary Proceeding | 0.80 |
| 03/27/17 | WLM | B110 | Attn to content of hearing binders requested by Cooley for bid procedures and TRO hearing | 0.30 |
| 03/27/17 | JRI2 | B112 | Prepare for and participate in Committee conference call to discuss status of case and strategy moving forward (.9) | 0.90 |
| 03/27/17 | WLM | B150 | E-mail correspondence with Debtor's counsel regarding 3/28 hearing agenda | 0.20 |
| 03/27/17 | SHM | B155 | Review docket and compile pleadings for tomorrow's hearing binders | 0.50 |
| 03/27/17 | JRI2 | B185 | Correspondence with landlord regarding rejection of lease (.1); follow-up with C. Hershcopf regarding the same (.1) | 0.20 |
| 03/27/17 | SHM | B190 | Monitor Electrolux Adversary Docket for filings by the Debtors per W. Mosby | 0.90 |
| 03/27/17 | SHM | B190 | Electronically file Joinder to Debtors' Response to Motion for TRO filed by Electrolux | 0.30 |
| 03/27/17 | TCS | B190 | Review Province financial projections and conference call Committee members | 1.00 |
| 03/27/17 | TCS | B190 | Memos from, to M. Schlan regarding Committee joinder in Debtor's opposition papers to Electrolux injunction request (.4); receipt, review W. Mosby memos re change in hearing schedule and submission of joinder (.2); receipt, review response briefs of debtor and Wells Fargo (.4) | 1.00 |
| 03/27/17 | TCS | B190 | Receipt, review FILO motion to intervene in Adversary Proceeding | 0.30 |



BINGHAM GREENEBAUM DOLL LLP
3913 Solutions Center
Chicago, IL 60677-3009
1-800-436-3644
I.D. #61-1584266

**BINGHAM GREENEBAUM DOLL LLP**

| | | Invoice No.: | 4385571 |
|---|---|---|---|
| Official Committee of Unsecured Creditors, | | Invoice Date: | April 17, 2017 |
| Gregg Appliances | | Page | 10 |
| 127821.000001 | | | |

| DATE | ATTORNEY/<br>PARALEGAL | TASK<br>CODE | DESCRIPTION | HOURS |
|---|---|---|---|---|
| 03/27/17 | WLM | B190 | Monitored Electrolux docket for responses to TRO (0.8); receipt and review of committee response to TRO and amendments to same (0.5); attention to filing and serving joinder to the Debtor's response in opposition to the TRO (0.4); multiple e-mail correspondence and teleconference with Cooley regarding same (0.6) | 2.10 |
| 03/27/17 | JRI2 | B230 | Consider objections to DIP Motion and hearing on March 28, 2017 and follow-up meeting with Debtors' counsel (.2); conference and correspondence with T. Scherer and C. Hershcopf regarding the same (.2) | 0.40 |
| 03/28/17 | TCS | B110 | Memos to, from C. Hershcopf, M. Boyd regarding hearings, meeting with Debtor and case status | 0.30 |
| 03/28/17 | JRI2 | B130 | Consider outcome of the hearing on sale motion and conference and correspondence with C. Hershcopf, T. Scherer and committee members regarding the same (.5) | 0.50 |
| 03/28/17 | JRI2 | B155 | Attend hearing on sales procedures motion via telephonic appearance (1.0) | 1.00 |
| 03/28/17 | SHM | B155 | Download pleadings filed in Electrolux Adversary Proceeding yesterday and forward to W. Mosby's office in preparation for today's hearing | 0.60 |
| 03/28/17 | TCS | B190 | Attend hearings on Electrolux adversary proceeding (2.5) and objections to Debtor's motion to approve bid procedures (1.0) | 3.50 |
| 03/28/17 | TCS | B190 | Review Electrolux adversary proceeding docket regarding current filings | 0.20 |
| 03/28/17 | JRI2 | B230 | Conference and correspondence with C. Hershcopf, T. Scherer and committee members regarding the Debtors' and Lenders' proposed DIP budget and consider the same and ramifications on administrative expense claims (503(b)(9), professionals, stub rent, etc.) on the case (.4) | 0.40 |



BINGHAM GREENEBAUM DOLL LLP
3913 Solutions Center
Chicago, IL 60677-3009
1-800-436-3644
I.D. #61-1584266

