

BINGHAM GREENEBAUM DOLL LLP
3913 Solutions Center
Chicago, IL 60677-3009
1-800-436-3644
I.D. #61-1584266

Official Committee of Unsecured Creditors, Gregg
Appliances
c/o Renee B. Weiss, DDR Corp.- Committee
Chairperson
3300 Enterprise Parkway
Beachwood, OH 44122

Account No.: 127821.000001
Invoice No.: 4387943
Invoice Date: May 15, 2017

---

**IN RE HHGREGG, INC. ET AL CHAPTER 11 CASE**

FOR PROFESSIONAL SERVICES RENDERED THROUGH APRIL 30, 2017:

| DATE | ATTORNEY/ PARALEGAL | TASK CODE | DESCRIPTION | HOURS |
|---|---|---|---|---|
| 04/03/17 | WLM | B112 | Teleconference with creditor re items purchased on deposit | 0.20 |
| 04/03/17 | JRI2 | B130 | Consider the status of the Debtors' sale process and path from going-concern sale to liquidation (.1); correspondence with co-counsel to the Committee and Committee members regarding the same (.2) | 0.30 |
| 04/03/17 | TCS | B160 | Receipt, review memos and proposed extension of Stifel employment objection date and confer W. Mosby re same | 0.20 |
| 04/03/17 | WLM | B160 | Drafted and revised motion/order to extend deadline to object to Stifel application | 1.80 |
| 04/03/17 | TCS | B185 | Receipt, review Motion to Compromise HHGregg Mechanics lien claim and related notice | 0.20 |
| 04/03/17 | TCS | B185 | Receipt, review landlord objections re lease rejection/assumption procedures | 0.30 |
| 04/03/17 | TCS | B190 | Receipt, review docket entries re orders on first day motions | 0.30 |
| 04/03/17 | TCS | B190 | Receipt, review M. Boyd memo regarding bid procedures, case notice and upcoming timetable regarding sale process and confirmation of payment of April rent | 0.30 |
| 04/04/17 | JRI2 | B160 | Correspondence with co-counsel to the Committee | 0.10 |

BINGHAM GREENEBAUM DOLL LLP

| | |
|---|---|
| Official Committee of Unsecured Creditors, Gregg Appliances 127821.000001 | Invoice No.: 4387943<br>Invoice Date: May 15, 2017<br>Page 2 |

| DATE | ATTORNEY/ PARALEGAL | TASK CODE | DESCRIPTION | HOURS |
|---|---|---|---|---|
| | | | and Committee members regarding the Debtors' application to retain Stiffel as investment banker / advisor (.1) | |
| 04/04/17 | SHM | B160 | Prepare Certificate of Service For and Electronically File Unopposed Joint Motion to Extend Time to Object or Respond to Application to Employ and Retain Stifel, Nicolaus & Co., Inc. and Miller Buckfire & Co., LLC as Investment Banker nunc pro tunc to the Petition Date | 0.50 |
| 04/04/17 | WLM | B160 | Attn to filing motion to extend time to object to Stifel employment application (.2); Multiple e-mail correspondence with counsel and the Court re order granting same (.3) | 0.50 |
| 04/04/17 | JRI2 | B185 | Consider motions to assume/reject leases, and objections regarding assumption and assignment filed by landlords (.2) | 0.20 |
| 04/04/17 | TCS | B185 | Receipt, review Debtor motion to reject leases related to Phase I GOB sales and related notice and objection | 0.30 |
| 04/04/17 | TCS | B190 | Receipt, review Landlord objections to GOB sale motion, Electrolux objection to sale motion, financing order | 0.40 |
| 04/04/17 | TCS | B230 | Review DIP Financing objection and committee issues regarding payment of administrative claims, lender expenses, proposed collateral and § 506(c) waiver (.5); conference call R. Kalnit regarding same and regarding presentation of issues for hearing (.5) | 1.00 |
| 04/05/17 | SHM | B130 | Prepare certificate of service for and electronically file Statement of the Unsecured Creditors Committee with Respect to Motion for Order Authorizing the Debtors to Enter into Consulting Agreement, Authorizing and Approving Phase 2 Store Closing Sales | 0.40 |
| 04/05/17 | TCS | B130 | Receipt, review various landlord and other creditor objections to Phase II GOB sale motion | 0.50 |
| 04/05/17 | TCS | B130 | Receipt, review Committee statement regarding GOB | 0.30 |



