

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1467464
May 16, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Asset Analysis and Recovery
       Our Matter No. 60605.0001

## INVOICE SUMMARY

For Services rendered through April 30, 2017

| | |
|---|---|
| Professional Services | $5,645.70 |
| Disbursements | $17.43 |
| **Total Current Invoice** | **$5,663.13** |



deals done

525+ transactions closed worth in excess of $20 billion in the past 5 years

Asset Analysis and Recovery
Our Matter No. 60605.0001

Invoice No. 1467464
May 16, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 04/10/2017 | HOKA J | Reviewed and discussed demands for recovery of display assets and other fixtures (.8); exchanges with Samsung's counsel regarding same(.2). | 1.00 |
| 04/10/2017 | HOKA J | Reviewed vendor contracts and prepare summary of vendor claims. | 3.60 |
| 04/11/2017 | HOKA J | Attention to vendor credit claims/issues. | 1.60 |
| 04/11/2017 | HOKA J | Call with Samsung counsel and follow up emails regarding settlement of accounts. | 0.60 |
| 04/27/2017 | HOKA J | Exchanges regarding LC-secured insurance policies and related claims. | 1.20 |
| 04/27/2017 | HOKA J | Continued work on vendor credit demands, and exchanged emails regarding same. | 1.40 |
| 04/28/2017 | HOKA J | Assisted with finalization of vendor credit demands. | 0.80 |
| **Total Professional Services** | | | **$5,645.70** |

## COSTS ADVANCED

| Description | Amount |
|-------------|--------|
| Courier Expense | $10.53 |
| Postage Expense | $6.90 |
| **Total Cost Advanced** | **$17.43** |

**Total Invoice Balance Due** — $5,663.13

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 05/16/17 | 1467464 | $5,663.13 | $0.00 | $5,663.13 |
| | | | **Total Balance Due** | **$5,663.13** |

Asset Analysis and Recovery                                                                    Invoice No. 1467464
Our Matter No. 60605.0001                                                                        May 16, 2017

**AGED AR**

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|------------|------------|-------------|------------|-------|
| $5,663.13 | $0.00 | $0.00 | $0.00 | $0.00 | $5,663.13 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



**LEGAL COUNSEL**

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Invoice No. 1467464
May 16, 2017

Re:     Asset Analysis and Recovery
        Our Matter No. 60605.0001

## INVOICE SUMMARY

For Services rendered through April 30, 2017

| | |
|---|---|
| Professional Services | $5,645.70 |
| Disbursements | $17.43 |
| **Total Current Invoice** | **$5,663.13** |

### Payment Options

Online Payments:
**ClientPay**
ClientPay®

Wire/ACH Instructions:
Huntington Bank
ABA for ACH     074000078
ABA for Wire     044000024
Account No.     01401048453
Swift Code:     HUNTUS33
Please Reference **Invoice No. 1467464**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1467464**

Questions or concerns, please email **payice@icemiller.com**

---

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1467465
May 16, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Asset Disposition
        Our Matter No. 60605.0002

## INVOICE SUMMARY

For Services rendered through April 30, 2017

| | |
|---|---|
| Professional Services | $4,408.20 |
| **Total Current Invoice** | **$4,408.20** |
| Previous Balance Due | $9,473.85 |
| Total Balance Due | $13,882.05 |



Asset Disposition

Invoice No. 1467465

Our Matter No. 60605.0002

May 16, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 04/03/2017 | FOWL S | Reviewed sale notice for publication in New York Times. | 0.30 |
| 04/03/2017 | FOWL S | Communicated with counsel for Tiger/GA regarding order on Phase II motion. | 0.20 |
| 04/04/2017 | HOKA J | Calls with consultant and review Committee counsel's correspondence regarding liquidation issues. | 0.30 |
| 04/05/2017 | CRIS T | Conferenced with Lee regarding Sterling Group leases and the sale procedures. | 0.10 |
| 04/05/2017 | FOWL S | Drafted motion to continue hearing on Hilco and motion to continue hearing on Tiger/GA motion. | 2.10 |
| 04/06/2017 | FOWL S | Reviewed objections to Phase II motion in preparation for hearing. | 1.80 |
| 04/07/2017 | FOWL S | Communicated with noticing agent regarding notice of cancellation of auction. | 0.20 |
| 04/07/2017 | FOWL S | Drafted notice of cancellation of going concern auction. | 0.60 |
| 04/07/2017 | FOWL S | Revised Phase II Sale Order to include agreements with Monster and Whirlpool. | 0.80 |
| 04/11/2017 | CRIS T | Attention to message from Franks, General Counsel, and conferenced with him concerning Indiana and Ohio store locations (.3); considered information to send to Franks concerning the store locations (.1); prepared correspondence with store information to Mr. Franks, copied to Apter (.5). | 0.90 |
| 04/11/2017 | HOKA J | Review, and calls and emails regarding, objections to stated cure amounts in going-concern sale motion. | 1.50 |
| 04/11/2017 | HOKA J | Responded to demands for segregation of display assets. | 0.40 |
| 04/12/2017 | CRIS T | Responded to inquiry from Callans regarding the Inverness store in Birmingham. | 0.30 |
| 04/14/2017 | EFRO H | Telephone call from attorney for potential bidder on IP. | 0.20 |
| 04/18/2017 | EFRO H | Telephone call from attorney for party interested in purchasing customer lists. | 0.20 |
| 04/18/2017 | FOWL S | Communicated with counsel for the liquidator regarding leased property at 132 stores; communicated with counsel for Farnum regarding same. | 0.30 |
| 04/18/2017 | FOWL S | Communicated with counsel for several potential purchasers of soft assets. | 0.30 |
| 04/19/2017 | EFRO H | Communications with Meth regarding client interest in purchasing assets. | 0.20 |
| 04/25/2017 | FOWL S | Communicated with counsel for prospective purchaser of intangible assets. | 0.20 |

Asset Disposition
Our Matter No. 60605.0002

Invoice No. 1467465
May 16, 2017

---

**Total Professional Services** **$4,408.20**

---

**Total Invoice Balance Due** $4,408.20

### OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 05/09/17 | 1465817 | $9,473.85 | $0.00 | $9,473.85 |
| 05/16/17 | 1467465 | $4,408.20 | $0.00 | $4,408.20 |
| | | | **Total Balance Due** | **$13,882.05** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|------------|-------|
| $13,882.05 | $0.00 | $0.00 | $0.00 | $0.00 | $13,882.05 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                    Invoice No. 1467465
Debtor-In-Possesion                                                          May 16, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:      Asset Disposition
         Our Matter No. 60605.0002

## INVOICE SUMMARY

For Services rendered through April 30, 2017

Professional Services                                                      $4,408.20

**Total Current Invoice**                                                  **$4,408.20**

Previous Balance Due                                                       $9,473.85

Total Balance Due                                                          $13,882.05

### Payment Options

Online Payments:                          Wire/ACH Instructions:
**ClientPay**                             Huntington Bank
                                          ABA for ACH     074000078
                                          ABA for Wire    044000024
                                          Account No.     01401048453
                                          Swift Code:     HUNTUS33
                                          Please Reference **Invoice No. 1467465**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1467465**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1467467
May 16, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:      Budgeting (Case)
         Our Matter No. 60605.0005

## INVOICE SUMMARY

For Services rendered through April 30, 2017

| | |
|---|---|
| Professional Services | $332.10 |
| **Total Current Invoice** | **$332.10** |
| | |
| Previous Balance Due | $1,162.35 |
| Total Balance Due | $1,494.45 |



Budgeting (Case)                                                          Invoice No. 1467467
Our Matter No. 60605.0005                                                       May 16, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 04/04/2017 | HOKA J | Compiled information and exchanges with BRG regarding fee accruals. | 0.60 |
| **Total Professional Services** | | | **$332.10** |

**Total Invoice Balance Due**                                                     $332.10

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 05/09/17 | 1465819 | $1,162.35 | $0.00 | $1,162.35 |
| 05/16/17 | 1467467 | $332.10 | $0.00 | $332.10 |
| | | | **Total Balance Due** | **$1,494.45** |

## AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|------------|------------|-------------|------------|-------|
| $1,494.45 | $0.00 | $0.00 | $0.00 | $0.00 | $1,494.45 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.        Invoice No. 1467467
Debtor-In-Possesion        May 16, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Budgeting (Case)
       Our Matter No. 60605.0005

### INVOICE SUMMARY

For Services rendered through April 30, 2017

| | |
|---|---:|
| Professional Services | $332.10 |
| **Total Current Invoice** | **$332.10** |
| Previous Balance Due | $1,162.35 |
| Total Balance Due | $1,494.45 |

### Payment Options

Online Payments:         Wire/ACH Instructions:
**ClientPay**                Huntington Bank
                           ABA for ACH    074000078
                           ABA for Wire   044000024
                           Account No.    01401048453
                           Swift Code:     HUNTUS33
                           Please Reference **Invoice No. 1467467**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1467467**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1467468
May 16, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Business Operations
        Our Matter No. 60605.0006

## INVOICE SUMMARY

For Services rendered through April 30, 2017

| | |
|---|---:|
| Professional Services | $56,997.90 |
| **Total Current Invoice** | **$56,997.90** |
| | |
| Previous Balance Due | $73,181.98 |
| Total Balance Due | $130,179.88 |



Business Operations
Our Matter No. 60605.0006

Invoice No. 1467468
May 16, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 04/02/2017 | CRIS T | Revised the Notice of Motion to Approve Settlement in conjunction to review of local rules and forms (.8); prepared instructions for service and filing of the Motion to Approve Settlement and Notice of Motion and Objection Deadline (.3). | 1.10 |
| 04/03/2017 | CRIS T | Finalized and electronically filed the Motion to Approve Settlement with Capital Construction Services and the Notice of Motion (.6); reviewed the as-filed Motion to Approve Settlement with Capital Construction Services and the Notice of Motion and forwarded the same with instructions for service by the Claims and Noticing Agent (.7); revised and uploaded the proposed Order to approve the settlement with Capital Construction Services (.5). | 1.80 |
| 04/03/2017 | HOKA J | Responded to customer calls and emails. | 2.00 |
| 04/03/2017 | HOKA J | Responded to client's inquiry regarding treatment of deposits. | 0.20 |
| 04/03/2017 | HOKA J | Exchange emails with client officer regarding reconciliation of Vantiv account. | 0.20 |
| 04/03/2017 | HOKA J | Exchanged emails with counsel to Anthem. | 0.20 |
| 04/04/2017 | FOWL S | Attended strategy call with client and professionals. | 0.50 |
| 04/04/2017 | HOKA J | Responded to customer calls and emails. | 1.60 |
| 04/04/2017 | HOKA J | Exchanges with customer regarding share value/transfers. | 0.20 |
| 04/04/2017 | HOKA J | Continued exchanges with OH Dept of Workers Comp. regarding April 5th hearing. | 0.80 |
| 04/04/2017 | HOKA J | Participated in daily call of management and advisors. | 0.60 |
| 04/05/2017 | BANT H | Conducted correspondence with client regarding client's interest in a plan for preservation of archived corporate data post-bankruptcy and reviewing list of corporate data; correspondence regarding preparation of data archiving plan. | 0.50 |
| 04/05/2017 | HOKA J | Respond to customer calls and emails. | 1.20 |
| 04/05/2017 | HOKA J | Exchanges internally and with BRG officers regarding record retention policies. | 0.70 |
| 04/05/2017 | HOKA J | Exchanges regarding Installs' proposed Trade Agreement. | 0.60 |
| 04/05/2017 | HOKA J | Responded to BRG's inquiry regarding treatment of deposit claims. | 0.50 |
| 04/05/2017 | HOKA J | Telephonically participate in SIRP hearing before OH Dept of Workers' Comp., and provide promised information. | 1.20 |

