

## Advisory Services provided by Malfitano Advisors, LLC

747 Third Ave, 2nd Floor

New York, New York 10017

Phone: 646-776-0155   Email: jm@malfitanopartners.com

Account Statement

Prepared for Candace Bankovich

Re: Gregg Appliances, Inc.

| | |
|---|---:|
| Previous Balance | $8,261.10 |
| Current Charges | $16,895.01 |
| New Balance | $25,156.11 |
| | |
| Adjustments | $0.00 |
| | |
| Payments | ($37,526.53) |
| Now Due | $25,156.11 |
| Trust Account | $0.00 |



## Advisory Services provided by Malfitano Advisors, LLC

747 Third Ave, 2nd Floor

New York, New York 10017

Phone: 646-776-0155   Email: jm@malfitanopartners.com

## INVOICE

Candace Bankovich
4151 E. 96th Street
Indianapolis, IN 46240

Invoice Date: June 02, 2017
Invoice Number: 10201
Invoice Amount: $16,895.01

## Matter: Gregg Appliances, Inc.

**Fees**

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| 5/1/2017 | Correspondence with client Re: RTV inventory bids | J.A.M. | .10 | $68.50 |
| 5/1/2017 | Correspondence with liquidator Re: RTV product and potential bid | J.A.M. | .10 | $68.50 |
| 5/1/2017 | Telephonic hearing Re: Final DIP hearing | J.A.M. | 1.50 | $1,027.50 |
| 5/2/2017 | Correspondence with company Re: CIT goods | J.A.M. | .10 | $68.50 |
| 5/2/2017 | Correspondence with counsel for the liquidator Re: retention issues | J.A.M. | .10 | $68.50 |
| 5/2/2017 | Correspondence with counsel for UCC Re: sale update | J.A.M. | .10 | $68.50 |
| 5/2/2017 | Correspondence with Optoro Re: RTV inventory opportunity | J.A.M. | .10 | $68.50 |
| 5/2/2017 | Work with potential bidders Re: RTV product | J.A.M. | .20 | $137.00 |
| 5/3/2017 | Correspondence with counsel for UCC Re: CIT inventory | J.A.M. | .10 | $68.50 |
| 5/3/2017 | Correspondence with Optoro Re: RTV product | J.A.M. | .10 | $68.50 |
| 5/3/2017 | Meeting with lenders' counsel Re: sale progress | J.A.M. | .80 | $548.00 |
| 5/3/2017 | Prepare notice of draw for March and April fees | J.A.M. | .20 | $137.00 |
| 5/4/2017 | Correspondence (several) with client Re: RTV bidding process | J.A.M. | .20 | $137.00 |
| 5/4/2017 | Meeting with liquidator Re: sale process update | J.A.M. | 1.20 | $822.00 |
| 5/4/2017 | Telephone call with counsel for liquidator Re: retention issues | J.A.M. | .20 | $137.00 |

