

# Advisory Services provided by Malfitano Advisors, LLC

747 Third Ave, 2nd Floor

New York, New York 10017

Phone: 646-776-0155   Email: jm@malfitanopartners.com

Account Statement

Prepared for Candace Bankovich

Re: Gregg Appliances, Inc.

| | |
|---|---:|
| Previous Balance | $0.00 |
| Current Charges | $22,349.08 |
| New Balance | $22,349.08 |
| | |
| Adjustments | $0.00 |
| | |
| Payments | ($3,222.98) |
| Now Due | $22,349.08 |
| Trust Account | $0.00 |



**Advisory Services provided by Malfitano Advisors, LLC**

747 Third Ave, 2nd Floor
New York, New York 10017
Phone:  646-776-0155   Email:  jm@malfitanopartners.com

# INVOICE

Candace Bankovich
4151 E. 96th Street
Indianapolis, IN 46240

Invoice Date: May 03, 2017
Invoice Number: 10189
Invoice Amount: $22,349.08

## Matter: Gregg Appliances, Inc.

**Fees**

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| 3/20/2017 | Correspondence with counsel for company Re: liquidation solicitation timeline | J.A.M. | .20 | $137.00 |
| 3/20/2017 | Prepare form agency agreement Re: potential full and partial chain closure | J.A.M. | 1.50 | $1,027.50 |
| 3/20/2017 | Prepare form consulting agreement Re: potential full and partial chain closure | J.A.M. | .80 | $548.00 |
| 3/20/2017 | Prepare RFP for potential full and partial chain closure | J.A.M. | .50 | $342.50 |
| 3/20/2017 | Telephone call (several calls) with BRG Re: timeline for liquidation bid solicitation | J.A.M. | .80 | $548.00 |
| 3/21/2017 | Review data for liquidation project and prepare updates to dataroom | J.A.M. | 1.90 | $1,301.50 |
| 3/21/2017 | Several calls with bidders Re:  Bid process | J.A.M. | .80 | $548.00 |
| 3/21/2017 | Telephone call with BRG and company Re: inventory information | J.A.M. | .40 | $274.00 |
| 3/21/2017 | Telephone call with counsel for Committee Re:  Bid process | J.A.M. | .30 | $205.50 |
| 3/21/2017 | Work with company and BRG Re:  preparation of inventory data for full and partial chain liquidation | J.A.M. | 1.50 | $1,027.50 |
| 3/22/2017 | Work with company and BRG Re:  data for liquidation bids | J.A.M. | 1.30 | $890.50 |
| 3/22/2017 | Work with various bidders Re:  data requests for | J.A.M. | .80 | $548.00 |

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| | liquidation bids | | | |
| 3/23/2017 | Several calls with potential bidders Re: data info requests | J.A.M. | 1.10 | $753.50 |
| 3/23/2017 | Work with BRG Re: data requests | J.A.M. | .80 | $548.00 |
| 3/24/2017 | Review and revise retention application | J.A.M. | .30 | $205.50 |
| 3/24/2017 | Work with client Re: updated data for liquidation bids | J.A.M. | 1.40 | $959.00 |
| 3/25/2017 | Work with client & BRG Re: Inventory Roll forward | J.A.M. | .30 | $205.50 |
| 3/26/2017 | Correspondence (several) with client Re: Bid deadline and process | J.A.M. | .30 | $205.50 |
| 3/26/2017 | Correspondence with several bidders Re: Bid Deadline | J.A.M. | .40 | $274.00 |
| 3/26/2017 | Telephone call with BRG and Miller Buckfire RE: Sale process/liquidation bids | J.A.M. | .80 | $548.00 |
| 3/26/2017 | Telephone call with BRG Re: Liquidation bids | J.A.M. | .40 | $274.00 |
| 3/26/2017 | Telephone call with lenders' counsel Re: Liquidation bids | J.A.M. | .40 | $274.00 |
| 3/27/2017 | Correspondence with client Re: lack of equity bids | J.A.M. | .20 | $137.00 |
| 3/27/2017 | Review liquidation bids | J.A.M. | 1.20 | $822.00 |
| 3/27/2017 | Revise proposed consulting agt with Tiger/GA | J.A.M. | .80 | $548.00 |
| 3/27/2017 | Revise summary comparison of liquidation proposals | J.A.M. | 1.30 | $890.50 |
| 3/27/2017 | Telephone call with company and advisers Re: Sale update | J.A.M. | .20 | $137.00 |
| 3/27/2017 | Telephone call with lenders and working group Re: sale process | J.A.M. | .90 | $616.50 |
| 3/27/2017 | Work with bidders Re: Adjustment to consulting agreements | J.A.M. | .60 | $411.00 |
| 3/27/2017 | Work with client Re: revised consulting agreement | J.A.M. | .60 | $411.00 |
| 3/28/2017 | Prepare declaration in support of store closing motion | J.A.M. | 1.40 | $959.00 |
| 3/29/2017 | Finalize liquidation agreement | J.A.M. | .70 | $479.50 |
| 3/29/2017 | Review modified declaration in support of store closing motion | J.A.M. | .20 | $137.00 |
| 3/29/2017 | Several calls with client Re: final liquidation agreement | J.A.M. | .20 | $137.00 |
| 3/29/2017 | Telephone call with BRG Re: liquidation proposals | J.A.M. | .40 | $274.00 |
| 3/30/2017 | Review modified store closing motion | J.A.M. | 1.40 | $959.00 |
| 3/31/2017 | Telephone call with Great American Re: sale startup issues | J.A.M. | .40 | $274.00 |
| 3/31/2017 | Work with client and Monster Re: price protecting goods | J.A.M. | .10 | $68.50 |
| 3/31/2017 | Work with client Re: DC allocation | J.A.M. | .10 | $68.50 |
| SUBTOTAL: | | | 27.70 | $18,974.50 |

