## EXHIBIT A

## Ice Miller Invoices – First Interim



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1465817
May 4, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Asset Disposition
        Our Matter No. 60605.0002

## INVOICE SUMMARY

For Services rendered through March 31, 2017

| | |
|---|---|
| Professional Services | $9,473.85 |
| **Total Current Invoice** | **$9,473.85** |



525+ transactions closed worth in excess of $20 billion in the past 5 years

Asset Disposition

Our Matter No. 60605.0002

Invoice No. 1465817

May 4, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 03/09/2017 | FOWL S | Revised and finalized motion to sell, bid procedures, and related notices. | 1.10 |
| 03/09/2017 | FOWL S | Communicated with MLB regarding bid procedures motion and deadlines. | 0.50 |
| 03/09/2017 | FOWL S | Communicated with noticing agent regarding bid procedures motion. | 0.20 |
| 03/09/2017 | FOWL S | Communicated with client and professionals regarding potential offer and related strategy. | 1.10 |
| 03/09/2017 | FOWL S | Reviewed and revised sale motion and bid procedures. | 1.20 |
| 03/09/2017 | HOKA J | Assisted with finalization of bid procedures motion. | 0.80 |
| 03/09/2017 | HOKA J | Participated in call with prospective purchaser's counsel. | 0.60 |
| 03/10/2017 | FOWL S | Revised Motion to Shorten Notice. | 0.80 |
| 03/11/2017 | HOKA J | Participated in calls (2) with senior management and advisors (2.5) and reviewed and assisted with finalization of e-mail to prospective purchaser (.3). | 2.80 |
| 03/13/2017 | FOWL S | Communicated with counsel for potential stalking horse regarding potential offer. | 0.40 |
| 03/13/2017 | FOWL S | Communicated with BRG regarding bid procedures motion. | 0.20 |
| 03/13/2017 | FOWL S | Communicated with MLB regarding stalking horse offer. | 0.20 |
| 03/13/2017 | HOKA J | Participate in call regarding proposed purchaser issues. | 0.50 |
| 03/14/2017 | FOWL S | Communicated with counsel for landlord regarding sale motion. | 0.20 |
| 03/14/2017 | HOKA J | Participate in call with Stifel, et al. | 1.00 |
| 03/15/2017 | FOWL S | Communicated with counsel for potential purchaser of assets. | 0.30 |
| 03/16/2017 | HOKA J | Reviewed revisions to Press Release regarding status of LOI. | 0.30 |
| 03/21/2017 | FOWL S | Revised and finalized notice of amended bid procedures and exhibits thereto. | 0.90 |
| 03/21/2017 | FOWL S | Communicated with landlords and professionals regarding bid procedures. | 0.50 |
| 03/27/2017 | FOWL S | Reviewed objections to bid procedures and prepared for hearing on bid procedures. | 1.40 |
| 03/28/2017 | EFRO H | Advised regarding sale effort issues. | 0.20 |
| 03/28/2017 | FOWL S | Revised bid procedures order; communicated with landlords regarding same. | 1.40 |

Asset Disposition
Our Matter No. 60605.0002

Invoice No. 1465817
May 4, 2017

| 03/28/2017 | FOWL S | Attended hearing on bid procedures. | 1.00 |
|---|---|---|---|
| 03/28/2017 | HOKA J | Internal discussions and attention to Hilco issues (.7) and speak with Hilco's counsel in anticipation of continued hearing on Motion to Approve Consulting Agreement (.4). | 1.10 |
| 03/29/2017 | FOWL S | Communicated with counsel for the DIP Lenders and the Committee regarding Motion to Shorten Notice on Phase II GOB Motion. | 0.10 |
| 03/29/2017 | FOWL S | Communicated with noticing agent regarding Phase II GOB Motion. | 0.20 |
| 03/29/2017 | FOWL S | Revised Motion to Shorten Notice and set expedited hearing on Phase II GOB sales. | 0.60 |
| 03/29/2017 | FOWL S | Revised order on bid procedures based on landlord comments. | 0.50 |
| 03/29/2017 | HOKA J | Received messages regarding actions of going-concern bidders, and drafted Motion to Shorten Notice of Phase II Sale Motion. | 1.60 |
| 03/30/2017 | FOWL S | Finalized Phase II Sale Motion. | 0.80 |
| 03/30/2017 | FOWL S | Communicated with client and noticing agent regarding Phase II store closing motion. | 0.40 |

**Total Professional Services**      **$9,473.85**

**Total Invoice Balance Due**      $9,473.85

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 05/04/17 | 1465817 | $9,473.85 | $0.00 | $9,473.85 |
| | | | **Total Balance Due** | **$9,473.85** |

## AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---|---|---|---|---|---|
| $9,473.85 | $0.00 | $0.00 | $0.00 | $0.00 | $9,473.85 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Asset Disposition                                                    Invoice No. 1465817
Our Matter No. 60605.0002                                               May 4, 2017

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                    Invoice No. 1465817
Debtor-In-Possesion                                                       May 4, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Asset Disposition
       Our Matter No. 60605.0002

## INVOICE SUMMARY

For Services rendered through March 31, 2017

Professional Services                                                     $9,473.85

**Total Current Invoice**                                                 **$9,473.85**

## Payment Options

Online Payments:                          Wire/ACH Instructions:
**ClientPay**                             Huntington Bank
                                          ABA for ACH      074000078
                                          ABA for Wire     044000024
                                          Account No.      01401048453
                                          Swift Code:      HUNTUS33
                                          Please Reference **Invoice No. 1465817**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1465817**

Questions or concerns, please email **payice@icemiller.com**

---

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1465818
May 4, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Assumption and Rejection of Leases and Contracts
         Our Matter No. 60605.0003

## INVOICE SUMMARY

For Services rendered through March 31, 2017

| | |
|---|---|
| Professional Services | $32,491.35 |
| Disbursements | $167.10 |
| **Total Current Invoice** | **$32,658.45** |



525+ transactions closed worth in excess of $20 billion in the past 5 years

Assumption and Rejection of Leases and Contracts
Our Matter No. 60605.0003

Invoice No. 1465818
May 4, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 03/08/2017 | FOWL S | Reviewed agreements with Discover Card (.5); drafted motion to reject contract with Discovery Card (2.1). | 2.60 |
| 03/08/2017 | HOKA J | Spoke with G. Apter (Hilco) regarding abbreviated assumption/rejection procedure for GOB store leases. | 0.20 |
| 03/09/2017 | CRIS T | Reviewed the protocol for marketing and negotiation of leases received from Hilco and considered the same (.4); attention to other related matters concerning the store locations closing (.2); reviewed the first day motions, correspondence and documents concerning the store locations closing and considered a motion to establish a protocol for Hilco Real Estate, LLC to negotiate leases (3.5). | 4.10 |
| 03/09/2017 | FOWL S | Revised motion to reject contract with Discover (.5); communicated with client regarding same (.2). | 0.70 |
| 03/09/2017 | FOWL S | Drafted motion for extension of time to assume/reject leases. | 1.80 |
| 03/09/2017 | FOWL S | Communicated with client regarding motion to reject contract with Discover. | 0.30 |
| 03/09/2017 | HOKA J | Exchanges regarding Hilco's request for accelerated assumption/rejection procedure for GOB stores (.3); review and forward Hilco's proposal in this regard (.2). | 0.50 |
| 03/09/2017 | HOKA J | Assist with finalization of Motion to Reject Discover contract. | 0.50 |
| 03/10/2017 | CRIS T | Further considered the approach toward establishing a lease negotiation protocol for Hilco Real Estate, LLC in connection with the assumption or rejection of leases. | 0.30 |
| 03/11/2017 | CRIS T | Reviewed communications, the Application to Employ Hilco and related documents concerning the leases for the closing stores and preparing a motion with respect to the same, and drafted a Motion for Expedited Procedure to Answer or Reject Leases (4.4); continued to prepare the Motion for Expedited Procedure to Assume or Reject Leases, along with a Proposed Order (3.5). | 7.90 |
| 03/12/2017 | CRIS T | Further worked on and completed an initial draft of a Motion for Expedited Procedures to Assume or Reject Leases and a Proposed Order and forwarded the same for review. | 1.60 |
| 03/12/2017 | FOWL S | Revised motion to reject contracts to included Warrentech. | 2.60 |
| 03/13/2017 | CRIS T | Considered comments from Apter at Hilco, Herman and Mauceri, and revised the Motion for Expedited Process to Assume or Reject Executory Contracts and Leases (2.2); made further edits to the Motion for Expedited Process to Assume or Reject Executory Contracts (.2). | 2.40 |

Assumption and Rejection of Leases and Contracts

Invoice No. 1465818

Our Matter No. 60605.0003

May 4, 2017

| 03/13/2017 | FOWL S | Continued revisions to motions to reject executory contracts with Discover and Warrantech (2.1); communicated with client regarding same (.2). | 2.30 |
|---|---|---|---|
| 03/13/2017 | FOWL S | Communicated with counsel for several landlords regarding rent payments. | 0.40 |
| 03/13/2017 | FOWL S | Revised first omnibus motion to reject certain expired leases. | 1.80 |
| 03/13/2017 | HOKA J | Calls and emails regarding draft Motion for Expedited Assumption/Rejection protocol. | 0.20 |
| 03/14/2017 | FOWL S | Communicated with counsel for US Transport regarding potential executory contract. | 0.40 |
| 03/14/2017 | HOKA J | Spoke with T. McAllister regarding his lease rights. | 0.20 |
| 03/15/2017 | FOWL S | Met with US Transport regarding continuation of delivery services. | 1.60 |
| 03/16/2017 | CRIS T | Reviewed and commented on the Motion for Expedited Procedures to Assume or Reject Leases for Store Closing Locations. | 0.70 |
| 03/16/2017 | FOWL S | Revised motion for expedited process to assume or reject leases. | 2.10 |
| 03/16/2017 | FOWL S | Revised motion to reject executory contracts to include Rosetta, Icon, Andretti, and Zimmerman. | 2.80 |
| 03/16/2017 | FOWL S | Revised motion to establish lease rejection procedures. | 0.60 |
| 03/17/2017 | CRIS T | Considered revisions to the Motion for Expedited Lease Assumption and Rejection Procedures and compliance with rules of procedure concerning the same (.3); conferenced on the procedures for the rejection of leases (.1); revised the Motion for Expedited Procedures to Assume and Assign or Reject Executory Contracts and Leases, and to Abandon Property (4.3); prepared correspondence forwarding the Motion to Expedite Procedures to Assume and Reject Contracts and Leases (.1); researched lease rejection effective date issues (.5). | 5.30 |
| 03/17/2017 | FOWL S | Finalized motion for procedure to assume/reject closing store leases (2.3); communicated with counsel for DIP Agent and Committee regarding same (.2). | 2.50 |
| 03/17/2017 | HOKA J | Exchanged emails and calls with counsel to US Transport (UST) and client officers regarding treatment of UST's pre-petition claim. | 2.20 |
| 03/18/2017 | HOKA J | Exchanged emails with UST's counsel and began drafting Motion to Assume UST Contract. | 1.20 |
| 03/19/2017 | FOWL S | Revised motion to assume Towson Lease. | 1.40 |
| 03/20/2017 | CRIS T | Considered tasks to accomplish with respect to leases and resolution of claims. | 0.10 |
| 03/20/2017 | FOWL S | Drafted motion to assume UST contract and motion to shorten notice period. | 2.40 |

Assumption and Rejection of Leases and Contracts

Invoice No. 1465818

Our Matter No. 60605.0003

May 4, 2017

| 03/20/2017 | FOWL S | Communicated with court regarding order on motion for extension of time to assume or reject leases. | 0.20 |
|---|---|---|---|
| 03/20/2017 | FOWL S | Communicated with client regarding assumption and rejection of contracts and leases. | 0.50 |
| 03/20/2017 | HOKA J | Review and assist with finalization of Motion to Assume UST Contract. | 0.80 |
| 03/20/2017 | HOKA J | Review and forward GE's marked up Trade Agreement. | 0.40 |
| 03/20/2017 | HOKA J | Exchange emails and calls regarding Whirlpool issues (.5); review Whirlpool's marked up Trade Agreement and additional emails regarding same (.8); host call with client and Whirlpool counsel, and circulate information relative to claims (.7). | 2.00 |
| 03/20/2017 | HOKA J | Exchange emails regarding Samsung issues. | 1.00 |
| 03/20/2017 | HOKA J | Exchange emails with W. Brewer and client officers regarding BluSky contract. | 0.20 |
| 03/21/2017 | FOWL S | Communicated with counsel for UST regarding hearing. | 0.40 |
| 03/21/2017 | FOWL S | Communicated with Hilco regarding leases. | 0.50 |
| 03/21/2017 | FOWL S | Drafted motion to assume contract with Ryder. | 2.60 |
| 03/21/2017 | FOWL S | Revised order on motion to shorten notice on motion to assume UST contract. | 0.40 |
| 03/22/2017 | FOWL S | Prepared for hearing on motion to assume UST contract. | 3.10 |
| 03/22/2017 | FOWL S | Communicated with client regarding contract rejections. | 0.30 |
| 03/22/2017 | FOWL S | Communicated with counsel for UST regarding hearing on motion to assume contract. | 0.20 |
| 03/22/2017 | FOWL S | Communicated with counsel for UST regarding assumption of contract. | 0.50 |
| 03/22/2017 | HOKA J | Call with Colt's counsel regarding contract. | 0.20 |
| 03/23/2017 | FOWL S | Revised motion to reject contracts to include Butler, IU, and Colts contracts (1.5); communicated with counsel for committee regarding same (.3). | 1.80 |
| 03/23/2017 | FOWL S | Communicated with client regarding contract rejection motion. | 0.40 |
| 03/23/2017 | FOWL S | Attended hearing on motion to assume contract with UST. | 0.90 |
| 03/23/2017 | FOWL S | Prepared for hearing on motion to assume contract with UST. | 1.10 |
| 03/23/2017 | HOKA J | Exchange emails with Committee counsel regarding UST contract (.3); | 0.30 |
| 03/24/2017 | HOKA J | Spoke with counsel to Rosetta regarding treatment of contract/claim. | 0.20 |
| 03/24/2017 | HOKA J | Exchange emails regarding marketing contracts. | 0.60 |

Assumption and Rejection of Leases and Contracts

Invoice No. 1465818

Our Matter No. 60605.0003

May 4, 2017

| | | | |
|---|---|---|---|
| 03/26/2017 | FOWL S | Communicated with client and counsel for the Committee regarding rejection of various contracts. | 0.40 |
| 03/26/2017 | HOKA J | Responded to inquiries regarding intentions to reject particular contracts. | 0.80 |
| 03/27/2017 | FOWL S | Communicated with counsel for landlord regarding lease assumption process for Annapolis store. | 0.30 |
| 03/27/2017 | HOKA J | Calls regarding Spirit and other delivery-related vendors. | 1.20 |
| 03/28/2017 | FOWL S | Communicated with Annapolis landlord regarding lease procedures. | 0.20 |
| 03/29/2017 | FOWL S | Drafted notice of amended order on lease assumption/rejection procedures. | 0.50 |
| 03/29/2017 | FOWL S | Revised motion to reject executory contracts to include Synchrony. | 0.70 |
| 03/29/2017 | FOWL S | Revised order on lease assumption rejection procedures based on comments from Hilco and landlords. | 0.70 |
| 03/29/2017 | FOWL S | Communicated with client regarding contract rejection motion. | 0.20 |
| 03/29/2017 | HOKA J | Discussions and emails regarding treatment of NQDC Plan. | 1.40 |
| 03/29/2017 | HOKA J | Call with Hilco's counsel regarding UST's objections to Consulting Agreement. | 0.40 |
| 03/30/2017 | FOWL S | Communicated with counsel for several landlords regarding lease procedures objections. | 0.70 |
| 03/31/2017 | FOWL S | Finalized cure notice. | 0.40 |
| 03/31/2017 | FOWL S | Finalized motion to assume the Towson Lease. | 0.50 |
| 03/31/2017 | FOWL S | Communicated with counsel for several landlords regarding lease procedures motion. | 0.60 |

| | |
|---|---|
| **Total Professional Services** | **$32,491.35** |

## COSTS ADVANCED

| Description | Amount |
|---|---|
| Color Photocopies | $18.75 |
| Legal Research Expense - WESTLAW - WESTLAW 60605.0003.07222.LEASEREJECTION | $148.35 |
| **Total Cost Advanced** | **$167.10** |

Assumption and Rejection of Leases and Contracts                                                      Invoice No. 1465818
Our Matter No. 60605.0003                                                                                        May 4, 2017

**Total Invoice Balance Due**                                                                                  $32,658.45

### OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 05/04/17 | 1465818 | $32,658.45 | $0.00 | $32,658.45 |
| | | | **Total Balance Due** | **$32,658.45** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|------------|------------|-------------|------------|-------|
| $32,658.45 | $0.00 | $0.00 | $0.00 | $0.00 | $32,658.45 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                    Invoice No. 1465818
Debtor-In-Possesion                                                         May 4, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Assumption and Rejection of Leases and Contracts
       Our Matter No. 60605.0003

## INVOICE SUMMARY

For Services rendered through March 31, 2017

Professional Services                                                    $32,491.35

Disbursements                                                            $167.10

**Total Current Invoice**                                          **$32,658.45**

### Payment Options

Online Payments:                    Wire/ACH Instructions:
**ClientPay**                       Huntington Bank
                                    ABA for ACH     074000078
                                    ABA for Wire    044000024
                                    Account No.     01401048453
                                    Swift Code:     HUNTUS33
                                    Please Reference **Invoice No. 1465818**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1465818**

Questions or concerns, please email **payice@icemiller.com**

---

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1465819
May 4, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:      Budgeting (Case)
         Our Matter No. 60605.0005

## INVOICE SUMMARY

For Services rendered through March 31, 2017

Professional Services                                              $1,162.35

**Total Current Invoice**                                         **$1,162.35**



deals done
525+ transactions closed worth in excess of $20 billion in the past 5 years

Budgeting (Case)
Our Matter No. 60605.0005

Invoice No. 1465819
May 4, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 03/10/2017 | HOKA J | Attention to billing and reporting requirements. | 1.00 |
| 03/15/2017 | HOKA J | Provide summary information to BRG. | 0.50 |
| 03/20/2017 | HOKA J | Compile and provide IM's weekly accruals to BRG. | 0.60 |
| **Total Professional Services** | | | **$1,162.35** |

**Total Invoice Balance Due** $1,162.35

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 05/04/17 | 1465819 | $1,162.35 | $0.00 | $1,162.35 |
| | | | **Total Balance Due** | **$1,162.35** |

## AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $1,162.35 | $0.00 | $0.00 | $0.00 | $0.00 | $1,162.35 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries, please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                                   Invoice No. 1465819
Debtor-In-Possesion                                                                            May 4, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Budgeting (Case)
        Our Matter No. 60605.0005

## INVOICE SUMMARY

For Services rendered through March 31, 2017

Professional Services                                                                          $1,162.35

**Total Current Invoice**                                                                      **$1,162.35**

### Payment Options

Online Payments:                          Wire/ACH Instructions:
**ClientPay**                             Huntington Bank
                                          ABA for ACH    074000078
                                          ABA for Wire   044000024
                                          Account No.    01401048453
                                          Swift Code:    HUNTUS33
                                          Please Reference **Invoice No. 1465819**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1465819**

Questions or concerns, please email **payice@icemiller.com**

---

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1465820
May 4, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Business Operations
        Our Matter No. 60605.0006

## INVOICE SUMMARY

For Services rendered through March 31, 2017

| | |
|---|---|
| Professional Services | $73,072.35 |
| Disbursements | $109.63 |
| **Total Current Invoice** | **$73,181.98** |



deals done
525+ transactions closed worth in excess of $20 billion in the past 5 years

Business Operations
Our Matter No. 60605.0006

Invoice No. 1465820
May 4, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 03/08/2017 | HOKA J | Meeting at client offices to respond to operational issues. | 5.00 |
| 03/08/2017 | HOKA J | Exchanged messages regarding numerous trade creditors' interest in critical vendor status, and assist with finalization of template Trade Agreement. | 2.20 |
| 03/08/2017 | HOKA J | Exchanged emails regarding entry of first day orders required to fund payroll. | 0.40 |
| 03/09/2017 | SWET D | Telephone conference with David Bastos of Levee Partners regarding mechanic's lien (.20); reviewed emails and documents from David Bastos (.30); telephone conference with Michelle Mallon regarding proposal from Levee Partners (.20). | 0.70 |
| 03/09/2017 | HOKA J | Review and circulate various reclamation claims. | 0.50 |
| 03/09/2017 | HOKA J | Call with consignment vendor's counsel and internal exchanges regarding response. | 1.00 |
| 03/10/2017 | HOKA J | Respond to inquiries regarding designation of last-mile deliverers as critical vendors. | 0.60 |
| 03/10/2017 | HOKA J | Prepare talking points for client personnel for responding to trade vendors. | 2.20 |
| 03/10/2017 | HOKA J | Meeting with US Trustee counsel regarding critical vendor issues. | 1.00 |
| 03/10/2017 | HOKA J | Continued discussions regarding treatment of consignment claims. | 1.00 |
| 03/10/2017 | HOKA J | Exchanges and calls regarding proposed critical vendors. | 1.40 |
| 03/11/2017 | SWET D | Prepared settlement agreement with Capital Construction. | 0.50 |
| 03/11/2017 | HOKA J | Continued exchanges regarding proposed critical vendors. | 1.30 |
| 03/11/2017 | HOKA J | Circulate and discuss emails regarding claims of last-mile delivery service. | 0.30 |
| 03/11/2017 | HOKA J | Additional exchanges regarding consignment vendor issues. | 0.40 |
| 03/11/2017 | HOKA J | Calls (3) with client officer regarding status of pending issues generally. | 1.40 |
| 03/12/2017 | HOKA J | Additional exchanges with consignment vendor. | 0.40 |
| 03/13/2017 | SWET D | Revised Settlement Agreement with Capital Construction. | 0.50 |
| 03/13/2017 | HOKA J | Respond to lead counsel's summary of likely objections to critical vendor proposal (.6); review communications regarding Committee's position and resolution (.6). | 1.20 |
| 03/13/2017 | HOKA J | Respond to inquiries regarding employment expenses. | 0.40 |

Business Operations
Our Matter No. 60605.0006

Invoice No. 1465820
May 4, 2017

| 03/13/2017 | HOKA J | Telephonically attend meeting regarding trade vendor issues. | 0.80 |
|---|---|---|---|
| 03/13/2017 | HOKA J | Participate (partially) in conference call with client officers and personnel regarding payment of logistics and last mile delivery service providers. | 0.70 |
| 03/13/2017 | HOKA J | Participate in daily senior management and advisors call. | 1.20 |
| 03/13/2017 | HOKA J | Participate in daily senior management and advisor call. | 0.80 |
| 03/13/2017 | HOKA J | Participated in call with Senior Management and advisors. | 0.50 |
| 03/14/2017 | HOKA J | Respond to inquiry regarding treatment of claims under Company's deferred compensation plan. | 0.50 |
| 03/14/2017 | HOKA J | Review and circulate GE's objection to critical vendor motion. | 0.20 |
| 03/14/2017 | HOKA J | Respond to inquiry regarding treatment of customer deposits. | 0.30 |
| 03/14/2017 | HOKA J | Review and circulate CV demand of US Transport. | 0.30 |
| 03/14/2017 | HOKA J | Respond to inquiries regarding vendors with insured claims. | 0.40 |
| 03/14/2017 | HOKA J | Draft and circulate materials for critical vendor hearing. | 2.20 |
| 03/14/2017 | HOKA J | Meeting at client offices regarding general trade vendor and customer issues. | 2.00 |
| 03/14/2017 | HOKA J | Meeting at client offices for preparation for hearing on critical vendor motion. | 2.00 |
| 03/14/2017 | HOKA J | Participate in daily senior management and advisor call. | 1.00 |
| 03/15/2017 | HOKA J | Participated in call with client officers and counsel regarding trade issues. | 0.80 |
| 03/15/2017 | HOKA J | Calls with client officers regarding second request for critical vendor authority. | 1.00 |
| 03/15/2017 | HOKA J | Participated in discussions with alleged critical vendor. | 1.00 |
| 03/15/2017 | HOKA J | Calls and communications with client officers and preparation for hearing on Critical Vendor Motion (2.4) and attended hearing (1.5). | 3.90 |
| 03/15/2017 | HOKA J | Emailed J. Levit (Samsung) regarding terms for setoff/delivery. | 0.20 |
| 03/15/2017 | HOKA J | Participate in daily senior management and advisor call. | 0.50 |
| 03/16/2017 | HOKA J | Finalized and circulated First Critical Vendor Order, and responded to resulting comments and inquiries. | 1.80 |
| 03/16/2017 | HOKA J | Discussion with client officer regarding contract assumption procedure and effect. | 0.50 |
| 03/16/2017 | HOKA J | Call with vendor's counsel and email exchanges regarding debtor's use of pre-petition credits to pay for post-petition purchases of inventory. | 2.40 |
| 03/16/2017 | HOKA J | Additional exchanges with Committee counsel and client officer regarding communication to trade vendors. | 0.50 |

Business Operations
Our Matter No. 60605.0006

Invoice No. 1465820
May 4, 2017

| 03/16/2017 | HOKA J | Revise CV Trade Agreement for use with Common Carriers. | 0.60 |
|---|---|---|---|
| 03/16/2017 | HOKA J | Draft Trade Agreement for use with Critical Vendors (1.3); participated in call with client officers regarding payments proposed to Common Carriers and Delivery services (1.0); revised Critical Vendor Trade Agreement for use by Common Carriers (.5). | 2.90 |
| 03/16/2017 | HOKA J | Participate in daily senior management and advisor call. | 0.60 |
| 03/17/2017 | BANT H | Drafted follow up correspondence to client reporting need to file Statement of Use in FEAR OF BETTER OPTIONS application. | 0.20 |
| 03/17/2017 | HOKA J | Exchanged emails with W. Brewer regarding treatment of BlueSky Technology claim. | 0.30 |
| 03/17/2017 | HOKA J | Assisted with finalization of First Critical Vendor Order. | 0.50 |
| 03/17/2017 | HOKA J | Review background information and call to J. Young regarding claims of Rosetta and Razorback. | 0.50 |
| 03/17/2017 | HOKA J | Call with J. Logan with IPC Workers regarding threatened lien on customers' property. | 0.40 |
| 03/17/2017 | HOKA J | Exchanged emails with Committee counsel and client counsel regarding communications to trade vendors. | 0.50 |
| 03/17/2017 | HOKA J | Exchanged emails regarding client's use of pre-petition credits with trade vendors, et al. | 1.40 |
| 03/18/2017 | FOWL S | Reviewed revised agreement with Whirlpool (1.2); communicated with client regarding same (.2). | 1.40 |
| 03/18/2017 | HOKA J | Reviewed email traffic regarding Synchrony issues and effect on business operations. | 1.40 |
| 03/18/2017 | HOKA J | Spoke with client officer regarding response to Synchrony issues. | 0.50 |
| 03/19/2017 | FOWL S | Reviewed correspondence regarding credit card issues; communicated with counsel for Vantiv regarding same. | 0.90 |
| 03/19/2017 | HOKA J | Participated in call of senior management and advisors (1.0); participated in email exchanges regarding Committee's and Lender's responses to requests for variance allowances (1.5). | 2.50 |
| 03/20/2017 | BANT H | Received and reviewed correspondence from client regarding abandonment of FEAR OF BETTER OPTIONS service mark application. | 0.10 |
| 03/20/2017 | SWET D | Telephone conference with David Bastos of Capital Construction Services (.30); revised draft Settlement Agreement (.50); email to Michelle Mallon regarding suggested revisions to Settlement Agreement (.20). | 1.00 |
| 03/20/2017 | FOWL S | Communicated with client and Whirlpool regarding trade agreement. | 0.50 |

Business Operations
Our Matter No. 60605.0006

Invoice No. 1465820
May 4, 2017

| 03/20/2017 | FOWL S | Vantiv issues; call with counsel for Vantiv; communicated with client; communicated with Mauceri. | 1.90 |
|---|---|---|---|
| 03/20/2017 | FOWL S | Communicated with client regarding GE and Whirlpool. | 0.40 |
| 03/20/2017 | FOWL S | Communicated with client regarding Whirlpool agreement. | 0.20 |
| 03/20/2017 | HOKA J | Call with client officer regarding status of various pending issues. | 0.60 |
| 03/20/2017 | HOKA J | Call with lead counsel regarding status of various claims and demands. | 0.30 |
| 03/20/2017 | HOKA J | Review file materials regarding Vantiv's claim and demand. | 0.60 |
| 03/20/2017 | HOKA J | Review file materials and exchange emails with IPC regarding liens on customers' property. | 0.50 |
| 03/20/2017 | HOKA J | Exchange emails regarding client response to CIT's position. | 0.40 |
| 03/20/2017 | HOKA J | Exchanged emails with Committee counsel regarding vendor communications. | 0.20 |
| 03/20/2017 | HOKA J | Review and respond to emails between Installs and Committee counsel. | 0.40 |
| 03/20/2017 | HOKA J | Internal discussions and emails with DIP Lenders' counsel regarding entry of First Critical Vendor Order. | 0.80 |
| 03/20/2017 | HOKA J | Call with client officers regarding rejection of certain contracts. | 0.80 |
| 03/20/2017 | HOKA J | Call regarding GE's comments to First Critical Vendor order. | 0.30 |
| 03/21/2017 | FOWL S | Communicated with Bishop regarding hearing on UST contract assumption. | 0.20 |
| 03/21/2017 | FOWL S | Communicated with counsel for Vantiv regarding credit card processing issues. | 0.50 |
| 03/21/2017 | FOWL S | Analyzed severance issues; communicated with client and MLB regarding same. | 1.20 |
| 03/21/2017 | FOWL S | Strategized regarding Vantiv issues. | 0.60 |
| 03/21/2017 | FOWL S | Communicated with client regarding Vantiv. | 0.30 |
| 03/21/2017 | HOKA J | Summarize parties' positions regarding Vantiv claim and position. | 0.80 |
| 03/21/2017 | HOKA J | Exchange emails regarding hearing and timing issues related to hearing on Motion to Assume UST's Contract. | 0.50 |
| 03/21/2017 | HOKA J | Respond to inquiry regarding availability of COBRA coverage to client employees. | 0.20 |
| 03/21/2017 | HOKA J | Assist with legal analysis of employment-related inquiries. | 0.80 |

Business Operations                                                                    Invoice No. 1465820
Our Matter No. 60605.0006                                                                  May 4, 2017

| | | | |
|---|---|---|---|
| 03/21/2017 | HOKA J | Review and forward email from XPO's counsel in response Motion to Assume UST Contract (.4); exchange additional emails with XPO's counsel regarding availability of additional relief to her client, and provide update to client officers (.7). | 1.10 |
| 03/21/2017 | HOKA J | Call with Samsung's counsel and continued emails regarding efforts to induce Samsung's delivery of inventory. | 0.70 |
| 03/21/2017 | HOKA J | Exchange emails with BRG officer regarding Monster's consignment agreement and claim. | 0.20 |
| 03/21/2017 | HOKA J | Internal discussion regarding Ryder claim and call with M. Mandell regarding same. | 0.40 |
| 03/21/2017 | HOKA J | Call with client officer regarding status of pending issues. | 0.40 |
| 03/21/2017 | HOKA J | Call with client officer regarding contract rejection issues. | 0.70 |
| 03/21/2017 | HOKA J | Call with client officers regarding delivery issues. | 0.80 |
| 03/21/2017 | HOKA J | Participate in daily management and advisors' call. | 0.50 |
| 03/22/2017 | SWET D | Telephone conference with Riverbend Title regarding escrow of settlement funds. | 0.30 |
| 03/22/2017 | FOWL S | Reviewed and analyzed DIP variance report. | 0.40 |
| 03/22/2017 | FOWL S | Revised and finalized motion to approve use of Samsung prepetition credits. | 2.30 |
| 03/22/2017 | FOWL S | Communicated with XPO regarding prepetition claim and contract going forward. | 0.80 |
| 03/22/2017 | HOKA J | Discuss Samsung's requirement for Court order permitting application of pre-petition credits (.4), and assist with finalization of Motion (.3). | 0.70 |
| 03/22/2017 | HOKA J | Review and forward CIT's reclamation claim, and email from CIT's counsel summary and analysis of claim. | 0.60 |
| 03/22/2017 | HOKA J | Call with Whirlpool's counsel and client officers, and discuss follow up. | 0.50 |
| 03/22/2017 | HOKA J | Review and forward information relative to vendor transactions (.4); call with US Transport's counsel regarding objections to motion/hearing (.2).; emails and calls between Committee and UST counsel regarding March 23rd hearing (.3). | 0.90 |
| 03/22/2017 | HOKA J | Participate in call with CIT's counsel and officers. | 0.60 |
| 03/22/2017 | HOKA J | Participate in call with XPO's counsel and client officer regarding trade agreements. | 0.80 |
| 03/22/2017 | HOKA J | Participate in daily management and advisor call. | 0.70 |
| 03/23/2017 | SWET D | Revised Settlement Agreement and Release of Lien (.40); prepared email summarizing the documents (.30). | 0.70 |

Business Operations
Our Matter No. 60605.0006

Invoice No. 1465820
May 4, 2017

| 03/23/2017 | FOWL S | Communicated with attorney for landlord regarding stub rent. | 0.30 |
|---|---|---|---|
| 03/23/2017 | FOWL S | Communicated with client regarding status of settlement with Vantiv. | 0.20 |
| 03/23/2017 | FOWL S | Communicated with Installs and counsel for the Committee regarding treatment of Installs. | 0.50 |
| 03/23/2017 | FOWL S | Strategized with client regarding treatment of delivery service providers. | 0.60 |
| 03/23/2017 | HOKA J | Respond to inquiry regarding nature of collateral. | 0.20 |
| 03/23/2017 | HOKA J | Summarize and circulate Install's request for terms. | 0.60 |
| 03/23/2017 | HOKA J | Exchange emails with Whirlpool's counsel regarding objection deadline. | 0.20 |
| 03/23/2017 | HOKA J | Call with Vantiv's counsel ands communicate with interested parties regarding same. | 0.80 |
| 03/23/2017 | HOKA J | Call with M. Mallon regarding contracts subject to assumption or rejection, and exchange emails regarding anticipated impact of rejections (.6); exchange emails with Committee response to Motion (.3). | 0.90 |
| 03/23/2017 | HOKA J | Call with Installs' and Committee counsel, and discuss with client officers. | 0.80 |
| 03/23/2017 | HOKA J | Meeting with Client officers regarding delivery service providers. | 1.50 |
| 03/23/2017 | HOKA J | Prepare for and attend hearing on Motion to assume US Transport contract. | 2.80 |
| 03/24/2017 | SWET D | Revised Settlement Agreement and Release of Lien (.30); exchanged emails with title agent and Levee Partners regarding same (.20). | 0.50 |
| 03/24/2017 | FOWL S | Communicated with client regarding CIT and Installs. | 0.40 |
| 03/24/2017 | FOWL S | Communicated with counsel for the Committee and Installs regarding Installs. | 0.30 |
| 03/24/2017 | FOWL S | Communicated with counsel for DIP Lenders regarding Whirlpool and Vantiv. | 0.50 |
| 03/24/2017 | HOKA J | Respond to inquiry regarding post-petition customer deposits. | 0.30 |
| 03/24/2017 | HOKA J | Numerous calls and emails, and review and revision of Amendment to Agreement, in settlement of Ryder issues. | 2.40 |
| 03/24/2017 | HOKA J | Email to Vantiv's counsel with draft Customer Programs Order. | 0.20 |
| 03/24/2017 | HOKA J | Review and forward Install's updated proposal, and discuss with client officers (.4); exchanges regarding payment funding. | 0.60 |
| 03/24/2017 | HOKA J | Call with DIP Lenders' counsel regarding proposed vendor settlements. | 0.50 |
| 03/24/2017 | HOKA J | Call with Lender counsel regarding Trade Agreements. | 0.60 |
| 03/24/2017 | HOKA J | Participate in daily management and advisor call. | 0.60 |

Business Operations
Our Matter No. 60605.0006

Invoice No. 1465820
May 4, 2017

| 03/26/2017 | CRIS T | Prepared the Notice of Debtors' Motion for Order Approving Settlement with Capital Construction Services, LLC and Levee Partners, LLC, and Notice of Objection Deadline. | 0.80 |
|---|---|---|---|
| 03/26/2017 | CRIS T | Prepared the Debtors' Motion for Order Approving Settlement with Capital Construction Services, LLC and Levee Partners, LLC. | 2.30 |
| 03/26/2017 | FOWL S | Communicated with landlord regarding paying February and March rent. | 0.20 |
| 03/26/2017 | HOKA J | Responded to client's inquiry regarding logistics agreement. | 0.20 |
| 03/26/2017 | HOKA J | Exchanges regarding treatment of pre- and post- charges by Vantiv. | 0.60 |
| 03/27/2017 | CRIS T | Prepared the proposed Order Approving Settlement with Capital Construction Services, LLC and Levee Partners, LLC, and made revisions to the Motion (1.3); reviewed case law cited in the Debtor's Motion for Order Approving Settlement (.5); reviewed the final version of the Settlement Agreement with Capital Construction Services, LLC and Levee Partners, LLC, and further revised the Motion and Notice of Motion accordingly (.6). | 2.40 |
| 03/27/2017 | SWET D | Reviewed draft motion to approve settlement. | 0.30 |
| 03/27/2017 | FOWL S | Communicated with Mauceri regarding objections to utilities motions. | 0.40 |
| 03/27/2017 | FOWL S | Communicated with client regarding Spirit. | 0.40 |
| 03/27/2017 | FOWL S | Communicated with client regarding Installs. | 0.20 |
| 03/27/2017 | HOKA J | Review and circulate Agreement to enter Assumption Agreement tendered by US Transport. | 0.20 |
| 03/27/2017 | HOKA J | Exchanged emails regarding treatment of XPO's pre- and post-petition claims (.3), and assist with finalization of Adequate Assurance Trade Agreement (.3). | 0.60 |
| 03/27/2017 | HOKA J | Exchange emails regarding treatment of Vantiv's claim (.4); additional messages regarding application of pre- and post-petition credits (.3); | 0.70 |
| 03/27/2017 | HOKA J | Responded to inquiries regarding treatment of Installs' contract(.3); revised and circulated Trade Agreement (.5); | 0.80 |
| 03/27/2017 | HOKA J | Calls and emails with client officers and attention to delivery vendor issues. | 0.90 |
| 03/27/2017 | HOKA J | Participate in daily call of management and advisors. | 0.70 |
| 03/27/2017 | HOKA J | Participate in daily advisors and professionals call. | 0.20 |
| 03/27/2017 | HOKA J | Call with S. Donato and exchange emails regarding Installs settlement. | 0.20 |
| 03/28/2017 | CRIS T | Revised the Motion to Approve Settlement with Capital Construction Services, LLC and Levee Partners, LLC (.1); reviewed the executed Settlement Agreement with Capital Construction Services, LLC and considered issues in finalizing and filing the same (.2). | 0.30 |

Business Operations
Our Matter No. 60605.0006

Invoice No. 1465820
May 4, 2017

| 03/28/2017 | SWET D | Reviewed and assembled final settlement documents (.30); exchanged emails regarding same and submission for court approval (.20). | 0.50 |
|---|---|---|---|
| 03/28/2017 | HOKA J | Calls and emails with client officers regarding operational issues. | 2.40 |
| 03/28/2017 | HOKA J | Participate in daily call of management and advisors. | 0.60 |
| 03/29/2017 | CRIS T | Revised the Motion to Approve Settlement with Capital Construction Services, and the Notice of Motion, for filing. | 0.50 |
| 03/29/2017 | CRIS T | Prepared a summary of the 9019 motion and settlement and made preparations for filing the same. | 1.10 |
| 03/29/2017 | FOWL S | Communicated with client regarding WARN, sale process, and public disclosures. | 0.60 |
| 03/29/2017 | FOWL S | Call regarding updated cash flow forecast. | 0.60 |
| 03/29/2017 | HOKA J | Respond to State of Ohio's request for Self-Insured Review relative to workers comp insurance. | 0.50 |
| 03/29/2017 | HOKA J | Responded to inquiries regarding Vantiv. | 0.60 |
| 03/29/2017 | HOKA J | Call of client officers and advisors regarding employee and sale issues. | 1.20 |
| 03/29/2017 | HOKA J | Participate in daily advisors and management call. | 0.50 |
| 03/30/2017 | BANT H | Received and reviewed Notice of Publication; drafted correspondence to client reporting Notice of Publication and time to issuance of Notice of Allowance. | 0.30 |
| 03/30/2017 | FOWL S | Communicated regarding Electrolux. | 0.30 |
| 03/30/2017 | HOKA J | Calls with client officers regarding operational issues. | 3.00 |
| 03/30/2017 | HOKA J | Exchange additional messages regarding Ohio SIRP. | 0.40 |
| 03/30/2017 | HOKA J | Exchange emails to finalize settlement of Vantiv terms, and review and approve proposed revisions reviewed Customer Programs order. | 0.40 |
| 03/30/2017 | HOKA J | Meet client officers at headquarters and participate in calls regarding Final Orders on First Day Motions, and prepare witness for March 31st hearing. | 2.50 |
| 03/30/2017 | HOKA J | Participate in daily advisors and management call. | 0.80 |
| 03/31/2017 | CRIS T | Considered filing and service issues with respect to the Motion to Approve Settlement. | 0.10 |
| 03/31/2017 | FOWL S | Communicated with client regarding goods in transit. | 0.30 |
| 03/31/2017 | HOKA J | Calls with client officers regarding operational issues. | 2.40 |
| 03/31/2017 | HOKA J | Participate in discussions regarding consignment vendors. | 0.50 |

Business Operations
Our Matter No. 60605.0006

Invoice No. 1465820
May 4, 2017

| 03/31/2017 | HOKA J | Calls regarding OH SIRP (.3) and exchange emails regarding same (.2). | 0.50 |

| **Total Professional Services** | **$73,072.35** |

## COSTS ADVANCED

| Description | Amount |
|---|---|
| Courier Expense | $10.63 |
| Legal Research Expense - WESTLAW - WESTLAW 60505.0001.06129 | $99.00 |
| **Total Cost Advanced** | **$109.63** |

| **Total Invoice Balance Due** | $73,181.98 |

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 05/04/17 | 1465820 | $73,181.98 | $0.00 | $73,181.98 |
| | | | **Total Balance Due** | **$73,181.98** |

## AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---|---|---|---|---|---|
| $73,181.98 | $0.00 | $0.00 | $0.00 | $0.00 | $73,181.98 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                    Invoice No. 1465820
Debtor-In-Possesion                                                      May 4, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Business Operations
        Our Matter No. 60605.0006

## INVOICE SUMMARY

For Services rendered through March 31, 2017

Professional Services                                                    $73,072.35

Disbursements                                                            $109.63

**Total Current Invoice**                                               **$73,181.98**

### Payment Options

Online Payments:                    Wire/ACH Instructions:
**ClientPay**                       Huntington Bank
                                    ABA for ACH     074000078
                                    ABA for Wire    044000024
                                    Account No.     01401048453
                                    Swift Code:     HUNTUS33
                                    Please Reference **Invoice No. 1465820**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1465820**

Questions or concerns, please email **payice@icemiller.com**

---

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1465821
May 4, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Case Administration
         Our Matter No. 60605.0007

## INVOICE SUMMARY

For Services rendered through March 31, 2017

| | |
|---|---|
| Professional Services | $62,210.60 |
| Disbursements | $103.40 |
| **Total Current Invoice** | **$62,314.00** |



Case Administration
Our Matter No. 60605.0007

Invoice No. 1465821
May 4, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 03/02/2017 | EFRO H | Telephone call from attorney for unsecured creditor regarding formation of committee. | 0.20 |
| 03/07/2017 | FOWL S | Revised order of first day employee wage motion. | 0.40 |
| 03/07/2017 | FOWL S | Revised order on interim DIP motion. | 0.40 |
| 03/07/2017 | FOWL S | Revised order on first day motion for cash management. | 0.50 |
| 03/07/2017 | FOWL S | Attended first day hearings. | 4.40 |
| 03/07/2017 | FOWL S | Prepared for first day hearings, including meeting with client, meeting with counsel for DIP lender, preparing arguments, reviewing objections filed by UST. | 5.60 |
| 03/07/2017 | JORI W | Reviewed communications from noticing agent regarding handling of service requests. | 0.20 |
| 03/07/2017 | JORI W | Submitted certificate of service of first day motions with bankruptcy court. | 0.30 |
| 03/07/2017 | JORI W | Received/reviewed deficiency notice regarding creditor matrix and secured creditors in order to comply with requirements. | 0.30 |
| 03/07/2017 | JORI W | Facilitated preparation of binders for first day hearing. | 0.30 |
| 03/08/2017 | FOWL S | Communicated with counsel for Hilco regarding revised store closing agreement. | 0.20 |
| 03/08/2017 | FOWL S | Drafted order continuing hearing on first day critical vendors motion. | 0.50 |
| 03/08/2017 | FOWL S | Revised order on first day motion for sales and use tax. | 0.30 |
| 03/08/2017 | FOWL S | Communicated with Donlin regarding service of first day orders. | 0.20 |
| 03/08/2017 | FOWL S | Revised order on first day motion for common carriers. | 0.30 |
| 03/08/2017 | FOWL S | Revised order on first day motion to continue customer programs. | 0.40 |
| 03/08/2017 | FOWL S | Revised order on first day insurance motion. | 0.40 |
| 03/08/2017 | FOWL S | Revised order on motion for extension of time to remove actions. | 0.20 |
| 03/08/2017 | FOWL S | Confirmed status of UCC filing for Electrolux and Frigidaire (.3); communicated with client regarding same (.2). | 0.50 |
| 03/08/2017 | FOWL S | Revised order on motion for joint administration. | 0.30 |

Case Administration
Our Matter No. 60605.0007

Invoice No. 1465821
May 4, 2017

| | | | |
|---|---|---|---|
| 03/08/2017 | FOWL S | Revised order on motion to assume Hilco agreement (.8); communicated with Herman regarding same (.2). | 1.00 |
| 03/08/2017 | JORI W | Revised application to retain and employ Stifel as investment banker, including declaration and proposed order in support of same. | 0.70 |
| 03/08/2017 | JORI W | Prepared application to retain and employ Hilco as real estate advisor, including declaration and proposed order in support of same. | 2.10 |
| 03/08/2017 | JORI W | Prepared application to retain and employ BRG as financial advisors, including declaration and proposed order in support of same. | 1.90 |
| 03/08/2017 | JORI W | Conferred with Fowler on handling to comply with court deadlines and filing requirements for creditor matrix and list of secured creditors. | 0.30 |
| 03/08/2017 | JORI W | Communicated with claims and noticing agent regarding text file for creditor matrix, maintenance of claims docket and service of documents in order to comply with court requirements. | 0.30 |
| 03/08/2017 | JORI W | Submitted order with bankruptcy court regarding first day critical vendors motion. | 0.20 |
| 03/08/2017 | JORI W | Submitted order with bankruptcy court regarding first day utilities motion. | 0.20 |
| 03/08/2017 | JORI W | Submitted order with bankruptcy court regarding first day tax motion. | 0.20 |
| 03/08/2017 | JORI W | Submitted order with bankruptcy court regarding common carrier motion. | 0.20 |
| 03/08/2017 | JORI W | Submitted order with bankruptcy court regarding motion to continue insurance coverage. | 0.20 |
| 03/08/2017 | JORI W | Submitted order with bankruptcy court regarding motion for extension of time to remove actions. | 0.20 |
| 03/08/2017 | JORI W | Submitted orders with bankruptcy court regarding motion for joint administration in all three cases. | 0.30 |
| 03/08/2017 | JORI W | Submitted order with bankruptcy court regarding motion for extension of time to file schedules. | 0.20 |
| 03/08/2017 | HOKA J | Review and forward US Trustee's solicitation for Committee members. | 0.20 |
| 03/09/2017 | FOWL S | Communicated with client regarding reclamation notice. | 0.20 |
| 03/09/2017 | FOWL S | Communicated with counsel for Electrolux regarding consignment agreement (.2); communicated with client regarding same (.2). | 0.40 |
| 03/09/2017 | FOWL S | Communicated with noticing agent regarding service of first day orders. | 0.20 |
| 03/09/2017 | FOWL S | Communicated with court regarding first day orders (.2); revised orders based on same (.5). | 0.70 |
| 03/09/2017 | JORI W | Received and submitted with the court the final motion to sell, bid procedures order and sale order. | 0.60 |

Case Administration
Our Matter No. 60605.0007

Invoice No. 1465821
May 4, 2017

| | | | |
|---|---|---|---|
| 03/09/2017 | JORI W | Received and reviewed draft sales motion and related documents in order to prepare for filing. | 0.80 |
| 03/09/2017 | JORI W | Reviewed e-mail traffic and communications with attorney regarding filing of sales motions. | 0.90 |
| 03/09/2017 | JORI W | Communications with court clerk regarding creditor matrix and handling of service on creditors. | 0.30 |
| 03/09/2017 | JORI W | Uploaded voluminous text file of creditor matrix with the court. | 0.60 |
| 03/09/2017 | JORI W | Communications with Donlin regarding affidavits of service. | 0.20 |
| 03/09/2017 | JORI W | Received, reviewed and submitted various affidavits of service with the court. | 0.80 |
| 03/09/2017 | JORI W | Drafted list of secured creditors to be submitted to court. | 1.00 |
| 03/09/2017 | JORI W | Reviewed communications with noticing agent regarding service of court orders. | 0.20 |
| 03/09/2017 | HOKA J | Assist with introductions and arrangements for Court's conference calling capabilities. | 0.20 |
| 03/09/2017 | HOKA J | Forward Initial Debtor Interview packets from US Trustee. | 0.50 |
| 03/10/2017 | FOWL S | Communicated with client regarding customer deposits. | 0.40 |
| 03/10/2017 | FOWL S | Reviewed letter to vendors. | 0.30 |
| 03/10/2017 | FOWL S | Communicated with client regarding delivery of product and vendors. | 0.50 |
| 03/10/2017 | FOWL S | Comm with counsel for Hilco re order on mtion to assume agreement. | 0.20 |
| 03/10/2017 | FOWL S | Met with UST. | 1.10 |
| 03/10/2017 | FOWL S | Call with client regarding meeting with UST and consignment issues. | 1.00 |
| 03/10/2017 | FOWL S | Communicated with client regarding critical vendors. | 1.20 |
| 03/10/2017 | JORI W | Submitted Motion to Shorten Notice and for expedited hearing regarding sales motion and bid procedures with the bankruptcy court, along with proposed order. | 0.30 |
| 03/10/2017 | JORI W | Submitted Motion for Extension of Time to assume/reject leases with the bankruptcy court, along with proposed order. | 0.30 |
| 03/10/2017 | JORI W | Submitted Application to Employ Hilco with the bankruptcy court. | 0.30 |
| 03/10/2017 | JORI W | Submitted Application to Employ Stifel with the bankruptcy court. | 0.30 |
| 03/10/2017 | JORI W | Drafted motion to shorten notice and set expedited hearing on debtors' sales motion. | 1.70 |

Case Administration
Our Matter No. 60605.0007

Invoice No. 1465821
May 4, 2017

| 03/10/2017 | JORI W | Reviewed e-mail communications with Donlin regarding information needed for service of sales motion documents. | 0.20 |
|---|---|---|---|
| 03/10/2017 | JORI W | Reviewed e-mail communications regarding applications to be filed today. | 0.20 |
| 03/10/2017 | HOKA J | Exchanges with Court's staff regarding hearing on bid procedures motion. | 0.20 |
| 03/10/2017 | HOKA J | Continued communications regarding courtroom call issues. | 0.50 |
| 03/11/2017 | FOWL S | Communicated with counsel for Hilco regarding status of interim order. | 0.20 |
| 03/11/2017 | FOWL S | Communicated with client and other professionals regarding customer deposits, the committee, status of sales, potential stalking horse, and critical vendors. | 0.70 |
| 03/11/2017 | HOKA J | Participate in introductory call with Committee counsel. | 0.80 |
| 03/12/2017 | FOWL S | Communicated with committee regarding critical vendors. | 0.40 |
| 03/12/2017 | FOWL S | Prepared arguments for continued critical vendor hearing. | 0.80 |
| 03/12/2017 | FOWL S | Communicated with client regarding Whirlpool reclamation claim. | 0.20 |
| 03/12/2017 | HOKA J | Exchanges with client officers regarding identified proposed critical vendors (.8); discussed preparations for March 15th hearing on critical vendor motion (.5). | 1.30 |
| 03/12/2017 | HOKA J | Assist with preparations for schedules and SOFA. | 1.60 |
| 03/13/2017 | FOWL S | Drafted minutes for 3.6.17 board of directors meeting. | 1.10 |
| 03/13/2017 | FOWL S | Communicated with client regarding list of secured creditors. | 0.60 |
| 03/13/2017 | FOWL S | Communicated with the noticing agent regarding service of orders and notices. | 0.40 |
| 03/13/2017 | FOWL S | Communicated with counsel for US Transport regarding critical vendor status; communicated with client regarding same. | 0.40 |
| 03/13/2017 | FOWL S | Communicated with client regarding Samsung. | 0.30 |
| 03/13/2017 | FOWL S | Communicated with BRG regarding schedules. | 0.20 |
| 03/13/2017 | FOWL S | Communicated with client regarding vendor contract issues. | 0.20 |
| 03/13/2017 | FOWL S | Communicated with counsel for Samsung regarding product issues. | 0.40 |
| 03/13/2017 | FOWL S | Communicated with executive committee and D&O issues. | 1.20 |
| 03/13/2017 | FOWL S | Communicated with client regarding vendor issues. | 1.00 |
| 03/13/2017 | FOWL S | Communicated with counsel for hhgregg in Lake County regarding automatic stay. | 0.20 |
| 03/13/2017 | FOWL S | Communicated with client regarding D&O issues. | 0.50 |

Case Administration
Our Matter No. 60605.0007

Invoice No. 1465821
May 4, 2017

| 03/13/2017 | FOWL S | Attended board of directors meeting. | 0.70 |
|---|---|---|---|
| 03/13/2017 | JORI W | Communications with BestCase software vendor to discuss services for preparation of schedules. | 0.30 |
| 03/13/2017 | JORI W | Finalized and submitted with the court notices of employment applications filed for Hilco, Stifel and BRG. | 0.60 |
| 03/13/2017 | JORI W | Contacted the court clerk to inquire on orders entered regarding joint administration in order to respond to Donlin regarding service. | 0.30 |
| 03/13/2017 | JORI W | Received, reviewed and submitted with the court affidavits of service for the employment applications of Hilco, Stifel and BRG. | 0.40 |
| 03/13/2017 | JORI W | Finalized and submitted with the court the notice of proposed agenda for March 15th hearing. | 0.30 |
| 03/13/2017 | JORI W | Prepared notice of proposed agenda for March 15th hearing. | 0.90 |
| 03/13/2017 | JORI W | Communications with the client regarding preparation of list of secured creditors. | 0.40 |
| 03/13/2017 | JORI W | Communications with the court regarding filing and service requirements for notices of employment applications filed for Hilco, Stifel and BRG. | 0.50 |
| 03/13/2017 | JORI W | Prepared notices of employment applications filed for Hilco, Stifel and BRG. | 1.40 |
| 03/13/2017 | JORI W | Gathered information and forms and provided same to BRG to assist with preparation of schedules due. | 0.90 |
| 03/13/2017 | JORI W | Several communications with BRG regarding preparation of statement of financial affairs, summary of assets and liabilities, and schedules to be completed by filing deadline. | 1.10 |
| 03/14/2017 | FOWL S | Communicated with BRG regarding prepetition insurance claims. | 0.30 |
| 03/14/2017 | FOWL S | Finalized lists of secured creditors. | 0.50 |
| 03/14/2017 | FOWL S | Communicated with noticing agent regarding service of various motions and 341 notices. | 0.30 |
| 03/14/2017 | FOWL S | Met with client regarding critical vendors and prepared for critical vendor hearing. | 5.60 |
| 03/14/2017 | FOWL S | Communicated with client, Stifel, MLB, and the Committee regarding status of sales process. | 1.20 |
| 03/14/2017 | FOWL S | Communicated with client regarding preparation of schedules. | 0.30 |
| 03/14/2017 | JORI W | Emails with Donlin regarding service of today's filings. | 0.20 |
| 03/14/2017 | JORI W | Finalized and submitted with the court lists of secured creditors in all three cases and amended notices of applications to employ. | 0.60 |

Case Administration
Our Matter No. 60605.0007

Invoice No. 1465821
May 4, 2017

| 03/14/2017 | JORI W | Received and reviewed message from court regarding 314 meeting of creditors and communicated information to noticing agent. | 0.30 |
|---|---|---|---|
| 03/14/2017 | JORI W | Prepared lists of secured creditors to be filed in hhgregg and HHG Distributing cases. | 0.50 |
| 03/14/2017 | JORI W | Communications with BRG regarding preparation of schedules. | 0.20 |
| 03/14/2017 | JORI W | Communications with the court regarding notices to be filed. | 0.30 |
| 03/14/2017 | JORI W | Prepared notice regarding application to employ Donlin as claims and noticing agent. | 0.30 |
| 03/14/2017 | JORI W | Prepared amended notices regarding applications to employ Hilco, Stifel and BRG. | 0.50 |
| 03/14/2017 | JORI W | Received and responded to several emails with the client regarding information on secured creditors and continued preparation of List of Secured Creditors. | 0.90 |
| 03/14/2017 | HOKA J | Exchanges with Court staff regarding remaining first day orders. | 0.40 |
| 03/15/2017 | EFRO H | Telephone call from attorney for potential bidder regarding process and referral. | 0.20 |
| 03/15/2017 | FOWL S | Communicated with client regarding logistics services. | 0.30 |
| 03/15/2017 | FOWL S | Communicated with client regarding customer programs and consignment vendors. | 0.30 |
| 03/15/2017 | FOWL S | Communicated with client regarding preparation of schedules. | 0.30 |
| 03/15/2017 | FOWL S | Communicated with client regarding contract issues. | 0.50 |
| 03/15/2017 | FOWL S | Strategized regarding next set of critical vendors. | 1.00 |
| 03/15/2017 | FOWL S | Attended hearing on critical vendor motion. | 1.40 |
| 03/15/2017 | FOWL S | Communicated with noticing agent regarding service of 341 notices. | 0.20 |
| 03/15/2017 | FOWL S | Prepared for critical vendors hearing. | 2.60 |
| 03/15/2017 | FOWL S | Communicated with client regarding revising motion to reject contracts to include Zimmerman and Razorfish. | 0.20 |
| 03/15/2017 | FOWL S | Communicated with client regarding Samsung. | 0.30 |
| 03/15/2017 | JORI W | Gathered and reviewed updated schedules to prepare for call with BRG. | 0.40 |
| 03/15/2017 | JORI W | Prepared updates to Gregg Appliances, Inc.'s Schedule D based on list of secured creditors. | 0.30 |
| 03/15/2017 | JORI W | Began drafting agendas for hearings set on March 23rd and March 31st. | 1.20 |

Case Administration                                                            Invoice No. 1465821
Our Matter No. 60605.0007                                                              May 4, 2017

| | | | |
|---|---|---|---|
| 03/15/2017 | JORI W | Communications with BRG regarding preparation of schedules. | 0.40 |
| 03/15/2017 | JORI W | Drafted amended list of secured creditors for Greg Appliances, Inc. | 0.20 |
| 03/15/2017 | JORI W | Reviewed additional e-mails from client regarding secured vendor amount of claims. | 0.20 |
| 03/15/2017 | JORI W | Reviewed and responded to call from Conns, Inc. regarding notice of motion to sell. | 0.40 |
| 03/16/2017 | CRIS T | Reviewed the proposed delegation of tasks amongst legal team. | 0.10 |
| 03/16/2017 | FOWL S | Communicated with noticing agent regarding communications with the public. | 0.20 |
| 03/16/2017 | FOWL S | Reviewed objection to utilities motion. | 0.80 |
| 03/16/2017 | FOWL S | Attended to press release regarding stalking horse bidder. | 0.20 |
| 03/16/2017 | FOWL S | Communicated with BRG regarding preparation of schedules and statements of financial affairs. | 0.40 |
| 03/16/2017 | FOWL S | Revised first interim order granting first day critical vendor motion. | 2.10 |
| 03/16/2017 | FOWL S | Communicated with noticing agent regarding service of first day orders. | 0.20 |
| 03/16/2017 | FOWL S | Communicated with lender and committee regarding stub rent and 503(b)(9) claims. | 0.70 |
| 03/16/2017 | JORI W | Gathered additional templates of schedules and questionnaire for BRG and telephone call to discuss same. | 0.40 |
| 03/16/2017 | JORI W | Gathered and sent bankruptcy code to BRG to assist with evaluation of priority claims. | 0.30 |
| 03/16/2017 | JORI W | Received and submitted with the court additional affidavits of service. | 0.70 |
| 03/16/2017 | JORI W | Continued gathering and reviewing information regarding hearings set and objections to motions in order to complete agendas. | 0.70 |
| 03/16/2017 | JORI W | Prepared list of affidavits needed in order to follow up with Donlin. | 0.20 |
| 03/16/2017 | JORI W | Reviewed current docket in order to identify all motions and orders needing certificates of service and determined status of same. | 1.40 |
| 03/16/2017 | JORI W | Reviewed and submitted affidavit of service with the court. | 0.20 |
| 03/16/2017 | JORI W | Communications with BRG and attorneys in order to respond to questions relating to preparation of schedules. | 0.40 |
| 03/16/2017 | HOKA J | Internal exchanges with FA regarding schedules, etc. | 0.80 |
| 03/16/2017 | HOKA J | Assisted with issues regarding schedules. | 0.80 |

Case Administration
Our Matter No. 60605.0007

Invoice No. 1465821
May 4, 2017

| | | | |
|---|---|---|---|
| 03/17/2017 | CRIS T | Prepared for and participated in the legal team conference to discuss various matters and delegation of tasks. | 1.10 |
| 03/17/2017 | FOWL S | Communicated with client regarding critical vendors. | 0.10 |
| 03/17/2017 | FOWL S | Communicated with client regarding assumption and rejection of leases and regarding changes to critical vendors motion. | 0.30 |
| 03/17/2017 | FOWL S | Communicated with client regarding inquiries received from Donlin. | 0.20 |
| 03/17/2017 | FOWL S | Communicated with client regarding IntraLinks invoice. | 0.20 |
| 03/17/2017 | FOWL S | Reviewed revised DIP budget. | 0.50 |
| 03/17/2017 | FOWL S | Revised script for noticing agent. | 0.70 |
| 03/17/2017 | FOWL S | Communicated with client regarding worker's comp issue. | 0.20 |
| 03/17/2017 | FOWL S | Analyzed stay of tax audits issue. | 0.60 |
| 03/17/2017 | FOWL S | Communicated with noticing agent and client regarding service of notice of 341 meting. | 0.20 |
| 03/17/2017 | FOWL S | Revised first interim order on critical vendors based on comments from counsel for the Committee and counsel for GE (.9); communicated with counsel for GE regarding same (.2). | 1.10 |
| 03/17/2017 | FOWL S | Communicated with client regarding prepetition vendor invoices. | 0.30 |
| 03/17/2017 | FOWL S | Communicated with client and MLB regarding strategy and division of labor. | 1.10 |
| 03/17/2017 | EHIN M | Consultation with Fowler regarding status of state tax matters and impact of bankruptcy on same. | 0.40 |
| 03/17/2017 | JORI W | Reviewed updated dockets to monitor status of various events and to ensure that all necessary steps are completed to meet filing requirements. | 0.60 |
| 03/17/2017 | JORI W | Continued preparing agenda for 3/31/17 hearing. | 1.10 |
| 03/17/2017 | JORI W | Received, reviewed and responded to message from creditor York Electric regarding notice received and gathered information to respond to same. | 0.40 |
| 03/17/2017 | JORI W | Reviewed e-mails with Donlin regarding filing and service of documents. | 0.20 |
| 03/17/2017 | HOKA J | Participate in debtors' counsel planning call. | 1.30 |
| 03/18/2017 | FOWL S | Communicated with client and MLB regarding First Critical Vendors order. | 0.30 |
| 03/19/2017 | FOWL S | Finalized order of First Critical Vendors; communicated with counsel for DIP Agent regarding same. | 0.90 |
| 03/19/2017 | FOWL S | Communicated with team regarding strategy moving forward. | 1.00 |

Case Administration
Our Matter No. 60605.0007

Invoice No. 1465821
May 4, 2017

| | | | |
|---|---|---|---|
| 03/20/2017 | FOWL S | Communicated with counsel for Great America regarding first critical vendors order. | 0.40 |
| 03/20/2017 | JORI W | Communications regarding amended list of secured creditors. | 0.10 |
| 03/20/2017 | JORI W | Reviewed recent motions and orders filed in order to monitor and follow-up regarding certificates of service needed. | 0.20 |
| 03/20/2017 | JORI W | Received, reviewed and submitted with the court certificates of service of various motions filed and orders entered. | 0.80 |
| 03/20/2017 | HOKA J | Exchange emails with US Trustee's office regarding IDI packets and interview, and discuss with client officers. | 0.40 |
| 03/20/2017 | HOKA J | Respond to creditor calls. | 1.80 |
| 03/20/2017 | HOKA J | Exchange emails with client and BRG officers regarding website contents. | 0.50 |
| 03/20/2017 | HOKA J | Respond to inquiry regarding List of Secured Creditors. | 0.40 |
| 03/21/2017 | FOWL S | Communicated with noticing agent regarding benefits owners and service on same. | 0.30 |
| 03/21/2017 | FOWL S | Communicated with counsel for Opulence Homes regarding noticing. | 0.20 |
| 03/21/2017 | FOWL S | Communicated with counsel for Total Cleaning Solutions regarding critical vendor status. | 0.20 |
| 03/21/2017 | FOWL S | Communicated with professionals regarding continued critical vendors hearing. | 0.40 |
| 03/21/2017 | JORI W | Reviewed objection and updated agenda for March 31st hearing. | 0.10 |
| 03/21/2017 | JORI W | Reviewed e-mails with claims and noticing agent regarding updates to list of creditors and service of filings. | 0.20 |
| 03/21/2017 | JORI W | Received, reviewed and submitted with the court certificates of service for various motions and orders. | 0.40 |
| 03/21/2017 | JORI W | Reviewed objections to bid procedures motion and updated hearing agenda regarding same. | 0.40 |
| 03/21/2017 | JORI W | Reviewed correspondence with noticing agent in order to monitor service requirements. | 0.20 |
| 03/21/2017 | JORI W | Reviewed recent motion and court order and supplemented agenda for March 23rd hearing regarding same. | 0.40 |
| 03/21/2017 | HOKA J | Respond to BRG's inquiries regarding Schedules, SOFA and IDI packet. | 0.60 |
| 03/21/2017 | HOKA J | Respond to creditor calls. | 1.20 |
| 03/21/2017 | HOKA J | Exchanges with Court's staff regarding hearing dates. | 0.30 |

Case Administration
Our Matter No. 60605.0007

Invoice No. 1465821
May 4, 2017

| 03/21/2017 | HOKA J | Call with Committee's counsel regarding vendor issues. | 0.50 |
|---|---|---|---|
| 03/21/2017 | HOKA J | Participate in call regarding bid procedures. | 0.40 |
| 03/21/2017 | HOKA J | Provide summary of case-related deadlines. | 0.60 |
| 03/22/2017 | FOWL S | Communicated with noticing agent regarding service. | 0.30 |
| 03/22/2017 | FOWL S | Revised and finalized motions to continue hearings on bid procedures and critical vendors. | 1.10 |
| 03/22/2017 | FOWL S | Communicated with creditors regarding 341 notices. | 0.60 |
| 03/22/2017 | JORI W | Drafted application to employ Malfitano, proposed order, declaration and notice of application and opportunity to object. | 1.50 |
| 03/22/2017 | JORI W | Submitted certificate of service with the court. | 0.20 |
| 03/22/2017 | JORI W | Contact the court regarding the motion to continue hearing on proposed bid procedures. | 0.20 |
| 03/22/2017 | JORI W | Finalized and submitted with the court the motion to continue hearing on critical vendors motion. | 0.30 |
| 03/22/2017 | JORI W | Finalized and submitted with the court the motion to continue hearing on proposed bid procedures. | 0.40 |
| 03/22/2017 | JORI W | Finalized and submitted with the court the agenda for March 23rd hearing. | 0.30 |
| 03/22/2017 | JORI W | Drafted agenda for March 28th hearing regarding motions in the lead case and adversary matter. | 0.70 |
| 03/22/2017 | JORI W | Contacted court clerk regarding details for hearing. | 0.20 |
| 03/22/2017 | JORI W | Drafted motion to continue hearing on critical vendors motion. | 1.00 |
| 03/22/2017 | JORI W | Drafted motion to continue hearing on bid procedures. | 1.60 |
| 03/22/2017 | JORI W | Supplemented agenda for March 23rd hearing regarding additional filings and objections. | 0.80 |
| 03/22/2017 | HOKA J | Internal discussions about continuing hearing on Motion to Approve Bid Procedures and Critical Vendor Motion, and discuss with Court's staff and US Trustee. | 0.80 |
| 03/23/2017 | FOWL S | Reviewed and analyzed Committee's objection to DIP financing and declaration in support of same. | 1.30 |
| 03/23/2017 | JORI W | E-mails with noticing agent regarding pending affidavits of service needed. | 0.30 |
| 03/23/2017 | JORI W | Met with client after hearing on motion to assume contract with UST. | 0.30 |
| 03/23/2017 | JORI W | Attended hearing on motion to assume contract with UST. | 1.00 |

Case Administration                                                    Invoice No. 1465821
Our Matter No. 60605.0007                                                    May 4, 2017

| | | | |
|---|---|---|---|
| 03/24/2017 | FOWL S | Communicated with noticing agent regarding service requests. | 0.20 |
| 03/24/2017 | JORI W | Finalized and submitted with the court the motion for interim compensation procedures. | 0.20 |
| 03/24/2017 | JORI W | Finalized and submitted with the court the application to employ Ice Miller with supporting documents and notice. | 0.30 |
| 03/24/2017 | JORI W | Finalized and submitted with the court the application to employ Malfitano with supporting documents. | 0.30 |
| 03/24/2017 | JORI W | Reviewed and submitted with the courts affidavits of service for bankruptcy notices in all three cases and supplemental affidavits of service. | 0.50 |
| 03/24/2017 | JORI W | Continued preparing documents for retention of Ice Miller, including application to employ, affidavit of Hokanson regarding same, and details and disclosures regarding interested parties. | 2.50 |
| 03/24/2017 | JORI W | Reviewed and supplemented application to employ Malfitano. | 0.30 |
| 03/24/2017 | JORI W | Reviewed docket to identify additional objection and orders and to update hearing agenda regarding same. | 0.40 |
| 03/24/2017 | JORI W | Received, reviewed and submitted with the court, affidavits of service for various filings. | 0.30 |
| 03/24/2017 | JORI W | Communications with servicing agent regarding service of various orders and motions. | 0.20 |
| 03/24/2017 | HOKA J | Internal discussions regarding employee benefits, and necessity of separate counsel for employees in the context of identification and enforcement of employment-related claims. | 1.00 |
| 03/24/2017 | HOKA J | Exchanged emails with Court's staff regarding March 28th hearings. | 0.20 |
| 03/24/2017 | HOKA J | Review and forward notice of resignation of UST from Committee. | 0.20 |
| 03/27/2017 | FOWL S | Communicated with counsel for DIP lenders regarding bid procedures. | 0.80 |
| 03/27/2017 | FOWL S | Communicated with court regarding order on Samsung motion. | 0.20 |
| 03/27/2017 | FOWL S | Finalized agenda for Tuesday's hearing. | 0.30 |
| 03/27/2017 | JORI W | Reviewed docket for new filings and orders and communications with Donlin regarding service. | 0.50 |
| 03/27/2017 | JORI W | Finalized and submitted with the court agenda for March 28 hearing in lead and adversary matters. | 0.30 |
| 03/27/2017 | JORI W | Supplemented agendas for hearings on March 28 and 31 based on new objections filed and new information from the court. | 1.80 |
| 03/27/2017 | HOKA J | Respond to creditor calls. | 1.80 |

Case Administration

Our Matter No. 60605.0007

Invoice No. 1465821

May 4, 2017

| | | | |
|---|---|---|---|
| 03/27/2017 | HOKA J | Calls and messages with Court's staff regarding March 28th hearing (.3) and assist with finalization of Agenda (.3). | 0.60 |
| 03/27/2017 | HOKA J | Exchange emails with lead counsel regarding delegation of drafting responsibilities. | 0.30 |
| 03/28/2017 | FOWL S | Communicated with customers regarding 341 notices. | 0.20 |
| 03/28/2017 | JORI W | Received, reviewed and submitted certificate of service with the court. | 0.20 |
| 03/28/2017 | HOKA J | Participate in meeting with co-counsel and client officers regarding strategy for proceeding. | 1.40 |
| 03/28/2017 | HOKA J | Assist with last-minute negotiations and preparations (1.2) and attend hearing on bidding procedures (1.4). | 2.60 |
| 03/29/2017 | CRIS T | Reviewed, revised and finalized the Motion, Affidavit and proposed Order to be admitted to appear pro hac vice for filing in the main case. | 1.70 |
| 03/29/2017 | FOWL S | Communicated with client and professionals regarding Committee's objection to DIP motion. | 0.10 |
| 03/29/2017 | FOWL S | Drafted motion to continue DIP hearing. | 0.60 |
| 03/29/2017 | FOWL S | Communicated with MLB regarding utilities and professional compensation. | 0.50 |
| 03/29/2017 | JORI W | Submitted with the court, notice of submission of amended lease procedures. | 0.20 |
| 03/29/2017 | JORI W | Communications with Donlin regarding service of motion. | 0.10 |
| 03/29/2017 | JORI W | Submitted with the court the motion to reject executory contracts, along with several exhibits to same and order. | 1.10 |
| 03/29/2017 | JORI W | Received and responded to e-mail from client regarding information to prepare Schedules E-F. | 0.20 |
| 03/29/2017 | JORI W | Drafted Notice of Application to Employ Morgan Lewis and Opportunity to Object. | 0.20 |
| 03/29/2017 | JORI W | Supplemented hearing agendas for March 31 and April 17th hearings per recent filings. | 0.60 |
| 03/29/2017 | JORI W | Received, reviewed and submitted with the court various certificates of service. | 0.40 |
| 03/29/2017 | HOKA J | Compile and provide documents regarding Initial Debtor Interview to C. May (.5); call with client officer regarding scope of IDI (.4). | 0.90 |
| 03/30/2017 | FOWL S | Communicated with UST regarding objections and final orders. | 0.30 |
| 03/30/2017 | FOWL S | Communicated with client and noticing agent regarding Phase II motion. | 0.50 |
| 03/30/2017 | FOWL S | Revised motion to shorten notice on Phase II motion. | 0.40 |

Case Administration                                                                Invoice No. 1465821
Our Matter No. 60605.0007                                                                May 4, 2017

| 03/30/2017 | FOWL S | Revised proposed final order on customer programs. | 0.50 |
| 03/30/2017 | FOWL S | Revised and finalized agenda for hearing on continued first day motions. | 0.60 |
| 03/30/2017 | FOWL S | Call with MLB regarding utilities objections. | 0.50 |
| 03/30/2017 | FOWL S | Communicated with UST and Hilco regarding continued hearing on motion to assume Phase I GOB contract with Hilco. | 0.50 |
| 03/30/2017 | FOWL S | Communicated with the UST and counsel for the Committee regarding hearing on motion to seal declaration in objection to DIP motion. | 0.30 |
| 03/30/2017 | JORI W | Reviewed recent filings and court's hearing schedule in order to supplement agenda for May 31st hearing and to follow-up regarding service. | 1.00 |
| 03/30/2017 | HOKA J | Exchanges with co-counsel regarding delegation of issues for hearing. | 0.50 |
| 03/30/2017 | HOKA J | Prepare for and participate in Initial Debtor Interview with US Trustee's office. | 1.40 |
| 03/31/2017 | CRIS T | Considered service of the Order Granting Motion to Appear Pro Hac Vice (.10); prepared a Notice of Appearance for Crist and reviewed rules concerning the same (.40). | 0.50 |
| 03/31/2017 | FOWL S | Communicated with noticing agent regarding cure notice and first day orders. | 0.20 |
| 03/31/2017 | FOWL S | Strategy call regarding DIP comments on revised budget. | 0.70 |
| 03/31/2017 | FOWL S | Communicated with Ohio worker's compensation board regarding upcoming hearing. | 0.30 |
| 03/31/2017 | FOWL S | Communicated with UST regarding revisions to orders on first day motions. | 0.20 |
| 03/31/2017 | FOWL S | First day orders on insurance, utilities, cash management, customer programs, and employee wages. | 1.40 |
| 03/31/2017 | FOWL S | Attended continued hearing on first day motions. | 1.40 |
| 03/31/2017 | FOWL S | Prepared for continued hearing on first day motions. | 1.50 |
| 03/31/2017 | FOWL S | Communicated with client and professionals regarding strategy. | 0.50 |
| 03/31/2017 | HOKA J | Prepare witness for hearing (1.0) and attend hearing on final orders on first day motions (2.0) | 3.00 |

**Total Professional Services**                                                          **$62,210.60**

Case Administration                                                                      Invoice No. 1465821
Our Matter No. 60605.0007                                                                      May 4, 2017

**COSTS ADVANCED**

| Description | Amount |
|---|---|
| Color Photocopies | $50.00 |
| Photocopies | $53.40 |
| **Total Cost Advanced** | **$103.40** |

**Total Invoice Balance Due**                                                                  $62,314.00

**OUTSTANDING INVOICES**

| Date | Invoice | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 05/04/17 | 1465821 | $62,314.00 | $0.00 | $62,314.00 |
| | | | **Total Balance Due** | **$62,314.00** |

**AGED AR**

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---|---|---|---|---|---|
| $62,314.00 | $0.00 | $0.00 | $0.00 | $0.00 | $62,314.00 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                                    Invoice No. 1465821
Debtor-In-Possesion                                                                           May 4, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Case Administration
        Our Matter No. 60605.0007

<div align="center">

**INVOICE SUMMARY**

</div>

For Services rendered through March 31, 2017

Professional Services                                                                        $62,210.60

Disbursements                                                                                   $103.40

**Total Current Invoice**                                                          **$62,314.00**

<div align="center">

**Payment Options**

Online Payments:              Wire/ACH Instructions:
**ClientPay**                 Huntington Bank
                              ABA for ACH      074000078
                              ABA for Wire     044000024
                              Account No.      01401048453
                              Swift Code:      HUNTUS33
                              Please Reference **Invoice No. 1465821**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1465821**

Questions or concerns, please email **payice@icemiller.com**

</div>

<div align="center">

Payment Terms: Net 30
Tax ID: 35-0874357

</div>



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1465822
May 4, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Corporate Governance and Board Matters
        Our Matter No. 60605.0009

## INVOICE SUMMARY

For Services rendered through March 31, 2017

Professional Services                                    $58,345.25

**Total Current Invoice**                               **$58,345.25**



525+ transactions closed worth in excess of $20 billion in the past 5 years

Corporate Governance and Board Matters
Our Matter No. 60605.0009

Invoice No. 1465822
May 4, 2017

**PROFESSIONAL SERVICES**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 03/02/2017 | JACO V | Research on Endurance American Insurance Company, Allied World National Assurance Company, CNA (Continental Casualty Company) and Beazley Insurance Company for B. Huber. | 1.00 |
| 03/06/2017 | EFRO H | Advised regarding d&o coverage for directors. | 0.30 |
| 03/07/2017 | THOR J | Attention to possible sale transactions and restructuring transactions including conferences with MLB IM attorneys on the same; attention to D&O issues and related matters. Attention to authorizations of transactions; first day hearing on bankruptcy. | 8.80 |
| 03/07/2017 | HUBE B | Advised team of information responses from D&O insurers. | 0.40 |
| 03/07/2017 | HUBE B | Follow-up call with Cornell and Lockton. | 0.30 |
| 03/07/2017 | HUBE B | Finalized letter to insurers regarding notice of non-renewal. | 0.30 |
| 03/07/2017 | HUBE B | Meeting with client and bankruptcy team. | 0.50 |
| 03/07/2017 | HUBE B | Calls to Lockton, Cornell and Britton. | 0.60 |
| 03/07/2017 | HUBE B | Revised notice of non-renewal and request for extension to insurers. | 0.90 |
| 03/08/2017 | THOR J | Attention to potential sale and liquidation transactions, including stage capital and Kmart; attention to D&O issues. | 2.40 |
| 03/08/2017 | HOKA J | Assist with efforts to have D&O Insurance premium paid, and attention to issues regarding KEIP approval. | 1.00 |
| 03/08/2017 | HOKA J | Discussions regarding D&O insurance. | 0.80 |
| 03/08/2017 | HUBE B | Reviewed and responded to Britton's e-mail. | 0.30 |
| 03/08/2017 | HUBE B | Followed up with Lockton regarding premium amounts. | 0.60 |
| 03/09/2017 | THOR J | Attention to governance issues including request for Board counsel and attention to the same; attention to stalking horse transaction and possible finalization thereof. | 3.90 |
| 03/09/2017 | EFRO H | Advised regarding governance issues. | 0.50 |
| 03/09/2017 | HOKA J | Continued discussions regarding D&O insurance in preparation for March 10th meeting with US Trustee. | 0.50 |
| 03/10/2017 | THOR J | T/C with Bill Carmichael on Board issues; attention to D&O approval and payment of premiums and assuring that the same was accomplished; analysis of situations in which Board counsel is warranted and approved; meeting and calls with Bankovich on general corporate issues. | 4.10 |

Corporate Governance and Board Matters                                              Invoice No. 1465822
Our Matter No. 60605.0009                                                               May 4, 2017

| | | | |
|---|---|---|---|
| 03/10/2017 | HOKA J | Continued discussions regarding payment of D&O insurance premium. | 1.30 |
| 03/10/2017 | HUBE B | Calls and e-mails to Locton regarding directors and officers information to make immediate wire transfer; telephone conference with D. Britton regarding the same. | 0.80 |
| 03/11/2017 | THOR J | Calls with Hokanson and Bankovich on pending issues and attention to possible sale transaction issues. | 2.30 |
| 03/12/2017 | THOR J | Attention to Board concerns and D&O and separate counsel consideration; multiple e-mail and telephone conference communications with Hokanson and Bankovich on the same; preparation of comments and additions to Board agenda for 3/13/17 Board meeting;  preparation for 3/13/17 Board meeting. | 2.80 |
| 03/12/2017 | HOKA J | Exchanges regarding governance issues raised by Board members. | 0.40 |
| 03/13/2017 | THOR J | Preparation for telephone conference with Bill Carmichael, Cathy Langham and J. Hokanson on Board concerns on D&O and on need for separate counsel and provided potential counsel recommendations (.9HR); preparation for and participated in Board update telephone conference call (.8 HR); Multiple telephone conference with Bankovich on Board and governance issues, including analysis thereof, and calls and e-mails with Melindi on the same and related concerns (2.3 HR); Telephone conference with Bankovich and Hokanson on potential claims issues and appropriate treatment of the same and analysis of obligations (1.4 HR). | 5.40 |
| 03/13/2017 | HOKA J | Participate in call with Board members. | 0.80 |
| 03/13/2017 | HOKA J | Participate in telephonic Board meeting. | 1.00 |
| 03/13/2017 | HOKA J | Participated in call with Board members (.7); Board meeting (.8) calls re | 2.40 |
| 03/14/2017 | THOR J | Multiple telephone conference calls with Bankovich and Hokanson on governance issues and the Board's role and follow up telephone conference with Melindi on the same (1.2 HR); attention to potential Zimmerman sale transaction termination and review and comment on proposed termination notice and press release (.9 HR); attention to deferred compensation plan funding obligations in bankruptcy and related plan issues (.4 HR). | 2.50 |
| 03/15/2017 | THOR J | Multiple telephone conferences with Bankovich on Board and governance issues (.8 HR); attention to Zimmerman offer or termination status and strategy with respect to the same and encouragement of other offers (1.8 HR) | 2.60 |
| 03/16/2017 | THOR J | Review of press release on termination of term sheet and responded on the same. | 0.30 |
| 03/17/2017 | THOR J | Telephone conference with Bankovich on Governance issues. | 0.60 |
| 03/18/2017 | THOR J | Review and preparation of detailed minutes of 3/6/17 and 3/13/17 Board meetings and conferences with Hokanson and Fowler on the same and transmittal to Bankovich (3.2); preparation of 3/20/17 Board meeting agenda (.9); preparation for participation in 3/20/17 Board meeting and review of background information on the same (.8). | 4.90 |

Corporate Governance and Board Matters                                          Invoice No. 1465822
Our Matter No. 60605.0009                                                          May 4, 2017

| 03/19/2017 | THOR J | Preparation of Board minutes for March 6, 2017 and March 13, 2017 Board meetings and transmittal to C. Bankovich (2.8 hr.); preparation of Agenda for March 20, 2017 Board meeting and communications with C. Bankovich and IM team on the same and various agenda items and transmittal of Agenda to C. Bankovich (.7 hr.); preparation for March 20, 2017 Board meeting (1.2 hr.). | 4.70 |
|---|---|---|---|
| 03/19/2017 | FOWL S | Reviewed and revised minutes from 3.6.17 Board meeting. | 0.80 |
| 03/19/2017 | HOKA J | Reviewed and assisted with finalization of Board Minutes. | 0.50 |
| 03/19/2017 | HUBE B | Reviewed corporate board minutes summarizing DNO insurance coverage picture. | 0.50 |
| 03/20/2017 | THOR J | Attended March 20, 2017 Board meeting and finalized noted thereof (.8 hr.); attention to comments form of Asset Purchase Agreement for going concern bidders (.9 hr.). | 1.70 |
| 03/20/2017 | FOWL S | Attended telephonic Board meeting. | 1.00 |
| 03/20/2017 | HOKA J | Participate in Board meeting. | 0.80 |
| 03/21/2017 | THOR J | Attention to medical plan issues and internal communications and e-mail communications with C. Bankovich on the same (.7 hr.). | 0.70 |
| 03/21/2017 | HOKA J | Internal discussions and calls with client officers and lead counsel regarding governance issues. | 0.80 |
| 03/22/2017 | THOR J | Telephone conference with Mallon and Bankovich on employee claims and potential claims and office conferences on the same (.8 hr.); attention to going concern bidder status and key bid draft Asset Purchase Agreement issues and preparation of revisions to Section 6.14 (and transmittal to Melindi) (2.6 hr.). | 3.40 |
| 03/23/2017 | THOR J | Attention to employee claims issues (.4 hr.); review of final HHG bid draft APA (.6 hr.). | 1.00 |
| 03/24/2017 | THOR J | Preparation of minutes of March 20, 2017 Board meeting and transmittal to C. Bankovich (1.2 hr.); attention to Board issues and preparation for March 27, 2017 Board meeting and agenda for the same (.9 hr.). | 2.10 |
| 03/26/2017 | THOR J | Preparation of suggested agenda for 3/27/17 Board meeting and preparation for the same. | 1.90 |
| 03/27/2017 | THOR J | Preparation for and participation in Board meeting (.9); research and development of Board role in current situation (1.4). | 2.30 |
| 03/27/2017 | FOWL S | Telephonically attended Board meeting. 9:30- | 1.00 |
| 03/27/2017 | HOKA J | Participate in Board meeting. | 0.90 |

Corporate Governance and Board Matters                                    Invoice No. 1465822
Our Matter No. 60605.0009                                                         May 4, 2017

| | | | |
|---|---|---|---|
| 03/29/2017 | THOR J | Preparation for and telephone conference with working group on Warn Act notices, sale process and deadlines, and required press releases (1.6 HR); attention to required deadline issues to be addressed (.8 HR); attention to Deferred Compensation Plan issues and telephone conference with C. Bankovich, D. Disilets and IM counsel on the same (1.8 HR). | 4.20 |
| 03/30/2017 | THOR J | Preparation of detailed minutes for 3/27/17 Board meeting and proposed agenda for 4/3/17 Board meeting and communications with C. Bankovich on the same (1.7 HR); attention to Directors continuing role if liquidation process is implemented and process for the same (1.3 HR). | 3.00 |
| 03/30/2017 | HACK S | Consulted regarding governance matters. | 0.20 |
| 03/30/2017 | HOKA J | Assist with finalization of March 27th minutes and April 3rd Agenda. | 0.40 |
| 03/31/2017 | THOR J | Telephone conference with C. Melendi on possible Board change issues if liquidation process is the debtors only alternative (.4 HR); review of Indiana statutory issues related to Board size and composition and appointment of Chief Restructuring Officer by Board (1.9 HR). | 2.30 |

**Total Professional Services**                                                     **$58,345.25**

**Total Invoice Balance Due**                                                       $58,345.25

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 05/04/17 | 1465822 | $58,345.25 | $0.00 | $58,345.25 |
| | | | **Total Balance Due** | **$58,345.25** |

## AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---|---|---|---|---|---|
| $58,345.25 | $0.00 | $0.00 | $0.00 | $0.00 | $58,345.25 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



<div align="right">One American Square | Suite 2900 | Indianapolis, IN 46282-0200</div>

hhgregg, Inc., Gregg Appliances, Inc.                        Invoice No. 1465822
Debtor-In-Possesion                                                  May 4, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Corporate Governance and Board Matters
        Our Matter No. 60605.0009

<div align="center">

**INVOICE SUMMARY**

</div>

For Services rendered through March 31, 2017

Professional Services                                                $58,345.25

**Total Current Invoice**                                     **$58,345.25**

<div align="center">

**Payment Options**

</div>

Online Payments:              Wire/ACH Instructions:
**ClientPay**                 Huntington Bank
                              ABA for ACH    074000078
                              ABA for Wire    044000024
                              Account No.      01401048453
                              Swift Code:      HUNTUS33
                              Please Reference **Invoice No. 1465822**

<div align="center">

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1465822**

Questions or concerns, please email **payice@icemiller.com**

</div>

---

<div align="center">

Payment Terms: Net 30
Tax ID: 35-0874357

</div>



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1465823
May 4, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Employee Benefits and Pensions
       Our Matter No. 60605.0010

## INVOICE SUMMARY

For Services rendered through March 31, 2017

Professional Services                                              $2,476.80

**Total Current Invoice**                                      **$2,476.80**



525+ transactions closed worth in excess of $20 billion in the past 5 years

Employee Benefits and Pensions
Our Matter No. 60605.0010

Invoice No. 1465823
May 4, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 03/14/2017 | BURK C | Reviewed deferred compensation plan documents and considered issues regarding suspension of discretionary employer credits to the plan; worked on same. | 1.10 |
| 03/21/2017 | SCIS M | Attention to benefits issue; attention to COBRA issues. | 0.90 |
| 03/24/2017 | SCIS M | Attention to benefits issues. | 0.20 |
| 03/25/2017 | SCIS M | Attention to issues related to nonqualified deferred compensation plan; prepared talking points. | 1.00 |
| 03/29/2017 | BURK C | Worked on issues related to termination of nonqualified plan relative to bankruptcy filing. | 0.50 |
| 03/29/2017 | SCIS M | Telephone conference with Desilets; attention to treatment of participants in nonqualified deferred compensation plan. | 0.50 |
| **Total Professional Services** | | | **$2,476.80** |

**Total Invoice Balance Due** $2,476.80

### OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 05/04/17 | 1465823 | $2,476.80 | $0.00 | $2,476.80 |
| | | **Total Balance Due** | | **$2,476.80** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $2,476.80 | $0.00 | $0.00 | $0.00 | $0.00 | $2,476.80 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries, please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                     Invoice No. 1465823
Debtor-In-Possesion                                                       May 4, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Employee Benefits and Pensions
        Our Matter No. 60605.0010

## INVOICE SUMMARY

For Services rendered through March 31, 2017

Professional Services                                                     $2,476.80

**Total Current Invoice**                                                 **$2,476.80**

### Payment Options

Online Payments:                    Wire/ACH Instructions:
**ClientPay**                       Huntington Bank
                                    ABA for ACH     074000078
                                    ABA for Wire    044000024
                                    Account No.     01401048453
                                    Swift Code:     HUNTUS33
                                    Please Reference **Invoice No. 1465823**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1465823**

Questions or concerns, please email **payice@icemiller.com**



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1465824
May 4, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Employment and Fee Applications
         Our Matter No. 60605.0011

## INVOICE SUMMARY

For Services rendered through March 31, 2017

Professional Services                                              $9,119.25

**Total Current Invoice**                                  **$9,119.25**



Employment and Fee Applications
Our Matter No. 60605.0011

Invoice No. 1465824
May 4, 2017

**PROFESSIONAL SERVICES**

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 03/08/2017 | FOWL S | Communicated with BRG, Stifel, and Hilco regarding employment applications. | 0.40 |
| 03/08/2017 | FOWL S | Revised application to employ Hilco Real Estate. | 1.90 |
| 03/08/2017 | FOWL S | Revised application to employ BRG. | 1.70 |
| 03/08/2017 | FOWL S | Revised application to employ Stifel/Miller Buckfire. | 1.60 |
| 03/08/2017 | FOWL S | Reviewed DIP agreement with respect to employment application requirements. | 0.20 |
| 03/08/2017 | HOKA J | Attention to staffing and drafting assistance for retention applications required to be filed by first day orders. | 1.20 |
| 03/09/2017 | FOWL S | Finalized application to employ Stifel (.5); communicated with Stifel and client regarding same (.2). | 0.70 |
| 03/09/2017 | FOWL S | Revised BRG employment application. | 1.10 |
| 03/09/2017 | FOWL S | Communicated with BRG regarding employment application. | 0.20 |
| 03/10/2017 | FOWL S | Communicated with BRG regarding employment application. | 0.80 |
| 03/10/2017 | FOWL S | Communicated with Hilco regarding employment application. | 0.30 |
| 03/10/2017 | FOWL S | Finalized Stifel employment application. | 0.50 |
| 03/10/2017 | FOWL S | Finalized Hilco employment application. | 0.50 |
| 03/10/2017 | FOWL S | Finalized BRG employment application. | 2.40 |
| 03/10/2017 | HOKA J | Assist with finalization of Hilco's retention application. | 0.50 |
| 03/13/2017 | FOWL S | Finalized notices of employment applications. | 0.50 |
| 03/16/2017 | FOWL S | Communicated with MLB regarding retention applications. | 0.20 |
| 03/21/2017 | HOKA J | Respond to inquiry regarding Malfitano's engagement and applications. | 0.40 |
| 03/23/2017 | FOWL S | Revised motion to employ Malfitano (1.8); communicated with Malfitano regarding same (.3). | 2.10 |
| 03/23/2017 | HOKA J | Discuss timing for filing additional retention applications. | 0.60 |
| 03/24/2017 | FOWL S | Revised and finalized application to employ Malfitano. | 1.10 |
| 03/24/2017 | FOWL S | Revised and finalized motion for interim compensation procedures. | 0.50 |

Employment and Fee Applications
Our Matter No. 60605.0011

Invoice No. 1465824
May 4, 2017

| 03/24/2017 | FOWL S | Revised and finalized application to employ Ice Miller. | 1.90 |
|---|---|---|---|
| 03/24/2017 | HOKA J | Assist with preparation of IM's retention application and motion for interim compensation procedures. | 1.00 |
| 03/27/2017 | HOKA J | Responded to inquiries regarding Hilco Consulting Agreement. | 0.20 |
| 03/28/2017 | FOWL S | Communicated with MLB and counsel for the Committee regarding employment applications. | 0.20 |
| 03/29/2017 | FOWL S | Revised and finalized application to employ MLB; drafted objection notice for same. | 1.10 |
| 03/29/2017 | FOWL S | Communicated with BRG regarding interim compensation procedures. | 0.20 |
| 03/29/2017 | FOWL S | Communicated with counsel for Stifel regarding retention; communicated with counsel for the Committee regarding same. | 0.70 |
| 03/30/2017 | HOKA J | Call with counsel to Hilco and US Trustee regarding UST's objection to Consulting Agreement Motion. | 0.40 |

**Total Professional Services**      **$9,119.25**

**Total Invoice Balance Due**      $9,119.25

### OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 05/04/17 | 1465824 | $9,119.25 | $0.00 | $9,119.25 |
|  |  |  | **Total Balance Due** | **$9,119.25** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---|---|---|---|---|---|
| $9,119.25 | $0.00 | $0.00 | $0.00 | $0.00 | $9,119.25 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                            Invoice No. 1465824
Debtor-In-Possesion                                                               May 4, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Employment and Fee Applications
       Our Matter No. 60605.0011

## INVOICE SUMMARY

For Services rendered through March 31, 2017

Professional Services                                                             $9,119.25

**Total Current Invoice**                                                         **$9,119.25**

### Payment Options

Online Payments:                    Wire/ACH Instructions:
**ClientPay**                       Huntington Bank
                                    ABA for ACH      074000078
                                    ABA for Wire     044000024
                                    Account No.      01401048453
                                    Swift Code:      HUNTUS33
                                    Please Reference **Invoice No. 1465824**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1465824**

Questions or concerns, please email **payice@icemiller.com**

---

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1465825
May 4, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Financing and Cash Collateral
       Our Matter No. 60605.0013

## INVOICE SUMMARY

For Services rendered through March 31, 2017

Professional Services                                              $8,911.35

**Total Current Invoice**                                         **$8,911.35**



525+ transactions closed worth in excess of $20 billion in the past 5 years

Financing and Cash Collateral

Our Matter No. 60605.0013

Invoice No. 1465825

May 4, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 03/07/2017 | HOKA J | All-day meetings and calls in preparation for hearing on First Day Motions (5.0); attend hearing on First Day Motions and counsel meetings afterward (3.0); meet with client officers and co-counsel regarding next stapes (1.0); assist with finalization of orders required to fund payroll (.5). | 9.50 |
| 03/13/2017 | HOKA J | Participated in call with Lenders' counsel. | 0.50 |
| 03/14/2017 | HOKA J | Participated in call with Committee counsel. | 0.60 |
| 03/16/2017 | HOKA J | Participated in call with counsel to Committee and Lenders. | 0.80 |
| 03/20/2017 | HOKA J | Participated in daily senior management and advisors call. | 1.00 |
| 03/27/2017 | HOKA J | Participated in call with DIP Lenders' counsel. | 0.90 |
| 03/29/2017 | HOKA J | Participated in call with Committee's advisors and counsel. | 0.80 |
| 03/31/2017 | HOKA J | Calls and exchanges regarding DIP Lenders' conditions. | 2.00 |
| **Total Professional Services** | | | **$8,911.35** |

**Total Invoice Balance Due**

$8,911.35

### OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 05/04/17 | 1465825 | $8,911.35 | $0.00 | $8,911.35 |
| | | **Total Balance Due** | | **$8,911.35** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|------------|------------|-------------|------------|-------|
| $8,911.35 | $0.00 | $0.00 | $0.00 | $0.00 | $8,911.35 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Financing and Cash Collateral                                          Invoice No. 1465825
Our Matter No. 60605.0013                                                    May 4, 2017

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                    Invoice No. 1465825
Debtor-In-Possesion                                                      May 4, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Financing and Cash Collateral
       Our Matter No. 60605.0013

## INVOICE SUMMARY

For Services rendered through March 31, 2017

Professional Services                                                    $8,911.35

**Total Current Invoice**                                               **$8,911.35**

### Payment Options

Online Payments:                     Wire/ACH Instructions:
**ClientPay**                        Huntington Bank
                                     ABA for ACH     074000078
                                     ABA for Wire    044000024
                                     Account No.     01401048453
                                     Swift Code:     HUNTUS33
                                     Please Reference **Invoice No. 1465825**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1465825**

Questions or concerns, please email **payice@icemiller.com**

---

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1465826
May 4, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:      Litigation
         Our Matter No. 60605.0014

## INVOICE SUMMARY

For Services rendered through March 31, 2017

Professional Services                                          $33,707.10

Disbursements                                                   $102.67

**Total Current Invoice**                                      **$33,809.77**



Litigation                                                                                    Invoice No. 1465826
Our Matter No. 60605.0014                                                                          May 4, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 03/20/2017 | FOWL S | Reviewed and analyzed complaint and TRO filed by Electrolux. | 2.20 |
| 03/21/2017 | JORI W | Finalized and submitted with the court appearances of Hokanson and Fowler for each of the three entities. | 0.50 |
| 03/21/2017 | JORI W | Correspondence to Herman and Mauceri regarding appearances. | 0.20 |
| 03/21/2017 | JORI W | Prepared appearances of Hokanson, Fowler, Herman and Mauceri. | 0.90 |
| 03/21/2017 | JORI W | Received and reviewed adversary complaint and associated filings. | 0.30 |
| 03/21/2017 | HOKA J | Reviewed Electrolux's adversary complaint, reviewed docket, and exchanged emails with counsel to interested parties. | 1.40 |
| 03/21/2017 | ARCE A | Conferred with Hokanson and Fowler about Electrolux adversary proceeding; reviewed court docket and began reviewing pleadings; e-mails to and from Herman regarding local rules and practice governing temporary restraining order proceedings; e-mails and documents from Herman in anticipation of joint defense conference call; began preparing for conference call; began familiarization with bankruptcy proceedings underlying Electrolux's adversary proceeding. | 4.80 |
| 03/22/2017 | FOWL S | Strategized regarding Electrolux adversary. | 0.50 |
| 03/22/2017 | FOWL S | Communicated with counsel for the DIP Agent, counsel for the Committee, and MLB regarding Electrolux adversary. | 0.60 |
| 03/22/2017 | JORI W | Prepared appearance for A. Arceneaux. | 0.30 |
| 03/22/2017 | HOKA J | Participated in call regarding Electrolux litigation and following discussions regarding strategy for proceeding. | 1.20 |
| 03/22/2017 | ARCE A | Read and analyzed Electrolux complaint and exhibits, motion for temporary restraining order and brief in support, Haller declaration, and related filings; prepared for and participated in joint defense conference call; call with Marshall (court clerk) regarding timing of TRO filings; call to Haller to discuss briefing schedule; communications with Gallo regarding potential stipulations; multiple e-mails among defense team regarding evidence and fact-gathering to oppose motion for TRO; received and began reviewing documents from Gallo. | 5.70 |
| 03/23/2017 | FOWL S | Met with counsel for Electrolux regarding adversary proceeding. | 0.40 |
| 03/23/2017 | HOKA J | Informal meeting with Electrolux's counsel (.4); review email traffic regarding client updates on Electrolux matter (.4). | 0.80 |

Litigation                                                                    Invoice No. 1465826
Our Matter No. 60605.0014                                                           May 4, 2017

| 03/23/2017 | ARCE A | Emails and communications regarding facts, evidence and arguments to support opposition to TRO; multiple creditor filings. | 1.50 |
| 03/24/2017 | FOWL S | Communicated with MLB, the Committee, and the DIP Lenders regarding approach to Electrolux adversary and TRO hearing. | 1.00 |
| 03/24/2017 | HOKA J | Participate in call with common interests counsel. | 0.90 |
| 03/24/2017 | ARCE A | Read Kovac's declaration in support of first day relief, correspondence, and other filings; continued to review underlying Chapter 11 docket and filings; prepared for and participated in conference call among defense counsel to discuss arguments and strategy for TRO hearing; followed up with Gallo on same; received and reviewed multiple creditor filings; emails to and from judicial assistant (Hall) regarding hearing; received and reviewed reclamation demand from Electrolux. | 5.80 |
| 03/26/2017 | HOKA J | Review draft pleadings and participate in call with counsel to debtor-sided parties. | 2.70 |
| 03/26/2017 | ARCE A | Read draft brief in opposition to motion for temporary restraining order and draft declaration of Peterson; multiple emails among counsel and client regarding factual details and evidence in opposition to TRO; read draft Kovacs declaration. | 1.70 |
| 03/27/2017 | FOWL S | Reviewed responses filed in Electrolux in preparation for TRO hearing. | 2.10 |
| 03/27/2017 | FOWL S | Reviewed and revised stipulation to lift automatic stay for personal injury claims of Gemmel (.4); communicated with counsel for Gemmel regarding same (.1). | 0.50 |
| 03/27/2017 | ARCE A | Communications to and from Hall and counsel regarding hearing; met with Gallo to coordinate strategy for hearing; read proposed agenda for hearing; reviewed revised drafts of brief in opposition to motion for temporary restraining order; received and reviewed Wells Fargo's draft brief; coordinated filing of brief; received and read declaration of Woodward (with exhibits) filed by Electrolux; received and read declaration of Blair filed by Electrolux; received and read joinder of official communications from court regarding hearing; assisted Gallo in finalizing and filing brief in opposition to injunctive relief; met with Gallo to discus strategy for hearing and to assist with preparations; received and reviewed numerous additional filings and reviewed docket; emails to and from Haller regarding brief. | 7.10 |
| 03/28/2017 | FOWL S | Attended hearing on preliminary injunction in Electrolux adversary. | 3.00 |
| 03/28/2017 | FOWL S | Prepared for hearing on bid procedures and Electrolux TRO. | 2.80 |
| 03/28/2017 | HOKA J | Assisted with final preparation of witnesses (.5) and attend hearing on Electrolux's Motion for Injunctive Relief (2.5). | 3.00 |
| 03/28/2017 | ARCE A | Multiple meetings with co-counsel and witnesses to prepare for injunction hearing; attended and participated in injunction hearing before Judge Moberly; attention to multiple filings; followed up on related hearing on bankruptcy proceedings. | 8.70 |

Litigation
Our Matter No. 60605.0014

Invoice No. 1465826
May 4, 2017

| 03/29/2017 | FOWL S | Communicated with counsel for plaintiff regarding motion for relief from stay to pursue insurance proceeds. | 0.20 |
| 03/29/2017 | HOKA J | Participated in exchanges regarding consignment issues. | 1.00 |
| 03/29/2017 | ARCE A | Reviewed FRCP 52 and 65, together with case law, governing requirement of findings of fact and conclusions of law; multiple communications regarding same; received and read Judge Moberly's docket entry and order denying preliminary injunction; multiple emails following up on Judge Moberly's comments during injunction hearing; received and reviewed multiple filings. | 2.60 |

**Total Professional Services**        **$33,707.10**

## COSTS ADVANCED

| Description | Amount |
|---|---|
| Color Photocopies | $49.00 |
| Photocopies | $10.95 |
| Lunch for counsel | $8.71 |
| Lunch for Counsel Prior to Hearing 3/28/17 | $34.01 |
| **Total Cost Advanced** | **$102.67** |

**Total Invoice Balance Due**        $33,809.77

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 05/04/17 | 1465826 | $33,809.77 | $0.00 | $33,809.77 |
| | | | **Total Balance Due** | **$33,809.77** |

## AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---|---|---|---|---|---|
| $33,809.77 | $0.00 | $0.00 | $0.00 | $0.00 | $33,809.77 |

Litigation                                                              Invoice No. 1465826
Our Matter No. 60605.0014                                                       May 4, 2017

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



**IceMiller**
LEGAL COUNSEL

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                  Invoice No. 1465826
Debtor-In-Possesion                                                    May 4, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Litigation
       Our Matter No. 60605.0014

## INVOICE SUMMARY

For Services rendered through March 31, 2017

Professional Services                                                        $33,707.10

Disbursements                                                                   $102.67

**Total Current Invoice**                                             **$33,809.77**

### Payment Options

Online Payments:                      Wire/ACH Instructions:
**ClientPay**                         Huntington Bank
ClientPay                             ABA for ACH    074000078
                                      ABA for Wire   044000024
                                      Account No.    01401048453
                                      Swift Code:    HUNTUS33
                                      Please Reference **Invoice No. 1465826**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1465826**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1465827
May 4, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Real Estate
       Our Matter No. 60605.0018

## INVOICE SUMMARY

For Services rendered through March 31, 2017

Professional Services                                    $332.10

**Total Current Invoice**                                **$332.10**



Real Estate
Our Matter No. 60605.0018

Invoice No. 1465827
May 4, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 03/13/2017 | HOKA J | Reviewed and forwarded request to sign estoppel certificate related to lease for West Mifflin, Pennsylvania store. | 0.20 |
| 03/20/2017 | HOKA J | Facilitated client's execution of estoppel certificate respecting West Mifflin lease. | 0.40 |
| **Total Professional Services** | | | **$332.10** |

**Total Invoice Balance Due**                                                                $332.10

### OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 05/04/17 | 1465827 | $332.10 | $0.00 | $332.10 |
| | | | **Total Balance Due** | **$332.10** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|------------|------------|-------------|------------|-------|
| $332.10 | $0.00 | $0.00 | $0.00 | $0.00 | $332.10 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                    Invoice No. 1465827
Debtor-In-Possesion                                                              May 4, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:      Real Estate
         Our Matter No. 60605.0018

## INVOICE SUMMARY

For Services rendered through March 31, 2017

Professional Services                                                           $332.10

**Total Current Invoice**                                              **$332.10**

### Payment Options

Online Payments:                    Wire/ACH Instructions:
**ClientPay**                            Huntington Bank
                                     ABA for ACH     074000078
                                     ABA for Wire    044000024
                                     Account No.     01401048453
                                     Swift Code:     HUNTUS33
                                     Please Reference **Invoice No. 1465827**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1465827**

Questions or concerns, please email **payice@icemiller.com**

---

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1465828
May 4, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Relief from Stay and Adequate Protection
        Our Matter No. 60605.0019

## INVOICE SUMMARY

For Services rendered through March 31, 2017

Professional Services                                              $442.80

**Total Current Invoice**                                         **$442.80**



deals done
525+ transactions closed worth in excess of $20 billion in the past 5 years

Relief from Stay and Adequate Protection                                              Invoice No. 1465828
Our Matter No. 60605.0019                                                                        May 4, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 03/24/2017 | HOKA J | Reviewed file materials and call with R. King regarding client's consent to relief from stay for Gimmel litigation (.6); reviewed and forwarded King's response (.2). | 0.80 |
| **Total Professional Services** | | | **$442.80** |

**Total Invoice Balance Due**                            $442.80

### OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 05/04/17 | 1465828 | $442.80 | $0.00 | $442.80 |
| | | | **Total Balance Due** | **$442.80** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $442.80 | $0.00 | $0.00 | $0.00 | $0.00 | $442.80 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                      Invoice No. 1465828
Debtor-In-Possesion                                                        May 4, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Relief from Stay and Adequate Protection
       Our Matter No. 60605.0019

## INVOICE SUMMARY

For Services rendered through March 31, 2017

Professional Services                                                      $442.80

**Total Current Invoice**                                                  **$442.80**

### Payment Options

Online Payments:                    Wire/ACH Instructions:
**ClientPay**                       Huntington Bank
                                    ABA for ACH      074000078
                                    ABA for Wire     044000024
                                    Account No.      01401048453
                                    Swift Code:      HUNTUS33
                                    Please Reference **Invoice No. 1465828**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1465828**

Questions or concerns, please email **payice@icemiller.com**

---

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1465829
May 4, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Cost and Expenses
        Our Matter No. 60605.0023

## INVOICE SUMMARY

For Services rendered through March 31, 2017

Disbursements                                                      $982.22

**Total Current Invoice**                                         **$982.22**



525+ transactions closed worth in excess of $20 billion in the past 5 years

Cost and Expenses
Our Matter No. 60605.0023

Invoice No. 1465829
May 4, 2017

## COSTS ADVANCED

| Description | Amount |
|---|---|
| Color Photocopies | $55.50 |
| Photocopies | $66.45 |
| Courier Expense | $78.77 |
| Filing Fees | $100.00 |
| Filing fee for Motion to Sell. | $181.00 |
| Business lunch on March 7, 2017 prior to bankruptcy court hearing. | $302.50 |
| Legal Research Expense - WESTLAW - WESTLAW 60605.0001.06129 | $198.00 |
| **Total Cost Advanced** | **$982.22** |

**Total Invoice Balance Due**                                         $982.22

### OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 05/04/17 | 1465829 | $982.22 | $0.00 | $982.22 |
| | | | **Total Balance Due** | **$982.22** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---|---|---|---|---|---|
| $982.22 | $0.00 | $0.00 | $0.00 | $0.00 | $982.22 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



LEGAL COUNSEL

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Invoice No. 1465829
May 4, 2017

Re:    Cost and Expenses
       Our Matter No. 60605.0023

## INVOICE SUMMARY

For Services rendered through March 31, 2017

Disbursements                                                          $982.22

**Total Current Invoice**                                            **$982.22**

### Payment Options

Online Payments:                    Wire/ACH Instructions:
**ClientPay**                       Huntington Bank
                                    ABA for ACH    074000078
                                    ABA for Wire   044000024
                                    Account No.    01401048453
                                    Swift Code:    HUNTUS33
                                    Please Reference **Invoice No. 1465829**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1465829**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357

REMITTANCE



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1467464
May 16, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Asset Analysis and Recovery
        Our Matter No. 60605.0001

## INVOICE SUMMARY

For Services rendered through April 30, 2017

Professional Services                                            $5,645.70

Disbursements                                                    $17.43

**Total Current Invoice**                                       **$5,663.13**



deals done

525+ transactions closed worth in excess of $20 billion in the past 5 years

Asset Analysis and Recovery

Invoice No. 1467464

Our Matter No. 60605.0001

May 16, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 04/10/2017 | HOKA J | Reviewed and discussed demands for recovery of display assets and other fixtures (.8); exchanges with Samsung's counsel regarding same(.2). | 1.00 |
| 04/10/2017 | HOKA J | Reviewed vendor contracts and prepare summary of vendor claims. | 3.60 |
| 04/11/2017 | HOKA J | Attention to vendor credit claims/issues. | 1.60 |
| 04/11/2017 | HOKA J | Call with Samsung counsel and follow up emails regarding settlement of accounts. | 0.60 |
| 04/27/2017 | HOKA J | Exchanges regarding LC-secured insurance policies and related claims. | 1.20 |
| 04/27/2017 | HOKA J | Continued work on vendor credit demands, and exchanged emails regarding same. | 1.40 |
| 04/28/2017 | HOKA J | Assisted with finalization of vendor credit demands. | 0.80 |
| **Total Professional Services** | | | **$5,645.70** |

### COSTS ADVANCED

| Description | Amount |
|-------------|--------|
| Courier Expense | $10.53 |
| Postage Expense | $6.90 |
| **Total Cost Advanced** | **$17.43** |

**Total Invoice Balance Due**  $5,663.13

### OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 05/16/17 | 1467464 | $5,663.13 | $0.00 | $5,663.13 |
| | | | **Total Balance Due** | **$5,663.13** |

Asset Analysis and Recovery                                                              Invoice No. 1467464
Our Matter No. 60605.0001                                                                May 16, 2017

**AGED AR**

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|------------|-----------|-------|
| $5,663.13 | $0.00 | $0.00 | $0.00 | $0.00 | $5,663.13 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                Invoice No. 1467464
Debtor-In-Possesion                                  May 16, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:      Asset Analysis and Recovery
         Our Matter No. 60605.0001

## INVOICE SUMMARY

For Services rendered through April 30, 2017

| | |
|---|---:|
| Professional Services | $5,645.70 |
| Disbursements | $17.43 |
| **Total Current Invoice** | **$5,663.13** |

### Payment Options

**Online Payments:**
**ClientPay**
ClientPay

Wire/ACH Instructions:
Huntington Bank
ABA for ACH    074000078
ABA for Wire   044000024
Account No.    01401048453
Swift Code:     HUNTUS33
Please Reference **Invoice No. 1467464**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1467464**

Questions or concerns, please email **payice@icemiller.com**



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1467465
May 16, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Asset Disposition
       Our Matter No. 60605.0002

## INVOICE SUMMARY

For Services rendered through April 30, 2017

| | |
|---|---|
| Professional Services | $4,408.20 |
| **Total Current Invoice** | **$4,408.20** |
| Previous Balance Due | $9,473.85 |
| Total Balance Due | $13,882.05 |



Asset Disposition
Our Matter No. 60605.0002

Invoice No. 1467465
May 16, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 04/03/2017 | FOWL S | Reviewed sale notice for publication in New York Times. | 0.30 |
| 04/03/2017 | FOWL S | Communicated with counsel for Tiger/GA regarding order on Phase II motion. | 0.20 |
| 04/04/2017 | HOKA J | Calls with consultant and review Committee counsel's correspondence regarding liquidation issues. | 0.30 |
| 04/05/2017 | CRIS T | Conferenced with Lee regarding Sterling Group leases and the sale procedures. | 0.10 |
| 04/05/2017 | FOWL S | Drafted motion to continue hearing on Hilco and motion to continue hearing on Tiger/GA motion. | 2.10 |
| 04/06/2017 | FOWL S | Reviewed objections to Phase II motion in preparation for hearing. | 1.80 |
| 04/07/2017 | FOWL S | Communicated with noticing agent regarding notice of cancellation of auction. | 0.20 |
| 04/07/2017 | FOWL S | Drafted notice of cancellation of going concern auction. | 0.60 |
| 04/07/2017 | FOWL S | Revised Phase II Sale Order to include agreements with Monster and Whirlpool. | 0.80 |
| 04/11/2017 | CRIS T | Attention to message from Franks, General Counsel, and conferenced with him concerning Indiana and Ohio store locations (.3); considered information to send to Franks concerning the store locations (.1); prepared correspondence with store information to Mr. Franks, copied to Apter (.5). | 0.90 |
| 04/11/2017 | HOKA J | Review, and calls and emails regarding, objections to stated cure amounts in going-concern sale motion. | 1.50 |
| 04/11/2017 | HOKA J | Responded to demands for segregation of display assets. | 0.40 |
| 04/12/2017 | CRIS T | Responded to inquiry from Callans regarding the Inverness store in Birmingham. | 0.30 |
| 04/14/2017 | EFRO H | Telephone call from attorney for potential bidder on IP. | 0.20 |
| 04/18/2017 | EFRO H | Telephone call from attorney for party interested in purchasing customer lists. | 0.20 |
| 04/18/2017 | FOWL S | Communicated with counsel for the liquidator regarding leased property at 132 stores; communicated with counsel for Farnum regarding same. | 0.30 |
| 04/18/2017 | FOWL S | Communicated with counsel for several potential purchasers of soft assets. | 0.30 |
| 04/19/2017 | EFRO H | Communications with Meth regarding client interest in purchasing assets. | 0.20 |
| 04/25/2017 | FOWL S | Communicated with counsel for prospective purchaser of intangible assets. | 0.20 |

Asset Disposition
Our Matter No. 60605.0002

Invoice No. 1467465
May 16, 2017

| | |
|---|---|
| **Total Professional Services** | **$4,408.20** |

| | |
|---|---|
| **Total Invoice Balance Due** | $4,408.20 |

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 05/09/17 | 1465817 | $9,473.85 | $0.00 | $9,473.85 |
| 05/16/17 | 1467465 | $4,408.20 | $0.00 | $4,408.20 |
| | | | **Total Balance Due** | **$13,882.05** |

## AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---|---|---|---|---|---|
| $13,882.05 | $0.00 | $0.00 | $0.00 | $0.00 | $13,882.05 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                              Invoice No. 1467465
Debtor-In-Possesion                                                                May 16, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Asset Disposition
       Our Matter No. 60605.0002

## INVOICE SUMMARY

For Services rendered through April 30, 2017

Professional Services                                                              $4,408.20

**Total Current Invoice**                                                          **$4,408.20**

Previous Balance Due                                                               $9,473.85

Total Balance Due                                                                  $13,882.05

### Payment Options

Online Payments:                    Wire/ACH Instructions:
**ClientPay**                       Huntington Bank
ClientPay                           ABA for ACH    074000078
                                    ABA for Wire    044000024
                                    Account No.    01401048453
                                    Swift Code:    HUNTUS33
                                    Please Reference **Invoice No. 1467465**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1467465**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1467467
May 16, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Budgeting (Case)
        Our Matter No. 60605.0005

## INVOICE SUMMARY

For Services rendered through April 30, 2017

| | |
|---|---|
| Professional Services | $332.10 |
| **Total Current Invoice** | **$332.10** |
| Previous Balance Due | $1,162.35 |
| Total Balance Due | $1,494.45 |



Budgeting (Case)
Our Matter No. 60605.0005

Invoice No. 1467467
May 16, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 04/04/2017 | HOKA J | Compiled information and exchanges with BRG regarding fee accruals. | 0.60 |
| **Total Professional Services** | | | **$332.10** |

| | |
|---|---|
| **Total Invoice Balance Due** | $332.10 |

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 05/09/17 | 1465819 | $1,162.35 | $0.00 | $1,162.35 |
| 05/16/17 | 1467467 | $332.10 | $0.00 | $332.10 |
| | | | **Total Balance Due** | **$1,494.45** |

## AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $1,494.45 | $0.00 | $0.00 | $0.00 | $0.00 | $1,494.45 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Invoice No. 1467467
May 16, 2017

Re:     Budgeting (Case)
        Our Matter No. 60605.0005

## INVOICE SUMMARY

For Services rendered through April 30, 2017

Professional Services                                          $332.10

**Total Current Invoice**                                     **$332.10**

Previous Balance Due                                         $1,162.35

Total Balance Due                                            $1,494.45

### Payment Options

Online Payments:
**ClientPay**
<span>ClientPay®</span>

Wire/ACH Instructions:
Huntington Bank
ABA for ACH     074000078
ABA for Wire    044000024
Account No.     01401048453
Swift Code:     HUNTUS33
Please Reference **Invoice No. 1467467**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1467467**

Questions or concerns, please email **payice@icemiller.com**

---

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1467468
May 16, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Business Operations
        Our Matter No. 60605.0006

## INVOICE SUMMARY

For Services rendered through April 30, 2017

| | |
|---|---|
| Professional Services | $56,997.90 |
| **Total Current Invoice** | **$56,997.90** |
| Previous Balance Due | $73,181.98 |
| Total Balance Due | $130,179.88 |



Business Operations
Our Matter No. 60605.0006

Invoice No. 1467468
May 16, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 04/02/2017 | CRIS T | Revised the Notice of Motion to Approve Settlement in conjunction to review of local rules and forms (.8); prepared instructions for service and filing of the Motion to Approve Settlement and Notice of Motion and Objection Deadline (.3). | 1.10 |
| 04/03/2017 | CRIS T | Finalized and electronically filed the Motion to Approve Settlement with Capital Construction Services and the Notice of Motion (.6); reviewed the as-filed Motion to Approve Settlement with Capital Construction Services and the Notice of Motion and forwarded the same with instructions for service by the Claims and Noticing Agent (.7); revised and uploaded the proposed Order to approve the settlement with Capital Construction Services (.5). | 1.80 |
| 04/03/2017 | HOKA J | Responded to customer calls and emails. | 2.00 |
| 04/03/2017 | HOKA J | Responded to client's inquiry regarding treatment of deposits. | 0.20 |
| 04/03/2017 | HOKA J | Exchange emails with client officer regarding reconciliation of Vantiv account. | 0.20 |
| 04/03/2017 | HOKA J | Exchanged emails with counsel to Anthem. | 0.20 |
| 04/04/2017 | FOWL S | Attended strategy call with client and professionals. | 0.50 |
| 04/04/2017 | HOKA J | Responded to customer calls and emails. | 1.60 |
| 04/04/2017 | HOKA J | Exchanges with customer regarding share value/transfers. | 0.20 |
| 04/04/2017 | HOKA J | Continued exchanges with OH Dept of Workers Comp. regarding April 5th hearing. | 0.80 |
| 04/04/2017 | HOKA J | Participated in daily call of management and advisors. | 0.60 |
| 04/05/2017 | BANT H | Conducted correspondence with client regarding client's interest in a plan for preservation of archived corporate data post-bankruptcy and reviewing list of corporate data; correspondence regarding preparation of data archiving plan. | 0.50 |
| 04/05/2017 | HOKA J | Respond to customer calls and emails. | 1.20 |
| 04/05/2017 | HOKA J | Exchanges internally and with BRG officers regarding record retention policies. | 0.70 |
| 04/05/2017 | HOKA J | Exchanges regarding Installs' proposed Trade Agreement. | 0.60 |
| 04/05/2017 | HOKA J | Responded to BRG's inquiry regarding treatment of deposit claims. | 0.50 |
| 04/05/2017 | HOKA J | Telephonically participate in SIRP hearing before OH Dept of Workers' Comp., and provide promised information. | 1.20 |

Business Operations                                                          Invoice No. 1467468
Our Matter No. 60605.0006                                                         May 16, 2017

| | | | |
|---|---|---|---|
| 04/06/2017 | DODD D | Analyzed document retention requirements under various applicable laws and industry standards to determine which documents must be archived following liquidation. | 3.00 |
| 04/06/2017 | BOSE S | Began reviewing record retention requirements. | 0.70 |
| 04/06/2017 | HOKA J | Responded to customer calls and emails. | 0.80 |
| 04/06/2017 | HOKA J | Exchanges regarding CIT account and shipment of inventory/credit refunds. | 0.60 |
| 04/06/2017 | HOKA J | Call with XPO's counsel. | 0.20 |
| 04/07/2017 | DODD D | Continued analyzing document retention requirements under various applicable laws and industry standards to determine which must be archived following liquidation. | 6.00 |
| 04/07/2017 | HOKA J | Reviewed and assisted with finalization of press release. | 0.60 |
| 04/07/2017 | HOKA J | Respond to customer calls and emails. | 1.20 |
| 04/08/2017 | HOKA J | Participated in extended calls and email exchanges regarding commencement of GOB sales. | 5.80 |
| 04/09/2017 | BOSE S | Attention to amending document retention guidelines. | 1.10 |
| 04/09/2017 | HOKA J | Continued participation in calls and email exchanges regarding GOB issues. | 6.00 |
| 04/10/2017 | BANT H | Conference regarding election of Chief Restructuring Officer; conducted multiple correspondence with client regarding data archiving plan and effect of liquidation on timing reported in archiving plan; correspondence and conference regarding effect of liquidation on timing reported in archiving plan. | 0.60 |
| 04/10/2017 | CRIS T | Reviewed the letter concerning rescission of order by Wallers at the Augusta, Georgia location and forwarded the same. | 0.30 |
| 04/10/2017 | BOSE S | Continued amending document retention guidelines. | 0.70 |
| 04/11/2017 | BANT H | Conducted multiple correspondence with client and consulting firm regarding request for revision of data preservation plan in view of client's liquidation; correspondence regarding need for review of data preservation plan and client's concerns with original plan. | 0.40 |
| 04/11/2017 | CRIS T | Reviewed the status of the Certificate of Service and followed-up regarding Donlin's affidavit. | 0.30 |
| 04/11/2017 | FOWL S | Communicated with counsel for Samsung regarding credits. | 0.30 |
| 04/11/2017 | HOKA J | Exchanged emails regarding record retention issues. | 0.30 |
| 04/11/2017 | HOKA J | Creditor calls. | 1.40 |

Business Operations
Our Matter No. 60605.0006

Invoice No. 1467468
May 16, 2017

| 04/12/2017 | CRIS T | Reviewed the Certificate of Service for the Notice of Motion to Approve Settlement with Capital Construction Services, LLC and Levee Partners, LLC (.5); considered the notice provided and next steps in approval of the settlement, and prepared a summary of the same (.6). | 1.10 |
|---|---|---|---|
| 04/12/2017 | FOWL S | Communicated with client regarding PTO. | 0.40 |
| 04/12/2017 | FOWL S | Communicated with client regarding Synchrony issues. | 0.60 |
| 04/13/2017 | FOWL S | Finalized March stub rent proposal notice. | 0.50 |
| 04/13/2017 | FOWL S | Communicated with counsel for Farnum regarding lease of POS equipment. | 0.30 |
| 04/13/2017 | FOWL S | Communicated with professionals regarding status of GOB sales and PTO. | 0.50 |
| 04/13/2017 | HOKA J | Exchanges regarding Vantiv account. | 0.50 |
| 04/13/2017 | HOKA J | Participated in call regarding employee wage and benefit issues. | 0.40 |
| 04/15/2017 | FOWL S | Communicated with client regarding accrued PTO. | 0.30 |
| 04/15/2017 | HOKA J | Extended calls and emails exchanges regarding protocal and requirements for liquidation. | 4.50 |
| 04/16/2017 | HOKA J | Extended calls and emails exchanges regarding protocal and requirements for liquidation. | 3.70 |
| 04/18/2017 | FOWL S | Communicated with client and Ogletree regarding PTO issues. | 1.10 |
| 04/19/2017 | HOKA J | Met with company and opposing counsel and attended hearing. | 9.30 |
| 04/20/2017 | HOKA J | Attention to business and liquidation issues. | 10.20 |
| 04/21/2017 | FOWL S | Communicated with client regarding credit card issues. | 0.40 |
| 04/21/2017 | HOKA J | All day attention to sale and liquidation issues. | 8.50 |
| 04/23/2017 | HOKA J | Extended calls and attention to liquidation issues. | 5.80 |
| 04/24/2017 | FOWL S | Advised regarding motion for KIEP and KERP. | 0.40 |
| 04/24/2017 | FOWL S | Communicated with client regarding benefits. | 0.90 |
| 04/24/2017 | HOKA J | Paricipated in numerous calls with BRG and company officers. | 2.90 |
| 04/24/2017 | HOKA J | Continued exchanges with J. Dorsey regarding questionable invoices. | 0.30 |
| 04/25/2017 | CRIS T | Attention to the status of the 9019 Motion for the settlement with Capital Construction Services, LLC and Levee Partners, LLC and the Order entered by the Court (.2); requested and arranged for a certified copy of the Order approving settlement to effectuate the agreement (.3); requested service of the Order approving settlement per the Court's direction (.1). | 0.60 |

Business Operations
Our Matter No. 60605.0006

Invoice No. 1467468
May 16, 2017

| 04/25/2017 | SWET D | Exchanged emails with Levee Partners and Escrow Agent regarding conclusion of settlement (.30); reviewed order approving settlement (.20). | 0.50 |
|---|---|---|---|
| 04/25/2017 | FOWL S | Communicated with client and Anthem regarding strategy for health and vision insurance. | 0.70 |
| 04/25/2017 | HOKA J | Extended calls and email exchanges regarding GOB issues. | 4.20 |
| 04/25/2017 | HOKA J | Met with Client and BRG officers regarding Budget issues/ vendor credits/etc. | 2.00 |
| 04/27/2017 | HOKA J | Respond to BRG's inquiries regarding Debtors' authority in respect of returned and defective goods. | 0.50 |
| 04/27/2017 | HOKA J | Exchanges regarding communications with OH Dept of WC. | 0.40 |
| 04/27/2017 | HOKA J | Respond to BRG's inquiry regarding treatment of returned merchandise and deposit refunds. | 0.30 |
| 04/28/2017 | HOKA J | Attended to creditor calls. | 1.60 |
| 04/28/2017 | HOKA J | Exchanges regarding Synchrony claim/collateral. | 0.90 |
| 04/28/2017 | HOKA J | Exchanges regarding accounting for deferred rent claims. | 0.40 |
| 04/28/2017 | HOKA J | Calls and email exchanges regarding return of recalled Samsung inventory. | 1.10 |

**Total Professional Services** **$56,997.90**

**Total Invoice Balance Due** $56,997.90

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 05/09/17 | 1465820 | $73,181.98 | $0.00 | $73,181.98 |
| 05/16/17 | 1467468 | $56,997.90 | $0.00 | $56,997.90 |
| | | | **Total Balance Due** | **$130,179.88** |

## AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---|---|---|---|---|---|
| $130,179.88 | $0.00 | $0.00 | $0.00 | $0.00 | $130,179.88 |

Business Operations
Our Matter No. 60605.0006

Invoice No. 1467468
May 16, 2017

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                    Invoice No. 1467468
Debtor-In-Possesion                                                      May 16, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Business Operations
       Our Matter No. 60605.0006

## INVOICE SUMMARY

For Services rendered through April 30, 2017

Professional Services                                                    $56,997.90

**Total Current Invoice**                                                **$56,997.90**

Previous Balance Due                                                     $73,181.98

Total Balance Due                                                        $130,179.88

### Payment Options

Online Payments:                    Wire/ACH Instructions:
**ClientPay**                       Huntington Bank
**ClientPay**                       ABA for ACH     074000078
                                    ABA for Wire    044000024
                                    Account No.     01401048453
                                    Swift Code:     HUNTUS33
                                    Please Reference **Invoice No. 1467468**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1467468**

Questions or concerns, please email **payice@icemiller.com**

---

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1467466
May 16, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Assumption and Rejection of Leases and Contracts
        Our Matter No. 60605.0003

## INVOICE SUMMARY

For Services rendered through April 30, 2017

| | |
|---|---|
| Professional Services | $23,597.55 |
| **Total Current Invoice** | **$23,597.55** |
| | |
| Previous Balance Due | $32,658.45 |
| Total Balance Due | $56,256.00 |



Assumption and Rejection of Leases and Contracts
Our Matter No. 60605.0003

Invoice No. 1467466
May 16, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 04/02/2017 | FOWL S | Commenced draft of objection to the lease rejection procedures motion. | 2.10 |
| 04/03/2017 | FOWL S | Drafted memo regarding objections to Lease Procedures Motion and approach to resolving same. | 1.80 |
| 04/03/2017 | FOWL S | Reviewed and analyzed objections to proposed lease assumption/rejection procedures. | 2.30 |
| 04/04/2017 | CRIS T | Attention to correspondence from Blakely concerning the cure amount for Meridian Home Furnishings. | 0.30 |
| 04/04/2017 | FOWL S | Communicated with noticing agent regarding service of motion to reject portion of first 88 GOB leases. | 0.20 |
| 04/04/2017 | FOWL S | Revised and finalized motion to reject portion of first 88 GOB leases. | 1.10 |
| 04/04/2017 | FOWL S | Communicated with several counsel for landlords regarding language in lease procedures order. | 0.80 |
| 04/04/2017 | FOWL S | Drafted motion to shorten notice on motion to reject portion of 88 leases. | 1.40 |
| 04/04/2017 | FOWL S | Drafted motion to reject portion of first 88 GOB leases. | 1.80 |
| 04/04/2017 | FOWL S | Revised order on lease procedures motion based on comments from landlords. | 0.60 |
| 04/04/2017 | HOKA J | Exchanges with Colts' counsel regarding Debtor's intentions. | 0.20 |
| 04/04/2017 | HOKA J | Exchanged emails and review consultant's directive regarding leases to be rejected. | 0.60 |
| 04/05/2017 | EFRO H | Telephone call from lease broker regarding available leases. | 0.20 |
| 04/05/2017 | CRIS T | Attention to various filings with respect to the lease procedures motion. | 0.10 |
| 04/05/2017 | FOWL S | Drafted notice of amended bid procedures order. | 0.80 |
| 04/05/2017 | FOWL S | Drafted motion to reject executory contract with Synchrony (1.1); communicated with client regarding same (.2). | 1.30 |
| 04/05/2017 | FOWL S | Communicated with Hilco regarding lease procedures order. | 0.30 |
| 04/05/2017 | FOWL S | Communicated with landlords regarding lease procedures order. | 0.50 |
| 04/05/2017 | FOWL S | Drafted notice of revised schedule of contracts and leases. | 0.60 |
| 04/05/2017 | FOWL S | Communicated with MLB regarding lease procedures order. | 0.80 |
| 04/05/2017 | FOWL S | Continued revisions to order on lease assumption/rejection procedures based on landlord objections. | 1.30 |

Assumption and Rejection of Leases and Contracts

Invoice No. 1467466

Our Matter No. 60605.0003

May 16, 2017

| | | | |
|---|---|---|---|
| 04/05/2017 | HOKA J | Exchanged regarding revisions to Lease Procedures Order (.8), and parties interested in bidding on specified leases (.3). | 1.10 |
| 04/06/2017 | CRIS T | Considered correspondence from Blakeley regarding Meridian Home Furnishings and responding to the same (.10); reviewed the Notice of Cure Claims and considered a response to Blakeley regarding Meridian Home Furnishings (.50); prepared a response to Blakeley concerning the Meridian Home Furnishings cure amount and attention to his reply (.60). | 1.20 |
| 04/06/2017 | FOWL S | Communicated with counsel for several landlords regarding further revisions to proposed order on lease procedures order. | 0.40 |
| 04/06/2017 | FOWL S | Communicated with counsel for landlord regarding Pittsburgh property. | 0.20 |
| 04/06/2017 | FOWL S | Communicated with counsel for landlord regarding changes to proposed order on lease rejection motion. | 0.20 |
| 04/06/2017 | FOWL S | Finalized motion to reject Synchrony contract. | 0.50 |
| 04/07/2017 | CRIS T | Reviewed the Order Approving Expedited Procedures to Assume or Reject Leases and Abandon Property. | 0.10 |
| 04/07/2017 | FOWL S | Communicated with counsel for several landlords regarding changes to lease procedures order. | 0.30 |
| 04/09/2017 | CRIS T | Attention to a response about cure claims and inquired about the same. | 0.20 |
| 04/10/2017 | CRIS T | Followed up on the status of cure claim matters (.1); prepared follow-up correspondence to Blakeley concerning the cure objection deadline for Meridian Home Furnishings (.7). | 0.80 |
| 04/10/2017 | FOWL S | Communicated with client regarding lease rejection letter and procedures. | 0.60 |
| 04/10/2017 | FOWL S | Communicated with Hilco regarding lease rejection procedures and rejections made pursuant to same. | 0.40 |
| 04/10/2017 | FOWL S | Communicated with Hilco and Pensacola landlord regarding showing of property prior to rejection. | 0.20 |
| 04/10/2017 | HOKA J | Exchanges with GE's counsel regarding extension of objection deadline. | 0.20 |
| 04/11/2017 | CRIS T | Attention to correspondence from Blakeley and docketed Meridian Home Furnishing's cure objection deadline. | 0.10 |
| 04/11/2017 | FOWL S | Communicated with BRG regarding lease rejections. | 0.20 |
| 04/11/2017 | FOWL S | Communicated with Hilco regarding Greenville, KY lease. | 0.20 |
| 04/11/2017 | FOWL S | Communicated with counsel for several landlords regarding revisions to order on omnibus rejection motion (.4); revised proposed order based on same (.4). | 0.80 |
| 04/11/2017 | FOWL S | Drafted motion to vacate hearing and notice of procedures with respect to assignment and assumption of leases. | 2.10 |

Assumption and Rejection of Leases and Contracts                                   Invoice No. 1467466
Our Matter No. 60605.0003                                                          May 16, 2017

| | | | |
|---|---|---|---|
| 04/11/2017 | FOWL S | Analyzed motion to assume or reject contract filed by Electrolux. | 0.60 |
| 04/11/2017 | FOWL S | Communicated with counsel for landlords regarding hearings scheduled for April 12. | 0.20 |
| 04/11/2017 | HOKA J | Reviewed, called and emailed regarding, objections to First Omnibus Rejection of Leases. | 1.20 |
| 04/11/2017 | HOKA J | Call with Principal Insurance counsel regarding termination of NQDC Plan. | 0.80 |
| 04/12/2017 | CRIS T | Reviewed the Motion to Clarify Procedures for Assumption and Assignment of Contracts and Leases. | 0.10 |
| 04/12/2017 | FOWL S | Communicated with client, Hilco, and counsel for several landlords regarding lease rejections. | 0.80 |
| 04/12/2017 | FOWL S | Finalized revisions to order granting lease rejection motion in preparation for hearing. | 0.50 |
| 04/12/2017 | HOKA J | Calls from creditors respecting cure amounts and protocol for dispute. | 1.70 |
| 04/13/2017 | FOWL S | Finalized 10-day notice. | 0.60 |
| 04/13/2017 | FOWL S | Communicated with counsel for Aldi regarding lease assumption. | 0.50 |
| 04/13/2017 | FOWL S | Reviewed and finalized lease rejection notices. | 0.90 |
| 04/13/2017 | FOWL S | Communicated with counsel for Easton landlord regarding signage and lease designation rights. | 0.30 |
| 04/13/2017 | FOWL S | Communicated with counsel for various landlords regarding lease rejections. | 0.60 |
| 04/13/2017 | FOWL S | Participated in call regarding lease rejections. | 0.80 |
| 04/13/2017 | HOKA J | Exchanges regarding possession of keys to rejected lease locations (.8); respond to landlords and their counsel regarding rejection issues (.6); assist with delivery of additional rejection notices (.5). | 1.90 |
| 04/13/2017 | HOKA J | Call regarding and assist with communications regarding payment of stub rent. | 0.80 |
| 04/16/2017 | FOWL S | Communicated with client and Hilco regarding status of leases for several locations. | 0.40 |
| 04/17/2017 | FOWL S | Communicated with client regarding 10-day lease rejection letter and related issues. | 0.30 |
| 04/17/2017 | FOWL S | Communicated with client regarding keys for rejected leases. | 0.20 |
| 04/17/2017 | FOWL S | Finalized notice of leases to be rejected. | 0.60 |
| 04/17/2017 | FOWL S | Finalized order on Towson Lease. | 0.50 |
| 04/17/2017 | FOWL S | Communicated with several counsel for landlords regarding leases. | 0.60 |

Assumption and Rejection of Leases and Contracts
Our Matter No. 60605.0003

Invoice No. 1467466
May 16, 2017

| | | | |
|---|---|---|---|
| 04/17/2017 | HOKA J | Exchanges with counsel to Fordbook, LLC and other landlords regarding lease assumption/rejection procedures. | 0.20 |
| 04/18/2017 | FOWL S | Finalized amended order on motion for extension of time to assume/reject leases. | 0.30 |
| 04/18/2017 | FOWL S | Drafted letter to successful bidders and landlords for assignment of leases for 88 stores. | 0.70 |
| 04/18/2017 | FOWL S | Communicated with counsel for landlord regarding ability to access property prior to rejection. | 0.20 |
| 04/18/2017 | FOWL S | Communicated with Hilco regarding status of assignment of original 88 leases. | 0.80 |
| 04/18/2017 | FOWL S | Finalized 4.18.17 lease rejection notice. | 0.30 |
| 04/18/2017 | FOWL S | Attended to issues related to first 10-day notices sent (.5); communicated with counsel for various landlords regarding same (.4); drafted follow up letters to landlords based on same (.8). | 1.70 |
| 04/18/2017 | FOWL S | Revised letters and notices to landlords for lease rejections (1.2); communicated with client regarding same (.3). | 1.50 |
| 04/19/2017 | FOWL S | Communicated with Hilco regarding assignment of leases and communications with winning bidders and landlords. | 0.40 |
| 04/19/2017 | FOWL S | Drafted second lease rejection notice. | 0.40 |
| 04/19/2017 | FOWL S | Drafted 10-day notice of contract rejection (.4); communicated with client regarding same (.2). | 0.60 |
| 04/19/2017 | FOWL S | Revised and finalized notice of lease determination for additional leases for 88 stores. | 0.50 |
| 04/19/2017 | FOWL S | Communicated with counsel for Aldi regarding proposed changes to leases for assignment. | 0.40 |
| 04/20/2017 | HOKA J | Call with R. Dill regarding stub rent issues. | 0.20 |
| 04/21/2017 | FOWL S | Communicated with counsel for Annapolis location regarding assignment process. | 0.20 |
| 04/21/2017 | FOWL S | Communicated with counsel for 132 landlord regarding auction process. | 0.30 |
| 04/21/2017 | FOWL S | Reviewed and analyzed bid for Annapolis lease; communicated with Hilco regarding same. | 0.60 |
| 04/24/2017 | EFRO H | Advised regarding contract rejection issue (form of order). | 0.30 |
| 04/24/2017 | FOWL S | Drafted rejection of Electrolux contract; communicated with client regarding same. | 0.70 |

Assumption and Rejection of Leases and Contracts

Our Matter No. 60605.0003

Invoice No. 1467466
May 16, 2017

| 04/24/2017 | FOWL S | Drafted Notice of Lease Determination for leases being assumed and assigned. | 1.10 |
|---|---|---|---|
| 04/25/2017 | FOWL S | Finalized notice of rejection of Electrolux contract. | 0.40 |
| 04/25/2017 | FOWL S | Communicated with landlord of Annapolis property regarding lease. | 0.10 |
| 04/25/2017 | FOWL S | Communicated with counsel for a landlord regarding lease procedures for phase II stores. | 0.30 |
| 04/25/2017 | FOWL S | Drafted notice of termination of leases. | 0.50 |
| 04/25/2017 | FOWL S | Communicated with landlord of Potomac store regarding assumption of lease. | 0.20 |
| 04/25/2017 | FOWL S | Communicated with counsel for landlord regarding status of phase II leases. | 0.20 |
| 04/25/2017 | FOWL S | Revised Notice of Lease Determination for assumed and assigned leases. | 1.50 |
| 04/26/2017 | FOWL S | Communicated with client regarding lease rejection issues. | 0.60 |
| 04/26/2017 | FOWL S | Communicated with client regarding lease rejection issues. | 0.60 |
| 04/27/2017 | CRIS T | Attention to correspondence from Callans concerning the Birmingham, Alabama store and prepared correspondence to Beck concerning the same. | 0.10 |
| 04/28/2017 | JORI W | Communications with Hilco regarding assumption and assignment agreements. | 0.20 |
| 04/28/2017 | JORI W | Drafted notice of assignment of leases and internal communications regarding handling of same. | 0.80 |
| 04/28/2017 | JORI W | Received and reviewed ALDI agreement for Ft. Lauderdale store and gathered information to prepare notice of assignment of leases. | 0.70 |
| 04/28/2017 | HOKA J | Exchanges regarding lease rejection and assumption/assignment notices. | 1.30 |
| 04/28/2017 | HOKA J | Responded to BRG's inquiries regarding effect of rejection and claim calculation. | 0.80 |

| **Total Professional Services** | **$23,597.55** |
|---|---|

| **Total Invoice Balance Due** | $23,597.55 |
|---|---|

Assumption and Rejection of Leases and Contracts
Our Matter No. 60605.0003

Invoice No. 1467466
May 16, 2017

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 05/09/17 | 1465818 | $32,658.45 | $0.00 | $32,658.45 |
| 05/16/17 | 1467466 | $23,597.55 | $0.00 | $23,597.55 |
| | | | **Total Balance Due** | **$56,256.00** |

## AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---|---|---|---|---|---|
| $56,256.00 | $0.00 | $0.00 | $0.00 | $0.00 | $56,256.00 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                    Invoice No. 1467466
Debtor-In-Possesion                                                      May 16, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Assumption and Rejection of Leases and Contracts
        Our Matter No. 60605.0003

## INVOICE SUMMARY

For Services rendered through April 30, 2017

Professional Services                                                    $23,597.55

**Total Current Invoice**                                                **$23,597.55**

Previous Balance Due                                                     $32,658.45

Total Balance Due                                                        $56,256.00

### Payment Options

Online Payments:                    Wire/ACH Instructions:
**ClientPay**                       Huntington Bank
ClientPay                           ABA for ACH      074000078
                                    ABA for Wire     044000024
                                    Account No.      01401048453
                                    Swift Code:      HUNTUS33
                                    Please Reference **Invoice No. 1467466**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1467466**

Questions or concerns, please email **payice@icemiller.com**

---

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1467470
May 16, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Claims Administration and Objections
        Our Matter No. 60605.0008

## INVOICE SUMMARY

For Services rendered through April 30, 2017

Professional Services                                        $4,603.50

**Total Current Invoice**                                   **$4,603.50**



525+ transactions closed worth in excess of $20 billion in the past 5 years

Claims Administration and Objections
Our Matter No. 60605.0008

Invoice No. 1467470
May 16, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 04/03/2017 | HOKA J | Responded to inquiry by Ubermedia. | 0.20 |
| 04/04/2017 | HOKA J | Exchanges with Icon's counsel and review Agreement (1.2); exchanges with client officer regarding efforts to identify "Icon inventory," and email to Icon's counsel regarding preservation of objection deadline (.4). | 1.60 |
| 04/04/2017 | HOKA J | Exchange emails with officers of Ohio Dept of Workers Comp regarding future treatment of claims (.6); calls and email exchanges with Sedgwick's counsel regarding administration of claims (.5). | 1.10 |
| 04/05/2017 | FOWL S | Communicated with IRS regarding tax returns. | 0.20 |
| 04/05/2017 | HOKA J | Responded to inquiries of Monster's counsel regarding proposed settlement. | 0.50 |
| 04/06/2017 | HOKA J | Responded to, and exchanged messages with client officers, regarding BluSky agreement. | 0.30 |
| 04/06/2017 | HOKA J | Call and subsequent emails with XPO's counsel regarding status of proceedings. | 0.50 |
| 04/07/2017 | HOKA J | Exchanges with client officers and Icon's counsel regarding inventory issues. | 0.60 |
| 04/10/2017 | HOKA J | Continued exchanges with Icon counsel and Client officers regarding inventory. | 0.40 |
| 04/11/2017 | HOKA J | Exchanged emails with counsel to construction vendor. | 0.20 |
| 04/12/2017 | HOKA J | Call with W. Burris regarding claim. | 0.30 |
| 04/12/2017 | HOKA J | Call with counsel regarding claims and credits of Samsung, and subsequent internal exchanges regarding same. | 0.80 |
| 04/17/2017 | HOKA J | Responded to creditor calls and emails. | 1.40 |
| 04/18/2017 | HOKA J | Exchanged with debtors' counsel in Kisting litigation regarding status of bankruptcy case. | 0.30 |

| **Total Professional Services** | **$4,603.50** |
|---|---|

| **Total Invoice Balance Due** | $4,603.50 |
|---|---|

Claims Administration and Objections                                    Invoice No. 1467470
Our Matter No. 60605.0008                                               May 16, 2017

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 05/16/17 | 1467470 | $4,603.50 | $0.00 | $4,603.50 |
| | | | **Total Balance Due** | **$4,603.50** |

## AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $4,603.50 | $0.00 | $0.00 | $0.00 | $0.00 | $4,603.50 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Invoice No. 1467470
May 16, 2017

Re:    Claims Administration and Objections
       Our Matter No. 60605.0008

## INVOICE SUMMARY

For Services rendered through April 30, 2017

| | |
|---|---|
| Professional Services | $4,603.50 |
| **Total Current Invoice** | **$4,603.50** |

### Payment Options

Online Payments:
**ClientPay**

Wire/ACH Instructions:
Huntington Bank
ABA for ACH     074000078
ABA for Wire    044000024
Account No.     01401048453
Swift Code:     HUNTUS33
Please Reference **Invoice No. 1467470**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1467470**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357

REMITTANCE



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1467471
May 16, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Corporate Governance and Board Matters
       Our Matter No. 60605.0009

## INVOICE SUMMARY

For Services rendered through April 30, 2017

| | |
|---|---|
| Professional Services | $35,046.00 |
| Disbursements | $16.80 |
| **Total Current Invoice** | **$35,062.80** |
| Previous Balance Due | $58,345.25 |
| Total Balance Due | $93,408.05 |



525+ transactions closed worth in excess of $20 billion in the past 5 years

Corporate Governance and Board Matters

Invoice No. 1467471

Our Matter No. 60605.0009

May 16, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 04/01/2017 | THOR J | Attention to lender requests and preparation for 4/3/17 Board of Directors meeting. | 1.90 |
| 04/02/2017 | THOR J | Telephone conference call with working group on 4/3/17 Board meeting and current strategic alternative process and status. | 0.70 |
| 04/02/2017 | THOR J | Review of current law on role of Board in the Chapter 11 proceeding in connection with approval of various sale or restructuring transactions. | 2.30 |
| 04/02/2017 | FOWL S | Communicated with client and professionals regarding strategy for board meeting. | 1.10 |
| 04/02/2017 | FOWL S | Analyzed duties owed by directors during chapter 11 and liquidation. | 3.20 |
| 04/03/2017 | THOR J | Prepared for and participated in Board meeting. | 1.40 |
| 04/03/2017 | FOWL S | Communicated with MLB regarding board resolutions related to resignations and appointment of CRO. | 0.40 |
| 04/03/2017 | FOWL S | Attended board meeting. | 1.10 |
| 04/03/2017 | HOKA J | Participated in Board meeting (1.0) and after call with co-counsel (.2). | 1.20 |
| 04/04/2017 | THOR J | Telephone conference with C. Bankovich regarding pending issues and employment termination issues. | 0.80 |
| 04/05/2017 | THOR J | Attention to IP identification and realization opportunities. | 0.70 |
| 04/07/2017 | THOR J | Preparation of Minutes of 4/3/17 Board meeting and transmittal to C. Bankovich (1.6); attention to results of hearing and direction of go-forward actions of Board and management (2.2). | 3.80 |
| 04/07/2017 | HOKA J | Reviewed and assisted with finalization of proposed Board Minutes. | 0.80 |
| 04/10/2017 | THOR J | Attention to governance issues to be addressed by the Board (1.9 HR.); prepared for and attended Board meeting (1.7 HR.). | 3.60 |
| 04/10/2017 | FOWL S | Attended Board meeting. | 0.80 |
| 04/10/2017 | HOKA J | Participated in Board call and subsequent discussions. | 1.20 |
| 04/11/2017 | THOR J | Attention to required corporate action to implement reduced Board sizes (HH Gregg and Gregg appliances) and to engage a CRO. | 2.20 |
| 04/12/2017 | THOR J | Attention to vacation and other obligations owed to employees and related governance/authorization issues. | 1.60 |

Corporate Governance and Board Matters                                          Invoice No. 1467471
Our Matter No. 60605.0009                                                       May 16, 2017

| 04/18/2017 | THOR J | Attention to vacation/PTO potential liability issues and telephone conference of working group on the same and follow-up on D&O and employment practices insurance issues (3.3 HR); preparation of minutes of Board meeting on 4/10/17 (1.5 HR). | 4.80 |
|---|---|---|---|
| 04/18/2017 | BERG A | Reviewed the Directors and Officers insurance policy for a wage and hour exclusion and application of the retention. | 1.60 |
| 04/19/2017 | THOR J | Prepared for and participated in Board meeting. | 2.60 |
| 04/19/2017 | FOWL S | Attended board meeting. | 1.50 |
| 04/21/2017 | HOKA J | Drafted minutes for April 19 Board meeting. | 1.00 |
| 04/22/2017 | THOR J | Attention to governance issues and preparation of minutes of April 19, 2017 Board meeting and transmittal to C. Bankovich. | 2.40 |
| 04/23/2017 | HOKA J | Reviewed and assisted with finalization of April 19 Board Minutes. | 0.20 |
| 04/24/2017 | THOR J | Preparation for and Board meeting (1.8 HR); attention to D&O and Employment Practices insurance issues (.9 HR). | 2.70 |
| 04/24/2017 | FOWL S | Attended Board meeting. | 0.50 |
| 04/24/2017 | HOKA J | Participated in Board call. | 0.40 |
| 04/26/2017 | THOR J | Telephone conference of working group and Board on DIP loan budget issues and related issues and attention to the same and e-mail communications on the same. | 2.60 |
| 04/26/2017 | FOWL S | Communicated with board regarding PTO and severance issues. | 0.60 |
| 04/27/2017 | THOR J | Preparation for and participated in Board call (1.7 HR); attention to DIP loan budget issues (.7 HR). | 2.40 |
| 04/27/2017 | FOWL S | Communicated with Board regarding budget and DIP issues. | 0.50 |
| 04/27/2017 | HOKA J | Participated in Board call. | 0.90 |
| 04/28/2017 | THOR J | Telephone conference with Bankovich on governance issues (.8 HR); attention to vacation/PTO issues and communications on the same (.9 HR); telephone conference with Riesbeck on governance issues (.4 HR). | 2.10 |
| 04/29/2017 | THOR J | Attention to Riesbeck e-mails on governance and severance issues and telephone conferences with Hokanson and Melendi on the same. | 0.90 |
| 04/29/2017 | HOKA J | Internal call and email exchanges regarding obstacles to Board approval of Final DIP Order and Budget. | 1.20 |

| **Total Professional Services** | **$35,046.00** |
|---|---|

Corporate Governance and Board Matters
Our Matter No. 60605.0009

Invoice No. 1467471
May 16, 2017

## COSTS ADVANCED

| Description | Amount |
|---|---|
| Photocopies | $16.80 |
| **Total Cost Advanced** | **$16.80** |

| **Total Invoice Balance Due** | $35,062.80 |
|---|---|

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 05/09/17 | 1465822 | $58,345.25 | $0.00 | $58,345.25 |
| 05/16/17 | 1467471 | $35,062.80 | $0.00 | $35,062.80 |
| | | | **Total Balance Due** | **$93,408.05** |

## AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---|---|---|---|---|---|
| $93,408.05 | $0.00 | $0.00 | $0.00 | $0.00 | $93,408.05 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                                    Invoice No. 1467471
Debtor-In-Possesion                                                                      May 16, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Corporate Governance and Board Matters
        Our Matter No. 60605.0009

## INVOICE SUMMARY

For Services rendered through April 30, 2017

Professional Services                                                                    $35,046.00

Disbursements                                                                            $16.80

**Total Current Invoice**                                                                **$35,062.80**

Previous Balance Due                                                                     $58,345.25

Total Balance Due                                                                        $93,408.05

---

Payment Terms: Net 30
Tax ID: 35-0874357

Corporate Governance and Board Matters
Our Matter No. 60605.0009

Invoice No. 1467471
May 16, 2017

## Payment Options

Online Payments:
**ClientPay**

**ClientPay**®

Wire/ACH Instructions:
Huntington Bank
ABA for ACH    074000078
ABA for Wire   044000024
Account No.    01401048453
Swift Code:    HUNTUS33
Please Reference **Invoice No. 1467471**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1467471**

Questions or concerns, please email **payice@icemiller.com**



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1467469
May 16, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Case Administration
       Our Matter No. 60605.0007

## INVOICE SUMMARY

For Services rendered through April 30, 2017

| | |
|---|---:|
| Professional Services | $56,696.85 |
| Disbursements | $5,468.17 |
| **Total Current Invoice** | **$62,165.02** |
| Previous Balance Due | $62,314.00 |
| Total Balance Due | $124,479.02 |



525+ transactions closed worth in excess of $20 billion in the past 5 years

Case Administration
Our Matter No. 60605.0007

Invoice No. 1467469
May 16, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 04/03/2017 | CRIS T | Reviewed the local procedures and finalized and filed the Notice of Appearance of Crist. | 0.50 |
| 04/03/2017 | FOWL S | Communicated with DIP lenders regarding requests related to ongoing DIP financing. | 1.30 |
| 04/03/2017 | HOKA J | Call with R. Moore and exchange emails with BRG officers regarding schedules and SOFAs. | 0.30 |
| 04/04/2017 | FOWL S | Communicated with professionals and DIP lender regarding revised budget. | 1.40 |
| 04/04/2017 | HOKA J | Circulate transcripts from April 7th hearings. | 0.40 |
| 04/04/2017 | HOKA J | Provided information to client officers regarding scheduled hearings. | 0.30 |
| 04/04/2017 | HOKA J | Exchanges with Court's staff regarding scheduling issues. | 0.20 |
| 04/05/2017 | CRIS T | Revised the Certificate of Service for the Order Granting Admission Pro Hac Vice and filed the same (.7). | 0.70 |
| 04/05/2017 | FOWL S | Drafted motion to continue hearing on DIP financing motion. | 0.40 |
| 04/05/2017 | FOWL S | Communicated with BRG regarding completion of schedules and SOFA. | 0.40 |
| 04/05/2017 | FOWL S | Communicated with UST, counsel for Hilco, and counsel for Tiger/GA regarding motions to continue hearings. | 0.30 |
| 04/05/2017 | FOWL S | Communicated with counsel for the DIP lenders and Committee regarding DIP, customer deposits, and WARN. | 1.50 |
| 04/05/2017 | FOWL S | Participated in strategy call with professionals and client. | 0.70 |
| 04/05/2017 | HOKA J | Communicated with Court's staff regarding scheduling issues. | 0.20 |
| 04/06/2017 | CRIS T | Reviewed various filings in the chapter 11 case regarding service of recent motions, deadlines and hearing dates. | 0.30 |
| 04/06/2017 | FOWL S | Communicated with counsel for Electrolux regarding continuation of DIP hearing. | 0.40 |
| 04/06/2017 | FOWL S | Communicated with noticing agent regarding service of orders. | 0.30 |
| 04/06/2017 | FOWL S | Drafted proposed agenda for April 7 hearing. | 0.80 |
| 04/06/2017 | FOWL S | Revised motion to continue DIP hearing (.3); communicated with counsel for interested parties regarding same (.2). | 0.50 |
| 04/06/2017 | FOWL S | Participated in call with professionals and client regarding deposits and WARN. | 0.40 |

Case Administration
Our Matter No. 60605.0007

Invoice No. 1467469
May 16, 2017

| 04/06/2017 | HOKA J | Assisted with finalization of Motion to continue hearing on DIP Motion. | 0.50 |
|---|---|---|---|
| 04/06/2017 | HOKA J | Assisted with finalization of Agenda for April 7th hearings. | 0.20 |
| 04/06/2017 | HOKA J | Responded to numerous inquiries of landlords and other parties regarding objection deadlines and status of hearing on Phase II Sale Motion. | 2.50 |
| 04/06/2017 | HOKA J | Communications with parties in interest regarding continuance of certain April 7th hearings. | 1.00 |
| 04/06/2017 | HOKA J | Meetings with interested parties and counsel in preparation for April 7th hearings. | 2.50 |
| 04/06/2017 | HOKA J | Participated in daily call of management and advisors. | 0.40 |
| 04/07/2017 | FOWL S | Revised Phase II GOB order and lease procedures order based on hearings. | 1.40 |
| 04/07/2017 | FOWL S | Attended hearings on lease procedures and Phase II sale motion. | 2.50 |
| 04/07/2017 | FOWL S | Prepared for hearings on lease procedures and Phase II sale motion. | 2.40 |
| 04/07/2017 | FOWL S | Participated in daily status call with professionals and client. | 0.40 |
| 04/07/2017 | EHIN M | Attention to impact of statute of limitations related to tax record retention. | 0.40 |
| 04/07/2017 | HOKA J | Internal calls and exchanges and calls with Court's staff regarding scheduling issues and continuance of matters to be held on April 17th. | 0.60 |
| 04/07/2017 | HOKA J | Assisted with finalition of Notice of Cancellation of Bid Auction and tend to issues respecting launch of GOB sales. | 1.40 |
| 04/07/2017 | HOKA J | Conferred with BRG officers and advise US Trustee regarding timing for filing Schedules and SOFAs. | 0.30 |
| 04/07/2017 | HOKA J | Prepared for and attended hearing on Phase II Sale Motion, etc. | 3.00 |
| 04/10/2017 | FOWL S | Call with financial advisor, DIP Lenders, and the Committee. | 3.10 |
| 04/10/2017 | JORI W | Reviewed and monitored miscellaneous correspondence in order to follow-up regarding pending matters. | 0.20 |
| 04/10/2017 | JORI W | Reviewed communications regarding additional information needed for applications to employ attorneys. | 0.20 |
| 04/10/2017 | JORI W | Reviewed communications regarding information needed for schedules and statement of financial affairs. | 0.20 |
| 04/10/2017 | JORI W | Received and reviewed numerous e-mails regarding filing and service of documents in order to follow-up regarding affidavits of service. | 0.60 |
| 04/10/2017 | HOKA J | Participate in all-hands advisors' meeting. | 3.40 |
| 04/10/2017 | HOKA J | Exchanges with BRG and Client officers regarding schedules. | 1.20 |

Case Administration
Our Matter No. 60605.0007

Invoice No. 1467469
May 16, 2017

| 04/11/2017 | FOWL S | Communicated with client regarding treatment of pending lawsuits. | 0.40 |
|---|---|---|---|
| 04/11/2017 | FOWL S | Communicated with client regarding credits from Vantiv and completion of schedules. | 0.50 |
| 04/11/2017 | JORI W | Reviewed guidelines for applications to employ counsel and began preparing supplemental application to employ Ice Miller and affidavit in support of same. | 1.20 |
| 04/11/2017 | JORI W | Prepared Schedules G and H for Gregg Appliances, Inc. | 1.70 |
| 04/11/2017 | JORI W | Received and reviewed data from BRG for Schedules G and H for Gregg Appliances, Inc. | 0.30 |
| 04/11/2017 | JORI W | Obtained updated BestCase forms for schedules, statement of financial affairs and questionnaire. | 0.70 |
| 04/11/2017 | JORI W | Communications regarding handling of pending tasks in order to meet filing deadlines. | 0.20 |
| 04/11/2017 | HOKA J | Exchanges and call with BRG officers regarding Debtors' schedules and SOFAs (1.2); review and assist with revisions to various schedules (1.5). | 2.70 |
| 04/11/2017 | HOKA J | Calls and email exchanges with client and BRG officers regarding schedules. | 1.40 |
| 04/12/2017 | FOWL S | Attended hearing on sale motion and first omnibus motion to reject leases. | 0.70 |
| 04/12/2017 | FOWL S | Communicated with noticing agent regarding service of notice of continuation of 341 meeting. | 0.30 |
| 04/12/2017 | FOWL S | Revised and finalized proposed agenda for 4.12.17 hearing. | 0.30 |
| 04/12/2017 | JORI W | Prepared agendas for hearings on April 17 and May 8. | 0.60 |
| 04/12/2017 | JORI W | Received and responded to communications from BRG regarding schedules. | 0.20 |
| 04/12/2017 | JORI W | Prepared and sent list to Donlin outlining additional affidavits of service needed. | 0.50 |
| 04/12/2017 | JORI W | Reviewed and filed certificates of service for various documents. | 0.40 |
| 04/12/2017 | JORI W | Continued preparing supplemental application to employ Ice Miller and Affidavits of Hokanson and Bankovich pursuant to correspondence and guidelines from U.S. Trustee. | 2.20 |
| 04/12/2017 | JORI W | Received and reviewed information regarding Schedule D from BRG. | 0.20 |
| 04/12/2017 | JORI W | Reviewed docket in order to determine status of affidavits of service needed for debtors filings and details regarding hearings and objections for preparation of hearing agendas. | 1.30 |
| 04/12/2017 | JORI W | Finalized and submitted with the court the proposed agenda for today's hearing. | 0.20 |

Case Administration                                                    Invoice No. 1467469
Our Matter No. 60605.0007                                                    May 16, 2017

| | | | |
|---|---|---|---|
| 04/12/2017 | JORI W | Prepared agenda for today's hearing. | 0.60 |
| 04/12/2017 | HOKA J | Prepared for and attended hearings on going-concern sale motion and lease procedures motion. | 2.20 |
| 04/13/2017 | JORI W | Communications regarding additional affidavits of service needed from Donlin. | 0.30 |
| 04/13/2017 | JORI W | Communications with attorneys and BRG regarding additional information and documentation needed for bankruptcy schedules and attachments. | 0.60 |
| 04/13/2017 | JORI W | Received and reviewed additional data and spreadsheets from BRG and continued preparation of bankruptcy schedules and attachments to same for all three entities. | 8.10 |
| 04/13/2017 | HOKA J | Assisted with preparation of Schedules and SOFAs. | 2.60 |
| 04/14/2017 | FOWL S | Communicated with counsel for several landlords regarding resolution of stub rent issue. | 0.50 |
| 04/14/2017 | FOWL S | Revised agenda for 4.17.17 hearing. | 0.40 |
| 04/14/2017 | FOWL S | Communicated with counsel for lenders and Committee regarding Monday's hearings. | 0.30 |
| 04/14/2017 | FOWL S | Revised motions to continue for Monday's hearings. | 0.50 |
| 04/14/2017 | JORI W | Worked on additional revisions and supplements to schedules. | 0.90 |
| 04/14/2017 | JORI W | Received, reviewed and submitted with the court, various affidavits of service. | 0.60 |
| 04/14/2017 | JORI W | Communications with Hokanson regarding additional information needed for schedules. | 0.30 |
| 04/14/2017 | JORI W | Conference call with McAvinn of BRG to review schedules for all three entities and to make revisions. | 1.00 |
| 04/14/2017 | JORI W | Contacted court regarding motions to continue. | 0.10 |
| 04/14/2017 | JORI W | Finalized and submitted motions to continue with the court. | 0.50 |
| 04/14/2017 | JORI W | Supplemented agenda for Monday's hearing. | 0.40 |
| 04/14/2017 | JORI W | Drafted motion to continue hearing on motion to seal. | 0.90 |
| 04/14/2017 | JORI W | Drafted motion to continue hearing on DIP motion and interim Order. | 0.50 |
| 04/17/2017 | CRIS T | Conferenced with an attorney in Colorado regarding service issues. | 0.10 |
| 04/17/2017 | FOWL S | Attended hearing on interim compensation motion and motion for relief from stay. | 0.70 |
| 04/17/2017 | FOWL S | Prepared for hearing on interim compensation and motion for relief from stay. | 0.70 |

Case Administration
Our Matter No. 60605.0007

Invoice No. 1467469
May 16, 2017

| | | | |
|---|---|---|---|
| 04/17/2017 | FOWL S | Finalized agenda for hearing. | 0.30 |
| 04/17/2017 | JORI W | Supplemented amended application to employ Ice Miller, along with supporting documents to same. | 0.40 |
| 04/17/2017 | JORI W | Drafted application to employ Ogletree as ordinary course counsel, along with proposed order, notice and affidavits in support of same. | 2.20 |
| 04/17/2017 | JORI W | Reviewed docket and emailed Donlin regarding recent motions and orders to be served. | 0.30 |
| 04/17/2017 | JORI W | Finalized and submitted with the court, the agenda for today's hearing. | 0.30 |
| 04/17/2017 | JORI W | Updated agenda for today's hearing. | 0.20 |
| 04/17/2017 | JORI W | Reviewed court orders and correspondence regarding today's hearing. | 0.20 |
| 04/17/2017 | HOKA J | Exchanges with BRG regarding scope of stay vis-à-vis state taxing authority audits. | 0.20 |
| 04/18/2017 | FOWL S | Communicated with counsel for the Committee regarding WARN notices; communicated with client regarding same. | 0.20 |
| 04/18/2017 | JORI W | Gathered information in order to supplement scheduled D, E/F. | 0.50 |
| 04/18/2017 | JORI W | Participated in conference call with client and Morgan Lewis to discuss client's affidavit in support of employment applications pursuant to requirements by U.S. Trustee. | 0.50 |
| 04/18/2017 | JORI W | Reviewed and responded to communications regarding applications to employ various counsel. | 0.20 |
| 04/18/2017 | JORI W | Submitted affidavits of service with the court. | 0.20 |
| 04/18/2017 | JORI W | Communications with Donlin regarding service of documents and affidavits. | 0.10 |
| 04/18/2017 | JORI W | Reviewed revised data from BRG and revised schedules for all three entities and attachments to same. | 2.70 |
| 04/18/2017 | HOKA J | Exchanges with BRG's officers regarding MORs and Schedules. | 0.40 |
| 04/18/2017 | HUBE B | Review new D&O claim regarding wage and hour claims, and vacation pay; research wage and hour exclusion and prospects for coverage under D&O policy. | 0.80 |
| 04/19/2017 | FOWL S | Reviewed finalized schedules and statement of financial affairs. | 0.50 |
| 04/19/2017 | FOWL S | Drafted disclaimer for filing with schedules. | 1.30 |
| 04/19/2017 | JORI W | Finalized and submitted with the court the Schedules and SOFAs, along with attachments to same, for all three entities. | 2.50 |
| 04/19/2017 | JORI W | Worked with Hokanson to complete Schedules D and E/F and to respond to questions from BRG regarding same. | 0.90 |

Case Administration
Our Matter No. 60605.0007

Invoice No. 1467469
May 16, 2017

| | | | |
|---|---|---|---|
| 04/19/2017 | JORI W | Continued work to complete revisions to schedules and SOFAs and to prepare attachments to same per updates from BRG, including several telephone calls with BRG regarding same. | 5.50 |
| 04/19/2017 | JORI W | Received, reviewed and responded to numerous e-mails, revisions to schedules and SOFAs, and updated versions of attachments to same, from BRG, in order to complete updates. | 1.00 |
| 04/19/2017 | JORI W | Supplemented the amended documents regarding application to employ Ice Miller based on conference call with client. | 1.00 |
| 04/19/2017 | JORI W | Reviewed emails regarding customer complaints and applications to employ counsel. | 0.40 |
| 04/19/2017 | HOKA J | Assisted with finalization and filing of Schedules and SOFAs. | 2.00 |
| 04/19/2017 | HUBE B | Reviewed wage and hour claims and prospect of coverage under D&O policy; examined policy for certain problematic exclusions; advised internal team and client regarding prospects. | 0.60 |
| 04/20/2017 | FOWL S | Communicated with counsel for the Committee regarding DIP objections and hearing. | 0.90 |
| 04/20/2017 | JORI W | Contacted client regarding service of lease rejection notices. | 0.10 |
| 04/20/2017 | JORI W | Reviewed MLB's supplement to retention application and conformed Ice Miller's supplemental documents regarding same. | 1.70 |
| 04/20/2017 | JORI W | Reviewed and submitted with the court the supplemental declaration of Malfitano in support of retention application. | 0.30 |
| 04/20/2017 | JORI W | Drafted affidavit of service for the Notice of Rejection of Leases. | 1.10 |
| 04/20/2017 | JORI W | Reviewed docket in order to monitor objections for hearing agendas and to ensure certificates of service are filed for required motions and orders. | 0.80 |
| 04/20/2017 | JORI W | Received, reviewed and submitted affidavits of service with the court. | 0.30 |
| 04/20/2017 | JORI W | Reviewed notice to draw for counsel and professionals in order to prepare same. | 0.20 |
| 04/20/2017 | JORI W | Reviewed e-mails with the court regarding certificates of service needed regarding lease rejection notices and began gathering information to prepare same. | 0.20 |
| 04/20/2017 | HOKA J | Reviewed and responded to Dorsey's claims on questionable Work Orders. | 0.60 |
| 04/20/2017 | HOKA J | Participated in call with Committee professionals, et al. | 0.80 |
| 04/21/2017 | FOWL S | Communicated with counsel for landlord regarding opting in to stub rent agreement. | 0.20 |
| 04/21/2017 | FOWL S | Communicated with noticing agent regarding updated schedules and 341 notices. | 0.40 |

Case Administration
Our Matter No. 60605.0007

Invoice No. 1467469
May 16, 2017

| 04/21/2017 | JORI W | Communications regarding retention applications and notices of draw. | 0.10 |
|---|---|---|---|
| 04/21/2017 | JORI W | Gathered information regarding new creditors listed on Schedules D and E/F to assist Donlin regarding service of 341 notice. | 0.30 |
| 04/21/2017 | JORI W | Began drafting Notice of Draw to be used by professionals. | 0.40 |
| 04/21/2017 | JORI W | Received and reviewed notices from the court regarding declarations needed for schedules. | 0.20 |
| 04/23/2017 | HOKA J | Responded to emails regarding additional creditors. | 0.40 |
| 04/24/2017 | FOWL S | Finalized DIP reply brief. | 0.60 |
| 04/24/2017 | FOWL S | Communicated with client and BRG regarding customer deposit list. | 0.30 |
| 04/24/2017 | JORI W | Received and reviewed lease rejection summary from M. Mallon in order to complete the certificate of service regarding same and gathered information from docket regarding notices of same. | 1.30 |
| 04/24/2017 | JORI W | Prepared declarations of debtors' schedules and filed same in all three cases. | 0.50 |
| 04/24/2017 | JORI W | Communications with Donlin to follow-up regarding affidavits of service. | 0.20 |
| 04/24/2017 | JORI W | Finalized and prepared to submit with the court the supplements to Ice Miller's application to employ, along with affidavits in support of same. | 0.40 |
| 04/24/2017 | JORI W | Communications with C. Bankovich regarding affidavit in support of application to employ Ice Miller. | 0.20 |
| 04/24/2017 | JORI W | Communications with M. Mallon regarding service details for notices of lease rejections. | 0.20 |
| 04/24/2017 | JORI W | Reviewed docket and prepared proposed agenda for Wednesday's hearing. | 0.40 |
| 04/24/2017 | JORI W | Received, reviewed and submitted affidavit of service with the court. | 0.20 |
| 04/24/2017 | JORI W | Reviewed emails with trustee regarding supplement to Ice Miller's application to employ. | 0.20 |
| 04/25/2017 | FOWL S | Prepared for DIP hearing. | 1.40 |
| 04/25/2017 | FOWL S | Met with DIP lenders and committee regarding DIP issues. | 1.80 |
| 04/25/2017 | FOWL S | Communicated regarding DIP hearing and objections; prepared exhibits for same. | 0.60 |
| 04/25/2017 | FOWL S | Drafted withdraw of sale motion. | 0.30 |
| 04/25/2017 | FOWL S | Analyzed contract with Icon and implications of bankruptcy thereon. | 0.30 |
| 04/25/2017 | JORI W | Reviewed docket and supplemented proposed agenda for tomorrow's hearing. | 0.60 |

Case Administration
Our Matter No. 60605.0007

Invoice No. 1467469
May 16, 2017

| 04/25/2017 | JORI W | Received information regarding tax preparer and began drafting application to employ Altus Group. | 0.40 |
|---|---|---|---|
| 04/25/2017 | JORI W | Received and submitted affidavit of service with the court. | 0.20 |
| 04/25/2017 | JORI W | Evaluated lease rejection summary and additional information from M. Mallon to prepare affidavit regarding same, along with exhibits. | 3.40 |
| 04/26/2017 | FOWL S | Reviewed and analyzed motion for relief from stay filed by Klipsch. | 0.70 |
| 04/26/2017 | FOWL S | Attended 341 meeting of creditors. | 2.40 |
| 04/26/2017 | FOWL S | Met with counsel for DIP lenders and the Committee regarding DIP loan issues. | 3.50 |
| 04/26/2017 | FOWL S | Communicated with client regarding rejected contracts and leases. | 0.50 |
| 04/26/2017 | FOWL S | Finalized agenda for hearing. | 0.20 |
| 04/26/2017 | FOWL S | Prepared for 341 meeting of creditors. | 0.90 |
| 04/26/2017 | JORI W | Reviewed and responded to additional communications with Donlin regarding handling of affidavits of service. | 0.80 |
| 04/26/2017 | JORI W | Attended the 341 meeting of the creditors. | 2.00 |
| 04/26/2017 | JORI W | Reviewed docket to determine status of service of various documents and followed-up with Donlin regarding same. | 1.00 |
| 04/26/2017 | HOKA J | Attended omnibus hearing. | 1.20 |
| 04/26/2017 | HOKA J | Meetings with Court's and Clerk's staff regarding scheduling issues. | 0.50 |
| 04/26/2017 | HOKA J | Attended 341 meeting (partial). | 0.60 |
| 04/26/2017 | HUBE B | Analyzed follow-up questions regarding wage and hour liability claim and prospects for directors and officers liability insurance coverage. | 0.90 |
| 04/27/2017 | EHIN M | Consultation with Schnellenberger regarding state tax liabilities and interaction with bankruptcy proceedings. | 0.20 |
| 04/27/2017 | JORI W | Reviewed docket and instructed Donlin regarding service of documents. | 0.50 |
| 04/27/2017 | JORI W | Prepared and submitted certificate of service of Pro Hac motions and court orders. | 0.60 |
| 04/27/2017 | JORI W | Received various affidavits of service from Donlin and submitted same with the court. | 0.60 |
| 04/27/2017 | JORI W | Finalized and submitted with the court the affidavit regarding service of lease rejection notices. | 0.50 |
| 04/27/2017 | JORI W | Prepared and submitted with the court certificates of service regarding assumption of leases and leases being terminated. | 0.90 |

| | | | |
|---|---|---|---|
| 04/27/2017 | JORI W | Communications regarding additional applications needed to employ professionals in order to gather information for applications. | 0.40 |
| 04/27/2017 | HOKA J | Reviewed exchanges regarding data retention plan. | 0.80 |
| 04/27/2017 | HOKA J | Exchanges regarding confidentiality of information in Schedules. | 0.40 |
| 04/27/2017 | HOKA J | Calls and exchanges with BRG regarding Monthly Operating Reports and UST Fees. | 0.50 |
| 04/27/2017 | HOKA J | Exchanges with DR regarding Notice of Second Continued 341 meeting. | 0.40 |
| 04/28/2017 | HOKA J | Exchanges with Court's staff and client officers/lead counsel regarding scheduling issues. | 0.60 |
| 04/28/2017 | HOKA J | Exchanges with DR regarding additional creditors. | 0.60 |
| 04/30/2017 | FOWL S | Finalized agenda for hearing. | 0.40 |
| **Total Professional Services** | | | **$56,696.85** |

**COSTS ADVANCED**

| **Description** | **Amount** |
|---|---|
| Photocopies | $67.05 |
| Photocopies | $69.12 |
| Filing Fees - - Vendor: U.S.Bankruptcy Court Clerk Filing fees for bankruptcy petitions for all three entities | $(49.00) |
| Filing fees for bankruptcy petitions for all three entities | $5,200.00 |
| Cost for filing bankruptcy in the Southern District of Indiana on March 9, 2017. | $181.00 |
| **Total Cost Advanced** | **$5,468.17** |

**Total Invoice Balance Due** $62,165.02

Case Administration
Our Matter No. 60605.0007

Invoice No. 1467469
May 16, 2017

### OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 05/09/17 | 1465821 | $62,314.00 | $0.00 | $62,314.00 |
| 05/16/17 | 1467469 | $62,165.02 | $0.00 | $62,165.02 |
| | | | **Total Balance Due** | **$124,479.02** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|------------|------------|-------------|------------|-------|
| $124,479.02 | $0.00 | $0.00 | $0.00 | $0.00 | $124,479.02 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                  Invoice No. 1467469
Debtor-In-Possesion                                                    May 16, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Case Administration
       Our Matter No. 60605.0007

## INVOICE SUMMARY

For Services rendered through April 30, 2017

| | |
|---|---:|
| Professional Services | $56,696.85 |
| Disbursements | $5,468.17 |
| **Total Current Invoice** | **$62,165.02** |
| | |
| Previous Balance Due | $62,314.00 |
| Total Balance Due | $124,479.02 |

Payment Terms: Net 30
Tax ID: 35-0874357

Case Administration
Our Matter No. 60605.0007

Invoice No. 1467469
May 16, 2017

**Payment Options**

Online Payments:          Wire/ACH Instructions:
**ClientPay**             Huntington Bank
                          ABA for ACH    074000078
                          ABA for Wire   044000024
                          Account No.    01401048453
                          Swift Code:    HUNTUS33
                          Please Reference **Invoice No. 1467469**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1467469**

Questions or concerns, please email **payice@icemiller.com**



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1467472
May 16, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Employee Benefits and Pensions
        Our Matter No. 60605.0010

## INVOICE SUMMARY

For Services rendered through April 30, 2017

| | |
|---|---|
| Professional Services | $23,571.45 |
| Disbursements | $161.05 |
| **Total Current Invoice** | **$23,732.50** |
| Previous Balance Due | $2,476.80 |
| Total Balance Due | $26,209.30 |



Employee Benefits and Pensions
Our Matter No. 60605.0010

Invoice No. 1467472
May 16, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 04/04/2017 | BURK C | Worked on potential COBRA and health coverage issues related to potential liquidation; call with Disilets regarding same. | 1.10 |
| 04/04/2017 | BLIC M | Discussed WARN issues with Hokanson, advised regarding status of employees who may resign, and regarding potential state WARN issues. | 0.80 |
| 04/04/2017 | CRIS T | BWC/SIRP hearing: Attention to materials regarding the Self-Insured Review Panel hearing before the Ohio Bureau of Workers Compensation and the First Day Motion, Interim and Final Orders on Payment of Insurance Obligations, as well as the First Day Motion, Interim and Final Orders on Wages and Compensation Obligations (3.6); considered how to handle the SIRP hearing and determined how to proceed (1.8); prepared for the Self-Insured Review Panel Hearing before the Ohio Bureau of Workers' Compensation (1.7); considered how to proceed in light of the third-party administrator (.1); researched application of the automatic stay to Bureau of Workers Compensation hearings (.4). | 7.60 |
| 04/04/2017 | HOKA J | Extended calls and emails regarding wage and benefit issues. | 1.40 |
| 04/04/2017 | HOKA J | Internal discussion regarding elements of WARN claims. | 0.20 |
| 04/05/2017 | SCIS M | Attention to treatment of non-qualified deferred compensation. | 0.30 |
| 04/05/2017 | CRIS T | Attended the Self-Insured Review Panel hearing held by the Ohio Bureau of Workers' Compensation (1.0); attention to, and responded to, correspondence from Carpenter at Sedgwick Claims Management (.1). | 1.10 |
| 04/05/2017 | HOKA J | Assisted with development of strategy for issuance of WARN notices. | 0.50 |
| 04/06/2017 | HOKA J | Reviewed and forwarded inquiry of Delta Dental. | 0.20 |
| 04/11/2017 | SCIS M | Telephone conference with counsel for Principal regarding termination / liquidation of nonqualified deferred compensation plan; attention to deferred compensation issues. | 1.40 |
| 04/11/2017 | HOKA J | Call with counsel and officers of the Principal regarding employee benefit plans. | 0.80 |
| 04/13/2017 | CRIS T | Reviewed the Order issued by the Self-Insured Review Panel of the Ohio Bureau of Workers' Compensation regarding the recent hearing and considered and proposed an update in response to the same. | 0.70 |
| 04/13/2017 | HOKA J | Calls regarding employee issues related to GOB sales. | 1.40 |
| 04/14/2017 | HOKA J | Exchanges regarding Company's payment of specified benefits. | 0.80 |
| 04/15/2017 | HOKA J | Review emails and assist on wage/benefit issues (.5); call with client officer regarding same (.4). | 0.90 |

Employee Benefits and Pensions
Our Matter No. 60605.0010

Invoice No. 1467472
May 16, 2017

| 04/17/2017 | SCIS M | Attention to plan vesting issue. | 0.80 |
| 04/17/2017 | BLIC M | Reviewed email correspondence relating to payments for earned vacation. | 0.50 |
| 04/17/2017 | CRIS T | Further reviewed the Ohio Bureau of Workers' Compensation Self-Insured Review Panel Order and the requirements and follow-up thereto. | 0.60 |
| 04/17/2017 | HOKA J | Exchanges with Anthem's counsel regarding wind down of benefit plans. | 0.20 |
| 04/18/2017 | BLIC M | Discussion with Hokanson regarding earned vacation issues, including wage payment law liability and potential for unemployment compensation issue. | 0.20 |
| 04/18/2017 | CORB J | Case and article research for Hokanson | 1.10 |
| 04/18/2017 | HOKA J | Call with company officers regarding vacation pay. | 1.00 |
| 04/18/2017 | HOKA J | Internal discussions and research regarding wage/vacation issues. | 2.20 |
| 04/18/2017 | HOKA J | Participated in call regarding wage and benefit issues. | 1.10 |
| 04/20/2017 | SCIS M | Attention to partial termination rules and required vesting; reviewed IRS guidance on partial termination. | 1.10 |
| 04/24/2017 | BURK C | Reviewed Anthem service agreement; worked on issues to consider regarding plan adjudication related to bankruptcy filing; call with Klein, Delsilits, et al regarding same; call with Desilits regarding termination procedures and issues for non-health plan benefits. | 2.70 |
| 04/24/2017 | HOKA J | Participated in call with Anthem counsel and officers regarding health benefits. | 1.50 |
| 04/24/2017 | HOKA J | Call regarding non-Anthem benefit plans. | 0.50 |
| 04/24/2017 | HOKA J | Participated in call with Anthem's counsel and officer. | 0.80 |
| 04/24/2017 | HOKA J | Call and subsequent exchanges regarding employee medical benefits. | 1.20 |
| 04/25/2017 | BURK C | Worked on issues related to self-funded group health plan and claim run-out funding; participated in call with Desilits et al regarding timing of plan termination and legal issues regarding same; researched application of notice of termination of health plan provisions; worked on analysis regarding same. | 2.20 |
| 04/25/2017 | HOKA J | Met with Client and BRG officers regarding employee insurance issues. | 1.20 |
| 04/25/2017 | HOKA J | Call with Anthem counsel and officer (.8), and subsequent call with Anthem counsel and client officer regarding termination rights (.5). | 1.30 |
| 04/25/2017 | SEAR C | Researched whether 60-day notice is required prior to terminating health plan. | 0.80 |
| 04/27/2017 | BURK C | Worked on review of Anthem Administrative Services Agreement regarding run-out claim obligations. | 1.40 |

Employee Benefits and Pensions
Our Matter No. 60605.0010

Invoice No. 1467472
May 16, 2017

| 04/27/2017 | CRIS T | Attention to information about the store closing process in relation to information requested by the Ohio Bureau of Workers' Compensation (.1); considered the Order issued by the Ohio Bureau of Workers' Compensation and communications to the Self-Insured Review Panel (.4); prepared correspondence to Whitworth at the Ohio Bureau of Workers' Compensation in response to the Order dated April 11, 2017, concerning the status of the sales (1.2). | 1.70 |
| 04/27/2017 | HOKA J | Internal exchanges regarding communications with Anthem. | 0.70 |
| 04/28/2017 | CRIS T | Revised the correspondence to Whitworth at the Ohio Bureau of Workers' Compensation. | 0.30 |

**Total Professional Services**      **$23,571.45**

## COSTS ADVANCED

| Description | Amount |
|---|---|
| Photocopies | $49.05 |
| Color Photocopies | $3.75 |
| Postage Expense | $1.82 |
| Legal Research Expense - WESTLAW - WESTLAW 60605.0010.07222.BWCSIRPHEARING | $106.43 |
| **Total Cost Advanced** | **$161.05** |

**Total Invoice Balance Due**      $23,732.50

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 05/09/17 | 1465823 | $2,476.80 | $0.00 | $2,476.80 |
| 05/16/17 | 1467472 | $23,732.50 | $0.00 | $23,732.50 |
| | | | **Total Balance Due** | **$26,209.30** |

## AGED AR

Employee Benefits and Pensions

Invoice No. 1467472

Our Matter No. 60605.0010

May 16, 2017

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---|---|---|---|---|---|
| $26,209.30 | $0.00 | $0.00 | $0.00 | $0.00 | $26,209.30 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                  Invoice No. 1467472
Debtor-In-Possesion                                                    May 16, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Employee Benefits and Pensions
        Our Matter No. 60605.0010

## INVOICE SUMMARY

For Services rendered through April 30, 2017

Professional Services                                                  $23,571.45

Disbursements                                                          $161.05

**Total Current Invoice**                                              **$23,732.50**

Previous Balance Due                                                   $2,476.80

Total Balance Due                                                      $26,209.30

---

Payment Terms: Net 30
Tax ID: 35-0874357

Employee Benefits and Pensions

Our Matter No. 60605.0010

Invoice No. 1467472

May 16, 2017

## Payment Options

Online Payments:

**ClientPay**

Wire/ACH Instructions:

Huntington Bank

ABA for ACH    074000078

ABA for Wire    044000024

Account No.    01401048453

Swift Code:    HUNTUS33

Please Reference **Invoice No. 1467472**

Payment by check

Remit to : Ice Miller LLP

P.O. Box 68

Indianapolis, IN 46206-0068

Please include remittance or reference **Invoice No. 1467472**

Questions or concerns, please email **payice@icemiller.com**



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1467473
May 16, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Employment and Fee Applications
       Our Matter No. 60605.0011

## INVOICE SUMMARY

For Services rendered through April 30, 2017

| | |
|---|---|
| Professional Services | $11,218.50 |
| **Total Current Invoice** | **$11,218.50** |
| Previous Balance Due | $9,119.25 |
| Total Balance Due | $20,337.75 |



Employment and Fee Applications
Our Matter No. 60605.0011

Invoice No. 1467473
May 16, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 04/03/2017 | FOWL S | Communicated with counsel for Stifel regarding employment application and objections. | 0.30 |
| 04/03/2017 | HOKA J | Reviewed and forwarded materials related to Hilco retention issues. | 0.50 |
| 04/03/2017 | HOKA J | Responded to BRG's inquiry regarding status of retention application. | 0.20 |
| 04/04/2017 | FOWL S | Communicated with counsel for the Committee regarding interim compensation procedures. | 0.20 |
| 04/04/2017 | FOWL S | Revised and finalized orders on applications to employ BRG and Hilco Real Estate. | 0.40 |
| 04/04/2017 | HOKA J | Exchanges regarding Committee's proposed revisions to Hilco engagement agreement. | 0.50 |
| 04/04/2017 | HOKA J | Reviewed materials provided by lenders' counsel and extended calls and exchanges regarding US Trustee's objections to liquidators' retention protocol (2.0); forward request to US Trustee with settlement proposal (.4); forwarded US Trustee's position relayed, and additional discussions regarding strategy for proceeding (.6). | 3.00 |
| 04/04/2017 | HOKA J | Call with DIP Lender's and US Trustee's counsel regarding Hilco retention issues. | 0.80 |
| 04/05/2017 | FOWL S | Revised order authorizing employment of Donlin as noticing agent. | 0.40 |
| 04/05/2017 | HOKA J | Exchanges with counsel to liquidators and US Trustee regarding status of positions and proposed continuance of hearings (1.6); facilitate filing motion after communicating with all interested parties (.6). | 2.20 |
| 04/11/2017 | HOKA J | Exchanged emails regarding compliance with US Trustee's guidelines for retention and fee applications. | 0.40 |
| 04/13/2017 | FOWL S | Communicated with MLB regarding supplemental employment applications. | 0.30 |
| 04/13/2017 | HOKA J | Internal exchanges regarding compliance with US Trustee's objections to retention applications. | 0.50 |
| 04/13/2017 | HOKA J | Calls and exchanged emails with counsel to liquidators regarding terms for employment. | 0.90 |
| 04/15/2017 | HOKA J | Assisted with finalization of Stifle retention order. | 0.30 |
| 04/17/2017 | FOWL S | Finalized order on application to employ Stifel. | 0.50 |
| 04/17/2017 | FOWL S | Finalized interim compensation order. | 0.40 |

Employment and Fee Applications
Our Matter No. 60605.0011

Invoice No. 1467473
May 16, 2017

| 04/17/2017 | HOKA J | Exchanges among debtors' professionals regarding deadlines and procedures for compensation procedures. | 0.50 |
| 04/17/2017 | HOKA J | Finalize and circulate proposed Order on Interim Compensation Procedures for review and comment (.5); attend hearing on Interim Compensation Procedures and report outcome (.8). | 1.30 |
| 04/18/2017 | HOKA J | Revised and discussed application for Ice Miller's retention. | 3.30 |
| 04/18/2017 | HOKA J | Communicated with UST's counsel and provided input on MLB's supplemental affidavit. | 0.90 |
| 04/19/2017 | FOWL S | Finalized revisions to supplement to MLB employment application. | 0.80 |
| 04/19/2017 | HOKA J | Assisted with finalization of MLB's supplement to its retention application, and make similar revisions to IM's documents (.8); exchanged with US Trustee's counsel regarding review and approval (.1). | 0.90 |
| 04/24/2017 | FOWL S | Finalized supplement to application to employ Ice Miller. | 0.60 |
| 04/24/2017 | HOKA J | Reviewed and assisted with finalization of IM's Supplement to Retention Application. | 0.40 |
| 04/25/2017 | FOWL S | Communicated with Streambank regarding employment application and declaration. | 0.40 |
| 04/26/2017 | FOWL S | Finalized joinder to Hilco's 327 brief. | 0.40 |
| 04/27/2017 | FOWL S | Communicated with counsel for Tiger/GA regarding potential employment application. | 0.20 |
| 04/28/2017 | HOKA J | Emails with Tiger/GA's counsel regarding employment issues. | 0.80 |

**Total Professional Services** — **$11,218.50**

**Total Invoice Balance Due** — $11,218.50

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 05/09/17 | 1465824 | $9,119.25 | $0.00 | $9,119.25 |
| 05/16/17 | 1467473 | $11,218.50 | $0.00 | $11,218.50 |
| | | | **Total Balance Due** | **$20,337.75** |

Employment and Fee Applications

Our Matter No. 60605.0011

Invoice No. 1467473

May 16, 2017

## AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $20,337.75 | $0.00 | $0.00 | $0.00 | $0.00 | $20,337.75 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                    Invoice No. 1467473
Debtor-In-Possesion                                                        May 16, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Employment and Fee Applications
       Our Matter No. 60605.0011

## INVOICE SUMMARY

For Services rendered through April 30, 2017

Professional Services                                                    $11,218.50

**Total Current Invoice**                                            **$11,218.50**

Previous Balance Due                                                      $9,119.25

Total Balance Due                                                       $20,337.75

### Payment Options

Online Payments:                    Wire/ACH Instructions:
**ClientPay**                        Huntington Bank
                                     ABA for ACH     074000078
                                     ABA for Wire    044000024
                                     Account No.     01401048453
                                     Swift Code:     HUNTUS33
                                     Please Reference **Invoice No. 1467473**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1467473**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1467474
May 16, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Employment and Fee Application Objections
       Our Matter No. 60605.0012

## INVOICE SUMMARY

For Services rendered through April 30, 2017

Professional Services                                          $421.20

**Total Current Invoice**                                    **$421.20**



525+ transactions closed worth in excess of $20 billion in the past 5 years

Employment and Fee Application Objections
Our Matter No. 60605.0012

Invoice No. 1467474
May 16, 2017

**PROFESSIONAL SERVICES**

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 04/02/2017 | FOWL S | Communicated with counsel for Stifel regarding anticipated objections to employment application. | 0.30 |
| 04/10/2017 | FOWL S | Communicated with counsel for the committee regarding IM employment application. | 0.20 |
| 04/10/2017 | FOWL S | Communicated with counsel for the Committee regarding IM employment application. | 0.20 |
| 04/11/2017 | FOWL S | Communicated with counsel for the Committee regarding extension of time to objection to application to employ Stifel. | 0.20 |
| 04/11/2017 | FOWL S | Communicated with counsel for the committee regarding supplement to application to employ IM. | 0.20 |
| 04/21/2017 | FOWL S | Communicated with UST regarding objections to employment application. | 0.20 |
| **Total Professional Services** | | | **$421.20** |

**Total Invoice Balance Due**      $421.20

**OUTSTANDING INVOICES**

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 05/16/17 | 1467474 | $421.20 | $0.00 | $421.20 |
| | | **Total Balance Due** | | **$421.20** |

**AGED AR**

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $421.20 | $0.00 | $0.00 | $0.00 | $0.00 | $421.20 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                    Invoice No. 1467474
Debtor-In-Possesion                                                      May 16, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Employment and Fee Application Objections
       Our Matter No. 60605.0012

## INVOICE SUMMARY

For Services rendered through April 30, 2017

Professional Services                                                              $421.20

**Total Current Invoice**                                                          **$421.20**

### Payment Options

Online Payments:                        Wire/ACH Instructions:
**ClientPay**                           Huntington Bank
                                        ABA for ACH    074000078
                                        ABA for Wire   044000024
                                        Account No.    01401048453
                                        Swift Code:    HUNTUS33
                                        Please Reference **Invoice No. 1467474**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1467474**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357

REMITTANCE



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1467475
May 16, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Financing and Cash Collateral
       Our Matter No. 60605.0013

## INVOICE SUMMARY

For Services rendered through April 30, 2017

| | |
|---|---|
| Professional Services | $15,221.25 |
| **Total Current Invoice** | **$15,221.25** |
| Previous Balance Due | $8,911.35 |
| Total Balance Due | $24,132.60 |



Financing and Cash Collateral
Our Matter No. 60605.0013

Invoice No. 1467475
May 16, 2017

**PROFESSIONAL SERVICES**

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 04/03/2017 | HOKA J | Reviewed and discussed DIP Lender's communications. | 1.40 |
| 04/03/2017 | HOKA J | Participated in call with DIP lenders regarding liquidation budget issues. | 1.00 |
| 04/04/2017 | HOKA J | Continued discussions with DIP enders regarding strategy for proceeding. | 1.00 |
| 04/05/2017 | HOKA J | Exchanges with GE's and other creditors' counsel regarding preservation of setoff rights in proposed orders. | 0.50 |
| 04/05/2017 | HOKA J | Participatef in call with DIP Lenders and Committee counsel. | 1.40 |
| 04/07/2017 | HOKA J | Meeting of counsel and advisors to Debtors, DIP Lenders and Committee. | 3.00 |
| 04/17/2017 | HOKA J | Forwarded hearing continuing DIP hearing and respond to inquiries of various creditors' counsel regarding same. | 0.40 |
| 04/25/2017 | HOKA J | Continued discussions regarding obstacles to Final DIP consent. | 1.80 |
| 04/26/2017 | HOKA J | Continued participation in negotiations respecting terms of Final DIP Budget and Order. | 2.30 |
| 04/26/2017 | HOKA J | Participated in negotiations respecting terms of Final DIP Budget and Order. | 3.50 |
| 04/28/2017 | HOKA J | Exchanged regarding Board and Management approval of Final DIP Order and Budget. | 1.20 |
| 04/28/2017 | HOKA J | Exchanges regarding Elux's requested provisions in Final DIP Order. | 0.60 |
| 04/30/2017 | HOKA J | Extensive calls and emails regarding Final DIP Order and Budget, and meet with DIP and Committee counsel in preparation for May 1st hearing. | 9.40 |

**Total Professional Services**                                                          **$15,221.25**

**Total Invoice Balance Due**                                                            $15,221.25

Financing and Cash Collateral
Our Matter No. 60605.0013

Invoice No. 1467475
May 16, 2017

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 05/09/17 | 1465825 | $8,911.35 | $0.00 | $8,911.35 |
| 05/16/17 | 1467475 | $15,221.25 | $0.00 | $15,221.25 |
| | | | **Total Balance Due** | **$24,132.60** |

## AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---|---|---|---|---|---|
| $24,132.60 | $0.00 | $0.00 | $0.00 | $0.00 | $24,132.60 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                        Invoice No. 1467475
Debtor-In-Possesion                                                          May 16, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Financing and Cash Collateral
       Our Matter No. 60605.0013

## INVOICE SUMMARY

For Services rendered through April 30, 2017

Professional Services                                                        $15,221.25

**Total Current Invoice**                                                    **$15,221.25**

Previous Balance Due                                                         $8,911.35

Total Balance Due                                                            $24,132.60

### Payment Options

Online Payments:                        Wire/ACH Instructions:
**ClientPay**                           Huntington Bank
                                        ABA for ACH      074000078
                                        ABA for Wire     044000024
                                        Account No.      01401048453
                                        Swift Code:      HUNTUS33
                                        Please Reference **Invoice No. 1467475**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1467475**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1467477
May 16, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Relief from Stay and Adequate Protection
        Our Matter No. 60605.0019

## INVOICE SUMMARY

For Services rendered through April 30, 2017

| | |
|---|---|
| Professional Services | $553.50 |
| **Total Current Invoice** | **$553.50** |
| Previous Balance Due | $442.80 |
| Total Balance Due | $996.30 |



Relief from Stay and Adequate Protection

Invoice No. 1467477

Our Matter No. 60605.0019

May 16, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 04/06/2017 | HOKA J | Exchanges regarding status of discussions between Gemmel claimant and Zurich. | 0.50 |
| 04/17/2017 | HOKA J | Exchanges with counsel to Gemmel and Zurich regarding insurance issues affecting Gemmel's stay motion. | 0.50 |
| **Total Professional Services** | | | **$553.50** |

| | |
|---|---|
| **Total Invoice Balance Due** | $553.50 |

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 05/09/17 | 1465828 | $442.80 | $0.00 | $442.80 |
| 05/16/17 | 1467477 | $553.50 | $0.00 | $553.50 |
| | | | **Total Balance Due** | **$996.30** |

## AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $996.30 | $0.00 | $0.00 | $0.00 | $0.00 | $996.30 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                              Invoice No. 1467477
Debtor-In-Possesion                                         May 16, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Relief from Stay and Adequate Protection
       Our Matter No. 60605.0019

## INVOICE SUMMARY

For Services rendered through April 30, 2017

| | |
|---|---|
| Professional Services | $553.50 |
| **Total Current Invoice** | **$553.50** |
| Previous Balance Due | $442.80 |
| Total Balance Due | $996.30 |

### Payment Options

Online Payments:
**ClientPay**
ClientPay®

Wire/ACH Instructions:
Huntington Bank
ABA for ACH    074000078
ABA for Wire    044000024
Account No.    01401048453
Swift Code:    HUNTUS33
Please Reference **Invoice No. 1467477**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1467477**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1467476
May 16, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:      Litigation
          Our Matter No. 60605.0014

## INVOICE SUMMARY

For Services rendered through April 30, 2017

| | |
|---|---|
| Professional Services | $17,867.85 |
| **Total Current Invoice** | **$17,867.85** |
| Previous Balance Due | $33,809.77 |
| Total Balance Due | $51,677.62 |



Litigation
Our Matter No. 60605.0014

Invoice No. 1467476
May 16, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 04/05/2017 | FOWL S | Communicated with Whirlpool regarding request for injunctive relief. | 0.40 |
| 04/05/2017 | HOKA J | Reviewed Whirlpool's Notice of Suit, and participated in call with interested parties. | 1.80 |
| 04/05/2017 | ARCE A | Multiple communications regarding Electrolux objection and Whirlpool adversary proceeding. | 0.90 |
| 04/06/2017 | HOKA J | Call with Whirlpool's counsel and numerous calls and exchanges regarding stipulation for preserving all parties' rights pending trial. | 3.30 |
| 04/07/2017 | FOWL S | Reviewed adversary complaint filed by Whirlpool. | 1.20 |
| 04/07/2017 | HOKA J | Calls and exchanges with Whirlpool's counsel and other interested parties regarding reservation of rights stipulation. | 1.20 |
| 04/12/2017 | FOWL S | Participated in call regarding strategy in Electrolux litigation. | 1.10 |
| 04/12/2017 | HOKA J | Participated in call regarding strategy for Electrolux litigation, and subsequent discussions. | 1.40 |
| 04/12/2017 | ARCE A | Read and analyzed Whirlpool complaint and exhibits; reviewed Whirlpool adversary proceeding docket; reviewed Electrolux adversary proceeding docket; prepared for and participated in conference call to discuss case status and strategy; received and reviewed multiple filings in bankruptcy case; reviewed Electrolux's objection; emails regarding adversary proceeding joint strategy. | 3.80 |
| 04/13/2017 | FOWL S | Communicated with counsel for litigation plaintiff regarding relief from stay. | 0.20 |
| 04/13/2017 | HOKA J | Exchanges regarding reservation of rights in respect of Whirlpool and Elux. | 0.60 |
| 04/13/2017 | ARCE A | Multiple communications about Electrolux motion to compel; read and analyzed Electrolux's first amended complaint; multiple email communications regarding same. | 1.40 |
| 04/17/2017 | ARCE A | Followed up on results of hearing; worked on appearances in Whirlpool adversary proceeding; multiple emails regarding defense strategy. | 0.80 |
| 04/18/2017 | ARCE A | Read email, research results and case law from Gallo pertaining to Electrolux claim. | 0.70 |
| 04/19/2017 | ARCE A | Multiple emails regarding responsive pleading and deadlines for Whirlpool adversary proceeding; followed up on same. | 0.60 |
| 04/20/2017 | ARCE A | Emails to and from Sehlan, Hershupf, Brown, Fowler and others regarding strategy and status of Electrolux matter; received and reviewed court order on hearing and numerous filings in underlying proceedings. | 0.80 |

Litigation                                                                               Invoice No. 1467476
Our Matter No. 60605.0014                                                                        May 16, 2017

| | | | |
|---|---|---|---|
| 04/21/2017 | ARCE A | Began reviewing draft Electrolux pleading; reviewed numerous filings in underlying proceeding. | 1.00 |
| 04/23/2017 | HOKA J | Initial review of Answer to Elux's Amended Complaint and proposed Counterclaims. | 1.20 |
| 04/24/2017 | FOWL S | Communicated with counsel for Electrolux regarding settlement. | 0.50 |
| 04/24/2017 | FOWL S | Analyzed entitlement to specific performance after contract rejection. | 1.20 |
| 04/24/2017 | HOKA J | Particiapted in call with co-counsel regarding Elux litigation. | 0.80 |
| 04/24/2017 | HOKA J | Call regarding open litigation issues and strategy for proceeding. | 1.10 |
| 04/24/2017 | HOKA J | Participated in call with Elux's counsel. | 0.50 |
| 04/24/2017 | ARCE A | Read and analyzed draft answer and counterclaim to Electrolux first amended complaint; brief research on case law governing judicial admissions; communications regarding call of counsel; read Seventh Circuit cases on no specific performance for party to rejected contract. | 2.50 |
| 04/25/2017 | ARCE A | Emails to and from Gallo and Ramsey regarding service of Whirlpool summons and complaint; received and reviewed multiple filings in underlying case; read 10-day rejection notice of Electrolux contract. | 1.10 |
| 04/26/2017 | ARCE A | Reviewed draft of Wells Fargo's answer and counterclaim to Electrolux complaint; reviewed numerous filings in underlying proceedings; attention to redlined draft of Debtor's responsive pleading. | 1.40 |
| 04/27/2017 | ARCE A | Received and reviewed GACP's draft answer to Electrolux complaint, and related communications among counsel; attention to dismissal of Gordon and Hilco by Whirlpool; finalized and oversaw filing of Debtor's answer to Electrolux complaint. | 1.40 |

**Total Professional Services**                                                                   **$17,867.85**

**Total Invoice Balance Due**                                                                     $17,867.85

Litigation
Our Matter No. 60605.0014

Invoice No. 1467476
May 16, 2017

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 05/09/17 | 1465826 | $33,809.77 | $0.00 | $33,809.77 |
| 05/16/17 | 1467476 | $17,867.85 | $0.00 | $17,867.85 |
| | | | **Total Balance Due** | **$51,677.62** |

## AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $51,677.62 | $0.00 | $0.00 | $0.00 | $0.00 | $51,677.62 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Invoice No. 1467476
May 16, 2017

Re:    Litigation
       Our Matter No. 60605.0014

## INVOICE SUMMARY

For Services rendered through April 30, 2017

| | |
|---|---|
| Professional Services | $17,867.85 |
| **Total Current Invoice** | **$17,867.85** |
| Previous Balance Due | $33,809.77 |
| Total Balance Due | $51,677.62 |

### Payment Options

Online Payments:
**ClientPay**
ClientPay®

Wire/ACH Instructions:
Huntington Bank
ABA for ACH    074000078
ABA for Wire    044000024
Account No.    01401048453
Swift Code:    HUNTUS33
Please Reference **Invoice No. 1467476**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1467476**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1467478
May 16, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Tax
        Our Matter No. 60605.0021

## INVOICE SUMMARY

For Services rendered through April 30, 2017

Professional Services                                                $2,092.50

**Total Current Invoice**                                           **$2,092.50**



525+ transactions closed worth in excess of $20 billion in the past 5 years

Tax

Our Matter No. 60605.0021

Invoice No. 1467478

May 16, 2017

**PROFESSIONAL SERVICES**

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 04/28/2017 | SCHN T | Telephone conversation with M. Foster regarding tax filings and letter; research regarding same; research regarding impact of bankruptcy on tales tax and other taxes. | 2.60 |
| 04/28/2017 | HOKA J | Exchanges regarding bankruptcy filing's effect on state tax audits and claims. | 0.80 |
| **Total Professional Services** | | | **$2,092.50** |

**Total Invoice Balance Due** $2,092.50

**OUTSTANDING INVOICES**

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 05/16/17 | 1467478 | $2,092.50 | $0.00 | $2,092.50 |
| | | | **Total Balance Due** | **$2,092.50** |

**AGED AR**

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $2,092.50 | $0.00 | $0.00 | $0.00 | $0.00 | $2,092.50 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                    Invoice No. 1467478
Debtor-In-Possesion                                                            May 16, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:   Tax
      Our Matter No. 60605.0021

## INVOICE SUMMARY

For Services rendered through April 30, 2017

Professional Services                                                         $2,092.50

**Total Current Invoice**                                                   **$2,092.50**

### Payment Options

Online Payments:                        Wire/ACH Instructions:
**ClientPay**                           Huntington Bank
                                        ABA for ACH   074000078
                                        ABA for Wire  044000024
                                        Account No.   01401048453
                                        Swift Code:   HUNTUS33
                                        Please Reference **Invoice No. 1467478**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1467478**

Questions or concerns, please email **payice@icemiller.com**

---

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1467479
May 16, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Cost and Expenses
        Our Matter No. 60605.0023

## INVOICE SUMMARY

For Services rendered through April 30, 2017

| | |
|---|---|
| Disbursements | $2,610.51 |
| **Total Current Invoice** | **$2,610.51** |
| Previous Balance Due | $982.22 |
| Total Balance Due | $3,592.73 |


525+ transactions closed worth in excess of $20 billion in the past 5 years

Cost and Expenses                                                         Invoice No. 1467479
Our Matter No. 60605.0023                                                         May 16, 2017

## COSTS ADVANCED

| Description | Amount |
|---|---|
| Color Photocopies | $8.50 |
| Photocopies | $159.30 |
| Courier Expense | $192.89 |
| Postage Expense | $263.07 |
| Certified Copy of Order | $12.00 |
| Docket | $0.20 |
| Filing fee | $31.00 |
| Cost of transcripts for March 7, 2017 and March 28, 2017 hearings held in U.S. Bankruptcy Court, Southern District of Indiana. | $1,566.95 |
| Working lunch on 4/7/17. | $226.20 |
| Lunch with clients (in house) before bankruptcy court hearing on March 28, 2017. | $150.40 |
| **Total Cost Advanced** | **$2,610.51** |

| | |
|---|---|
| **Total Invoice Balance Due** | $2,610.51 |

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 05/09/17 | 1465829 | $982.22 | $0.00 | $982.22 |
| 05/16/17 | 1467479 | $2,610.51 | $0.00 | $2,610.51 |
| | | | **Total Balance Due** | **$3,592.73** |

## AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---|---|---|---|---|---|
| $3,592.73 | $0.00 | $0.00 | $0.00 | $0.00 | $3,592.73 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Cost and Expenses                                                                    Invoice No. 1467479
Our Matter No. 60605.0023                                                            May 16, 2017

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Invoice No. 1467479
May 16, 2017

Re:    Cost and Expenses
       Our Matter No. 60605.0023

## INVOICE SUMMARY

For Services rendered through April 30, 2017

| | |
|---|---|
| Disbursements | $2,610.51 |
| **Total Current Invoice** | **$2,610.51** |
| Previous Balance Due | $982.22 |
| Total Balance Due | $3,592.73 |

### Payment Options

**Online Payments:**
**ClientPay**
ClientPay

Wire/ACH Instructions:
Huntington Bank
ABA for ACH    074000078
ABA for Wire    044000024
Account No.    01401048453
Swift Code:    HUNTUS33
Please Reference **Invoice No. 1467479**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1467479**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1470740
June 8, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Asset Disposition
        Our Matter No. 60605.0002

## INVOICE SUMMARY

For Services rendered through May 31, 2017

| | |
|---|---|
| Professional Services | $9,397.35 |
| **Total Current Invoice** | **$9,397.35** |
| Previous Balance Due | $13,882.05 |
| Total Balance Due | $23,279.40 |



Asset Disposition

Invoice No. 1470740

Our Matter No. 60605.0002

June 8, 2017

**PROFESSIONAL SERVICES**

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 05/01/2017 | JORI W | Assisted with order for Phase II sale. | 0.20 |
| 05/03/2017 | CRIS T | Attention to correspondence from John at Software Club and responded to the same concerning a bulk purchase. | 0.10 |
| 05/04/2017 | EFRO H | Telephone call from attorney for party interested in buying leases. | 0.20 |
| 05/05/2017 | FOWL S | Communicated with Streambank regarding IP information. | 0.30 |
| 05/08/2017 | CRIS T | Attention to correspondence from a party interested in purchasing certain assets and inquired about the appropriate contact person. | 0.10 |
| 05/08/2017 | FOWL S | Finalized supplemental Phase II sale order. | 0.60 |
| 05/09/2017 | EFRO H | Telephone call from attorney for customer regarding deposit. | 0.20 |
| 05/18/2017 | HOKA J | Participated in call regarding sale of IP assets. | 0.50 |
| 05/23/2017 | FOWL S | Communicated with client and Hilco Streambank regarding IP sale process. | 0.40 |
| 05/23/2017 | HOKA J | Provided inquiries respecting Debtors' sale of IP assets to Streambank. | 0.40 |
| 05/23/2017 | HOKA J | Participated in call with Hilco/Streambank and BRG officers regarding protocol for sale of IP assets. | 0.40 |
| 05/23/2017 | WALS T | Telephone conference with Hokanson regarding sale of intellectual property assets and preparation of Asset Purchase Agreement to be used in connection with same; began work on Asset Purchase Agreement and related Exhibits. | 3.40 |
| 05/24/2017 | HOKA J | Reviewed and commented on draft APA for IP assets. | 0.80 |
| 05/24/2017 | WALS T | Finalized initial draft of Asset Purchase Agreement for intellectual property assets; communicated with Hokanson regarding same; reviewed inventory of intellectual property assets to be offered for sale; updated Asset Purchase Agreement in light of new categories of intellectual property assets that will be offered for sale; communicated with Hokanson regarding updated Asset Purchase Agreement. | 5.20 |
| 05/25/2017 | HOKA J | Reviewed and revised, and forwarded draft APA for IP Assets. | 1.00 |
| 05/25/2017 | HOKA J | Participated in update call regarding sale of IP assets. | 0.50 |
| 05/30/2017 | HOKA J | Confirmed ownership of IP assets (.2), exchanged emails regarding terms of APA for IP assets (.5), and continued revision of APA (1.6). | 2.30 |
| 05/31/2017 | HOKA J | Finalize and forward IP APA. | 1.20 |

Asset Disposition                                                                 Invoice No. 1470740
Our Matter No. 60605.0002                                                         June 8, 2017

---

**Total Professional Services**                                                        **$9,397.35**

==================================================================================

_____
**Total Invoice Balance Due**                                                         $9,397.35

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 05/09/17 | 1465817 | $9,473.85 | $0.00 | $9,473.85 |
| 05/09/17 | 1467465 | $4,408.20 | $0.00 | $4,408.20 |
| 06/08/17 | 1470740 | $9,397.35 | $0.00 | $9,397.35 |
| | | | **Total Balance Due** | **$23,279.40** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $23,279.40 | $0.00 | $0.00 | $0.00 | $0.00 | $23,279.40 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



LEGAL COUNSEL

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                          Invoice No. 1470740
Debtor-In-Possesion                                                            June 8, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Asset Disposition
       Our Matter No. 60605.0002

## INVOICE SUMMARY

For Services rendered through May 31, 2017

Professional Services                                                          $9,397.35

**Total Current Invoice**                                                      **$9,397.35**

Previous Balance Due                                                           $13,882.05

Total Balance Due                                                              $23,279.40

### Payment Options

Online Payments:                    Wire/ACH Instructions:
**ClientPay**                       Huntington Bank
                                    ABA for ACH      074000078
                                    ABA for Wire     044000024
                                    Account No.      01401048453
                                    Swift Code:      HUNTUS33
                                    Please Reference **Invoice No. 1470740**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1470740**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1470739
June 8, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Asset Analysis and Recovery
       Our Matter No. 60605.0001

## INVOICE SUMMARY

For Services rendered through May 31, 2017

| | |
|---|---:|
| Professional Services | $26,478.90 |
| Disbursements | $11.21 |
| **Total Current Invoice** | **$26,490.11** |
| Previous Balance Due | $5,663.13 |
| Total Balance Due | $32,153.24 |



deals done
525+ transactions closed worth in excess of $20 billion in the past 5 years

Asset Analysis and Recovery
Our Matter No. 60605.0001

Invoice No. 1470739
June 8, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 05/02/2017 | HOKA J | Exchanges with client officers and Samsung's counsel regarding return of RTV inventory, and settlement of open claims. | 0.80 |
| 05/02/2017 | HOKA J | Review and forward vendors' responses to demand for payment of credit. | 0.40 |
| 05/03/2017 | HOKA J | Exchanges with counsel to vendor regarding response to demand for credit. | 0.20 |
| 05/03/2017 | HOKA J | Exchanges with client officers and prepare demand for additional vendor. | 0.40 |
| 05/03/2017 | HOKA J | Review and forward inquiry regarding purchase of IT assets. | 0.20 |
| 05/03/2017 | HOKA J | Exchanges with vendor's counsel regarding credit demand. | 0.30 |
| 05/04/2017 | CRIS T | Attention to the status of service of the Order approving compromise of the Capital Construction Services settlement and prepared correspondence regarding the same. | 0.10 |
| 05/04/2017 | HOKA J | Exchanges with vendor's counsel. | 0.50 |
| 05/04/2017 | HOKA J | Exchanges with Committee counsel regarding status of efforts to collect vendor credits. | 0.50 |
| 05/04/2017 | HOKA J | Exchanges with vendor's counsel regarding reconciliation of amounts due to HHG. | 0.60 |
| 05/05/2017 | CRIS T | Considered service of the Order approving the settlement with Capital Construction Services, Inc. | 0.10 |
| 05/05/2017 | HOKA J | Respond to Committee's inquiry regarding status of vendor credit recovery efforts. | 0.30 |
| 05/05/2017 | HOKA J | Spoke with LG's counsel regarding credit demand. | 0.30 |
| 05/05/2017 | HOKA J | Exchanged messages with Vantiv's counsel regarding reconciliation of account. | 0.20 |
| 05/05/2017 | HOKA J | Participated in call of opposing counsel and Company officers regarding Samsung credits. | 0.50 |
| 05/07/2017 | HOKA J | Reviewed and forwarded Company's responses to Lender's inquiry regarding credit card accounts. | 0.20 |
| 05/08/2017 | HOKA J | Spoke with LG's counsel regarding credit demand. | 0.50 |
| 05/08/2017 | HOKA J | Exchanged emails with E&S's officer. | 0.20 |
| 05/09/2017 | HOKA J | Summarized position of vendor holding credit with Committee and Lenders, and exchanged messages regarding factual and legal issues. | 1.40 |

Asset Analysis and Recovery                                              Invoice No. 1470739
Our Matter No. 60605.0001                                                    June 8, 2017

| | | | |
|---|---|---|---|
| 05/09/2017 | HOKA J | Spoke and exchanged emails with Dyson's officer regarding credit demand. | 0.30 |
| 05/09/2017 | HOKA J | Spoke with Samsung's counsel and exchanged emails with Company's officers regarding same. | 0.50 |
| 05/09/2017 | HOKA J | Extended calls and exchanges with numerous vendor counsel regarding collection efforts. | 1.80 |
| 05/09/2017 | HOKA J | Calls with Company and BRG officers regarding collection efforts. | 2.00 |
| 05/10/2017 | HOKA J | Exchanged emails with E&S's officer regarding credit demand. | 0.20 |
| 05/10/2017 | HOKA J | Spoke with Vizio's counsel regarding reconciliation. | 0.20 |
| 05/10/2017 | HOKA J | Reviewed and forwarded inquiry regarding interest in purchasing IT assets. | 0.20 |
| 05/10/2017 | HOKA J | Attended to vendor credit recovery efforts. | 1.50 |
| 05/10/2017 | HOKA J | Inquired of Committee counsel regarding claim settlement protocol. | 0.20 |
| 05/10/2017 | HOKA J | Review and forward solicitation regarding insurance liquidation services. | 0.10 |
| 05/10/2017 | HOKA J | Participate in Lender/UCC update call. | 1.50 |
| 05/11/2017 | HOKA J | Exchanged emails with Company officers (.4) and Committee counsel (.2) regarding settlement demands to trade vendors; finalized and forwarded demand with reconciled report (.7). | 1.30 |
| 05/11/2017 | HOKA J | Participate in call with BRG officers regarding account and credit collections. | 1.00 |
| 05/15/2017 | JORI W | Received and reviewed information from client and began to prepare demand letters to account debtors along with support for same and tracking chart for same. | 2.40 |
| 05/15/2017 | HOKA J | Reviewed and updated communications in all pending vendor credit demands. | 1.80 |
| 05/15/2017 | HOKA J | Assisted with compilation of information for account debtor demands, and draft form demand letter. | 1.50 |
| 05/15/2017 | HOKA J | Reviewed and forwarded draft Trinitas settlement agreement to Committee's counsel. | 0.40 |
| 05/15/2017 | HOKA J | Exchanged emails with Company officer and vendor's counsel regarding status of response to reconciliation (.2); provide update to Committee's counsel (.2). | 0.40 |
| 05/16/2017 | JORI W | Finalized and prepared for service of demand letters on customer debtors. | 0.10 |
| 05/16/2017 | JORI W | Reviewed and organized invoices in support of demand letters and communications with client regarding same. | 1.00 |
| 05/16/2017 | JORI W | Reviewed updated spreadsheets regarding accounts receivables for customers and continued preparation of demand letters. | 1.80 |

Asset Analysis and Recovery
Our Matter No. 60605.0001

Invoice No. 1470739
June 8, 2017

| 05/16/2017 | HOKA J | Forwarded Trinitas settlement agreement to Company officers. | 0.20 |
| 05/16/2017 | HOKA J | Responded to Committee's inquiry regarding status of attempts to collect vendor credits. | 0.40 |
| 05/16/2017 | HOKA J | Participated in bi-weekly call with Company and BRG officers regarding asset collections. | 0.70 |
| 05/16/2017 | HOKA J | Assisted with finalization of account debtor demands. | 1.00 |
| 05/17/2017 | JORI W | Updated demand letter tracking chart with new details received. | 0.30 |
| 05/17/2017 | JORI W | Finalized and prepared to serve additional demand letters on debtors. | 0.50 |
| 05/17/2017 | JORI W | Communications regarding supporting documents for demand letters and status of various collections. | 0.30 |
| 05/17/2017 | HOKA J | Reviewed and forwarded ESI's response to demand. | 0.40 |
| 05/17/2017 | HOKA J | Exchanged emails regarding vendor credit issues. | 0.60 |
| 05/17/2017 | HOKA J | Exchanged emails further to account collection efforts. | 1.60 |
| 05/18/2017 | JORI W | Received and reviewed communications regarding status of demand letters and accounts receivables and updated demand letter tracking chart. | 0.30 |
| 05/18/2017 | JORI W | Finalized and sent additional demand letters to customer debtors. | 0.40 |
| 05/18/2017 | HOKA J | Spoke with C. Penn (Warrantech) and provided demand letter. | 0.40 |
| 05/18/2017 | HOKA J | Prompted J. Levit regarding status of Samsung issues. | 0.20 |
| 05/18/2017 | HOKA J | Exchanged emails regarding account collection issues. | 0.60 |
| 05/18/2017 | HOKA J | Finalized Warrantech demand. | 0.40 |
| 05/18/2017 | HOKA J | Participated in call regarding status of asset recoveries. | 1.00 |
| 05/19/2017 | JORI W | Received and reviewed communications regarding status of collections from debtors and updated tracking chart regarding same. | 0.20 |
| 05/19/2017 | HOKA J | Exchanged emails with LG's counsel regarding status of response. | 0.20 |
| 05/19/2017 | HOKA J | Exchanged regarding Samsung's failure to respond. | 0.20 |
| 05/19/2017 | HOKA J | Responded to inquiry regarding Sandstone account. | 0.30 |
| 05/22/2017 | HOKA J | Responded to emails regarding responses to account demands. | 0.80 |
| 05/22/2017 | HOKA J | Reviewed and forwarded Nikon's response to demand (.2); responded to additional inquiries regarding same (.5). | 0.70 |
| 05/22/2017 | HOKA J | Reviewed and forwarded Harman's response to demand. | 0.20 |
| 05/22/2017 | HOKA J | Spoke with M. Anderson regarding resolution of Zurich-related issues. | 0.50 |

Asset Analysis and Recovery
Our Matter No. 60605.0001

Invoice No. 1470739
June 8, 2017

| 05/23/2017 | JORI W | Reviewed information regarding debtor P&F USA, Inc. and communicated with client to obtain additional information regarding same for demand letter. | 0.30 |
|---|---|---|---|
| 05/23/2017 | HOKA J | Responded to inquiries regarding account collection demands (TopHat; R-A-C; 89 D's; Warrantech). | 0.80 |
| 05/23/2017 | HOKA J | Provided update of vendor credit collection efforts. | 1.20 |
| 05/24/2017 | FREN J | Drafted Board of Directors resolutions authorizing the termination of the Gregg Appliances, Inc. Employees Retirement Plan. | 1.60 |
| 05/24/2017 | JORI W | Communications with client and attorney to determine handling of demand to P&F USA, Inc. | 0.40 |
| 05/24/2017 | HOKA J | Responded to Committee counsel's inquiries regarding status of account demands. | 0.40 |
| 05/24/2017 | HOKA J | Spoke with client officer regarding market for class action claims and other remnant assets. | 0.20 |
| 05/24/2017 | HOKA J | Exchanged emails with vendors' counsel regarding eta on response to settlement demand and direct client communications. | 0.50 |
| 05/24/2017 | HOKA J | Responded to various inquiries regarding account demands. | 0.60 |
| 05/24/2017 | HOKA J | Reviewed and forwarded vendor's demand for payment of credit (.6); provided updates on all pending and active vendor credit issues (1.8). | 2.10 |
| 05/24/2017 | HOKA J | Exchanged emails and spoke with Company counsel regarding settlement of account claims. | 0.50 |
| 05/25/2017 | HOKA J | Responded to inquiries regarding account demands. | 0.60 |
| 05/26/2017 | JORI W | Directed updates to demand letter tracking chart. | 0.20 |
| 05/26/2017 | HOKA J | Inquired of colleagues regarding market for remnant assets. | 0.40 |
| 05/26/2017 | HOKA J | Exchanged numerous emails and calls with Company officers and Committee counsel regarding response to account vendor's position. | 1.20 |
| 05/31/2017 | HOKA J | Exchanged emails with Samsung's counsel. | 0.40 |
| 05/31/2017 | HOKA J | Spoke with LG's counsel regarding status of demands. | 0.30 |

**Total Professional Services** **$26,478.90**

Asset Analysis and Recovery
Our Matter No. 60605.0001

Invoice No. 1470739
June 8, 2017

## COSTS ADVANCED

| Description | Amount |
|---|---|
| Photocopies | $0.60 |
| Courier Expense | $10.61 |
| **Total Cost Advanced** | **$11.21** |

**Total Invoice Balance Due**    $26,490.11

### OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 05/09/17 | 1467464 | $5,663.13 | $0.00 | $5,663.13 |
| 06/08/17 | 1470739 | $26,490.11 | $0.00 | $26,490.11 |
| | | | **Total Balance Due** | **$32,153.24** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---|---|---|---|---|---|
| $32,153.24 | $0.00 | $0.00 | $0.00 | $0.00 | $32,153.24 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries, please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.          Invoice No. 1470739
Debtor-In-Possesion                                   June 8, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Asset Analysis and Recovery
        Our Matter No. 60605.0001

## INVOICE SUMMARY

For Services rendered through May 31, 2017

| | |
|---|---|
| Professional Services | $26,478.90 |
| Disbursements | $11.21 |
| **Total Current Invoice** | **$26,490.11** |
| Previous Balance Due | $5,663.13 |
| Total Balance Due | $32,153.24 |

Payment Terms: Net 30
Tax ID: 35-0874357

Asset Analysis and Recovery                                          Invoice No. 1470739
Our Matter No. 60605.0001                                                June 8, 2017

<div align="center">

**Payment Options**

</div>

Online Payments:                    Wire/ACH Instructions:
**ClientPay**                       Huntington Bank
                                    ABA for ACH    074000078
                ABA for Wire   044000024
                                    Account No.    01401048453
                                    Swift Code:    HUNTUS33
                                    Please Reference **Invoice No. 1470739**

<div align="center">

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1470739**

Questions or concerns, please email **payice@icemiller.com**

</div>



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1470742
June 8, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Budgeting (Case)
        Our Matter No. 60605.0005

## INVOICE SUMMARY

For Services rendered through May 31, 2017

| | |
|---|---|
| Professional Services | $110.70 |
| **Total Current Invoice** | **$110.70** |
| Previous Balance Due | $1,494.45 |
| Total Balance Due | $1,605.15 |



Budgeting (Case)                                                    Invoice No. 1470742
Our Matter No. 60605.0005                                              June 8, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 05/31/2017 | HOKA J | Exchanged emails with BRG regarding fee projections. | 0.20 |
| **Total Professional Services** | | | **$110.70** |

**Total Invoice Balance Due**                                            $110.70

### OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 05/09/17 | 1465819 | $1,162.35 | $0.00 | $1,162.35 |
| 05/09/17 | 1467467 | $332.10 | $0.00 | $332.10 |
| 06/08/17 | 1470742 | $110.70 | $0.00 | $110.70 |
| | | | **Total Balance Due** | **$1,605.15** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|------------|-----------|-------|
| $1,605.15 | $0.00 | $0.00 | $0.00 | $0.00 | $1,605.15 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



**LEGAL COUNSEL**

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                      Invoice No. 1470742
Debtor-In-Possesion                                                              June 8, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Budgeting (Case)
        Our Matter No. 60605.0005

## INVOICE SUMMARY

For Services rendered through May 31, 2017

Professional Services                                                          $110.70

**Total Current Invoice**                                                   **$110.70**

Previous Balance Due                                                         $1,494.45

Total Balance Due                                                            $1,605.15

### Payment Options

Online Payments:                    Wire/ACH Instructions:
**ClientPay**                          Huntington Bank
ClientPay                              ABA for ACH     074000078
                                       ABA for Wire    044000024
                                       Account No.     01401048453
                                       Swift Code:     HUNTUS33
                                       Please Reference **Invoice No. 1470742**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1470742**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1470743
June 8, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Business Operations
        Our Matter No. 60605.0006

## INVOICE SUMMARY

For Services rendered through May 31, 2017

| | |
|---|---|
| Professional Services | $9,475.00 |
| **Total Current Invoice** | **$9,475.00** |
| | |
| Previous Balance Due | $130,179.88 |
| Total Balance Due | $139,654.88 |



Business Operations
Our Matter No. 60605.0006

Invoice No. 1470743
June 8, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 05/03/2017 | JORI W | Reviewed, finalized and submitted monthly operating report with the court. | 1.30 |
| 05/03/2017 | HOKA J | Call with trade vendor's counsel and inquire of client regarding need for additional services. | 0.40 |
| 05/03/2017 | HOKA J | Respond to inquiry regarding stale checks. | 0.20 |
| 05/04/2017 | FOWL S | Communicated with counsel for Farnum Capital regarding use of equipment. | 0.20 |
| 05/04/2017 | HOKA J | Exchanges with L. Chandler and client officers regarding premium finance payments. | 0.20 |
| 05/06/2017 | HOKA J | Reviewed and forwarded Company's inquiry regarding treatment of credit card processors' accounts, and returned Lender's response with request for additional information. | 0.80 |
| 05/07/2017 | HOKA J | Reviewed and responded to Icon Counsel's email regarding return of goods. | 0.70 |
| 05/09/2017 | FOWL S | Communicated with client and BRG regarding collection efforts. | 1.30 |
| 05/09/2017 | HOKA J | Spoke and exchanged emails with several former employees. | 0.60 |
| 05/10/2017 | HOKA J | Exchanged emails with BRG regarding bankruptcy treatment of insurance premium financing. | 0.30 |
| 05/10/2017 | MIRO D | Work on premises releases | 0.80 |
| 05/11/2017 | HOKA J | Exchanged emails regarding timing for payment of fees to consultants (Hilco, etc.). | 0.40 |
| 05/15/2017 | HOKA J | Exchanged emails with Icon's counsel regarding disputed issues. | 0.20 |
| 05/16/2017 | HOKA J | Responded to notice of GOB sale's alleged violation of local ordinances from Lakeland, FL. | 0.80 |
| 05/17/2017 | FOWL S | Communicated with Ohio worker's comp defense counsel regarding claims. | 0.20 |
| 05/17/2017 | FOWL S | Communicated with client regarding gift cards. | 0.20 |
| 05/17/2017 | FOWL S | Communicated with counsel for Monster regarding disposition of product. | 0.30 |
| 05/17/2017 | HOKA J | Exchanged additional messages resolving Monster's recall issue. | 0.40 |
| 05/17/2017 | HOKA J | Reviewed and forwarded, and exchanged additional emails regarding, Monster's demand for return of unsold inventory. | 0.50 |
| 05/18/2017 | FOWL S | Communicated with client regarding status of GOBs and other receivables. | 0.50 |

Business Operations
Our Matter No. 60605.0006

Invoice No. 1470743
June 8, 2017

| 05/19/2017 | FOWL S | Communicated with counsel for former exec regarding non-compete; communicated with company regarding same. | 0.40 |
| 05/19/2017 | MIRO D | Drafted entity release. | 0.50 |
| 05/22/2017 | FOWL S | Communicated with counsel for Zurich regarding insurance coverage. | 0.40 |
| 05/22/2017 | FOWL S | Communicated with Ohio worker's comp counsel regarding status of cases. | 0.40 |
| 05/22/2017 | HOKA J | Responded to company inquiries regarding responses to DOL's subpoena (.2), and exchanged calls and emails with DOL's investigator (.4); exchanged additional emails regarding requirements for full compliance (.8). | 1.60 |
| 05/22/2017 | HOKA J | Reviewed and responded to inquiries regarding response to WC claims. | 0.60 |
| 05/23/2017 | HOKA J | Responded to inquiry regarding treatment of dishonored checks. | 0.40 |
| 05/23/2017 | HOKA J | Reviewed and responded to inquiry regarding surrender of leased equipment. | 0.40 |
| 05/24/2017 | HOKA J | Responded to BRG's inquiry regarding treatment of customer's claim. | 0.30 |
| 05/24/2017 | HOKA J | Drafted and circulated Motion to Destroy Business Records and proposed Order. | 1.80 |
| 05/25/2017 | HOKA J | Exchanged numerous emails regarding surrender/delivery of recalled Samsung product. | 0.80 |
| 05/26/2017 | FOWL S | Communicated with client regarding LG settlement. | 0.20 |
| 05/26/2017 | HOKA J | Responded to inquiry regarding vendor's claim setoff. | 0.40 |
| 05/30/2017 | HOKA J | Spoke with R. Moore regarding insurance coverage and record destruction. | 0.20 |
| 05/31/2017 | FOWL S | Communicated with client regarding abandoned property. | 0.20 |
| 05/31/2017 | FOWL S | Communicated with LG regarding credits and preference exposure. | 0.50 |
| 05/31/2017 | FOWL S | Attended to payroll issues; communicated with client regarding same; communicated with lenders regarding same. | 0.60 |

| **Total Professional Services** | **$9,475.00** |

| **Total Invoice Balance Due** | $9,475.00 |

Business Operations
Our Matter No. 60605.0006

Invoice No. 1470743
June 8, 2017

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 05/09/17 | 1465820 | $73,181.98 | $0.00 | $73,181.98 |
| 05/09/17 | 1467468 | $56,997.90 | $0.00 | $56,997.90 |
| 06/08/17 | 1470743 | $9,475.00 | $0.00 | $9,475.00 |
| | | | **Total Balance Due** | **$139,654.88** |

## AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---|---|---|---|---|---|
| $139,654.88 | $0.00 | $0.00 | $0.00 | $0.00 | $139,654.88 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                          Invoice No. 1470743
Debtor-In-Possesion                                            June 8, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Business Operations
       Our Matter No. 60605.0006

## INVOICE SUMMARY

For Services rendered through May 31, 2017

Professional Services                                          $9,475.00

**Total Current Invoice**                                     **$9,475.00**

Previous Balance Due                                          $130,179.88

Total Balance Due                                             $139,654.88

### Payment Options

Online Payments:                   Wire/ACH Instructions:
**ClientPay**                      Huntington Bank
                                   ABA for ACH     074000078
                                   ABA for Wire    044000024
                                   Account No.     01401048453
                                   Swift Code:     HUNTUS33
                                   Please Reference **Invoice No. 1470743**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1470743**

Questions or concerns, please email **payice@icemiller.com**

---

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1470741
June 8, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Assumption and Rejection of Leases and Contracts
         Our Matter No. 60605.0003

## INVOICE SUMMARY

For Services rendered through May 31, 2017

| | |
|---|---|
| Professional Services | $50,050.80 |
| **Total Current Invoice** | **$50,050.80** |
| Previous Balance Due | $56,256.00 |
| Total Balance Due | $106,306.80 |



Assumption and Rejection of Leases and Contracts
Our Matter No. 60605.0003

Invoice No. 1470741
June 8, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 05/01/2017 | JORI W | Prepared for service of notice of assumption and assignment of leases on landlords. | 0.30 |
| 05/01/2017 | JORI W | Finalized and submitted with the court the notice of assumption and assignment of leases. | 0.80 |
| 05/01/2017 | JORI W | Received and reviewed additional agreement to assume lease and continued preparing notice of assumption and assignment of leases along with exhibits. | 1.20 |
| 05/01/2017 | JORI W | Internal communications regarding further handling of lease assumption and assignment notices. | 0.30 |
| 05/01/2017 | HOKA J | Exchanges regarding issues created by Samsung's inventory in DCs. | 0.20 |
| 05/01/2017 | HOKA J | Call from Rosetta's counsel regarding effective date of rejection. | 0.20 |
| 05/02/2017 | FOWL S | Analyzed enforceability of various lease provisions regarding assumption. | 2.10 |
| 05/02/2017 | FOWL S | Analyzed Rosetta contract for issues related to expiration and rejection. | 0.80 |
| 05/02/2017 | FOWL S | Communicated with counsel for bidder regarding Miami lease (.4); communicated with Hilco regarding same (.4). | 0.80 |
| 05/02/2017 | FOWL S | Revised proposed order on motion to reject contract with Synchrony; communicated with counsel for Synchrony regarding same. | 0.60 |
| 05/02/2017 | FOWL S | Revised proposed order on motion to reject certain executory contracts; communicated with counsel for Rosetta regarding same. | 0.70 |
| 05/02/2017 | FOWL S | Communicated with client and BRG regarding lease rejection procedures. | 0.30 |
| 05/02/2017 | FOWL S | Communicated with committee regarding applicable procedures to 132 store leases. | 0.30 |
| 05/02/2017 | FOWL S | Drafted notice of procedures for 132 store leases (.8); communicated with various parties regarding same (.7). | 1.50 |
| 05/02/2017 | FOWL S | Communicated with landlord for Piqua location regarding rejection process. | 0.30 |
| 05/02/2017 | FOWL S | Communicated with Hilco regarding Ft. Lauderdale lease. | 0.70 |
| 05/02/2017 | JORI W | Communications regarding additional notices of assumption and assignment of leases. | 0.20 |
| 05/02/2017 | JORI W | Prepared certificate of service for notice of assumption and assignment of leases served on landlords. | 0.50 |
| 05/02/2017 | HOKA J | Call with Trinitas' counsel regarding settlement of claim, and rejection of contract, and seek approval of constituencies. | 0.50 |

Assumption and Rejection of Leases and Contracts                                    Invoice No. 1470741
Our Matter No. 60605.0003                                                                    June 8, 2017

| | | | |
|---|---|---|---|
| 05/02/2017 | HOKA J | Additional exchanges regarding removal of fixtures from Towson premises. | 0.30 |
| 05/02/2017 | HOKA J | Exchanges with Synchrony's counsel regarding nature of agreement being rejected. | 0.20 |
| 05/02/2017 | HOKA J | Call and exchange emails with Rosetta's counsel regarding effective date for rejection of contract. | 0.40 |
| 05/02/2017 | HOKA J | Calls with Hilco Real Estate, co-counsel, and counsel to opposing counsel regarding lease assumption/rejection issues. | 1.50 |
| 05/02/2017 | HOKA J | Call with BRG officer regarding terms of lease assumption documents relative to removal of personal property. | 0.20 |
| 05/03/2017 | FOWL S | Reviewed and analyzed lease for Fort Lauderdale store in light of new issues. | 1.10 |
| 05/03/2017 | FOWL S | Communicated with Hilco and MLB regarding issues with lease assignments. | 0.70 |
| 05/03/2017 | FOWL S | Communicated with counsel for landlords regarding process for rejection of 132 stores. | 0.40 |
| 05/03/2017 | FOWL S | Finalized orders to reject executory contracts. | 0.40 |
| 05/03/2017 | FOWL S | Attended hearing on motions to reject contracts. | 0.70 |
| 05/03/2017 | HOKA J | Review and forward a landlord's inquiry regarding discrepancy in cure costs. | 0.20 |
| 05/03/2017 | HOKA J | Call with Synchrony's counsel regarding reservation of rights language in Rejection Order, and revise Order and circulate. | 0.80 |
| 05/03/2017 | HOKA J | Calls and exchanges with Rosetta's counsel and revise and circulate proposed revisions to Order. | 1.00 |
| 05/03/2017 | HOKA J | Exchanges with Committee counsel, and with Trinitas' counsel, regarding Trinitas settlement. | 0.50 |
| 05/04/2017 | FOWL S | Communicated with client regarding lease rejection issues. | 0.40 |
| 05/04/2017 | FOWL S | Communicated with counsel for several landlords regarding assumption of leases. | 0.40 |
| 05/04/2017 | FOWL S | Finalized notice of lease determination for additional distribution center leases; communicated with client regarding same. | 0.50 |
| 05/04/2017 | FOWL S | Finalized notice of rejection of additional contracts; communicated with client regarding same. | 0.60 |
| 05/04/2017 | FOWL S | Communicated with client and BRG regarding lease rejection and assignment issues. | 0.40 |
| 05/04/2017 | HOKA J | Additional exchanges with Trinitas' counsel. | 0.20 |
| 05/05/2017 | FOWL S | Finalized notice of lease determination for first rejections of 132 stores; communicated with client regarding same. | 0.60 |

Assumption and Rejection of Leases and Contracts

Our Matter No. 60605.0003

Invoice No. 1470741

June 8, 2017

| 05/05/2017 | FOWL S | Communicated with debtors' team and Hilco regarding process for assignment and rejection of 132 stores. | 0.50 |
|---|---|---|---|
| 05/05/2017 | FOWL S | Revised motion for order on treatment of contracts and leases. | 2.10 |
| 05/05/2017 | HOKA J | Reviewed and forwarded internal analysis regarding revisions to lease rejection/assumption protocol. | 0.80 |
| 05/05/2017 | HOKA J | Internal discussions regarding lease assignment terms and protocol to be followed. | 0.80 |
| 05/05/2017 | HOKA J | Spoke with R. Dill regarding treatment of his client's leases. | 0.20 |
| 05/06/2017 | FOWL S | Revised form assignment agreement; communicated with Hilco regarding same. | 0.80 |
| 05/06/2017 | FOWL S | Revised form termination agreement; communicated with Hilco regarding same. | 1.20 |
| 05/07/2017 | HOKA J | exchanged emails internally regarding confidentiality provisions in leases being assigned. | 0.20 |
| 05/07/2017 | HOKA J | Responded to R. Gold's inquiry regarding lease procedures order. | 0.20 |
| 05/08/2017 | FOWL S | Finalized notice of lease determination for Orlando DC; communicated with client regarding same. | 0.40 |
| 05/08/2017 | FOWL S | Communicated with client and Hilco regarding process for 132 stores and issues with Fort Lauderdale assignment. | 0.60 |
| 05/08/2017 | JORI W | Received and reviewed communications regarding motion for order on lease treatment and schedules to same. | 0.20 |
| 05/08/2017 | HOKA J | Participated in call with Hilco officers and co-counsel regarding lease rejection/assumption procedures. | 0.50 |
| 05/09/2017 | FOWL S | Communicated with MLB regarding strategy for Fort Lauderdale lease. | 0.30 |
| 05/09/2017 | FOWL S | Communicated with counsel for Trinitas regarding rejection of contract. | 0.20 |
| 05/09/2017 | FOWL S | Communicated with counsel for landlord regarding rejection of Washington Street lease and stub rent. | 0.20 |
| 05/09/2017 | FOWL S | Reviewed and analyzed objections to assumptions filed by landlords; communicated with client and Hilco regarding same. | 2.10 |
| 05/09/2017 | FOWL S | Communicated with client and Hilco regarding Fort Lauderdale strategy. | 0.60 |
| 05/10/2017 | FOWL S | Communicated with client and Hilco and client regarding Fort Lauderdale issues and 132 issues. | 0.50 |
| 05/10/2017 | FOWL S | Drafted motion to set hearing on objections to lease assignments. | 1.10 |
| 05/10/2017 | FOWL S | Communicated with Mauceri regarding lease issues. | 0.30 |

Assumption and Rejection of Leases and Contracts

Invoice No. 1470741

Our Matter No. 60605.0003

June 8, 2017

| 05/10/2017 | HOKA J | Exchanged emails with Hilco real estate officers (.2), and assist with finalization of Motion to Set Hearing on Cure and Assurance Objections (.6). | 0.80 |
|---|---|---|---|
| 05/10/2017 | HOKA J | Call with Star Leasing's counsel and internal exchanges regarding rejection protocol (.3); exchanged additional emails regarding surrender of trailers (.3). | 0.60 |
| 05/11/2017 | CRIS T | Attention to the Affidavit of Service of the Order Granting Motion to Approve Settlement with Levee Partners and Capital Construction Services. | 0.10 |
| 05/11/2017 | FOWL S | Drafted notice of lease determination for rejection of leases; communicated with client regarding same. | 0.60 |
| 05/11/2017 | FOWL S | Communicated with counsel for landlord regarding closed bid process and modifications to termination agreement. | 0.30 |
| 05/11/2017 | FOWL S | Revised motion for entry of an order approving lease rejections and terminations from Round 1; communicated with client regarding same. | 1.20 |
| 05/11/2017 | FOWL S | Communicated with MLB regarding assignment agreements and objections thereto. | 0.50 |
| 05/11/2017 | FOWL S | Communicated with counsel for landlord regarding closed bid auction. | 0.20 |
| 05/11/2017 | JORI W | Communications regarding handling of lease rejection notices. | 0.20 |
| 05/11/2017 | HOKA J | Exchanged emails with counsel to Potomac Festival regarding continuance of hearing on contested lease assignments. | 0.50 |
| 05/12/2017 | FOWL S | Drafted additional notice of lease rejections; communicated with client regarding same. | 0.40 |
| 05/12/2017 | FOWL S | Communicated with client regarding lease rejection issues. | 0.50 |
| 05/12/2017 | FOWL S | Drafted notice of lease determination for second round of leases; communicated with Hilco regarding same; communicated with client regarding same. | 0.70 |
| 05/12/2017 | FOWL S | Finalized motion to approve treatment of leases; communicated with client regarding same. | 0.40 |
| 05/12/2017 | FOWL S | Reviewed proposed termination agreements from five Brixmor related properties. | 1.30 |
| 05/12/2017 | FOWL S | Communicated with Hilco and MLB regarding Fort Lauderdale issues. | 0.40 |
| 05/12/2017 | FOWL S | Drafted contract rejection notice; communicated with client regarding same. | 0.50 |
| 05/12/2017 | FOWL S | Communicated with Hilco regarding Fort Lauderdale issues; communicated with counsel for Aldi regarding same. | 0.70 |
| 05/12/2017 | FOWL S | Communicated with Hilco regarding dates for lease rejections. | 0.30 |
| 05/12/2017 | HOKA J | Reviewed and forwarded Lakeland FL's Notice respecting signage violations. | 0.30 |

Assumption and Rejection of Leases and Contracts

Invoice No. 1470741

Our Matter No. 60605.0003

June 8, 2017

| 05/14/2017 | FOWL S | Reviewed and analyzed termination agreements for Matthews, Reynoldsburg, Gurnee, Florence, Columbus, Brooksville, Memphis, Clearwater, and Naperville. | 1.90 |
|---|---|---|---|
| 05/14/2017 | FOWL S | Reviewed and analyzed assignment agreements for Spartanburg, Kokomo, Birmingham, and Snellville; reviewed and analyzed leases related to same. | 3.40 |
| 05/15/2017 | FOWL S | Drafted notice of lease determination for second round rejections. | 0.50 |
| 05/15/2017 | FOWL S | Drafted notice of lease determination for second round assignment agreements. | 0.50 |
| 05/15/2017 | FOWL S | Prepared for hearing on lease assignments. | 3.20 |
| 05/15/2017 | FOWL S | Communicated with counsel for landlord regarding Fort Lauderdale; communicated with counsel for ALDI regarding same. | 1.20 |
| 05/15/2017 | FOWL S | Communicated with Hilco and client regarding hearings. | 0.50 |
| 05/15/2017 | FOWL S | Reviewed and analyzed objection to Fort Lauderdale assignment. | 0.80 |
| 05/15/2017 | FOWL S | Communicated with MLB regarding hearing and lease assignment issues. | 1.60 |
| 05/15/2017 | FOWL S | Drafted notice of lease determination for second round termination agreements. | 0.70 |
| 05/15/2017 | FOWL S | Communicated with counsel for several landlords regarding objections to assignment in preparation for hearings. | 1.10 |
| 05/15/2017 | FOWL S | Communicated with client and Hilco regarding Round 2 and objections to Round 1. | 0.60 |
| 05/15/2017 | HOKA J | Participated in call with lead counsel regarding May 16th hearing on lease issues. | 0.80 |
| 05/15/2017 | HOKA J | Exchanged emails and spoke with counsel to Potomac Festival landlord regarding protocol for assumption/rejection. | 0.60 |
| 05/15/2017 | HOKA J | Participated in call with Hilco RE and BRG officers regarding Round II lease offers. | 0.60 |
| 05/16/2017 | FOWL S | Drafted notice of contract rejection; communicated with client regarding same. | 0.30 |
| 05/16/2017 | FOWL S | Communicated with Hilco and client to resolve assignment objections. | 0.60 |
| 05/16/2017 | FOWL S | Communicated with counsel for Kimco regarding cure amount; communicated with client regarding same. | 0.30 |
| 05/16/2017 | FOWL S | Communicated with counsel for Knoxville landlord regarding lease. | 0.20 |
| 05/16/2017 | FOWL S | Drafted notice of lease determination for additional rejection locations. | 0.50 |

Assumption and Rejection of Leases and Contracts
Our Matter No. 60605.0003

Invoice No. 1470741
June 8, 2017

| | | | |
|---|---|---|---|
| 05/16/2017 | FOWL S | Communicated with counsel for Aldi regarding terms of Assumption and Assignment Agreement. | 0.30 |
| 05/16/2017 | FOWL S | Attended hearing on lease assignments. | 2.20 |
| 05/16/2017 | FOWL S | Prepared for hearing on lease assignments. | 1.20 |
| 05/16/2017 | HOKA J | Reviewed email traffic regarding settlement of Bal Harbor/ALDI disputes. | 0.40 |
| 05/16/2017 | HOKA J | Attend hearing on objections to lease assignments. | 1.50 |
| 05/17/2017 | FOWL S | Communicated with Hilco regarding status of Round 1 adequate assurance and Round 2 assignments. | 0.40 |
| 05/17/2017 | FOWL S | Drafted notice of lease determination for additional rejected leases. | 0.40 |
| 05/17/2017 | HOKA J | Reviewed emails regarding terms of rejection orders. | 0.20 |
| 05/18/2017 | FOWL S | Drafted notice of lease determination; communicated with Hilco regarding same; communicated with client regarding same. | 0.70 |
| 05/18/2017 | FOWL S | Communicated with client and Hilco regarding status of Round 1 adequate assurance and Round 2 assignments. | 0.80 |
| 05/18/2017 | JORI W | Communications regarding handling of lease rejection notices and certificates of service for same. | 0.20 |
| 05/18/2017 | HOKA J | Forwarded Committee's approval of Trinitas agreement. | 0.10 |
| 05/18/2017 | HOKA J | Exchanged additional emails regarding Bal Harbour/ALDI issues. | 0.50 |
| 05/19/2017 | JORI W | Drafted certificates of service of lease and contract rejection notices. | 0.80 |
| 05/19/2017 | JORI W | Communications with client regarding service details needed for certificates of service regarding rejection of leases and contracts. | 0.20 |
| 05/19/2017 | JORI W | Gathered court filings regarding rejection of leases and contracts in order to prepare certificates of service regarding same. | 0.70 |
| 05/19/2017 | HOKA J | Exchanged emails regarding landlord's payment of assignment fee. | 0.20 |
| 05/19/2017 | HOKA J | Responded to ALDI counsel's email in response to Tabloff's position statement (.5); exchanged emails with M. Tabloff, et al., regarding same (.6); reviewed and discussed requirements for compliance with Subpoenas issued by Bal Harbour (.8); exchanged additional emails regarding ALDI's deadline for responding to Bal's request for information (.4); reviewed and forwarded admonition regarding contact with DSW (.2), and responded to ALDI's counsel's inquiry regarding same (.2). | 2.70 |
| 05/19/2017 | HOKA J | Finalize and forward Trinitas Settlement Agreement. | 0.80 |
| 05/21/2017 | HOKA J | Continued review of underlying documents and researched objection issues (1.0); prompted ALDI's counsel for proposal (.2). | 0.20 |

Assumption and Rejection of Leases and Contracts

Our Matter No. 60605.0003

Invoice No. 1470741

June 8, 2017

| 05/22/2017 | FOWL S | Communicated with client regarding termination process. | 0.30 |
|---|---|---|---|
| 05/22/2017 | FOWL S | Communicated with counsel for Fort Lauderdale landlord regarding lease issues; communicated with counsel for Aldi regarding same. | 0.40 |
| 05/22/2017 | FOWL S | Communicated with MLB, client, the Committee, DIP lenders, and ALDI regarding Fort Lauderdale deal. | 0.50 |
| 05/22/2017 | JORI W | Communications with M. Mallon regarding additional information needed for certificates of service regarding contract and lease rejections. | 0.20 |
| 05/22/2017 | JORI W | Received and reviewed tracking spreadsheet from client and updated certificate of service regarding contract rejections. | 0.50 |
| 05/22/2017 | JORI W | Received and reviewed communications from client and updated certificates of service regarding lease and contract rejections. | 0.20 |
| 05/22/2017 | HOKA J | Reviewed and forwarded Throgmartin letter. | 0.30 |
| 05/22/2017 | HOKA J | Reviewed and forwarded Trinitas' additional comments to settlement agreement. | 0.20 |
| 05/22/2017 | HOKA J | Forwarded subpoenas to litigation partner and discussed likely necessity of deposition coverage (.6); reviewed and exchanged numerous emails and calls regarding ALDI's settlement offer (2.3); exchanged emails with constituents regarding status and requests for authority (1.1). | 4.00 |
| 05/22/2017 | ARCE A | Received and reviewed email from Haggard and attached notices of Rule 7030 deposition duces tecum to Aldi, Hilco and Debtors; conference call with Rossi and Hokanson to discuss same; received and read multiple, voluminous emails related to Aldi's assumption of lease and ensuing disputes; began reviewing documents relating to Bal Harbor dispute. | 2.50 |
| 05/23/2017 | FOWL S | Finalized motion to approve assignment and assumption of Newark Lease. | 0.60 |
| 05/23/2017 | JORI W | Received and reviewed additional data from client for certificates of service regarding lease rejection notices. | 0.20 |
| 05/23/2017 | HOKA J | Exchanged emails regarding terms of settlement of LL/assignee dispute (.8); provided update to parties and Court's staff (.3). | 1.10 |
| 05/23/2017 | ARCE A | Attention to Bal Harbor Square settlement and related communications. | 0.40 |
| 05/24/2017 | FOWL S | Communicated with team regarding assignment of Woodbridge and Sterling leases. | 0.70 |
| 05/24/2017 | FOWL S | Revised and finalized order for assignment of Newark lease. | 0.60 |
| 05/24/2017 | FOWL S | Drafted notice of contract determination for Zimmerman severance agreement. | 0.30 |
| 05/24/2017 | FOWL S | Revised and finalized motion to approve assignment of Woodbury lease. | 0.80 |

Assumption and Rejection of Leases and Contracts                                          Invoice No. 1470741
Our Matter No. 60605.0003                                                                        June 8, 2017

| | | | |
|---|---|---|---|
| 05/24/2017 | FOWL S | Drafted notice of lease determination for rejection of lease; communicated with client regarding same. | 0.50 |
| 05/24/2017 | FOWL S | Communicated with client and Hilco regarding status of assignment for rounds 1 and 2. | 0.60 |
| 05/24/2017 | FOWL S | Communicated with Hilco regarding status of first round assignments. | 0.30 |
| 05/24/2017 | JORI W | Reviewed and supplemented certificate of service relating to various contract rejection notices. | 0.30 |
| 05/24/2017 | JORI W | Communications with M. Mallon regarding details to complete the certificates of service regarding lease and contract rejection notices. | 0.50 |
| 05/24/2017 | JORI W | Received and reviewed updated lease rejection summary chart from client and continued preparation of certificate of service relating to various lease rejection notices. | 1.90 |
| 05/24/2017 | HOKA J | Exchanged emails regarding Debtors' surrender of leased trailers. | 0.40 |
| 05/25/2017 | FOWL S | Communicated with counsel for Aldi regarding Birmingham property; communicated with counsel for landlord regarding same. | 0.50 |
| 05/25/2017 | FOWL S | Drafted motion to approve treatment of rejected and terminated leases from Round 2 (1.5); drafted order for same (.6); communicated with client regarding same (.4). | 2.50 |
| 05/25/2017 | FOWL S | Drafted motion to approve treatment of rejected contracts and order approving same. | 1.40 |
| 05/25/2017 | FOWL S | Communicated with counsel for Keith Zimmerman regarding contract; drafted Notice of Contract Determination based on same. | 0.50 |
| 05/25/2017 | FOWL S | Reviewed arguments in preparation for hearing. | 0.90 |
| 05/25/2017 | FOWL S | Communicated with counsel for Regency and counsel for the landlord regarding the Woodbridge lease issues. | 0.60 |
| 05/25/2017 | JORI W | Finalized and submitted with the court the certificates of service regarding notice on various contract counterparties and landlords of contract and lease rejections. | 0.80 |
| 05/25/2017 | HOKA J | Reviewed schedules and attended generally to efforts to assign or reject most leases before June 1. | 1.70 |
| 05/25/2017 | HOKA J | Responded to inquiry regarding calculation of stub rent. | 0.20 |
| 05/25/2017 | HOKA J | Reviewed and discussed Commodore's objection to proposed lease rejection. | 0.60 |
| 05/25/2017 | HOKA J | Prompted responses to revisions to Trinitas settlement agreement. | 0.40 |
| 05/25/2017 | HOKA J | Exchanged emails regarding Landlord's objection to proposed lease assignment (.4); requested input from constituencies (.3), and assisted with finalization of settlement terms (.5). | 1.20 |

Assumption and Rejection of Leases and Contracts

Invoice No. 1470741

Our Matter No. 60605.0003

June 8, 2017

| 05/26/2017 | FOWL S | Revised and finalized motion for order approving rejection of contracts. | 0.50 |
| 05/26/2017 | FOWL S | Communicated with counsel for Aldi regarding Birmingham lease. | 0.20 |
| 05/26/2017 | FOWL S | Revised motion for order on Round 2 rejections and terminations; communicated with client regarding same; communicated with counsel for objecting parties regarding same. | 0.80 |
| 05/26/2017 | JORI W | Prepared certificates of service regarding notices of agreements to terminate and assume leases and submitted same with the court. | 0.80 |
| 05/26/2017 | JORI W | Prepared certificate of service regarding notice of contract rejection and submitted same with the court. | 0.40 |
| 05/26/2017 | JORI W | Communications regarding service of addition notice of contract rejection. | 0.20 |
| 05/26/2017 | HOKA J | Spoke and exchanged emails with Commodore's counsel, and spoke internally, regarding mechanic's lien claims as objection to lease rejection. | 0.80 |
| 05/26/2017 | HOKA J | Attended to various and pending lease rejection issues. | 2.50 |
| 05/30/2017 | FOWL S | Communicated with Hilco regarding Kokomo lease issues. | 0.30 |
| 05/30/2017 | FOWL S | Communicated with Hilco and client regarding status of lease assignments and terminations. | 0.30 |
| 05/30/2017 | FOWL S | Revised and finalized motion to approve rejection and termination of Round 2 leases. | 0.70 |
| 05/30/2017 | FOWL S | Finalized notice of contract rejection; communicated with client regarding same; communicated with Zimmerman regarding same. | 0.40 |
| 05/30/2017 | FOWL S | Communicated with counsel for Kimco regarding Sterling lease. | 0.30 |
| 05/30/2017 | HOKA J | Exchanged emails regarding status of Trinitas settlement. | 0.20 |
| 05/30/2017 | HOKA J | Extended attention to open issues respecting lease rejections, including exchanges with landlords' counsel and updates and exchanges with constituencies' counsel. | 4.30 |
| 05/31/2017 | FOWL S | Revised order on motion to approve treatment of leases; communicated with various constituencies regarding same. | 0.40 |
| 05/31/2017 | ARCE A | Followed up on entry regarding resolution of Bal Harbor issue. | 0.20 |

**Total Professional Services** **$50,050.80**

**Total Invoice Balance Due** $50,050.80

Page 10

Assumption and Rejection of Leases and Contracts  
Our Matter No. 60605.0003

Invoice No. 1470741  
June 8, 2017

### OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 05/09/17 | 1465818 | $32,658.45 | $0.00 | $32,658.45 |
| 05/09/17 | 1467466 | $23,597.55 | $0.00 | $23,597.55 |
| 06/08/17 | 1470741 | $50,050.80 | $0.00 | $50,050.80 |
| | | | **Total Balance Due** | **$106,306.80** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|------------|-------|
| $106,306.80 | $0.00 | $0.00 | $0.00 | $0.00 | $106,306.80 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact  
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                    Invoice No. 1470741
Debtor-In-Possesion                                                              June 8, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Assumption and Rejection of Leases and Contracts
       Our Matter No. 60605.0003

## INVOICE SUMMARY

For Services rendered through May 31, 2017

Professional Services                                                         $50,050.80

**Total Current Invoice**                                                     **$50,050.80**

Previous Balance Due                                                          $56,256.00

Total Balance Due                                                             $106,306.80

### Payment Options

Online Payments:                          Wire/ACH Instructions:
**ClientPay**                             Huntington Bank
                                          ABA for ACH      074000078
                                          ABA for Wire     044000024
                                          Account No.      01401048453
                                          Swift Code:      HUNTUS33
                                          Please Reference **Invoice No. 1470741**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1470741**

Questions or concerns, please email **payice@icemiller.com**

---

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1470745
June 8, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Claims Administration and Objections
        Our Matter No. 60605.0008

## INVOICE SUMMARY

For Services rendered through May 31, 2017

| | |
|---|---|
| Professional Services | $504.00 |
| **Total Current Invoice** | **$504.00** |
| | |
| Previous Balance Due | $4,603.50 |
| Total Balance Due | $5,107.50 |



525+ transactions closed worth in excess of $20 billion in the past 5 years

Claims Administration and Objections
Our Matter No. 60605.0008

Invoice No. 1470745
June 8, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 05/10/2017 | EFRO H | Communications with creditor regarding filing claim. | 0.20 |
| 05/10/2017 | FOWL S | Communicated with noticing agent regarding service issues. | 0.40 |
| 05/16/2017 | EFRO H | Telephone call from creditor (Garage Door) regarding claim. | 0.20 |
| 05/31/2017 | FOWL S | Communicated with several customers regarding filing claims. | 0.40 |
| **Total Professional Services** | | | **$504.00** |

**Total Invoice Balance Due**      $504.00

### OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 05/09/17 | 1467470 | $4,603.50 | $0.00 | $4,603.50 |
| 06/08/17 | 1470745 | $504.00 | $0.00 | $504.00 |
| | | | **Total Balance Due** | **$5,107.50** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|------------|-------|
| $5,107.50 | $0.00 | $0.00 | $0.00 | $0.00 | $5,107.50 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Invoice No. 1470745
June 8, 2017

Re:   Claims Administration and Objections
      Our Matter No. 60605.0008

## INVOICE SUMMARY

For Services rendered through May 31, 2017

| | |
|---|---:|
| Professional Services | $504.00 |
| **Total Current Invoice** | **$504.00** |
| Previous Balance Due | $4,603.50 |
| Total Balance Due | $5,107.50 |

### Payment Options

Online Payments:
**ClientPay**
ClientPay®

Wire/ACH Instructions:
Huntington Bank
ABA for ACH     074000078
ABA for Wire    044000024
Account No.      01401048453
Swift Code:       HUNTUS33
Please Reference **Invoice No. 1470745**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1470745**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1470747
June 8, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Employee Benefits and Pensions
        Our Matter No. 60605.0010

## INVOICE SUMMARY

For Services rendered through May 31, 2017

| | |
|---|---:|
| Professional Services | $9,947.70 |
| **Total Current Invoice** | **$9,947.70** |
| Previous Balance Due | $26,209.30 |
| Total Balance Due | $36,157.00 |



deals done
525+ transactions closed worth in excess of $20 billion in the past 5 years

Employee Benefits and Pensions
Our Matter No. 60605.0010

Invoice No. 1470747
June 8, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 05/01/2017 | CRIS T | Attention to the reply from Whitworth at the Ohio Bureau of Workers' Compensation and considered follow-up concerning the same. | 0.20 |
| 05/03/2017 | HOKA J | Call with DOL's counsel and review DOL's documents demands with Company officers. | 0.60 |
| 05/03/2017 | HOKA J | Exchanges with lead counsel regarding KERP motion issues. | 0.20 |
| 05/04/2017 | HOKA J | Internal call regarding Board approval for KEIP and KERP (.2); call with co-counsel regarding motion to approve of KEIP and KERP (.3). | 0.50 |
| 05/05/2017 | BURK C | Reviewed benefit plan communications; researched related issues worked on mark-up regarding same. | 2.30 |
| 05/07/2017 | HOKA J | Reviewed and responded to inquiry from OH Dept of Workers Comp. | 0.30 |
| 05/07/2017 | HOKA J | Responded to former employee's email regarding status of back pay claim. | 0.30 |
| 05/11/2017 | HOKA J | Participated in call with BRG officers and counsel to Committee and Lenders regarding KEIP and KERP. | 0.80 |
| 05/16/2017 | HOKA J | Reviewed GACP's response to KERP/KEIP proposals. | 0.30 |
| 05/19/2017 | HOKA J | Reviewed email regarding GACP's additional comments to KERP and KEIP. | 0.40 |
| 05/23/2017 | BURK C | Worked on review of Principal Financial Group 401(k) plan termination documents; researched partial termination and vesting issues; reviewed plan provisions; call with Desilets regarding same. | 3.30 |
| 05/23/2017 | HOKA J | Participated in call regarding benefit plan wind down. | 0.70 |
| 05/23/2017 | HOKA J | Exchanged emails regarding particulars of KEIP and KERP motions. | 0.50 |
| 05/24/2017 | BURK C | Worked on draft of board resolutions to terminate 401(k) plan; e-mail to client regarding same. | 0.90 |
| 05/24/2017 | HOKA J | Exchanged emails with Company officer and DOL's counsel regarding responses to Subpoena for welfare plan information. | 0.80 |
| 05/24/2017 | HOKA J | Exchanged emails with Company and BRG officers, and assisted with finalization and filing of KERP Motion and related documents. | 1.20 |
| 05/25/2017 | HOKA J | Exchanged emails with DOL's counsel and Company officers regarding Subpoena responses. | 0.40 |
| 05/26/2017 | BURK C | Worked on status of DOL audit and related issues. | 0.80 |
| 05/26/2017 | HOKA J | Reviewed draft Memo and responded to inquiry regarding health insurance transition proposal. | 0.80 |

Employee Benefits and Pensions
Our Matter No. 60605.0010

Invoice No. 1470747
June 8, 2017

| | | | |
|---|---|---|---|
| 05/26/2017 | HOKA J | Spoke with DOL investigator regarding status of document production (.8); provided summary to client officers (.4). | 1.20 |
| 05/31/2017 | BURK C | Reviewed issue regarding stipends for benefit coverage; worked on 401(k) plan forfeiture allocation issues; call with Desilets regarding same. | 1.50 |

**Total Professional Services** **$9,947.70**

**Total Invoice Balance Due** $9,947.70

### OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 05/09/17 | 1465823 | $2,476.80 | $0.00 | $2,476.80 |
| 05/09/17 | 1467472 | $23,732.50 | $0.00 | $23,732.50 |
| 06/08/17 | 1470747 | $9,947.70 | $0.00 | $9,947.70 |
| | | | **Total Balance Due** | **$36,157.00** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---|---|---|---|---|---|
| $36,157.00 | $0.00 | $0.00 | $0.00 | $0.00 | $36,157.00 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                  Invoice No. 1470747
Debtor-In-Possesion                                                   June 8, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Employee Benefits and Pensions
         Our Matter No. 60605.0010

## INVOICE SUMMARY

For Services rendered through May 31, 2017

| | |
|---|---|
| Professional Services | $9,947.70 |
| **Total Current Invoice** | **$9,947.70** |
| Previous Balance Due | $26,209.30 |
| Total Balance Due | $36,157.00 |

### Payment Options

**Online Payments:**
**ClientPay**
ClientPay

Wire/ACH Instructions:
Huntington Bank
ABA for ACH     074000078
ABA for Wire     044000024
Account No.     01401048453
Swift Code:     HUNTUS33
Please Reference **Invoice No. 1470747**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1470747**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1470746
June 8, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Corporate Governance and Board Matters
       Our Matter No. 60605.0009

## INVOICE SUMMARY

For Services rendered through May 31, 2017

Professional Services                                          $17,364.15

**Total Current Invoice**                                      **$17,364.15**

Previous Balance Due                                           $93,408.05

Total Balance Due                                              $110,772.20



Corporate Governance and Board Matters
Our Matter No. 60605.0009

Invoice No. 1470746
June 8, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 05/01/2017 | THOR J | Analysis of governance issues on bonus plans severance and related matters and on severance and PTO/vacation matters. | 2.70 |
| 05/02/2017 | THOR J | Telephone conference with Melendi on compensation issues and bonus plans (.4 HR.); attention to formal approvals of DIP budget and related matters (3.1 HR.). | 3.50 |
| 05/02/2017 | HOKA J | Exchanges regarding endorsements on D&O policies. | 0.50 |
| 05/02/2017 | HUBE B | Followed up regarding discovery period extension with directors and officers insurer; followed up with Britton regarding directors and officers extension. | 1.00 |
| 05/03/2017 | THOR J | Attention to D&O discovery period extension alternatives. | 0.40 |
| 05/03/2017 | HOKA J | Additional exchanges regarding endorsements for D&O policies. | 0.40 |
| 05/03/2017 | HUBE B | Reviewed e-mails regarding discovery extension; provided extension and proof extensions for team. | 0.50 |
| 05/04/2017 | THOR J | Attention to KEIP and KERP terms and approval by Board and e-mails to Bankovich and Melendi on the same. | 1.70 |
| 05/05/2017 | THOR J | Preparation of Board minutes for 4-24-2017 and 4-27-2017 (1.9 HR.); attention to final DIP Budget approval by the Board and related matters (.9 HR). | 2.80 |
| 05/07/2017 | HOKA J | Reviewed Agenda and supporting documents for May 8th Board call. | 0.20 |
| 05/08/2017 | THOR J | Preparation for and attended Board meeting. | 1.70 |
| 05/08/2017 | FOWL S | Attended Board call. | 0.60 |
| 05/08/2017 | HOKA J | Participated in Board call. | 0.50 |
| 05/11/2017 | THOR J | Review of additional D&O alternatives (run-off and discovery period extension (1.3 HR); attention to governance issues related to D&O (.8 HR). | 2.10 |
| 05/11/2017 | HOKA J | Reviewed and discussed company officer's emails regarding D&O coverage. | 0.40 |
| 05/12/2017 | THOR J | Preparation of Board minutes for 5/8/17 Board meeting and transmittal to K. Kovacs. | 1.40 |
| 05/12/2017 | HOKA J | Reviewed and proposed revisions to Board minutes. | 0.30 |
| 05/15/2017 | THOR J | Preparation for and participated in Board meeting. | 0.90 |
| 05/15/2017 | FOWL S | Attended weekly Board call. | 0.70 |
| 05/15/2017 | HOKA J | Participated in Board call. | 0.70 |

Corporate Governance and Board Matters
Our Matter No. 60605.0009

Invoice No. 1470746
June 8, 2017

| 05/17/2017 | THOR J | Attention to required Board members and officers and to status of required Board action for varioius actions. | 0.80 |
| 05/19/2017 | THOR J | Preparation of minutes of May 15, 2017 Board meeting and transmittal of the same to K. Kovacs (.8 HR.); reviewed and responded on approval by Board of KEIP and KERP (.4 HR.). | 1.20 |
| 05/19/2017 | HOKA J | Assisted with identification of counsel for Board members and officers. | 0.20 |
| 05/30/2017 | THOR J | Preparation for and participated in HHG Board meeting and attention to auction authorization. | 0.80 |
| 05/30/2017 | FOWL S | Attended Board meeting. | 0.50 |
| 05/30/2017 | HOKA J | Participate in Board call. | 0.50 |

| **Total Professional Services** | **$17,364.15** |
|---|---|

**Total Invoice Balance Due**     $17,364.15

### OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 05/09/17 | 1465822 | $58,345.25 | $0.00 | $58,345.25 |
| 05/09/17 | 1467471 | $35,062.80 | $0.00 | $35,062.80 |
| 06/08/17 | 1470746 | $17,364.15 | $0.00 | $17,364.15 |
| | | | **Total Balance Due** | **$110,772.20** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---|---|---|---|---|---|
| $110,772.20 | $0.00 | $0.00 | $0.00 | $0.00 | $110,772.20 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                     Invoice No. 1470746
Debtor-In-Possesion                                                              June 8, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Corporate Governance and Board Matters
       Our Matter No. 60605.0009

## INVOICE SUMMARY

For Services rendered through May 31, 2017

Professional Services                                                        $17,364.15

**Total Current Invoice**                                                    **$17,364.15**

Previous Balance Due                                                         $93,408.05

Total Balance Due                                                            $110,772.20

### Payment Options

Online Payments:                          Wire/ACH Instructions:
**ClientPay**                             Huntington Bank
                                          ABA for ACH      074000078
                                          ABA for Wire     044000024
                                          Account No.      01401048453
                                          Swift Code:      HUNTUS33
                                          Please Reference **Invoice No. 1470746**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1470746**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1470744
June 8, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Case Administration
        Our Matter No. 60605.0007

## INVOICE SUMMARY

For Services rendered through May 31, 2017

| | |
|---|---|
| Professional Services | $26,280.00 |
| Disbursements | $1,022.89 |
| **Total Current Invoice** | **$27,302.89** |
| Previous Balance Due | $124,479.02 |
| Total Balance Due | $151,781.91 |



deals done
525+ transactions closed worth in excess of $20 billion in the past 5 years

Case Administration
Our Matter No. 60605.0007

Invoice No. 1470744
June 8, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 05/01/2017 | FOWL S | Finalized objection to motion for adequate protection. | 0.40 |
| 05/01/2017 | JORI W | Supplemented draft application and supporting documents to Employ Ogletree as ordinary course counsel. | 0.40 |
| 05/01/2017 | JORI W | Reviewed engagement agreement with Hilco Streambank and prepared application to Employ Hilco Streambank, along with supporting documents to same. | 1.70 |
| 05/01/2017 | JORI W | Finalized and submitted with the court, the final DIP financing order, along with exhibits to same. | 0.70 |
| 05/01/2017 | JORI W | Reviewed engagement agreement with Altus and prepared application to Employ Altus Group, along with supporting documents to same. | 1.80 |
| 05/01/2017 | HOKA J | Working lunch meeting with counsel to DIP Lenders and Committee, Client officer, and BRG officers regarding strategy for proceeding. | 2.00 |
| 05/02/2017 | FOWL S | Communicated with MLB regarding next steps and strategy. | 0.40 |
| 05/02/2017 | JORI W | Reviewed status of orders on motions to employ professionals. | 0.20 |
| 05/02/2017 | JORI W | Received and submitted affidavits of service with the court. | 0.40 |
| 05/02/2017 | JORI W | Received and reviewed e-mail from the court regarding additional filings needed. | 0.30 |
| 05/02/2017 | JORI W | Reviewed court docket regarding hearings and objections to prepare agenda for tomorrow's hearing. | 1.10 |
| 05/02/2017 | HOKA J | Respond to BRG's inquiry regarding transcript from May 1st hearing. | 0.20 |
| 05/02/2017 | HOKA J | Call with lead counsel regarding delegation of responsibilities. | 0.60 |
| 05/03/2017 | FOWL S | Revised and finalized monthly operating report for filing. | 0.30 |
| 05/03/2017 | FOWL S | Reviewed objection to assumption of Hilco/Gordon Brothers agreement. | 0.80 |
| 05/03/2017 | JORI W | Communications with Donlin regarding service of documents. | 0.20 |
| 05/03/2017 | JORI W | Reviewed e-mails regarding interim compensation procedure and notices to draw to prepare for handling of documents. | 0.20 |
| 05/03/2017 | JORI W | Reviewed and submitted affidavits of service. | 0.40 |
| 05/03/2017 | JORI W | Reviewed and submitted declarations of Tiger and Great American in support of motion for authority to enter consulting agreement for phase II store closing. | 0.70 |

Case Administration
Our Matter No. 60605.0007

Invoice No. 1470744
June 8, 2017

| | | | |
|---|---|---|---|
| 05/03/2017 | HOKA J | Respond to inquiry regarding payment of UST fees. | 0.20 |
| 05/03/2017 | HOKA J | Respond to BRG's inquiries regarding required amendments to Schedules and SOFAs. | 1.20 |
| 05/03/2017 | HOKA J | Attend hearing on lease issues. | 0.80 |
| 05/04/2017 | BANT H | Conducted correspondence with client regarding need for IP portfolio docket; correspondence regarding assembling same; correspondence regarding client's consultant's request for IP portfolio docket. | 0.50 |
| 05/04/2017 | EHIN M | Consultation on potential personal liability on sales tax obligations; consultation with Hagler on research on same. | 0.70 |
| 05/04/2017 | JORI W | Reviewed docket and communications with Donlin regarding additional affidavits of service needed. | 0.50 |
| 05/04/2017 | JORI W | Received, reviewed and submitted affidavits of service. | 0.40 |
| 05/04/2017 | JORI W | Received and reviewed communications regarding updates to bankruptcy schedules in order to assist with same. | 0.20 |
| 05/04/2017 | HOKA J | Continued exchanges regarding amendments to schedules. | 0.80 |
| 05/05/2017 | FOWL S | Revised and finalized agenda for Monday's hearings. | 0.50 |
| 05/05/2017 | FOWL S | Communicated with noticing agent regarding service issues. | 0.60 |
| 05/05/2017 | EHIN M | Research and analysis on potential trust fund liability for state sales taxes and state standards for imposing liability; consultation with Schnellenberger on same. | 2.10 |
| 05/05/2017 | JORI W | Received, reviewed and submitted several affidavits of service with the court. | 0.50 |
| 05/05/2017 | JORI W | Reviewed BestCase software to complete additional forms in response to the court's request. | 0.80 |
| 05/05/2017 | JORI W | Communications with Donlin regarding affidavits of service needed. | 0.20 |
| 05/05/2017 | JORI W | Prepared agenda for Monday's hearing. | 0.50 |
| 05/05/2017 | JORI W | Received and reviewed e-mails regarding completion and filing of various documents. | 0.30 |
| 05/05/2017 | HOKA J | Exchanged emails with Court's staff regarding matters set for May 8th hearing. | 0.20 |
| 05/07/2017 | FOWL S | Communicated with client regarding confidentiality of certain leases. | 0.20 |
| 05/07/2017 | FOWL S | Finalized agenda for hearing. | 0.50 |
| 05/07/2017 | HOKA J | Exchanges with Hilco's counsel regarding preparations for May 8th hearing. | 0.20 |

Case Administration
Our Matter No. 60605.0007

Invoice No. 1470744
June 8, 2017

| | | | |
|---|---|---|---|
| 05/07/2017 | HOKA J | Exchanged emails with Company officers regarding May 8th hearing and necessity of witnesses. | 0.20 |
| 05/08/2017 | FOWL S | Communicated with counsel for LG regarding issues with credits. | 0.40 |
| 05/08/2017 | FOWL S | Attended hearing on Gemmel motion for relief from stay and issue of employment of liquidators under 327. | 2.70 |
| 05/08/2017 | FOWL S | Prepared for hearing on Gemmel motion for relief from stay and issue of employment of liquidators under 327. | 2.60 |
| 05/08/2017 | FOWL S | Communicated with counsel for the Committee regarding today's hearings and lease procedures motion. | 0.30 |
| 05/08/2017 | EHIN M | Attention to CAT in Ohio and personal liability on same. | 0.50 |
| 05/08/2017 | JORI W | Sent income and expense statement to Kovacs in order to complete same for filing with the court. | 0.30 |
| 05/08/2017 | JORI W | Reviewed docket and sent e-mail to Donlin regarding pending list of affidavits of serving needed. | 0.50 |
| 05/08/2017 | JORI W | Reviewed and submitted affidavits of service with the court. | 0.30 |
| 05/08/2017 | HOKA J | Participated in hearing on Hilco retention issues. | 2.00 |
| 05/09/2017 | FOWL S | Communicated with UST regarding continued 341 meeting and notices to creditors. | 0.20 |
| 05/09/2017 | EHIN M | Research and analysis regarding personal liability tax question; correspondence on same. | 0.90 |
| 05/09/2017 | JORI W | Communications with Kovacs regarding income and expense statement to be filed with the court. | 0.20 |
| 05/09/2017 | JORI W | Received and submitted various affidavits of service with the court. | 0.50 |
| 05/09/2017 | JORI W | Received, reviewed and responded to multiple communications from Donlin regarding service of documents. | 0.60 |
| 05/09/2017 | HOKA J | Discussed scheduling continued 341 meeting, and procedure for providing notice. | 0.50 |
| 05/09/2017 | HOKA J | Exchanged emails regarding request for shortened notice of anticipated 9019 Motions. | 0.40 |
| 05/10/2017 | FOWL S | Communicated with DIP lenders and the committee regarding status of GOBs, sale of IP, lease issues, vendor credits, and deposits. | 1.50 |
| 05/10/2017 | JORI W | Reviewed e-mail from client regarding income and expense report needed to meet court requirements. | 0.10 |
| 05/10/2017 | JORI W | Received, reviewed and submitted various affidavits of service with the court. | 0.50 |

Case Administration
Our Matter No. 60605.0007

Invoice No. 1470744
June 8, 2017

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 05/10/2017 | HOKA J | Responded to BRG's inquiry regarding amended schedules and notice issues. | 0.20 |
| 05/10/2017 | HOKA J | Exchanged emails with Court staff regarding availability of Judge Graham to hear lease issues. | 0.50 |
| 05/11/2017 | FOWL S | Communicated with lenders and the committee regarding KEIP and KERP. | 0.50 |
| 05/11/2017 | FOWL S | Communicated with client regarding collection of amounts owed to company. | 0.90 |
| 05/11/2017 | JORI W | Communications with Donlin and received and submitted affidavits of service with the court. | 0.70 |
| 05/11/2017 | JORI W | Researched creditor information regarding BMO Harris Bank to respond to call from same. | 0.40 |
| 05/11/2017 | JORI W | Communications regarding preparation of business income and expense statement. | 0.30 |
| 05/11/2017 | HOKA J | Exchanged emails regarding necessity of filing now-mooted documents in response to deficiency notices. | 0.20 |
| 05/11/2017 | HOKA J | Reviewed and proposed revisions to Hilco's draft Supplemental Order Approving Consulting Agreement, etc. | 0.60 |
| 05/11/2017 | HUBE B | Reviewed proposal for discovery extension and evaluated. | 0.60 |
| 05/12/2017 | FOWL S | Communicated with client regarding Farnam acknowledgement. | 0.20 |
| 05/12/2017 | FOWL S | Communicated with client regarding document retention. | 0.70 |
| 05/12/2017 | JORI W | Received, reviewed and submitted affidavits of service with the court. | 0.30 |
| 05/15/2017 | FOWL S | Finalized agenda for hearing. | 0.40 |
| 05/15/2017 | JORI W | Received and submitted affidavits of service with the court. | 0.20 |
| 05/15/2017 | JORI W | E-mails with Donlin to direct handling of service of documents. | 0.20 |
| 05/15/2017 | JORI W | Reviewed court docket and drafted proposed agenda for tomorrow's hearing. | 0.60 |
| 05/15/2017 | HOKA J | Exchanged emails with lead counsel regarding scheduled deadlines and delegation of responsibilities. | 0.50 |
| 05/15/2017 | HOKA J | Exchanged emails with Court's staff regarding scheduling issues. | 0.20 |
| 05/16/2017 | FOWL S | Communicated with client and BRG regarding status of collecting funds. | 0.70 |
| 05/16/2017 | JORI W | Received and submitted affidavits of service with the court. | 0.50 |
| 05/16/2017 | JORI W | Communications with Donlin regarding documents to serve. | 0.20 |
| 05/16/2017 | HOKA J | Reviewed and forwarded UST's email regarding unfinished tasks and requests for information. | 0.40 |

Case Administration
Our Matter No. 60605.0007

Invoice No. 1470744
June 8, 2017

| 05/16/2017 | HOKA J | Exchanged emails with Court's staff and internally regarding matters scheduled for hearing. | 0.50 |
|---|---|---|---|
| 05/17/2017 | FOWL S | Finalized order granting motion to assume agreement with Hilco. | 0.20 |
| 05/17/2017 | JORI W | Received, reviewed and submitted affidavits of service with the court. | 0.30 |
| 05/17/2017 | JORI W | Conferred with attorneys regarding preparation of amended Schedules E and F. | 0.20 |
| 05/17/2017 | HOKA J | Responded to inquiry regarding payment of sale consultants' fees (.4); finalized and forwarded Court's order approving same (.5). | 0.90 |
| 05/17/2017 | HOKA J | Exchanged emails regarding required amendment to Schedule F and notice to added creditors. | 0.60 |
| 05/18/2017 | JORI W | Prepared amended Schedules E/F and attachments to same. | 0.70 |
| 05/18/2017 | HOKA J | Responded to M. Soto's emails regarding status of OH worker's comp claims. | 0.60 |
| 05/18/2017 | HOKA J | Exchanged additional messages regarding payment of consultants' fees. | 0.20 |
| 05/19/2017 | JORI W | Reviewed court docket in order to monitor status of affidavits of service needed from Donlin. | 0.30 |
| 05/20/2017 | HOKA J | Exchanged emails regarding local rules inquiry. | 0.40 |
| 05/22/2017 | EFRO H | Advised regarding local procedure on approval of KERP. | 0.20 |
| 05/22/2017 | JORI W | Internal communications regarding handling of amended schedules. | 0.10 |
| 05/22/2017 | JORI W | Communications with Donlin regarding affidavits of service needed. | 0.10 |
| 05/22/2017 | JORI W | Received, reviewed and submitted various affidavits of service with the court. | 0.40 |
| 05/22/2017 | HOKA J | Spoke with M. Soto regarding strategy for responding to OH worker's comp issues. | 0.50 |
| 05/23/2017 | JORI W | Received, reviewed and submitted affidavits of service with the court. | 0.60 |
| 05/23/2017 | HOKA J | Draft Motion to Seal portions of data supporting KERP Motion. | 0.80 |
| 05/24/2017 | FOWL S | Drafted proposed agenda for hearing. | 0.50 |
| 05/24/2017 | FOWL S | Communicated with client and MLB regarding KERP motion. | 0.60 |
| 05/24/2017 | FOWL S | Revised and finalized motion to seal KERP affidavit. | 1.20 |
| 05/24/2017 | FOWL S | Revised and finalized KERP motion. | 1.30 |
| 05/24/2017 | HOKA J | Exchanged emails with Committee counsel regarding status of May 25th hearings. | 0.30 |
| 05/25/2017 | FOWL S | Drafted notice of vacated hearing. | 0.20 |

Case Administration
Our Matter No. 60605.0007

Invoice No. 1470744
June 8, 2017

| 05/25/2017 | FOWL S | Communicated with client team regarding status of collections. | 0.90 |
| 05/25/2017 | FOWL S | Finalized agenda for hearing. | 0.30 |
| 05/25/2017 | JORI W | Received, reviewed and submitted various affidavits of service with the court. | 0.30 |
| 05/25/2017 | JORI W | Reviewed docket and communications with Donlin regarding service. | 0.20 |
| 05/25/2017 | JORI W | Finalized and submitted with the court the proposed agenda for today's hearing. | 0.30 |
| 05/25/2017 | JORI W | Communications with BRG and counsel regarding amended schedules. | 0.20 |
| 05/25/2017 | HOKA J | Finalized Motion to Destroy Documents. | 0.30 |
| 05/25/2017 | HOKA J | Assisted with finalization of Agenda (.2) and later, Notice of vacation of hearing (.1). | 0.30 |
| 05/26/2017 | JORI W | Reviewed docket and communications regarding additional affidavits of service needed. | 0.20 |
| 05/26/2017 | JORI W | Received and submitted affidavit of service with the court. | 0.20 |
| 05/26/2017 | JORI W | Communications regarding status of pending tasks and documents to be submitted with the court. | 0.20 |
| 05/26/2017 | HOKA J | Responded to Clerk of Court's inquiry regarding e-filing issue. | 0.30 |
| 05/26/2017 | HOKA J | Provided update regarding status of KERP and KEIP Motions. | 0.20 |
| 05/30/2017 | FOWL S | Communicated with lenders and the Committee regarding cash flow issues. | 0.60 |
| 05/30/2017 | FOWL S | Reviewed and finalized April monthly operating report. | 0.60 |
| 05/30/2017 | FOWL S | Communicated with counsel for the Committee regarding DIP budget and collection issues. | 0.40 |
| 05/30/2017 | HOKA J | Exchanged emails with Court's staff regarding status of scheduled hearings. | 0.20 |

| **Total Professional Services** | **$26,280.00** |

### COSTS ADVANCED

| Description | Amount |
| --- | --- |
| Color Photocopies | $330.00 |
| Photocopies | $344.70 |
| Courier Expense | $79.65 |

Case Administration
Our Matter No. 60605.0007

Invoice No. 1470744
June 8, 2017

## COSTS ADVANCED

| Description | Amount |
|---|---|
| Photocopies | $48.60 |
| Business lunch prior to hearing on April 26, 2017. | $219.94 |
| **Total Cost Advanced** | **$1,022.89** |

| | |
|---|---|
| **Total Invoice Balance Due** | $27,302.89 |

### OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 05/09/17 | 1465821 | $62,314.00 | $0.00 | $62,314.00 |
| 05/09/17 | 1467469 | $62,165.02 | $0.00 | $62,165.02 |
| 06/08/17 | 1470744 | $27,302.89 | $0.00 | $27,302.89 |
| | | | **Total Balance Due** | **$151,781.91** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---|---|---|---|---|---|
| $151,781.91 | $0.00 | $0.00 | $0.00 | $0.00 | $151,781.91 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                    Invoice No. 1470744
Debtor-In-Possesion                                                        June 8, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Case Administration
       Our Matter No. 60605.0007

**INVOICE SUMMARY**

For Services rendered through May 31, 2017

Professional Services                                                       $26,280.00

Disbursements                                                               $1,022.89

**Total Current Invoice**                                                   **$27,302.89**

Previous Balance Due                                                        $124,479.02

Total Balance Due                                                           $151,781.91

---

Payment Terms: Net 30
Tax ID: 35-0874357

Case Administration

Invoice No. 1470744

Our Matter No. 60605.0007

June 8, 2017

## Payment Options

Online Payments:
**ClientPay**

**ClientPay**®

Wire/ACH Instructions:
Huntington Bank
ABA for ACH    074000078
ABA for Wire    044000024
Account No.    01401048453
Swift Code:    HUNTUS33
Please Reference **Invoice No. 1470744**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1470744**

Questions or concerns, please email **payice@icemiller.com**



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1470748
June 8, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Employment and Fee Applications
       Our Matter No. 60605.0011

## INVOICE SUMMARY

For Services rendered through May 31, 2017

| | |
|---|---|
| Professional Services | $11,114.55 |
| **Total Current Invoice** | **$11,114.55** |
| Previous Balance Due | $20,337.75 |
| Total Balance Due | $31,452.30 |



525+ transactions closed worth in excess of $20 billion in the past 5 years

Employment and Fee Applications
Our Matter No. 60605.0011

Invoice No. 1470748
June 8, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 05/02/2017 | HOKA J | Reviewed and commented on draft Affidavits of Tiger/GA. | 0.80 |
| 05/02/2017 | HOKA J | Requested information relative to Ogletree's ordinary course engagement. | 0.20 |
| 05/03/2017 | HOKA J | Provided email to all debtors' professionals summarizing protocol for fee applications, etc. | 0.60 |
| 05/03/2017 | HOKA J | Assisted with filing Tiger/GA affidavits in settlement of UST's objection to Sale Motion. | 0.20 |
| 05/03/2017 | HOKA J | Assisted with preparation of materials for monthly fee draw. | 1.00 |
| 05/04/2017 | JORI W | Finalized and submitted motions to draw professional fees of Morgan Lewis and Malfitano. | 1.10 |
| 05/04/2017 | HOKA J | Responded to inquiries regarding local protocol for notices of draw. | 0.40 |
| 05/05/2017 | FOWL S | Revised and finalized ordinary course application for Ogletree. | 1.10 |
| 05/05/2017 | FOWL S | Revised and finalized ordinary course application for Altus. | 0.70 |
| 05/05/2017 | FOWL S | Revised and finalized application to employ Hilco Streambank; communicated with Hilco Streambank regarding same. | 1.60 |
| 05/05/2017 | JORI W | Reviewed and forwarded to Ogletree and Altus Group, the proposed applications to employ along with supporting affidavits, in order to complete missing information and obtain approval for filing. | 0.50 |
| 05/05/2017 | HOKA J | Exchanged emails with counsel to Tiger/GA regarding status of retention issues. | 0.40 |
| 05/05/2017 | HOKA J | Reviewed and revised Ogletree retention application and supporting documents. | 0.80 |
| 05/05/2017 | HOKA J | Reviewed and revised Altus' retention application and supporting documents. | 0.40 |
| 05/05/2017 | HOKA J | Reviewed and revised Hilco/Streambank retention application and supporting documents. | 0.80 |
| 05/05/2017 | HOKA J | Exchanged emails regarding Notice of Draws for debtors' professionals. | 0.20 |
| 05/06/2017 | FOWL S | Reviewed reply brief filed by Hilco/Gordon Brothers in preparation for Monday's hearing. | 0.60 |
| 05/07/2017 | HOKA J | Review and forward Tiger/GA's proposed Order approving Consulting Agreement (and approving Tiger/GA's employment as liquidator). | 0.40 |
| 05/08/2017 | FOWL S | Finalized application to employ Hilco Streambank; communicated with Hilco Streambank regarding same. | 0.60 |

Employment and Fee Applications

Our Matter No. 60605.0011

Invoice No. 1470748

June 8, 2017

| 05/08/2017 | JORI W | Communications regarding status of applications to employ professionals in order to assist with finalizing and filing same. | 0.40 |
|---|---|---|---|
| 05/08/2017 | HOKA J | Exchanged emails regarding UST's objection to retention provisions of Hilco Consulting Agreement. | 0.50 |
| 05/09/2017 | JORI W | Calculated fees to finalize Ice Miller's notice of draw for services performed March, 2017 and submitted same with the court. | 1.30 |
| 05/09/2017 | JORI W | Communications to follow-up on professional employment applications. | 0.20 |
| 05/09/2017 | HOKA J | Assisted with finalization of IM's Notice of Draw for March 2016. | 0.60 |
| 05/10/2017 | JORI W | Began preparing notice of draw for Ice Miller's April fees. | 0.30 |
| 05/12/2017 | JORI W | Received and reviewed e-mail from P. Broome and the approved versions of Altus employment application and affidavit in support of same. | 0.40 |
| 05/12/2017 | HOKA J | Responded to lead counsel's inquiry regarding timing and protocol for fee applications. | 0.20 |
| 05/15/2017 | JORI W | Finalized and submitted with the court Morgan Lewis' notice of draw for April 2017 fees. | 0.40 |
| 05/15/2017 | HOKA J | Reviewed MLB's Notice of Draw (April 2017). | 0.20 |
| 05/15/2017 | HOKA J | Reviewed April invoices for Notice of Draw. | 0.80 |
| 05/16/2017 | FOWL S | Finalized MLB supplemental disclosure. | 0.30 |
| 05/16/2017 | JORI W | Communications with Ogletree regarding disclosures to be made in affidavit in support of application to employ. | 0.30 |
| 05/16/2017 | JORI W | Finalized and submitted with the court the supplemental declaration regarding MLB's application to employ. | 0.70 |
| 05/16/2017 | HOKA J | Exchanged emails regarding Ogletree application. | 0.20 |
| 05/17/2017 | FOWL S | Revised and finalized application to employ Altus. | 0.80 |
| 05/17/2017 | JORI W | Finalized and submitted with the court, application to employ Altus, along with affidavit in support of same, notice and proposed order. | 0.80 |
| 05/17/2017 | JORI W | Communications regarding further supplements to ordinary course employment applications. | 0.20 |
| 05/19/2017 | HOKA J | Reviewed and forwarded BRG's summary of professional fees. | 0.20 |
| 05/22/2017 | JORI W | Received and reviewed telephone call and e-mail from Ogletree regarding affidavit in support of application to employ. | 0.30 |
| 05/22/2017 | JORI W | Finalized and submitted with the court Ice Miller's notice of draw for April 2017 services. | 0.30 |

Employment and Fee Applications

Our Matter No. 60605.0011

Invoice No. 1470748

June 8, 2017

| 05/22/2017 | JORI W | Reviewed Ice Miller invoices for April services and prepared notice of draw. | 0.80 |
| 05/22/2017 | HOKA J | Responded to lead counsel's inquiry regarding fee application protocol. | 0.20 |
| 05/22/2017 | HOKA J | Assisted with finalization of IM's Notice of Draw for April. | 0.40 |
| 05/23/2017 | JORI W | Reviewed and supplemented application to employ Ogletree and supporting documents to same. | 0.60 |
| 05/24/2017 | HOKA J | Exchanged emails with BRG officer regarding protocol for payment of professionals' fees. | 0.50 |
| 05/26/2017 | FOWL S | Revised and finalized application to employ Ogletree. | 0.60 |
| 05/26/2017 | JORI W | Finalized and submitted Ogletree retention documents with the court. | 0.70 |
| 05/26/2017 | HOKA J | Assisted with finalization of retention applications for ordinary course professionals. | 0.80 |
| 05/30/2017 | HOKA J | Exchanged emails regarding status of ordinary course retentions. | 0.20 |
| 05/31/2017 | FOWL S | Revised and finalized order granting application to employ Hilco Streambank. | 0.30 |

**Total Professional Services** **$11,114.55**

**Total Invoice Balance Due** $11,114.55

### OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 05/09/17 | 1465824 | $9,119.25 | $0.00 | $9,119.25 |
| 05/09/17 | 1467473 | $11,218.50 | $0.00 | $11,218.50 |
| 06/08/17 | 1470748 | $11,114.55 | $0.00 | $11,114.55 |
| | | | **Total Balance Due** | **$31,452.30** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---|---|---|---|---|---|
| $31,452.30 | $0.00 | $0.00 | $0.00 | $0.00 | $31,452.30 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Page 4

Employment and Fee Applications
Our Matter No. 60605.0011

Invoice No. 1470748
June 8, 2017

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Invoice No. 1470748
June 8, 2017

Re:    Employment and Fee Applications
       Our Matter No. 60605.0011

## INVOICE SUMMARY

For Services rendered through May 31, 2017

| | |
|---|---|
| Professional Services | $11,114.55 |
| **Total Current Invoice** | **$11,114.55** |
| Previous Balance Due | $20,337.75 |
| Total Balance Due | $31,452.30 |

### Payment Options

**Online Payments:**
**ClientPay**
ClientPay

Wire/ACH Instructions:
Huntington Bank
ABA for ACH    074000078
ABA for Wire    044000024
Account No.    01401048453
Swift Code:    HUNTUS33
Please Reference **Invoice No. 1470748**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1470748**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1470749
June 8, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Financing and Cash Collateral
        Our Matter No. 60605.0013

## INVOICE SUMMARY

For Services rendered through May 31, 2017

| | |
|---|---:|
| Professional Services | $5,545.80 |
| **Total Current Invoice** | **$5,545.80** |
| | |
| Previous Balance Due | $24,132.60 |
| Total Balance Due | $29,678.40 |



525+ transactions closed worth in excess of $20 billion in the past 5 years

Financing and Cash Collateral
Our Matter No. 60605.0013

Invoice No. 1470749
June 8, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 05/01/2017 | FOWL S | Attended final DIP hearing. | 1.40 |
| 05/01/2017 | HOKA J | Reviewed and revised Objection to Throgmartin's Motion to Adequate Protection, and subsequent exchanges to assist with finalization of same. | 1.20 |
| 05/01/2017 | HOKA J | Assisted with finalization of DIP Order. | 0.50 |
| 05/01/2017 | HOKA J | Attended final hearing on DIP Motion. | 1.50 |
| 05/01/2017 | HOKA J | Meeting with counsel to DIP Lenders and Committee in preparation for Final hearing on DIP Motion. | 2.50 |
| 05/02/2017 | HOKA J | Circulated Final DIP Order among constituencies. | 0.40 |
| 05/09/2017 | HOKA J | Reviewed and forwarded Lender's fee statement. | 0.20 |
| 05/16/2017 | HOKA J | Exchanged emails with GACP's counsel and internally discussed provisions affected by delay in lease administration (.4); forwarded emails and discussed with lead counsel and BRG officers (.9). | 1.30 |
| 05/18/2017 | HOKA J | Exchanged emails regarding treatment of customer's deposit. | 0.60 |
| 05/30/2017 | HOKA J | Participated in all-parties, all-professionals call regarding budget issues. | 0.60 |
| 05/30/2017 | HOKA J | Participated in call with Company officers and counsel to Committee and Debtors. | 0.40 |

| **Total Professional Services** | **$5,545.80** |
|---|---|

| **Total Invoice Balance Due** | $5,545.80 |
|---|---|

Financing and Cash Collateral
Our Matter No. 60605.0013

Invoice No. 1470749
June 8, 2017

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 05/09/17 | 1465825 | $8,911.35 | $0.00 | $8,911.35 |
| 05/09/17 | 1467475 | $15,221.25 | $0.00 | $15,221.25 |
| 06/08/17 | 1470749 | $5,545.80 | $0.00 | $5,545.80 |
| | | | **Total Balance Due** | **$29,678.40** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---|---|---|---|---|---|
| $29,678.40 | $0.00 | $0.00 | $0.00 | $0.00 | $29,678.40 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Invoice No. 1470749
June 8, 2017

Re:   Financing and Cash Collateral
       Our Matter No. 60605.0013

## INVOICE SUMMARY

For Services rendered through May 31, 2017

| | |
|---|---:|
| Professional Services | $5,545.80 |
| **Total Current Invoice** | **$5,545.80** |
| Previous Balance Due | $24,132.60 |
| Total Balance Due | $29,678.40 |

### Payment Options

Online Payments:
**ClientPay**

Wire/ACH Instructions:
Huntington Bank
ABA for ACH     074000078
ABA for Wire    044000024
Account No.      01401048453
Swift Code:      HUNTUS33
Please Reference **Invoice No. 1470749**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1470749**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1470750
June 8, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Litigation
       Our Matter No. 60605.0014

## INVOICE SUMMARY

For Services rendered through May 31, 2017

| | |
|---|---|
| Professional Services | $6,198.45 |
| **Total Current Invoice** | **$6,198.45** |
| | |
| Previous Balance Due | $51,677.62 |
| Total Balance Due | $57,876.07 |



deals done

525+ transactions closed worth in excess of $20 billion in the past 5 years

Litigation
Our Matter No. 60605.0014

Invoice No. 1470750
June 8, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 05/03/2017 | HOKA J | Call with A. Gallo regarding Elux and Whirlpool matters. | 0.20 |
| 05/04/2017 | FOWL S | Communicated with Wells regarding strategy for Whirlpool and Electrolux adversary. | 0.50 |
| 05/04/2017 | HOKA J | Call with co- and lead counsel regarding strategy for proceeding in Elux and Whirlpool adversary proceedings. | 0.30 |
| 05/07/2017 | HOKA J | Reviewed and responded to email traffic regarding State vs. Sears, et al. lawsuit. | 0.40 |
| 05/07/2017 | HOKA J | Reviewed Committee's summary of discussions with opposing counsel. | 0.30 |
| 05/08/2017 | ARCE A | Followed up on communications regarding potential settlement. | 0.30 |
| 05/09/2017 | ARCE A | Read and reviewed Electrolux lien analysis; related emails. | 0.50 |
| 05/10/2017 | ARCE A | Read communications to and from Grow regarding Whirlpool dispute. | 0.30 |
| 05/11/2017 | HOKA J | Spoke with vendor's counsel regarding timing and information requirements for settlement discussions. | 0.30 |
| 05/11/2017 | HOKA J | Exchanged emails with BRG officers regarding information required for pending litigation matters. | 0.40 |
| 05/11/2017 | ARCE A | Multiple email communications regarding Whirlpool agreements and responsive pleading. | 0.30 |
| 05/12/2017 | FOWL S | Communicated with counsel for lenders regarding resolution of pending adversaries. | 0.50 |
| 05/12/2017 | HOKA J | Participated in call with Lender counsel regarding litigated matters. | 0.70 |
| 05/12/2017 | ARCE A | Multiple email communications regarding Electrolux financial analysis. | 0.30 |
| 05/17/2017 | FOWL S | Reviewed brief in support of Wells Fargo's motion to dismiss Whirlpool complaint. | 0.60 |
| 05/17/2017 | FOWL S | Reviewed answer to Whirlpool complaint. | 0.50 |
| 05/17/2017 | HOKA J | Participated in call with constituencies regarding litigation matters. | 0.80 |
| 05/17/2017 | HOKA J | Reviewed and provided comments to responsive pleading for Whirlpool litigation. | 0.50 |
| 05/17/2017 | ARCE A | Received and reviewed draft answer and counterclaim to Whirlpool complaint; read multiple comments related to same; received and reviewed draft Wells Fargo motion to dismiss. | 1.70 |

Litigation

Our Matter No. 60605.0014

Invoice No. 1470750

June 8, 2017

| 05/18/2017 | ARCE A | Read final version of answer and counterclaim to Whirlpool complaint; supervised filing of same, with exhibits; related email communications. | 0.80 |
| 05/24/2017 | HOKA J | Spoke with Elux's counsel regarding proposed Stipulation. | 0.20 |
| 05/24/2017 | ARCE A | Conference call with Gallo to address procedural issues. | 0.20 |
| 05/25/2017 | HOKA J | Exchanged emails with Elux's counsel and co-counsel regarding reservation of rights stipulation. | 0.60 |
| 05/26/2017 | ARCE A | Received and reviewed Hilco's motion to dismiss (Electrolux). | 0.30 |
| 05/30/2017 | HOKA J | Reviewed A. Morical's email regarding status of Lindblom vs. Sears, et al. litigation. | 0.20 |

**Total Professional Services** **$6,198.45**

**Total Invoice Balance Due** $6,198.45

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 05/09/17 | 1465826 | $33,809.77 | $0.00 | $33,809.77 |
| 05/09/17 | 1467476 | $17,867.85 | $0.00 | $17,867.85 |
| 06/08/17 | 1470750 | $6,198.45 | $0.00 | $6,198.45 |
| | | | **Total Balance Due** | **$57,876.07** |

## AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $57,876.07 | $0.00 | $0.00 | $0.00 | $0.00 | $57,876.07 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Invoice No. 1470750
June 8, 2017

Re:    Litigation
       Our Matter No. 60605.0014

## INVOICE SUMMARY

For Services rendered through May 31, 2017

| | |
|---|---:|
| Professional Services | $6,198.45 |
| **Total Current Invoice** | **$6,198.45** |
| Previous Balance Due | $51,677.62 |
| Total Balance Due | $57,876.07 |

### Payment Options

**Online Payments:**
**ClientPay**
ClientPay

Wire/ACH Instructions:
Huntington Bank
ABA for ACH      074000078
ABA for Wire     044000024
Account No.      01401048453
Swift Code:       HUNTUS33
Please Reference **Invoice No. 1470750**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1470750**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1470752
June 8, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Relief from Stay and Adequate Protection
       Our Matter No. 60605.0019

## INVOICE SUMMARY

For Services rendered through May 31, 2017

| | |
|---|---|
| Professional Services | $1,593.00 |
| **Total Current Invoice** | **$1,593.00** |
| | |
| Previous Balance Due | $996.30 |
| Total Balance Due | $2,589.30 |



deals done

525+ transactions closed worth in excess of **$20 billion** in the past **5 years**

Relief from Stay and Adequate Protection

Our Matter No. 60605.0019

Invoice No. 1470752

June 8, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|---|---|---|---|
| 05/04/2017 | FOWL S | Reviewed motion for relief from stay filed by Klipsch. | 0.80 |
| 05/05/2017 | HOKA J | Reviewed and forwarded analysis of Klipsch stay motion. | 0.40 |
| 05/08/2017 | FOWL S | Revised and finalized order on Gemmel motion for relief from stay; communicated with counsel for Gemmel and Zurich regarding same. | 0.70 |
| 05/08/2017 | HOKA J | Exchanged emails and reviewed draft language provided by Zurich's counsel. | 0.50 |
| 05/09/2017 | HOKA J | Spoke and sent confirming email to claimant's counsel regarding FL state court lawsuit. | 0.50 |
| 05/10/2017 | HOKA J | Call with M. Lehman regarding protocol for stay relief for Participated in claimants, and provided insurance information and Order terms. | 0.60 |
| **Total Professional Services** | | | **$1,593.00** |

**Total Invoice Balance Due**                                              $1,593.00

### OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 05/09/17 | 1465828 | $442.80 | $0.00 | $442.80 |
| 05/09/17 | 1467477 | $553.50 | $0.00 | $553.50 |
| 06/08/17 | 1470752 | $1,593.00 | $0.00 | $1,593.00 |
| | | | **Total Balance Due** | **$2,589.30** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---|---|---|---|---|---|
| $2,589.30 | $0.00 | $0.00 | $0.00 | $0.00 | $2,589.30 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Relief from Stay and Adequate Protection

Our Matter No. 60605.0019

Invoice No. 1470752

June 8, 2017

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                        Invoice No. 1470752
Debtor-In-Possesion                                                          June 8, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Relief from Stay and Adequate Protection
       Our Matter No. 60605.0019

## INVOICE SUMMARY

For Services rendered through May 31, 2017

Professional Services                                                        $1,593.00

**Total Current Invoice**                                                    **$1,593.00**

Previous Balance Due                                                         $996.30

Total Balance Due                                                            $2,589.30

### Payment Options

Online Payments:                        Wire/ACH Instructions:
**ClientPay**                           Huntington Bank
                                        ABA for ACH    074000078
                                        ABA for Wire   044000024
                                        Account No.    01401048453
                                        Swift Code:    HUNTUS33
                                        Please Reference **Invoice No. 1470752**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1470752**

Questions or concerns, please email **payice@icemiller.com**

---

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1470751
June 8, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Meetings and Communications with Creditors
        Our Matter No. 60605.0015

## INVOICE SUMMARY

For Services rendered through May 31, 2017

Professional Services                                                    $10,072.80

**Total Current Invoice**                                     **$10,072.80**



525+ transactions closed worth in excess of $20 billion in the past 5 years

Meetings and Communications with Creditors
Our Matter No. 60605.0015

Invoice No. 1470751
June 8, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 03/22/2017 | EFRO H | Telephone call from customer regarding deposit. | 0.20 |
| 03/22/2017 | HOKA J | Respond to creditor calls. | 1.80 |
| 03/23/2017 | HOKA J | Respond to creditor calls. | 1.80 |
| 03/24/2017 | EFRO H | Telephone call from customer regarding deposit. | 0.20 |
| 03/24/2017 | HOKA J | Respond to creditor calls. | 0.80 |
| 03/24/2017 | HOKA J | Exchanges with Clerk's staff regarding creditor inquiries. | 0.20 |
| 03/27/2017 | FOWL S | Returned calls to customers regarding 341 notices. | 2.80 |
| 03/28/2017 | HOKA J | Respond to creditor calls. | 0.80 |
| 03/29/2017 | HOKA J | Respond to creditor calls. | 2.00 |
| 03/30/2017 | HOKA J | Respond to creditor calls. | 1.70 |
| 03/31/2017 | HOKA J | Respond to creditor calls. | 0.60 |
| 05/02/2017 | HOKA J | Call with former employees regarding vacation pay issues. | 0.40 |
| 05/04/2017 | FOWL S | Communicated with creditor regarding filing of proof of claim. | 0.20 |
| 05/05/2017 | HOKA J | Responded to inquiry regarding gift card usage. | 0.20 |
| 05/05/2017 | HOKA J | Reviewed and responded to BRG's inquiry regarding Customer's "double deposit." | 0.50 |
| 05/09/2017 | HOKA J | Spoke with disgruntled customer (.4); spoke with counsel to deposit customer (.2). | 0.60 |
| 05/10/2017 | HOKA J | Reviewed and provided extended response to Icon's counsel's demands for return of goods. | 1.00 |
| 05/10/2017 | HOKA J | Respond to creditor inquiries. | 0.80 |
| 05/11/2017 | HOKA J | Exchanged emails with creditor's counsel regarding POC filing. | 0.20 |
| 05/16/2017 | HOKA J | Responded to customers' inquiries regarding claims. | 0.40 |
| 05/17/2017 | HOKA J | Assisted with form of response to customers regarding claims protocol. | 0.80 |
| 05/22/2017 | HOKA J | Responded to multiple inquiries regarding claims protocol. | 0.50 |
| 05/25/2017 | HOKA J | Spoke with and provided information to counsel to Mr. Burris. | 0.30 |
| 05/26/2017 | HOKA J | Returned calls from various creditors. | 0.60 |

Meetings and Communications with Creditors
Our Matter No. 60605.0015

Invoice No. 1470751
June 8, 2017

---

**Total Professional Services**            **$10,072.80**

---

**Total Invoice Balance Due**            $10,072.80

### OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 06/08/17 | 1470751 | $10,072.80 | $0.00 | $10,072.80 |
| | | | **Total Balance Due** | **$10,072.80** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|------------|------------|-------------|------------|-------|
| $10,072.80 | $0.00 | $0.00 | $0.00 | $0.00 | $10,072.80 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com


**LEGAL COUNSEL**

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                    Invoice No. 1470751
Debtor-In-Possesion                                                                      June 8, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Meetings and Communications with Creditors
        Our Matter No. 60605.0015

## INVOICE SUMMARY

For Services rendered through May 31, 2017

Professional Services                                                                    $10,072.80

**Total Current Invoice**                                                        **$10,072.80**

### Payment Options

Online Payments:                         Wire/ACH Instructions:
**ClientPay**                                  Huntington Bank
                                                      ABA for ACH     074000078
                                                      ABA for Wire     044000024
                                                      Account No.      01401048453
                                                      Swift Code:       HUNTUS33
                                                      Please Reference **Invoice No. 1470751**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1470751**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1470753
June 8, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Tax
       Our Matter No. 60605.0021

## INVOICE SUMMARY

For Services rendered through May 31, 2017

| | |
|---|---:|
| Professional Services | $20,574.20 |
| Disbursements | $303.45 |
| **Total Current Invoice** | **$20,877.65** |
| Previous Balance Due | $2,092.50 |
| Total Balance Due | $22,970.15 |



Tax

Our Matter No. 60605.0021

Invoice No. 1470753

June 8, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 05/01/2017 | SCHN T | Reviewed email from Foster regarding Internal Revenue Service notification. | 0.40 |
| 05/02/2017 | SCHN T | Researched and analyzed notice requirements regarding returns in bankruptcy. | 2.00 |
| 05/03/2017 | SCHN T | Followed up regarding state sales tax laws. | 1.40 |
| 05/04/2017 | SCHN T | Followed up on issues regarding pre-petition taxes; email to Hokanson regarding same; reviewed responses regarding questions. | 2.40 |
| 05/04/2017 | HAGL J | Researched officer trust fund tax liability for every state within which HHgregg operates drafted analysis. | 4.00 |
| 05/04/2017 | HOKA J | Assisted with analysis of response to tax audit requests. | 0.60 |
| 05/05/2017 | SCHN T | Reviewed research regarding states with officer liability for sales taxes; followed up regarding same; reviewed email regarding tax priority status and bankruptcy treatment of trust fund taxes. | 3.20 |
| 05/05/2017 | HAGL J | Researched officer liability for trust fund taxes in all states within which HHgregg operates; researched closely within the states where audits are already being performed. | 5.60 |
| 05/08/2017 | SCHN T | Reviewed research regarding hhgregg officer liability for sales tax. | 0.50 |
| 05/09/2017 | SCHN T | Followed up regarding CAT filing and payment. | 0.70 |
| 05/09/2017 | FOWL S | Communicated with client regarding tax issues. | 0.30 |
| 05/10/2017 | SCHN T | Conference regarding state sales tax issues; analyzed same; drafted letter to state taxing authorities regarding bankruptcy. | 1.70 |
| 05/10/2017 | EHIN M | Working group call regarding personal liability for taxes; reviewed personal liability statutes on same. | 1.40 |
| 05/10/2017 | HOKA J | Participate in call with Client and BRG officers regarding administration of state sales tax obligations and pending audits. | 0.50 |
| 05/11/2017 | SCHN T | Reviewed and revised letter to taxing authorities; transmitted same. | 0.90 |
| 05/11/2017 | EHIN M | Reviewed draft letter to States regarding bankruptcy proceedings; consultation on personal liability analysis. | 0.60 |
| 05/12/2017 | SCHN T | Prepared letters to state sales tax auditors; followed up regarding practice of states that impose officer personal liabilities. | 2.20 |
| 05/12/2017 | EHIN M | Attention to personal liability analysis for state sales tax and strategy on same. | 0.30 |
| 05/14/2017 | RICH M | E-mails regarding Ohio, Pennsylvania and New Jersey sales tax laws. | 0.40 |

Tax

Our Matter No. 60605.0021

Invoice No. 1470753

June 8, 2017

| 05/15/2017 | SCHN T | Followed up regarding sales tax practices in jurisdictions that impose personal liability. | 0.50 |
|---|---|---|---|
| 05/15/2017 | RICH M | E-mails regarding responsible officer's liability for sales tax. | 0.10 |
| 05/16/2017 | SCHN T | Reviewed responses to sales tax queries regarding personal liability in various states. | 0.70 |
| 05/16/2017 | RICH M | Followed up with Pennsylvania counselor on responsible officer liability for sales tax; e-mail to Schnellenberger regarding same; follow up with Ohio counsel. | 0.60 |
| 05/16/2017 | EHIN M | Consultation regarding personal liability analysis; attention to Pennsylvania analysis on personal liability. | 0.30 |
| 05/17/2017 | SCHN T | Followed up regarding sales tax rules in Ohio and Pennsylvania; email correspondence regarding same. | 1.20 |
| 05/17/2017 | HAGL J | Researched Mississippi statute regarding officer liability for unpaid company sales tax; compared statutory authority to secondary authority from Bloomberg and from Mississippi Department of Revenue FAQ. | 2.00 |
| 05/17/2017 | EHIN M | Additional analysis related to personal liability question on trust fund taxes; consultation on same. | 1.60 |
| 05/22/2017 | SCHN T | Reviewed e-mail from Mallon regarding record retention; followed up regarding same. | 1.00 |
| 05/23/2017 | SCHN T | Reviewed e-mail regarding record retention; telephone conference with Mallon regarding record retention for sales tax; follow up regarding same. | 1.10 |
| 05/24/2017 | SCHN T | Consultation regarding sales tax examinations; follow up regarding same. | 1.00 |
| 05/25/2017 | HOKA J | Provided draft Motion to Destroy Records, and spoke with BRG officers regarding destruction of records. | 0.40 |
| 05/30/2017 | SCHN T | Reviewed email regarding Florida sales tax assessment; followed up regarding same. | 0.50 |

| **Total Professional Services** | **$20,574.20** |
|---|---|

## COSTS ADVANCED

| Description | Amount |
|---|---|
| Color Photocopies | $152.50 |
| Postage Expense | $51.95 |
| Legal Research Expense - WESTLAW - WESTLAW 60605.0021.05531.ENTER DESCRIPTI | $99.00 |

Tax
Our Matter No. 60605.0021

Invoice No. 1470753
June 8, 2017

| | |
|---|---|
| **Total Cost Advanced** | **$303.45** |

| | |
|---|---|
| **Total Invoice Balance Due** | $20,877.65 |

### OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 05/09/17 | 1467478 | $2,092.50 | $0.00 | $2,092.50 |
| 06/08/17 | 1470753 | $20,877.65 | $0.00 | $20,877.65 |
| | | | **Total Balance Due** | **$22,970.15** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---|---|---|---|---|---|
| $22,970.15 | $0.00 | $0.00 | $0.00 | $0.00 | $22,970.15 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.          Invoice No. 1470753
Debtor-In-Possesion          June 8, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Tax
       Our Matter No. 60605.0021

## INVOICE SUMMARY

For Services rendered through May 31, 2017

| | |
|---|---:|
| Professional Services | $20,574.20 |
| Disbursements | $303.45 |
| **Total Current Invoice** | **$20,877.65** |
| Previous Balance Due | $2,092.50 |
| Total Balance Due | $22,970.15 |

REMITTANCE

---

Payment Terms: Net 30
Tax ID: 35-0874357

Tax

Our Matter No. 60605.0021

Invoice No. 1470753

June 8, 2017

## **Payment Options**

Online Payments:                    Wire/ACH Instructions:

**ClientPay**                        Huntington Bank

                                     ABA for ACH    074000078

                                     ABA for Wire   044000024

                                     Account No.    01401048453

                                     Swift Code:    HUNTUS33

                                     Please Reference **Invoice No. 1470753**

Payment by check

Remit to : Ice Miller LLP

P.O. Box 68

Indianapolis, IN 46206-0068

Please include remittance or reference **Invoice No. 1470753**

Questions or concerns, please email **payice@icemiller.com**



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1470754
June 8, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Cost and Expenses
        Our Matter No. 60605.0023

## INVOICE SUMMARY

For Services rendered through May 31, 2017

| | |
|---|---|
| Disbursements | $1,528.46 |
| **Total Current Invoice** | **$1,528.46** |
| Previous Balance Due | $3,592.73 |
| Total Balance Due | $5,121.19 |



Cost and Expenses
Our Matter No. 60605.0023

Invoice No. 1470754
June 8, 2017

## COSTS ADVANCED

| Description | Amount |
| --- | --- |
| Color Photocopies | $37.00 |
| Photocopies | $188.10 |
| Courier Expense | $13.90 |
| Courier Expense | $356.42 |
| Postage Expense | $13.12 |
| Photocopies | $117.36 |
| Working lunch at McCormick & Schmick's of hhgregg company officer, committee, lender counsel and BRG on May 1, 2017. | $199.11 |
| Electronic Data Discovery Services: processing/ database creation/ data manipulation/ analyst ,Session 0001 on 60605_0023 CDVOL  HH01 | $250.00 |
| Cost for transcription of federal court hearing on May 1, 2017. | $302.50 |
| Meeting business meal. | $50.95 |
| **Total Cost Advanced** | **$1,528.46** |

| | |
| --- | --- |
| **Total Invoice Balance Due** | $1,528.46 |

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
| --- | --- | --- | --- | --- |
| 05/09/17 | 1465829 | $982.22 | $0.00 | $982.22 |
| 05/09/17 | 1467479 | $2,610.51 | $0.00 | $2,610.51 |
| 06/08/17 | 1470754 | $1,528.46 | $0.00 | $1,528.46 |
| | | | **Total Balance Due** | **$5,121.19** |

## AGED AR

Cost and Expenses
Our Matter No. 60605.0023

Invoice No. 1470754
June 8, 2017

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---|---|---|---|---|---|
| $5,121.19 | $0.00 | $0.00 | $0.00 | $0.00 | $5,121.19 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                    Invoice No. 1470754
Debtor-In-Possesion                                                              June 8, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Cost and Expenses
       Our Matter No. 60605.0023

## INVOICE SUMMARY

For Services rendered through May 31, 2017

Disbursements                                                             $1,528.46

**Total Current Invoice**                                                 **$1,528.46**

Previous Balance Due                                                      $3,592.73

Total Balance Due                                                         $5,121.19

### Payment Options

Online Payments:                      Wire/ACH Instructions:
**ClientPay**                         Huntington Bank
ClientPay                             ABA for ACH      074000078
                                      ABA for Wire     044000024
                                      Account No.      01401048453
                                      Swift Code:      HUNTUS33
                                      Please Reference **Invoice No. 1470754**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1470754**

Questions or concerns, please email **payice@icemiller.com**

---

Payment Terms: Net 30
Tax ID: 35-0874357