

**BINGHAM GREENEBAUM DOLL LLP**
3913 Solutions Center
Chicago, IL 60677-3009
1-800-436-3644
I.D. #61-1584266

| | |
|---|---|
| Official Committee of Unsecured Creditors, Gregg Appliances<br>c/o Renee B. Weiss, DDR Corp.- Committee Chairperson<br>3300 Enterprise Parkway<br>Beachwood, OH 44122 | Account No.: 127821.000001<br>Invoice No.: 4391618<br>Invoice Date: July 10, 2017 |

**IN RE HHGREGG, INC. ET AL CHAPTER 11 CASE**

FOR PROFESSIONAL SERVICES RENDERED THROUGH JUNE 30, 2017:

| DATE | ATTORNEY/ PARALEGAL | TASK CODE | DESCRIPTION | HOURS |
|---|---|---|---|---|
| 06/01/17 | TCS | B110 | Memos to, from C. Hershcopf and confer J. Irving regarding fee estimate for liquidation and wind down period requested by BRG; memo to, from R. Kalnit regarding interim draw procedure | 0.40 |
| 06/01/17 | WLM | B112 | Teleconference with creditor regarding process of filing proof of claim | 0.20 |
| 06/01/17 | JRI2 | B170 | Conference with T. Scherer regarding attorneys' fees and case budget for Committee professionals (.2) | 0.20 |
| 06/01/17 | JRI2 | B190 | Correspondence with co-professional to the Committee, R. Kalnit, and Committee members regarding dispute of Debtor's proposed KEIP (.1) | 0.10 |
| 06/01/17 | TCS | B220 | Receipt, review R. Kalnit memo regarding changes to KEIP program | 0.10 |
| 06/02/17 | TCS | B112 | Receipt, review creditor inquiry regarding schedule of unsecured debt and review schedules; memo to creditor, Green Mountain (.2), regarding claim amount, schedules and proof of claim information at Donlin (.2) | 0.40 |
| 06/02/17 | TCS | B130 | Receipt, review R. Kalnit memo regarding IP sale process | 0.10 |
| 06/02/17 | TCS | B185 | Receipt, review order on rejection of leases and fixing effective date of rejection | 0.20 |

**BINGHAM GREENEBAUM DOLL LLP**

| | | Invoice No.: | 4391618 |
|---|---|---|---|
| Official Committee of Unsecured Creditors, Gregg Appliances | | Invoice Date: | July 10, 2017 |
| 127821.000001 | | Page | 2 |

| DATE | ATTORNEY/ PARALEGAL | TASK CODE | DESCRIPTION | HOURS |
|---|---|---|---|---|
| 06/05/17 | TCS | B170 | Receipt, review BRG draw notice for March 2017 | 0.10 |
| 06/05/17 | TCS | B170 | Receipt, review M. Boyd memo regarding draw notices and payments due Committee professionals; reply M. Boyd regarding same | 0.20 |
| 06/05/17 | TCS | B210 | Conference call R. Kalnit regarding performance under budget and liquidation alternatives | 0.50 |
| 06/05/17 | TCS | B220 | Receipt, review UST objections regarding KERP plan and motion to seal | 0.30 |
| 06/06/17 | TCS | B110 | Receipt, review Hokanson memo regarding hearing dates for IP sale and lender | 0.30 |
| 06/06/17 | TCS | B110 | Receipt, review Debtor motion regarding expedited hearing on business record destruction | 0.20 |
| 06/06/17 | TCS | B120 | Receipt, review multiple memos from debtor counsel, GALP and R. Kalnit regarding vendor credit demands and proposed complaint including target parties, amounts and process for collection of vendor credits (.3); receipt, review follow-up memos from R. Kalnit C. Hershcopf regarding related claims - preferences - for creditor group (.3); review of draft complaint, demand letters (.3) | 0.90 |
| 06/06/17 | TCS | B120 | Receipt, review Hokanson memo regarding Synchrony Bank claim and defense and proposed conference call | 0.20 |
| 06/06/17 | TCS | B120 | Receipt, review Hokanson memo regarding CIT claim and Kovacs memo regarding collection litigation; memos from GACP, R. Kalnit regarding same | 0.30 |
| 06/07/17 | TCS | B110 | Receipt, review notice of hearing on Debtor's motion regarding business records | 0.10 |
| 06/07/17 | TCS | B110 | Receipt, review Hokanson memo regarding debtor claim against Synchrony; GACP response | 0.10 |
| 06/07/17 | TCS | B110 | Receipt, review R. Kalnit, Hokanson and GACP memos regarding vendor credit claim, including detail and comments regarding LG claim (,3(; receipt, review memos regarding response dates and schedule for filing suit on vendor credits (.2) | 0.50 |
| 06/08/17 | JRI2 | B130 | Correspondence with R. Kalnit and Committee members regarding IP sales and related issues (.2) | 0.20 |
| 06/08/17 | JRI2 | B150 | Correspondence with co-professionals and the | 0.10 |

