

# INVOICE

7/12/2017

2360 Corporate Cir., Ste 330
Henderson, Nevada 89074
P: 702.685.5555
F: 702.685.5556

| Closing Date | Invoice # |
|---|---|
| 6/30/2017 | 83100 |

| Bill To |
|---|
| HHGregg, Inc. |

| Item | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| Consulting - Principal | Consulting services performed by Peter Kravitz | 1.4 | 700.00 | 980.00 |
| Consulting - Principal | Consulting services performed by Paul Huygens | 6.5 | 685.00 | 4,452.50 |
| Consulting - Managing Director | Consulting services performed by Stilian Morrison | 71.1 | 580.00 | 41,238.00 |
| Consulting - Senior Director | Consulting services performed by Fred Chin | 2.7 | 540.00 | 1,458.00 |
| Consulting - Director | Consulting services performed by Sanjuro Kietlinski | 1.1 | 495.00 | 544.50 |
| Consulting - Director | Consulting services performed by Bill McMahon | 5.3 | 485.00 | 2,570.50 |
| Consulting - Associate | Consulting services performed by Peter Abbeduto | 1.6 | 370.00 | 592.00 |
| Paraprofessionals | Services performed by Erica Mattson | 0.5 | 100.00 | 50.00 |
| Reimb Group | | | | |
| | PACER Research Expense 06/01/2017 | | 12.84 | 12.84 |
| | Conference Call 06/20/2017 | | 25.22 | 25.22 |
| | Total Reimbursable Expenses | | | 38.06 |

Please make checks payable to Province, Inc.
Send to address above Attn: Billing

US Wire Transfers:
Meadows Bank
Account No: 1020039259
Wire ABA  No: 122402382

| | |
|---|---|
| Total | $51,923.56 |
| Payments/Credits | $0.00 |
| **Balance** | $51,923.56 |

HHGregg, Inc.
Billing Detail
June 1 - 30, 2017

| Entry Date | Person | Comment | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| | | | | 90.20 | | $51,885.50 |
| 6/1/2017 | Stilian Morrison | Review draft KEIP motion and revert with comments to case professionals group. | Court Filings | 0.90 | 580.00 | 522.00 |
| 6/1/2017 | Stilian Morrison | Prepare committee update report and submit draft for review. | Committee Activities | 2.80 | 580.00 | 1,624.00 |
| 6/1/2017 | Stilian Morrison | Review draft KEIP motion and revert with comments to case professionals group. | Court Filings | 0.80 | 580.00 | 464.00 |
| 6/1/2017 | Sanjuro Kietlinski | Attend the IP sale process conference call with Cooley and BRG. | Sale Process | 0.20 | 495.00 | 99.00 |
| 6/1/2017 | Stilian Morrison | Prepare incremental analysis on DIP budget performance for committee update. | Committee Activities | 2.50 | 580.00 | 1,450.00 |
| 6/1/2017 | Stilian Morrison | Correspond with R. Kalnit (Cooley) re: data retention and next steps. | Case Administration | 0.40 | 580.00 | 232.00 |
| 6/1/2017 | Stilian Morrison | Prepare follow-up questions on Lockton report re: workers comp LC collateral and send to BRG. | Case Administration | 0.50 | 580.00 | 290.00 |
| 6/1/2017 | Paul Huygens | Correspondence with committee re IP sales update. | Sale Process | 0.20 | 685.00 | 137.00 |
| 6/1/2017 | Stilian Morrison | Check UCC professional fees in budget. | Fee/Employment Applications | 0.20 | 580.00 | 116.00 |
| 6/1/2017 | Paul Huygens | Correspondence with committee re proposed modified KEIP. | Committee Activities | 0.20 | 685.00 | 137.00 |
| 6/2/2017 | Stilian Morrison | Review latest filings on the docket. | Court Filings | 0.10 | 580.00 | 58.00 |
| 6/2/2017 | Bill McMahon | Correspond with S. Morrison re: insurance of backup data retention (0.3). Review Cyber Security questions/comments by M. Foster (BRG) and J. Hokanson (Ice Miller) (0.3). | Business Analysis / Operations | 0.60 | 485.00 | 291.00 |
| 6/2/2017 | Bill McMahon | Correspond with S. Morrison re: workers comp LC report/data and review (0.2). Begin initial review of raw claims data (0.9). | Claims Analysis and Objections | 1.10 | 485.00 | 533.50 |
| 6/2/2017 | Stilian Morrison | Prepare further edits to materials per Cooley comments (0.7). Distribute updated copy (0.1). | Committee Activities | 0.80 | 580.00 | 464.00 |
| 6/2/2017 | Stilian Morrison | Correspond with B. McMahon re: data retention insurance request by US Trustee. | Business Analysis / Operations | 0.30 | 580.00 | 174.00 |
| 6/2/2017 | Stilian Morrison | Exchange correspondence with B. McMahon re: following up on workers comp LC. | Business Analysis / Operations | 0.20 | 580.00 | 116.00 |
| 6/2/2017 | Stilian Morrison | Draft list on tax refunds and commercial tort data needed to commence analysis. | Business Analysis / Operations | 1.00 | 580.00 | 580.00 |
| 6/2/2017 | Stilian Morrison | Review comments from R. Kalnit (Cooley) on committee deck and commence edits re: same. | Committee Activities | 0.90 | 580.00 | 522.00 |
| 6/2/2017 | Stilian Morrison | Review forecast DIP budget submitted by BRG. | Business Analysis / Operations | 1.60 | 580.00 | 928.00 |

