# Cooley

ATTORNEYS AT LAW

Palo Alto, CA

San Diego, CA

101 California
5th floor
San Francisco, CA
94111-5800
MAIN 415 693-2000

Los Angeles, CA

Broomfield, CO

July 25, 2017

Seattle, WA

New York, NY

Reston, VA

Renee B. Weiss
hhgregg, Inc. Official Committee of Unsecured Creditors
c/o DDR Corp.
3300 Enterprise Parkway
Beachwood, OH  44122

Washington, DC

www.cooley.com

Boston, MA

Shanghai, P. R. China

Taxpayer ID Number
94-1140085

London, United Kingdom

**Invoice Number:  1781008**
CL 01 60726

**330759-201**

**HHgregg Committee**

*For services rendered through June 30, 2017*

Fees . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    $    230,031.50

Chargeable costs and disbursements . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    $    1,887.62

**Total Due on Current Invoice** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    $    **231,919.12**

# Cooley

**330759-201**
**HHgregg Committee**

**Invoice Number:  1781008**
CL 01 60726

**For services rendered through June 30, 2017 :**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| **ASSET ANALYSIS AND RECOVERY** | | | | |
| 06/01/17 | Richelle Kalnit | Emails re vendor credits (.2); emails re monetizing assets including commercial tort claims and tax refunds (.3); review preference analysis (.7) | 1.20 | 960.00 |
| 06/02/17 | Richelle Kalnit | Review emails re status of vendor credits (.4); review second demand letters (.2); emails re complaints (.2) | 0.80 | 640.00 |
| 06/02/17 | Cathy Rae Hershcopf | Confer with Debtors and Kalnit re vendor credits with focus on larger credits | 0.80 | 844.00 |
| 06/05/17 | Richelle Kalnit | Call re preference analysis (1.1); review and comment on status chart re vendor credits (.3); further emails re vendor credit issues including review and comment on complaint and demand letters (.9) | 2.30 | 1,840.00 |
| 06/05/17 | Cathy Rae Hershcopf | Emails with Debtors re vendor credits, demands and complaints and focus on larger credits | 0.90 | 949.50 |
| 06/06/17 | Richelle Kalnit | Draft list of open items in preparation for call with Brown (.3); call with Brown re open action items and next steps (1.0); detailed email re class action claim process (.4); call with Morrison re class action and tax refund claims (.3); review SRG agreement (.2); review APA for IP assets (.8); review and comment on vendor credit status chart (.4); review D&H NDA (.2) | 3.60 | 2,880.00 |
| 06/07/17 | Richelle Kalnit | Email re vendor credit settlement agreements (.1) and review same (.2); consider class action sale process and draft email re same (.4); email re LG vendor credit issues (.2); brief review of Synchrony contract (.3) | 1.20 | 960.00 |
| 06/08/17 | Richelle Kalnit | Emails re vendor credits (.3); review Whirlpool answer to counterclaim re vendor credits (.2) | 0.50 | 400.00 |
| 06/10/17 | Richelle Kalnit | Review email re rejection research and respond w questions re same | 0.30 | 240.00 |

# Cooley

**330759-201**  
**HHgregg Committee**

**Invoice Number:  1781008**  
CL 01 60726

| Date | Timekeeper | Description | Hours | Amount |
|------|------------|-------------|-------|--------|
| 06/10/17 | Richelle Kalnit | Call re monetizing class action claims | 0.40 | 320.00 |
| 06/16/17 | Cathy Rae Hershcopf | Emails with Debtors and Kalnit re vendor credits | 0.30 | 316.50 |
| 06/20/17 | Richelle Kalnit | Review revised Samsung agreement | 0.20 | 160.00 |
| 06/22/17 | Richelle Kalnit | Draft Samsung 9019 motion (1.3); review revised Samsung agreement (.2) and revisions to 9019 motion (.2) | 1.70 | 1,360.00 |
| 06/23/17 | Richelle Kalnit | Revisions to Samsung documents per Hokanson | 0.20 | 160.00 |
| 06/26/17 | Cathy Rae Hershcopf | Emails re LG vendor credits | 0.70 | 738.50 |
| 06/27/17 | Richelle Kalnit | Emails re LG vendor credits (.2); emails re life insurance (.1) | 0.30 | 240.00 |
| 06/27/17 | Cathy Rae Hershcopf | Emails re class action assets | 0.60 | 633.00 |
| 06/27/17 | Cathy Rae Hershcopf | Emails with Debtors re D&H vendor credit (.4); emails re moving LG vendor credits to settlement | 1.30 | 1,371.50 |
| 06/27/17 | Cathy Rae Hershcopf | Emails to and about Lowenstein/LG vendor credits | 0.60 | 633.00 |
| 06/28/17 | Richelle Kalnit | Call with Brown re vendor credit lawsuits (.1); emails re vendor credit open issues and commencing lawsuits (.4); follow up with Boyd re same (.2) | 0.70 | 560.00 |
| 06/28/17 | Cathy Rae Hershcopf | Progress on LG vendor credit (.4) and strategy for counter (.3); emails re D&H vendor credit (.3) | 1.00 | 1,055.00 |
| 06/29/17 | Richelle Kalnit | Emails re LG vendor credits | 0.40 | 320.00 |
| 06/29/17 | Cathy Rae Hershcopf | Respond to Lowenstein email on LG vendor credits and recommend counter | 0.60 | 633.00 |
| 06/30/17 | Cathy Rae Hershcopf | Emails and calls re LG vendor credits | 0.60 | 633.00 |
| | | **Task Total:** | 21.20 | 18,847.00 |

**ASSET DISPOSITION**

# Cooley

**330759-201**
**HHgregg Committee**

**Invoice Number: 1781008**
CL 01 60726

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06/01/17 | Richelle Kalnit | Participate on IP sale process update call (.3); draft email to committee re same (.2); review form of bidding procedures motion (.2) | 0.70 | 560.00 |
| 06/01/17 | Melissa H. Boyd | Emails re: vendor credit complaints (.2) and monetizing assets (.2) and retaining text messages re: (.2); emails re: IP sales status and review received bid (.3) | 0.90 | 661.50 |
| 06/01/17 | Cathy Rae Hershcopf | Confer with StreamBank on sale of IP (.4) and follow up with GACP re same (.1) | 0.50 | 527.50 |
| 06/02/17 | Melissa H. Boyd | Emails re: lease auction results and IP sale progress (.2) | 0.20 | 147.00 |
| 06/05/17 | Richelle Kalnit | Emails re IP and class action claim sales | 0.30 | 240.00 |
| 06/05/17 | Melissa H. Boyd | Emails re: IP sale motion (.2) and class action recoveries (.3); revise vendor credit status chart with new information from Debtors re: negotiations (.3); emails re: (.3) | 1.10 | 808.50 |
| 06/05/17 | Robert B. Winning | Call with Hershcopf & Kalnit re: liquidation strategy and follow-up | 1.20 | 1,002.00 |
| 06/06/17 | Melissa H. Boyd | Emails re: pursuit of class action claims (.4) and vendor credits (including vendors' preference exposure and history of dealing) (.5); review second demand letters and form complaints to be sent to vendors (.3); emails re: (.2); edit vendor credit chart re: vendors' preference exposure and updated negotiations and documentation (2.7); emails re: (.4) | 4.50 | 3,307.50 |
| 06/06/17 | Cathy Rae Hershcopf | Confer with StreamBank on IP bids | 0.40 | 422.00 |
| 06/07/17 | Richelle Kalnit | Review and comment on IP sale process motion (.4); emails re process (.3) | 0.70 | 560.00 |
| 06/07/17 | Melissa H. Boyd | Emails re: sale of class actions and related research (.2); emails re: pursuit of vendor credit demands/litigations (.2) and update vendor credits chart re: second demand letter and complaint timing (.2) | 0.60 | 441.00 |
| 06/07/17 | Cathy Rae Hershcopf | Review motion to sell IP (.4) and follow up with StreamBank re same (.3) | 0.70 | 738.50 |

