## **EXHIBIT A**

**(July Invoice)**

# Cooley

| | | |
|---|---|---|
| ATTORNEYS AT LAW | | Palo Alto, CA |
| | | San Diego, CA |
| 101 California | | Los Angeles, CA |
| 5th floor | | |
| San Francisco, CA | | Broomfield, CO |
| 94111-5800 | | Seattle, WA |
| MAIN 415 693-2000 | | New York, NY |
| | | Reston, VA |
| | | Washington, DC |
| www.cooley.com | | Boston, MA |
| | | Shanghai, P. R. China |
| Taxpayer ID Number | | London, United Kingdom |
| 94-1140085 | | |

August 16, 2017

Renee B. Weiss
hhgregg, Inc. Official Committee of Unsecured Creditors
c/o DDR Corp.
3300 Enterprise Parkway
Beachwood, OH  44122

**Invoice Number:  1789038**
CL 01 60726

**330759-201**

**HHgregg Committee**

*For services rendered through July 31, 2017*

| | | |
|---|---|---|
| Fees . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 155,493.00 |
| Chargeable costs and disbursements . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 2,881.65 |
| **Total Due on Current Invoice** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | **158,374.65** |

# Cooley

330759-201
HHgregg Committee

**Invoice Number:  1789038**
CL 01 60726

**For services rendered through July 31, 2017 :**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| **ASSET ANALYSIS AND RECOVERY** | | | | |
| 07/05/17 | Richelle Kalnit | Review and comment on LG settlement agreement | 0.40 | 320.00 |
| 07/05/17 | Cathy Rae Hershcopf | Emails re LG settlement on vendor credits | 0.40 | 422.00 |
| 07/06/17 | Richelle Kalnit | Comment on revised LG settlement agreement (.2); call with company/Ice re vendor credits and class action assets sale process (.8); emails re same (.1) | 1.10 | 880.00 |
| 07/11/17 | Richelle Kalnit | Review GACP Samsung objection (.1) | 0.10 | 80.00 |
| 07/11/17 | Cathy Rae Hershcopf | Call with Debtors and Lenders re Samsung proceeds | 0.70 | 738.50 |
| 07/21/17 | Cathy Rae Hershcopf | Review and respond to emails re sale of class action claims | 0.40 | 422.00 |
| 07/24/17 | Richelle Kalnit | Emails re various open vendor credits (.2); review status chart re same (.1) | 0.30 | 240.00 |
| 07/24/17 | Melissa H. Boyd | Review revised budget and email re: same | 0.20 | 147.00 |
| 07/24/17 | Cathy Rae Hershcopf | Confer with Sony Counsel re: sealing proprietary info (.4) and emails re same (.3) | 0.70 | 738.50 |
| 07/25/17 | Richelle Kalnit | Review and comment on Haier agreement | 0.30 | 240.00 |
| 07/26/17 | Richelle Kalnit | Call with Irving re Sony vendor credit litigation | 0.10 | 80.00 |
| 07/31/17 | Richelle Kalnit | Emails re Haier settlement agreement and review revised version of same | 0.10 | 80.00 |
| | | **Task Total:** | 4.80 | 4,388.00 |
| **ASSET DISPOSITION** | | | | |
| 07/03/17 | Richelle Kalnit | Emails re class action sale process | 0.10 | 80.00 |
| 07/03/17 | Melissa H. Boyd | Emails re: LG vendor credit (.2) and D&O claims discovery (.2) | 0.40 | 294.00 |

# Cooley

330759-201
HHgregg Committee

**Invoice Number:  1789038**
CL 01 60726

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07/05/17 | Melissa H. Boyd | Emails re: D&O litigation discovery (.2); emails re: status of vendor credits pursuit (.2); email re: no objection to class action sale procedures and check docket re: same (.2); review vendor documentation, status of negotiations, and complaints/counterclaims filed and supporting documentation filed re: pursuit of vendor credits (1.2); update chart re: current status and filings (.3); email re: questions and missing info/documents re: same (.2); emails re: D&O coverage and discovery period extension (.2) | 2.50 | 1,837.50 |
| 07/06/17 | Melissa H. Boyd | Review missing documentation and negotiations status/updates re: vendor credits (.2); emails to/from R. Kalnit re: same (.3) | 0.50 | 367.50 |
| 07/06/17 | Melissa H. Boyd | Emails re: vendor credit negotiations and account reconciliations (.2); emails re: D&O policy discovery period extensions and review extension documents re: same (.2); emails re: D&O discovery (.2); emails re: vendor complaints filed (.2); revise and update chart re: vendor credit actions (.3); emails re: same (.2); call with Debtors and GACP re: pursuit of vendor credits and sale of class actions (.9); emails re: follow up and update charts re: same (.2) | 2.40 | 1,764.00 |
| 07/10/17 | Richelle Kalnit | Call with potential buyer of class action assets (.3); call with additional potential buyer re same (.1); review class action assets bid procedures order (.1) | 0.50 | 400.00 |
| 07/10/17 | Melissa H. Boyd | Emails re: D&O investigation (.2); emails re: settlement of LG vendor credit (.2); emails re: pursuit and collection of vendor credits (.5); review order granting class action sale motion (.2); review Great American response to Samsung settlement and email re: same (.2) | 1.30 | 955.50 |

