# **EXHIBIT A**

**(July Invoice)**



**BINGHAM GREENEBAUM DOLL LLP**
3913 Solutions Center
Chicago, IL 60677-3009
1-800-436-3644
I.D. #61-1584266

| | |
|---|---|
| Official Committee of Unsecured Creditors, Gregg Appliances<br>c/o Renee B. Weiss, DDR Corp.- Committee Chairperson<br>3300 Enterprise Parkway<br>Beachwood, OH 44122 | Account No.: 127821.000001<br>Invoice No.: 4394882<br>Invoice Date: August 11, 2017 |

**IN RE HHGREGG, INC. ET AL CHAPTER 11 CASE**

FOR PROFESSIONAL SERVICES RENDERED THROUGH JULY 31, 2017:

| DATE | ATTORNEY/ PARALEGAL | TASK CODE | DESCRIPTION | HOURS |
|---|---|---|---|---|
| 07/04/17 | TCS | B190 | Receipt, review M. Roush memo and draft complaint regarding recovery of vendor credits (.4); memos to R. Kalnit and M. Roush regarding filing complaints (.3) | 0.70 |
| 07/04/17 | TCS | B190 | Receipt, review Synchrony motion to stay relief and motion to compel payment of administrative claim | 0.40 |
| 07/04/17 | TCS | B190 | Receipt, review memos regarding LG settlement terms and approval | 0.10 |
| 07/05/17 | JRI2 | B112 | Respond to creditor inquires regarding notice of additional claims and claim filing process (.5) | 0.50 |
| 07/05/17 | TCS | B170 | Receipt, review notice regarding hearing on fee applications | 0.10 |
| 07/05/17 | TCS | B190 | Review, analysis of motion for stay relief filed by corporate employees and Rule 9019 statement including assertion of claim amounts | 1.00 |
| 07/05/17 | TCS | B190 | Memos from, to debtor counsel regarding filing and review of vendor complaints (.3); receipt, review R. Kalnit, M. Boyd memos regarding vendor claims status (.2) | 0.50 |
| 07/05/17 | TCS | B190 | Receipt, review debtor objection regarding FLSA plaintiffs' stay for relief and hearing notice | 0.20 |
| 07/05/17 | TCS | B220 | Teleconference R. Moore regarding KEIP hearing, | 0.10 |

**BINGHAM GREENEBAUM DOLL LLP**

| | | Invoice No.: | 4394882 |
|---|---|---|---|
| Official Committee of Unsecured Creditors, Gregg Appliances | | Invoice Date: | August 11, 2017 |
| 127821.000001 | | Page | 2 |

| DATE | ATTORNEY/ PARALEGAL | TASK CODE | DESCRIPTION | HOURS |
|---|---|---|---|---|
| | | | Committee input | |
| 07/05/17 | TCS | B310 | Receipt, review debtor exclusivity extension request | 0.10 |
| 07/06/17 | WLM | B112 | Teleconference with customers who received the notice of additional creditors filed in the bankruptcy case | 0.40 |
| 07/06/17 | TCS | B160 | Receipt, review notice regarding employment of tax advisor | 0.10 |
| 07/06/17 | TCS | B185 | Receipt, review order regarding Electrolux contract rejection | 0.10 |
| 07/06/17 | TCS | B185 | Receipt, review notice of contract rejection | 0.10 |
| 07/06/17 | TCS | B220 | Teleconference R. Moore and memo R. Kalnit regarding KEIP motion and Committee input to UST | 0.30 |
| 07/07/17 | JRI2 | B170 | Work on exhibit to June draw request (.2); conference and correspondence with T. Scherer regarding the same (.1) | 0.30 |
| 07/07/17 | TCS | B170 | Receipt, review Hokanson memo regarding UST response to interim fee requests and extension of objection date | 0.20 |
| 07/07/17 | TCS | B185 | Receipt, review debtor motion to reject service contracts | 0.10 |
| 07/07/17 | TCS | B185 | Receipt, review Throgmartin and other landlord requests for allowance of stub rent as administrative expense (.2); receipt, review memos regarding administrative rent claims (.2) | 0.40 |
| 07/07/17 | TCS | B190 | Memo to, from J. Hokanson regarding status of complaints for vendor credits | 0.20 |
| 07/07/17 | TCS | B220 | Receipt, review J. Hokanson memo regarding KEIP hearing, proposed witnesses, UST position (.2); memos to, from R. Kalnit regarding same and regarding conference with UST (.3) | 0.50 |
| 07/07/17 | TCS | B310 | Receipt, review notice of hearing on exclusivity extension | 0.10 |



