# **EXHIBIT A**

**(July Invoice)**



# INVOICE

8/9/2017

2360 Corporate Cir., Ste 330
Henderson, Nevada 89074
P: 702.685.5555

| Closing Date | Invoice # |
|---|---|
| 7/31/2017 | 83157 |

| Bill To |
|---|
| HHGregg, Inc. |

| Item | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| Consulting - Principal | Consulting services performed by Peter Kravitz | 0.7 | 745.00 | 521.50 |
| Consulting - Principal | Consulting services performed by Paul Huygens | 0.9 | 730.00 | 657.00 |
| Consulting - Managing Director | Consulting services performed by Stilian Morrison | 21.5 | 620.00 | 13,330.00 |
| Consulting - Senior Director | Consulting services performed by Fred Chin | 0.4 | 550.00 | 220.00 |
| Consulting - Director | Consulting services performed by Sanjuro Kietlinski | 0.5 | 495.00 | 247.50 |
| Consulting - Director | Consulting services performed by Bill McMahon | 0.2 | 490.00 | 98.00 |
| Consulting - Associate | Consulting services performed by Peter Abbeduto | 4.7 | 380.00 | 1,786.00 |
| Paraprofessionals | Services performed by Erica Mattson | 0.7 | 150.00 | 105.00 |

Please make checks payable to Province, Inc.
Send to address above Attn: Billing

US Wire Transfers:
Meadows Bank
Account No: 1020039259
Wire ABA  No: 122402382

| | |
|---|---|
| Total | $16,965.00 |
| Payments/Credits | $0.00 |
| **Balance** | $16,965.00 |

HHGregg, Inc.
Billing Detail
July 1 - 31, 2017

| Entry Date | Person | Comment | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
|  |  |  |  | 29.60 |  | $16,965.00 |
| 7/3/2017 | Stilian Morrison | Review latest filings on the docket. | Court Filings | 0.40 | 620.00 | 248.00 |
| 7/5/2017 | Stilian Morrison | Review latest filings on the docket. | Court Filings | 0.20 | 620.00 | 124.00 |
| 7/5/2017 | Stilian Morrison | Call with C. Herschopf (0.1) to discuss proposed budget changes. Review same (0.4). | Business Analysis / Operations | 0.40 | 620.00 | 248.00 |
| 7/6/2017 | Stilian Morrison | Call with professionals to go through latest budgeting process. | Case Administration | 0.50 | 620.00 | 310.00 |
| 7/6/2017 | Stilian Morrison | Call with case professionals and company to catch up on status of vendor credits recovery and class action claims. | Case Administration | 0.90 | 620.00 | 558.00 |
| 7/6/2017 | Stilian Morrison | Review latest changes to the budget submitted by BRG. | Business Analysis / Operations | 0.70 | 620.00 | 434.00 |
| 7/7/2017 | Stilian Morrison | Review and triangulate June hours. | Fee/Employment Applications | 0.90 | 620.00 | 558.00 |
| 7/10/2017 | Stilian Morrison | Catch up with R. Kalnit (Cooley) on the case (0.3). Update team following (0.1). | Case Administration | 0.40 | 620.00 | 248.00 |
| 7/11/2017 | Stilian Morrison | Attend professionals call to discuss payment of post petition AP. Update team following. | Case Administration | 0.70 | 620.00 | 434.00 |
| 7/11/2017 | Stilian Morrison | Review emails from Cooley re: sale of class action claims. | Sale Process | 0.30 | 620.00 | 186.00 |
| 7/11/2017 | Peter Abbeduto | Research class action claim submission dates for CRT Indirect, ODD Indirect, and LI ION class action suits (0.3). Email F. Chin and S. Morrison results of findings (0.2). | Claims Analysis and Objections | 0.50 | 380.00 | 190.00 |
| 7/12/2017 | Erica Mattson | Prepare billing details report for time entry review (0.6). Email to S. Morrison for review (0.1) | Fee/Employment Applications | 0.70 | 150.00 | 105.00 |
| 7/12/2017 | Peter Abbeduto | Consider HHGregg potential settlement amounts from class action suits and estimating possible delivery time of said settlements. | Claims Analysis and Objections | 1.10 | 380.00 | 418.00 |
| 7/13/2017 | Paul Huygens | Conference with S. Morrison and P. Kravitz re case status and strategy. | Case Administration | 0.30 | 730.00 | 219.00 |
| 7/13/2017 | Peter Kravitz | Meet with P. Huygens and S. Morrison to discuss case update and strategy. | Case Administration | 0.30 | 745.00 | 223.50 |
| 7/13/2017 | Stilian Morrison | Meeting with P. Huygens and P. Kravitz to discuss case update and strategy. | Case Administration | 0.30 | 620.00 | 186.00 |
| 7/14/2017 | Stilian Morrison | Review data room on class action claims. | Sale Process | 0.90 | 620.00 | 558.00 |
| 7/14/2017 | Sanjuro Kietlinski | Review Cooley case updates. | Case Administration | 0.20 | 495.00 | 99.00 |
| 7/17/2017 | Stilian Morrison | Review latest filings on the docket. | Court Filings | 0.50 | 620.00 | 310.00 |
| 7/17/2017 | Stilian Morrison | Draft June notice of draw and submit to M. Boyd at Cooley for review. | Fee/Employment Applications | 0.30 | 620.00 | 186.00 |