BINGHAM GREENEBAUM DOLL LLP

| Official Committee of Unsecured Creditors, Gregg Appliances 127821.000001 | | | | Invoice No.: 4385571<br>Invoice Date: April 17, 2017<br>Page 11 |
|---|---|---|---|---|

| DATE | ATTORNEY/ PARALEGAL | TASK CODE | DESCRIPTION | HOURS |
|---|---|---|---|---|
| 03/28/17 | TCS | B230 | Receipt, review J. Hokanson memo and review UST objection re motion to seal filed regarding DIP financing objection | 0.30 |
| 03/29/17 | TCS | B110 | Memos to, from C. Hershcopf, M. Boyd regarding court schedule and upcoming hearings and position on motion to seal | 0.40 |
| 03/29/17 | TCS | B130 | Receipt, review docket entries re bid procedures approval and setting hearing dates for sale options and objection deadlines | 0.30 |
| 03/29/17 | TCS | B160 | Receipt, review Morgan Lewis employment application and notice re objection deadline | 0.30 |
| 03/29/17 | JRI2 | B170 | Review and consider compensation procedures motion (.2) | 0.20 |
| 03/29/17 | TCS | B185 | Receipt, review motion to reject contracts with Zimmerman and others | 0.30 |
| 03/29/17 | TCS | B185 | Receipt, review Debtor amended procedures on lease assumption and/or rejection | 0.20 |
| 03/29/17 | TCS | B190 | Receipt, review Court's order denying Electrolux preliminary injunction and related docket entry | 0.30 |
| 03/29/17 | JRI2 | B230 | Correspondence with C. Herschopf and Committee members regarding DIP Budget and continuation of hearing on DIP Financing Motion (.1); review and consider motion to continue hearing on DIP Financing Motion (.1) | 0.20 |
| 03/29/17 | TCS | B230 | Receipt, review objection to DIP Motion - Whirlpool and Kimco creditors | 0.20 |
| 03/29/17 | TCS | B230 | Receipt, review objection by CTC Retail to Debtor store closing sale | 0.10 |
| 03/29/17 | TCS | B230 | Receipt, review Debtor motion and C. Hershcopf memos regarding DIP financing motion and lack of going concern bid | 0.50 |
| 03/29/17 | TCS | B310 | Receipt, review J. Hokanson memo regarding | 0.10 |



BINGHAM GREENEBAUM DOLL LLP
3913 Solutions Center
Chicago, IL 60677-3009
1-800-436-3644
I.D. #61-1584266

BINGHAM GREENEBAUM DOLL LLP

| | | Invoice No.: | 4385571 |
|---|---|---|---|
| Official Committee of Unsecured Creditors, Gregg Appliances 127821.000001 | | Invoice Date: Page | April 17, 2017 12 |

| DATE | ATTORNEY/ PARALEGAL | TASK CODE | DESCRIPTION | HOURS |
|---|---|---|---|---|
| | | | 503(b)(9) bar date | |
| 03/30/17 | SHM | B130 | Review Order Authorizing and Approving Bid Procedures, (II) Approving Notice Procedures, (III) Scheduling a Sale Hearing and (IV) Approving Procedures for Assumption and Assignment and Determining Cure Amounts; docket hearing dates and filing deadlines | 0.80 |
| 03/30/17 | TCS | B130 | Receipt, review Debtor motion for approval of Phase II store liquidations and related motion to shorten objection date and hearing | 0.40 |
| 03/30/17 | JRI2 | B155 | Consider entry of order continuing hearing on DIP Financing Motion and agenda for March 31, 2017 hearing (.2) | 0.20 |
| 03/30/17 | TCS | B160 | Receipt, review J. Irving memo and draft employment application; memos to J. Irving, W. Mosby regarding added disclosures and engagement letter | 0.50 |
| 03/30/17 | TCS | B190 | Memos to, from C. Hershcopf regarding hearing on motion to seal and teleconference regarding Moore regarding adjournment of hearing; memo R. Kalnit regarding same; receipt, review memos regarding disclosure of information to UST | 0.50 |
| 03/30/17 | SHM | B230 | Review and Docket Notice of Continued Hearing on DIP Motion | 0.10 |
| 03/31/17 | JRI2 | B185 | Review and consider various motions and objections regarding the assumption and assignment of leases and executor contracts (.5); correspondence with co-counsel to the Committee regarding the same (.3) | 0.80 |
| 03/31/17 | TCS | B190 | Receipt, review Debtor motion to assume Towson lease | 0.10 |
| 03/31/17 | TCS | B190 | Attend hearings on various matters including DIP financing, motion to seal, payment of insurance; utility adequate assurance; store closing sales; customer programs and pre-petition wages - also request for shortened notice re Phase II store | 1.00 |