BINGHAM GREENEBAUM DOLL LLP

| | |
|---|---|
| Official Committee of Unsecured Creditors, Gregg Appliances 127821.000001 | Invoice No.: 4387943<br>Invoice Date: May 15, 2017<br>Page 3 |

| DATE | ATTORNEY/ PARALEGAL | TASK CODE | DESCRIPTION | HOURS |
|---|---|---|---|---|
| | | | sales and segregation of sale proceeds and confer W. Mosby regarding filing | |
| 04/05/17 | WLM | B130 | Review and attn to filing committee statement on Phase II store closing sales | 0.40 |
| 04/05/17 | JRI2 | B160 | Correspondence with M. Boyd and W. Mosby regarding BGD and Cooley retention applications (.1); consider the same (.1) | 0.20 |
| 04/05/17 | TCS | B160 | Revise employment application, engagement letter; attend to conflict, disclosure and waiver issues re lender representations | 0.70 |
| 04/05/17 | WLM | B160 | Worked on revisions to BGD retention motion (0.8); Drafted engagement letter for Committee (0.5); and Attn to necessary waivers for BGD retention (0.2) | 1.50 |
| 04/05/17 | JRI2 | B185 | Correspondence with co-counsel to the Committee and Committee members regarding lease rejection, assumption, and assignment issues (.1); consider the same (.1) | 0.20 |
| 04/05/17 | JRI2 | B230 | Review Committee response to the DIP Financing Motion (.2); consider the same (.2) | 0.40 |
| 04/05/17 | TCS | B230 | Receipt, review W. Brewer memo re objection to DIP motion | 0.10 |
| 04/05/17 | TCS | B230 | Receipt, review R. Kalnit memo regarding update on DIP motion and § 506(c) waiver | 0.20 |
| 04/06/17 | TCS | B110 | Receipt, review hearing agenda for April 7 | 0.10 |
| 04/06/17 | TCS | B130 | Creditor inquiry re GOB sale and proposal for interim order | 0.30 |
| 04/06/17 | WLM | B155 | Teleconference with multiple creditor counsel re 4/7 hearing and agenda | 0.40 |
| 04/06/17 | JRI2 | B160 | Review and revise retention application for BGD (.4); correspondence with M. Boyd regarding the same (.1) | 0.50 |
| 04/06/17 | TCS | B160 | Receipt, review J. Irving memo re employment application and M. Boyd reply re UST guidelines | 0.20 |



BINGHAM GREENEBAUM DOLL LLP
3913 Solutions Center
Chicago, IL 60677-3009
1-800-436-3644
I.D. #61-1584266

BINGHAM GREENEBAUM DOLL LLP

| | |
|---|---|
| Official Committee of Unsecured Creditors, Gregg Appliances 127821.000001 | Invoice No.:  4387943<br>Invoice Date:  May 15, 2017<br>Page  4 |

| DATE | ATTORNEY/ PARALEGAL | TASK CODE | DESCRIPTION | HOURS |
|---|---|---|---|---|
| 04/06/17 | SHM | B185 | Review and docket Order Granting Motion to Shorten Notice and Setting Expedited hearing on First Omnibus Motion Authorizing Debtors to Reject Certain Executory Contracts | 0.10 |
| 04/06/17 | TCS | B185 | Receipt, review order on 1st omnibus lease rejections and expedited hearing; receipt, review Debtor rejection motion regarding Synchrony | 0.30 |
| 04/06/17 | TCS | B190 | Receipt, review Whirlpool objection to GOB sale and assertion of reclamation claim | 0.40 |
| 04/06/17 | TCS | B230 | Receipt, review memos from Debtor, C. Hershcopf, R. Kalnit and lenders and proposed motion re continuance of DIP hearing and revisions re Electrolux objection, Committee statement and negotiations (.5); receipt, review Electrolux response and opposition to motion and proposal re segregation of sale proceeds (.3) | 0.80 |
| 04/07/17 | TCS | B110 | Receipt, review notice re continued 1st meeting | 0.10 |
| 04/07/17 | SHM | B112 | Review and docket notice of continued 341 meeting of creditors | 0.10 |
| 04/07/17 | JRI2 | B130 | Consider bids made by landlords and related correspondence (.3); correspondence regarding sale process with co-professionals to the Committee (.2) | 0.50 |
| 04/07/17 | JRI2 | B155 | Prepare for and participate in hearing telephonically (1.5) | 1.50 |
| 04/07/17 | WLM | B155 | Attn to outcome of 4/7 hearing and entry of orders | 0.30 |
| 04/07/17 | JRI2 | B160 | Revise retention application per US Trustee guidelines (.5); correspondence with M. Boyd of Cooley LLP regarding the same (.1) | 0.60 |
| 04/07/17 | TCS | B190 | Attend hearings | 2.50 |
| 04/07/17 | TCS | B190 | Receipt, review Whirlpool adversary proceeding asserting reclamation claim | 0.20 |
| 04/10/17 | JRI2 | B110 | Correspondence with co-counsel to the Committee | 0.10 |