Business Operations
Our Matter No. 60605.0006

Invoice No. 1467468
May 16, 2017

| | | | |
|---|---|---|---|
| 04/06/2017 | DODD D | Analyzed document retention requirements under various applicable laws and industry standards to determine which documents must be archived following liquidation. | 3.00 |
| 04/06/2017 | BOSE S | Began reviewing record retention requirements. | 0.70 |
| 04/06/2017 | HOKA J | Responded to customer calls and emails. | 0.80 |
| 04/06/2017 | HOKA J | Exchanges regarding CIT account and shipment of inventory/credit refunds. | 0.60 |
| 04/06/2017 | HOKA J | Call with XPO's counsel. | 0.20 |
| 04/07/2017 | DODD D | Continued analyzing document retention requirements under various applicable laws and industry standards to determine which must be archived following liquidation. | 6.00 |
| 04/07/2017 | HOKA J | Reviewed and assisted with finalization of press release. | 0.60 |
| 04/07/2017 | HOKA J | Respond to customer calls and emails. | 1.20 |
| 04/08/2017 | HOKA J | Participated in extended calls and email exchanges regarding commencement of GOB sales. | 5.80 |
| 04/09/2017 | BOSE S | Attention to amending document retention guidelines. | 1.10 |
| 04/09/2017 | HOKA J | Continued participation in calls and email exchanges regarding GOB issues. | 6.00 |
| 04/10/2017 | BANT H | Conference regarding election of Chief Restructuring Officer; conducted multiple correspondence with client regarding data archiving plan and effect of liquidation on timing reported in archiving plan; correspondence and conference regarding effect of liquidation on timing reported in archiving plan. | 0.60 |
| 04/10/2017 | CRIS T | Reviewed the letter concerning rescission of order by Wallers at the Augusta, Georgia location and forwarded the same. | 0.30 |
| 04/10/2017 | BOSE S | Continued amending document retention guidelines. | 0.70 |
| 04/11/2017 | BANT H | Conducted multiple correspondence with client and consulting firm regarding request for revision of data preservation plan in view of client's liquidation; correspondence regarding need for review of data preservation plan and client's concerns with original plan. | 0.40 |
| 04/11/2017 | CRIS T | Reviewed the status of the Certificate of Service and followed-up regarding Donlin's affidavit. | 0.30 |
| 04/11/2017 | FOWL S | Communicated with counsel for Samsung regarding credits. | 0.30 |
| 04/11/2017 | HOKA J | Exchanged emails regarding record retention issues. | 0.30 |
| 04/11/2017 | HOKA J | Creditor calls. | 1.40 |

Business Operations
Our Matter No. 60605.0006

Invoice No. 1467468
May 16, 2017

| | | | |
|---|---|---|---|
| 04/12/2017 | CRIS T | Reviewed the Certificate of Service for the Notice of Motion to Approve Settlement with Capital Construction Services, LLC and Levee Partners, LLC (.5); considered the notice provided and next steps in approval of the settlement, and prepared a summary of the same (.6). | 1.10 |
| 04/12/2017 | FOWL S | Communicated with client regarding PTO. | 0.40 |
| 04/12/2017 | FOWL S | Communicated with client regarding Synchrony issues. | 0.60 |
| 04/13/2017 | FOWL S | Finalized March stub rent proposal notice. | 0.50 |
| 04/13/2017 | FOWL S | Communicated with counsel for Farnum regarding lease of POS equipment. | 0.30 |
| 04/13/2017 | FOWL S | Communicated with professionals regarding status of GOB sales and PTO. | 0.50 |
| 04/13/2017 | HOKA J | Exchanges regarding Vantiv account. | 0.50 |
| 04/13/2017 | HOKA J | Participated in call regarding employee wage and benefit issues. | 0.40 |
| 04/15/2017 | FOWL S | Communicated with client regarding accrued PTO. | 0.30 |
| 04/15/2017 | HOKA J | Extended calls and emails exchanges regarding protocal and requirements for liquidation. | 4.50 |
| 04/16/2017 | HOKA J | Extended calls and emails exchanges regarding protocal and requirements for liquidation. | 3.70 |
| 04/18/2017 | FOWL S | Communicated with client and Ogletree regarding PTO issues. | 1.10 |
| 04/19/2017 | HOKA J | Met with company and opposing counsel and attended hearing. | 9.30 |
| 04/20/2017 | HOKA J | Attention to business and liquidation issues. | 10.20 |
| 04/21/2017 | FOWL S | Communicated with client regarding credit card issues. | 0.40 |
| 04/21/2017 | HOKA J | All day attention to sale and liquidation issues. | 8.50 |
| 04/23/2017 | HOKA J | Extended calls and attention to liquidation issues. | 5.80 |
| 04/24/2017 | FOWL S | Advised regarding motion for KIEP and KERP. | 0.40 |
| 04/24/2017 | FOWL S | Communicated with client regarding benefits. | 0.90 |
| 04/24/2017 | HOKA J | Paricipated in numerous calls with BRG and company officers. | 2.90 |
| 04/24/2017 | HOKA J | Continued exchanges with J. Dorsey regarding questionable invoices. | 0.30 |
| 04/25/2017 | CRIS T | Attention to the status of the 9019 Motion for the settlement with Capital Construction Services, LLC and Levee Partners, LLC and the Order entered by the Court (.2); requested and arranged for a certified copy of the Order approving settlement to effectuate the agreement (.3); requested service of the Order approving settlement per the Court's direction (.1). | 0.60 |

Business Operations
Our Matter No. 60605.0006

Invoice No. 1467468
May 16, 2017

| 04/25/2017 | SWET D | Exchanged emails with Levee Partners and Escrow Agent regarding conclusion of settlement (.30); reviewed order approving settlement (.20). | 0.50 |
| 04/25/2017 | FOWL S | Communicated with client and Anthem regarding strategy for health and vision insurance. | 0.70 |
| 04/25/2017 | HOKA J | Extended calls and email exchanges regarding GOB issues. | 4.20 |
| 04/25/2017 | HOKA J | Met with Client and BRG officers regarding Budget issues/ vendor credits/etc. | 2.00 |
| 04/27/2017 | HOKA J | Respond to BRG's inquiries regarding Debtors' authority in respect of returned and defective goods. | 0.50 |
| 04/27/2017 | HOKA J | Exchanges regarding communications with OH Dept of WC. | 0.40 |
| 04/27/2017 | HOKA J | Respond to BRG's inquiry regarding treatment of returned merchandise and deposit refunds. | 0.30 |
| 04/28/2017 | HOKA J | Attended to creditor calls. | 1.60 |
| 04/28/2017 | HOKA J | Exchanges regarding Synchrony claim/collateral. | 0.90 |
| 04/28/2017 | HOKA J | Exchanges regarding accounting for deferred rent claims. | 0.40 |
| 04/28/2017 | HOKA J | Calls and email exchanges regarding return of recalled Samsung inventory. | 1.10 |

| **Total Professional Services** | **$56,997.90** |
| --- | --- |

**Total Invoice Balance Due** $56,997.90

### OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
| --- | --- | --- | --- | --- |
| 05/09/17 | 1465820 | $73,181.98 | $0.00 | $73,181.98 |
| 05/16/17 | 1467468 | $56,997.90 | $0.00 | $56,997.90 |
| | | | **Total Balance Due** | **$130,179.88** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
| --- | --- | --- | --- | --- | --- |
| $130,179.88 | $0.00 | $0.00 | $0.00 | $0.00 | $130,179.88 |

Business Operations
Our Matter No. 60605.0006

Invoice No. 1467468
May 16, 2017

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                          Invoice No. 1467468
Debtor-In-Possesion                                              May 16, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Business Operations
        Our Matter No. 60605.0006

## INVOICE SUMMARY

For Services rendered through April 30, 2017

Professional Services                                            $56,997.90

**Total Current Invoice**                                       **$56,997.90**

Previous Balance Due                                             $73,181.98

Total Balance Due                                               $130,179.88

### Payment Options

Online Payments:                    Wire/ACH Instructions:
**ClientPay**                       Huntington Bank
                                    ABA for ACH     074000078
                                    ABA for Wire    044000024
                                    Account No.     01401048453
                                    Swift Code:     HUNTUS33
                                    Please Reference **Invoice No. 1467468**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1467468**

Questions or concerns, please email **payice@icemiller.com**

---

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1467466
May 16, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:      Assumption and Rejection of Leases and Contracts
         Our Matter No. 60605.0003

## INVOICE SUMMARY

For Services rendered through April 30, 2017

| | |
|---|---|
| Professional Services | $23,597.55 |
| **Total Current Invoice** | **$23,597.55** |
| | |
| Previous Balance Due | $32,658.45 |
| Total Balance Due | $56,256.00 |



Assumption and Rejection of Leases and Contracts
Our Matter No. 60605.0003

Invoice No. 1467466
May 16, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 04/02/2017 | FOWL S | Commenced draft of objection to the lease rejection procedures motion. | 2.10 |
| 04/03/2017 | FOWL S | Drafted memo regarding objections to Lease Procedures Motion and approach to resolving same. | 1.80 |
| 04/03/2017 | FOWL S | Reviewed and analyzed objections to proposed lease assumption/rejection procedures. | 2.30 |
| 04/04/2017 | CRIS T | Attention to correspondence from Blakely concerning the cure amount for Meridian Home Furnishings. | 0.30 |
| 04/04/2017 | FOWL S | Communicated with noticing agent regarding service of motion to reject portion of first 88 GOB leases. | 0.20 |
| 04/04/2017 | FOWL S | Revised and finalized motion to reject portion of first 88 GOB leases. | 1.10 |
| 04/04/2017 | FOWL S | Communicated with several counsel for landlords regarding language in lease procedures order. | 0.80 |
| 04/04/2017 | FOWL S | Drafted motion to shorten notice on motion to reject portion of 88 leases. | 1.40 |
| 04/04/2017 | FOWL S | Drafted motion to reject portion of first 88 GOB leases. | 1.80 |
| 04/04/2017 | FOWL S | Revised order on lease procedures motion based on comments from landlords. | 0.60 |
| 04/04/2017 | HOKA J | Exchanges with Colts' counsel regarding Debtor's intentions. | 0.20 |
| 04/04/2017 | HOKA J | Exchanged emails and review consultant's directive regarding leases to be rejected. | 0.60 |
| 04/05/2017 | EFRO H | Telephone call from lease broker regarding available leases. | 0.20 |
| 04/05/2017 | CRIS T | Attention to various filings with respect to the lease procedures motion. | 0.10 |
| 04/05/2017 | FOWL S | Drafted notice of amended bid procedures order. | 0.80 |
| 04/05/2017 | FOWL S | Drafted motion to reject executory contract with Synchrony (1.1); communicated with client regarding same (.2). | 1.30 |
| 04/05/2017 | FOWL S | Communicated with Hilco regarding lease procedures order. | 0.30 |
| 04/05/2017 | FOWL S | Communicated with landlords regarding lease procedures order. | 0.50 |
| 04/05/2017 | FOWL S | Drafted notice of revised schedule of contracts and leases. | 0.60 |
| 04/05/2017 | FOWL S | Communicated with MLB regarding lease procedures order. | 0.80 |
| 04/05/2017 | FOWL S | Continued revisions to order on lease assumption/rejection procedures based on landlord objections. | 1.30 |

Assumption and Rejection of Leases and Contracts
Our Matter No. 60605.0003

Invoice No. 1467466
May 16, 2017

| | | | |
|---|---|---|---|
| 04/05/2017 | HOKA J | Exchanged regarding revisions to Lease Procedures Order (.8), and parties interested in bidding on specified leases (.3). | 1.10 |
| 04/06/2017 | CRIS T | Considered correspondence from Blakeley regarding Meridian Home Furnishings and responding to the same (.10); reviewed the Notice of Cure Claims and considered a response to Blakeley regarding Meridian Home Furnishings (.50); prepared a response to Blakeley concerning the Meridian Home Furnishings cure amount and attention to his reply (.60). | 1.20 |
| 04/06/2017 | FOWL S | Communicated with counsel for several landlords regarding further revisions to proposed order on lease procedures order. | 0.40 |
| 04/06/2017 | FOWL S | Communicated with counsel for landlord regarding Pittsburgh property. | 0.20 |
| 04/06/2017 | FOWL S | Communicated with counsel for landlord regarding changes to proposed order on lease rejection motion. | 0.20 |
| 04/06/2017 | FOWL S | Finalized motion to reject Synchrony contract. | 0.50 |
| 04/07/2017 | CRIS T | Reviewed the Order Approving Expedited Procedures to Assume or Reject Leases and Abandon Property. | 0.10 |
| 04/07/2017 | FOWL S | Communicated with counsel for several landlords regarding changes to lease procedures order. | 0.30 |
| 04/09/2017 | CRIS T | Attention to a response about cure claims and inquired about the same. | 0.20 |
| 04/10/2017 | CRIS T | Followed up on the status of cure claim matters (.1); prepared follow-up correspondence to Blakeley concerning the cure objection deadline for Meridian Home Furnishings (.7). | 0.80 |
| 04/10/2017 | FOWL S | Communicated with client regarding lease rejection letter and procedures. | 0.60 |
| 04/10/2017 | FOWL S | Communicated with Hilco regarding lease rejection procedures and rejections made pursuant to same. | 0.40 |
| 04/10/2017 | FOWL S | Communicated with Hilco and Pensacola landlord regarding showing of property prior to rejection. | 0.20 |
| 04/10/2017 | HOKA J | Exchanges with GE's counsel regarding extension of objection deadline. | 0.20 |
| 04/11/2017 | CRIS T | Attention to correspondence from Blakeley and docketed Meridian Home Furnishing's cure objection deadline. | 0.10 |
| 04/11/2017 | FOWL S | Communicated with BRG regarding lease rejections. | 0.20 |
| 04/11/2017 | FOWL S | Communicated with Hilco regarding Greenville, KY lease. | 0.20 |
| 04/11/2017 | FOWL S | Communicated with counsel for several landlords regarding revisions to order on omnibus rejection motion (.4); revised proposed order based on same (.4). | 0.80 |
| 04/11/2017 | FOWL S | Drafted motion to vacate hearing and notice of procedures with respect to assignment and assumption of leases. | 2.10 |