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| 5/5/2017 | Work with HyperMicro Re: RTV issues | J.A.M. | .20 | $137.00 |
| 5/5/2017 | Work with potential bidders Re: RTV inventory | J.A.M. | .20 | $137.00 |
| 5/7/2017 | Correspondence (several) with liquidator Re: contested hearing on retention | J.A.M. | .40 | $274.00 |
| 5/7/2017 | Review briefing materials Re: Consultant retention | J.A.M. | 1.70 | $1,164.50 |
| 5/7/2017 | Travel to hearing Re: Consultant retention | J.A.M. | 3.20 | $2,192.00 |
| 5/7/2017 | Work with client Re: RTV inventory | J.A.M. | .20 | $137.00 |
| 5/7/2017 | Work with liquidator Re: expense budget | J.A.M. | .10 | $68.50 |
| 5/8/2017 | Attend hearing Re: liquidator retention | J.A.M. | 2.10 | $1,438.50 |
| 5/8/2017 | Correspondence with client Re: fixture liquidation | J.A.M. | .10 | $68.50 |
| 5/8/2017 | Prepare for hearing Re: liquidator retention | J.A.M. | .50 | $342.50 |
| 5/8/2017 | Work with client Re: RTV bidding process | J.A.M. | .30 | $205.50 |
| 5/9/2017 | Travel from Indianapolis Re: retention hearing for liquidators | J.A.M. | 3.20 | $2,192.00 |
| 5/12/2017 | Correspondence with Optoro Re: RTV product | J.A.M. | .10 | $68.50 |
| 5/12/2017 | Work with client Re: RTV bid process | J.A.M. | .20 | $137.00 |
| 5/15/2017 | Correspondence with counsel for lender Re: RTV product | J.A.M. | .10 | $68.50 |
| 5/15/2017 | Correspondence with several bidders Re: RTV product | J.A.M. | .50 | $342.50 |
| 5/15/2017 | Correspondence with UCC Re: RTV product | J.A.M. | .10 | $68.50 |
| 5/15/2017 | Prepare RFP and correspondence to potential bidders RE: RTV inventory in Atalanta warehouse | J.A.M. | .70 | $479.50 |
| 5/15/2017 | Work with client Re: RTV bid process | J.A.M. | .40 | $274.00 |
| 5/16/2017 | Correspondence with HyperMicro Re: RTV inventory info. | J.A.M. | .20 | $137.00 |
| 5/16/2017 | Telephone call with GA RE: RTV bid process | J.A.M. | .10 | $68.50 |
| 5/17/2017 | Review reconciliation Re: Hyper transaction | J.A.M. | .10 | $68.50 |
| 5/17/2017 | Telephone call with Optoro Re: RTV bid process | J.A.M. | .30 | $205.50 |
| 5/17/2017 | Work with several bidders RE: RTV bid process | J.A.M. | .30 | $205.50 |
| 5/18/2017 | Correspondence with client Re: Indy RTV | J.A.M. | .10 | $68.50 |
| 5/18/2017 | Correspondence with counsel to lenders Re: RTV bid process | J.A.M. | .10 | $68.50 |
| 5/19/2017 | Review Optoro consignment proposal | J.A.M. | .10 | $68.50 |
| 5/19/2017 | Telephone call with potential bidders Re: RTV product | J.A.M. | .20 | $137.00 |
| 5/20/2017 | Correspondence with HyperMicro Re: RTV offer | J.A.M. | .10 | $68.50 |
| 5/20/2017 | Prepare correspondence to counsel for the lenders and UCC RE: Atlanta RTV bids | J.A.M. | .10 | $68.50 |
| 5/22/2017 | Correspondence with Optoro RE: Indy RTV | J.A.M. | .10 | $68.50 |
| 5/23/2017 | Finalize HyperMicro PO for Atlanta RTV | J.A.M. | .10 | $68.50 |
| 5/24/2017 | Work with client Re: Indy RTV | J.A.M. | .10 | $68.50 |
| 5/27/2017 | Correspondence with client Re: Indy RFP | J.A.M. | .20 | $137.00 |
| 5/27/2017 | Prepare RFP Re: Indy RTV | J.A.M. | .30 | $205.50 |
| 5/27/2017 | Review inventory data Re: Indy RTV | J.A.M. | .20 | $137.00 |
| 5/28/2017 | Correspondence with liquidator Re: unpaid invoices | J.A.M. | .10 | $68.50 |
| 5/30/2017 | Correspondence with potential bidders Re: site visits | J.A.M. | .10 | $68.50 |
| 5/31/2017 | Correspondence with client Re: RTV bid process. | J.A.M. | .10 | $68.50 |
| SUBTOTAL: | | | 22.40 | $15,344.00 |

**Costs**

| Date | Description | Amount |
|---|---|---|
| 5/4/2017 | Airfare to hearing Re: liquidator retention | $655.40 |
| 5/7/2017 | Airline wifi | $4.99 |
| 5/7/2017 | Meal | $56.15 |
| 5/7/2017 | Meal | $61.84 |
| 5/7/2017 | Taxi fare from airport | $18.87 |
| 5/7/2017 | Taxi fare to airport | $29.35 |
| 5/8/2017 | Meal | $46.15 |
| 5/8/2017 | Meal | $26.56 |
| 5/8/2017 | Meal | $136.45 |
| 5/8/2017 | Sheraton hotel | $154.50 |
| 5/9/2017 | Hotel Le Meridien | $262.57 |
| 5/9/2017 | Meal | $50.92 |
| 5/9/2017 | Meal | $11.17 |
| 5/9/2017 | Taxi fare from airport | $20.00 |
| 5/9/2017 | Taxi fare to airport | $16.09 |
| SUBTOTAL: | | $1,551.01 |

**Matter Ledgers**

| Date | Description | Amount |
|---|---|---|
| 5/3/2017 | Balance before last invoice | $22,349.08 |
| 5/3/2017 | Invoice 10190 | $23,438.55 |
| 5/19/2017 | 10189; 10190 | ($18,554.18) |
| 5/19/2017 | 10189; 10190 | ($18,972.35) |
| 6/2/2017 | Invoice 10201 | $16,895.01 |
| SUBTOTAL: | | $25,156.11 |

**Trust Account**

| Date | Description | Amount |
|---|---|---|
| 6/2/2017 | Previous Balance | $0.00 |
| Available in Trust: | | $0.00 |

TOTAL $16,895.01

PREVIOUS BALANCE DUE $8,261.10

CURRENT BALANCE DUE AND OWING $25,156.11