**Costs**

| Date | Description | | | Amount |
|---|---|---|---|---|
| 3/6/2017 | Coach airfare to hearing | | | $816.40 |
| 3/6/2017 | Taxi fare from airport to hotel/hearing | | | $38.58 |

| | | |
|---|---|---:|
| 3/7/2017 | Hotel/Sheraton | $216.48 |
| 3/8/2017 | Hotel/Sheraton | $193.77 |
| 3/8/2017 | Meal | $20.34 |
| 3/8/2017 | Taxi fare to airport | $16.43 |
| 3/22/2017 | Coach airfare to/from hearing Re: store closing motion | $694.40 |
| 3/30/2017 | Meal | $57.96 |
| 3/30/2017 | Taxi fare from airport | $19.61 |
| 3/30/2017 | Taxi fare to airport | $71.51 |
| 3/31/2017 | Coach Airfare to Indianapolis | $816.40 |
| 3/31/2017 | Meal | $98.79 |
| 3/31/2017 | Sheraton hotel (March 31 hearing) | $297.57 |
| 3/31/2017 | Taxi fare to airport | $16.34 |
| SUBTOTAL: | | $3,374.58 |

**Matter Ledgers**

| | | |
|---|---|---:|
| 2/28/2017 | Balance before last invoice | $0.00 |
| 2/28/2017 | Invoice 10143 | $3,222.98 |
| 3/3/2017 | 10143 | ($3,222.98) |
| 5/3/2017 | Invoice 10189 | $22,349.08 |
| SUBTOTAL: | | $22,349.08 |

**Trust Account**

| | | |
|---|---|---:|
| 5/3/2017 | Previous Balance | $0.00 |
| Available in Trust: | | $0.00 |

TOTAL $22,349.08

PREVIOUS BALANCE DUE $0.00

CURRENT BALANCE DUE AND OWING $22,349.08



# Advisory Services provided by Malfitano Advisors, LLC

747 Third Ave, 2nd Floor

New York, New York 10017

Phone:  646-776-0155   Email:  jm@malfitanopartners.com

Account Statement

Prepared for Candace Bankovich

Re: Gregg Appliances, Inc.

| | |
|---|---:|
| Previous Balance | $22,349.08 |
| Current Charges | $23,438.55 |
| New Balance | $45,787.63 |
| Adjustments | $0.00 |
| Payments | $0.00 |
| Now Due | $45,787.63 |
| Trust Account | $0.00 |