**BINGHAM GREENEBAUM DOLL LLP**

| | | | | |
|---|---|---|---|---|
| Official Committee of Unsecured Creditors, Gregg Appliances 127821.000001 | | | Invoice No.: 4391618<br>Invoice Date: July 10, 2017<br>Page 3 | |

| DATE | ATTORNEY/ PARALEGAL | TASK CODE | DESCRIPTION | HOURS |
|---|---|---|---|---|
| | | | Committee members regarding Committee call to discuss case status (.1) | |
| 06/09/17 | WLM | B160 | E-mail correspondence with Cooley regarding ASK objection deadline and order approving employment | 0.20 |
| 06/09/17 | SHM | B170 | Draft Notice of Draw on Retainer for May, 2017 | 0.20 |
| 06/12/17 | TCS | B120 | Receipt, review Hokanson memo and letter regarding Synchrony claim | 0.20 |
| 06/12/17 | WLM | B120 | Research regarding statute of limitations for breach of fiduciary duty under Indiana law (1.0); Memo to Cooley regarding same (.2) | 1.20 |
| 06/12/17 | JRI2 | B150 | Correspondence with R. Kalnit regarding case update and presentation to Committee members (.2) | 0.20 |
| 06/12/17 | TCS | B160 | Receipt, review order on ASK employment and memo to Miskowiec regarding same | 0.20 |
| 06/12/17 | CBM | B170 | Begin researching and drafting BGD's first interim fee application for services rendered as local counsel to the Committee of Unsecured Creditors | 2.80 |
| 06/12/17 | TCS | B190 | Review cases and W. Mosby memo regarding statute of limitations regarding fiduciary duty claims and confer W. Mosby regarding same | 0.60 |
| 06/12/17 | TCS | B190 | Receipt, review objections regarding destruction of business records | 0.20 |
| 06/13/17 | TCS | B110 | Receipt, review Hokanson memo and hearing agenda | 0.20 |
| 06/13/17 | TCS | B120 | Receipt, review Province report and budget update | 0.50 |
| 06/13/17 | WLM | B150 | Review of slides for Committee update and participated in Committee status call | 0.80 |
| 06/13/17 | TCS | B185 | Receipt, review memos from debtor regarding stipulation on Electrolux contract rejection and responses from constituent parties | 0.30 |
| 06/13/17 | TCS | B220 | Receipt, review memos regarding KERP plan and comments questioning plan | 0.30 |
| 06/13/17 | TCS | B220 | Receipt, review Kovacs declaration regarding KERP | 0.10 |
| 06/14/17 | TCS | B110 | Receipt, review proposed agreed entry regarding Tidewater objection | 0.10 |
| 06/14/17 | TCS | B150 | Meet with counsel for debtor and lender prior to hearings regarding open issues on today's hearing, | 1.50 |