| Date | Name | Description | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 6/3/2017 | Bill McMahon | Commence review of hhgregg Travelers loss run, including open claims carve up and analysis (0.9). Email to S. Morrison with analysis attachments (0.2). | Business Analysis / Operations | 1.10 | 485.00 | 533.50 |
| 6/3/2017 | Paul Huygens | Analyze BRG reforecast DIP budget. | Business Analysis / Operations | 1.10 | 685.00 | 753.50 |
| 6/4/2017 | Stilian Morrison | Review latest filings on docket. | Court Filings | 0.40 | 580.00 | 232.00 |
| 6/4/2017 | Bill McMahon | Correspond with M. Foster (BRG) re: insurance for data retention. | Business Analysis / Operations | 0.40 | 485.00 | 194.00 |
| 6/5/2017 | Stilian Morrison | Prepare for (0.1) and attend call with lender, lender counsel, Cooley, and ASK re: preferences. | Litigation | 1.20 | 580.00 | 696.00 |
| 6/5/2017 | Stilian Morrison | Review and triangulate May time entries. | Fee/Employment Applications | 0.90 | 580.00 | 522.00 |
| 6/5/2017 | Paul Huygens | Case update call with R. Kalnit (Cooley) and S. Morrison. | Case Administration | 0.50 | 685.00 | 342.50 |
| 6/5/2017 | Stilian Morrison | Call with R. Kalnit (Cooley) and P. Huygens to catch up on the case. | Case Administration | 0.50 | 580.00 | 290.00 |
| 6/5/2017 | Sanjuro Kietlinski | Correspond with S. Morrison regarding case update. | Case Administration | 0.10 | 495.00 | 49.50 |
| 6/5/2017 | Stilian Morrison | Continue review of BRG liquidity analysis. | Business Analysis / Operations | 1.10 | 580.00 | 638.00 |
| 6/5/2017 | Stilian Morrison | Correspond with Cooley team re: timing to discuss possible Ch. 7 conversion of case. | Case Administration | 0.20 | 580.00 | 116.00 |
| 6/6/2017 | Stilian Morrison | Call with R. Kalnit (Cooley) to catch up on various case updates, including review of class action claims, tax refund diligence requests, and potential conversion of case. | Case Administration | 0.20 | 580.00 | 116.00 |
| 6/6/2017 | Stilian Morrison | Call with R. Kalnit (Cooley) to go over Electrolux. | Case Administration | 0.10 | 580.00 | 58.00 |
| 6/6/2017 | Stilian Morrison | Provide weekly fees to BRG for budget purposes. | Case Administration | 0.10 | 580.00 | 58.00 |
| 6/6/2017 | Peter Kravitz | Review exclusivity and term sheet update and strategize re same. | Business Analysis / Operations | 0.20 | 700.00 | 140.00 |
| 6/6/2017 | Stilian Morrison | Call with Lockton, BRG, and B. McMahon to go through analysis of WC/AL LC recovery. | Claims Analysis and Objections | 0.50 | 580.00 | 290.00 |
| 6/6/2017 | Erica Mattson | Prepare billing details report for time entry review (0.4). Email to S. Morrison for review (0.1) | Fee/Employment Applications | 0.50 | 100.00 | 50.00 |
| 6/6/2017 | Bill McMahon | Review Zurich Insurance loss run carve up (0.7). Email S. Morrison with request for coverage code classifications and clarification of loss run reserve classifications (0.2). | Business Analysis / Operations | 0.90 | 485.00 | 436.50 |
| 6/6/2017 | Bill McMahon | Participate in conference call with S. Morrison, M. Foster (BRG) and Lockton re: WC/GL loss analysis. | Claims Analysis and Objections | 0.50 | 485.00 | 242.50 |
| 6/6/2017 | Peter Kravitz | Conference re price fixing monetization. | Claims Analysis and Objections | 0.10 | 700.00 | 70.00 |
| 6/6/2017 | Stilian Morrison | Call with P. Huygens to update on case. | Case Administration | 0.20 | 580.00 | 116.00 |