# Cooley

**330759-201**
**HHgregg Committee**

**Invoice Number:  1781008**
CL 01 60726

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 06/08/17 | Richelle Kalnit | Call re IP sale process (.3); review materials re same (.1); email committee re same (.2) | 0.60 | 480.00 |
| 06/08/17 | Melissa H. Boyd | Review IP sale update and emails re: same (.2); emails re: vendor credit demands (.3); review IP sale motions and supporting exhibits (.3); emails re: same (.2) | 1.00 | 735.00 |
| 06/09/17 | Melissa H. Boyd | Research re: contract damages when prepetition contingency agreements are rejected (Bankruptcy Code, treatise, case law) (3.1); review/analyze cases (1.8); draft email analyzing findings and open issues (1.3) | 6.20 | 4,557.00 |
| 06/12/17 | Melissa H. Boyd | Research re: rejecting contingency fee agreements, priority and amount of resulting claims for breach, and charging liens (2.4); review/analyze cases and articles re: (3.2); review/analyze contingency fee agreements re: (.3); emails discussing research findings and re: additional questions/issues (1.5) | 7.40 | 5,439.00 |
| 06/15/17 | Richelle Kalnit | Review IP status deck and email re same (.1); review data room updates (.1); emails re class action claims (.2) | 0.40 | 320.00 |
| 06/15/17 | Melissa H. Boyd | Research re: rejecting non-executory contracts and resulting priority of claims | 0.50 | 367.50 |
| 06/16/17 | Melissa H. Boyd | Email re: pursuit of vendor credits and update chart re: correspondence and documentation (.2); review Synchrony objection to IP sale (.2) | 0.40 | 294.00 |
| 06/19/17 | Richelle Kalnit | Review updates to IP data room (.1); emails re IP sale process issues (.2); review and comment on class action sale procedures/sale motion (2.2); analysis of CIT preference exposure (.4); emails re Samsung (.2); review and comment on draft settlement agreement for Samsung (.6); review Synchrony IP sale objection (.2) and case cited in same (.2) | 4.10 | 3,280.00 |
| 06/19/17 | Cathy Rae Hershcopf | Vendor credits - emails re finalizing Samsung settlement (.6) and GACP desire for proceeds (.3) | 0.90 | 949.50 |



**330759-201**
**HHgregg Committee**

**Invoice Number: 1781008**
CL 01 60726

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06/19/17 | Cathy Rae Hershcopf | Vendor credits - investigate D&H and where response went | 0.60 | 633.00 |
| 06/19/17 | Melissa H. Boyd | Emails re: IP bids and selling class action claims (.3); emails re: Committee pursuit of estate claims (.3); review retention application and DIP order (.2) | 0.80 | 588.00 |
| 06/20/17 | Richelle Kalnit | Review revised class action assets sale motion | 0.80 | 640.00 |
| 06/20/17 | Richelle Kalnit | Further revisions to class action sale motion (1.3); confer with Brown re status of sales, litigation, asset monetization (.4); follow up with Hershcopf re same (.2) | 1.90 | 1,520.00 |
| 06/20/17 | Cathy Rae Hershcopf | Vendor credits - confer with Kevin and Lance re Samsung (.4) and follow up with Lowenstein re LG (.2) | 0.60 | 633.00 |
| 06/20/17 | Cathy Rae Hershcopf | Review and respond to emails re selling class action claims | 0.40 | 422.00 |
| 06/20/17 | Melissa H. Boyd | Emails re: resolution of Synchrony objection to IP sale (.2); emails re: Samsung vendor credit resolution (.2) | 0.40 | 294.00 |
| 06/21/17 | Richelle Kalnit | Review lease procedures order as related to sealed bid process (.2); call with Morrison re class action assets sale motion (.1); review Samsung agreement (.1); review emails re D&H and respond to same (.1); revision to class action assets APA and send form to Ice (1.1) | 1.60 | 1,280.00 |
| 06/21/17 | Cathy Rae Hershcopf | Confer with Kalnit and Debtor and ASK re interaction between vendor credits and preferences (.7) and follow up on emails and texts (.3) | 1.00 | 1,055.00 |
| 06/21/17 | Cathy Rae Hershcopf | Emails re selling class actions | 0.60 | 633.00 |
| 06/21/17 | Melissa H. Boyd | Emails re: hearing dates for IP and class action sale motions | 0.20 | 147.00 |
| 06/22/17 | Cathy Rae Hershcopf | Vendor credits - finalize settlement and 9019 with Samsung for full value | 0.70 | 738.50 |

# Cooley

**330759-201**
**HHgregg Committee**

**Invoice Number:  1781008**
CL 01 60726

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06/22/17 | Cathy Rae Hershcopf | Review IP bids, including requested changes from Bet Buy and Sears | 0.90 | 949.50 |
| 06/22/17 | Cathy Rae Hershcopf | Vendor credits - GACP's request for Samsung proceeds (.4); emails with Lowenstein re LG credit (.2) | 0.60 | 633.00 |
| 06/22/17 | Richelle Kalnit | Review IP status update (.1) and emails re same (.1) | 0.20 | 160.00 |
| 06/22/17 | Melissa H. Boyd | Review IP bids received and emails re: same | 0.20 | 147.00 |
| 06/23/17 | Richelle Kalnit | Emails re IP sale process issues | 0.30 | 240.00 |
| 06/23/17 | Cathy Rae Hershcopf | Vendor credits - settlement with Samsung filed with 9019 (.4); call with Streambank re IP bids/auction (.5); follow up with Kalnit re in person auction in Indy Monday afternoon | 1.10 | 1,160.50 |
| 06/23/17 | Cathy Rae Hershcopf | Emails with Brown re GACP IP | 0.30 | 316.50 |
| 06/23/17 | Cathy Rae Hershcopf | Vendor credits - emails with Lance and Kevin re LG counter | 0.60 | 633.00 |
| 06/23/17 | Cathy Rae Hershcopf | Issues surrounding IP auction | 0.60 | 633.00 |
| 06/23/17 | Melissa H. Boyd | Emails re: IP auction (.2) and Samsung vendor credit resolution (.2) | 0.40 | 294.00 |
| 06/24/17 | Cathy Rae Hershcopf | Vendor credits - emails re Samsung and LG | 0.60 | 633.00 |
| 06/25/17 | Cathy Rae Hershcopf | Vendor credits - email with Brown re LG reconciliation | 0.20 | 211.00 |
| 06/26/17 | Richelle Kalnit | Review of IP bid procedures and status chart in preparation for auction (.8); meetings in advance of and participate in auction (2.8) | 3.60 | 2,880.00 |
| 06/26/17 | Richelle Kalnit | Research re contact info for potential class action claims buyers | 0.20 | 160.00 |
| 06/26/17 | Cathy Rae Hershcopf | Call with Kalnit re IP sale (.4) and follow up with Hilco Streambank and Kalnit re auction of same (.7) | 1.10 | 1,160.50 |
| 06/26/17 | Melissa H. Boyd | Emails re: IP auction (.2) and D&O investigation (.2) and Zimmerman LOI (.2); review first day pleadings and hearing minutes re: (.2); review Samsung settlement motion (.2); emails re: Synchrony sale objection (.2) | 1.20 | 882.00 |



330759-201                                                  **Invoice Number:  1781008**
HHgregg Committee                                                        CL 01 60726

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06/27/17 | Richelle Kalnit | Call with counsel for Valor re APA (.4); emails re IP sale issues re purchaser and GACP (.5); review draft proposed sale order (.4); emails and calls re timing of sale closing (.5) | 1.80 | 1,440.00 |
| 06/27/17 | Cathy Rae Hershcopf | Emails re sale of IP | 0.90 | 949.50 |
| 06/27/17 | Melissa H. Boyd | Emails re: pursuit of vendor credits (.2) and initial LOI (.2); review proposed IP sale order (.2); emails re: pursuit of D&O litigation (.2); review emails, correspondence and documentation re: pursuit of vendor credits (1.2) and deposits and credit card holdbacks (.2); update chart re: monetizing estate assets and emails re: next steps (.9); emails re: (.4) | 3.50 | 2,572.50 |
| 06/28/17 | Melissa H. Boyd | Emails re: vendor credit negotiations and filing complaints (.5) and pursuit of tax refunds (.2); update assets monetization chart (.3); emails re: same (.3); review communications re: vendor complaints and emails re: same (.3); confirm settlement of vendor actions (.2) and request additional documentation and account reconciliations re: actions being filed (.2); review bid procedures and motion to shorten re: sale of class action claims (.3); review rejection notice re: class action counsel's contract and emails re: same (.2) | 2.50 | 1,837.50 |
| 06/29/17 | Melissa H. Boyd | Emails re: pursuit of D&O litigation (.2) and vendor credits (.2); update charts per comments (.3); emails re: filing vendor complaints (.2); review form complaint (.2) | 1.10 | 808.50 |
| 06/30/17 | Melissa H. Boyd | Review order shortening notice re: class action sale procedures and emails re: same (.2); emails re: vendor complaints (.2) | 0.40 | 294.00 |
| | | **Task Total:** | 65.20 | 53,416.00 |

**BUSINESS OPERATIONS**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06/01/17 | Richelle Kalnit | Review MOR | 0.10 | 80.00 |