# Cooley

330759-201
HHgregg Committee

**Invoice Number: 1789038**
CL 01 60726

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07/11/17 | Richelle Kalnit | Call with Peterson re CRT class action (.3); calls to contacts regarding how to value same (.4); call to class action counsel re same (.2); research on internet re valuing same including reviewing case filings (1.4); call with potential purchaser re same (.3) | 2.60 | 2,080.00 |
| 07/11/17 | Melissa H. Boyd | Calls and review notes/caselaw re: D&O investigation and discovery review (.4); emails re: pursuit of tax refunds (.2); review vendor claim complaints and emails re: counts asserted therein (.3) | 0.90 | 661.50 |
| 07/12/17 | Richelle Kalnit | Call with potential bidder for class action assets (.4); email follow up to company re same (.2) | 0.60 | 480.00 |
| 07/13/17 | Richelle Kalnit | Detailed email re class action sale process (.4) and develop list of potential parties to prod (.1); review redline of IP APA (.1); emails re IP closing issue re deliverables (.2); review draft life insurance turnover stip (.5) | 1.30 | 1,040.00 |
| 07/14/17 | Richelle Kalnit | Emails re questions from potential buyers of class action assets | 0.20 | 160.00 |
| 07/17/17 | Richelle Kalnit | Reach out to class action plaintiffs counsel for status update (.1); review analysis of potential recoveries on account of class action claims (.2); call with company and Ice re class action sale process issues (.7); calls to potential bidders to ensure awareness of opportunity (.8) | 1.80 | 1,440.00 |
| 07/17/17 | Melissa H. Boyd | Emails re: pursuit of vendor credit (.2); review adequate protection motion re: Electrolux proceeds (.3); email to Committee re: same (.2) | 0.70 | 514.50 |
| 07/18/17 | Richelle Kalnit | Review and comment re proposed order for class action assets sale (.3); review Brown comments on same (.1); call with plaintiffs counsel in class action cases (.2) and draft detailed email to Debtors/lenders re same (.2); review bid procedures order re pulling claims out of the sale (.2) | 1.00 | 800.00 |

# Cooley

330759-201
HHgregg Committee

**Invoice Number: 1789038**
CL 01 60726

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07/18/17 | Melissa H. Boyd | Emails re: class action sale and potential buyers | 0.20 | 147.00 |
| 07/19/17 | Richelle Kalnit | Review revised class action sale order (.2); emails re same including reviewing emails to potential bidders (.2); call with potential bidder re class action sale process (.4); research re potential new bidder (.2); review draft motion re life insurance (.3) | 1.30 | 1,040.00 |
| 07/20/17 | Richelle Kalnit | Review and comment on draft APA for class action assets (1.3); multiple emails with multiple bidders re questions re class action sale (1.7) | 3.00 | 2,400.00 |
| 07/20/17 | Robert B. Winning | Prepare materials for Kalnit re: class action claim sales and related calls | 0.70 | 584.50 |
| 07/21/17 | Richelle Kalnit | Call with potential bidder (1.0); call with potential bidder (.3); review bids (1.5); draft summary chart re same (1.0) | 3.80 | 3,040.00 |
| 07/23/17 | Richelle Kalnit | Call with estate parties and consultation parties re class action bid analysis | 0.90 | 720.00 |
| 07/24/17 | Richelle Kalnit | Call with Hershcopf re class action bids and process (.4); calls with bidders re class action assets (1.3) | 1.70 | 1,360.00 |
| 07/24/17 | Melissa H. Boyd | Emails re: pursuit of vendor credits and status re: same (.7); review vendor credit complaints and response deadlines (.2); emails re: monetizing class action assets (.2); update chart re: monetizing assets in case (.3); emails re: recoveries on tax refunds and credit card holdbacks (.2); review 9019 motion to liquidate life insurance policies (.3) and emails re: same (.2) | 2.10 | 1,543.50 |
| 07/24/17 | Robert B. Winning | Meeting with Kalnit re: class action claim sale strategy and follow-up | 0.50 | 417.50 |
| 07/24/17 | Cathy Rae Hershcopf | Confer with Kalnit re: status of class action claims (.4) | 0.40 | 422.00 |
| 07/25/17 | Richelle Kalnit | Calls with bidders and potential bidder re class action assets (4.4); calls with Peterson re same (.3) | 4.70 | 3,760.00 |

# Cooley

330759-201
HHgregg Committee

Invoice Number:  1789038
CL 01 60726

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07/26/17 | Richelle Kalnit | Review email from bidder (.1) and consider response to same (.1); additional emails from bidders (.7); call with Morrison re potential new bidder (.2) | 1.10 | 880.00 |
| 07/28/17 | Richelle Kalnit | Emails re class action assets sale and strategy | 0.20 | 160.00 |
| 07/31/17 | Richelle Kalnit | Emails re class action assets and status (.5); call with Debtors and lenders re bids (.7) and email re same (.2) | 1.40 | 1,120.00 |
| | | **Task Total:** | 38.80 | 30,469.00 |

**BUSINESS OPERATIONS**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07/12/17 | Richelle Kalnit | Review schedules per Boyd question | 0.10 | 80.00 |
| 07/31/17 | Richelle Kalnit | Call with Debtors and lenders re Synchrony motion | 0.30 | 240.00 |
| | | **Task Total:** | 0.40 | 320.00 |

**CASE ADMINISTRATION**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07/04/17 | Richelle Kalnit | Emails with Boyd re misc. open case issues | 0.20 | 160.00 |
| 07/06/17 | Mollie N. Canby | Emails with M Boyd re monitoring certain adv case proceedings and add cases to ECF Accounts for R Kalnit and M Boyd | 0.30 | 72.00 |
| 07/10/17 | Richelle Kalnit | Confer with Hokanson re case challenges related to budget and GACP conversation (.4); call with Morrison re same (.3); follow up with Hershcopf re same (.2); emails re same (.3) | 1.20 | 960.00 |
| 07/11/17 | Richelle Kalnit | Call with ASK re D&O issues (.5); follow up with Hershcopf re same (.2); call to Hokanson re same (.1); call with Ice re GACP and next steps (.4); follow up re same (.4); confer with Hershcopf re case issues (.4) | 2.00 | 1,600.00 |
| 07/12/17 | Richelle Kalnit | Confer with Brown re case update including status of monetization of assets (.5); follow up emails re Zimmerman/Just Marketing and life insurance (.1) | 0.60 | 480.00 |