BINGHAM GREENEBAUM DOLL LLP
3913 Solutions Center
Chicago, IL 60677-3009
1-800-436-3644
I.D. #61-1584266

**BINGHAM GREENEBAUM DOLL LLP**

| Official Committee of Unsecured Creditors, Gregg Appliances 127821.000001 | Invoice No.: 4394882<br>Invoice Date: August 11, 2017<br>Page 3 |
|---|---|

| DATE | ATTORNEY/ PARALEGAL | TASK CODE | DESCRIPTION | HOURS |
|---|---|---|---|---|
| 07/10/17 | TCS | B170 | Receipt, review Hokanson memo regarding UST position on fee applications, Judge Moberly decision in Ellis case | 0.20 |
| 07/10/17 | TCS | B170 | Receipt, review BRG application and notice regarding 7/31 objection date | 0.20 |
| 07/11/17 | TCS | B130 | Receipt, review Hokanson memo regarding timing of payment and hearing on Samsung settlement (.1) and review, analysis of GACP objection/reservation of rights to Samsung proceeds (.3) | 0.40 |
| 07/11/17 | SHM | B170 | Prepare BGD Notice of Draw for June, 2017 | 0.30 |
| 07/11/17 | TCS | B210 | Conference call debtor and committee counsel regarding budget performance, GACP objection, timing of payments on administrative claims | 0.50 |
| 07/12/17 | TCS | B155 | Attend scheduled hearings for 7/12 including KEIP motion, FLSA claimants stay relief, exclusivity extension | 1.60 |
| 07/12/17 | JRI2 | B170 | Review UST's letter regarding BGD's first interim fee application and consider response to the same (.4) | 0.40 |
| 07/12/17 | JRI2 | B170 | Review and consider draw request for June 2017 BGD's fees (.2) | 0.20 |
| 07/12/17 | TCS | B170 | Review, analysis of UST correspondence regarding Committee fee applications | 0.30 |
| 07/13/17 | JRI2 | B170 | Correspondence with R. Kalnit, M. Boyd and T. Scherer regarding the amount of the Debtors' cash on hand, administrative expense claims and other issues related to fee applications and payment for Committee professionals (.2); consider the same (.1) | 0.30 |
| 07/14/17 | TCS | B120 | Receipt, review Debtor settlement motion and objection date regarding LG vendor credit | 0.10 |
| 07/14/17 | JRI2 | B170 | Correspondence with T. Scherer and Cooley team regarding interim fee applications for all three Committee professional firms and related issues (.1); consider the same (.1) | 0.20 |



BINGHAM GREENEBAUM DOLL LLP
3913 Solutions Center
Chicago, IL 60677-3009
1-800-436-3644
I.D. #61-1584266

**BINGHAM GREENEBAUM DOLL LLP**

Official Committee of Unsecured Creditors,  Invoice No.:   4394882
Gregg Appliances                              Invoice Date:  August 11, 2017
127821.000001                                 Page           4

| DATE | ATTORNEY/ PARALEGAL | TASK CODE | DESCRIPTION | HOURS |
|---|---|---|---|---|
| 07/14/17 | TCS | B170 | Memos from, to R. Kalnit regarding response to UST questions regarding interim fee application and contact with UST (.1); review for and conference call with UST R. Moore (.4) | 0.50 |
| 07/14/17 | TCS | B190 | Receipt, review US Transport motion regarding payment of administrative expense | 0.10 |
| 07/14/17 | TCS | B190 | Receipt, review Debtor motion regarding extent of Electrolux adequate protection and release of funds to estate and Peterson declaration | 0.30 |
| 07/14/17 | WLM | B190 | Review of docket regarding lack of objection deadlines and notices for pending relief motions | 0.10 |
| 07/14/17 | WLM | B190 | E-mail correspondence with M. Boyd regarding objection deadlines for pending relief motions | 0.10 |
| 07/15/17 | CBM | B170 | Review letter from United States Trustee regarding informal objections to BGD's First Interim Fee Application (.3); draft declaration in response to the same (.4) | 0.70 |
| 07/17/17 | TCS | B112 | Respond to credit inquiry regarding case status, proof of claim filing - Mike Ackerson | 0.20 |
| 07/17/17 | JRI2 | B160 | Correspondence and conference with M. Boyd, S. Mays, W. Mosby and T. Scherer regarding filing of Cooley's supplemental declaration in support of retention application (.3); consider BGD supplemental declaration (.1) | 0.40 |
| 07/17/17 | SHM | B160 | Revise, electronically file and serve Supplemental Declaration of Cathy Herscopf Regarding Retention of Cooley as Counsel to the Committee | 0.40 |
| 07/17/17 | TCS | B160 | Receipt, review M. Boyd memo regarding Cooley supplemental declaration regarding scope of employment (.1); memo J. Irving regarding supplemental declaration (.1) | 0.20 |
| 07/17/17 | CBM | B170 | Consider, draft, and revise supplemental declaration in response to UST's informal objection to BGD's First | 4.40 |