| Date | Name | Description | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 7/17/2017 | Peter Abbeduto | Review of HHGregg class action suit submission documents (0.6). Create a summary memo for F. Chin and S. Morrison (0.6). | Claims Analysis and Objections | 1.20 | 380.00 | 456.00 |
| 7/18/2017 | Paul Huygens | Correspondence with committee re Electrolux status. | Committee Activities | 0.20 | 730.00 | 146.00 |
| 7/18/2017 | Stilian Morrison | Review and respond to various emails related to Electrolux, tax refund carryover, and class action. | Case Administration | 0.40 | 620.00 | 248.00 |
| 7/18/2017 | Stilian Morrison | Prepare draft supplemental declaration on expanded Committee role in pursuing estate causes of action (0.6). Correspond with M. Boyd (Cooley) re: same (0.1). | Court Filings | 0.70 | 620.00 | 434.00 |
| 7/18/2017 | Sanjuro Kietlinski | Review additional update re: Electrolux. | Case Administration | 0.10 | 495.00 | 49.50 |
| 7/18/2017 | Sanjuro Kietlinski | Review Cooley case update re: Electrolux. | Case Administration | 0.10 | 495.00 | 49.50 |
| 7/18/2017 | Peter Abbeduto | Researching timing on payouts and value of payouts for HHGregg relating to ODD Direct, Odd Indirect, LI ION, CRT Direct and CRT Indirect. | Claims Analysis and Objections | 0.60 | 380.00 | 228.00 |
| 7/19/2017 | Paul Huygens | Review and correspond with team re CRT potential recoveries. | Claims Analysis and Objections | 0.20 | 730.00 | 146.00 |
| 7/19/2017 | Stilian Morrison | Review latest timing on outstanding fee payments due. | Fee/Employment Applications | 0.20 | 620.00 | 124.00 |
| 7/19/2017 | Peter Kravitz | Strategize re case status. | Case Administration | 0.20 | 745.00 | 149.00 |
| 7/19/2017 | Fred Chin | Review valuation model prepared by company regarding CRT possible class action claim recovery. | Claims Analysis and Objections | 0.40 | 550.00 | 220.00 |
| 7/24/2017 | Stilian Morrison | Review latest draft of liquidity analysis. | Business Analysis / Operations | 1.00 | 620.00 | 620.00 |
| 7/24/2017 | Peter Abbeduto | Review open Pharma class action suits and determining the potential settlement HHGregg could expect. | Claims Analysis and Objections | 0.60 | 380.00 | 228.00 |
| 7/24/2017 | Peter Abbeduto | Create a memo updating HHGregg status with regard to outstanding claims RE electronics. | Claims Analysis and Objections | 0.40 | 380.00 | 152.00 |
| 7/25/2017 | Paul Huygens | Case update discussion with S. Morrison. | Case Administration | 0.10 | 730.00 | 73.00 |
| 7/25/2017 | Stilian Morrison | Case update call with P. Huygens. | Case Administration | 0.20 | 620.00 | 124.00 |
| 7/25/2017 | Stilian Morrison | Strategize re: class action claims sale process. | Sale Process | 0.20 | 620.00 | 124.00 |
| 7/25/2017 | Stilian Morrison | Analyze preliminary CRT and ODD claims estimates. | Claims Analysis and Objections | 0.50 | 620.00 | 310.00 |
| 7/25/2017 | Stilian Morrison | Compare present liquidity analysis to prior version, noting changes re: same. | Business Analysis / Operations | 0.80 | 620.00 | 496.00 |
| 7/25/2017 | Stilian Morrison | Review latest preference recovery estimates from ASK. | Litigation | 1.00 | 620.00 | 620.00 |
| 7/25/2017 | Stilian Morrison | Follow up with CFO and VP Finance on insurance tax carryback opportunity. | Tax Issues | 0.40 | 620.00 | 248.00 |
| 7/25/2017 | Stilian Morrison | Correspond with I. Kravitz and B. McMahon re: tax carryback insurance matter. | Tax Issues | 0.20 | 620.00 | 124.00 |
| 7/25/2017 | Peter Kravitz | Strategize re insurance tax carry back opportunity. | Tax Issues | 0.20 | 745.00 | 149.00 |
| 7/25/2017 | Sanjuro Kietlinski | Review Cooley case updates. | Case Administration | 0.10 | 495.00 | 49.50 |