BINGHAM GREENEBAUM DOLL LLP
3913 Solutions Center
Chicago, IL 60677-3009
1-800-436-3644
I.D. #61-1584266

B‌ingham G‌reenebaum D‌oll LLP

| Official Committee of Unsecured Creditors, Gregg Appliances 127821.000001 | Invoice No.: 4385571<br>Invoice Date: April 17, 2017<br>Page 13 |
|---|---|

| DATE | ATTORNEY/ PARALEGAL | TASK CODE | DESCRIPTION | HOURS |
|---|---|---|---|---|
|  |  |  | liquidation and expedited hearing |  |
| 03/31/17 | TCS | B190 | Receipt, review docket entries, notices, pleadings including Debtor notice regarding cure amounts under executor contracts and leases, landlord objections to procedures for store sale and lease rejection | 0.50 |

### TASK SUMMARY

| TASK | TASK DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
|  |  | 0.80 | 392.00 |
| B110 | Case Administration | 13.70 | 4,938.00 |
| B112 | Creditor Inquiries | 2.10 | 714.00 |
| B120 | Asset Analysis & Recovery | 1.50 | 735.00 |
| B130 | Asset Sales and Other Disposition of Assets | 5.60 | 2,179.00 |
| B145 | Utilities | 0.20 | 98.00 |
| B150 | Meetings&communication w/Debtor | 0.40 | 142.00 |
| B155 | Court Hearings | 4.60 | 1,526.00 |
| B160 | Employment Applications | 14.40 | 4,685.50 |
| B170 | Fee Applications | 0.20 | 68.00 |
| B185 | Executory Contracts and Leases | 4.50 | 1,995.50 |
| B190 | Litigation and Contested Matters | 18.40 | 7,814.50 |
| B230 | Financing/DIP/Cash Collateral Matters | 8.20 | 2,789.50 |
| B310 | Claims Administration and Objections | 0.10 | 49.00 |
|  |  | 74.70 | 28,126.00 |

FEES FOR PROFESSIONAL SERVICES RENDERED $ 28,126.00

INVOICE TOTAL $ 28,126.00



B‌INGHAM G‌REENEBAUM D‌OLL LLP
3913 Solutions Center
Chicago, IL 60677-3009
1-800-436-3644
I.D. #61-1584266

**B**INGHAM **G**REENEBAUM **D**OLL LLP

Official Committee of Unsecured Creditors,  
Gregg Appliances  
127821.000001

Invoice No.:     4385571  
Invoice Date:   April 17, 2017  
Page            14

SUMMARY OF PROFESSIONAL SERVICES

| ATTORNEY/PARALEGAL | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Thomas C. Scherer | 30.70 | 490.00 | 15,043.00 |
| Whitney L. Mosby | 13.60 | 355.00 | 4,828.00 |
| James R Irving | 15.90 | 340.00 | 5,406.00 |
| Christopher B. Madden | 4.30 | 200.00 | 860.00 |
| Susan H. Mays | 10.20 | 195.00 | 1,989.00 |
|  | 74.70 |  | 28,126.00 |



**B**INGHAM **G**REENEBAUM **D**OLL LLP  
3913 Solutions Center  
Chicago, IL 60677-3009  
1-800-436-3644  
I.D. #61-1584266

[FILE: BGDHeader.docx]

| | |
|---|---|
| Official Committee of Unsecured Creditors, Gregg Appliances<br>c/o Renee B. Weiss, DDR Corp.- Committee Chairperson<br>3300 Enterprise Parkway<br>Beachwood, OH 44122 | Account No.: 127821.000001<br>Invoice No.: 4385571<br>Invoice Date: April 17, 2017 |

**IN RE HHGREGG, INC. ET AL CHAPTER 11 CASE**

**REMITTANCE PAGE**

INVOICE TOTAL                                                                                     $   28,126.00

**PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE.**

**PLEASE RETURN THIS COPY WITH YOUR PAYMENT.**