BINGHAM GREENEBAUM DOLL LLP
3913 Solutions Center
Chicago, IL 60677-3009
1-800-436-3644
I.D. #61-1584266

Bᴜɴɢʜᴀᴍ Gʀᴇᴇɴᴇʙᴀᴜᴍ Dᴏʟʟ ʟʟᴘ

| | |
|---|---|
| Official Committee of Unsecured Creditors, Gregg Appliances 127821.000001 | Invoice No.:  4387943<br>Invoice Date:  May 15, 2017<br>Page          5 |

| DATE | ATTORNEY/<br>PARALEGAL | TASK<br>CODE | DESCRIPTION | HOURS |
|---|---|---|---|---|
| | | | and Committee members regarding outcome of hearing on April 7, 2017 and case status, as well as next steps (.1) | |
| 04/10/17 | WLM | B112 | Multiple teleconferences and e-mail correspondence with creditors and counsel for creditors in case seeking information | 0.80 |
| 04/10/17 | JRI2 | B160 | Correspondence with M. Boyd regarding BGD's and Cooley's retention applications and consider the same (.2) | 0.20 |
| 04/10/17 | TCS | B160 | Receipt, review M. Boyd, J. Irving memos regarding conflicts regarding lenders and employment application | 0.20 |
| 04/10/17 | JRI2 | B170 | Correspondence with W. Mosby regarding fee applications for BGD and consider the same (.1) | 0.10 |
| 04/10/17 | JRI2 | B185 | Review and consider correspondence regarding cure objection and procedure with counterparty to executor contract and Debtor's counsel (.1); consider correspondence with landlord's bid for lease and forward to T. Scherer and W. Mosby (.1) | 0.20 |
| 04/10/17 | TCS | B190 | Teleconference R. Moore at UST re motion to seal and disclosure to Court; teleconference S. Fowler re same | 0.30 |
| 04/10/17 | TCS | B230 | Receipt, review R. Kalnit memo and status update on DIP objection and Whirlpool adversary case; review Reliable Drug case re reclamation claim and secured claim | 0.60 |
| 04/11/17 | JRI2 | B110 | Conference with T. Scherer regarding case status, path towards liquidation and related issues, then consider the same (.2); correspondence with Committee members and co-professionals to the Committee to schedule conference call on Thursday April 13, 2017 to discuss case status and next steps (.2) | 0.40 |
| 04/11/17 | JRI2 | B160 | Revise retention application for BGD (.2); conference and correspondence with M. Boyd and T. Scherer | 0.50 |



Bɪɴɢʜᴀᴍ Gʀᴇᴇɴᴇʙᴀᴜᴍ Dᴏʟʟ ʟʟᴘ
3913 Solutions Center
Chicago, IL 60677-3009
1-800-436-3644
I.D. #61-1584266