Assumption and Rejection of Leases and Contracts
Our Matter No. 60605.0003

Invoice No. 1467466
May 16, 2017

| 04/11/2017 | FOWL S | Analyzed motion to assume or reject contract filed by Electrolux. | 0.60 |
| 04/11/2017 | FOWL S | Communicated with counsel for landlords regarding hearings scheduled for April 12. | 0.20 |
| 04/11/2017 | HOKA J | Reviewed, called and emailed regarding, objections to First Omnibus Rejection of Leases. | 1.20 |
| 04/11/2017 | HOKA J | Call with Principal Insurance counsel regarding termination of NQDC Plan. | 0.80 |
| 04/12/2017 | CRIS T | Reviewed the Motion to Clarify Procedures for Assumption and Assignment of Contracts and Leases. | 0.10 |
| 04/12/2017 | FOWL S | Communicated with client, Hilco, and counsel for several landlords regarding lease rejections. | 0.80 |
| 04/12/2017 | FOWL S | Finalized revisions to order granting lease rejection motion in preparation for hearing. | 0.50 |
| 04/12/2017 | HOKA J | Calls from creditors respecting cure amounts and protocol for dispute. | 1.70 |
| 04/13/2017 | FOWL S | Finalized 10-day notice. | 0.60 |
| 04/13/2017 | FOWL S | Communicated with counsel for Aldi regarding lease assumption. | 0.50 |
| 04/13/2017 | FOWL S | Reviewed and finalized lease rejection notices. | 0.90 |
| 04/13/2017 | FOWL S | Communicated with counsel for Easton landlord regarding signage and lease designation rights. | 0.30 |
| 04/13/2017 | FOWL S | Communicated with counsel for various landlords regarding lease rejections. | 0.60 |
| 04/13/2017 | FOWL S | Participated in call regarding lease rejections. | 0.80 |
| 04/13/2017 | HOKA J | Exchanges regarding possession of keys to rejected lease locations (.8); respond to landlords and their counsel regarding rejection issues (.6); assist with delivery of additional rejection notices (.5). | 1.90 |
| 04/13/2017 | HOKA J | Call regarding and assist with communications regarding payment of stub rent. | 0.80 |
| 04/16/2017 | FOWL S | Communicated with client and Hilco regarding status of leases for several locations. | 0.40 |
| 04/17/2017 | FOWL S | Communicated with client regarding 10-day lease rejection letter and related issues. | 0.30 |
| 04/17/2017 | FOWL S | Communicated with client regarding keys for rejected leases. | 0.20 |
| 04/17/2017 | FOWL S | Finalized notice of leases to be rejected. | 0.60 |
| 04/17/2017 | FOWL S | Finalized order on Towson Lease. | 0.50 |
| 04/17/2017 | FOWL S | Communicated with several counsel for landlords regarding leases. | 0.60 |

Assumption and Rejection of Leases and Contracts

Invoice No. 1467466

Our Matter No. 60605.0003

May 16, 2017

| 04/17/2017 | HOKA J | Exchanges with counsel to Fordbook, LLC and other landlords regarding lease assumption/rejection procedures. | 0.20 |
|---|---|---|---|
| 04/18/2017 | FOWL S | Finalized amended order on motion for extension of time to assume/reject leases. | 0.30 |
| 04/18/2017 | FOWL S | Drafted letter to successful bidders and landlords for assignment of leases for 88 stores. | 0.70 |
| 04/18/2017 | FOWL S | Communicated with counsel for landlord regarding ability to access property prior to rejection. | 0.20 |
| 04/18/2017 | FOWL S | Communicated with Hilco regarding status of assignment of original 88 leases. | 0.80 |
| 04/18/2017 | FOWL S | Finalized 4.18.17 lease rejection notice. | 0.30 |
| 04/18/2017 | FOWL S | Attended to issues related to first 10-day notices sent (.5); communicated with counsel for various landlords regarding same (.4); drafted follow up letters to landlords based on same (.8). | 1.70 |
| 04/18/2017 | FOWL S | Revised letters and notices to landlords for lease rejections (1.2); communicated with client regarding same (.3). | 1.50 |
| 04/19/2017 | FOWL S | Communicated with Hilco regarding assignment of leases and communications with winning bidders and landlords. | 0.40 |
| 04/19/2017 | FOWL S | Drafted second lease rejection notice. | 0.40 |
| 04/19/2017 | FOWL S | Drafted 10-day notice of contract rejection (.4); communicated with client regarding same (.2). | 0.60 |
| 04/19/2017 | FOWL S | Revised and finalized notice of lease determination for additional leases for 88 stores. | 0.50 |
| 04/19/2017 | FOWL S | Communicated with counsel for Aldi regarding proposed changes to leases for assignment. | 0.40 |
| 04/20/2017 | HOKA J | Call with R. Dill regarding stub rent issues. | 0.20 |
| 04/21/2017 | FOWL S | Communicated with counsel for Annapolis location regarding assignment process. | 0.20 |
| 04/21/2017 | FOWL S | Communicated with counsel for 132 landlord regarding auction process. | 0.30 |
| 04/21/2017 | FOWL S | Reviewed and analyzed bid for Annapolis lease; communicated with Hilco regarding same. | 0.60 |
| 04/24/2017 | EFRO H | Advised regarding contract rejection issue (form of order). | 0.30 |
| 04/24/2017 | FOWL S | Drafted rejection of Electrolux contract; communicated with client regarding same. | 0.70 |

Assumption and Rejection of Leases and Contracts

Our Matter No. 60605.0003

Invoice No. 1467466
May 16, 2017

| 04/24/2017 | FOWL S | Drafted Notice of Lease Determination for leases being assumed and assigned. | 1.10 |
|---|---|---|---|
| 04/25/2017 | FOWL S | Finalized notice of rejection of Electrolux contract. | 0.40 |
| 04/25/2017 | FOWL S | Communicated with landlord of Annapolis property regarding lease. | 0.10 |
| 04/25/2017 | FOWL S | Communicated with counsel for a landlord regarding lease procedures for phase II stores. | 0.30 |
| 04/25/2017 | FOWL S | Drafted notice of termination of leases. | 0.50 |
| 04/25/2017 | FOWL S | Communicated with landlord of Potomac store regarding assumption of lease. | 0.20 |
| 04/25/2017 | FOWL S | Communicated with counsel for landlord regarding status of phase II leases. | 0.20 |
| 04/25/2017 | FOWL S | Revised Notice of Lease Determination for assumed and assigned leases. | 1.50 |
| 04/26/2017 | FOWL S | Communicated with client regarding lease rejection issues. | 0.60 |
| 04/26/2017 | FOWL S | Communicated with client regarding lease rejection issues. | 0.60 |
| 04/27/2017 | CRIS T | Attention to correspondence from Callans concerning the Birmingham, Alabama store and prepared correspondence to Beck concerning the same. | 0.10 |
| 04/28/2017 | JORI W | Communications with Hilco regarding assumption and assignment agreements. | 0.20 |
| 04/28/2017 | JORI W | Drafted notice of assignment of leases and internal communications regarding handling of same. | 0.80 |
| 04/28/2017 | JORI W | Received and reviewed ALDI agreement for Ft. Lauderdale store and gathered information to prepare notice of assignment of leases. | 0.70 |
| 04/28/2017 | HOKA J | Exchanges regarding lease rejection and assumption/assignment notices. | 1.30 |
| 04/28/2017 | HOKA J | Responded to BRG's inquiries regarding effect of rejection and claim calculation. | 0.80 |

| **Total Professional Services** | **$23,597.55** |
|---|---|

| **Total Invoice Balance Due** | $23,597.55 |
|---|---|

Assumption and Rejection of Leases and Contracts

Our Matter No. 60605.0003

Invoice No. 1467466

May 16, 2017

### OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 05/09/17 | 1465818 | $32,658.45 | $0.00 | $32,658.45 |
| 05/16/17 | 1467466 | $23,597.55 | $0.00 | $23,597.55 |
| | | | **Total Balance Due** | **$56,256.00** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $56,256.00 | $0.00 | $0.00 | $0.00 | $0.00 | $56,256.00 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Invoice No. 1467466
May 16, 2017

Re:    Assumption and Rejection of Leases and Contracts
       Our Matter No. 60605.0003

### INVOICE SUMMARY

For Services rendered through April 30, 2017

| | |
|---|---|
| Professional Services | $23,597.55 |
| **Total Current Invoice** | **$23,597.55** |
| Previous Balance Due | $32,658.45 |
| Total Balance Due | $56,256.00 |

### Payment Options

**Online Payments:**
**ClientPay**

**Wire/ACH Instructions:**
Huntington Bank
ABA for ACH      074000078
ABA for Wire     044000024
Account No.      01401048453
Swift Code:      HUNTUS33
Please Reference **Invoice No. 1467466**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1467466**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1467470
May 16, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Claims Administration and Objections
        Our Matter No. 60605.0008

## INVOICE SUMMARY

For Services rendered through April 30, 2017

Professional Services                                    $4,603.50

**Total Current Invoice**                              **$4,603.50**



525+ transactions closed worth in excess of $20 billion in the past 5 years

Claims Administration and Objections
Our Matter No. 60605.0008

Invoice No. 1467470
May 16, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 04/03/2017 | HOKA J | Responded to inquiry by Ubermedia. | 0.20 |
| 04/04/2017 | HOKA J | Exchanges with Icon's counsel and review Agreement (1.2); exchanges with client officer regarding efforts to identify "Icon inventory," and email to Icon's counsel regarding preservation of objection deadline (.4). | 1.60 |
| 04/04/2017 | HOKA J | Exchange emails with officers of Ohio Dept of Workers Comp regarding future treatment of claims (.6); calls and email exchanges with Sedgwick's counsel regarding administration of claims (.5). | 1.10 |
| 04/05/2017 | FOWL S | Communicated with IRS regarding tax returns. | 0.20 |
| 04/05/2017 | HOKA J | Responded to inquiries of Monster's counsel regarding proposed settlement. | 0.50 |
| 04/06/2017 | HOKA J | Responded to, and exchanged messages with client officers, regarding BluSky agreement. | 0.30 |
| 04/06/2017 | HOKA J | Call and subsequent emails with XPO's counsel regarding status of proceedings. | 0.50 |
| 04/07/2017 | HOKA J | Exchanges with client officers and Icon's counsel regarding inventory issues. | 0.60 |
| 04/10/2017 | HOKA J | Continued exchanges with Icon counsel and Client officers regarding inventory. | 0.40 |
| 04/11/2017 | HOKA J | Exchanged emails with counsel to construction vendor. | 0.20 |
| 04/12/2017 | HOKA J | Call with W. Burris regarding claim. | 0.30 |
| 04/12/2017 | HOKA J | Call with counsel regarding claims and credits of Samsung, and subsequent internal exchanges regarding same. | 0.80 |
| 04/17/2017 | HOKA J | Responded to creditor calls and emails. | 1.40 |
| 04/18/2017 | HOKA J | Exchanged with debtors' counsel in Kisting litigation regarding status of bankruptcy case. | 0.30 |

| **Total Professional Services** | **$4,603.50** |
|---|---|

| **Total Invoice Balance Due** | $4,603.50 |
|---|---|

Claims Administration and Objections
Our Matter No. 60605.0008

Invoice No. 1467470
May 16, 2017

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 05/16/17 | 1467470 | $4,603.50 | $0.00 | $4,603.50 |
| | | | **Total Balance Due** | **$4,603.50** |

## AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---|---|---|---|---|---|
| $4,603.50 | $0.00 | $0.00 | $0.00 | $0.00 | $4,603.50 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries, please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Invoice No. 1467470
May 16, 2017

Re:    Claims Administration and Objections
       Our Matter No. 60605.0008

## INVOICE SUMMARY

For Services rendered through April 30, 2017

Professional Services                                                $4,603.50

**Total Current Invoice**                                            **$4,603.50**

### Payment Options

Online Payments:                Wire/ACH Instructions:
**ClientPay**                   Huntington Bank
ClientPay                       ABA for ACH      074000078
                                ABA for Wire     044000024
                                Account No.      01401048453
                                Swift Code:      HUNTUS33
                                Please Reference **Invoice No. 1467470**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1467470**

Questions or concerns, please email **payice@icemiller.com**

---

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1467471
May 16, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Corporate Governance and Board Matters
        Our Matter No. 60605.0009

## INVOICE SUMMARY

For Services rendered through April 30, 2017

| | |
|---|---|
| Professional Services | $35,046.00 |
| Disbursements | $16.80 |
| **Total Current Invoice** | **$35,062.80** |
| Previous Balance Due | $58,345.25 |
| Total Balance Due | $93,408.05 |