## Advisory Services provided by Malfitano Advisors, LLC

747 Third Ave, 2nd Floor

New York, New York 10017

Phone:  646-776-0155   Email:  jm@malfitanopartners.com

## INVOICE

Candace Bankovich
4151 E. 96th Street
Indianapolis, IN 46240

Invoice Date: May 03, 2017
Invoice Number: 10190
Invoice Amount: $23,438.55

## Matter: Gregg Appliances, Inc.

**Fees**

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| 4/1/2017 | Telephone call with BRG Re:  liquidation startup | J.A.M. | .50 | $342.50 |
| 4/2/2017 | Work with BRG Re: timing for BOD call | J.A.M. | .20 | $137.00 |
| 4/2/2017 | Work with Great American Re: startup issues | J.A.M. | .40 | $274.00 |
| 4/3/2017 | Correspondence with counsel for GA/Tiger Re: landlord side letters | J.A.M. | .10 | $68.50 |
| 4/3/2017 | Correspondence with GA team and company Re: Startup call | J.A.M. | .10 | $68.50 |
| 4/4/2017 | Correspondence with Comm. counsel RE:  Augment | J.A.M. | .10 | $68.50 |
| 4/4/2017 | Correspondence with company and counsel for Monster Re:  Price protecting product | J.A.M. | .10 | $68.50 |
| 4/4/2017 | Correspondence with company Re:  RTV goods | J.A.M. | .10 | $68.50 |
| 4/4/2017 | Working group call with GA/Tiger Re:  Startup issues | J.A.M. | 2.40 | $1,644.00 |
| 4/5/2017 | Meeting with GA/Tiger Re:  Store Closing startup issues | J.A.M. | 2.40 | $1,644.00 |
| 4/5/2017 | Telephone call with B lender Re: Store closing issues | J.A.M. | .50 | $342.50 |
| 4/5/2017 | Travel to client Re: liquidator startup meeting | J.A.M. | 3.30 | $2,260.50 |
| 4/6/2017 | Meeting with GA/Tiger Re: startup issues/strategy | J.A.M. | 4.50 | $3,082.50 |
| 4/6/2017 | Work with B lender and Committee Re: liquidation strategy | J.A.M. | 1.20 | $822.00 |
| 4/7/2017 | Attend hearing Re:  store closing motion | J.A.M. | 2.30 | $1,575.50 |

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| 4/7/2017 | Meeting with counsel for company Re: store closing motion hearing | J.A.M. | 2.50 | $1,712.50 |
| 4/7/2017 | Travel from Indianapolis Re: Store Closing Motion Hearing | J.A.M. | 2.80 | $1,918.00 |
| 4/7/2017 | Work with client Re: Icon claimed inventory | J.A.M. | .10 | $68.50 |
| 4/7/2017 | Work with GA/Tiger Re: partial liquidation scenario | J.A.M. | .90 | $616.50 |
| 4/8/2017 | Correspondence with client Re: Store retention plan | J.A.M. | .10 | $68.50 |
| 4/8/2017 | Correspondence with Tiger/GA Re: ffe recovery | J.A.M. | .10 | $68.50 |
| 4/8/2017 | Work with GA/Tiger RE: Store Incentive plan | J.A.M. | .20 | $137.00 |
| 4/9/2017 | Correspondence with client Re: fixture liquidation | J.A.M. | .10 | $68.50 |
| 4/9/2017 | Work with BRG Re: store expenses | J.A.M. | .20 | $137.00 |
| 4/10/2017 | Correspondence with counsel for GA/Tiger Re: expense budget | J.A.M. | .10 | $68.50 |
| 4/11/2017 | Correspondence with client RE: CIT goods | J.A.M. | .10 | $68.50 |
| 4/11/2017 | Work with Tiger/GA Re: augment | J.A.M. | .10 | $68.50 |
| 4/12/2017 | Prepare correspondence to client Re: liquidator budgets | J.A.M. | .10 | $68.50 |
| 4/12/2017 | Review correspondence Re: Icon inventory | J.A.M. | .10 | $68.50 |
| 4/12/2017 | Telephone call with BRG Re: FFE budget | J.A.M. | .20 | $137.00 |
| 4/12/2017 | Telephone call with GA/Tiger Re: FFE budget | J.A.M. | .20 | $137.00 |
| 4/13/2017 | Telephone call with BRG and liquidator Re: PTO | J.A.M. | .40 | $274.00 |
| 4/13/2017 | Work with BRG Re: ffe expense budget | J.A.M. | .10 | $68.50 |
| 4/14/2017 | Review revised store incentive plan | J.A.M. | .10 | $68.50 |
| 4/14/2017 | Work with client Re: RTV product | J.A.M. | .10 | $68.50 |
| 4/17/2017 | Correspondence with liquidator Re: Modified expense budget | J.A.M. | .10 | $68.50 |
| 4/17/2017 | Telephone call with BRG, company and UCC FA Re: Sale Update | J.A.M. | .40 | $274.00 |
| 4/17/2017 | Telephone call with Hyper Re: RTV offer | J.A.M. | .20 | $137.00 |
| 4/17/2017 | Work with company Re: RTV inventory | J.A.M. | .20 | $137.00 |
| 4/17/2017 | Work with liquidator Re: DC transfers | J.A.M. | .20 | $137.00 |
| 4/18/2017 | Correspondence with HyperMicro Re: RTV buy | J.A.M. | .10 | $68.50 |
| 4/18/2017 | Finalize RTV sale negotiation | J.A.M. | .30 | $205.50 |
| 4/18/2017 | Review correspondence from client Re: DC inventory push | J.A.M. | .10 | $68.50 |
| 4/19/2017 | Correspondence with counsel for the lenders Re: DC distribution | J.A.M. | .10 | $68.50 |
| 4/19/2017 | Work with company and HyperMicro Re: Finalizing RTV product purchase | J.A.M. | .80 | $548.00 |
| 4/19/2017 | Work with company and liquidator Re: DC goods allocation | J.A.M. | .40 | $274.00 |
| 4/20/2017 | Conference call with liquidator Re: DC inventory/labor issues | J.A.M. | .50 | $342.50 |
| 4/20/2017 | Telephone call with counsel for lender Re: RTV/service product | J.A.M. | .20 | $137.00 |
| 4/20/2017 | Telephone call with counsel for UCC Re: RTV inventory | J.A.M. | .20 | $137.00 |
| 4/20/2017 | Work with client Re: potential bid for additional RTV product | J.A.M. | .60 | $411.00 |
| 4/20/2017 | Work with liquidator Re: DC exit strategy | J.A.M. | .50 | $342.50 |