B‌ingham G‌reenebaum D‌oll llp

| | | | Invoice No.: | 4391618 |
|---|---|---|---|---|
| Official Committee of Unsecured Creditors, Gregg Appliances 127821.000001 | | | Invoice Date: | July 10, 2017 |
| | | | Page | 4 |

| DATE | ATTORNEY/ PARALEGAL | TASK CODE | DESCRIPTION | HOURS |
|---|---|---|---|---|
| | | | status of administrative claims and payments and plan for wind-down period | |
| 06/14/17 | TCS | B150 | Meet with counsel for debtor and lender regarding workstream projects and plan for wind-down period | 2.00 |
| 06/14/17 | JRI2 | B155 | Prepare for and attend hearing in chapter 11 case on KERP, motion to seal, and various other matters (1.5) | 1.50 |
| 06/14/17 | TCS | B155 | Attend hearings on lease rejections, Electrolux contract rejection, destruction of records, KERP plan | 1.50 |
| 06/14/17 | JRI2 | B195 | Travel from Louisville, KY to Indianapolis, IN for hearing and meetings, return travel (4.0) | 4.00 |
| 06/14/17 | TCS | B220 | Memo R. Kalnit regarding KERP plan participants and L. Peterson reply regarding same | 0.20 |
| 06/15/17 | TCS | B140 | Electrolux adequate protection motion and memo R. Kalnit | 0.20 |
| 06/15/17 | TCS | B185 | Receipt, review motion regarding lease assumption and notice of lease rejection | 0.10 |
| 06/15/17 | TCS | B185 | Receipt, review Hokanson memo and McCullough letter regarding Synchrony administrative claims and post-petition breach | 0.30 |
| 06/15/17 | JRI2 | B190 | Correspondence and conference with T. Scherer, R. Kalnit, S. Brown and A. Zollinger regarding dispute over Electrolux security interest and funds potentially placed in escrow, and review pleading related to the same (.3) | 0.30 |
| 06/15/17 | TCS | B220 | Receipt, review order/hearing notice regarding KEIP; memos regarding KEIP performance metrics; UST motion to continue hearing to mid-July | 0.50 |
| 06/16/17 | TCS | B130 | Receipt, review Synchrony objection to sale of IP | 0.10 |
| 06/16/17 | JRI2 | B170 | Correspondence with M. Boyd regarding draw requests and consider the same (.2) | 0.20 |
| 06/16/17 | TCS | B185 | Receipt, review rejection notice - Throgmartin lease | 0.10 |
| 06/16/17 | TCS | B190 | Receipt, review draft motion regarding Electrolux adequate protection and memos from lender, R. Kalnit regarding same | 0.30 |
| 06/17/17 | JRI2 | B190 | Correspondence between. S. Brown, A. Zollinger, and R. Kalnit regarding Motion to Escrow Electrolux funds (.2) | 0.20 |

**BINGHAM GREENEBAUM DOLL LLP**

| | |
|---|---|
| Official Committee of Unsecured Creditors, Gregg Appliances<br>127821.000001 | Invoice No.:  4391618<br>Invoice Date: July 10, 2017<br>Page           5 |