| Date | Name | Description | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 6/6/2017 | Fred Chin | Organize research into class action claims available for sale that can be submitted based on class action lawsuit settlements (0.6). Research based on top 10 vendors and key product categories (0.6). | Sale Process | 1.20 | 540.00 | 648.00 |
| 6/6/2017 | Stilian Morrison | Update prospective buyer of class action claims list and send to Cooley. | Sale Process | 0.70 | 580.00 | 406.00 |
| 6/6/2017 | Stilian Morrison | Prepare list of class action cases to pursue in sale (0.5). Review list of prospective buyers for class action claims (0.4). | Sale Process | 0.90 | 580.00 | 522.00 |
| 6/6/2017 | Stilian Morrison | Reach out internally and to contacts at Kelley Drye to scrub for potential purchasers of class action claims vs. existing list. | Sale Process | 0.80 | 580.00 | 464.00 |
| 6/6/2017 | Paul Huygens | Update call with S. Morrison. | Case Administration | 0.20 | 685.00 | 137.00 |
| 6/6/2017 | Paul Huygens | Call with creditor re case update (0.3) and correspond with S. Morrison re antitrust claims. | Case Administration | 0.40 | 685.00 | 274.00 |
| 6/7/2017 | Fred Chin | Review class action filings and investigations to identify possible claims that can be sold on behalf of estate. | Sale Process | 0.50 | 540.00 | 270.00 |
| 6/7/2017 | Stilian Morrison | Update committee status report and submit revised draft to R. Kalnit (Cooley). | Committee Activities | 1.40 | 580.00 | 812.00 |
| 6/8/2017 | Sanjuro Kietlinski | Review the Hilco Streambank IP sale presentation. | Sale Process | 0.10 | 495.00 | 49.50 |
| 6/10/2017 | Stilian Morrison | Case professionals call to discuss pursuit of class action claims. | Case Administration | 0.50 | 580.00 | 290.00 |
| 6/11/2017 | Fred Chin | Evaluate master list of open and potential claims for possible recoveries. | Claims Analysis and Objections | 0.70 | 540.00 | 378.00 |
| 6/11/2017 | Stilian Morrison | Review cash variance report and prepare to analyze. | Business Analysis / Operations | 0.70 | 580.00 | 406.00 |
| 6/11/2017 | Stilian Morrison | Review and edit saleable class action claims list (1.3) before sending (0.2) to L. Peterson (hhgregg) to review and discuss. | Sale Process | 1.50 | 580.00 | 870.00 |
| 6/12/2017 | Stilian Morrison | Analyze cash variance report ahead of committee update. | Business Analysis / Operations | 0.40 | 580.00 | 232.00 |
| 6/12/2017 | Paul Huygens | Review committee update slide deck (0.5) and correspond with P. Kravitz (0.1), then S. Morrison (0.1) re same. | Committee Activities | 0.70 | 685.00 | 479.50 |
| 6/12/2017 | Peter Kravitz | Review committee update materials. | Committee Activities | 0.20 | 700.00 | 140.00 |
| 6/12/2017 | Stilian Morrison | Complete revisions to committee status update report and submit to Cooley for final review and transmission. | Committee Activities | 2.00 | 580.00 | 1,160.00 |
| 6/13/2017 | Peter Kravitz | Attend status call with committee members. | Committee Activities | 0.50 | 700.00 | 350.00 |
| 6/13/2017 | Stilian Morrison | Address various outstanding issues related to class action claims, preference releases, fee payments, Wednesday meeting with counsel, etc. | Case Administration | 1.70 | 580.00 | 986.00 |
| 6/13/2017 | Stilian Morrison | Review preference exposure estimates for furniture factor vendors ahead of CIT complaint. | Litigation | 1.30 | 580.00 | 754.00 |