# Cooley

**330759-201**
**HHgregg Committee**

**Invoice Number:  1781008**
CL 01 60726

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06/05/17 | Melissa H. Boyd | Emails re: destruction of documents and cyber insurance | 0.50 | 367.50 |
| 06/06/17 | Melissa H. Boyd | Emails re: motion to destroy business records | 0.20 | 147.00 |
| 06/09/17 | Cathy Rae Hershcopf | Follow up on payments to post petition creditors | 0.40 | 422.00 |
| 06/15/17 | Jay R. Indyke | Review Province financial update report to Committee | 0.20 | 236.00 |
| 06/20/17 | Richelle Kalnit | Review amended schedules | 0.10 | 80.00 |
| 06/20/17 | Melissa H. Boyd | Review amended Schedules E/F re: additional creditor (.2) and notice to additional creditors and motion to limit notice (.2) | 0.40 | 294.00 |
| 06/21/17 | Melissa H. Boyd | Review declaration re: amended schedules | 0.20 | 147.00 |
| 06/25/17 | Cathy Rae Hershcopf | Email with Duffy re professional fees | 0.20 | 211.00 |
| | | **Task Total:** | 2.30 | 1,984.50 |

**CASE ADMINISTRATION**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06/04/17 | Richelle Kalnit | Call with Brown, Ventola and Hershcopf re case issues (.3); follow up with Hershcopf re same (.2) | 0.50 | 400.00 |
| 06/05/17 | Richelle Kalnit | Emails re records destruction and insurance issues (.2); legal research re conversion issues (3.0); confer with Hershcopf and Winning re same (.8); confer with Province re same (.4); review creditors and preference exposure re conversion (.3) | 4.70 | 3,760.00 |
| 06/06/17 | Richelle Kalnit | Claims analysis re conversion issues | 1.20 | 960.00 |
| 06/07/17 | Richelle Kalnit | Confer with Hershcopf re all case open items (.6); obtain documents for hearing (.2) | 0.80 | 640.00 |
| 06/08/17 | Richelle Kalnit | Emails re setting up committee call (.1); arrange for same (.1) | 0.20 | 160.00 |
| 06/09/17 | Eric J. Haber | Call with K. Casteel re: Just Marketing preference (.2); review Casteel email with spreadsheets analyzing Just Marketing defenses (.3) | 0.50 | 470.00 |



**330759-201**
**HHgregg Committee**

**Invoice Number:  1781008**
CL 01 60726

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06/14/17 | Richelle Kalnit | Meeting with Ice and company re monetizing (3.5); call with Morrison re same (.3); emails re same (.6) | 4.30 | 3,440.00 |
| 06/15/17 | Richelle Kalnit | Emails re fee issues to satisfy Brown requests (.2); confer with Hershcopf re download from in person meeting (.6); emails re RTV agreement (.2); emails re email forwarding (.1); review today's court filings (.2); emails re UST KEIP issues (.2) | 1.60 | 1,280.00 |
| 06/19/17 | Richelle Kalnit | Emails re continued use of HHG emails/forwarding from IP purchaser (.1); emails re fee issues (.1); emails with Boyd re interim fee app (.1); review Star Leasing revisions (.3); emails re stub rent issues and review chart re same (.3) | 0.90 | 720.00 |
| 06/20/17 | Richelle Kalnit | Call with Morrison and Foster re professional fees (.3); emails re stub rent (.2); call re professional fee issues with GACP (.7); follow up re same (.1); call with Morrison re updated budget (.3) | 1.60 | 1,280.00 |
| 06/21/17 | Richelle Kalnit | Review Hokanson scheduling email (.1); confer with Hokanson re board minutes issue and upcoming auction/hearing (.2); review professional fee reconciliation (.1) and confer with Morrison re same (.1) | 0.50 | 400.00 |
| 06/23/17 | Richelle Kalnit | Draft email update to committee re case developments | 0.30 | 240.00 |
| 06/27/17 | Richelle Kalnit | Call with Brown and Hershcopf re case issues including fees and IP (.3); review and comment on status chart re monetizing assets (.3); call with landlord counsel re case status (.6) | 1.20 | 960.00 |
| 06/28/17 | Richelle Kalnit | Review and comment on asset monetization status chart | 0.20 | 160.00 |
| | | **Task Total:** | 18.50 | 14,870.00 |

**CLAIMS**



**330759-201**
**HHgregg Committee**

**Invoice Number:  1781008**
CL 01 60726

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06/05/17 | Cathy Rae Hershcopf | Emails with CFO re payments to post petition vendors | 0.90 | 949.50 |
| 06/13/17 | Cathy Rae Hershcopf | Chase down payments for post-petition creditors | 0.40 | 422.00 |
| 06/15/17 | Melissa H. Boyd | Review letter, emails and agreement re: Synchrony administrative claims and settling same | 0.40 | 294.00 |
| 06/16/17 | Cathy Rae Hershcopf | Emails re claims from post-petition creditors | 0.60 | 633.00 |
| 06/22/17 | Cathy Rae Hershcopf | Emails re reconciliation of CIT claim and LC draw (.6) and confer with Kalnit re same (.1) | 0.70 | 738.50 |
| 06/29/17 | Melissa H. Boyd | Emails with claimant re: administrative claims | 0.20 | 147.00 |
| | | **Task Total:** | 3.20 | 3,184.00 |

**EMPLOYEE BENEFITS/PENSIONS**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06/01/17 | Richelle Kalnit | Review draft KEIP motion (.6); email committee re same (.2) | 0.80 | 640.00 |
| 06/01/17 | Melissa H. Boyd | Emails re: revised KEIP | 0.30 | 220.50 |
| 06/01/17 | Cathy Rae Hershcopf | Confer with Kalnit and Lenders re KERP and KEIP | 0.70 | 738.50 |
| 06/05/17 | Richelle Kalnit | Review UST KERP objection | 0.10 | 80.00 |
| 06/05/17 | Melissa H. Boyd | Review UST objections to KERP motion and motion to seal (.2); email re: same (.2) | 0.40 | 294.00 |
| 06/08/17 | Richelle Kalnit | Review revised KEIP motion | 0.10 | 80.00 |
| 06/08/17 | Melissa H. Boyd | Emails re: KEIP motion | 0.20 | 147.00 |
| 06/15/17 | Cathy Rae Hershcopf | Emails re KEIP | 0.60 | 633.00 |
| 06/15/17 | Richelle Kalnit | Emails re KEIP issues | 0.10 | 80.00 |
| 06/15/17 | Melissa H. Boyd | Review motion to continue KEIP hearing and emails re: same | 0.20 | 147.00 |
| 06/22/17 | Richelle Kalnit | Emails re class action lawyer issues | 0.10 | 80.00 |
| 06/27/17 | Richelle Kalnit | Review prior cases re KEIP issues in response to UST (.4); review questions from UST (.2) | 0.60 | 480.00 |



**330759-201**
**HHgregg Committee**

**Invoice Number:  1781008**
CL 01 60726

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06/27/17 | Melissa H. Boyd | Review UST letter requesting KEIP discovery and emails re: same (.2); emails re: approval of KERP motion and review docket re: (.2) | 0.40 | 294.00 |
| 06/28/17 | Richelle Kalnit | Emails with/re employee 401K questions | 0.20 | 160.00 |
| 06/29/17 | Richelle Kalnit | Review draft KEIP response | 0.30 | 240.00 |
| 06/29/17 | Cathy Rae Hershcopf | Minor change to response to OUST on KEIP | 0.20 | 211.00 |
| 06/29/17 | Melissa H. Boyd | Emails re: KEIP support to UST | 0.20 | 147.00 |
| 06/30/17 | Cathy Rae Hershcopf | Review and respond to emails from Debtors re KEIP and OUST questions | 0.40 | 422.00 |
| | | **Task Total:** | 5.90 | 5,094.00 |

**FEE/EMPLOYMENT APPLICATIONS**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06/01/17 | Richelle Kalnit | Emails re fee issues | 0.20 | 160.00 |
| 06/01/17 | Melissa H. Boyd | Emails re: payment of monthly fees and no objections received (.2); review total payment requested as compared with budgeted amounts (.3) | 0.50 | 367.50 |
| 06/02/17 | Melissa H. Boyd | Emails re: and requesting March/April payments for Committee professionals (.4); review invoices, budget, and fee statements re: (.2) | 0.60 | 441.00 |
| 06/05/17 | Melissa H. Boyd | Review professionals' draw notices | 0.20 | 147.00 |
| 06/09/17 | Melissa H. Boyd | Emails re: entering ASK retention order and responses to retention | 0.20 | 147.00 |
| 06/14/17 | Melissa H. Boyd | Emails re: professional fee budget and prepetition retentions/services performed | 0.20 | 147.00 |
| 06/15/17 | Melissa H. Boyd | Emails re: May fee statements (.2); draft May fee statement (.2); review Province fee statement (.1) | 0.50 | 367.50 |
| 06/16/17 | Melissa H. Boyd | Prepare Cooley and Province May fee statements and emails re: filing and service | 0.20 | 147.00 |
| 06/19/17 | Richelle Kalnit | Review Malfitano final fee app | 0.10 | 80.00 |
| 06/19/17 | Cathy Rae Hershcopf | Emails re modifying for expanded role (.4); emails re fees (.4) | 0.80 | 844.00 |