# Cooley

**330759-201**
**HHgregg Committee**

**Invoice Number:  1789038**
CL 01 60726

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07/14/17 | Mollie N. Canby | Receive and review email from M Boyd re Debtors' headquarters address | 0.10 | 24.00 |
| 07/17/17 | Richelle Kalnit | Call with Ogletree counsel re email production issues (.2); call to committee member re case status (.1) | 0.30 | 240.00 |
| 07/17/17 | Mollie N. Canby | Receive voice message from creditor concerning case and forward on to M. Boyd | 0.10 | 24.00 |
| 07/18/17 | Richelle Kalnit | Internal conference re adequate protection issues (.3); call to Rogers re same (.1); follow up with Hershcopf re same (.1); call with Brown re adequate protection and sale of class action assets (.2) | 0.70 | 560.00 |
| 07/19/17 | Mollie N. Canby | Emails with R. Kalnit re preparation of declaration re first monthly fee app | 0.10 | 24.00 |
| 07/24/17 | Mollie N. Canby | Correspond with M. Boyd re adding cased and updating ECF accounts (.2); update ECF accounts accordingly (.2) | 0.40 | 96.00 |
| 07/26/17 | Richelle Kalnit | Call with Brown re budget issues (.1); follow up with Morrison re same (.1) | 0.20 | 160.00 |
| 07/27/17 | Melissa H. Boyd | Review Court orders re: 7/26 hearing and email re: same | 0.20 | 147.00 |
| 07/31/17 | Richelle Kalnit | Field call from landlord counsel re case status | 0.20 | 160.00 |
| | | **Task Total:** | 6.60 | 4,707.00 |

**CLAIMS**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07/05/17 | Cathy Rae Hershcopf | Emails re Electrolux | 0.60 | 633.00 |
| 07/11/17 | Melissa H. Boyd | Review Debtors' amended Schedule F | 0.20 | 147.00 |
| 07/11/17 | Cathy Rae Hershcopf | Review outstanding Admin AP and confer with Province re same | 0.90 | 949.50 |
| 07/12/17 | Richelle Kalnit | Review admin claim motion | 0.30 | 240.00 |
| 07/17/17 | Richelle Kalnit | Review US Transport and LG admin claim motions | 0.10 | 80.00 |
| 07/20/17 | Richelle Kalnit | Review stip re admin claims/stub rent | 0.20 | 160.00 |
| 07/26/17 | Richelle Kalnit | Review admin claim motion | 0.10 | 80.00 |



**330759-201**
**HHgregg Committee**

**Invoice Number:  1789038**
CL 01 60726

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07/31/17 | Richelle Kalnit | Review emails from personal injury claimant | 0.20 | 160.00 |
| 07/31/17 | Melissa H. Boyd | Review applications for administrative claims (.2) and emails re: same (.2); emails re: Synchrony recoupment motion (.2); emails re: resolution of administrative claims (.2) | 0.80 | 588.00 |
| | | **Task Total:** | 3.40 | 3,037.50 |

**EMPLOYEE BENEFITS/PENSIONS**

| | | | | |
|------|-----------|-------------|-------|--------|
| 07/03/17 | Melissa H. Boyd | Review creditor correspondence re: employment claim and email re: same | 0.30 | 220.50 |
| 07/06/17 | Richelle Kalnit | Review incentive materials in advance of call (.2); call with UST re KEIP (.3) | 0.50 | 400.00 |
| 07/10/17 | Melissa H. Boyd | Review UST KEIP objection and emails re: same | 0.20 | 147.00 |
| | | **Task Total:** | 1.00 | 767.50 |

**FEE/EMPLOYMENT APPLICATIONS**

| | | | | |
|------|-----------|-------------|-------|--------|
| 07/05/17 | Melissa H. Boyd | Email re: no objections to May fee statement and check docket re: same | 0.20 | 147.00 |
| 07/07/17 | Richelle Kalnit | Review Ryan retention application | 0.20 | 160.00 |
| 07/10/17 | Richelle Kalnit | Review prebill for compliance with UST guidelines (.3); review BRG interim fee app (.1) | 0.40 | 320.00 |
| 07/10/17 | Melissa H. Boyd | Draft supplemental retention declaration re: Committee pursuit of estate claims | 1.30 | 955.50 |
| 07/11/17 | Richelle Kalnit | Review and comment on supplemental retention declaration | 0.50 | 400.00 |
| 07/11/17 | Melissa H. Boyd | Review Ryan employment application and supporting documents (.4), and email summarizing same (.1) | 0.50 | 367.50 |
| 07/13/17 | Melissa H. Boyd | Review UST response to interim fee app. and emails re: same | 0.30 | 220.50 |
| 07/14/17 | Melissa H. Boyd | Review comments re: supplementary retention declaration and revise same | 0.40 | 294.00 |