BINGHAM GREENEBAUM DOLL LLP
3913 Solutions Center
Chicago, IL 60677-3009
1-800-436-3644
I.D. #61-1584266

**BINGHAM GREENEBAUM DOLL LLP**

| | | Invoice No.: | 4394882 |
|---|---|---|---|
| Official Committee of Unsecured Creditors, Gregg Appliances 127821.000001 | | Invoice Date: Page | August 11, 2017 5 |

| DATE | ATTORNEY/ PARALEGAL | TASK CODE | DESCRIPTION | HOURS |
|---|---|---|---|---|
| | | | Interim Fee Application (2.3); prepare exhibit spreadsheet of with edits and write offs to objectionable BGD time entries(2.0); office conference with J. Irving regarding supplemental declaration and exhibit (.1) | |
| 07/17/17 | JRI2 | B170 | Review declaration in support of BGD's first interim fee application (.2); correspondence with R. Kalnit and UST regarding letter in support of Cooley's first interim fee application (.2) | 0.40 |
| 07/17/17 | TCS | B170 | Review, analysis of UST comments regarding BGD fees and review, revise time entries regarding same to describe services | 0.50 |
| 07/17/17 | JRI2 | B190 | Correspondence with C. Hershcopf and Committee members regarding potential contested matter with Electrolux over credits / funds available for unsecured creditors (.2); consider the same (.1) | 0.30 |
| 07/18/17 | TCS | B150 | Memo to, from M. Boyd regarding 7/24 continued first meeting | 0.10 |
| 07/18/17 | SHM | B160 | Revise and electronically file Supplemental Declaration of Cathy Hershcopf regarding the Retention of Cooley LLP as Lead Counsel to the Committee of Unsecured Creditors | 0.40 |
| 07/18/17 | CBM | B170 | Review edits to time entries of T. Scherer and W. Mosby for purposes of supplemental declaration regarding BGD's First Amended Fee Application | 0.20 |
| 07/18/17 | TCS | B170 | Review revision to response to UST regarding objection to fee application and memo to C. Madden | 0.20 |
| 07/18/17 | TCS | B190 | Memos to, from M. Roush regarding filing of Sony complaint | 0.10 |
| 07/18/17 | TCS | B190 | Memos from R. Kalnit and committee member regarding position of committee on Electrolux reserve | 0.20 |
| 07/19/17 | CBM | B170 | Review revisions to time entries from T. Scherer and W. Mosby and finalize time entry spreadsheet as | 0.30 |



BINGHAM GREENEBAUM DOLL LLP
3913 Solutions Center
Chicago, IL 60677-3009
1-800-436-3644
I.D. #61-1584266

**BINGHAM GREENEBAUM DOLL LLP**

| | | Invoice No.: | 4394882 |
|---|---|---|---|
| Official Committee of Unsecured Creditors, Gregg Appliances 127821.000001 | | Invoice Date: | August 11, 2017 |
| | | Page | 6 |