| Date | Name | Description | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 7/25/2017 | Peter Abbeduto | Review and edit CRT claim overview memo. | Claims Analysis and Objections | 0.30 | 380.00 | 114.00 |
| 7/26/2017 | Paul Huygens | Call with S. Morrison re potential WC tax related refunds, work stream and budget. | Case Administration | 0.10 | 730.00 | 73.00 |
| 7/26/2017 | Stilian Morrison | Analyze variance between versions of budget ahead of call with Debtors and professionals. | Business Analysis / Operations | 1.40 | 620.00 | 868.00 |
| 7/26/2017 | Stilian Morrison | Participate in professionals call to discuss budget. | Business Analysis / Operations | 0.90 | 620.00 | 558.00 |
| 7/26/2017 | Stilian Morrison | Dial in to interim fee hearing. | Court Hearings | 0.60 | 620.00 | 372.00 |
| 7/26/2017 | Stilian Morrison | Compare and analyze differences in non-lender professional fees draft budget vs. budget from final DIP order. | Fee/Employment Applications | 0.90 | 620.00 | 558.00 |
| 7/26/2017 | Stilian Morrison | Continue to compare and analyze differences in non-lender professional fees draft budget vs. budget from final DIP order. | Fee/Employment Applications | 1.60 | 620.00 | 992.00 |
| 7/26/2017 | Stilian Morrison | Call with R. Kalnit (Cooley) to discuss variance between versions of the budget and case updates. | Business Analysis / Operations | 0.20 | 620.00 | 124.00 |
| 7/26/2017 | Stilian Morrison | Call with P. Huygens to discuss tax fee carryback opportunity and general case update. | Case Administration | 0.10 | 620.00 | 62.00 |
| 7/26/2017 | Stilian Morrison | Call with R. Kalnit (Cooley) to discuss additional bidder interest for class action claims. | Sale Process | 0.30 | 620.00 | 186.00 |
| 7/26/2017 | Stilian Morrison | Follow-up call with R. Kalnit (Cooley) ahead of interim fee hearing. | Fee/Employment Applications | 0.10 | 620.00 | 62.00 |
| 7/27/2017 | Bill McMahon | Correspond with S. Morrison re: tax carryback update/status. | Tax Issues | 0.20 | 490.00 | 98.00 |
| 7/27/2017 | Stilian Morrison | Review latest filings on the docket. | Court Filings | 1.00 | 620.00 | 620.00 |
| 7/31/2017 | Stilian Morrison | Participate in call with company and professionals re: class action claims. | Claims Analysis and Objections | 0.50 | 620.00 | 310.00 |
| 7/31/2017 | Stilian Morrison | Communicate with K. Kovacs and L. Peterson (HHGregg) re: budget and data retention. Review materials re: same. | Case Administration | 0.90 | 620.00 | 558.00 |