BINGHAM GREENEBAUM DOLL LLP

| | | |
|---|---|---|
| Official Committee of Unsecured Creditors, Gregg Appliances 127821.000001 | Invoice No.: | 4387943 |
| | Invoice Date: | May 15, 2017 |
| | Page | 6 |

| DATE | ATTORNEY/ PARALEGAL | TASK CODE | DESCRIPTION | HOURS |
|---|---|---|---|---|
| | | | regarding finalizing and filing retention applications for BGD, Cooley and Province (.3) | |
| 04/11/17 | SHM | B160 | Prepare certificate of service for; finalize and electronically file Second Unopposed Motion to Extend time to Object or Otherwise Respond to Application of the Debtors to Employ Stifel, Nicolaus & Co., Inc. and Miller BuckFire & Co., LLC as Investment Banker | 0.50 |
| 04/11/17 | TCS | B160 | Confer J. Irving regarding employment application and disclosure of conflicts, waivers and investigation of secured claim | 0.40 |
| 04/11/17 | TCS | B160 | Receipt, review W. Mosby memo and revise joint motion regarding Stifel employment | 0.20 |
| 04/11/17 | WLM | B160 | Revised second motion/order to extend time to object to Stifel employment and multiple e-mail correspondence with counsel re same | 0.50 |
| 04/11/17 | JRI2 | B185 | Consider objections to cure amounts filed by landlords and counterparties to executor contracts with the Debtors (.8) | 0.80 |
| 04/11/17 | TCS | B185 | Receipt, review docket entries, pleadings, notices including objections to sale and cure amounts, objections to lease rejections | 0.50 |
| 04/11/17 | JRI2 | B230 | Conference with M. Boyd regarding which counsel can perform investigation into perfection of liens and then challenge liens of Debtors' pre-petition secured lenders, and consider the same (.2); consider the same and timing issues in light of challenge period established in DIP / cash collateral orders (.1) | 0.30 |
| 04/11/17 | TCS | B230 | Receipt, review Throgmartin motions for adequate protection and objection to DIP financing | 0.20 |
| 04/12/17 | SHM | B110 | Review and docket notice of hearing on Motion for Adequate Protection filed by Creditors Cumberland Crossing, LLC, Lloyd Crossing Shopping Center, LLC, Scatterfield Station, LLC, Don Throgmartin, | 0.10 |



BINGHAM GREENEBAUM DOLL LLP
3913 Solutions Center
Chicago, IL 60677-3009
1-800-436-3644
I.D. #61-1584266

Bingham Greenebaum Doll LLP

| | |
|---|---|
| Official Committee of Unsecured Creditors, Gregg Appliances 127821.000001 | Invoice No.: 4387943<br>Invoice Date: May 15, 2017<br>Page 7 |

| DATE | ATTORNEY/ PARALEGAL | TASK CODE | DESCRIPTION | HOURS |
|---|---|---|---|---|
| | | | Throgmartin 96th Street, LLC, WGT V, LLC | |
| 04/12/17 | TCS | B110 | Teleconference J. Hokanson regarding 4/12 hearings; memos to, from C. Hershcopf regarding hearings, first meeting and conference call regarding Electrolux | 0.50 |
| 04/12/17 | TCS | B110 | Teleconference R. Moore at UST regarding first meeting | 0.10 |
| 04/12/17 | WLM | B112 | Teleconference with customer re return of deposit | 0.20 |
| 04/12/17 | WLM | B120 | Review of Wells Fargo documents for pre-petition secured position | 2.80 |
| 04/12/17 | JRI2 | B130 | Review agenda and participate telephonically at sale hearing (.5) | 0.50 |
| 04/12/17 | JRI2 | B160 | Draft, review and revise notices of BGD, Cooley and Province retention applications (.9); correspondence with M. Boyd of Cooley, W. Mosby, and committee chairwoman regarding finalizing terms of BGD, Cooley and Province retention applications (.8); review and comment on Cooley and Province retention applications (.6); draft certificate of service for Cooley retention application (.2); review, revise, and finalize BGD, Cooley and Province retention applications and coordinate filing and service of the same with S. Mays (2.0) | 4.50 |
| 04/12/17 | SHM | B160 | Review and revise Application to Employ BGD and exhibits (.5) Electronically File Application to Employ BGD, exhibits and Proposed Order (.4); Electronically File Notice of Employment Application of BGD (.1) Review and revise Application to Employ Cooley and Exhibits (.4) Electronically file Application to Employ Cooley, exhibits and proposed Order (.4) (Electronically File Notice of Employment Application of Cooley (.1) Electronically File Application to Employ Province, exhibits and Proposed Order (.3) Electronically File Notice of Employment Application of Province (.1) Electronically File Certificate of Service Regarding | 2.70 |