Corporate Governance and Board Matters
Our Matter No. 60605.0009

Invoice No. 1467471
May 16, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 04/01/2017 | THOR J | Attention to lender requests and preparation for 4/3/17 Board of Directors meeting. | 1.90 |
| 04/02/2017 | THOR J | Telephone conference call with working group on 4/3/17 Board meeting and current strategic alternative process and status. | 0.70 |
| 04/02/2017 | THOR J | Review of current law on role of Board in the Chapter 11 proceeding in connection with approval of various sale or restructuring transactions. | 2.30 |
| 04/02/2017 | FOWL S | Communicated with client and professionals regarding strategy for board meeting. | 1.10 |
| 04/02/2017 | FOWL S | Analyzed duties owed by directors during chapter 11 and liquidation. | 3.20 |
| 04/03/2017 | THOR J | Prepared for and participated in Board meeting. | 1.40 |
| 04/03/2017 | FOWL S | Communicated with MLB regarding board resolutions related to resignations and appointment of CRO. | 0.40 |
| 04/03/2017 | FOWL S | Attended board meeting. | 1.10 |
| 04/03/2017 | HOKA J | Participated in Board meeting (1.0) and after call with co-counsel (.2). | 1.20 |
| 04/04/2017 | THOR J | Telephone conference with C. Bankovich regarding pending issues and employment termination issues. | 0.80 |
| 04/05/2017 | THOR J | Attention to IP identification and realization opportunities. | 0.70 |
| 04/07/2017 | THOR J | Preparation of Minutes of 4/3/17 Board meeting and transmittal to C. Bankovich (1.6); attention to results of hearing and direction of go-forward actions of Board and management (2.2). | 3.80 |
| 04/07/2017 | HOKA J | Reviewed and assisted with finalization of proposed Board Minutes. | 0.80 |
| 04/10/2017 | THOR J | Attention to governance issues to be addressed by the Board (1.9 HR.); prepared for and attended Board meeting (1.7 HR.). | 3.60 |
| 04/10/2017 | FOWL S | Attended Board meeting. | 0.80 |
| 04/10/2017 | HOKA J | Participated in Board call and subsequent discussions. | 1.20 |
| 04/11/2017 | THOR J | Attention to required corporate action to implement reduced Board sizes (HH Gregg and Gregg appliances) and to engage a CRO. | 2.20 |
| 04/12/2017 | THOR J | Attention to vacation and other obligations owed to employees and related governance/authorization issues. | 1.60 |

Corporate Governance and Board Matters                                          Invoice No. 1467471
Our Matter No. 60605.0009                                                       May 16, 2017

| 04/18/2017 | THOR J | Attention to vacation/PTO potential liability issues and telephone conference of working group on the same and follow-up on D&O and employment practices insurance issues (3.3 HR); preparation of minutes of Board meeting on 4/10/17 (1.5 HR). | 4.80 |
|---|---|---|---|
| 04/18/2017 | BERG A | Reviewed the Directors and Officers insurance policy for a wage and hour exclusion and application of the retention. | 1.60 |
| 04/19/2017 | THOR J | Prepared for and participated in Board meeting. | 2.60 |
| 04/19/2017 | FOWL S | Attended board meeting. | 1.50 |
| 04/21/2017 | HOKA J | Drafted minutes for April 19 Board meeting. | 1.00 |
| 04/22/2017 | THOR J | Attention to governance issues and preparation of minutes of April 19, 2017 Board meeting and transmittal to C. Bankovich. | 2.40 |
| 04/23/2017 | HOKA J | Reviewed and assisted with finalization of April 19 Board Minutes. | 0.20 |
| 04/24/2017 | THOR J | Preparation for and Board meeting (1.8 HR); attention to D&O and Employment Practices insurance issues (.9 HR). | 2.70 |
| 04/24/2017 | FOWL S | Attended Board meeting. | 0.50 |
| 04/24/2017 | HOKA J | Participated in Board call. | 0.40 |
| 04/26/2017 | THOR J | Telephone conference of working group and Board on DIP loan budget issues and related issues and attention to the same and e-mail communications on the same. | 2.60 |
| 04/26/2017 | FOWL S | Communicated with board regarding PTO and severance issues. | 0.60 |
| 04/27/2017 | THOR J | Preparation for and participated in Board call (1.7 HR); attention to DIP loan budget issues (.7 HR). | 2.40 |
| 04/27/2017 | FOWL S | Communicated with Board regarding budget and DIP issues. | 0.50 |
| 04/27/2017 | HOKA J | Participated in Board call. | 0.90 |
| 04/28/2017 | THOR J | Telephone conference with Bankovich on governance issues (.8 HR); attention to vacation/PTO issues and communications on the same (.9 HR); telephone conference with Riesbeck on governance issues (.4 HR). | 2.10 |
| 04/29/2017 | THOR J | Attention to Riesbeck e-mails on governance and severance issues and telephone conferences with Hokanson and Melendi on the same. | 0.90 |
| 04/29/2017 | HOKA J | Internal call and email exchanges regarding obstacles to Board approval of Final DIP Order and Budget. | 1.20 |

| **Total Professional Services** | **$35,046.00** |
|---|---|

Corporate Governance and Board Matters
Our Matter No. 60605.0009

Invoice No. 1467471
May 16, 2017

## COSTS ADVANCED

| Description | Amount |
|---|---|
| Photocopies | $16.80 |
| **Total Cost Advanced** | **$16.80** |

| | |
|---|---|
| **Total Invoice Balance Due** | $35,062.80 |

### OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 05/09/17 | 1465822 | $58,345.25 | $0.00 | $58,345.25 |
| 05/16/17 | 1467471 | $35,062.80 | $0.00 | $35,062.80 |
| | | | **Total Balance Due** | **$93,408.05** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---|---|---|---|---|---|
| $93,408.05 | $0.00 | $0.00 | $0.00 | $0.00 | $93,408.05 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                      Invoice No. 1467471
Debtor-In-Possesion                                                        May 16, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Corporate Governance and Board Matters
       Our Matter No. 60605.0009

## INVOICE SUMMARY

For Services rendered through April 30, 2017

Professional Services                                               $35,046.00

Disbursements                                                           $16.80

**Total Current Invoice**                                          **$35,062.80**

Previous Balance Due                                                $58,345.25

Total Balance Due                                                   $93,408.05

---

Payment Terms: Net 30
Tax ID: 35-0874357

Corporate Governance and Board Matters                                    Invoice No. 1467471
Our Matter No. 60605.0009                                                      May 16, 2017

**Payment Options**

Online Payments:                     Wire/ACH Instructions:
**ClientPay**                         Huntington Bank
                                      ABA for ACH    074000078
**ClientPay**®                        ABA for Wire   044000024
                                      Account No.    01401048453
                                      Swift Code:    HUNTUS33
                                      Please Reference **Invoice No. 1467471**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1467471**

Questions or concerns, please email **payice@icemiller.com**

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1467469
May 16, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Case Administration
       Our Matter No. 60605.0007

## INVOICE SUMMARY

For Services rendered through April 30, 2017

| | |
|---|---|
| Professional Services | $56,696.85 |
| Disbursements | $5,468.17 |
| **Total Current Invoice** | **$62,165.02** |
| Previous Balance Due | $62,314.00 |
| Total Balance Due | $124,479.02 |



Case Administration
Our Matter No. 60605.0007

Invoice No. 1467469
May 16, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 04/03/2017 | CRIS T | Reviewed the local procedures and finalized and filed the Notice of Appearance of Crist. | 0.50 |
| 04/03/2017 | FOWL S | Communicated with DIP lenders regarding requests related to ongoing DIP financing. | 1.30 |
| 04/03/2017 | HOKA J | Call with R. Moore and exchange emails with BRG officers regarding schedules and SOFAs. | 0.30 |
| 04/04/2017 | FOWL S | Communicated with professionals and DIP lender regarding revised budget. | 1.40 |
| 04/04/2017 | HOKA J | Circulate transcripts from April 7th hearings. | 0.40 |
| 04/04/2017 | HOKA J | Provided information to client officers regarding scheduled hearings. | 0.30 |
| 04/04/2017 | HOKA J | Exchanges with Court's staff regarding scheduling issues. | 0.20 |
| 04/05/2017 | CRIS T | Revised the Certificate of Service for the Order Granting Admission Pro Hac Vice and filed the same (.7). | 0.70 |
| 04/05/2017 | FOWL S | Drafted motion to continue hearing on DIP financing motion. | 0.40 |
| 04/05/2017 | FOWL S | Communicated with BRG regarding completion of schedules and SOFA. | 0.40 |
| 04/05/2017 | FOWL S | Communicated with UST, counsel for Hilco, and counsel for Tiger/GA regarding motions to continue hearings. | 0.30 |
| 04/05/2017 | FOWL S | Communicated with counsel for the DIP lenders and Committee regarding DIP, customer deposits, and WARN. | 1.50 |
| 04/05/2017 | FOWL S | Participated in strategy call with professionals and client. | 0.70 |
| 04/05/2017 | HOKA J | Communicated with Court's staff regarding scheduling issues. | 0.20 |
| 04/06/2017 | CRIS T | Reviewed various filings in the chapter 11 case regarding service of recent motions, deadlines and hearing dates. | 0.30 |
| 04/06/2017 | FOWL S | Communicated with counsel for Electrolux regarding continuation of DIP hearing. | 0.40 |
| 04/06/2017 | FOWL S | Communicated with noticing agent regarding service of orders. | 0.30 |
| 04/06/2017 | FOWL S | Drafted proposed agenda for April 7 hearing. | 0.80 |
| 04/06/2017 | FOWL S | Revised motion to continue DIP hearing (.3); communicated with counsel for interested parties regarding same (.2). | 0.50 |
| 04/06/2017 | FOWL S | Participated in call with professionals and client regarding deposits and WARN. | 0.40 |

Case Administration
Our Matter No. 60605.0007

Invoice No. 1467469
May 16, 2017

| 04/06/2017 | HOKA J | Assisted with finalization of Motion to continue hearing on DIP Motion. | 0.50 |
|---|---|---|---|
| 04/06/2017 | HOKA J | Assisted with finalization of Agenda for April 7th hearings. | 0.20 |
| 04/06/2017 | HOKA J | Responded to numerous inquiries of landlords and other parties regarding objection deadlines and status of hearing on Phase II Sale Motion. | 2.50 |
| 04/06/2017 | HOKA J | Communications with parties in interest regarding continuance of certain April 7th hearings. | 1.00 |
| 04/06/2017 | HOKA J | Meetings with interested parties and counsel in preparation for April 7th hearings. | 2.50 |
| 04/06/2017 | HOKA J | Participated in daily call of management and advisors. | 0.40 |
| 04/07/2017 | FOWL S | Revised Phase II GOB order and lease procedures order based on hearings. | 1.40 |
| 04/07/2017 | FOWL S | Attended hearings on lease procedures and Phase II sale motion. | 2.50 |
| 04/07/2017 | FOWL S | Prepared for hearings on lease procedures and Phase II sale motion. | 2.40 |
| 04/07/2017 | FOWL S | Participated in daily status call with professionals and client. | 0.40 |
| 04/07/2017 | EHIN M | Attention to impact of statute of limitations related to tax record retention. | 0.40 |
| 04/07/2017 | HOKA J | Internal calls and exchanges and calls with Court's staff regarding scheduling issues and continuance of matters to be held on April 17th. | 0.60 |
| 04/07/2017 | HOKA J | Assisted with finalition of Notice of Cancellation of Bid Auction and tend to issues respecting launch of GOB sales. | 1.40 |
| 04/07/2017 | HOKA J | Conferred with BRG officers and advise US Trustee regarding timing for filing Schedules and SOFAs. | 0.30 |
| 04/07/2017 | HOKA J | Prepared for and attended hearing on Phase II Sale Motion, etc. | 3.00 |
| 04/10/2017 | FOWL S | Call with financial advisor, DIP Lenders, and the Committee. | 3.10 |
| 04/10/2017 | JORI W | Reviewed and monitored miscellaneous correspondence in order to follow-up regarding pending matters. | 0.20 |
| 04/10/2017 | JORI W | Reviewed communications regarding additional information needed for applications to employ attorneys. | 0.20 |
| 04/10/2017 | JORI W | Reviewed communications regarding information needed for schedules and statement of financial affairs. | 0.20 |
| 04/10/2017 | JORI W | Received and reviewed numerous e-mails regarding filing and service of documents in order to follow-up regarding affidavits of service. | 0.60 |
| 04/10/2017 | HOKA J | Participate in all-hands advisors' meeting. | 3.40 |
| 04/10/2017 | HOKA J | Exchanges with BRG and Client officers regarding schedules. | 1.20 |