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 4/21/2017 | Telephone call with HyperMicro Re: RTV inventory | J.A.M. | .20 | $137.00 |
| 4/25/2017 | Correspondence with client Re: RTV inventory | J.A.M. | .10 | $68.50 |
| 4/28/2017 | Correspondence (several) with company Re: RTV product available for sale | J.A.M. | .20 | $137.00 |
| 4/28/2017 | Correspondence (several) with counsel to lender RE: RTV product | J.A.M. | .20 | $137.00 |
| 4/28/2017 | Correspondence with HyperMicro Re: RTV product | J.A.M. | .10 | $68.50 |
| 4/28/2017 | Telephone call with counsel for company Re: Fee app procedures | J.A.M. | .10 | $68.50 |
| SUBTOTAL: | | | 32.60 | $22,331.00 |

**Costs**

| Date | Description | Amount |
|---|---|---|
| 4/4/2017 | Taxi fare to airport | $76.00 |
| 4/5/2017 | Meal | $5.33 |
| 4/5/2017 | Meal | $9.53 |
| 4/5/2017 | Meal | $57.96 |
| 4/6/2017 | Meal | $9.72 |
| 4/6/2017 | Sheraton hotel | $367.48 |
| 4/7/2017 | Meal | $8.72 |
| 4/7/2017 | Meal | $39.33 |
| 4/7/2017 | Meal | $8.63 |
| 4/7/2017 | Rental car | $288.09 |
| 4/7/2017 | Sheraton hotel | $228.77 |
| 4/7/2017 | United wifi | $7.99 |
| SUBTOTAL: | | $1,107.55 |

**Matter Ledgers**

| Date | Description | Amount |
|---|---|---|
| 5/3/2017 | Balance before last invoice | $0.00 |
| 5/3/2017 | Invoice 10189 | $22,349.08 |
| 5/3/2017 | Invoice 10190 | $23,438.55 |
| SUBTOTAL: | | $45,787.63 |

**Trust Account**

| Date | Description | Amount |
|---|---|---|
| 5/3/2017 | Previous Balance | $0.00 |
| Available in Trust: | | $0.00 |

TOTAL $23,438.55

PREVIOUS BALANCE DUE $22,349.08

CURRENT BALANCE DUE AND OWING $45,787.63



# Advisory Services provided by Malfitano Advisors, LLC

747 Third Ave, 2nd Floor

New York, New York 10017

Phone:  646-776-0155   Email:  jm@malfitanopartners.com

Account Statement

Prepared for Candace Bankovich

Re: Gregg Appliances, Inc.