| DATE | ATTORNEY/ PARALEGAL | TASK CODE | DESCRIPTION | HOURS |
|---|---|---|---|---|
| 06/19/17 | TCS | B110 | Memos from M. Boyd, J. Hokanson, S. Brown regarding DIP budget, payment of fees and funding by debtor; memo from and teleconference with R. Kalnit regarding same | 0.40 |
| 06/19/17 | TCS | B120 | Receipt, review Kalnit memo regarding CIT letter of credit recovery | 0.20 |
| 06/19/17 | CBM | B170 | Continue drafting BGD's First Interim Fee Application, including reviewing invoices to summarize work done under each billing code | 2.30 |
| 06/19/17 | JRI2 | B170 | Review and file Cooley LLP draw request for May 2017 fees (.2); review and file Bingham Greenebaum Doll LLP draw request for May 2017 fees (.2); review and file Province draw request for May 2017 fees (.2); conference and correspondence with M. Boyd, W. Mosby, T. Scherer and C. Madden regarding May draw requests and quarterly fee application (.2) | 0.80 |
| 06/19/17 | TCS | B170 | Receipt, review R. Kalnit memo regarding interim fee application; memos to, from J. Irving regarding May draw notice and preparation of fee application; receipt, review May draw notices | 0.50 |
| 06/20/17 | TCS | B110 | Receipt, review debtor motion regarding scheduling additional creditors | 0.10 |
| 06/20/17 | WLM | B120 | Memo to Cooley regarding Indiana fraudulent transfer statutes | 0.50 |
| 06/20/17 | TCS | B140 | Receipt, review stay relief motion regarding FLSA claim and appeal | 0.10 |
| 06/20/17 | SHM | B170 | Assist J. Irving regarding May Draw Notices for Cooley, Province and BGD | 0.30 |
| 06/20/17 | TCS | B170 | Receipt, review notice regarding debtor interim fee application and Ice Miller fee application | 0.30 |
| 06/20/17 | WLM | B170 | Memo to Cooley regarding form interim fee application for financial advisor in Southern District of Indiana | 0.30 |
| 06/20/17 | TCS | B190 | Receipt, review memo regarding Electrolux case management plan | 0.10 |
| 06/21/17 | TCS | B110 | Receipt, review M. Boyd memo regarding supplement to Committee fee application regarding expanded role and reply regarding same | 0.30 |

**B**INGHAM **G**REENEBAUM **D**OLL LLP

| | | |
|---|---|---|
| Official Committee of Unsecured Creditors, Gregg Appliances 127821.000001 | Invoice No.: Invoice Date: Page | 4391618 July 10, 2017 6 |

| DATE | ATTORNEY/ PARALEGAL | TASK CODE | DESCRIPTION | HOURS |
|---|---|---|---|---|
| 06/21/17 | TCS | B110 | Receipt, review Hokanson memo and court staff comments regarding 6/27 hearing agenda, hearing date for asset sale and interim fee application | 0.20 |
| 06/21/17 | TCS | B120 | Receipt, review Samsung settlement agreement | 0.10 |
| 06/21/17 | CBM | B170 | Calculate breakdown of hours by timekeeper; calculate breakdown of hours by project category; complete first draft of BGD's First Interim Fee Application, exhibits, and proposed order | 2.60 |
| 06/21/17 | JRI2 | B170 | Correspondence with J. Hokanson, T. Scherer, W. Mosby, M. Boyd, and C. Madden regarding draw requests and fee applications (.2); consider impact of UST Large Case guidelines (.1); conference and correspondence with C. Madden regarding fee application (.2) | 0.50 |
| 06/21/17 | TCS | B170 | Receipt, review M. Boyd memo regarding interim fee applications and reply regarding same; memos to, from J. Irving regarding same | 0.30 |
| 06/21/17 | TCS | B185 | Receipt, review memos regarding landlord adequate protection claim and payment of stub sent | 0.10 |
| 06/22/17 | CBM | B170 | Review US Trustee's Fee Guidelines for larger chapter 11 cases (1.0); create tables summarizing fees by timekeeper, project category, Committee blended rate, general blended rate for BGD' First Interim Fee Application (1.5); draft cover sheet summarizing BGD's Fee Application (1.5); revise BGD's Fee Application pleading to conform to US Trustee's Fee Guidelines (1.5); correspondence with J. Carver regarding calculation of BGD's general blended rate for the year preceding Committee representation (.3); email correspondence with M. Boyd regarding BGD Fee Application (1.0) | 6.80 |
| 06/22/17 | JRI2 | B170 | Conference and correspondence regarding draw requests and quarterly fee applications with C. Madden and co-professionals to the Committee at Cooley LLP and Province (.2); consider the same (.2) | 0.40 |
| 06/22/17 | JRI2 | B190 | Correspondence with C. Hershcopf, M. Boyd and Committee members regarding preference demand letters and consider the same (.2) | 0.20 |
| 06/22/17 | TCS | B190 | Receipt, review multiple appearances for class of employees with claims and Hokanson memo | 0.40 |