| Date | Name | Description | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 6/13/2017 | Peter Abbeduto | Researching if late settlements can be filed for identified class action claims (0.4). Review past claim settlement websites to determine if they are still accepting claims (0.4). | Claims Analysis and Objections | 0.80 | 370.00 | 296.00 |
| 6/13/2017 | Peter Abbeduto | Email F. Chin and S. Morrison to conference about late class action claims (0.2). Create memo summarizing findings (0.5). Distribute memo to F. Chin and S. Morrison (0.1). | Claims Analysis and Objections | 0.80 | 370.00 | 296.00 |
| 6/13/2017 | Stilian Morrison | Prepare for (0.4) and attend committee update call (0.5). | Committee Activities | 0.90 | 580.00 | 522.00 |
| 6/13/2017 | Fred Chin | Clarify possible class action claims and deadlines available for hhgregg. | Business Analysis / Operations | 0.30 | 540.00 | 162.00 |
| 6/13/2017 | Stilian Morrison | Check and confirm deadlines for various class action claims sale prospects (0.4). Correspond with L. Peterson (hhgregg) re: same (0.2). | Sale Process | 0.60 | 580.00 | 348.00 |
| 6/14/2017 | Stilian Morrison | Calls with BRG and Cooley to discuss professional fee payment issues. | Case Administration | 0.90 | 580.00 | 522.00 |
| 6/14/2017 | Stilian Morrison | Review May invoice and prepare Notice of Draw. | Fee/Employment Applications | 0.70 | 580.00 | 406.00 |
| 6/14/2017 | Paul Huygens | Conference internally and with counsel re outstanding fees and GA posture re same. | Fee/Employment Applications | 0.30 | 685.00 | 205.50 |
| 6/14/2017 | Stilian Morrison | Correspond with case professionals regarding stub rent and professional fees. | Case Administration | 0.30 | 580.00 | 174.00 |
| 6/14/2017 | Stilian Morrison | Correspond with R. Kalnit of Cooley re: professional fees budget. | Fee/Employment Applications | 0.20 | 580.00 | 116.00 |
| 6/14/2017 | Stilian Morrison | Participate in teleconference meeting with DLA Piper, Cooley, and Ice Miller re: case work plan. | Case Administration | 2.30 | 580.00 | 1,334.00 |
| 6/15/2017 | Stilian Morrison | Review updated schedule of professional fees (0.2) and conference with A. Geshwind (BRG) re: same (0.3). | Fee/Employment Applications | 0.50 | 580.00 | 290.00 |
| 6/15/2017 | Stilian Morrison | Follow up with A. Geshwind (BRG) re: professional fee disbursement. | Fee/Employment Applications | 0.20 | 580.00 | 116.00 |
| 6/15/2017 | Stilian Morrison | Review and analyze DIP variance report. | Business Analysis / Operations | 0.90 | 580.00 | 522.00 |
| 6/16/2017 | Stilian Morrison | Correspond with case professionals re: payment of professional fees and budget tracking. | Case Administration | 0.40 | 580.00 | 232.00 |
| 6/16/2017 | Paul Huygens | Call with S. Morrison re case update. | Case Administration | 0.30 | 685.00 | 205.50 |
| 6/16/2017 | Stilian Morrison | Review latest filings on the docket. | Court Filings | 0.90 | 580.00 | 522.00 |
| 6/16/2017 | Bill McMahon | Review of multiple Dropbox updates made by S. Morrison with respect to status update reports and new actions. | Case Administration | 0.70 | 485.00 | 339.50 |
| 6/16/2017 | Stilian Morrison | Case update call with P. Huygens. | Case Administration | 0.30 | 580.00 | 174.00 |
| 6/19/2017 | Paul Huygens | Case update call with S. Morrison. | Case Administration | 0.30 | 685.00 | 205.50 |
| 6/19/2017 | Stilian Morrison | Case update call with P. Huygens. | Case Administration | 0.30 | 580.00 | 174.00 |
| 6/19/2017 | Stilian Morrison | Prepare schedule of class action claims for bid procedures (sale) motion. | Sale Process | 3.00 | 580.00 | 1,740.00 |
| 6/19/2017 | Stilian Morrison | Correspond with R. Kalnit (Cooley) and R. Morando (BRG) re: case update. | Case Administration | 0.70 | 580.00 | 406.00 |