330759-201
HHgregg Committee

**Invoice Number: 1781008**
CL 01 60726

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06/19/17 | Mollie N. Canby | Emails with M. Boyd re interim fee app preparation | 0.20 | 48.00 |
| 06/19/17 | Melissa H. Boyd | Emails re: filing and serving Cooley and Province monthly fee statements (.2); review interim comp order (.1); emails re: filing interim fee apps (.3) and fees owed re: March and April fee statements (.3); draft chart detailing amounts owed Committee professionals pursuant to fee statements and DIP budget (.4); emails re: same (.2) | 1.50 | 1,102.50 |
| 06/20/17 | Richelle Kalnit | Review Ice Miller interim fee app | 0.10 | 80.00 |
| 06/20/17 | Mollie N. Canby | Emails with M. Boyd re status of filing of fee applications and form application | 0.30 | 72.00 |
| 06/20/17 | Mollie N. Canby | Prepare Cooley's interim fee application | 2.10 | 504.00 |
| 06/20/17 | Melissa H. Boyd | Emails re: payment of March/April professional fees (.2); review filed May fee statements (.1); emails and call re: first interim fee apps (.4) | 0.70 | 514.50 |
| 06/21/17 | Mollie N. Canby | Emails with M. Boyd re fee application preparation | 0.10 | 24.00 |
| 06/21/17 | Mollie N. Canby | Prepare Cooley's interim fee application | 5.00 | 1,200.00 |
| 06/21/17 | Melissa H. Boyd | Emails re: drafting and filing Committee professionals' interim fee apps (.3); emails re: supplemental retention declaration re: pursuit of estate claims (.2) | 0.50 | 367.50 |
| 06/22/17 | Richelle Kalnit | Review Morgan Lewis fee app (.1); review and comment on draft interim Cooley fee app (1.1) | 1.20 | 960.00 |
| 06/22/17 | Melissa H. Boyd | Edit interim fee app, notice and declaration (including drafting narrative portions and incorporating additional edits) (3.5); emails with R. Kalnit (.5) and M. Canby (.3) and R. Weiss (.2) and C. Hershcopf (.2) re: same | 4.70 | 3,454.50 |



330759-201                                                                Invoice Number: 1781008
HHgregg Committee                                                                          CL 01 60726

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06/23/17 | Melissa H. Boyd | Review Province and Bingham interim fee apps and supporting exhibits and provide comments re: suggested edits (.9); email to R. Weiss re: review and authorization for filing (.2); email re: financial advisor declarations in support (.1); edit Cooley interim app re: monthly statements filed (.2); review statements re: same (.2) | 1.60 | 1,176.00 |
| 06/23/17 | Melissa H. Boyd | Review, revise and finalize interim fee app, notice and supporting exhibits (.4); emails re: chairperson review (.2), filing and service (.3) and LEDES detail for UST (.3); emails re: revising Province interim fee app (.3); review and revise Cooley's proposed order (.2); calls re: revising and finalizing Province fee app (.2); emails re: same (.2) | 2.10 | 1,543.50 |
| 06/26/17 | Melissa H. Boyd | Review BRG deck re: March/April professional compensation (.2); emails re: GACP analysis (.2); review filed interim app and objection notice re: same (.2) | 0.60 | 441.00 |
| 06/27/17 | Melissa H. Boyd | Emails re: Committee legal fees for March/April | 0.20 | 147.00 |
| | | **Task Total:** | 24.40 | 14,482.50 |

**FEE/EMPLOYMENT OBJECTIONS**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06/06/17 | Melissa H. Boyd | Review Ogletree retention application | 0.30 | 220.50 |
| 06/07/17 | Melissa H. Boyd | Emails re: Ogletree retention | 0.20 | 147.00 |
| | | **Task Total:** | 0.50 | 367.50 |

**FINANCING AND CASH COLLATERAL**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06/01/17 | Richelle Kalnit | Review default notice (.1); review and comment on draft Province financial update (.7) | 0.80 | 640.00 |
| 06/02/17 | Richelle Kalnit | Review revised Province financial update | 0.20 | 160.00 |
| 06/02/17 | Melissa H. Boyd | Review liquidity analysis | 0.20 | 147.00 |



330759-201
HHgregg Committee

**Invoice Number: 1781008**
CL 01 60726

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06/04/17 | Cathy Rae Hershcopf | Confer with BRG re budget (.7); call with DLA (.6) re same | 1.30 | 1,371.50 |
| 06/05/17 | Melissa H. Boyd | Emails re: liquidity scenario | 0.20 | 147.00 |
| 06/05/17 | Cathy Rae Hershcopf | Confer with Debtors (.4), BRG (.9) and GACP (.3) re budget/DIP default and impact on payments to professionals and other administrative creditors | 1.20 | 1,266.00 |
| 06/05/17 | Cathy Rae Hershcopf | Call with GACP re converting case and impact of chapter 7 | 0.90 | 949.50 |
| 06/06/17 | Richelle Kalnit | Review fee chart re revised liquidity scenario | 0.10 | 80.00 |
| 06/07/17 | Richelle Kalnit | Review Morrison financial update and comment on same | 0.10 | 80.00 |
| 06/08/17 | Richelle Kalnit | Review revised financial update | 0.20 | 160.00 |
| 06/12/17 | Cathy Rae Hershcopf | Emails re payment of budgeted and approved professional fees | 0.60 | 633.00 |
| 06/13/17 | Melissa H. Boyd | Review variance report | 0.20 | 147.00 |
| 06/14/17 | Cathy Rae Hershcopf | Calls and emails with Debtors, BRG, DLA and Committee professionals re unpaid professional fees in budget | 1.40 | 1,477.00 |
| 06/14/17 | Cathy Rae Hershcopf | Update with Kalnit from Indy | 0.70 | 738.50 |
| 06/15/17 | Cathy Rae Hershcopf | Review and respond to emails on budget and paying post-petition expenses (.9) and call with Brown re same (.4); follow up with Debtors re same (.3) | 1.60 | 1,688.00 |
| 06/24/17 | Cathy Rae Hershcopf | Emails with Debtors and Province re getting as much cash to GACP as possible as quickly as possible | 0.70 | 738.50 |
| 06/26/17 | Cathy Rae Hershcopf | Emails re restating budget and ensuring payment of professional fees | 0.90 | 949.50 |
| 06/26/17 | Cathy Rae Hershcopf | Email to Debtors re GACP request for 85% of proceeds of collections | 0.40 | 422.00 |
| 06/27/17 | Richelle Kalnit | Review cash flow (.3); email BRG questions re same (.1); call re same (.4) | 0.80 | 640.00 |
| 06/27/17 | Cathy Rae Hershcopf | Call with BRG and Debtors re cash flow update | 0.90 | 949.50 |



**330759-201**
**HHgregg Committee**

Invoice Number:  1781008
CL 01 60726

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06/27/17 | Cathy Rae Hershcopf | Emails with MLB re budget, cash collateral and professional fees | 0.80 | 844.00 |
| 06/28/17 | Richelle Kalnit | Review cash flows and related materials (.6); call re same (.5) | 1.10 | 880.00 |
| 06/28/17 | Cathy Rae Hershcopf | Emails with Debtors and BRG re budget | 0.80 | 844.00 |
| 06/29/17 | Richelle Kalnit | Review revised cash flows | 0.40 | 320.00 |
| 06/29/17 | Cathy Rae Hershcopf | Review budget and emails re same | 0.90 | 949.50 |
| 06/30/17 | Cathy Rae Hershcopf | Emails and calls with Debtors (.3), Debtors' counsel (.6) and BRG (.4) re budget and GA's request | 1.30 | 1,371.50 |
|  |  | **Task Total:** | 18.70 | 18,593.00 |

**LITIGATION**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 03/29/17 | Cathy Rae Hershcopf | Confer with Lerner re Electroklux | 0.30 | 316.50 |
| 06/01/17 | Richelle Kalnit | Review motion to dismiss | 0.30 | 240.00 |
| 06/05/17 | Cathy Rae Hershcopf | Confer with Conaway re Elux litigation (.4) and follow up with Debtors (.2) and Lenders (.2) re same | 0.80 | 844.00 |
| 06/06/17 | Richelle Kalnit | Call with Morrison re Electrolux | 0.10 | 80.00 |
| 06/08/17 | Cathy Rae Hershcopf | Ping Conaway re Elux (.1) and follow up with Lenders (.1) | 0.20 | 211.00 |
| 06/09/17 | Richelle Kalnit | Call re D&O action issues (.4); follow up emails re same (.2) | 0.60 | 480.00 |
| 06/09/17 | Cathy Rae Hershcopf | Call with DLA re approach on D&O claims, emails, board presentations and minutes (.6) and follow up emails with Kalnit re same (.2) | 0.80 | 844.00 |
| 06/09/17 | Cathy Rae Hershcopf | Call with Conaway re Elux (.4) and follow up with Ventola and Brown (.3) re same and follow up with Debtors re same (.3) | 1.00 | 1,055.00 |
| 06/12/17 | Richelle Kalnit | Review and comment on common interest agreement | 0.70 | 560.00 |
| 06/13/17 | Cathy Rae Hershcopf | Emails with Conaway and Lenders re Elux | 0.40 | 422.00 |
| 06/13/17 | Melissa H. Boyd | Emails re: Electrolux settlement issues (.2); review settlement of Gemmel stay motion (.1) | 0.30 | 220.50 |