330759-201
**HHgregg Committee**

**Invoice Number:  1789038**
CL 01 60726

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07/17/17 | Richelle Kalnit | Draft response to UST re first interim fee app (.8); review and comment on supplemental declaration re disclosure of work re Estate Claims (.2) | 1.00 | 800.00 |
| 07/17/17 | Melissa H. Boyd | Revise supplemental declaration re: pursuit of estate causes of action (.9); emails re: same (.3); emails with Bingham and Province re: filing supplemental declarations (.3) | 1.50 | 1,102.50 |
| 07/17/17 | Cathy Rae Hershcopf | Response to US Trustee questions on Cooley retention and supplement for additional services | 0.70 | 738.50 |
| 07/18/17 | Melissa H. Boyd | Emails re: June notices of draw | 0.20 | 147.00 |
| 07/19/17 | Melissa H. Boyd | Emails re: Province supplemental declaration and June fee statement (.2); review and revise Province declaration (.2) | 0.40 | 294.00 |
| 07/21/17 | Mollie N. Canby | Prepare supplemental declaration re informal response from UST to Cooley's 1st fee application | 1.00 | 240.00 |
| 07/24/17 | Richelle Kalnit | Revision to supplemental declaration re first interim fee application | 0.50 | 400.00 |
| 07/26/17 | Richelle Kalnit | Review fee chart in advance of hearing | 0.10 | 80.00 |
| 07/27/17 | Melissa H. Boyd | Draft Cooley June fee statement and review statement as filed (.2); emails re: filing/serving Cooley and Province fee statements (.2) | 0.40 | 294.00 |
| | | **Task Total:** | 9.60 | 6,960.50 |

**FEE/EMPLOYMENT OBJECTIONS**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07/13/17 | Richelle Kalnit | Review UST letter and time entries identified (.1); email to local counsel and Province re same (.1) | 0.30 | 240.00 |
| 07/14/17 | Richelle Kalnit | Call with UST re issues with first interim fee app (.3); email Hershcopf re same (.1) | 0.40 | 320.00 |
| 07/19/17 | Richelle Kalnit | Review Irving letter to UST re supplemental declaration and email Canby re same | 0.10 | 80.00 |
| | | **Task Total:** | 0.80 | 640.00 |



330759-201 **Invoice Number: 1789038**
**HHgregg Committee** CL 01 60726

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| **FINANCING AND CASH COLLATERAL** | | | | |
| 07/06/17 | Richelle Kalnit | Call re revised DIP budget issues | 0.60 | 480.00 |
| 07/07/17 | Richelle Kalnit | Emails re cash flow and assumptions, including reviewing drafts of same | 0.60 | 480.00 |
| 07/09/17 | Cathy Rae Hershcopf | Emails re 506(c) waiver and payment of agreed admin | 0.60 | 633.00 |
| 07/10/17 | Richelle Kalnit | Review revised cash flow | 0.20 | 160.00 |
| 07/24/17 | Richelle Kalnit | Review revised budget and assumptions related thereto | 0.50 | 400.00 |
| 07/26/17 | Richelle Kalnit | Detailed email re budget issues to Hershcopf and Morrison in advance of call re budget (.3); call with Morrison re same (.2); call re budget issues (.9) | 1.40 | 1,120.00 |
| 07/31/17 | Richelle Kalnit | Analysis of timing of preference recoveries for purposes of 2018 budget | 0.30 | 240.00 |
| | | **Task Total:** | 4.20 | 3,513.00 |
| **LITIGATION** | | | | |
| 07/01/17 | Richelle Kalnit | Email Schuman re D&O investigation status | 0.10 | 80.00 |
| 07/05/17 | Richelle Kalnit | Call with Debevoise re Stifel document production (.4); review Riesbeck email search term results (.2); email Ogletree re call to obtain documents (.2); review and consider Debevoise email re search parameters and respond to same (.3) | 1.10 | 880.00 |
| 07/05/17 | Dmitry Spektor | Oversee litigation support vendor's handling of electronically stored information for discovery purposes | 0.60 | 168.00 |
| 07/06/17 | Richelle Kalnit | Call with Schuman re email collection issues (.4); draft summary of open investigation issues (.4); call with Spektor re search terms (.2) and emails re same (.2); call with Ogletree re document collection (.4) | 1.60 | 1,280.00 |

# Cooley

**330759-201**
**HHgregg Committee**

**Invoice Number: 1789038**
CL 01 60726

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07/06/17 | Dmitry Spektor | Assist with designing and applying search strategies to analyze electronically-stored information | 0.80 | 224.00 |
| 07/06/17 | Melissa H. Boyd | Emails re: pursuit of D&O claims, review of policies and extension of discovery period (.2); review policies and extensions re: same (.2) | 0.40 | 294.00 |
| 07/10/17 | Richelle Kalnit | Confer with Spektor re search terms for investigation (.3); follow up emails re same (.1) | 0.40 | 320.00 |
| 07/10/17 | Dmitry Spektor | Oversee litigation support vendor's handling of electronically stored information for discovery purposes | 1.20 | 336.00 |
| 07/11/17 | Richelle Kalnit | Review board presentations (1.3); emails with Spektor re database tags (.1); detailed emails with Ogletree re discoverability of documents (.8) | 2.20 | 1,760.00 |
| 07/11/17 | Dmitry Spektor | Assist case team with ESI review (.2); manage litigation support vendor regarding project objectives and established timeliness (.5) | 0.70 | 196.00 |
| 07/12/17 | Richelle Kalnit | Review board presentations (2.2); updates to summary and timeline (2.1); confer with Birger re litigation assistance (.1) | 4.40 | 3,520.00 |
| 07/13/17 | Richelle Kalnit | Review board presentations/board minutes (2.3); draft timeline reflecting same (1.2); draft summary of minutes/presentations (1.8); emails to Stifel and Ogletree re discovery process follow up (.1); review Wells reply in Whirlpool litigation (.2) | 5.60 | 4,480.00 |
| 07/13/17 | Dmitry Spektor | Assist case team with ESI review | 0.50 | 140.00 |
| 07/13/17 | Melissa H. Boyd | Emails re: D&O investigation discovery (.3); review D&O investigation discovery (3.7) | 4.00 | 2,940.00 |
| 07/14/17 | Melissa H. Boyd | Emails re: D&O investigation (.2); review LG 9019 motion and email re: same (.2); document review re: D&O investigation (3.0) | 3.40 | 2,499.00 |
| 07/17/17 | Richelle Kalnit | Review of Riesbeck emails in furtherance of D&O investigation | 1.60 | 1,280.00 |