| DATE | ATTORNEY/ PARALEGAL | TASK CODE | DESCRIPTION | HOURS |
|---|---|---|---|---|
| | | | exhibit to supplemental declaration in response to UST's informal objection to BGD Fee Application | |
| 07/19/17 | JRI2 | B170 | Draft and revise declaration in supplement to BGD's first interim fee application (.5); conference and correspondence regarding the same with R. Moore, T. Scherer and R. Kalnit (.4); consider the same (.1) | 1.00 |
| 07/19/17 | TCS | B170 | Memos to, from J. Irving regarding response to UST regarding fee application questions (.2); review proposed supplemental declaration (.1) | 0.30 |
| 07/19/17 | TCS | B190 | Receipt, review Hokanson memos regarding Synnex adversary proceeding and claim for vendor credits (.1); memo from Hokanson regarding Sony claim and MLB appearance and memo R. Kalnit re same (.1) | 0.20 |
| 07/20/17 | JRI2 | B160 | Review and consider Stilian Morris' Supplemental Declaration In Support of Province's Retention Application (.2); coordinate filing and service of the same (.1) | 0.30 |
| 07/20/17 | JRI2 | B170 | Conference with R. Moore of the Office of the United States Trustee regarding BGD's First Interim Fee Application and consider the same (.2) | 0.20 |
| 07/20/17 | JRI2 | B190 | Correspondence with P. Barrett and T. Scherer regarding adversary proceeding against Sony and deadline for defendant to file an answer (.2) | 0.20 |
| 07/20/17 | TCS | B190 | Receipt, review Hokanson memos regarding Synnex vendor credits and preference demand and Peterson, Steinfeld responses regarding new value and ordinary course defenses | 0.40 |
| 07/21/17 | JRI2 | B130 | Correspondence regarding offers to purchase class action claims and consider the same (.3) | 0.30 |
| 07/21/17 | JRI2 | B170 | Correspondence with T. Scherer regarding BGD's fee applications and potential discount (.2) | 0.20 |
| 07/21/17 | JRI2 | B185 | Conference and correspondence with P. Barrett, counsel for Sony, regarding motion to file under seal, | 0.70 |



**BINGHAM GREENEBAUM DOLL LLP**

3913 Solutions Center
Chicago, IL 60677-3009
1-800-436-3644
I.D. #61-1584266

**BINGHAM GREENEBAUM DOLL LLP**

| | | | Invoice No.: | 4394882 |
|---|---|---|---|---|
| Official Committee of Unsecured Creditors, | | | Invoice Date: | August 11, 2017 |
| Gregg Appliances | | | Page | 7 |
| 127821.000001 | | | | |

| DATE | ATTORNEY/ PARALEGAL | TASK CODE | DESCRIPTION | HOURS |
|---|---|---|---|---|
| | | | correct defendant, and deadline to answer in Gregg v. Sony adversary proceeding (.4); consider the same (.1); conference with T. Scherer regarding the same and related issues in avoidance actions generally (.2) | |
| 07/21/17 | TCS | B190 | Receipt, review P. Barrett e-mail, voicemail regarding Sony adversary case and confer with J. Irving regarding same | 0.20 |
| 07/24/17 | WLM | B112 | E-mail correspondence with customer regarding line of credit for appliances and notice to file claims | 0.20 |
| 07/24/17 | WLM | B112 | Teleconference with creditor regarding filing warranty claim against debtor | 0.20 |
| 07/24/17 | TCS | B130 | Receipt, review report of sale regarding IP including distribution to GACP | 0.10 |
| 07/24/17 | TCS | B155 | Attend continued 1st meeting of creditors | 0.80 |
| 07/24/17 | JRI2 | B160 | Correspondence with M. Boyd, S. Mays, W. Mosby and T. Scherer regarding employment application orders and service of the same (.2); correspondence with Cooley and S. Mays regarding filing and serving supplemental declaration (.2) | 0.40 |
| 07/24/17 | SHM | B160 | Prepare Order Authorizing Retention of ASK LLP to pursue avoidance actions to parties who do not receive service via CM/ECF | 0.20 |
| 07/24/17 | SHM | B160 | Prepare and electronically file Certificate of Service Regarding Order Authorizing Retention of ASK LLP | 0.40 |
| 07/24/17 | WLM | B160 | Attn to service of ASK retention order and form of certificate of service for ASK pro hac vice orders | 0.20 |
| 07/24/17 | JRI2 | B170 | Revise, consider and coordinate filing of supplemental declaration resolving issues raised by UST to Cooley's first interim fee application (.2); review and revise fee declaration in support of BGD's first-interim fee application (.3); correspondence with S. Mays to coordinate filing and serving the same (.2); correspondence and conference with R. Moore and T. | 1.00 |