Bingham Greenebaum Doll LLP
3913 Solutions Center
Chicago, IL 60677-3009
1-800-436-3644
I.D. #61-1584266

BINGHAM GREENEBAUM DOLL LLP

Official Committee of Unsecured Creditors,
Gregg Appliances
127821.000001

Invoice No.:    4387943
Invoice Date:   May 15, 2017
Page            8

| DATE | ATTORNEY/ PARALEGAL | TASK CODE | DESCRIPTION | HOURS |
|------|---------------------|-----------|-------------|-------|
| | | | Application to Employ Cooley (.1) Arrange for service of above pleadings to all parties who do not receive electronic notifications (.2) | |
| 04/12/17 | TCS | B160 | Receipt, review memos from M. Boyd, J. Irving and final retention application; confer J. Irving regarding budget for March through June | 0.80 |
| 04/12/17 | WLM | B160 | Receipt and Review of Order granting enlargement to respond to Stifel employment application | 0.20 |
| 04/12/17 | WLM | B160 | Worked on issues related to BGD retention application | 0.50 |
| 04/12/17 | TCS | B190 | Attend hearings on sale and lease assumption/rejection procedures and objections | 0.70 |
| 04/12/17 | TCS | B230 | Receipt, review R. Kalnit memo and confer W. Mosby regarding lender pre-petition lien review | 0.20 |
| 04/13/17 | SHM | B110 | Review and docket notice of May 8, 2017 Evidentiary Hearing | 0.10 |
| 04/13/17 | SHM | B110 | Review and docket notice of May 8, 2017 Evidentiary Hearing | 0.10 |
| 04/13/17 | TCS | B110 | Receipt, review docket entries, pleadings, notices including those following on 4/12 hearing | 0.50 |
| 04/13/17 | JRI2 | B112 | Prepare for and participate in conference call with the Committee members and co-professionals to the Committee to discuss case status and strategy (1.0); return inquires from unsecured creditors regarding various issues in bankruptcy cases (.4) | 1.40 |
| 04/13/17 | TMH | B120 | Work on UCC lien search | 0.80 |
| 04/13/17 | WLM | B120 | Continued to review Wells Fargo documents and worked on memo re Wells pre-petition security position | 4.80 |
| 04/13/17 | JRI2 | B160 | Confirm service and resolution of all issues with filing and service of retention applications for BGD, Province and Cooley (.2) | 0.20 |



BINGHAM GREENEBAUM DOLL LLP
3913 Solutions Center
Chicago, IL 60677-3009
1-800-436-3644
I.D. #61-1584266

B̲ingham G̲reenebaum D̲oll LLP

| | | |
|---|---|---|
| Official Committee of Unsecured Creditors,<br>Gregg Appliances<br>127821.000001 | Invoice No.:<br>Invoice Date:<br>Page | 4387943<br>May 15, 2017<br>9 |

| DATE | ATTORNEY/<br>PARALEGAL | TASK<br>CODE | DESCRIPTION | HOURS |
|---|---|---|---|---|
| 04/13/17 | TCS | B185 | Receipt, review memo and notice re proposed treatment of stub rent; receipt, review schedule of leases to be assumed | 0.50 |
| 04/14/17 | TMH | B120 | Work on UCC lien search and prepare lien results chart | 2.80 |
| 04/14/17 | WLM | B120 | Research perfection issues of certain personal property and finalized memo on Wells Fargo pre-petition liens | 3.90 |
| 04/14/17 | TCS | B230 | Review, revise memo regarding lender's pre-petition claim perfection and confer W. Mosby regarding same | 1.30 |
| 04/14/17 | TCS | B230 | Receipt, review motion to continue hearing on DIP and memo re same | 0.20 |
| 04/17/17 | SHM | B110 | Review and docket orders continuing hearings on Motion to Seal Portions of Silian Morrison Declaration and Hearing on DIP Motion and Interim DIP Order | 0.10 |
| 04/17/17 | JRI2 | B112 | Respond to inquires from unsecured creditor about the chapter 11 cases and related issues (.4); correspondence with M. Boyd of Cooley LLP, co-counsel to the Committee, regarding who will respond to a particular inquiry from an unsecured creditor (.1) | 0.50 |
| 04/17/17 | TMH | B120 | Finalize lien search results and discuss same with W. Mosby | 0.80 |
| 04/17/17 | WLM | B120 | E-mail correspondence with lead counsel re Wells Fargo pre-petition lien memo | 0.20 |
| 04/17/17 | JRI2 | B155 | Consider agenda of hearing on April 18, 2017 filed be Debtors' counsel (.1); consider entry of orders rescheduling hearing (.1) | 0.20 |
| 04/17/17 | TCS | B160 | Attend hearing on compensation procedures | 0.60 |
| 04/17/17 | TCS | B185 | Receipt, review M. Boyd memo and update on rejection of leases from Phase I GOB sales | 0.10 |
| 04/17/17 | TCS | B230 | Receipt, review orders on DIP hearing and motion to | 0.10 |