Case Administration
Our Matter No. 60605.0007

Invoice No. 1467469
May 16, 2017

| 04/11/2017 | FOWL S | Communicated with client regarding treatment of pending lawsuits. | 0.40 |
|---|---|---|---|
| 04/11/2017 | FOWL S | Communicated with client regarding credits from Vantiv and completion of schedules. | 0.50 |
| 04/11/2017 | JORI W | Reviewed guidelines for applications to employ counsel and began preparing supplemental application to employ Ice Miller and affidavit in support of same. | 1.20 |
| 04/11/2017 | JORI W | Prepared Schedules G and H for Gregg Appliances, Inc. | 1.70 |
| 04/11/2017 | JORI W | Received and reviewed data from BRG for Schedules G and H for Gregg Appliances, Inc. | 0.30 |
| 04/11/2017 | JORI W | Obtained updated BestCase forms for schedules, statement of financial affairs and questionnaire. | 0.70 |
| 04/11/2017 | JORI W | Communications regarding handling of pending tasks in order to meet filing deadlines. | 0.20 |
| 04/11/2017 | HOKA J | Exchanges and call with BRG officers regarding Debtors' schedules and SOFAs (1.2); review and assist with revisions to various schedules (1.5). | 2.70 |
| 04/11/2017 | HOKA J | Calls and email exchanges with client and BRG officers regarding schedules. | 1.40 |
| 04/12/2017 | FOWL S | Attended hearing on sale motion and first omnibus motion to reject leases. | 0.70 |
| 04/12/2017 | FOWL S | Communicated with noticing agent regarding service of notice of continuation of 341 meeting. | 0.30 |
| 04/12/2017 | FOWL S | Revised and finalized proposed agenda for 4.12.17 hearing. | 0.30 |
| 04/12/2017 | JORI W | Prepared agendas for hearings on April 17 and May 8. | 0.60 |
| 04/12/2017 | JORI W | Received and responded to communications from BRG regarding schedules. | 0.20 |
| 04/12/2017 | JORI W | Prepared and sent list to Donlin outlining additional affidavits of service needed. | 0.50 |
| 04/12/2017 | JORI W | Reviewed and filed certificates of service for various documents. | 0.40 |
| 04/12/2017 | JORI W | Continued preparing supplemental application to employ Ice Miller and Affidavits of Hokanson and Bankovich pursuant to correspondence and guidelines from U.S. Trustee. | 2.20 |
| 04/12/2017 | JORI W | Received and reviewed information regarding Schedule D from BRG. | 0.20 |
| 04/12/2017 | JORI W | Reviewed docket in order to determine status of affidavits of service needed for debtors filings and details regarding hearings and objections for preparation of hearing agendas. | 1.30 |
| 04/12/2017 | JORI W | Finalized and submitted with the court the proposed agenda for today's hearing. | 0.20 |

Case Administration
Our Matter No. 60605.0007

Invoice No. 1467469
May 16, 2017

| | | | |
|---|---|---|---|
| 04/12/2017 | JORI W | Prepared agenda for today's hearing. | 0.60 |
| 04/12/2017 | HOKA J | Prepared for and attended hearings on going-concern sale motion and lease procedures motion. | 2.20 |
| 04/13/2017 | JORI W | Communications regarding additional affidavits of service needed from Donlin. | 0.30 |
| 04/13/2017 | JORI W | Communications with attorneys and BRG regarding additional information and documentation needed for bankruptcy schedules and attachments. | 0.60 |
| 04/13/2017 | JORI W | Received and reviewed additional data and spreadsheets from BRG and continued preparation of bankruptcy schedules and attachments to same for all three entities. | 8.10 |
| 04/13/2017 | HOKA J | Assisted with preparation of Schedules and SOFAs. | 2.60 |
| 04/14/2017 | FOWL S | Communicated with counsel for several landlords regarding resolution of stub rent issue. | 0.50 |
| 04/14/2017 | FOWL S | Revised agenda for 4.17.17 hearing. | 0.40 |
| 04/14/2017 | FOWL S | Communicated with counsel for lenders and Committee regarding Monday's hearings. | 0.30 |
| 04/14/2017 | FOWL S | Revised motions to continue for Monday's hearings. | 0.50 |
| 04/14/2017 | JORI W | Worked on additional revisions and supplements to schedules. | 0.90 |
| 04/14/2017 | JORI W | Received, reviewed and submitted with the court, various affidavits of service. | 0.60 |
| 04/14/2017 | JORI W | Communications with Hokanson regarding additional information needed for schedules. | 0.30 |
| 04/14/2017 | JORI W | Conference call with McAvinn of BRG to review schedules for all three entities and to make revisions. | 1.00 |
| 04/14/2017 | JORI W | Contacted court regarding motions to continue. | 0.10 |
| 04/14/2017 | JORI W | Finalized and submitted motions to continue with the court. | 0.50 |
| 04/14/2017 | JORI W | Supplemented agenda for Monday's hearing. | 0.40 |
| 04/14/2017 | JORI W | Drafted motion to continue hearing on motion to seal. | 0.90 |
| 04/14/2017 | JORI W | Drafted motion to continue hearing on DIP motion and interim Order. | 0.50 |
| 04/17/2017 | CRIS T | Conferenced with an attorney in Colorado regarding service issues. | 0.10 |
| 04/17/2017 | FOWL S | Attended hearing on interim compensation motion and motion for relief from stay. | 0.70 |
| 04/17/2017 | FOWL S | Prepared for hearing on interim compensation and motion for relief from stay. | 0.70 |

Case Administration
Our Matter No. 60605.0007

Invoice No. 1467469
May 16, 2017

| 04/17/2017 | FOWL S | Finalized agenda for hearing. | 0.30 |
|---|---|---|---|
| 04/17/2017 | JORI W | Supplemented amended application to employ Ice Miller, along with supporting documents to same. | 0.40 |
| 04/17/2017 | JORI W | Drafted application to employ Ogletree as ordinary course counsel, along with proposed order, notice and affidavits in support of same. | 2.20 |
| 04/17/2017 | JORI W | Reviewed docket and emailed Donlin regarding recent motions and orders to be served. | 0.30 |
| 04/17/2017 | JORI W | Finalized and submitted with the court, the agenda for today's hearing. | 0.30 |
| 04/17/2017 | JORI W | Updated agenda for today's hearing. | 0.20 |
| 04/17/2017 | JORI W | Reviewed court orders and correspondence regarding today's hearing. | 0.20 |
| 04/17/2017 | HOKA J | Exchanges with BRG regarding scope of stay vis-à-vis state taxing authority audits. | 0.20 |
| 04/18/2017 | FOWL S | Communicated with counsel for the Committee regarding WARN notices; communicated with client regarding same. | 0.20 |
| 04/18/2017 | JORI W | Gathered information in order to supplement scheduled D, E/F. | 0.50 |
| 04/18/2017 | JORI W | Participated in conference call with client and Morgan Lewis to discuss client's affidavit in support of employment applications pursuant to requirements by U.S. Trustee. | 0.50 |
| 04/18/2017 | JORI W | Reviewed and responded to communications regarding applications to employ various counsel. | 0.20 |
| 04/18/2017 | JORI W | Submitted affidavits of service with the court. | 0.20 |
| 04/18/2017 | JORI W | Communications with Donlin regarding service of documents and affidavits. | 0.10 |
| 04/18/2017 | JORI W | Reviewed revised data from BRG and revised schedules for all three entities and attachments to same. | 2.70 |
| 04/18/2017 | HOKA J | Exchanges with BRG's officers regarding MORs and Schedules. | 0.40 |
| 04/18/2017 | HUBE B | Review new D&O claim regarding wage and hour claims, and vacation pay; research wage and hour exclusion and prospects for coverage under D&O policy. | 0.80 |
| 04/19/2017 | FOWL S | Reviewed finalized schedules and statement of financial affairs. | 0.50 |
| 04/19/2017 | FOWL S | Drafted disclaimer for filing with schedules. | 1.30 |
| 04/19/2017 | JORI W | Finalized and submitted with the court the Schedules and SOFAs, along with attachments to same, for all three entities. | 2.50 |
| 04/19/2017 | JORI W | Worked with Hokanson to complete Schedules D and E/F and to respond to questions from BRG regarding same. | 0.90 |

Case Administration
Our Matter No. 60605.0007

Invoice No. 1467469
May 16, 2017

| 04/19/2017 | JORI W | Continued work to complete revisions to schedules and SOFAs and to prepare attachments to same per updates from BRG, including several telephone calls with BRG regarding same. | 5.50 |
|---|---|---|---|
| 04/19/2017 | JORI W | Received, reviewed and responded to numerous e-mails, revisions to schedules and SOFAs, and updated versions of attachments to same, from BRG, in order to complete updates. | 1.00 |
| 04/19/2017 | JORI W | Supplemented the amended documents regarding application to employ Ice Miller based on conference call with client. | 1.00 |
| 04/19/2017 | JORI W | Reviewed emails regarding customer complaints and applications to employ counsel. | 0.40 |
| 04/19/2017 | HOKA J | Assisted with finalization and filing of Schedules and SOFAs. | 2.00 |
| 04/19/2017 | HUBE B | Reviewed wage and hour claims and prospect of coverage under D&O policy; examined policy for certain problematic exclusions; advised internal team and client regarding prospects. | 0.60 |
| 04/20/2017 | FOWL S | Communicated with counsel for the Committee regarding DIP objections and hearing. | 0.90 |
| 04/20/2017 | JORI W | Contacted client regarding service of lease rejection notices. | 0.10 |
| 04/20/2017 | JORI W | Reviewed MLB's supplement to retention application and conformed Ice Miller's supplemental documents regarding same. | 1.70 |
| 04/20/2017 | JORI W | Reviewed and submitted with the court the supplemental declaration of Malfitano in support of retention application. | 0.30 |
| 04/20/2017 | JORI W | Drafted affidavit of service for the Notice of Rejection of Leases. | 1.10 |
| 04/20/2017 | JORI W | Reviewed docket in order to monitor objections for hearing agendas and to ensure certificates of service are filed for required motions and orders. | 0.80 |
| 04/20/2017 | JORI W | Received, reviewed and submitted affidavits of service with the court. | 0.30 |
| 04/20/2017 | JORI W | Reviewed notice to draw for counsel and professionals in order to prepare same. | 0.20 |
| 04/20/2017 | JORI W | Reviewed e-mails with the court regarding certificates of service needed regarding lease rejection notices and began gathering information to prepare same. | 0.20 |
| 04/20/2017 | HOKA J | Reviewed and responded to Dorsey's claims on questionable Work Orders. | 0.60 |
| 04/20/2017 | HOKA J | Participated in call with Committee professionals, et al. | 0.80 |
| 04/21/2017 | FOWL S | Communicated with counsel for landlord regarding opting in to stub rent agreement. | 0.20 |
| 04/21/2017 | FOWL S | Communicated with noticing agent regarding updated schedules and 341 notices. | 0.40 |

Case Administration
Our Matter No. 60605.0007

Invoice No. 1467469
May 16, 2017

| | | | |
|---|---|---|---|
| 04/21/2017 | JORI W | Communications regarding retention applications and notices of draw. | 0.10 |
| 04/21/2017 | JORI W | Gathered information regarding new creditors listed on Schedules D and E/F to assist Donlin regarding service of 341 notice. | 0.30 |
| 04/21/2017 | JORI W | Began drafting Notice of Draw to be used by professionals. | 0.40 |
| 04/21/2017 | JORI W | Received and reviewed notices from the court regarding declarations needed for schedules. | 0.20 |
| 04/23/2017 | HOKA J | Responded to emails regarding additional creditors. | 0.40 |
| 04/24/2017 | FOWL S | Finalized DIP reply brief. | 0.60 |
| 04/24/2017 | FOWL S | Communicated with client and BRG regarding customer deposit list. | 0.30 |
| 04/24/2017 | JORI W | Received and reviewed lease rejection summary from M. Mallon in order to complete the certificate of service regarding same and gathered information from docket regarding notices of same. | 1.30 |
| 04/24/2017 | JORI W | Prepared declarations of debtors' schedules and filed same in all three cases. | 0.50 |
| 04/24/2017 | JORI W | Communications with Donlin to follow-up regarding affidavits of service. | 0.20 |
| 04/24/2017 | JORI W | Finalized and prepared to submit with the court the supplements to Ice Miller's application to employ, along with affidavits in support of same. | 0.40 |
| 04/24/2017 | JORI W | Communications with C. Bankovich regarding affidavit in support of application to employ Ice Miller. | 0.20 |
| 04/24/2017 | JORI W | Communications with M. Mallon regarding service details for notices of lease rejections. | 0.20 |
| 04/24/2017 | JORI W | Reviewed docket and prepared proposed agenda for Wednesday's hearing. | 0.40 |
| 04/24/2017 | JORI W | Received, reviewed and submitted affidavit of service with the court. | 0.20 |
| 04/24/2017 | JORI W | Reviewed emails with trustee regarding supplement to Ice Miller's application to employ. | 0.20 |
| 04/25/2017 | FOWL S | Prepared for DIP hearing. | 1.40 |
| 04/25/2017 | FOWL S | Met with DIP lenders and committee regarding DIP issues. | 1.80 |
| 04/25/2017 | FOWL S | Communicated regarding DIP hearing and objections; prepared exhibits for same. | 0.60 |
| 04/25/2017 | FOWL S | Drafted withdraw of sale motion. | 0.30 |
| 04/25/2017 | FOWL S | Analyzed contract with Icon and implications of bankruptcy thereon. | 0.30 |
| 04/25/2017 | JORI W | Reviewed docket and supplemented proposed agenda for tomorrow's hearing. | 0.60 |