| | |
|---|---:|
| Previous Balance | $8,261.10 |
| Current Charges | $16,895.01 |
| New Balance | $25,156.11 |
| | |
| Adjustments | $0.00 |
| | |
| Payments | ($37,526.53) |
| Now Due | $25,156.11 |
| Trust Account | $0.00 |



**Advisory Services provided by Malfitano Advisors, LLC**

747 Third Ave, 2nd Floor

New York, New York 10017

Phone:  646-776-0155   Email:  jm@malfitanopartners.com

# INVOICE

Candace Bankovich
4151 E. 96th Street
Indianapolis, IN 46240

Invoice Date: June 02, 2017
Invoice Number: 10201
Invoice Amount: $16,895.01

## Matter: Gregg Appliances, Inc.

**Fees**

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| 5/1/2017 | Correspondence with client Re: RTV inventory bids | J.A.M. | .10 | $68.50 |
| 5/1/2017 | Correspondence with liquidator Re: RTV product and potential bid | J.A.M. | .10 | $68.50 |
| 5/1/2017 | Telephonic hearing Re:  Final DIP hearing | J.A.M. | 1.50 | $1,027.50 |
| 5/2/2017 | Correspondence with company Re:  CIT goods | J.A.M. | .10 | $68.50 |
| 5/2/2017 | Correspondence with counsel for the liquidator Re: retention issues | J.A.M. | .10 | $68.50 |
| 5/2/2017 | Correspondence with counsel for UCC Re: sale update | J.A.M. | .10 | $68.50 |
| 5/2/2017 | Correspondence with Optoro Re:  RTV inventory opportunity | J.A.M. | .10 | $68.50 |
| 5/2/2017 | Work with potential bidders Re:  RTV product | J.A.M. | .20 | $137.00 |
| 5/3/2017 | Correspondence with counsel for UCC Re: CIT inventory | J.A.M. | .10 | $68.50 |
| 5/3/2017 | Correspondence with Optoro Re: RTV product | J.A.M. | .10 | $68.50 |
| 5/3/2017 | Meeting with lenders' counsel Re:  sale progress | J.A.M. | .80 | $548.00 |
| 5/3/2017 | Prepare notice of draw for March and April fees | J.A.M. | .20 | $137.00 |
| 5/4/2017 | Correspondence (several) with client Re:  RTV bidding process | J.A.M. | .20 | $137.00 |
| 5/4/2017 | Meeting with liquidator Re:  sale process update | J.A.M. | 1.20 | $822.00 |
| 5/4/2017 | Telephone call with counsel for liquidator Re: retention issues | J.A.M. | .20 | $137.00 |