**B**INGHAM **G**REENEBAUM **D**OLL LLP

| | | Invoice No.: | 4391618 |
|---|---|---|---|
| Official Committee of Unsecured Creditors, Gregg Appliances | | Invoice Date: | July 10, 2017 |
| 127821.000001 | | Page | 7 |

| DATE | ATTORNEY/ PARALEGAL | TASK CODE | DESCRIPTION | HOURS |
|---|---|---|---|---|
| | | | regarding assertion of statutory employee lien and stay relief motion | |
| 06/22/17 | TCS | B190 | Receipt, review C. Hershcopf memo and demands on Zimmerman and Just Marketing | 0.20 |
| 06/23/17 | TCS | B120 | Receipt, review R. Kalnit memo and Samsung settlement motion and notice | 0.20 |
| 06/23/17 | TCS | B120 | Receipt, review R. Kalnit memo with report on IP sale | 0.10 |
| 06/23/17 | TCS | B120 | Receipt, review motion to sell class action claims and proposed bid procedures | 0.30 |
| 06/23/17 | CBM | B170 | Receive comments from T. Scherer regarding BGD's First Interim Fee Application (.3); revise BGD's Application accordingly (.7); correspondence with J. Carver regarding calculation of BGD's blended rate (.3); correspondence with M. Boyd of Cooley regarding BGD's Application and Cooley's Application (.6); correspondence with J. Irving regarding preparation and filing of all Fee Applications (.6); prepare proposed order for Cooley's Interim Fee Application (.6); prepare Notice for Province's Interim Fee Application (.6); add certificates of service to Cooley and Province Fee Applications (.6); format BGD, Cooley, and Province fee applications and related exhibits, proposed orders, and notices for filing (.6); correspondence with S. Mays regarding filing of the same (.6) | 5.50 |
| 06/23/17 | JRI2 | B170 | Correspondence and conference with M. Boyd of Cooley LLP, Stilian Morris of Province, C. Madden and S. Mays regarding reviewing, finalizing and filing quarterly fee applications for Committee professionals (1.0); review and revise fee applications (.5); pull ledes files for BGD's quarterly bills to UST and otherwise confirm that applications comply with UST Large Case Fee Guidelines and includes appropriate summaries of blended rates, etc. (.5) | 2.00 |
| 06/23/17 | SHM | B170 | Assist C. Madden regarding BGD interim fee application | 0.20 |
| 06/23/17 | SHM | B170 | Revise; finalize; electronically file and serve First Interim Fee Applications of Cooley, BGD and Province | 2.30 |
| 06/23/17 | TCS | B170 | Review, revise BGD interim fee application and | 0.80 |

**BINGHAM GREENEBAUM DOLL LLP**

| | | Invoice No.: | 4391618 |
|---|---|---|---|
| Official Committee of Unsecured Creditors, | | Invoice Date: | July 10, 2017 |
| Gregg Appliances | | Page | 8 |
| 127821.000001 | | | |