| Date | Name | Description | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 6/20/2017 | Stilian Morrison | Correspond with case professionals regarding true-up of professional fees. | Fee/Employment Applications | 0.90 | 580.00 | 522.00 |
| 6/20/2017 | Stilian Morrison | Update latest cash variance analysis. | Business Analysis / Operations | 1.00 | 580.00 | 580.00 |
| 6/20/2017 | Stilian Morrison | Call with R. Marondo (BRG) to discuss professional fee reconciliation schedules. | Fee/Employment Applications | 0.80 | 580.00 | 464.00 |
| 6/20/2017 | Stilian Morrison | Follow-up call with R. Kalnit on professional fee discussion. | Fee/Employment Applications | 0.20 | 580.00 | 116.00 |
| 6/20/2017 | Stilian Morrison | Call with committee professionals to go through individual firms fees to be funded (0.9). Update team thereafter (0.2). | Fee/Employment Applications | 1.10 | 580.00 | 638.00 |
| 6/21/2017 | Stilian Morrison | Correspond with R. Kalnit (Cooley) and R. Marondo (BRG) re: professional fees' reconciliation. | Case Administration | 0.80 | 580.00 | 464.00 |
| 6/21/2017 | Stilian Morrison | Correspond with company re: latest class action claims to be sold and review latest motion from Debtors' counsel re: same. | Sale Process | 0.90 | 580.00 | 522.00 |
| 6/21/2017 | Stilian Morrison | Correspond with M. Boyd (Cooley) and K. Easter re: process and timing for completing interim fee apps (0.2). Review example fee app from BRG (0.2). | Fee/Employment Applications | 0.40 | 580.00 | 232.00 |
| 6/22/2017 | Peter Kravitz | Conference re preference recoveries. | Litigation | 0.20 | 700.00 | 140.00 |
| 6/22/2017 | Stilian Morrison | Review class action sale motion and respond to BRG on questions re: timing of proceeds. | Sale Process | 0.40 | 580.00 | 232.00 |
| 6/22/2017 | Stilian Morrison | Review latest filings on the docket. | Court Filings | 0.40 | 580.00 | 232.00 |
| 6/22/2017 | Stilian Morrison | Review and edit first interim fee application. | Fee/Employment Applications | 1.50 | 580.00 | 870.00 |
| 6/22/2017 | Stilian Morrison | Review IP sale update materials and correspondence from Hilco Streambank. | Sale Process | 0.80 | 580.00 | 464.00 |
| 6/22/2017 | Paul Huygens | Review Zimmerman and Just Marketing preference demand letters and related correspondence. | Litigation | 0.40 | 685.00 | 274.00 |
| 6/23/2017 | Stilian Morrison | Attend IP sale update call. | Sale Process | 0.40 | 580.00 | 232.00 |
| 6/23/2017 | Stilian Morrison | Prepare final edits and submit first interim fee application. | Fee/Employment Applications | 1.70 | 580.00 | 986.00 |
| 6/23/2017 | Stilian Morrison | Review last liquidity analysis prepared by BRG and analyze areas that need to be updated for latest developments on IP sale and return of vendor credits. | Business Analysis / Operations | 1.60 | 580.00 | 928.00 |
| 6/23/2017 | Sanjuro Kietlinski | Review IP sale update. | Sale Process | 0.20 | 495.00 | 99.00 |
| 6/23/2017 | Sanjuro Kietlinski | Review Cooley demand letters and corresponding update. | Litigation | 0.40 | 495.00 | 198.00 |
| 6/23/2017 | Stilian Morrison | Review correspondence regarding potential Great American credit bid for IP assets. | Sale Process | 0.30 | 580.00 | 174.00 |
| 6/24/2017 | Paul Huygens | Correspondence with committee re vendor credit, preference and IP update. | Case Administration | 0.20 | 685.00 | 137.00 |
| 6/24/2017 | Stilian Morrison | Analyze FILO pay down scenarios by sensitizing Debtors' latest liquidity reforecast. | Business Analysis / Operations | 2.80 | 580.00 | 1,624.00 |
| 6/24/2017 | Sanjuro Kietlinski | Review Cooley case update. | Case Administration | 0.10 | 495.00 | 49.50 |
| 6/24/2017 | Stilian Morrison | Conference with BRG and Cooley re: analysis of FILO pay down scenarios based on latest receipt expectations. | Business Analysis / Operations | 0.40 | 580.00 | 232.00 |