**330759-201**
**HHgregg Committee**

**Invoice Number:  1781008**
CL 01 60726

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06/13/17 | Melissa H. Boyd | Emails re: D&O investigation (.2) and vendor credit actions (.2) | 0.40 | 294.00 |
| 06/14/17 | Richelle Kalnit | Comment on revised common interest agreement | 0.20 | 160.00 |
| 06/14/17 | Richelle Kalnit | Review and summarize board minutes | 1.80 | 1,440.00 |
| 06/15/17 | Richelle Kalnit | Emails re text/email retrieval (.4); review common interest agreement re open issue (.2); review adequate protection determination motion (.8) | 1.40 | 1,120.00 |
| 06/15/17 | Dmitry Spektor | Assist case team with project logistics | 0.80 | 224.00 |
| 06/15/17 | Max D. Schlan | Review and revise Electrolux motion (1.2); correspond with Kalnit re same (.4). | 1.60 | 1,176.00 |
| 06/16/17 | Dmitry Spektor | Assist case team with project logistics | 0.50 | 140.00 |
| 06/19/17 | Richelle Kalnit | Review and summarize board minutes | 2.20 | 1,760.00 |
| 06/19/17 | Richelle Kalnit | Call with e-discovery re email collection | 0.30 | 240.00 |
| 06/19/17 | Melissa H. Boyd | Review common interest agreement (.2); emails re: D&O litigation (.2) | 0.40 | 294.00 |
| 06/19/17 | Dmitry Spektor | Manage litigation support vendor regarding project objectives and established timeliness | 0.50 | 140.00 |
| 06/20/17 | Richelle Kalnit | Follow up re board presentations (.1); follow up re Riesbeck emails (.1) | 0.20 | 160.00 |
| 06/20/17 | Cathy Rae Hershcopf | Call with Kalnit re next steps in D&O investigation | 0.40 | 422.00 |
| 06/20/17 | Cathy Rae Hershcopf | Follow up with MLB re forwarding email to Risebeck (.2); emails with Conaway re Elux (.4) | 0.60 | 633.00 |
| 06/20/17 | Melissa H. Boyd | Review motion to lift the stay re: employee collective action (and exhibits supporting same) and email re: same | 0.30 | 220.50 |
| 06/21/17 | Richelle Kalnit | Call with Brown re Elux issues | 0.20 | 160.00 |
| 06/21/17 | Richelle Kalnit | Emails re obtaining Riesbeck emails (.1); draft list of action items re D&O investigation (.3); call with Hershcopf re D&O litigation strategy (.3) | 0.70 | 560.00 |



**330759-201**
**HHgregg Committee**

**Invoice Number:  1781008**
CL 01 60726

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06/21/17 | Cathy Rae Hershcopf | Confer with Kalnit re next steps in D&O litigation and getting litigation support | 0.40 | 422.00 |
| 06/21/17 | Dmitry Spektor | Assist case team with project logistics | 0.50 | 140.00 |
| 06/22/17 | Cathy Rae Hershcopf | Call with Kalnit re D&O investigation litigation support (.4) and follow up re litigation support (.2) | 0.60 | 633.00 |
| 06/22/17 | Dmitry Spektor | Manage electronically-stored information for attorney review and analysis. Oversee litigation support vendor's handling of electronically stored information for discovery purposes | 1.90 | 532.00 |
| 06/23/17 | Melissa H. Boyd | Emails re: D&O litigation discovery | 0.20 | 147.00 |
| 06/23/17 | Dmitry Spektor | Oversee litigation support vendor's handling of electronically stored information for discovery purposes | 0.60 | 168.00 |
| 06/26/17 | Richelle Kalnit | Review form litigation hold memos (.1); email Lerner re same (.4) | 0.50 | 400.00 |
| 06/27/17 | Richelle Kalnit | Emails re timing of LOI | 0.10 | 80.00 |
| 06/27/17 | Cathy Rae Hershcopf | Confer internally re D&O investigation | 0.40 | 422.00 |
| 06/27/17 | Cathy Rae Hershcopf | Email press releases from GACP to DLA | 0.70 | 738.50 |
| 06/27/17 | Cathy Rae Hershcopf | Emails with Lenders and Conaway re Elux | 0.40 | 422.00 |
| 06/28/17 | Richelle Kalnit | Confer with Lee re D&O litigation questions (.3); develop search terms for email review (.4) | 0.70 | 560.00 |
| 06/29/17 | Richelle Kalnit | Herman email re email collection/search terms (.2); follow up re same (.2); confer with Hershcopf re same (.2) | 0.60 | 480.00 |
| 06/29/17 | Richelle Kalnit | Revisions to/editing summary of board minutes | 0.90 | 720.00 |
| 06/29/17 | Cathy Rae Hershcopf | Emails and calls with Herman re broad language in DIP order re privilege (.9); review order again (.2); follow up call with Herman re same (.2) | 1.30 | 1,371.50 |
| 06/29/17 | Dmitry Spektor | Assist case team with project logistics | 0.20 | 56.00 |
| 06/30/17 | Richelle Kalnit | Emails with Stifel counsel | 0.10 | 80.00 |



330759-201
HHgregg Committee

**Invoice Number:  1781008**
CL 01 60726

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06/30/17 | Dmitry Spektor | Oversee litigation support vendor's handling of electronically stored information for discovery purposes | 0.60 | 168.00 |
| | | **Task Total:** | 28.70 | 21,956.50 |

**MEETINGS**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06/13/17 | Richelle Kalnit | Prepare for (.2) and participate in committee call (.5) | 0.70 | 560.00 |
| 06/13/17 | Cathy Rae Hershcopf | Follow up on Committee call | 0.30 | 316.50 |
| 06/13/17 | Melissa H. Boyd | Committee call re: case status, budget, monetizing assets, etc. (.5); review Province deck in preparation for call (.2) | 0.70 | 514.50 |
| | | **Task Total:** | 1.70 | 1,391.00 |

**RELIEF FROM STAY PROCEEDINGS**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06/20/17 | Richelle Kalnit | Review stay relief motion | 0.10 | 80.00 |
| 06/26/17 | Melissa H. Boyd | Emails re: motion to lift stay re: Sixth Circuit employee litigation | 0.20 | 147.00 |
| | | **Task Total:** | 0.30 | 227.00 |

**TRAVEL**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06/14/17 | Richelle Kalnit | Travel to Indianapolis (billed at 1/2 time) | 3.50 | 2,800.00 |
| 06/15/17 | Richelle Kalnit | Travel home from Indianapolis (billed at 1/2 time) | 2.50 | 2,000.00 |
| 06/26/17 | Richelle Kalnit | Travel to (3.0) and from (2.8) Indy for IP auction and hearing (billed at 1/2 time) | 5.80 | 4,640.00 |
| | | **Task Total:** | 11.80 | 9,440.00 |

**LEASES AND EXECUTORY CONTRACTS**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06/01/17 | Melissa H. Boyd | Review orders approving treatment of leases and executory contracts | 0.20 | 147.00 |