# Cooley

**330759-201**
**HHgregg Committee**

**Invoice Number:  1789038**
CL 01 60726

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07/17/17 | Richelle Kalnit | Review adequate protection motion re Elux (.4); comment on summary of same (.2) | 0.60 | 480.00 |
| 07/17/17 | Dmitry Spektor | Assist case team with ESI review | 0.50 | 140.00 |
| 07/17/17 | Melissa H. Boyd | Document review re: D&O investigation | 2.90 | 2,131.50 |
| 07/18/17 | Richelle Kalnit | Review Riesbeck emails in furtherance of D&O investigation | 6.40 | 5,120.00 |
| 07/18/17 | Melissa H. Boyd | Emails (.3) and call (.3) re: Electrolux adequate protection motion and Committee response thereto | 0.60 | 441.00 |
| 07/18/17 | Melissa H. Boyd | D&O investigation discovery review | 1.10 | 808.50 |
| 07/18/17 | Max D. Schlan | Office conference with Hershcopf, Kalnit, and Boyd re Electrolux. | 0.30 | 220.50 |
| 07/19/17 | Richelle Kalnit | Review of Riesbeck emails in furtherance of D&O investigation | 2.80 | 2,240.00 |
| 07/20/17 | Richelle Kalnit | Review Riesbeck emails in furtherance of D&O investigation (2.6); email with Debevoise re production of Miller Buckfire documents/correspondence (.2) | 2.80 | 2,240.00 |
| 07/24/17 | Richelle Kalnit | Emails re Sony vendor credits adversary proceeding (.2); review of Riesbeck emails in furtherance of D&O investigation (4.4) | 4.60 | 3,680.00 |
| 07/24/17 | Max D. Schlan | Correspond with Kalnit re Electrolux. | 0.20 | 147.00 |
| 07/25/17 | Richelle Kalnit | Review Riesbeck emails in furtherance of D&O investigation | 1.60 | 1,280.00 |
| 07/25/17 | Melissa H. Boyd | Emails re: pursuing tax refunds (.2) and vendor credits (.2) and motion to liquidate life insurance policies (.3); document review re: D&O claims investigation (4.6) | 5.30 | 3,895.50 |
| 07/26/17 | Richelle Kalnit | Review of Riesbeck emails in furtherance of D&O investigation | 5.00 | 4,000.00 |
| 07/26/17 | Melissa H. Boyd | Emails re: vendor credit settlements (.2); document review in connection with D&O claims investigation (2.7) | 2.90 | 2,131.50 |
| 07/27/17 | Richelle Kalnit | Review Riesbeck emails in furtherance of D&O investigation | 4.80 | 3,840.00 |



**330759-201**
**HHgregg Committee**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07/27/17 | Dmitry Spektor | Manage electronically-stored information received from Debevoise for attorney review and analysis | 1.20 | 336.00 |
| 07/27/17 | Melissa H. Boyd | Review motion re: vendor credit action and emails re: same (.2); emails re: D&O investigation and document review (.2); emails and review agreement re: Samsung vendor credit settlement (.2); document review re: D&O investigation (2.5) | 3.10 | 2,278.50 |
| 07/28/17 | Melissa H. Boyd | Emails re: settling vendor credit, release language and related entities (.5); emails re: D&O investigation document review (.2); document review re: D&O investigation (4.9); emails re: pursuing tax refunds (.2); update chart re: monetizing assets (.2) | 6.00 | 4,410.00 |
| 07/31/17 | Richelle Kalnit | Review of Riesbeck emails in furtherance of D&O investigation | 3.60 | 2,880.00 |
| 07/31/17 | Philip J. Anton | Assist case team with ESI review, for R. Kalnit and M. Boyd | 0.40 | 96.00 |
| 07/31/17 | Melissa H. Boyd | Review D&O investigation documents (3.7) and emails re: same (.2); emails re: collecting credit card holdbacks and LC's (.2) | 4.10 | 3,013.50 |
| | | **Task Total:** | 89.40 | 66,206.50 |

**PLAN AND DISCLOSURE STATEMENT**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07/03/17 | Richelle Kalnit | Review and comment on exclusivity extension motion | 0.20 | 160.00 |
| 07/05/17 | Melissa H. Boyd | Review motion to extend exclusivity period and emails re: same | 0.20 | 147.00 |
| | | **Task Total:** | 0.40 | 307.00 |

**RELIEF FROM STAY PROCEEDINGS**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07/03/17 | Melissa H. Boyd | Emails re: class actions and motions to lift stay (.3); review Synchrony motion to lift stay and motion to seal re: same (.3); email re: Synchrony motions (.2) | 0.80 | 588.00 |



330759-201
HHgregg Committee

**Invoice Number:  1789038**
CL 01 60726

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07/04/17 | Melissa H. Boyd | Review wage and hour stay relief motion, proposed order, and underlying litigation pleadings (.3); emails re: objection to motion for relief from stay (.2) | 0.50 | 367.50 |
| 07/05/17 | Richelle Kalnit | Review bonus creditors' stay relief motion (.2) and 2019 statement (.1); review stay relief objection (.2) | 0.50 | 400.00 |
| 07/05/17 | Melissa H. Boyd | Review objection to Beck/Stein relief motion and emails re: same | 0.30 | 220.50 |
| 07/06/17 | Melissa H. Boyd | Call and emails (.3) re: Synchrony motion to lift stay to pursue setoff; review Synchrony motion (.2) | 0.50 | 367.50 |
| 07/10/17 | Richelle Kalnit | Review stay relief motion | 0.10 | 80.00 |
| 07/11/17 | Melissa H. Boyd | Calls and emails re: Synchrony lift stay motion (.4); review lift stay motion and 2019 statement re: class action plaintiffs (.3) and emails re: same (.2) | 0.90 | 661.50 |
| 07/13/17 | Melissa H. Boyd | Emails re: Synchrony motion to lift stay | 0.20 | 147.00 |
| 07/14/17 | Melissa H. Boyd | Draft letter re: review of Synchrony lift stay motion (.2); emails with Synchrony counsel and Synchrony re: same (.3); review stay relief motions (.2) and emails re: response deadline and strategy (.2) | 0.90 | 661.50 |
| 07/17/17 | Melissa H. Boyd | Emails re: Synchrony lift stay motion | 0.30 | 220.50 |
| 07/24/17 | Melissa H. Boyd | Emails re: Synchrony recoupment motion | 0.20 | 147.00 |
| | | **Task Total:** | 5.20 | 3,861.00 |