BINGHAM GREENEBAUM DOLL LLP
3913 Solutions Center
Chicago, IL 60677-3009
1-800-436-3644
I.D. #61-1584266

**BINGHAM GREENEBAUM DOLL LLP**

| | | Invoice No.: | 4394882 |
|---|---|---|---|
| Official Committee of Unsecured Creditors, Gregg Appliances | | Invoice Date: | August 11, 2017 |
| 127821.000001 | | Page | 8 |

| DATE | ATTORNEY/ PARALEGAL | TASK CODE | DESCRIPTION | HOURS |
|---|---|---|---|---|
| | | | Scherer regarding BGD's first interim fee application and hearing on July 26, 2017 (.3) | |
| 07/24/17 | SHM | B170 | Revise and electronically file Supplemental Declaration of Cathy Hershcopf in Support of First Interim Fee Application of Cooley LLP | 0.40 |
| 07/24/17 | SHM | B170 | Electronically File Supplemental Declaration of James Irving in Support of BGD's First Interim Fee Application | 0.30 |
| 07/24/17 | JRI2 | B190 | Conference and correspondence with P. Barrett, counsel for Sony, as well as T. Scherer, R. Kalnit and T. Scherer regarding filing document under seal, naming different Sony entity as defendant, time to answer complaint and related issues in Gregg v. Sony adversary proceeding (.7); review and consider motion to file under seal (.3) | 1.00 |
| 07/24/17 | TCS | B190 | Receipt, review J. Irving, R. Kalnit memos regarding Sony adversary proceeding and motion to seal (.2); reply memo regarding process to seal exhibits to complaint (.2) | 0.40 |
| 07/24/17 | TCS | B190 | Receipt, review Synchrony motion and proposed briefing schedule | 0.10 |
| 07/24/17 | TCS | B210 | Receipt, review Hokanson memo and revised budget projection for operations through Q4 | 0.40 |
| 07/24/17 | TCS | B220 | Memo Hokanson regarding corporate employee lien issues set for 7/26 hearing and grounds for objection | 0.50 |
| 07/25/17 | SHM | B110 | Review docket for information regarding service of orders requested by M. Boyd | 0.40 |
| 07/25/17 | TCS | B112 | Confer with W. Mosby regarding creditor inquiry regarding payment of post-petition claims and available funds per revised budget | 0.20 |
| 07/25/17 | TCS | B112 | Creditor inquiry regarding non-qualified plans and debtor's position and claim to insurance proceeds | 0.30 |
| 07/25/17 | WLM | B112 | Teleconference with administrative claimant | 0.20 |



BINGHAM GREENEBAUM DOLL LLP
3913 Solutions Center
Chicago, IL 60677-3009
1-800-436-3644
I.D. #61-1584266

BINGHAM GREENEBAUM DOLL LLP

| | | | Invoice No.: | 4394882 |
|---|---|---|---|---|
| Official Committee of Unsecured Creditors, | | | Invoice Date: | August 11, 2017 |
| Gregg Appliances | | | Page | 9 |
| 127821.000001 | | | | |

| DATE | ATTORNEY/ PARALEGAL | TASK CODE | DESCRIPTION | HOURS |
|---|---|---|---|---|
| | | | regarding timing of payment | |
| 07/25/17 | JRI2 | B130 | Correspondence with M. Boyd and Committee members regarding the Debtors' sale of insurance assets and the application of proceeds of the same (.1) | 0.10 |
| 07/25/17 | TCS | B140 | Receipt, review Hokanson memo to 2012 bonus creditors and response to stay relief motion and Pavlack memo regarding withdrawal of motion for stay relief | 0.40 |
| 07/25/17 | SHM | B160 | Prepare and electronically file Certificate of Service regarding Pro Hac Vice Orders for Lead Committee Counsel | 0.30 |
| 07/25/17 | SHM | B160 | Prepare and electronically file Certificate of Service regarding Orders Authorizing Employment of BGD, Cooley and Province | 0.50 |
| 07/25/17 | JRI2 | B190 | Consider and revise proposed motion regarding filing exhibit in Gregg v. Sony adversary proceeding under seal (.2); correspondence with co-professionals to the Committee and Sony's counsel regarding the same (.2) | 0.40 |
| 07/25/17 | TCS | B190 | Receipt, review J. Irving memo regarding Sony adversary proceeding and motion to seal (.1); reply memo J. Irving (.1) | 0.20 |
| 07/26/17 | TCS | B155 | Attend hearings, including fee applications, sale motion for class actions, approval of Samsung settlement | 1.20 |
| 07/26/17 | JRI2 | B170 | Conference and correspondence with T. Scherer and R. Kalnit regarding hearing on fee applications, outcome of the same, and next steps (.5); review and revise proposed form of order of Ice Miller's proposed order for interim fee application (.2); revise BGD's proposed form of order on interim fee application in line with the same (.3) | 1.00 |
| 07/26/17 | TCS | B170 | Receipt, review Hokanson memo regarding procedure for today's hearing, revised fee amounts; reply regarding same | 0.10 |