B̲ingham G̲reenebaum D̲oll LLP
3913 Solutions Center
Chicago, IL 60677-3009
1-800-436-3644
I.D. #61-1584266

BINGHAM GREENEBAUM DOLL LLP

Official Committee of Unsecured Creditors,
Gregg Appliances
127821.000001

| | | |
|---|---|---|
| Invoice No.: | 4387943 |
| Invoice Date: | May 15, 2017 |
| Page | 10 |

| DATE | ATTORNEY/ PARALEGAL | TASK CODE | DESCRIPTION | HOURS |
|---|---|---|---|---|
| | | | seal and new hearing date | |
| 04/17/17 | TCS | B230 | Receipt, review M. Boyd memo re additional loan documents for review and confer W. Mosby re same | 0.40 |
| 04/18/17 | JRI2 | B112 | Respond to creditor inquiry from former employee (.2); respond to creditor inquiry regarding submission of proofs of claim (.2) | 0.40 |
| 04/18/17 | WLM | B120 | Multiple e-mail correspondence with Cooley re Wells Fargo pre-petition lien memo; Review of Article 9 re same | 0.50 |
| 04/18/17 | TCS | B185 | Teleconference landlord counsel re stub rent notice | 0.20 |
| 04/18/17 | JRI2 | B190 | Correspondence with C. Hershcopf regarding preference recovery analysis and retention of professionals (.1); consider the same and follow-up correspondence with T. Scherer and W. Mosby (.1) | 0.20 |
| 04/18/17 | TCS | B230 | Confer W. Mosby re memo on pre-petition lien perfection and receipt, review W. Mosby reply and Cooley response re same | 0.70 |
| 04/19/17 | TCS | B110 | Teleconference T. Kaiser re counsel fees for pre-petition appeal and direction to DIP counsel re pending appeal | 0.30 |
| 04/19/17 | JRI2 | B112 | Respond to creditor inquires regarding submission of claims (.2) | 0.20 |
| 04/19/17 | WLM | B120 | Review of revised memo on Wells pre-petition liens and related law (0.9); Multiple e-mail correspondence with Cooley re same (0.3) | 1.20 |
| 04/19/17 | TCS | B160 | Order on compensation procedures and Stifel employment and compensation cap | 0.10 |
| 04/19/17 | JRI2 | B185 | Correspondence with co-counsel to the Committee regarding Debtors' lease rejection pleadings (.2) | 0.20 |
| 04/19/17 | TCS | B185 | Review, analysis M. Boyd memo re lease assumptions, rejections and other executory contracts including status of landlord adequate protection | 0.30 |



BINGHAM GREENEBAUM DOLL LLP
3913 Solutions Center
Chicago, IL 60677-3009
1-800-436-3644
I.D. #61-1584266

BINGHAM GREENEBAUM DOLL LLP

Official Committee of Unsecured Creditors,
Gregg Appliances
127821.000001

| | | | Invoice No.: | 4387943 |
| | | | Invoice Date: | May 15, 2017 |
| | | | Page | 11 |