Case Administration
Our Matter No. 60605.0007

Invoice No. 1467469
May 16, 2017

| 04/25/2017 | JORI W | Received information regarding tax preparer and began drafting application to employ Altus Group. | 0.40 |
|---|---|---|---|
| 04/25/2017 | JORI W | Received and submitted affidavit of service with the court. | 0.20 |
| 04/25/2017 | JORI W | Evaluated lease rejection summary and additional information from M. Mallon to prepare affidavit regarding same, along with exhibits. | 3.40 |
| 04/26/2017 | FOWL S | Reviewed and analyzed motion for relief from stay filed by Klipsch. | 0.70 |
| 04/26/2017 | FOWL S | Attended 341 meeting of creditors. | 2.40 |
| 04/26/2017 | FOWL S | Met with counsel for DIP lenders and the Committee regarding DIP loan issues. | 3.50 |
| 04/26/2017 | FOWL S | Communicated with client regarding rejected contracts and leases. | 0.50 |
| 04/26/2017 | FOWL S | Finalized agenda for hearing. | 0.20 |
| 04/26/2017 | FOWL S | Prepared for 341 meeting of creditors. | 0.90 |
| 04/26/2017 | JORI W | Reviewed and responded to additional communications with Donlin regarding handling of affidavits of service. | 0.80 |
| 04/26/2017 | JORI W | Attended the 341 meeting of the creditors. | 2.00 |
| 04/26/2017 | JORI W | Reviewed docket to determine status of service of various documents and followed-up with Donlin regarding same. | 1.00 |
| 04/26/2017 | HOKA J | Attended omnibus hearing. | 1.20 |
| 04/26/2017 | HOKA J | Meetings with Court's and Clerk's staff regarding scheduling issues. | 0.50 |
| 04/26/2017 | HOKA J | Attended 341 meeting (partial). | 0.60 |
| 04/26/2017 | HUBE B | Analyzed follow-up questions regarding wage and hour liability claim and prospects for directors and officers liability insurance coverage. | 0.90 |
| 04/27/2017 | EHIN M | Consultation with Schnellenberger regarding state tax liabilities and interaction with bankruptcy proceedings. | 0.20 |
| 04/27/2017 | JORI W | Reviewed docket and instructed Donlin regarding service of documents. | 0.50 |
| 04/27/2017 | JORI W | Prepared and submitted certificate of service of Pro Hac motions and court orders. | 0.60 |
| 04/27/2017 | JORI W | Received various affidavits of service from Donlin and submitted same with the court. | 0.60 |
| 04/27/2017 | JORI W | Finalized and submitted with the court the affidavit regarding service of lease rejection notices. | 0.50 |
| 04/27/2017 | JORI W | Prepared and submitted with the court certificates of service regarding assumption of leases and leases being terminated. | 0.90 |

Case Administration
Our Matter No. 60605.0007

Invoice No. 1467469
May 16, 2017

| 04/27/2017 | JORI W | Communications regarding additional applications needed to employ professionals in order to gather information for applications. | 0.40 |
| 04/27/2017 | HOKA J | Reviewed exchanges regarding data retention plan. | 0.80 |
| 04/27/2017 | HOKA J | Exchanges regarding confidentiality of information in Schedules. | 0.40 |
| 04/27/2017 | HOKA J | Calls and exchanges with BRG regarding Monthly Operating Reports and UST Fees. | 0.50 |
| 04/27/2017 | HOKA J | Exchanges with DR regarding Notice of Second Continued 341 meeting. | 0.40 |
| 04/28/2017 | HOKA J | Exchanges with Court's staff and client officers/lead counsel regarding scheduling issues. | 0.60 |
| 04/28/2017 | HOKA J | Exchanges with DR regarding additional creditors. | 0.60 |
| 04/30/2017 | FOWL S | Finalized agenda for hearing. | 0.40 |

**Total Professional Services**                                          **$56,696.85**

## COSTS ADVANCED

| Description | Amount |
| --- | --- |
| Photocopies | $67.05 |
| Photocopies | $69.12 |
| Filing Fees - - Vendor: U.S.Bankruptcy Court Clerk Filing fees for bankruptcy petitions for all three entities | $(49.00) |
| Filing fees for bankruptcy petitions for all three entities | $5,200.00 |
| Cost for filing bankruptcy in the Southern District of Indiana on March 9, 2017. | $181.00 |
| **Total Cost Advanced** | **$5,468.17** |

**Total Invoice Balance Due**                                          $62,165.02

Case Administration
Our Matter No. 60605.0007

Invoice No. 1467469
May 16, 2017

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 05/09/17 | 1465821 | $62,314.00 | $0.00 | $62,314.00 |
| 05/16/17 | 1467469 | $62,165.02 | $0.00 | $62,165.02 |
| | | | **Total Balance Due** | **$124,479.02** |

## AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $124,479.02 | $0.00 | $0.00 | $0.00 | $0.00 | $124,479.02 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                 Invoice No. 1467469
Debtor-In-Possesion                                                   May 16, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Case Administration
        Our Matter No. 60605.0007

## INVOICE SUMMARY

For Services rendered through April 30, 2017

Professional Services                                                 $56,696.85

Disbursements                                                         $5,468.17

**Total Current Invoice**                                            **$62,165.02**

Previous Balance Due                                                  $62,314.00

Total Balance Due                                                     $124,479.02

---

Payment Terms: Net 30
Tax ID: 35-0874357

Case Administration
Our Matter No. 60605.0007

Invoice No. 1467469
May 16, 2017

### Payment Options

Online Payments:
**ClientPay**

**ClientPay**®

Wire/ACH Instructions:
Huntington Bank
ABA for ACH     074000078
ABA for Wire    044000024
Account No.     01401048453
Swift Code:     HUNTUS33
Please Reference **Invoice No. 1467469**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1467469**

Questions or concerns, please email **payice@icemiller.com**



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1467472
May 16, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:      Employee Benefits and Pensions
          Our Matter No. 60605.0010

## INVOICE SUMMARY

For Services rendered through April 30, 2017

| | |
|---|---|
| Professional Services | $23,571.45 |
| Disbursements | $161.05 |
| **Total Current Invoice** | **$23,732.50** |
| Previous Balance Due | $2,476.80 |
| Total Balance Due | $26,209.30 |



Employee Benefits and Pensions
Our Matter No. 60605.0010

Invoice No. 1467472
May 16, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 04/04/2017 | BURK C | Worked on potential COBRA and health coverage issues related to potential liquidation; call with Disilets regarding same. | 1.10 |
| 04/04/2017 | BLIC M | Discussed WARN issues with Hokanson, advised regarding status of employees who may resign, and regarding potential state WARN issues. | 0.80 |
| 04/04/2017 | CRIS T | BWC/SIRP hearing: Attention to materials regarding the Self-Insured Review Panel hearing before the Ohio Bureau of Workers Compensation and the First Day Motion, Interim and Final Orders on Payment of Insurance Obligations, as well as the First Day Motion, Interim and Final Orders on Wages and Compensation Obligations (3.6); considered how to handle the SIRP hearing and determined how to proceed (1.8); prepared for the Self-Insured Review Panel Hearing before the Ohio Bureau of Workers' Compensation (1.7); considered how to proceed in light of the third-party administrator (.1); researched application of the automatic stay to Bureau of Workers Compensation hearings (.4). | 7.60 |
| 04/04/2017 | HOKA J | Extended calls and emails regarding wage and benefit issues. | 1.40 |
| 04/04/2017 | HOKA J | Internal discussion regarding elements of WARN claims. | 0.20 |
| 04/05/2017 | SCIS M | Attention to treatment of non-qualified deferred compensation. | 0.30 |
| 04/05/2017 | CRIS T | Attended the Self-Insured Review Panel hearing held by the Ohio Bureau of Workers' Compensation (1.0); attention to, and responded to, correspondence from Carpenter at Sedgwick Claims Management (.1). | 1.10 |
| 04/05/2017 | HOKA J | Assisted with development of strategy for issuance of WARN notices. | 0.50 |
| 04/06/2017 | HOKA J | Reviewed and forwarded inquiry of Delta Dental. | 0.20 |
| 04/11/2017 | SCIS M | Telephone conference with counsel for Principal regarding termination / liquidation of nonqualified deferred compensation plan; attention to deferred compensation issues. | 1.40 |
| 04/11/2017 | HOKA J | Call with counsel and officers of the Principal regarding employee benefit plans. | 0.80 |
| 04/13/2017 | CRIS T | Reviewed the Order issued by the Self-Insured Review Panel of the Ohio Bureau of Workers' Compensation regarding the recent hearing and considered and proposed an update in response to the same. | 0.70 |
| 04/13/2017 | HOKA J | Calls regarding employee issues related to GOB sales. | 1.40 |
| 04/14/2017 | HOKA J | Exchanges regarding Company's payment of specified benefits. | 0.80 |
| 04/15/2017 | HOKA J | Review emails and assist on wage/benefit issues (.5); call with client officer regarding same (.4). | 0.90 |

Employee Benefits and Pensions
Our Matter No. 60605.0010

Invoice No. 1467472
May 16, 2017

| 04/17/2017 | SCIS M | Attention to plan vesting issue. | 0.80 |
|---|---|---|---|
| 04/17/2017 | BLIC M | Reviewed email correspondence relating to payments for earned vacation. | 0.50 |
| 04/17/2017 | CRIS T | Further reviewed the Ohio Bureau of Workers' Compensation Self-Insured Review Panel Order and the requirements and follow-up thereto. | 0.60 |
| 04/17/2017 | HOKA J | Exchanges with Anthem's counsel regarding wind down of benefit plans. | 0.20 |
| 04/18/2017 | BLIC M | Discussion with Hokanson regarding earned vacation issues, including wage payment law liability and potential for unemployment compensation issue. | 0.20 |
| 04/18/2017 | CORB J | Case and article research for Hokanson | 1.10 |
| 04/18/2017 | HOKA J | Call with company officers regarding vacation pay. | 1.00 |
| 04/18/2017 | HOKA J | Internal discussions and research regarding wage/vacation issues. | 2.20 |
| 04/18/2017 | HOKA J | Participated in call regarding wage and benefit issues. | 1.10 |
| 04/20/2017 | SCIS M | Attention to partial termination rules and required vesting; reviewed IRS guidance on partial termination. | 1.10 |
| 04/24/2017 | BURK C | Reviewed Anthem service agreement; worked on issues to consider regarding plan adjudication related to bankruptcy filing; call with Klein, Delsilits, et al regarding same; call with Desilits regarding termination procedures and issues for non-health plan benefits. | 2.70 |
| 04/24/2017 | HOKA J | Participated in call with Anthem counsel and officers regarding health benefits. | 1.50 |
| 04/24/2017 | HOKA J | Call regarding non-Anthem benefit plans. | 0.50 |
| 04/24/2017 | HOKA J | Participated in call with Anthem's counsel and officer. | 0.80 |
| 04/24/2017 | HOKA J | Call and subsequent exchanges regarding employee medical benefits. | 1.20 |
| 04/25/2017 | BURK C | Worked on issues related to self-funded group health plan and claim run-out funding; participated in call with Desilits et al regarding timing of plan termination and legal issues regarding same; researched application of notice of termination of health plan provisions; worked on analysis regarding same. | 2.20 |
| 04/25/2017 | HOKA J | Met with Client and BRG officers regarding employee insurance issues. | 1.20 |
| 04/25/2017 | HOKA J | Call with Anthem counsel and officer (.8), and subsequent call with Anthem counsel and client officer regarding termination rights (.5). | 1.30 |
| 04/25/2017 | SEAR C | Researched whether 60-day notice is required prior to terminating health plan. | 0.80 |
| 04/27/2017 | BURK C | Worked on review of Anthem Administrative Services Agreement regarding run-out claim obligations. | 1.40 |

Employee Benefits and Pensions
Our Matter No. 60605.0010

Invoice No. 1467472
May 16, 2017

| | | | |
|---|---|---|---|
| 04/27/2017 | CRIS T | Attention to information about the store closing process in relation to information requested by the Ohio Bureau of Workers' Compensation (.1); considered the Order issued by the Ohio Bureau of Workers' Compensation and communications to the Self-Insured Review Panel (.4); prepared correspondence to Whitworth at the Ohio Bureau of Workers' Compensation in response to the Order dated April 11, 2017, concerning the status of the sales (1.2). | 1.70 |
| 04/27/2017 | HOKA J | Internal exchanges regarding communications with Anthem. | 0.70 |
| 04/28/2017 | CRIS T | Revised the correspondence to Whitworth at the Ohio Bureau of Workers' Compensation. | 0.30 |

| | |
|---|---|
| **Total Professional Services** | **$23,571.45** |

## COSTS ADVANCED

| Description | Amount |
|---|---|
| Photocopies | $49.05 |
| Color Photocopies | $3.75 |
| Postage Expense | $1.82 |
| Legal Research Expense - WESTLAW - WESTLAW 60605.0010.07222.BWCSIRPHEARING | $106.43 |
| **Total Cost Advanced** | **$161.05** |

| | |
|---|---|
| Total Invoice Balance Due | $23,732.50 |

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 05/09/17 | 1465823 | $2,476.80 | $0.00 | $2,476.80 |
| 05/16/17 | 1467472 | $23,732.50 | $0.00 | $23,732.50 |
| | | | **Total Balance Due** | **$26,209.30** |