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 5/5/2017 | Work with HyperMicro Re: RTV issues | J.A.M. | .20 | $137.00 |
| 5/5/2017 | Work with potential bidders Re: RTV inventory | J.A.M. | .20 | $137.00 |
| 5/7/2017 | Correspondence (several) with liquidator Re: contested hearing on retention | J.A.M. | .40 | $274.00 |
| 5/7/2017 | Review briefing materials Re: Consultant retention | J.A.M. | 1.70 | $1,164.50 |
| 5/7/2017 | Travel to hearing Re: Consultant retention | J.A.M. | 3.20 | $2,192.00 |
| 5/7/2017 | Work with client Re: RTV inventory | J.A.M. | .20 | $137.00 |
| 5/7/2017 | Work with liquidator Re: expense budget | J.A.M. | .10 | $68.50 |
| 5/8/2017 | Attend hearing Re: liquidator retention | J.A.M. | 2.10 | $1,438.50 |
| 5/8/2017 | Correspondence with client Re: fixture liquidation | J.A.M. | .10 | $68.50 |
| 5/8/2017 | Prepare for hearing Re: liquidator retention | J.A.M. | .50 | $342.50 |
| 5/8/2017 | Work with client Re: RTV bidding process | J.A.M. | .30 | $205.50 |
| 5/9/2017 | Travel from Indianapolis Re: retention hearing for liquidators | J.A.M. | 3.20 | $2,192.00 |
| 5/12/2017 | Correspondence with Optoro Re: RTV product | J.A.M. | .10 | $68.50 |
| 5/12/2017 | Work with client Re: RTV bid process | J.A.M. | .20 | $137.00 |
| 5/15/2017 | Correspondence with counsel for lender Re: RTV product | J.A.M. | .10 | $68.50 |
| 5/15/2017 | Correspondence with several bidders Re: RTV product | J.A.M. | .50 | $342.50 |
| 5/15/2017 | Correspondence with UCC Re: RTV product | J.A.M. | .10 | $68.50 |
| 5/15/2017 | Prepare RFP and correspondence to potential bidders RE: RTV inventory in Atalanta warehouse | J.A.M. | .70 | $479.50 |
| 5/15/2017 | Work with client Re: RTV bid process | J.A.M. | .40 | $274.00 |
| 5/16/2017 | Correspondence with HyperMicro Re: RTV inventory info. | J.A.M. | .20 | $137.00 |
| 5/16/2017 | Telephone call with GA RE: RTV bid process | J.A.M. | .10 | $68.50 |
| 5/17/2017 | Review reconciliation Re: Hyper transaction | J.A.M. | .10 | $68.50 |
| 5/17/2017 | Telephone call with Optoro Re: RTV bid process | J.A.M. | .30 | $205.50 |
| 5/17/2017 | Work with several bidders RE: RTV bid process | J.A.M. | .30 | $205.50 |
| 5/18/2017 | Correspondence with client Re: Indy RTV | J.A.M. | .10 | $68.50 |
| 5/18/2017 | Correspondence with counsel to lenders Re: RTV bid process | J.A.M. | .10 | $68.50 |
| 5/19/2017 | Review Optoro consignment proposal | J.A.M. | .10 | $68.50 |
| 5/19/2017 | Telephone call with potential bidders Re: RTV product | J.A.M. | .20 | $137.00 |
| 5/20/2017 | Correspondence with HyperMicro Re: RTV offer | J.A.M. | .10 | $68.50 |
| 5/20/2017 | Prepare correspondence to counsel for the lenders and UCC RE: Atlanta RTV bids | J.A.M. | .10 | $68.50 |
| 5/22/2017 | Correspondence with Optoro RE: Indy RTV | J.A.M. | .10 | $68.50 |
| 5/23/2017 | Finalize HyperMicro PO for Atlanta RTV | J.A.M. | .10 | $68.50 |
| 5/24/2017 | Work with client Re: Indy RTV | J.A.M. | .10 | $68.50 |
| 5/27/2017 | Correspondence with client Re: Indy RFP | J.A.M. | .20 | $137.00 |
| 5/27/2017 | Prepare RFP Re: Indy RTV | J.A.M. | .30 | $205.50 |
| 5/27/2017 | Review inventory data Re: Indy RTV | J.A.M. | .20 | $137.00 |
| 5/28/2017 | Correspondence with liquidator Re: unpaid invoices | J.A.M. | .10 | $68.50 |
| 5/30/2017 | Correspondence with potential bidders Re: site visits | J.A.M. | .10 | $68.50 |
| 5/31/2017 | Correspondence with client Re: RTV bid process. | J.A.M. | .10 | $68.50 |
| SUBTOTAL: | | | 22.40 | $15,344.00 |

**Costs**

| Date | Description | Amount |
|---|---|---|
| 5/4/2017 | Airfare to hearing Re: liquidator retention | $655.40 |
| 5/7/2017 | Airline wifi | $4.99 |
| 5/7/2017 | Meal | $56.15 |
| 5/7/2017 | Meal | $61.84 |
| 5/7/2017 | Taxi fare from airport | $18.87 |
| 5/7/2017 | Taxi fare to airport | $29.35 |
| 5/8/2017 | Meal | $46.15 |
| 5/8/2017 | Meal | $26.56 |
| 5/8/2017 | Meal | $136.45 |
| 5/8/2017 | Sheraton hotel | $154.50 |
| 5/9/2017 | Hotel Le Meridien | $262.57 |
| 5/9/2017 | Meal | $50.92 |
| 5/9/2017 | Meal | $11.17 |
| 5/9/2017 | Taxi fare from airport | $20.00 |
| 5/9/2017 | Taxi fare to airport | $16.09 |
| SUBTOTAL: | | $1,551.01 |

**Matter Ledgers**

| Date | Description | Amount |
|---|---|---|
| 5/3/2017 | Balance before last invoice | $22,349.08 |
| 5/3/2017 | Invoice 10190 | $23,438.55 |
| 5/19/2017 | 10189; 10190 | ($18,554.18) |
| 5/19/2017 | 10189; 10190 | ($18,972.35) |
| 6/2/2017 | Invoice 10201 | $16,895.01 |
| SUBTOTAL: | | $25,156.11 |