| DATE | ATTORNEY/ PARALEGAL | TASK CODE | DESCRIPTION | HOURS |
|---|---|---|---|---|
| | | | confer C. Madden regarding same (.6); receipt, review Committee professional application and objection notices (.2) | |
| 06/23/17 | WLM | B170 | Attn to interim fee app issues | 0.30 |
| 06/23/17 | TCS | B185 | Receipt, review Hokanson memo regarding resolutions proposed for Synchrony objection | 0.10 |
| 06/23/17 | TCS | B185 | Receipt, review Hokanson memo, A. Kight proposal for claim allowance and BRG response regarding Throgmartin stub rent | 0.20 |
| 06/26/17 | TCS | B170 | Review, analysis of BRG memo regarding DIP budget and payments amounts for March and April to professionals | 0.20 |
| 06/27/17 | TCS | B112 | Teleconference creditor regarding case status and proof of claim | 0.20 |
| 06/27/17 | JRI2 | B130 | Correspondence with R. Kalnit and Committee members regarding sale of IP assets and conference with T. Scherer regarding the same (.2) | 0.20 |
| 06/27/17 | TCS | B130 | Receipt, review Hokanson memo and proposed order on sale of IP and review same | 0.10 |
| 06/27/17 | TCS | B155 | Attend hearings regarding IP sale and landlord objections to lease rejection regarding mechanic's lien claim | 1.00 |
| 06/27/17 | JRI2 | B170 | Correspondence and conference with co-professionals to the Committee at Cooley LLP and T. Scherer regarding professionals fee budget and related issues (.2) | 0.20 |
| 06/27/17 | TCS | B170 | Memos from, to R. Kalnit, M. Boyd and confirm March/April interim fee and holdback amounts; memo Kovacs regarding same | 0.30 |
| 06/27/17 | TCS | B190 | Receipt, review Court docket regarding 6/27 hearing agenda and landlord's objection and claim for payment/indemnity based on mechanic's lien and debtor's response | 0.50 |
| 06/27/17 | TCS | B220 | Receipt, review Hokanson, Kovacs memos regarding KEIP plan, UST objection and order on continued hearing | 0.20 |
| 06/28/17 | TCS | B130 | Receipt, review debtor motion on hearing on motion to sell class action rights | 0.10 |

B<small>INGHAM</small> G<small>REENEBAUM</small> D<small>OLL</small> LLP

| | | Invoice No.: | 4391618 |
|---|---|---|---|
| Official Committee of Unsecured Creditors, | | Invoice Date: | July 10, 2017 |
| Gregg Appliances | | Page | 9 |
| 127821.000001 | | | |

| DATE | ATTORNEY/ PARALEGAL | TASK CODE | DESCRIPTION | HOURS |
|---|---|---|---|---|
| 06/28/17 | TCS | B185 | Receipt, review debtor motions for contract rejections | 0.20 |
| 06/28/17 | TCS | B220 | Receipt, review memos regarding 401(k) plan participant from N. Herman, R. Kalnit | 0.20 |
| 06/29/17 | TCS | B110 | Receipt, review report of operations for May and Kovacs letter responses regarding liquidation recoveries | 0.40 |
| 06/29/17 | JRI2 | B112 | Respond to creditor inquiries (.3) | 0.30 |
| 06/30/17 | JRI2 | B112 | Respond to creditor inquires (.2) | 0.20 |
| 06/30/17 | TCS | B130 | Receipt, review orders on IP sale and bid procedures regarding sale of class action claims | 0.20 |
| 06/30/17 | TCS | B185 | Receipt, review orders on Electrolux contract rejection and rejection of employment agreement | 0.20 |
| 06/30/17 | TCS | B220 | Receipt, review final response to UST regarding KEIP; memos to, from C. Hershcopf regarding same | 0.20 |

### TASK SUMMARY

| TASK | TASK DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| B110 | Case Administration | 3.30 | 1,617.00 |
| B112 | Creditor Inquiries | 1.30 | 535.00 |
| B120 | Asset Analysis & Recovery | 4.70 | 2,073.50 |
| B130 | Asset Sales and Other Disposition of Assets | 1.00 | 430.00 |
| B140 | Adequate Protection/Relief from Stay | 0.30 | 147.00 |
| B150 | Meetings & communications w/Debtor or Committee | 4.60 | 2,101.00 |
| B155 | Court Hearings | 4.00 | 1,735.00 |
| B160 | Employment Applications | 0.40 | 169.00 |
| B170 | Fee Applications | 30.60 | 7,583.00 |
| B185 | Executory Contracts and Leases | 1.80 | 882.00 |
| B190 | Litigation and Contested Matters | 3.10 | 1,399.00 |
| B195 | Non-Working Travel | 4.00 | 1,360.00 |
| B210 | Business Operations/Strategic Planning | 0.50 | 245.00 |