| Date | Professional | Description | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 6/25/2017 | Stilian Morrison | Review materials provided by BRG on reconciliation of professional fees. | Fee/Employment Applications | 0.50 | 580.00 | 290.00 |
| 6/26/2017 | Stilian Morrison | Conference with Cooley team re: IP sale. | Sale Process | 0.40 | 580.00 | 232.00 |
| 6/27/2017 | Paul Huygens | Correspond with team re potential workers comp related tax recoveries. | Business Analysis / Operations | 0.30 | 685.00 | 205.50 |
| 6/27/2017 | Paul Huygens | Conference re IP sale outcome. | Sale Process | 0.20 | 685.00 | 137.00 |
| 6/27/2017 | Stilian Morrison | Review latest budget reforecast provided by BRG. | Business Analysis / Operations | 1.50 | 580.00 | 870.00 |
| 6/27/2017 | Stilian Morrison | Call with BRG, Company, and Cooley to go through latest DIP budget forecast. | Business Analysis / Operations | 0.60 | 580.00 | 348.00 |
| 6/27/2017 | Peter Kravitz | Conference and strategize re sale process and waterfall. | Sale Process | 0.20 | 700.00 | 140.00 |
| 6/27/2017 | Stilian Morrison | Review latest reforecast and have call with A. Geshwind (BRG) to discuss latest thinking on budget. | Business Analysis / Operations | 0.60 | 580.00 | 348.00 |
| 6/27/2017 | Stilian Morrison | Calls with C. Herschopf (Cooley) (0.2) and A. Geshwind (BRG) (0.3) to follow up on coordinating to review latest budget from BRG. | Case Administration | 0.50 | 580.00 | 290.00 |
| 6/27/2017 | Stilian Morrison | Review professionals' correspondence re: mechanics lien claim settlement. | Claims Analysis and Objections | 0.30 | 580.00 | 174.00 |
| 6/27/2017 | Stilian Morrison | Review data retention request and correspond with BRG and Province team re: same. | Case Administration | 1.30 | 580.00 | 754.00 |
| 6/28/2017 | Stilian Morrison | Follow-up call with P. Huygens re: global professionals call. | Case Administration | 0.10 | 580.00 | 58.00 |
| 6/28/2017 | Stilian Morrison | Prepare for (0.3) and attend call with professionals to go through revised budget (1.0). | Case Administration | 1.30 | 580.00 | 754.00 |
| 6/28/2017 | Stilian Morrison | Call with M. Foster (BRG) to catch up on status of data retention. | Case Administration | 0.20 | 580.00 | 116.00 |
| 6/28/2017 | Stilian Morrison | Review budget reforecast materials from BRG. | Business Analysis / Operations | 1.00 | 580.00 | 580.00 |
| 6/28/2017 | Stilian Morrison | Correspond with Cooley, company, and BRG re: various cause of action data retention and work streams. | Case Administration | 0.70 | 580.00 | 406.00 |
| 6/28/2017 | Paul Huygens | Participate in global professionals call re budget.  Follow up call with S. Morrison re same (0.1). | Case Administration | 1.00 | 685.00 | 685.00 |
| 6/29/2017 | Stilian Morrison | Call with M. Foster (BRG) on WC tax carry back issue and coordinating with company. | Case Administration | 0.10 | 580.00 | 58.00 |
| 6/29/2017 | Stilian Morrison | Review latest budget changes. | Business Analysis / Operations | 0.80 | 580.00 | 464.00 |
| 6/29/2017 | Stilian Morrison | Compare latest versions of the budget and reach out to BRG on changes. | Business Analysis / Operations | 0.70 | 580.00 | 406.00 |
| 6/29/2017 | Stilian Morrison | Review revised budget forecast from BRG and provide comments re: same. | Business Analysis / Operations | 0.50 | 580.00 | 290.00 |
| 6/29/2017 | Stilian Morrison | Correspond with F. Chin on available inventory purchase data for investigating additional causes of action claims to sell. | Sale Process | 0.20 | 580.00 | 116.00 |
| 6/30/2017 | Paul Huygens | Review and correspond with S. Morrison re collections. | Fee/Employment Applications | 0.20 | 685.00 | 137.00 |