330759-201
HHgregg Committee

**Invoice Number: 1781008**
CL 01 60726

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06/01/17 | Cathy Rae Hershcopf | Review disappointing lease bids | 0.60 | 633.00 |
| 06/02/17 | Cathy Rae Hershcopf | Note disagreement with GACP re deadline for opting in for stub rent settlement | 0.40 | 422.00 |
| 06/02/17 | Cathy Rae Hershcopf | Respond to inquiries from landlords who opted in to stub rent deals | 0.90 | 949.50 |
| 06/05/17 | Melissa H. Boyd | Emails re: Throgmartin assignment objection | 0.30 | 220.50 |
| 06/08/17 | Melissa H. Boyd | Research re: rejecting contingency fee contracts | 0.30 | 220.50 |
| 06/12/17 | Richelle Kalnit | Emails with Boyd re research re rejection of executory contracts (.2); review cases re same (.2) | 0.40 | 320.00 |
| 06/12/17 | Richelle Kalnit | Review Bal Harbour draft settlement documents | 0.30 | 240.00 |
| 06/12/17 | Melissa H. Boyd | Emails re: mechanics' lien issues re: lease assumption | 0.20 | 147.00 |
| 06/13/17 | Richelle Kalnit | Emails re stub rent issues | 0.20 | 160.00 |
| 06/13/17 | Cathy Rae Hershcopf | Emails with Debtors, GA and Kalnit re stub rent | 0.80 | 844.00 |
| 06/13/17 | Cathy Rae Hershcopf | Emails with Hilco re estimated fees for renegotiated lease assignments | 0.60 | 633.00 |
| 06/13/17 | Melissa H. Boyd | Emails re: lease assumptions | 0.20 | 147.00 |
| 06/14/17 | Cathy Rae Hershcopf | Follow up with Debtors and GA on payment of stub rent | 0.40 | 422.00 |
| 06/15/17 | Richelle Kalnit | Review lease rejection notices | 0.10 | 80.00 |
| 06/15/17 | Melissa H. Boyd | Review lease assumption motions (.2) and notices to reject executory contracts (.2) | 0.40 | 294.00 |
| 06/16/17 | Richelle Kalnit | Review and comment on Elux rejection motion (.2); review Star Leasing rejection motion (.1) | 0.30 | 240.00 |
| 06/19/17 | Richelle Kalnit | Emails re executory contracts (SRG) | 0.20 | 160.00 |
| 06/19/17 | Cathy Rae Hershcopf | Respond to inquiries re stub rent (.6) and follow up re same (.3) | 0.90 | 949.50 |
| 06/20/17 | Cathy Rae Hershcopf | Confer with landlords re stub rent (.4) and follow up with GA re same (.2) | 0.60 | 633.00 |



Page    21

**330759-201**
**HHgregg Committee**

**Invoice Number:  1781008**
CL 01 60726

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 06/20/17 | Melissa H. Boyd | Emails re: stub rent claims and payment (.2); review assignment orders (.2) | 0.40 | 294.00 |
| 06/21/17 | Richelle Kalnit | Emails re landlord adequate protection | 0.10 | 80.00 |
| 06/21/17 | Melissa H. Boyd | Emails re: resolution of stub rent claims | 0.20 | 147.00 |
| 06/22/17 | Cathy Rae Hershcopf | Emails re stub rent | 0.30 | 316.50 |
| 06/22/17 | Richelle Kalnit | Review draft objection re landlord issues | 0.60 | 480.00 |
| 06/23/17 | Richelle Kalnit | Emails re stub rent and review status chart | 0.10 | 80.00 |
| 06/23/17 | Cathy Rae Hershcopf | Emails re motion practice from landlords with mechanics liens asserted and call with Herman re same | 0.60 | 633.00 |
| 06/23/17 | Cathy Rae Hershcopf | Stub rent checks for opt ins sent | 0.30 | 316.50 |
| 06/23/17 | Cathy Rae Hershcopf | Additional emails on stub rent | 0.40 | 422.00 |
| 06/25/17 | Cathy Rae Hershcopf | Email with Herman re mechanics' lien claimants and stub rent settlement | 0.30 | 316.50 |
| 06/26/17 | Cathy Rae Hershcopf | Emails with Herman re landlord claims re mechanics liens | 0.40 | 422.00 |
| 06/26/17 | Melissa H. Boyd | Emails re: resolution of stub rent and adequate protection motion (.2); review response to mechanics' lien objection (.2); emails re: Bal Harbour lease termination (.1); review withdrawal of adequate protection motion (.1) | 0.60 | 441.00 |
| 06/27/17 | Richelle Kalnit | Emails re mechanics lien issues | 0.80 | 640.00 |
| 06/27/17 | Cathy Rae Hershcopf | Emails with landlords re stub rent | 0.80 | 844.00 |
| 06/27/17 | Cathy Rae Hershcopf | Emails re mechanics liens and settlements with landlords | 0.70 | 738.50 |
| 06/27/17 | Cathy Rae Hershcopf | Emails with landlords re stub rent payments | 0.90 | 949.50 |
| 06/28/17 | Richelle Kalnit | Review rejection motion (.1); review draft SRG rejection notice (.1); review Elux rejection motion (.3) | 0.50 | 400.00 |
| 06/28/17 | Cathy Rae Hershcopf | Emails with Herman and landlords re mechanics' liens claims | 0.90 | 949.50 |



330759-201                                             **Invoice Number:  1781008**
**HHgregg Committee**                                          CL 01 60726

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06/28/17 | Melissa H. Boyd | Review rejection motions re: employment executory contract and re: equipment contract | 0.20 | 147.00 |
| 06/29/17 | Richelle Kalnit | Emails re Commodore (.2) and review draft settlement agreement (.3) | 0.50 | 400.00 |
| 06/30/17 | Richelle Kalnit | Emails re Commodore settlement issues | 0.20 | 160.00 |
| | | **Task Total:** | 18.10 | 17,039.00 |

**PREPARATION FOR AND ATTENDANCE AT COURT HEARINGS**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06/13/17 | Richelle Kalnit | Review agenda (.1) and emails re fee issues for hearing (.2) | 0.30 | 240.00 |
| 06/13/17 | Melissa H. Boyd | Review current agenda and status of items going forward at 6/14 hearing (.2); emails re: hearings (.2); review objection to destroying business documents (.2) | 0.60 | 441.00 |
| 06/14/17 | Richelle Kalnit | Prepare for and attend hearing | 3.00 | 2,400.00 |
| 06/14/17 | Melissa H. Boyd | Attend court hearing re: lease issues, destruction of documents, KERP and review agenda in preparation for hearing | 0.80 | 588.00 |
| 06/26/17 | Melissa H. Boyd | Emails re: 6/27 hearing | 0.20 | 147.00 |
| 06/27/17 | Richelle Kalnit | Telephonic appearance at IP sale/lease rejection hearing | 0.80 | 640.00 |
| 06/27/17 | Melissa H. Boyd | Review hearing agenda and attend hearing re: IP sale and mechanics' lien objections to lease rejection | 0.70 | 514.50 |
| | | **Task Total:** | 6.40 | 4,970.50 |

**AVOIDANCE ACTIONS**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 05/11/17 | Cathy Rae Hershcopf | Confer with Kovacs and ASK re: preference data | 0.20 | 211.00 |
| 06/01/17 | Melissa H. Boyd | Emails re: preference analysis (.8); review analysis (.6) | 1.40 | 1,029.00 |
| 06/01/17 | Eric J. Haber | Review email of M. Boyd re: Just Marketing check listing and respond | 0.20 | 188.00 |



330759-201  
HHgregg Committee

**Invoice Number:  1781008**  
CL 01 60726

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06/01/17 | Eric J. Haber | Prepare email to M. Boyd re: Andretti | 0.10 | 94.00 |
| 06/01/17 | Eric J. Haber | Review Zimmerman documents | 0.40 | 376.00 |
| 06/01/17 | Cathy Rae Hershcopf | Confer with GACP re ASK analysis | 0.80 | 844.00 |
| 06/02/17 | Melissa H. Boyd | Emails re: pursuit of preference actions (.2) and call to analyze same (.2) | 0.40 | 294.00 |
| 06/02/17 | Eric J. Haber | Review Zimmerman documents | 0.40 | 376.00 |
| 06/02/17 | Cathy Rae Hershcopf | Call with ASK and GACP to discuss preference recovery, timing and protocol | 1.40 | 1,477.00 |
| 06/02/17 | Cathy Rae Hershcopf | Confer with ASK re information from Kevin and Lance and integration information data | 0.90 | 949.50 |
| 06/05/17 | Melissa H. Boyd | Call with ASK, Province and GA re: preference recoveries | 1.10 | 808.50 |
| 06/05/17 | Melissa H. Boyd | Review preference analysis and expected recovery timing | 0.20 | 147.00 |
| 06/06/17 | Eric J. Haber | Prepare emails to K. Kovacs re: Zimmerman and Just Marketing preferences and call and review response | 0.20 | 188.00 |
| 06/07/17 | Melissa H. Boyd | Call with E. Haber re: pursuit of preference actions | 0.20 | 147.00 |
| 06/07/17 | Eric J. Haber | Review email of K. Kovacs re: Zimmerman and Andretti preferences and respond | 0.20 | 188.00 |
| 06/07/17 | Eric J. Haber | Review Andretti documents | 0.20 | 188.00 |
| 06/07/17 | Eric J. Haber | Call with M. Boyd re: preferences (.2); discuss same with C. Hershcopf and prepare email to K. Kovacs (.2) | 0.40 | 376.00 |
| 06/12/17 | Eric J. Haber | Review updated ASK analysis analyzing Just Marketing | 0.20 | 188.00 |
| 06/12/17 | Melissa H. Boyd | Review entered ASK retention order and emails re: same | 0.20 | 147.00 |
| 06/14/17 | Eric J. Haber | Review emails of R. Kalnit and M. Boyd re: Zimmerman demand letter and respond (.3); call with Boyd re: same (.2) | 0.50 | 470.00 |
| 06/14/17 | Eric J. Haber | Review email of R. Kalnit re: preference demand letter, M. Boyd response and respond | 0.30 | 282.00 |