**LEASES AND EXECUTORY CONTRACTS**

| | | | | |
|------|-----------|-------------|-------|--------|
| 07/03/17 | Melissa H. Boyd | Review pleadings regarding rejection of executory contracts, including Electrolux agreement | 0.30 | 220.50 |
| 07/05/17 | Cathy Rae Hershcopf | Follow up re stub rent | 0.70 | 738.50 |
| 07/07/17 | Richelle Kalnit | Review stub rent motions | 0.10 | 80.00 |
| 07/07/17 | Richelle Kalnit | Emails re Commodore settlement | 0.10 | 80.00 |



330759-201

**Invoice Number: 1789038**

HHgregg Committee

CL 01 60726

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07/10/17 | Melissa H. Boyd | Emails re: stub rent claims and Bal Harbour lease assumption | 0.20 | 147.00 |
| 07/11/17 | Melissa H. Boyd | Review notices of and motion re: executory contract rejection | 0.20 | 147.00 |
| 07/21/17 | Richelle Kalnit | Review lease termination agreement | 0.10 | 80.00 |
| 07/27/17 | Richelle Kalnit | Review revised Potomac stipulation | 0.20 | 160.00 |
| 07/31/17 | Richelle Kalnit | Review and comment on stub rent proposed order | 0.10 | 80.00 |
| 07/31/17 | Richelle Kalnit | Emails re (.1) and review drafts of stub rent stipulation (.1) | 0.20 | 160.00 |
| | | **Task Total:** | 2.20 | 1,893.00 |

**PREPARATION FOR AND ATTENDANCE AT COURT HEARINGS**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07/05/17 | Melissa H. Boyd | Review hearing notices re: 7/12 and 7/26 hearings, and emails re: same | 0.20 | 147.00 |
| 07/12/17 | Richelle Kalnit | Prepare for (.4) and telephonically attend KEIP/lift stay/exclusivity hearing (1.6) | 2.00 | 1,600.00 |
| 07/14/17 | Melissa H. Boyd | Review agenda and pleadings to be heard on 7/26 | 0.20 | 147.00 |
| 07/25/17 | Melissa H. Boyd | Review 7/26 hearing agenda and emails re: same and re: attending hearing | 0.20 | 147.00 |
| 07/26/17 | Richelle Kalnit | Telephonic participation at court hearing | 0.50 | 400.00 |
| | | **Task Total:** | 3.10 | 2,441.00 |

**AVOIDANCE ACTIONS**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07/06/17 | Richelle Kalnit | Emails with ASK re preference demand letters (.3); emails with creditors re same (.3) | 0.60 | 480.00 |
| 07/06/17 | Eric J. Haber | Review emails of C. Hershcopf and M. Owens re: Just Marketing response to preference demand (.1); review related Andretti issues (.1) | 0.20 | 188.00 |

# Cooley

330759-201
HHgregg Committee

**Invoice Number: 1789038**
CL 01 60726

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07/06/17 | Melissa H. Boyd | Review ASK analysis and emails re: combining vendors as appropriate (.3); emails re: preference responses and exposure, and review ASK analysis re: same (.3) | 0.60 | 441.00 |
| 07/07/17 | Melissa H. Boyd | Review preference analysis and documentation supporting analysis (.3); emails re: same (.4) | 0.70 | 514.50 |
| 07/10/17 | Richelle Kalnit | Call with Hokanson re preference demand issues for referral to ASK | 0.30 | 240.00 |
| 07/11/17 | Richelle Kalnit | Review and comment on preference settlement guidelines | 0.30 | 240.00 |
| 07/11/17 | Eric J. Haber | Review email of R. Kalnit re: Andretti preference demand (.1); review prior emails and issues re: same (.1); review AA2 sponsorship agreement and respond (.6) | 0.80 | 752.00 |
| 07/11/17 | Eric J. Haber | Prepare email to C. Hershcopf with questions re: Andretti and Just Marketing | 0.70 | 658.00 |
| 07/11/17 | Melissa H. Boyd | Emails re: pursuit of Andretti preference action | 0.30 | 220.50 |
| 07/11/17 | Cathy Rae Hershcopf | Call with ASK re: preference issues | 0.60 | 633.00 |
| 07/11/17 | Cathy Rae Hershcopf | Emails re Andretti and Zimmerman | 0.40 | 422.00 |
| 07/12/17 | Eric J. Haber | Review Just Marketing preference demand letter | 0.20 | 188.00 |
| 07/12/17 | Eric J. Haber | Review emails of R. Kalnit re: Zimmerman and Just Marketing preference demands (.1); review prior email correspondence re those demands and respond multiple times (.3) | 0.40 | 376.00 |
| 07/12/17 | Eric J. Haber | Call with M. Boyd re: Andretti, Just Marketing and Zimmerman preferences | 0.30 | 282.00 |
| 07/12/17 | Eric J. Haber | Review email of C. Hershcopf re: Zimmerman response deadline and respond (.2); prepare email to M. Giugliano re: same (.1) | 0.30 | 282.00 |
| 07/12/17 | Eric J. Haber | Review emails of C. Hershcopf and M. Giugliano re: Zimmerman demand and respond to both | 0.20 | 188.00 |