BINGHAM GREENEBAUM DOLL LLP
3913 Solutions Center
Chicago, IL 60677-3009
1-800-436-3644
I.D. #61-1584266

**BINGHAM GREENEBAUM DOLL LLP**

| | | | Invoice No.: | 4394882 |
|---|---|---|---|---|
| Official Committee of Unsecured Creditors, | | | Invoice Date: | August 11, 2017 |
| Gregg Appliances | | | Page | 10 |
| 127821.000001 | | | | |

| DATE | ATTORNEY/ PARALEGAL | TASK CODE | DESCRIPTION | HOURS |
|---|---|---|---|---|
| 07/26/17 | TCS | B170 | Memos J. Irving, R. Kalnit regarding fee orders and form approved by Court | 0.20 |
| 07/26/17 | JRI2 | B190 | Correspondence regarding motion to seal with Debtor's counsel and Sony's counsel (.1); consider the same (.1); related conversation with R. Kalnit on next steps (.1) | 0.30 |
| 07/26/17 | TCS | B190 | Review, prepare for scheduled hearing matters | 0.20 |
| 07/26/17 | TCS | B190 | Memos from, to Hokanson, Kalnit regarding Sony adversary proceeding and potential for settlement and representation for debtor | 0.30 |
| 07/26/17 | TCS | B210 | Conference call with debtor, lender and committee professionals regarding updated budget and proposal for payment of current accounts payable and GACP lender claim | 1.00 |
| 07/27/17 | CBM | B170 | Correspondence with J. Irving regarding proposed orders granting fee applications (.1); review amended proposed order granting fee app for BGD (.1); amend and revise proposed orders granting fee applications for Cooley and Province (1.0); email correspondence with Cooley and Province regarding amended proposed orders (.1) | 1.30 |
| 07/27/17 | JRI2 | B170 | Review and finalize proposed orders granting interim fee applications (.5); correspondence and conference with S. Mays, C. Madden, T. Scherer and counsel at Cooley regarding the same and next steps (.5) | 1.00 |
| 07/27/17 | SHM | B170 | Finalize and electronically file Notice of Draw for June fees for BGD | 0.30 |
| 07/27/17 | SHM | B170 | Electronically file Notice of Draw for June fees for Cooley | 0.20 |
| 07/27/17 | SHM | B170 | Electronically file Notice of Draw for June fees for Province | 0.20 |
| 07/27/17 | TCS | B170 | Receipt, review committee professionals' draw notices for June - Cooley, Province, BGD (.1); receipt review | 0.20 |



**BINGHAM GREENEBAUM DOLL LLP**

3913 Solutions Center
Chicago, IL 60677-3009
1-800-436-3644
I.D. #61-1584266

**BINGHAM GREENEBAUM DOLL LLP**

| | |
|---|---|
| Official Committee of Unsecured Creditors, Gregg Appliances<br>127821.000001 | Invoice No.: 4394882<br>Invoice Date: August 11, 2017<br>Page 11 |