| DATE | ATTORNEY/ PARALEGAL | TASK CODE | DESCRIPTION | HOURS |
|---|---|---|---|---|
| | | | claims | |
| 04/19/17 | JRI2 | B190 | Consider preference analysis sent by co-counsel to the Committee and discuss the same with T. Scherer (.3) | 0.30 |
| 04/19/17 | TCS | B230 | Receipt, review C. Hershcopf memo re GACP, DIP loan | 0.10 |
| 04/19/17 | TCS | B230 | Receipt, review memos re Wells Fargo lien perfection and confer W. Mosby re same | 0.80 |
| 04/20/17 | JRI2 | B112 | Respond to multiple inquires from landlords regarding lease rejection and stub rent issues (.3) | 0.30 |
| 04/20/17 | TCS | B230 | Conference call C. Hershcopf and debtor professionals re DIP financing and status of negotiation with GACP | 1.00 |
| 04/21/17 | JRI2 | B112 | Respond to creditor inquiry regarding lease rejection issues (.2) | 0.20 |
| 04/21/17 | TCS | B140 | Receipt, review Klipsch Group stay relief motion | 0.10 |
| 04/21/17 | TCS | B185 | Teleconference landlord creditor re question about lease rejection, mechanic's lien, directed call to debtor counsel | 0.20 |
| 04/24/17 | JRI2 | B112 | Correspondence with co-counsel to the Committee regarding status of case and conference call to discuss the same (.2); respond to creditor inquiry (.3) | 0.50 |
| 04/25/17 | TCS | B110 | Receipt, review UST notice re 1st meeting; Synchrony motion for protective order and request for hearing; withdrawal of sale motion; order on settlement | 0.50 |
| 04/25/17 | WLM | B112 | Multiple teleconferences with creditors re filing proofs of claim | 0.40 |
| 04/25/17 | WLM | B120 | Review of memo to committee re Wells Fargo pre-petition liens | 0.20 |
| 04/25/17 | TCS | B185 | Receipt, review debtor notices re lease assumptions and rejections | 0.10 |
| 04/25/17 | JRI2 | B190 | Conference and correspondence with T. Scherer regarding pursuit of avoidance actions (.2) | 0.20 |



BINGHAM GREENEBAUM DOLL LLP
3913 Solutions Center
Chicago, IL 60677-3009
1-800-436-3644
I.D. #61-1584266

Bingham Greenebaum Doll LLP

| | | | |
|---|---|---|---|
| Official Committee of Unsecured Creditors, Gregg Appliances 127821.000001 | | Invoice No.: | 4387943 |
| | | Invoice Date: | May 15, 2017 |
| | | Page | 12 |

| DATE | ATTORNEY/ PARALEGAL | TASK CODE | DESCRIPTION | HOURS |
|---|---|---|---|---|
| 04/25/17 | JRI2 | B230 | Participate in Committee call to discuss negotiations with secured lenders over DIP and case budget, as well as Committee's lien investigation of Wells Fargo's security interests (.8) | 0.80 |
| 04/25/17 | TCS | B230 | Receipt, review responses filed by Wells Fargo and debtor to creditor objections to DIP Financing motion | 0.40 |
| 04/25/17 | TCS | B230 | Review, analysis of DIP financing settlement proposal and counter (.5); Committee conference call to discuss DIP financing hearing and settlement offers (.6) | 1.10 |
| 04/25/17 | TCS | B310 | Receipt, review Hokanson memo re personal property tax claim; review statute and respond regarding treatment of tax as pre-petition unsecured claim; receipt, review responses from debtor, creditor | 0.60 |
| 04/26/17 | TCS | B110 | Attend 1st meeting of creditors | 1.00 |
| 04/26/17 | WLM | B150 | Attended 341 meeting for debtors | 1.30 |
| 04/26/17 | TCS | B160 | Receipt, review Hilco, Gordon Brothers response regarding employment for GOB sales | 0.20 |
| 04/26/17 | JRI2 | B185 | Correspondence with co-counsel to the Committee and Committee members regarding lease assumption and assignment, and lease rejection (.1) | 0.10 |
| 04/26/17 | TCS | B190 | Receipt, review hearing agenda; attend hearing on stay relief; receipt, review docket entry | 0.60 |
| 04/26/17 | JRI2 | B230 | Correspondence with T. Scherer regarding DIP and Cash Collateral Negotiations (.2) | 0.20 |
| 04/26/17 | TCS | B230 | Attend hearing on DIP financing and meet with C. Hershcopf, R. Kalnit regarding rescheduled hearing and May 1 hearing date | 0.80 |
| 04/28/17 | JRI2 | B190 | Correspondence with Committee members and co-professionals to the Committee regarding avoidance actions to pursue for benefit of creditors, and consider the same (.2) | 0.20 |