## AGED AR

Employee Benefits and Pensions

Our Matter No. 60605.0010

Invoice No. 1467472

May 16, 2017

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|------------|-----------|-------|
| $26,209.30 | $0.00 | $0.00 | $0.00 | $0.00 | $26,209.30 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries, please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Invoice No. 1467472
May 16, 2017

Re:    Employee Benefits and Pensions
       Our Matter No. 60605.0010

## INVOICE SUMMARY

For Services rendered through April 30, 2017

| | |
|---|---|
| Professional Services | $23,571.45 |
| Disbursements | $161.05 |
| **Total Current Invoice** | **$23,732.50** |
| | |
| Previous Balance Due | $2,476.80 |
| Total Balance Due | $26,209.30 |

REMITTANCE

---

Payment Terms: Net 30
Tax ID: 35-0874357

Employee Benefits and Pensions                                      Invoice No. 1467472
Our Matter No. 60605.0010                                                     May 16, 2017

### Payment Options

Online Payments:                    Wire/ACH Instructions:
**ClientPay**                       Huntington Bank
                                    ABA for ACH    074000078
**ClientPay**®                      ABA for Wire   044000024
                                    Account No.    01401048453
                                    Swift Code:    HUNTUS33
                                    Please Reference **Invoice No. 1467472**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1467472**

Questions or concerns, please email **payice@icemiller.com**



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1467473
May 16, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Employment and Fee Applications
       Our Matter No. 60605.0011

## INVOICE SUMMARY

For Services rendered through April 30, 2017

| | |
|---|---|
| Professional Services | $11,218.50 |
| **Total Current Invoice** | **$11,218.50** |
| Previous Balance Due | $9,119.25 |
| Total Balance Due | $20,337.75 |



525+ transactions closed worth in excess of $20 billion in the past 5 years

Employment and Fee Applications
Our Matter No. 60605.0011

Invoice No. 1467473
May 16, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 04/03/2017 | FOWL S | Communicated with counsel for Stifel regarding employment application and objections. | 0.30 |
| 04/03/2017 | HOKA J | Reviewed and forwarded materials related to Hilco retention issues. | 0.50 |
| 04/03/2017 | HOKA J | Responded to BRG's inquiry regarding status of retention application. | 0.20 |
| 04/04/2017 | FOWL S | Communicated with counsel for the Committee regarding interim compensation procedures. | 0.20 |
| 04/04/2017 | FOWL S | Revised and finalized orders on applications to employ BRG and Hilco Real Estate. | 0.40 |
| 04/04/2017 | HOKA J | Exchanges regarding Committee's proposed revisions to Hilco engagement agreement. | 0.50 |
| 04/04/2017 | HOKA J | Reviewed materials provided by lenders' counsel and extended calls and exchanges regarding US Trustee's objections to liquidators' retention protocol (2.0); forward request to US Trustee with settlement proposal (.4); forwarded US Trustee's position relayed, and additional discussions regarding strategy for proceeding (.6). | 3.00 |
| 04/04/2017 | HOKA J | Call with DIP Lender's and US Trustee's counsel regarding Hilco retention issues. | 0.80 |
| 04/05/2017 | FOWL S | Revised order authorizing employment of Donlin as noticing agent. | 0.40 |
| 04/05/2017 | HOKA J | Exchanges with counsel to liquidators and US Trustee regarding status of positions and proposed continuance of hearings (1.6); facilitate filing motion after communicating with all interested parties (.6). | 2.20 |
| 04/11/2017 | HOKA J | Exchanged emails regarding compliance with US Trustee's guidelines for retention and fee applications. | 0.40 |
| 04/13/2017 | FOWL S | Communicated with MLB regarding supplemental employment applications. | 0.30 |
| 04/13/2017 | HOKA J | Internal exchanges regarding compliance with US Trustee's objections to retention applications. | 0.50 |
| 04/13/2017 | HOKA J | Calls and exchanged emails with counsel to liquidators regarding terms for employment. | 0.90 |
| 04/15/2017 | HOKA J | Assisted with finalization of Stifle retention order. | 0.30 |
| 04/17/2017 | FOWL S | Finalized order on application to employ Stifel. | 0.50 |
| 04/17/2017 | FOWL S | Finalized interim compensation order. | 0.40 |

Employment and Fee Applications

Our Matter No. 60605.0011

Invoice No. 1467473

May 16, 2017

| 04/17/2017 | HOKA J | Exchanges among debtors' professionals regarding deadlines and procedures for compensation procedures. | 0.50 |
|---|---|---|---|
| 04/17/2017 | HOKA J | Finalize and circulate proposed Order on Interim Compensation Procedures for review and comment (.5); attend hearing on Interim Compensation Procedures and report outcome (.8). | 1.30 |
| 04/18/2017 | HOKA J | Revised and discussed application for Ice Miller's retention. | 3.30 |
| 04/18/2017 | HOKA J | Communicated with UST's counsel and provided input on MLB's supplemental affidavit. | 0.90 |
| 04/19/2017 | FOWL S | Finalized revisions to supplement to MLB employment application. | 0.80 |
| 04/19/2017 | HOKA J | Assisted with finalization of MLB's supplement to its retention application, and make similar revisions to IM's documents (.8); exchanged with US Trustee's counsel regarding review and approval (.1). | 0.90 |
| 04/24/2017 | FOWL S | Finalized supplement to application to employ Ice Miller. | 0.60 |
| 04/24/2017 | HOKA J | Reviewed and assisted with finalization of IM's Supplement to Retention Application. | 0.40 |
| 04/25/2017 | FOWL S | Communicated with Streambank regarding employment application and declaration. | 0.40 |
| 04/26/2017 | FOWL S | Finalized joinder to Hilco's 327 brief. | 0.40 |
| 04/27/2017 | FOWL S | Communicated with counsel for Tiger/GA regarding potential employment application. | 0.20 |
| 04/28/2017 | HOKA J | Emails with Tiger/GA's counsel regarding employment issues. | 0.80 |

**Total Professional Services** — **$11,218.50**

**Total Invoice Balance Due** — $11,218.50

### OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 05/09/17 | 1465824 | $9,119.25 | $0.00 | $9,119.25 |
| 05/16/17 | 1467473 | $11,218.50 | $0.00 | $11,218.50 |
| | | | **Total Balance Due** | **$20,337.75** |

Employment and Fee Applications

Our Matter No. 60605.0011

Invoice No. 1467473

May 16, 2017

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|------------|-----------|-------|
| $20,337.75 | $0.00 | $0.00 | $0.00 | $0.00 | $20,337.75 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                    Invoice No. 1467473
Debtor-In-Possesion                                                      May 16, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:   Employment and Fee Applications
      Our Matter No. 60605.0011

## INVOICE SUMMARY

For Services rendered through April 30, 2017

| | |
|---|---:|
| Professional Services | $11,218.50 |
| **Total Current Invoice** | **$11,218.50** |
| Previous Balance Due | $9,119.25 |
| Total Balance Due | $20,337.75 |

### Payment Options

Online Payments:
**ClientPay**
**ClientPay®**

Wire/ACH Instructions:
Huntington Bank
ABA for ACH    074000078
ABA for Wire    044000024
Account No.    01401048453
Swift Code:    HUNTUS33
Please Reference **Invoice No. 1467473**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1467473**

Questions or concerns, please email **payice@icemiller.com**

---

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1467474
May 16, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Employment and Fee Application Objections
        Our Matter No. 60605.0012

## INVOICE SUMMARY

For Services rendered through April 30, 2017

Professional Services                                          $421.20

**Total Current Invoice**                                      **$421.20**



Employment and Fee Application Objections
Our Matter No. 60605.0012

Invoice No. 1467474
May 16, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 04/02/2017 | FOWL S | Communicated with counsel for Stifel regarding anticipated objections to employment application. | 0.30 |
| 04/10/2017 | FOWL S | Communicated with counsel for the committee regarding IM employment application. | 0.20 |
| 04/10/2017 | FOWL S | Communicated with counsel for the Committee regarding IM employment application. | 0.20 |
| 04/11/2017 | FOWL S | Communicated with counsel for the Committee regarding extension of time to objection to application to employ Stifel. | 0.20 |
| 04/11/2017 | FOWL S | Communicated with counsel for the committee regarding supplement to application to employ IM. | 0.20 |
| 04/21/2017 | FOWL S | Communicated with UST regarding objections to employment application. | 0.20 |
| **Total Professional Services** | | | **$421.20** |

**Total Invoice Balance Due**                                                                     $421.20

### OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 05/16/17 | 1467474 | $421.20 | $0.00 | $421.20 |
| | | | **Total Balance Due** | **$421.20** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $421.20 | $0.00 | $0.00 | $0.00 | $0.00 | $421.20 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Invoice No. 1467474
May 16, 2017

Re:    Employment and Fee Application Objections
       Our Matter No. 60605.0012

## INVOICE SUMMARY

For Services rendered through April 30, 2017

| | |
|---|---|
| Professional Services | $421.20 |
| **Total Current Invoice** | **$421.20** |

### Payment Options

Online Payments:
**ClientPay**

Wire/ACH Instructions:
Huntington Bank
ABA for ACH    074000078
ABA for Wire   044000024
Account No.    01401048453
Swift Code:    HUNTUS33
Please Reference **Invoice No. 1467474**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1467474**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1467475
May 16, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Financing and Cash Collateral
         Our Matter No. 60605.0013

## INVOICE SUMMARY

For Services rendered through April 30, 2017

Professional Services                                                                 $15,221.25

**Total Current Invoice**                                                          **$15,221.25**

Previous Balance Due                                                               $8,911.35

Total Balance Due                                                                     $24,132.60



Financing and Cash Collateral
Our Matter No. 60605.0013

Invoice No. 1467475
May 16, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 04/03/2017 | HOKA J | Reviewed and discussed DIP Lender's communications. | 1.40 |
| 04/03/2017 | HOKA J | Participated in call with DIP lenders regarding liquidation budget issues. | 1.00 |
| 04/04/2017 | HOKA J | Continued discussions with DIP enders regarding strategy for proceeding. | 1.00 |
| 04/05/2017 | HOKA J | Exchanges with GE's and other creditors' counsel regarding preservation of setoff rights in proposed orders. | 0.50 |
| 04/05/2017 | HOKA J | Participatef in call with DIP Lenders and Committee counsel. | 1.40 |
| 04/07/2017 | HOKA J | Meeting of counsel and advisors to Debtors, DIP Lenders and Committee. | 3.00 |
| 04/17/2017 | HOKA J | Forwarded hearing continuing DIP hearing and respond to inquiries of various creditors' counsel regarding same. | 0.40 |
| 04/25/2017 | HOKA J | Continued discussions regarding obstacles to Final DIP consent. | 1.80 |
| 04/26/2017 | HOKA J | Continued participation in negotiations respecting terms of Final DIP Budget and Order. | 2.30 |
| 04/26/2017 | HOKA J | Participated in negotiations respecting terms of Final DIP Budget and Order. | 3.50 |
| 04/28/2017 | HOKA J | Exchanged regarding Board and Management approval of Final DIP Order and Budget. | 1.20 |
| 04/28/2017 | HOKA J | Exchanges regarding Elux's requested provisions in Final DIP Order. | 0.60 |
| 04/30/2017 | HOKA J | Extensive calls and emails regarding Final DIP Order and Budget, and meet with DIP and Committee counsel in preparation for May 1st hearing. | 9.40 |

| **Total Professional Services** | | | **$15,221.25** |
|---|---|---|---|

| **Total Invoice Balance Due** | $15,221.25 |
|---|---|

Financing and Cash Collateral
Our Matter No. 60605.0013

Invoice No. 1467475
May 16, 2017

### OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 05/09/17 | 1465825 | $8,911.35 | $0.00 | $8,911.35 |
| 05/16/17 | 1467475 | $15,221.25 | $0.00 | $15,221.25 |
| | | | **Total Balance Due** | **$24,132.60** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $24,132.60 | $0.00 | $0.00 | $0.00 | $0.00 | $24,132.60 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                          Invoice No. 1467475
Debtor-In-Possesion                                                            May 16, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Financing and Cash Collateral
       Our Matter No. 60605.0013

## INVOICE SUMMARY

For Services rendered through April 30, 2017

Professional Services                                                          $15,221.25

**Total Current Invoice**                                                      **$15,221.25**

Previous Balance Due                                                           $8,911.35

Total Balance Due                                                              $24,132.60