**Trust Account**

| Date | Description | Amount |
|---|---|---|
| 6/2/2017 | Previous Balance | $0.00 |
| Available in Trust: | | $0.00 |

TOTAL $16,895.01

PREVIOUS BALANCE DUE $8,261.10

CURRENT BALANCE DUE AND OWING $25,156.11



# Advisory Services provided by **Malfitano Advisors, LLC**

747 Third Ave, 2nd Floor

New York, New York 10017

Phone: 646-776-0155   Email: jm@malfitanopartners.com

Account Statement

Prepared for Candace Bankovich

Re: Gregg Appliances, Inc.

| | |
|---|---:|
| Previous Balance | $25,156.11 |
| Current Charges | $3,480.00 |
| New Balance | $28,636.11 |
| | |
| Adjustments | $0.00 |
| | |
| Payments | $0.00 |
| Now Due | $28,636.11 |
| Trust Account | $0.00 |



## Advisory Services provided by Malfitano Advisors, LLC

747 Third Ave, 2nd Floor
New York, New York 10017
Phone: 646-776-0155   Email: jm@malfitanopartners.com

# INVOICE

Candace Bankovich
4151 E. 96th Street
Indianapolis, IN 46240

Invoice Date: June 16, 2017
Invoice Number: 10203
Invoice Amount: $3,480.00

## Matter: Gregg Appliances, Inc.

**Fees**

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| 6/1/2017 | Correspondence with BRG Re: RTV inventory | J.A.M. | .10 | $72.50 |
| 6/2/2017 | Correspondence with potential bidder Re: RTV product in Indy | J.A.M. | .10 | $72.50 |
| 6/2/2017 | Correspondence with client Re: Indy RTV interest | J.A.M. | .10 | $72.50 |
| 6/3/2017 | Correspondence with client Re: RTV bid process | J.A.M. | .10 | $72.50 |
| 6/5/2017 | Work with several potential RTV bidders Re: Bid requirements and inspection | J.A.M. | .40 | $290.00 |
| 6/5/2017 | Work with company Re: RTV inspections | J.A.M. | .10 | $72.50 |
| 6/6/2017 | Review Optoro RTV proposal | J.A.M. | .20 | $145.00 |
| 6/6/2017 | Correspondence with client Re: RTV proposals | J.A.M. | .10 | $72.50 |
| 6/6/2017 | Correspondence with counsel for lender and UCC RE: RTV proposals | J.A.M. | .10 | $72.50 |
| 6/6/2017 | Several telephone calls with potential RTV bidders Re: Inventory issues | J.A.M. | .30 | $217.50 |
| 6/7/2017 | Correspondence with client Re: Optoro Agt | J.A.M. | .10 | $72.50 |
| 6/7/2017 | Correspondence with Optoro Re: RTV movement | J.A.M. | .20 | $145.00 |
| 6/9/2017 | Correspondence with Optoro Re: consignment agt | J.A.M. | .10 | $72.50 |
| 6/12/2017 | Correspondence with client and counsel Re: RTV consignment | J.A.M. | .10 | $72.50 |
| 6/12/2017 | Correspondence with counsel for the lender Re: RTV consignment deal | J.A.M. | .10 | $72.50 |
| 6/15/2017 | Correspondence with Optoro Re: Final pickup of | J.A.M. | .10 | $72.50 |

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 6/16/2017 | RTV Preparation of Final Fee Application | J.A.M. | .50 | $362.50 |
| 6/16/2017 | Reconciliation issues with respect to inventory, FF&E and RTV inventory | J.A.M. | 2.00 | $1,450.00 |
| | SUBTOTAL: | | 4.80 | $3,480.00 |

**Costs**

| | | | | |
|---|---|---|---|---|
| | SUBTOTAL: | | | $0.00 |

**Matter Ledgers**

| Date | Description | Amount |
|---|---|---|
| 6/2/2017 | Balance before last invoice | $8,261.10 |
| 6/2/2017 | Invoice 10201 | $16,895.01 |
| 6/16/2017 | Invoice 10203 | $3,480.00 |
| | SUBTOTAL: | $28,636.11 |

**Trust Account**

| Date | Description | Amount |
|---|---|---|
| 6/16/2017 | Previous Balance | $0.00 |
| | Available in Trust: | $0.00 |

TOTAL $3,480.00

PREVIOUS BALANCE DUE $25,156.11

CURRENT BALANCE DUE AND OWING $28,636.11