**B**INGHAM **G**REENEBAUM **D**OLL LLP

| | | | |
|---|---|---|---|
| Official Committee of Unsecured Creditors, Gregg Appliances 127821.000001 | | Invoice No.: Invoice Date: Page | 4391618 July 10, 2017 10 |

| TASK | TASK DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| B220 | Employee Matters-Benefits/Pensions/Unions | 2.10 | 1,029.00 |
| | | 61.70 | 21,305.50 |

| | |
|---|---|
| FEES FOR PROFESSIONAL SERVICES RENDERED | $ 21,305.50 |
| 50% DISCOUNT ON TASK #B195, NON-WORKING TRAVEL: | $ (680.00) |
| ADJUSTED FEES | $ 20,625.50 |

OUT-OF-POCKET EXPENSES

| | | | |
|---|---|---|---|
| 6/14/17 | Travel - PAID TO: James R Irving Travel to Indianapolis IN for HHGregg | 147.05 | |
| | | | $ 147.05 |

| | |
|---|---|
| INVOICE TOTAL | $ 20,772.55 |
| PRIOR UNPAID BALANCE | $ 70,744.50 |
| **BALANCE DUE** | $ 91,517.05 |

Bingham Greenebaum Doll LLP

Official Committee of Unsecured Creditors,
Gregg Appliances
127821.000001

Invoice No.:  4391618
Invoice Date: July 10, 2017
Page          11

SUMMARY OF PROFESSIONAL SERVICES

| ATTORNEY/PARALEGAL | HOURS | RATE | AMOUNT |
|---|---:|---:|---:|
| Thomas C. Scherer | 23.40 | 490.00 | 11,466.00 |
| Whitney L. Mosby | 3.50 | 355.00 | 1,242.50 |
| James R Irving | 11.80 | 340.00 | 4,012.00 |
| Christopher B. Madden | 20.00 | 200.00 | 4,000.00 |
| Susan H. Mays | 3.00 | 195.00 | 585.00 |
| | 61.70 | | 21,305.50 |

**BALANCE HELD IN FIRST MERCHANTS BANK - $19,284.00**

**BINGHAM GREENEBAUM DOLL LLP**
3913 Solutions Center
Chicago, IL 60677-3009
1-800-436-3644
I.D. #61-1584266

| | |
|---|---|
| Official Committee of Unsecured Creditors, Gregg Appliances<br>c/o Renee B. Weiss, DDR Corp.- Committee Chairperson<br>3300 Enterprise Parkway<br>Beachwood, OH 44122 | Account No.: 127821.000001<br>Invoice No.: 4391618<br>Invoice Date: July 10, 2017 |

**IN RE HHGREGG, INC. ET AL CHAPTER 11 CASE**

### REMITTANCE PAGE

| | |
|---|---|
| INVOICE TOTAL | $ 20,772.55 |
| PRIOR UNPAID BALANCE | $ 70,744.50 |
| **BALANCE DUE** | **$ 91,517.05** |

### AGING OF OUTSTANDING INVOICES

| DATE | INVOICE | INVOICE AMOUNT | PAYMENT RECEIVED | BALANCE |
|---|---|---|---|---|
| 04/17/17 | 4385571 | 28,126.00 | 0.00 | 28,126.00 |
| 05/15/17 | 4387943 | 29,379.50 | 0.00 | 29,379.50 |
| 06/08/17 | 4389766 | 13,239.00 | 0.00 | 13,239.00 |
| Total | | | | 70,744.50 |

**PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE.**

**PLEASE RETURN THIS COPY WITH YOUR PAYMENT.**