# Cooley

**330759-201**
**HHgregg Committee**

**Invoice Number:  1781008**
CL 01 60726

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06/14/17 | Eric J. Haber | Review follow-up email of R. Kalnit re: preference demand letter | 0.20 | 188.00 |
| 06/14/17 | Eric J. Haber | Prepare emails to M. Boyd re: Committee right to pursue financing order and review response with order | 0.50 | 470.00 |
| 06/14/17 | Melissa H. Boyd | Emails re: pursuit of Zimmerman and Just Marketing preferences (.5); call re: same (.2) | 0.70 | 514.50 |
| 06/15/17 | Eric J. Haber | Review emails of R. Kalnit re: Zimmerman and Andretti discovery and respond | 0.20 | 188.00 |
| 06/15/17 | Eric J. Haber | Review further email of R. Kalnit re: Zimmerman and K. Kovacs discovery, review notes re: same and respond (.3); prepare email to Kovacs re: same and Andretti discovery and respond (.2) | 0.50 | 470.00 |
| 06/15/17 | Melissa H. Boyd | Emails re: pursuit of preferences and obtaining discovery re: same | 0.30 | 220.50 |
| 06/16/17 | Eric J. Haber | Prepare initial draft of form preference demand letter | 1.20 | 1,128.00 |
| 06/16/17 | Eric J. Haber | Review Zimmerman Advertising preference analysis | 0.40 | 376.00 |
| 06/16/17 | Eric J. Haber | Review financing order | 0.50 | 470.00 |
| 06/16/17 | Melissa H. Boyd | Emails re: pursuit of preferences and obtaining text messages (.3); review conflict parties and emails re: same (.2) | 0.50 | 367.50 |
| 06/19/17 | Cathy Rae Hershcopf | Confer with ASK on preference recovery | 0.70 | 738.50 |
| 06/19/17 | Eric J. Haber | Review emails of M. Harrison re: Andretti, Just Marketing counsel and respond | 0.10 | 94.00 |
| 06/19/17 | Eric J. Haber | Prepare Zimmerman Advertising preference demand letter | 0.50 | 470.00 |
| 06/19/17 | Eric J. Haber | Discuss Zimmerman and Andretti preference actions with C. Hershcopf (.2); review emails of C. Hershcopf, R. Kalnit and M. Boyd re: same and respond (.2) | 0.40 | 376.00 |
| 06/19/17 | Eric J. Haber | Call with K. Casteel re: Zimmerman and Andretti preferences (.4); review spreadsheets re: same (.5) | 0.90 | 846.00 |



330759-201
HHgregg Committee

**Invoice Number:  1781008**
CL 01 60726

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06/19/17 | Eric J. Haber | Review Zimmerman and Andretti check listings | 0.20 | 188.00 |
| 06/19/17 | Eric J. Haber | Work on Zimmerman and Andretti demand letters | 1.00 | 940.00 |
| 06/19/17 | Eric J. Haber | Legal research re: preference issues | 0.70 | 658.00 |
| 06/19/17 | Eric J. Haber | Prepare check listings and preference demand letters (.5); prepare email to M. Boyd re: same (.2) | 0.70 | 658.00 |
| 06/19/17 | Eric J. Haber | Review emails of R. Kalnit re: Andretti (.2); review documents re: same and respond (.2) | 0.40 | 376.00 |
| 06/19/17 | Eric J. Haber | Review docket re: Zimmerman and Andretti counsel (.2); review email of M. Boyd; re: same and respond (.2) | 0.40 | 376.00 |
| 06/19/17 | Eric J. Haber | Review motion to retain ASK to prosecute avoidance actions | 0.30 | 282.00 |
| 06/19/17 | Eric J. Haber | Review financing order re: avoidance actions | 0.20 | 188.00 |
| 06/19/17 | Eric J. Haber | Prepare email to M. Boyd re: preference demand letters | 0.30 | 282.00 |
| 06/19/17 | Melissa H. Boyd | Emails and call (.5) re: Andretti and Zimmerman demand letters; review filings and Andretti agreement re: (.4); emails re: retrieving communications and retaining outside vendor (.2) | 1.10 | 808.50 |
| 06/20/17 | Cathy Rae Hershcopf | Confer with Haber (.4) and ASK (.1) re Zimmerman, Just Marketing and Andretti | 0.50 | 527.50 |
| 06/20/17 | Eric J. Haber | Work on spreadsheets for demand letters to Zimmerman and Just Marketing | 0.30 | 282.00 |
| 06/20/17 | Eric J. Haber | Discuss issues re: Andretti demand and Zimmerman discovery with C. Hershcopf (.2); prepare email to K. Kovacs re: same (.4); review account history re: potential causes of action (.3) | 0.90 | 846.00 |
| 06/20/17 | Eric J. Haber | Review email of M. Boyd re: demand letters (.1); call with Boyd re: Just Marketing issues (.1); prepare email to Boyd with updated letter (.1) | 0.30 | 282.00 |



330759-201
HHgregg Committee

**Invoice Number:  1781008**
CL 01 60726

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06/20/17 | Eric J. Haber | Review email of K. Kovacs re: Just Marketing and Zimmerman discovery and responses of C. Hershcopf and R. Kalnit and respond to Kovacs twice | 0.40 | 376.00 |
| 06/20/17 | Eric J. Haber | Review Indiana statutes | 0.30 | 282.00 |
| 06/20/17 | Eric J. Haber | Prepare email to C. Hershcopf, R. Kalnit and M . Boyd re: Zimmerman and Just Marketing demand letters | 0.60 | 564.00 |
| 06/20/17 | Eric J. Haber | Prepare avoidance action demand letters | 0.80 | 752.00 |
| 06/20/17 | Eric J. Haber | Call with M. Boyd re: Just Marketing and Andretti Autosports (.4); review email of M. Boyd re: same and review agreement (.5) | 0.90 | 846.00 |
| 06/20/17 | Eric J. Haber | Prepare email to M. Boyd, C. Hershcopf and R.Kalnit discussing Just Marketing and Andretti Autosports and suggested changes to demand letters | 0.60 | 564.00 |
| 06/20/17 | Melissa H. Boyd | Emails and re: review of demand letters (.3); emails re: vendor text messages and extracting same (.3); review vendor texts (.1); emails re: IN law (.2); review demand letters and exhibits re: Andretti and Zimmerman actions (.3); provide revisions thereto and call re: same (.3); review Andretti sponsorship agreement and law re: pursuit of preference action (1.6); call with E. Haber re: Andretti/Just Marketing preference issues (.4); email outlining terms of agreement and strategy for pursuing action (.3) | 3.80 | 2,793.00 |
| 06/21/17 | Richelle Kalnit | Review and comment on draft preference demand letters (.4); research re Just Marketing (.2) | 0.60 | 480.00 |
| 06/21/17 | Cathy Rae Hershcopf | Confer with Haber re Zimmerman, Just Marketing and Andretti demands (.6); follow up with ASK re same (.3) | 0.90 | 949.50 |
| 06/21/17 | Eric J. Haber | Review Zimmerman documents sent by K. Kovacs | 0.60 | 564.00 |
| 06/21/17 | Eric J. Haber | Review email of C. Hershcopf re: Just Marketing demand letter and respond | 0.10 | 94.00 |



330759-201
HHgregg Committee

**Invoice Number: 1781008**
CL 01 60726

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06/21/17 | Eric J. Haber | Review email of R. Kalnit with comments on Zimmerman demand letter (.2) and respond re: same (.4); review email of C. Hershcopf re: same and respond (.1) | 0.70 | 658.00 |
| 06/21/17 | Eric J. Haber | Review email s of R. Kalnit and M. Boyd re: Andretti connections with Just Marketing (.1); review Andretti Autosports sponsorship agreement (.2) | 0.30 | 282.00 |
| 06/21/17 | Eric J. Haber | Review emails of M. Boyd forwarding W. Bosby email re: Indiana law with statutes | 0.50 | 470.00 |
| 06/21/17 | Eric J. Haber | Work on Just Marketing and Andretti Autosports demand letters | 0.40 | 376.00 |
| 06/21/17 | Eric J. Haber | Prepare email to K. Casteel re: Just Marketing invoices | 0.20 | 188.00 |
| 06/21/17 | Eric J. Haber | Call with M. Boyd re: information needed re: Just Marketing/Andretti Autosports demand open issues an approach (.8); prepare email to C. Hershcopf, R. Kalnit and M. Boyd re: same (.5) | 1.30 | 1,222.00 |
| 06/21/17 | Eric J. Haber | Review multiple emails of C. Hershcopf re: Just Marketing and respond re: same and Andretti Autosports | 0.30 | 282.00 |
| 06/21/17 | Eric J. Haber | Revise Zimmerman demand letter | 0.30 | 282.00 |
| 06/21/17 | Eric J. Haber | Revise Just Marketing demand letter | 0.60 | 564.00 |
| 06/21/17 | Eric J. Haber | Review email of K. Casteel re: invoices and respond | 0.10 | 94.00 |
| 06/21/17 | Eric J. Haber | Update Just Marketing preference period spreadsheet | 0.20 | 188.00 |
| 06/21/17 | Melissa H. Boyd | Emails re: pursuing Zimmerman and Andretti chapter 5 actions (.4); emails re: IN law (.2); call with E. Haber re: pursuit of chapter 5 actions (.8); emails re: obtaining invoices re: same (.2) | 1.60 | 1,176.00 |