# Cooley

330759-201
HHgregg Committee

**Invoice Number:  1789038**
CL 01 60726

| Date | Timekeeper | Description | Hours | Amount |
|------|------------|-------------|-------|--------|
| 07/12/17 | Eric J. Haber | Review emails of M. Giugliano and C. Hershcopf re: Zimmerman demand and respond to both | 0.20 | 188.00 |
| 07/12/17 | Eric J. Haber | Prepare email to M. Giugliano re: Zimmerman demand and review his response and response of C. Hershcopf (.2); prepare emails to C. Hershcopf re: same and review response (.3) | 0.50 | 470.00 |
| 07/12/17 | Melissa H. Boyd | Emails re: Zimmerman/Just Marketing preference demands (.3); call with Haber re: same (.3) | 0.60 | 441.00 |
| 07/14/17 | Eric J. Haber | Review AA2 sponsorship agreement (.4); Just Marketing/Andretti account history (.2) and prepare for 7/14 call w/Debtor (.2) | 0.80 | 752.00 |
| 07/14/17 | Eric J. Haber | Conference call w/K. Kovacs, L. Peterson and M. Mallon re preference issues (.5); prepare follow up email to Kovacs, Peterson & Mallon requesting documents & information (.4); TC w/M. Boyd re preference issues (.2) | 1.10 | 1,034.00 |
| 07/14/17 | Eric J. Haber | Prepare email to C. Hershcopf, R. Kalnit & M. Boyd re Andretti preference demand (.4); review response of R. Kalnit & respond (.1) | 0.50 | 470.00 |
| 07/14/17 | Eric J. Haber | Prepare Andretti Autosport 2 demand letter | 0.40 | 376.00 |
| 07/14/17 | Melissa H. Boyd | Emails and call re: Andretti preference action | 0.30 | 220.50 |
| 07/14/17 | Cathy Rae Hershcopf | Andretti/Just Marketing call | 0.70 | 738.50 |
| 07/17/17 | Eric J. Haber | Review email of R. Kalnit re Andretti Autosport preference demand and respond | 0.40 | 376.00 |
| 07/17/17 | Eric J. Haber | Work on AA2 demand letter and review documents re same | 0.60 | 564.00 |
| 07/17/17 | Eric J. Haber | Review email of R. Kalnit re preference claims (.1); TC w/creditor re same (.9); prepare email to C. Hershcopf & R. Kalnit re defenses (.2); review Hershcopf responses & respond (.1) | 1.30 | 1,222.00 |
| 07/17/17 | Eric J. Haber | Review Andretti Autosport Just Marketing spreadsheet (.2); revise demand letter (.3) | 0.50 | 470.00 |
| 07/17/17 | Melissa H. Boyd | Emails re: Just Marketing preference investigation | 0.20 | 147.00 |

# Cooley

330759-201
HHgregg Committee

**Invoice Number: 1789038**
CL 01 60726

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07/17/17 | Cathy Rae Hershcopf | Respond to requests for extensions and coordinate with ASK | 0.60 | 633.00 |
| 07/18/17 | Eric J. Haber | Review emails of preference defense analysis | 0.10 | 94.00 |
| 07/18/17 | Eric J. Haber | Review email of M. Mallon re Andretti sponsorship agreements (.1); review Just Marketing account history & respond (.3) | 0.40 | 376.00 |
| 07/18/17 | Eric J. Haber | Review email of L. Peterson w/Just Marketing documents & school sponsorship spreadsheet & respond | 0.50 | 470.00 |
| 07/18/17 | Melissa H. Boyd | Emails re: pursuit of Andretti and Just Marketing preferences | 0.30 | 220.50 |
| 07/18/17 | Cathy Rae Hershcopf | Confer with CIT re: Customers and LL proceeds (.9) and F/U with ASK re: same (3) | 3.90 | 4,114.50 |
| 07/18/17 | Cathy Rae Hershcopf | Confer with Management re: certain demands | 0.90 | 949.50 |
| 07/19/17 | Eric J. Haber | TC w/creditor re preference issues | 0.30 | 282.00 |
| 07/19/17 | Eric J. Haber | Discuss preference issues w/C. Hershcopf | 0.50 | 470.00 |
| 07/19/17 | Eric J. Haber | Review ASK preference summary & insider analysis (.4); TC w/K. Casteel re same & Just Marketing/Andretti preference (.3) | 0.70 | 658.00 |
| 07/19/17 | Eric J. Haber | Review emails of K. Kovacs & C. Hershcopf re call to discuss preferences & respond | 0.10 | 94.00 |
| 07/20/17 | Eric J. Haber | Prepare for call (.2) & conference call w/K. Kovacs & L. Peterson re preference issues (.7) | 0.90 | 846.00 |
| 07/24/17 | Melissa H. Boyd | Review preference demand letters and emails re: same (.2); emails re: status of demand letter responses (.2) | 0.40 | 294.00 |
| 07/25/17 | Richelle Kalnit | Emails re approval of preference settlements | 0.20 | 160.00 |
| 07/25/17 | Melissa H. Boyd | Emails re: preference settlement and dismissal | 0.20 | 147.00 |
| 07/26/17 | Eric J. Haber | Review emails of R. Kalnit and J. Steinfeld re: budget and anticipated preference recovery, projections and budget | 0.40 | 376.00 |
| 07/26/17 | Melissa H. Boyd | Emails re: settling preference claims and projected recoveries | 0.40 | 294.00 |