| DATE | ATTORNEY/<br>PARALEGAL | TASK<br>CODE | DESCRIPTION | HOURS |
|---|---|---|---|---|
| | | | C. Madden memo with proposed orders and Kalnit, Morrison memos regarding same (.1) | |
| 07/27/17 | JRI2 | B190 | Correspondence with Sony's counsel regarding motion to seal exhibit to complaint (.2) | 0.20 |
| 07/28/17 | TCS | B112 | Memo from W. Mosby regarding administrative claimant and respond regarding status of claim payments | 0.20 |
| 07/28/17 | CBM | B170 | Email correspondence with S. Mays and J. Irving regarding Amended Proposed Orders granting fee apps of Cooley and Province | 0.10 |
| 07/28/17 | SHM | B170 | Upload proposed orders granting updated fee applications for BGD, Cooley and Province | 0.10 |
| 07/28/17 | TCS | B170 | Receipt, review memos regarding proposed orders on Committee professionals fees (.1); receipt, review orders entered on BGD, Cooley and Province (.1) | 0.20 |
| 07/28/17 | TCS | B190 | Receipt, review memos from Hokanson regarding proposed court dates for Electrolux dispute | 0.10 |
| 07/28/17 | TCS | B230 | Review, analysis of Hokanson memo regarding DIP order, carve-out and payment of allowed fees (.2); receipt, review memos from MLB, Cooley regarding same (.1) | 0.30 |
| 07/31/17 | TCS | B112 | Teleconference creditor regarding proof of claim and personal injury action | 0.20 |
| 07/31/17 | SHM | B170 | E-mails to and from Case Administrator and Courtroom Deputy regarding Order Granting First Interim Fee Application of Cooley LLP | 0.20 |

<u>TASK SUMMARY</u>

| TASK | TASK DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| B110 | Case Administration | 0.40 | 78.00 |



**BINGHAM GREENEBAUM DOLL LLP**
3913 Solutions Center
Chicago, IL 60677-3009
1-800-436-3644
I.D. #61-1584266

**BINGHAM GREENEBAUM DOLL LLP**

| | | Invoice No.: | 4394882 |
|---|---|---|---|
| Official Committee of Unsecured Creditors, Gregg Appliances | | Invoice Date: | August 11, 2017 |
| 127821.000001 | | Page | 12 |

| TASK | TASK DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| B112 | Creditor Inquiries | 2.60 | 1,064.00 |
| B120 | Asset Analysis & Recovery | 0.10 | 49.00 |
| B130 | Asset Sales and Other Disposition of Assets | 0.90 | 381.00 |
| B140 | Adequate Protection/Relief from Stay | 0.40 | 196.00 |
| B150 | Meetings & communications w/Debtor or Committee | 0.10 | 49.00 |
| B155 | Court Hearings | 3.60 | 1,764.00 |
| B160 | Employment Applications | 3.80 | 1,021.00 |
| B170 | Fee Applications | 18.40 | 5,466.00 |
| B185 | Executory Contracts and Leases | 1.40 | 581.00 |
| B190 | Litigation and Contested Matters | 8.50 | 3,778.00 |
| B210 | Business Operations/Strategic Planning | 1.90 | 931.00 |
| B220 | Employee Matters-Benefits/Pensions/Unions | 1.40 | 686.00 |
| B230 | Financing/DIP/Cash Collateral Matters | 0.30 | 147.00 |
| B310 | Claims Administration and Objections | 0.20 | 98.00 |
| | | 44.00 | 16,289.00 |

FEES FOR PROFESSIONAL SERVICES RENDERED        $   16,289.00

INVOICE TOTAL                                  $   16,289.00

PRIOR UNPAID BALANCE                           $   72,233.05

BALANCE DUE                                    $   88,522.05



BINGHAM GREENEBAUM DOLL LLP
3913 Solutions Center
Chicago, IL 60677-3009
1-800-436-3644
I.D. #61-1584266

**BINGHAM GREENEBAUM DOLL LLP**

Official Committee of Unsecured Creditors, Gregg Appliances
127821.000001

Invoice No.: 4394882
Invoice Date: August 11, 2017
Page 13

SUMMARY OF PROFESSIONAL SERVICES

| ATTORNEY/PARALEGAL | HOURS | RATE | AMOUNT |
|---|---:|---:|---:|
| Thomas C. Scherer | 19.70 | 490.00 | 9,653.00 |
| Whitney L. Mosby | 1.40 | 355.00 | 497.00 |
| James R Irving | 11.30 | 340.00 | 3,842.00 |
| Christopher B. Madden | 7.00 | 200.00 | 1,400.00 |
| Susan H. Mays | 4.60 | 195.00 | 897.00 |
|  | 44.00 |  | 16,289.00 |



**BINGHAM GREENEBAUM DOLL LLP**
3913 Solutions Center
Chicago, IL 60677-3009
1-800-436-3644
I.D. #61-1584266