**Bingham Greenebaum Doll LLP**
3913 Solutions Center
Chicago, IL 60677-3009
1-800-436-3644
I.D. #61-1584266

BINGHAM GREENEBAUM DOLL LLP

| | |
|---|---|
| Official Committee of Unsecured Creditors,<br>Gregg Appliances<br>127821.000001 | Invoice No.:  4387943<br>Invoice Date:  May 15, 2017<br>Page         13 |

## TASK SUMMARY

| TASK | TASK DESCRIPTION | HOURS | AMOUNT |
|------|------------------|-------|--------|
| B110 | Case Administration | 4.00 | 1,767.00 |
| B112 | Creditor Inquiries | 5.20 | 1,777.50 |
| B120 | Asset Analysis & Recovery | 18.00 | 5,752.00 |
| B130 | Asset Sales and Other Disposition of Assets | 3.20 | 1,201.00 |
| B140 | Adequate Protection/Relief from Stay | 0.10 | 49.00 |
| B150 | Meetings&communication w/Debtor | 1.30 | 461.50 |
| B155 | Court Hearings | 2.40 | 826.50 |
| B160 | Employment Applications | 19.10 | 6,572.50 |
| B170 | Fee Applications | 0.10 | 34.00 |
| B185 | Executory Contracts and Leases | 4.80 | 2,067.50 |
| B190 | Litigation and Contested Matters | 6.60 | 3,099.00 |
| B230 | Financing/DIP/Cash Collateral Matters | 11.70 | 5,478.00 |
| B310 | Claims Administration and Objections | 0.60 | 294.00 |
| | | 77.10 | 29,379.50 |

FEES FOR PROFESSIONAL SERVICES RENDERED      $   29,379.50

INVOICE TOTAL      $   29,379.50

PRIOR UNPAID BALANCE      $    28,126.00

**BALANCE DUE**      $    57,505.50



BINGHAM GREENEBAUM DOLL LLP
3913 Solutions Center
Chicago, IL 60677-3009
1-800-436-3644
I.D. #61-1584266

Bɪɴɢʜᴀᴍ Gʀᴇᴇɴᴇʙᴀᴜᴍ Dᴏʟʟ LLP

| Official Committee of Unsecured Creditors, Gregg Appliances 127821.000001 | Invoice No.: | 4387943 |
| | Invoice Date: | May 15, 2017 |
| | Page | 14 |

SUMMARY OF PROFESSIONAL SERVICES

| ATTORNEY/PARALEGAL | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Thomas C. Scherer | 27.20 | 490.00 | 13,328.00 |
| Whitney L. Mosby | 22.60 | 355.00 | 8,023.00 |
| James R Irving | 18.20 | 340.00 | 6,188.00 |
| Trudy M Hunter | 4.40 | 210.00 | 924.00 |
| Susan H. Mays | 4.70 | 195.00 | 916.50 |
| | 77.10 | | 29,379.50 |



Bɪɴɢʜᴀᴍ Gʀᴇᴇɴᴇʙᴀᴜᴍ Dᴏʟʟ LLP
3913 Solutions Center
Chicago, IL 60677-3009
1-800-436-3644
I.D. #61-1584266

[FILE: BGDHeader.docx]

Official Committee of Unsecured Creditors, Gregg Appliances
c/o Renee B. Weiss, DDR Corp.- Committee Chairperson
3300 Enterprise Parkway
Beachwood, OH 44122

Account No.: 127821.000001
Invoice No.: 4387943
Invoice Date: May 15, 2017

---

**IN RE HHGREGG, INC. ET AL CHAPTER 11 CASE**

**REMITTANCE PAGE**

| | |
|---|---|
| INVOICE TOTAL | $ 29,379.50 |
| PRIOR UNPAID BALANCE | $ 28,126.00 |
| BALANCE DUE | $ 57,505.50 |

AGING OF OUTSTANDING INVOICES

| DATE | INVOICE | INVOICE AMOUNT | PAYMENT RECEIVED | BALANCE |
|---|---|---|---|---|
| 04/17/17 | 4385571 | 28,126.00 | 0.00 | 28,126.00 |
| Total | | | | 28,126.00 |

**PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE.**

**PLEASE RETURN THIS COPY WITH YOUR PAYMENT.**