### Payment Options

Online Payments:                        Wire/ACH Instructions:
**ClientPay**                           Huntington Bank
ClientPay                               ABA for ACH     074000078
                                        ABA for Wire    044000024
                                        Account No.     01401048453
                                        Swift Code:     HUNTUS33
                                        Please Reference **Invoice No. 1467475**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1467475**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1467477
May 16, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Relief from Stay and Adequate Protection
       Our Matter No. 60605.0019

## INVOICE SUMMARY

For Services rendered through April 30, 2017

| | |
|---|---|
| Professional Services | $553.50 |
| **Total Current Invoice** | **$553.50** |
| Previous Balance Due | $442.80 |
| Total Balance Due | $996.30 |



Relief from Stay and Adequate Protection

Invoice No. 1467477

Our Matter No. 60605.0019

May 16, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 04/06/2017 | HOKA J | Exchanges regarding status of discussions between Gemmel claimant and Zurich. | 0.50 |
| 04/17/2017 | HOKA J | Exchanges with counsel to Gemmel and Zurich regarding insurance issues affecting Gemmel's stay motion. | 0.50 |
| **Total Professional Services** | | | **$553.50** |

**Total Invoice Balance Due** $553.50

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 05/09/17 | 1465828 | $442.80 | $0.00 | $442.80 |
| 05/16/17 | 1467477 | $553.50 | $0.00 | $553.50 |
| | | | **Total Balance Due** | **$996.30** |

## AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $996.30 | $0.00 | $0.00 | $0.00 | $0.00 | $996.30 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries, please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Invoice No. 1467477
May 16, 2017

Re:    Relief from Stay and Adequate Protection
       Our Matter No. 60605.0019

## INVOICE SUMMARY

For Services rendered through April 30, 2017

| | |
|---|---|
| Professional Services | $553.50 |
| **Total Current Invoice** | **$553.50** |
| Previous Balance Due | $442.80 |
| Total Balance Due | $996.30 |

### Payment Options

Online Payments:
**ClientPay**
ClientPay®

Wire/ACH Instructions:
Huntington Bank
ABA for ACH      074000078
ABA for Wire     044000024
Account No.      01401048453
Swift Code:      HUNTUS33
Please Reference **Invoice No. 1467477**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1467477**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357

REMITTANCE



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1467476
May 16, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:      Litigation
         Our Matter No. 60605.0014

## INVOICE SUMMARY

For Services rendered through April 30, 2017

Professional Services                                              $17,867.85

**Total Current Invoice**                                         **$17,867.85**

Previous Balance Due                                               $33,809.77

Total Balance Due                                                  $51,677.62

525+ transactions closed worth in excess of **$20 billion** in the past **5 years**

Litigation
Our Matter No. 60605.0014

Invoice No. 1467476
May 16, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 04/05/2017 | FOWL S | Communicated with Whirlpool regarding request for injunctive relief. | 0.40 |
| 04/05/2017 | HOKA J | Reviewed Whirlpool's Notice of Suit, and participated in call with interested parties. | 1.80 |
| 04/05/2017 | ARCE A | Multiple communications regarding Electrolux objection and Whirlpool adversary proceeding. | 0.90 |
| 04/06/2017 | HOKA J | Call with Whirlpool's counsel and numerous calls and exchanges regarding stipulation for preserving all parties' rights pending trial. | 3.30 |
| 04/07/2017 | FOWL S | Reviewed adversary complaint filed by Whirlpool. | 1.20 |
| 04/07/2017 | HOKA J | Calls and exchanges with Whirlpool's counsel and other interested parties regarding reservation of rights stipulation. | 1.20 |
| 04/12/2017 | FOWL S | Participated in call regarding strategy in Electrolux litigation. | 1.10 |
| 04/12/2017 | HOKA J | Participated in call regarding strategy for Electrolux litigation, and subsequent discussions. | 1.40 |
| 04/12/2017 | ARCE A | Read and analyzed Whirlpool complaint and exhibits; reviewed Whirlpool adversary proceeding docket; reviewed Electrolux adversary proceeding docket; prepared for and participated in conference call to discuss case status and strategy; received and reviewed multiple filings in bankruptcy case; reviewed Electrolux's objection; emails regarding adversary proceeding joint strategy. | 3.80 |
| 04/13/2017 | FOWL S | Communicated with counsel for litigation plaintiff regarding relief from stay. | 0.20 |
| 04/13/2017 | HOKA J | Exchanges regarding reservation of rights in respect of Whirlpool and Elux. | 0.60 |
| 04/13/2017 | ARCE A | Multiple communications about Electrolux motion to compel; read and analyzed Electrolux's first amended complaint; multiple email communications regarding same. | 1.40 |
| 04/17/2017 | ARCE A | Followed up on results of hearing; worked on appearances in Whirlpool adversary proceeding; multiple emails regarding defense strategy. | 0.80 |
| 04/18/2017 | ARCE A | Read email, research results and case law from Gallo pertaining to Electrolux claim. | 0.70 |
| 04/19/2017 | ARCE A | Multiple emails regarding responsive pleading and deadlines for Whirlpool adversary proceeding; followed up on same. | 0.60 |
| 04/20/2017 | ARCE A | Emails to and from Sehlan, Hershupf, Brown, Fowler and others regarding strategy and status of Electrolux matter; received and reviewed court order on hearing and numerous filings in underlying proceedings. | 0.80 |

Litigation

Invoice No. 1467476

Our Matter No. 60605.0014

May 16, 2017

| | | | |
|---|---|---|---|
| 04/21/2017 | ARCE A | Began reviewing draft Electrolux pleading; reviewed numerous filings in underlying proceeding. | 1.00 |
| 04/23/2017 | HOKA J | Initial review of Answer to Elux's Amended Complaint and proposed Counterclaims. | 1.20 |
| 04/24/2017 | FOWL S | Communicated with counsel for Electrolux regarding settlement. | 0.50 |
| 04/24/2017 | FOWL S | Analyzed entitlement to specific performance after contract rejection. | 1.20 |
| 04/24/2017 | HOKA J | Particiapted in call with co-counsel regarding Elux litigation. | 0.80 |
| 04/24/2017 | HOKA J | Call regarding open litigation issues and strategy for proceeding. | 1.10 |
| 04/24/2017 | HOKA J | Participated in call with Elux's counsel. | 0.50 |
| 04/24/2017 | ARCE A | Read and analyzed draft answer and counterclaim to Electrolux first amended complaint; brief research on case law governing judicial admissions; communications regarding call of counsel; read Seventh Circuit cases on no specific performance for party to rejected contract. | 2.50 |
| 04/25/2017 | ARCE A | Emails to and from Gallo and Ramsey regarding service of Whirlpool summons and complaint; received and reviewed multiple filings in underlying case; read 10-day rejection notice of Electrolux contract. | 1.10 |
| 04/26/2017 | ARCE A | Reviewed draft of Wells Fargo's answer and counterclaim to Electrolux complaint; reviewed numerous filings in underlying proceedings; attention to redlined draft of Debtor's responsive pleading. | 1.40 |
| 04/27/2017 | ARCE A | Received and reviewed GACP's draft answer to Electrolux complaint, and related communications among counsel; attention to dismissal of Gordon and Hilco by Whirlpool; finalized and oversaw filing of Debtor's answer to Electrolux complaint. | 1.40 |

**Total Professional Services**                                                                         **$17,867.85**

**Total Invoice Balance Due**                                                                              $17,867.85

Litigation
Our Matter No. 60605.0014

Invoice No. 1467476
May 16, 2017

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 05/09/17 | 1465826 | $33,809.77 | $0.00 | $33,809.77 |
| 05/16/17 | 1467476 | $17,867.85 | $0.00 | $17,867.85 |
| | | | **Total Balance Due** | **$51,677.62** |

## AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|------------|-------|
| $51,677.62 | $0.00 | $0.00 | $0.00 | $0.00 | $51,677.62 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.  
Debtor-In-Possesion  
c/o Candace Bankovich  
4151 East 96th Street  
Indianapolis, IN 46240

Invoice No. 1467476  
May 16, 2017

Re:     Litigation  
          Our Matter No. 60605.0014

## INVOICE SUMMARY

For Services rendered through April 30, 2017

| | |
|---|---|
| Professional Services | $17,867.85 |
| **Total Current Invoice** | **$17,867.85** |
| Previous Balance Due | $33,809.77 |
| Total Balance Due | $51,677.62 |

### Payment Options

**Online Payments:**  
**ClientPay**  
ClientPay

Wire/ACH Instructions:  
Huntington Bank  
ABA for ACH      074000078  
ABA for Wire      044000024  
Account No.      01401048453  
Swift Code:      HUNTUS33  
Please Reference **Invoice No. 1467476**

Payment by check  
Remit to : Ice Miller LLP  
P.O. Box 68  
Indianapolis, IN 46206-0068  
Please include remittance or reference **Invoice No. 1467476**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30  
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1467478
May 16, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Tax
        Our Matter No. 60605.0021

## INVOICE SUMMARY

For Services rendered through April 30, 2017

Professional Services        $2,092.50

**Total Current Invoice**        **$2,092.50**



Tax

Invoice No. 1467478

Our Matter No. 60605.0021

May 16, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 04/28/2017 | SCHN T | Telephone conversation with M. Foster regarding tax filings and letter; research regarding same; research regarding impact of bankruptcy on tales tax and other taxes. | 2.60 |
| 04/28/2017 | HOKA J | Exchanges regarding bankruptcy filing's effect on state tax audits and claims. | 0.80 |
| **Total Professional Services** | | | **$2,092.50** |

**Total Invoice Balance Due** | $2,092.50

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 05/16/17 | 1467478 | $2,092.50 | $0.00 | $2,092.50 |
| | | | **Total Balance Due** | **$2,092.50** |

## AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|------------|-------|
| $2,092.50 | $0.00 | $0.00 | $0.00 | $0.00 | $2,092.50 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Invoice No. 1467478
May 16, 2017

Re:   Tax
      Our Matter No. 60605.0021

## INVOICE SUMMARY

For Services rendered through April 30, 2017

Professional Services                                    $2,092.50

**Total Current Invoice**                               **$2,092.50**

### Payment Options

Online Payments:
**ClientPay**

Wire/ACH Instructions:
Huntington Bank
ABA for ACH    074000078
ABA for Wire   044000024
Account No.    01401048453
Swift Code:    HUNTUS33
Please Reference **Invoice No. 1467478**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1467478**

Questions or concerns, please email **payice@icemiller.com**

---

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1467479
May 16, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Cost and Expenses
        Our Matter No. 60605.0023

## INVOICE SUMMARY

For Services rendered through April 30, 2017

| | |
|---|---|
| Disbursements | $2,610.51 |
| **Total Current Invoice** | **$2,610.51** |
| Previous Balance Due | $982.22 |
| Total Balance Due | $3,592.73 |



Cost and Expenses
Our Matter No. 60605.0023

Invoice No. 1467479
May 16, 2017

## COSTS ADVANCED

| Description | Amount |
|---|---:|
| Color Photocopies | $8.50 |
| Photocopies | $159.30 |
| Courier Expense | $192.89 |
| Postage Expense | $263.07 |
| Certified Copy of Order | $12.00 |
| Docket | $0.20 |
| Filing fee | $31.00 |
| Cost of transcripts for March 7, 2017 and March 28, 2017 hearings held in U.S. Bankruptcy Court, Southern District of Indiana. | $1,566.95 |
| Working lunch on 4/7/17. | $226.20 |
| Lunch with clients (in house) before bankruptcy court hearing on March 28, 2017. | $150.40 |
| **Total Cost Advanced** | **$2,610.51** |

| | |
|---|---:|
| **Total Invoice Balance Due** | $2,610.51 |

### OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|---|---|---:|---:|---:|
| 05/09/17 | 1465829 | $982.22 | $0.00 | $982.22 |
| 05/16/17 | 1467479 | $2,610.51 | $0.00 | $2,610.51 |
| | | | **Total Balance Due** | **$3,592.73** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---|---|---|---|---|---|
| $3,592.73 | $0.00 | $0.00 | $0.00 | $0.00 | $3,592.73 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Cost and Expenses                                                                    Invoice No. 1467479
Our Matter No. 60605.0023                                                                    May 16, 2017

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                Invoice No. 1467479
Debtor-In-Possesion                                                 May 16, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Cost and Expenses
        Our Matter No. 60605.0023

## INVOICE SUMMARY

For Services rendered through April 30, 2017

Disbursements                                                      $2,610.51

**Total Current Invoice**                                         **$2,610.51**

Previous Balance Due                                                $982.22

Total Balance Due                                                  $3,592.73

### Payment Options

Online Payments:                    Wire/ACH Instructions:
**ClientPay**                       Huntington Bank
ClientPay                           ABA for ACH     074000078
                                    ABA for Wire    044000024
                                    Account No.     01401048453
                                    Swift Code:     HUNTUS33
                                    Please Reference **Invoice No. 1467479**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1467479**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357