**330759-201**
**HHgregg Committee**

**Invoice Number: 1781008**
CL 01 60726

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 06/22/17 | Cathy Rae Hershcopf | Confer with Zimmerman's counsel (.3); finalize demands to Zimmerman and Just Marketing (.9) and hold back Andretti (.2); confer with Haber (.2) and Committee (.2) and GACP (.3) re same | 2.10 | 2,215.50 |
| 06/22/17 | Eric J. Haber | Review multiple emails of R. Kalnit and D. Spektor re: e-discovery issues | 0.20 | 188.00 |
| 06/22/17 | Eric J. Haber | Review preference demand letters to Zimmerman and Just Marketing | 0.30 | 282.00 |
| 06/22/17 | Eric J. Haber | Finalize Zimmerman and Just Marketing demand letters as per C. Hershcopf comments | 0.20 | 188.00 |
| 06/22/17 | Eric J. Haber | Discuss Finalize Zimmerman and Just Marketing demand with C. Hershcopf; prepare draft email to Camillo re: same (.3); review expanded C. Hershcopf email re: same (.1) | 0.40 | 376.00 |
| 06/22/17 | Melissa H. Boyd | Emails to/from B. Huge re: status of preference action pursuit (.2); review Just Marketing and Zimmerman finalized demand letters (.3) | 0.50 | 367.50 |
| 06/23/17 | Cathy Rae Hershcopf | Emails with Zimmerman's counsel | 0.40 | 422.00 |
| 06/23/17 | Eric J. Haber | Review emails of C. Hershcopf and M. Giuliano re: Zimmerman defense analysis | 0.10 | 94.00 |
| 06/23/17 | Melissa H. Boyd | Review demand letter response | 0.10 | 73.50 |
| 06/26/17 | Cathy Rae Hershcopf | Follow up on demand letters (.3); discuss timing and protocol with ASK (.6) | 0.90 | 949.50 |
| 06/26/17 | Melissa H. Boyd | Emails re: sending demand letters, potential targets and settlement authority going forward (.4); review list of targets (.2); emails with GA re: preference analysis (.2) | 0.80 | 588.00 |
| 06/27/17 | Richelle Kalnit | Emails re preference settlement procedures (.1) and ASK recommendations (.3) | 0.40 | 320.00 |
| 06/27/17 | Melissa H. Boyd | Emails to/from ASK re: pursuit of insider preference actions, sending out demand letters, and settlement authority | 0.50 | 367.50 |
| 06/28/17 | Cathy Rae Hershcopf | Confer with ASK re demand letters | 0.40 | 422.00 |



**330759-201**
**HHgregg Committee**

**Invoice Number:  1781008**
CL 01 60726

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06/29/17 | Richelle Kalnit | Emails re preference issues | 0.10 | 80.00 |
| 06/29/17 | Cathy Rae Hershcopf | Emails with Debtors re Zimmerman | 0.40 | 422.00 |
| 06/29/17 | Eric J. Haber | Review emails of C. Hershcopf R.Kalnit and N. Herman re: Zimmerman search terms and documents | 0.20 | 188.00 |
| | | **Task Total:** | 48.90 | 44,169.00 |

**Total Fees** **$230,031.50**

**Fee Summary:**

| Timekeeper | Type | Rate | Hours | Total |
|-----------|------|------|-------|-------|
| Jay R. Indyke | Partner | 1180 | .20 | 236.00 |
| Cathy Rae Hershcopf | Partner | 1055 | 70.00 | 73,850.00 |
| Eric J. Haber | Special Counsel | 940 | 25.30 | 23,782.00 |
| Richelle Kalnit | Associate | 800 | 90.50 | 72,400.00 |
| Robert B. Winning | Associate | 835 | 1.20 | 1,002.00 |
| Max D. Schlan | Associate | 735 | 1.60 | 1,176.00 |
| Melissa H. Boyd | Associate | 735 | 73.70 | 54,169.50 |
| Mollie N. Canby | Paralegal | 240 | 7.70 | 1,848.00 |
| Dmitry Spektor | Lit/E-Discovery Svcs. | 280 | 5.60 | 1,568.00 |

**For costs and disbursements recorded through June 30, 2017 :**

Air Fare                                                                                                                300.21
Traveler: R.  KALNIT Departure Date: 6/14/2017 Itinerary: New York,
NY-Indianapolis, IN Airline: Delta Airlines

Air Fare                                                                                                                213.30
Traveler: R.  KALNIT Departure Date: 6/15/2017 Itinerary: Indianapolis, IN-New
York, NY Airline: American Airlines

Air Fare                                                                                                                34.86
Traveler: R. KALNIT - Change Ticket Fee - Indianapolis - HHgregg - IP Auction on
06/25/2017

Air Fare                                                                                                                9.95



Page    30

**330759-201**
**HHgregg Committee**

**Invoice Number:  1781008**
CL 01 60726

Traveler: R. KALNIT - Other Fee - Indianapolis - HHgregg - IP Auction - Wi Fi in
flight on 06/26/2017

| | |
|---|---:|
| Hotels and Meals (Hotels) | 15.00 |

Traveler: R.  KALNIT Departure Date: N/A Itinerary: N/A
American Express

| | |
|---|---:|
| Hotels and Meals (Hotels) | 604.09 |

Indianapolis, IN - Travel to Indianapolis re: HHGregg court hearing
06/14/2017-06/15/2017
Richelle Kalnit

| | |
|---|---:|
| Meals | 288.68 |
| Reproduction of Documents | 37.30 |
| Taxi | 384.23 |
| **Total Costs** | **$1,887.62** |
| **Total:** | **$231,919.12** |

# Cooley

| | ATTORNEYS AT LAW | Palo Alto, CA |
|---|---|---|
| | | San Diego, CA |
| | 101 California | Los Angeles, CA |
| | 5th floor | |
| | San Francisco, CA | Broomfield, CO |
| | 94111-5800 | Seattle, WA |
| | MAIN 415 693-2000 | |
| | | New York, NY |
| | | Reston, VA |
| | | Washington, DC |

July 25, 2017

Renee B. Weiss
hhgregg, Inc. Official Committee of Unsecured Creditors
c/o DDR Corp.
3300 Enterprise Parkway
Beachwood, OH  44122

www.cooley.com — Boston, MA

Taxpayer ID Number — Shanghai, P. R. China
94-1140085 — London, United Kingdom

**330759-201**
**HHgregg Committee**

**Invoice Number:  1781008**
CL 01 60726

### R E M I T T A N C E   A D V I C E

**Please include this Remittance Advice with your payment**

| | | |
|---|---|---|
| **For current services rendered through 6/30/2017-Invoice No. 1781008:** | | |
| Fees | $ | 230,031.50 |
| Chargeable costs and disbursements | $ | 1,887.62 |
| **Total Due on Current Invoice** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | **231,919.12** |

Outstanding Balance from prior Invoices as of 7/25/2017 *(May not reflect recent payments)*

| Invoice Number | Invoice Date | Balance | Late Charges | Balance Due |
|---|---|---|---|---|
| 1756188 | 5/16/2017 | 565,253.26 | 0.00 | 565,253.26 |
| 1766767 | 6/15/2017 | 200,998.48 | 0.00 | 200,998.48 |

**Total Outstanding Balance from prior Invoices** *(Disregard if paid)* . . . . . . . . $ **766,251.74**

**Total Amount Due on Current and Prior Invoices.** . . . . . . . . . . . . . . . . . . . . . . . . $ **998,170.86**



**330759-201**
**HHgregg Committee**

**Cooley LLP**
101 California Street, 5th floor
San Francisco, CA 94111-5800

Tax ID# 94-1140085

**Payment may be made by wire transfer or ACH:**
Wells Fargo Bank - San Francisco, CA 94104
Account # 4129155206  ABA Routing # 121000248  Swift # WFBIUS6S
**When making electronic payments please provide invoice number(s)
and send remittance advice to AR@cooley.com**

Invoices are due and payable upon receipt. Any unpaid balance after 30 days may
accrue late charges.