**330759-201**　　　　　　　　　　　　　　　　　　　　**Invoice Number:  1789038**
**HHgregg Committee**　　　　　　　　　　　　　　　　　　CL 01 60726

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07/27/17 | Eric J. Haber | Review email of M. Owens requesting additional time for Just Marketing to respond to preference demand response of C. Hershcopf (.1); review and email of Hershcopf re: same and respond (.1) | 0.20 | 188.00 |
| 07/27/17 | Melissa H. Boyd | Emails re: Just Marketing preference action (.2) and re: preference recoveries/settlements (.3) | 0.50 | 367.50 |
| 07/31/17 | Eric J. Haber | Review email of R. Kalnit re: preference recovery estimates | 0.20 | 188.00 |
| 07/31/17 | Eric J. Haber | Review email of J. Steinfeld re: projected preference recoveries | 0.10 | 94.00 |
| 07/31/17 | Eric J. Haber | Review emails of R. Kalnit and C. Hershcopf re: analysis of Zimmerman and Andretti Just Marketing litigation and respond | 0.40 | 376.00 |
| 07/31/17 | Melissa H. Boyd | Emails re: pursuit, resolution of, and expected recovery on preference actions | 0.40 | 294.00 |
| 07/31/17 | Cathy Rae Hershcopf | Review ASK projections and emails re: same (.4) | 0.40 | 422.00 |
| | | **Task Total:** | 28.00 | 25,982.00 |

**Total Fees**　　　　　　　　　　　　　　　　　　　　　　**$155,493.00**

**Fee Summary:**

| Timekeeper | Type | Rate | Hours | Total |
|------------|------|------|-------|-------|
| Cathy Rae Hershcopf | Partner | 1055 | 13.60 | 14,348.00 |
| Eric J. Haber | Special Counsel | 940 | 14.20 | 13,348.00 |
| Richelle Kalnit | Associate | 800 | 97.60 | 78,080.00 |
| Robert B. Winning | Associate | 835 | 1.20 | 1,002.00 |
| Max D. Schlan | Associate | 735 | .50 | 367.50 |
| Melissa H. Boyd | Associate | 735 | 62.90 | 46,231.50 |
| Mollie N. Canby | Paralegal | 240 | 2.00 | 480.00 |
| Dmitry Spektor | Lit/E-Discovery Svcs. | 280 | 5.50 | 1,540.00 |
| Philip J. Anton | Lit/E-Discovery Svcs. | 240 | .40 | 96.00 |



Page    20

**330759-201**
**HHgregg Committee**

**Invoice Number:  1789038**
CL 01 60726

**For costs and disbursements recorded through July 31, 2017 :**

| | |
|---|---|
| Air Fare | 671.02 |
| Traveler: R.  KALNIT Departure Date: 6/26/2017 Itinerary: New York, NY-Indianapolis, IN-New York, NY Airline: American Airlines | |
| Air Fare | 45.00 |
| Traveler: R.  KALNIT Departure Date: N/A Itinerary: N/A | |
| June 2017 / Processing / Deduplication & Culling | 1,671.41 |
| TransPerfect Document Management, Inc. | |
| Reproduction of Documents | 9.40 |
| Research Database / Document Retrieval | 341.60 |
| Transportation | 143.22 |
| **Total Costs** | **$2,881.65** |
| **Total:** | **$158,374.65** |

# Cooley

| | |
|---|---|
| ATTORNEYS AT LAW | Palo Alto, CA |
| | San Diego, CA |
| 101 California | Los Angeles, CA |
| 5th floor | |
| San Francisco, CA | Broomfield, CO |
| 94111-5800 | Seattle, WA |
| MAIN 415 693-2000 | New York, NY |
| | Reston, VA |
| | Washington, DC |
| www.cooley.com | Boston, MA |
| | Shanghai, P. R. China |
| Taxpayer ID Number | London, United Kingdom |
| 94-1140085 | |

August 16, 2017

Renee B. Weiss
hhgregg, Inc. Official Committee of Unsecured Creditors
c/o DDR Corp.
3300 Enterprise Parkway
Beachwood, OH  44122

**330759-201**                                                      **Invoice Number:  1789038**
**HHgregg Committee**                                                          CL 01 60726

## R E M I T T A N C E   A D V I C E

### Please include this Remittance Advice with your payment

| | | |
|---|---|---|
| **For current services rendered through 7/31/2017-Invoice No. 1789038:** | | |
| Fees | $ | 155,493.00 |
| Chargeable costs and disbursements | $ | 2,881.65 |
| **Total Due on Current Invoice . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .** | **$** | **158,374.65** |

Outstanding Balance from prior Invoices as of 8/16/2017 *(May not reflect recent payments)*

| Invoice Number | Invoice Date | Balance | Late Charges | Balance Due |
|---|---|---|---|---|
| 1756188 | 5/16/2017 | 565,253.26 | 0.00 | 565,253.26 |
| 1766767 | 6/15/2017 | 200,998.48 | 0.00 | 200,998.48 |
| 1781008 | 7/25/2017 | 231,919.12 | 0.00 | 231,919.12 |

**Total Outstanding Balance from prior Invoices** *(Disregard if paid)* . . . . . . . .    $    **998,170.86**

**Total Amount Due on Current and Prior Invoices. . . . . . . . . . . . . . . . . . . . . . . . .**    $    **1,156,545.51**



**330759-201**
**HHgregg Committee**

**Invoice Number:  1789038**
CL 01 60726

**Cooley LLP**
101 California Street, 5th floor
San Francisco, CA 94111-5800

Tax ID# 94-1140085

**Payment may be made by wire transfer or ACH:**
Wells Fargo Bank - San Francisco, CA 94104
Account # 4129155206  ABA Routing # 121000248  Swift # WFBIUS6S
**When making electronic payments please provide invoice number(s)**
**and send remittance advice to AR@cooley.com**

Invoices are due and payable upon receipt. Any unpaid balance after 30 days may
accrue late charges.