**<u>EXHIBIT A</u>**

18715401_1.docx

# Cooley

| | |
|---|---|
| ATTORNEYS AT LAW | Palo Alto, CA |
| | San Diego, CA |
| 101 California | Los Angeles, CA |
| 5th floor | |
| San Francisco, CA | Broomfield, CO |
| 94111-5800 | |
| MAIN 415 693-2000 | Seattle, WA |
| | New York, NY |
| | Reston, VA |
| | Washington, DC |
| www.cooley.com | Boston, MA |
| | Shanghai, P. R. China |
| Taxpayer ID Number | London, United Kingdom |
| 94-1140085 | |

September 13, 2017

Renee B. Weiss
hhgregg, Inc. Official Committee of Unsecured Creditors
c/o DDR Corp.
3300 Enterprise Parkway
Beachwood, OH  44122

**Invoice Number:  1798611**
CL 01 60726

**330759-201**

**HHgregg Committee**

*For services rendered through August 31, 2017*

| | | |
|---|---|---|
| Fees . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 219,251.00 |
| Chargeable costs and disbursements . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 2,298.32 |
| **Total Due on Current Invoice** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | **221,549.32** |

# Cooley

330759-201
HHgregg Committee

**Invoice Number:  1798611**
CL 01 60726

**For services rendered through August 31, 2017 :**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| **ASSET ANALYSIS AND RECOVERY** | | | | |
| 08/01/17 | Richelle Kalnit | Review detailed email re Swann vendor credit (.3) and proposed agreement re same (.2) | 0.50 | 400.00 |
| 08/03/17 | Richelle Kalnit | Review draft Tech Data settlement agreement | 0.30 | 240.00 |
| 08/08/17 | Richelle Kalnit | Review email re class action assets | 0.20 | 160.00 |
| 08/09/17 | Richelle Kalnit | Call with Debtors and DLA re class action assets bid/sale process | 0.50 | 400.00 |
| 08/10/17 | Richelle Kalnit | Emails re BSH (.1) and comment on settlement agreement (.1); review and comment on Tech Data agreement (.2) | 0.40 | 320.00 |
| 08/14/17 | Richelle Kalnit | Review and comment on asset monetization chart | 0.20 | 160.00 |
| 08/15/17 | Richelle Kalnit | Email re class action bid (.1); review and comment on notice re class action bid (.3); emails re same (.1) | 0.50 | 400.00 |
| 08/16/17 | Richelle Kalnit | Consider and emails re possible class action assets auction (.2); call with Debtors and GA re class action sale process and next steps (.6) | 0.80 | 640.00 |
| 08/17/17 | Richelle Kalnit | Emails re vendor credit issues impacted by preferences (.2); review email re Vantiv (.1) and review Vantiv complaint (.5) | 0.80 | 640.00 |
| 08/21/17 | Richelle Kalnit | Review motion re class action assets | 0.10 | 80.00 |
| 08/22/17 | Richelle Kalnit | Review class action bids (.2) and update status chart re same (.2); correspondence with bidder re bid issues (.8); call re vendor credits/preference issues (.4); follow up with Steinfeld re same (.3) | 1.90 | 1,520.00 |
| 08/23/17 | Richelle Kalnit | Emails re class action process (.3); review documents in preparation for auction (.4); prepare auction script (.8); numerous calls with bidders and estate constituents regarding bids and process issues (5.6) | 7.10 | 5,680.00 |
| 08/24/17 | Richelle Kalnit | Calls re class action process issues | 0.60 | 480.00 |



330759-201
HHgregg Committee

Invoice Number:  1798611
CL 01 60726

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/29/17 | Richelle Kalnit | Review class action APA markup | 0.50 | 400.00 |
| 08/31/17 | Richelle Kalnit | Review email to potential bidder for class action assets | 0.10 | 80.00 |
| | | **Task Total:** | 14.50 | 11,600.00 |

**ASSET DISPOSITION**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/01/17 | Melissa H. Boyd | Emails re: collecting credit card holdbacks, deposits, LC's and tax refunds | 0.20 | 147.00 |
| 08/02/17 | Melissa H. Boyd | Review motion and order re: class action hearing and email re: same | 0.20 | 147.00 |
| 08/03/17 | Melissa H. Boyd | Emails re: recovery on tax refunds, LC's, deposits and update chart re: same (.4); emails re: pursuit of vendor credits (.9); review settlement agreements and update chart re: same (.4) | 1.70 | 1,249.50 |
| 08/04/17 | Melissa H. Boyd | Emails re: pursuit of vendor claims and trade A/R (.5); emails re: pursuit of claims against D&O's (.2) | 0.70 | 514.50 |
| 08/07/17 | Melissa H. Boyd | Review LG settlement order and emails re: same (.2); emails re: vendor credit settlement and update chart re: same (.2); emails re: opportunity for tax refunds (.2); emails re: pursuit of vendor credits and trade A/R (.6); review account reconciliations, defenses and company position re: same (.3) and review memo re: claim against Warrantech (.2); emails re: D&O discovery review (.2) | 1.90 | 1,396.50 |
| 08/08/17 | Cathy Rae Hershcopf | Discuss class action asset bid process with Kalnit | 0.30 | 316.50 |
| 08/08/17 | Melissa H. Boyd | Emails re: collection of vendor credits | 0.20 | 147.00 |
| 08/09/17 | Cathy Rae Hershcopf | Confer with Kalnit re sale of class action claims | 0.30 | 316.50 |
| 08/09/17 | Melissa H. Boyd | Review vendor credit adversary dockets and negotiations status (.2); emails re: entering default judgments and negotiations status (.2) | 0.40 | 294.00 |

# Cooley

**330759-201**
**HHgregg Committee**

**Invoice Number:  1798611**
CL 01 60726

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/10/17 | Richelle Kalnit | Email re class action process (.1) and review prior bid for APA (.1) | 0.20 | 160.00 |
| 08/10/17 | Melissa H. Boyd | Emails re: settling vendor credits and chargebacks (.2); review settlement agreement and update chart re: same (.2) | 0.40 | 294.00 |
| 08/11/17 | Melissa H. Boyd | Review documentation, pleadings, and emails re: vendor credit demand negotiations and settlement (.4); update chart re: same (.2) | 0.60 | 441.00 |
| 08/11/17 | Melissa H. Boyd | Review emails, settlement documentation and correspondence re: collecting vendor credits, letters of credit, preferential transfers, and tax refunds (.7); update charts re: same (.3); review LG and Samsung settlement agreements and emails re: same (.3) | 1.30 | 955.50 |
| 08/11/17 | Melissa H. Boyd | Prepare timeline and summary of documents reviewed re: D&O investigation | 0.80 | 588.00 |
| 08/14/17 | Melissa H. Boyd | Review documentation re: defense to vendor credit | 0.20 | 147.00 |
| 08/15/17 | Melissa H. Boyd | Review notice re: vendor credit litigation and emails re: same (.2); emails re: budget negotiations and filing (.2); emails re: monetizing assets and review open items re: same (.3) | 0.70 | 514.50 |
| 08/16/17 | Cathy Rae Hershcopf | Confer with Kalnit re: sale of class action assets. | 0.40 | 422.00 |
| 08/16/17 | Melissa H. Boyd | Emails re: Samsung payment and update charts re: same (.2); emails re: vendor credit actions (.5) and recovering tax refunds and letters of credit (.2); update charts re: same (.3) and emails re: needed information (.4); emails re: class action assets bids/sale (.2) | 1.80 | 1,323.00 |
| 08/17/17 | Melissa H. Boyd | Emails re: Vantiv complaint (.2); emails re: pursuit of vendor credits and A/R (.6); update chart re: same (.3); call re: budget negotiations and vendor credits (.2) | 1.30 | 955.50 |



Page     5

**330759-201**                                                **Invoice Number:  1798611**
**HHgregg Committee**                                                              CL 01 60726

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/18/17 | Melissa H. Boyd | Emails re: budget negotiations (.2), vendor credit actions (.3), and pursuit of LC's (.2); review Vantiv complaint and emails re: same (.3) | 1.00 | 735.00 |
| 08/23/17 | Melissa H. Boyd | Emails re: budget negotiations and review budget re: same (.2); emails re: resolution of vendor collections and update chart re: same (.3); review default filings re: vendor complaint and update chart re: same (.2) | 0.70 | 514.50 |
| 08/24/17 | Melissa H. Boyd | Review filings re: vendor complaints and class action sale | 0.20 | 147.00 |
| 08/25/17 | Cathy Rae Hershcopf | Emails re sale of class action assets | 0.30 | 316.50 |
| 08/25/17 | Melissa H. Boyd | Review vendor action filings and update chart re: same | 0.20 | 147.00 |
| 08/25/17 | Melissa H. Boyd | Review discovery re: D&O investigation and emails re: same | 0.50 | 367.50 |
| 08/29/17 | Cathy Rae Hershcopf | Calls and emails re sale of calss action claims | 0.60 | 633.00 |
| 08/30/17 | Cathy Rae Hershcopf | Confer with R. Kalnit re sale of class action claims (.3) and follow up with lenders and debtors re same (.3) | 0.60 | 633.00 |
| 08/30/17 | Melissa H. Boyd | Emails re: vendor credit resolutions/negotiations and update chart re: same (.4); review D&O investigation documents and emails re: same (1.2); review motion and D&O policy re: paying preference defense costs from policy (1.1); review case law re: same (2.1); emails re: same (.3) | 5.10 | 3,748.50 |
| 08/31/17 | Melissa H. Boyd | Emails re: resolving and collecting vendor payments and update chart re: same (.4); case law and policy research re: D&O coverage of defense costs, preference actions and lifting stay re: same (8.1) | 8.50 | 6,247.50 |
| | | **Task Total:** | 31.30 | 23,818.50 |

**BUSINESS OPERATIONS**

| | | | | |
|------|-----------|-------------|-------|--------|
| 08/02/17 | Richelle Kalnit | Review MORs | 0.20 | 160.00 |



**330759-201**
**HHgregg Committee**

**Invoice Number: 1798611**
CL 01 60726

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/28/17 | Richelle Kalnit | Review MORs | 0.20 | 160.00 |
| | | **Task Total:** | 0.40 | 320.00 |

**CASE ADMINISTRATION**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/01/17 | Richelle Kalnit | Call with counsel for bonus creditors re case status | 0.30 | 240.00 |
| 08/01/17 | Melissa H. Boyd | Review trustee notices re: 341 meetings and creditors' committees | 0.20 | 147.00 |
| 08/03/17 | Richelle Kalnit | Review email re Lifeline (.1); call with Steinfeld re preference questions (.1); call with Hokanson and Brown re case issues including Lifeline, D&O, budget (.5); call with Steinfeld and Brown re preference (.5); emails re budget call tomorrow (.1) | 1.30 | 1,040.00 |
| 08/07/17 | Richelle Kalnit | Review memo re Warrantech claims | 0.30 | 240.00 |
| 08/10/17 | Richelle Kalnit | Review emails re Principal insurance and related motion | 0.10 | 80.00 |
| 08/15/17 | Richelle Kalnit | Draft email to committee re budget issues | 0.50 | 400.00 |
| 08/15/17 | Melissa H. Boyd | Review minutes re: 8/14 hearings | 0.20 | 147.00 |
| 08/18/17 | Mollie N. Canby | Add new adv case to M. Boyd and R. Kalnit's ECF accounts | 0.10 | 24.00 |
| 08/23/17 | Richelle Kalnit | Emails re go-forward issues in light of Judge's recusal (.2); call with Scherer re same (.2); call with Morrison re case issues including recusal, budget, class action status (.4); call with Mauceri re LL issue (.2) | 1.00 | 800.00 |
| 08/23/17 | Cathy Rae Hershcopf | Emails and calls re Judge's order of recusal | 0.60 | 633.00 |
| 08/23/17 | Melissa H. Boyd | Emails re: Judge Moberly's recusal and hearing cancellations re: same | 0.20 | 147.00 |



330759-201

**Invoice Number:  1798611**

**HHgregg Committee**

CL 01 60726

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/24/17 | Richelle Kalnit | Confer with Hershcopf re open case issues including budget, D&O investigation and class action (.6); call with Debtors re class action issues and budget (1.0); conferences with Hershcopf re budget and case issues (.9); call with Morrison re same (.3); draft revised proposal (.8) | 3.60 | 2,880.00 |
| 08/24/17 | Cathy Rae Hershcopf | Field calls and emails from numerous creditors and their counsel re Judge Moberly's recusal and new judge | 0.90 | 949.50 |
| 08/25/17 | Melissa H. Boyd | Review new hearing notices and emails re: same | 0.20 | 147.00 |
| 08/29/17 | Richelle Kalnit | Call with Hokanson re upcoming hearing issues (.2); review request to fund KEIP/KERP payments and backup related thereto (.2); call with landlord counsel re case status (.1) | 0.50 | 400.00 |
| 08/31/17 | Melissa H. Boyd | Review court notices and emails re: rescheduled hearings | 0.20 | 147.00 |
| | | **Task Total:** | 10.20 | 8,421.50 |

**CLAIMS**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/01/17 | Richelle Kalnit | Review Synchrony motion re LC issues | 0.30 | 240.00 |
| 08/01/17 | Melissa H. Boyd | Emails re: Electrolux adequate protection motion and hearing (.2); emails with creditor re: submitting claims and review register re: same (.2) | 0.40 | 294.00 |
| 08/08/17 | Richelle Kalnit | Call with creditor re claims question | 0.10 | 80.00 |
| 08/08/17 | Melissa H. Boyd | Emails re: allowance and payment of administrative claims | 0.20 | 147.00 |
| 08/09/17 | Richelle Kalnit | Review draft admin claim orders | 0.20 | 160.00 |
| 08/09/17 | Cathy Rae Hershcopf | Confer with Kalnit re US Transport motion for payment of administrative claims and other AP issues | 0.40 | 422.00 |

# Cooley

**330759-201**
**HHgregg Committee**

**Invoice Number:  1798611**
CL 01 60726

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/09/17 | Cathy Rae Hershcopf | Confer with Kalnit re Debtors' objection to US Transport claim for administrative expense and other AP | 0.40 | 422.00 |
| 08/10/17 | Richelle Kalnit | Call with Debtors and lender re Synchrony issues (.6); review letter from Synchrony re same (.3); research re same (.6); call with Synchrony re same (.8) | 2.30 | 1,840.00 |
| 08/10/17 | Melissa H. Boyd | Emails re: resolving employee and administrative claims | 0.20 | 147.00 |
| 08/15/17 | Richelle Kalnit | Review Signifyd admin claim motion and stay relief motion | 0.40 | 320.00 |
| 08/15/17 | Melissa H. Boyd | Review Signifyd administrative expense claim and recoupment motion re: same | 0.20 | 147.00 |
| 08/16/17 | Richelle Kalnit | Review Synchrony objection | 0.30 | 240.00 |
| 08/16/17 | Melissa H. Boyd | Calls and emails to/from creditor re: case status and submitting claim | 0.30 | 220.50 |
| 08/17/17 | Richelle Kalnit | Emails re Hart admin claim issues | 0.20 | 160.00 |
| 08/20/17 | Cathy Rae Hershcopf | Emails re Synchrony and proposed settlement | 0.40 | 422.00 |
| 08/21/17 | Richelle Kalnit | Review landlord stub rent motions | 0.10 | 80.00 |
| 08/21/17 | Cathy Rae Hershcopf | Emails with Mandel re 2014 motion served on Ryder | 0.20 | 211.00 |
| 08/23/17 | Melissa H. Boyd | Emails re: resolving Synchrony claim | 0.20 | 147.00 |
| 08/30/17 | Melissa H. Boyd | Review recoupment motion and administrative claim request, and email re: same | 0.30 | 220.50 |
| 08/31/17 | Richelle Kalnit | Review admin claim motion | 0.10 | 80.00 |
| | | **Task Total:** | 7.20 | 6,000.00 |

**EMPLOYEE BENEFITS/PENSIONS**

| | | | | |
|------|-----------|-------------|-------|--------|
| 08/29/17 | Cathy Rae Hershcopf | Confer wtih debtors re threats from GACP to refuse to approve payments for KERP/KEIP (.6) and follow up with Ventola re same (.2) | 0.80 | 844.00 |
| | | **Task Total:** | 0.80 | 844.00 |



Page    9

330759-201                                        **Invoice Number:  1798611**
HHgregg Committee                                              CL 01 60726

| Date | Timekeeper | Description | Hours | Amount |
|------|------------|-------------|-------|--------|
| **FEE/EMPLOYMENT APPLICATIONS** | | | | |
| 08/01/17 | Melissa H. Boyd | Review entered interim fee orders and email re: same (.2); review budget and Committee professionals' fees and expenses requested/held back re: payment and amounts still owing (.4); emails re: same (.6) | 1.20 | 882.00 |
| 08/07/17 | Richelle Kalnit | Review prebill for compliance with UST guidelines | 0.20 | 160.00 |
| 08/16/17 | Melissa H. Boyd | Emails re: Province fee statement (.2); review guidelines re: same (.2); review July invoice and draft fee statement re: same (.2) | 0.60 | 441.00 |
| 08/17/17 | Melissa H. Boyd | Emails re: Province July fee statement | 0.20 | 147.00 |
| 08/19/17 | Cathy Rae Hershcopf | Confer with Province and Boyd re Province rate increases July 1 | 0.20 | 211.00 |
| 08/23/17 | Cathy Rae Hershcopf | Confer with Boyd re Province rate increases | 0.30 | 316.50 |
| 08/23/17 | Melissa H. Boyd | Emails re: Province rate increase and edit draw notice re: same (.2); emails re: filing and serving Cooley and Province July fee statements and invoices (.2); reviewed filed fee statements and emails re: same (.2); emails re: second interim fee applications and review compensation order re: same (.3) | 0.90 | 661.50 |
| 08/31/17 | Mollie N. Canby | Begin working on Cooley's 2nd interim fee application and emails with M. Boyd re budget | 2.40 | 576.00 |
| 08/31/17 | Melissa H. Boyd | Review application and affidavits to employ ordinary course counsel and email re: same | 0.30 | 220.50 |
| 08/31/17 | Melissa H. Boyd | Emails re: drafting second interim fee application | 0.20 | 147.00 |
| | | **Task Total:** | 6.50 | 3,762.50 |
| | | | | |
| **FINANCING AND CASH COLLATERAL** | | | | |
| 08/01/17 | Richelle Kalnit | Emails re preference recovery assumptions for 2018 budget (.1); review revised budget (.2); call with Morrison re budget issues (.1) | 0.40 | 320.00 |



**330759-201**
**HHgregg Committee**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/02/17 | Richelle Kalnit | Review professional fee budget from Morrison | 0.30 | 240.00 |
| 08/03/17 | Richelle Kalnit | Review professional fee budget comparison (.4); prepare for and call with Morrison re same (.6); review revised version (.2) and email professionals re same (.1) | 1.30 | 1,040.00 |
| 08/04/17 | Richelle Kalnit | Call with DLA, Choate and Hokanson re budget (.6); call with Morrison re same (.4) | 1.00 | 800.00 |
| 08/04/17 | Richelle Kalnit | Review payables information and prior information re same | 0.30 | 240.00 |
| 08/04/17 | Cathy Rae Hershcopf | All hands budget call (.7); follow up with Kalnit and Morrison thereafter (.4) | 1.10 | 1,160.50 |
| 08/04/17 | Cathy Rae Hershcopf | Emails with Debtors (.2) and Province (.4) re outstanding administrative claims and critical vs. 506(c) distinction; call with Lenders and Debtors re same (.9) | 1.50 | 1,582.50 |
| 08/07/17 | Richelle Kalnit | Call with Hokanson re budget issues (.3); additional follow up and emails re same (.5) | 0.80 | 640.00 |
| 08/07/17 | Cathy Rae Hershcopf | Emails re budget issues with Debtor | 0.60 | 633.00 |
| 08/08/17 | Richelle Kalnit | Emails re budget issues (.2); call with Brown and Morrison re same (.3); multiple follow up with Morrison re same (1.4) | 1.90 | 1,520.00 |
| 08/08/17 | Cathy Rae Hershcopf | Follow up with Kalnit re budget and payment of AP | 0.30 | 316.50 |
| 08/08/17 | Cathy Rae Hershcopf | Emails with Kalnit and Morrison after call with GA re AP and budget | 0.30 | 316.50 |
| 08/09/17 | Cathy Rae Hershcopf | Review Choate bill | 0.20 | 211.00 |
| 08/10/17 | Cathy Rae Hershcopf | Emails re revising budget to be sure AP/506(c) expenses are paid (.4) and confer with Kalnit and Morrison (.3) re same | 0.70 | 738.50 |
| 08/11/17 | Richelle Kalnit | Calls with Morrison (.2) and Hershcopf/Morrison (.5) re HHG filed budget; call with Hokanson/Hershcopf/Herman re same (.3); follow up call with Hershcopf re same (.2) | 1.20 | 960.00 |



330759-201
HHgregg Committee

**Invoice Number:  1798611**
CL 01 60726

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/11/17 | Cathy Rae Hershcopf | Review Joint Notice of amendment of DIP Budget filed without any notice to the Committee (.4); confer with Kalnit and Morrison re same (.7); follow up with Debtors' counsel re same (.2); call with Debtors' counsel (.4); confer with Kalnit afterwards re next steps (.3) | 2.00 | 2,110.00 |
| 08/12/17 | Cathy Rae Hershcopf | Emails re: Q3 budget filed by Debtors without any heads up to the Committee. | 0.90 | 949.50 |
| 08/13/17 | Richelle Kalnit | Preparation for hearing re administrative hole | 5.60 | 4,480.00 |
| 08/13/17 | Richelle Kalnit | Non-working travel (billed at 1/2 time) | 2.50 | 2,000.00 |
| 08/13/17 | Cathy Rae Hershcopf | Confer with Kalnit and Province re: proposed budget (.8); emails with Debtors (.4) and BRG (.4) re: same. | 1.60 | 1,688.00 |
| 08/14/17 | Cathy Rae Hershcopf | Preparation for 8/14 hearing (.8); calls with Kalnit and Morrison re: same (.7); follow up with Committee Members re: same (.4); participate telephonically in hearing (1.3); call with Kalnit after hearing re: budget issues and Judges's bench ruling (.4); follow up with Ventolla re: same (.1); emails to Kalnit re: budget (.4); subsequent emails re: same (.4). | 4.50 | 4,747.50 |
| 08/15/17 | Richelle Kalnit | Responses to questions re proposal (.2); call with Brown re same (.2) and email to Morrison re same (.1) | 0.50 | 400.00 |
| 08/15/17 | Richelle Kalnit | Review Brown response to offer (.1) and prepare response to same (.3) | 0.40 | 320.00 |
| 08/15/17 | Cathy Rae Hershcopf | Calls and emails with Committee Members re: budget negotiations and payment of administrative claims. | 0.70 | 738.50 |
| 08/16/17 | Richelle Kalnit | Emails re payments under budget | 0.20 | 160.00 |
| 08/18/17 | Richelle Kalnit | Review revised splits (.3) and emails re same (.2); call with Morrison re same (.3) | 0.80 | 640.00 |
| 08/18/17 | Cathy Rae Hershcopf | Confer internally and emails to all hands re need for Q3 budget with real progress on AP and sufficient reserves | 0.70 | 738.50 |



Page    12

330759-201                                                    **Invoice Number:  1798611**
HHgregg Committee                                                            CL 01 60726

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/20/17 | Richelle Kalnit | Review updated Q3 budget (.3) and emails re same (.3) | 0.60 | 480.00 |
| 08/20/17 | Cathy Rae Hershcopf | Emails re 3Q budget and proposed splits | 0.40 | 422.00 |
| 08/21/17 | Richelle Kalnit | Review of budget and splits and develop list of questions re same (.9); call with Morrison re same (.6); call with Debtors/lenders re Q3 and beyond budget/splits (1.2); draft detailed email re budget issues (.8) | 3.50 | 2,800.00 |
| 08/21/17 | Cathy Rae Hershcopf | Review draft Cooley proposal with respect to Q3 budget and splits and emails re same | 0.60 | 633.00 |
| 08/22/17 | Richelle Kalnit | Further emails re budget issues (.3); call with MLB and K&E re same (.4); call with Hershcopf re same (.2); draft revised proposal (.6) | 1.50 | 1,200.00 |
| 08/22/17 | Cathy Rae Hershcopf | Call with Kirkland and Morgan Lewis re budget issues and payment of administrative claims | 0.70 | 738.50 |
| 08/23/17 | Richelle Kalnit | Emails with Hokanson re Q3/Q4 and beyond budget (.2); emails with Hershcopf and Morrison re same (.2); call with Hokanson re same (.3) | 0.70 | 560.00 |
| 08/23/17 | Cathy Rae Hershcopf | Review and respond to emails re revised 3Q budget giving GACP everything it asked for | 0.60 | 633.00 |
| 08/24/17 | Cathy Rae Hershcopf | Call with Debtors re budget issues (.6); confer with Kalnit re same (.4) | 1.00 | 1,055.00 |
| 08/24/17 | Cathy Rae Hershcopf | Calls and emails with Debtors (.6) and GACP (.4) and Debtors again (.3) re budget negotiations with GACP and follow up with Kalnit (.2) and Morrison (.2) re same | 1.70 | 1,793.50 |
| 08/25/17 | Richelle Kalnit | Call with Hokanson re budget issues | 0.20 | 160.00 |
| 08/25/17 | Cathy Rae Hershcopf | Confer with Kalnit (.2) and JH (.3) re carve out and protection for fees incurred | 0.50 | 527.50 |
| 08/28/17 | Richelle Kalnit | Emails re budget issues | 0.50 | 400.00 |
| 08/29/17 | Cathy Rae Hershcopf | Review 3Q budget splits and 4Q projections (.9) and confer with R. Kalnit and Province re same (.6); confer with committee members re same (.4) | 1.90 | 2,004.50 |



330759-201                                          **Invoice Number:  1798611**
**HHgregg Committee**                                          CL 01 60726

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/29/17 | Cathy Rae Hershcopf | Call with debtors re budget (.7) and follow up with Ventola re same (.2) | 0.90 | 949.50 |
| 08/29/17 | Richelle Kalnit | Review revised proposal on budget and splits and compare to committee proposal (.5); confer with Hershcopf re same and class action issues (.3); call with Debtors re same (.8); conferences with Hershcopf re same (.5); call with Brown re same (.4); review / comment on GACP proposed budget modifications and splits (.5) | 3.00 | 2,400.00 |
| 08/30/17 | Cathy Rae Hershcopf | Review and revise budget and split request (.8) and follow up with R. Kalnit (.4) and pre-call with SM (.7) re same and all hands call with lenders and debtors re budget (1.1); follow up with R. Kalnit and Morrison (.6) re same | 3.60 | 3,798.00 |
| 08/30/17 | Richelle Kalnit | Calls with Morrison (1.0) and Hokanson (.5) re budget issues; emails re budget issues (.6); call with Debtors, Wells and GACP re budget/splits issues (.8) | 2.90 | 2,320.00 |
| 08/31/17 | Cathy Rae Hershcopf | Emails between debtors and GACP and responses thereto re budget compromise | 0.60 | 633.00 |
| 08/31/17 | Cathy Rae Hershcopf | Confer with R. Kalnit re budget, debtors, GACP and outstanding AP (.4); follow up call re same with ICE, Kovacs, Peterson, Kalnit and Morrison (.9); follow up with Morrison on 6/17 holdbacks (.1); review JH draft to DLA/GACP (.4); provide comments to same (.6) and review others' comments to same (.3) | 2.70 | 2,848.50 |
| 08/31/17 | Richelle Kalnit | Calls with Hershcopf re budget issues (.5); call with Debtors and Hershcopf/Morrison re same (1.4); review Hokanson draft proposal and comment on same (.5) | 2.40 | 1,920.00 |
| | | **Task Total:** | 62.80 | 57,966.50 |

**LITIGATION**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/01/17 | Richelle Kalnit | Review Riesbeck emails in furtherance of investigation | 3.50 | 2,800.00 |



330759-201
HHgregg Committee

Invoice Number:  1798611
CL 01 60726

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/01/17 | Melissa H. Boyd | Review documents re: D&O investigation | 2.10 | 1,543.50 |
| 08/02/17 | Melissa H. Boyd | Review D&O discovery | 1.20 | 882.00 |
| 08/03/17 | Richelle Kalnit | Review of Riesbeck emails in furtherance of D&O investigation | 1.30 | 1,040.00 |
| 08/03/17 | Melissa H. Boyd | Emails re: Electrolux adequate protection motion | 0.30 | 220.50 |
| 08/04/17 | Melissa H. Boyd | Document review re: D&O claims investigation | 5.00 | 3,675.00 |
| 08/07/17 | Richelle Kalnit | Call with DLA re D&O investigation issues (.5); review of Miller Buckfire emails (3.3); call with Donilon re Ogletree production issues (.2) | 4.00 | 3,200.00 |
| 08/07/17 | Philip J. Anton | Assist case team with ESI review, for R. Kalnit and M. Boyd | 0.40 | 96.00 |
| 08/07/17 | Melissa H. Boyd | Review D&O investigation documents | 2.90 | 2,131.50 |
| 08/08/17 | Richelle Kalnit | Review Miller Buckfire emails in furtherance of D&O investigation (1.8); review Schuman email re WARN issues (.2) | 2.00 | 1,600.00 |
| 08/08/17 | Philip J. Anton | Assist case team with ESI review, for R. Kalnit | 0.40 | 96.00 |
| 08/08/17 | Melissa H. Boyd | Document review re: D&O investigation | 1.50 | 1,102.50 |
| 08/09/17 | Richelle Kalnit | Review of Stifel/MB emails in furtherance of D&O investigation | 5.70 | 4,560.00 |
| 08/09/17 | Melissa H. Boyd | Emails re: D&O investigation (.2); document review re: D&O investigation (6.7) | 6.90 | 5,071.50 |
| 08/10/17 | Richelle Kalnit | Call with Ogletree counsel re production issues | 0.20 | 160.00 |
| 08/10/17 | Eric J. Haber | Review emails of M. Owens re: call to discuss Just Marketing preference demand and respond twice | 0.20 | 188.00 |
| 08/10/17 | Eric J. Haber | Review emails of R. Kalnit and C. Hershcopf re: Riesbeck testimony | 0.10 | 94.00 |
| 08/10/17 | Eric J. Haber | Legal research on conduit defense | 1.30 | 1,222.00 |
| 08/10/17 | Melissa H. Boyd | Document review re: D&O investigation | 5.50 | 4,042.50 |



330759-201
HHgregg Committee

**Invoice Number:  1798611**
CL 01 60726

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/11/17 | Melissa H. Boyd | Review summary judgment motion re: Electrolux complaint | 0.20 | 147.00 |
| 08/11/17 | Melissa H. Boyd | Review documents re: D&O investigation | 1.00 | 735.00 |
| 08/14/17 | Philip J. Anton | Assist with designing and applying search strategies to analyze electronically-stored information received from opposing party | 0.90 | 216.00 |
| 08/14/17 | Melissa H. Boyd | Emails re: D&O investigation and reviewing documents produced (.5); review documents produced re: D&O investigation and prepare time line of events leading up to sale (3.2) | 3.70 | 2,719.50 |
| 08/15/17 | Melissa H. Boyd | Review notice re: Electrolux proceeding and emails re: same | 0.20 | 147.00 |
| 08/16/17 | Richelle Kalnit | Review Boyd summary of WARN case | 0.30 | 240.00 |
| 08/16/17 | Melissa H. Boyd | Research WARN Act re: D&O investigation (1.5); emails re: same (.4) | 1.90 | 1,396.50 |
| 08/17/17 | Richelle Kalnit | Review tagged D&O investigation documents (1.0); call with Boyd re same (.2) | 1.20 | 960.00 |
| 08/17/17 | Philip J. Anton | Assist case team with ESI review, for R. Kalnit and M. Boyd | 0.50 | 120.00 |
| 08/17/17 | Dmitry Spektor | Assist case team with ESI review (.2); manage litigation support vendor regarding project objectives and established timeliness (.6) | 0.80 | 224.00 |
| 08/21/17 | Richelle Kalnit | Review HMI 2004 motion (.2) and draft email re same (.1); document review in furtherance of D&O investigation (.8); draft timeline of events (1.2); review and comment on Boyd timeline (.4) | 2.70 | 2,160.00 |
| 08/21/17 | Melissa H. Boyd | Review emails produced re: D&O investigation and edit timeline re: same | 3.80 | 2,793.00 |
| 08/22/17 | Richelle Kalnit | Revisions to timeline in furtherance of D&O investigation | 0.20 | 160.00 |
| 08/23/17 | Cathy Rae Hershcopf | Emails about and with Ryder re 2004 motion | 0.30 | 316.50 |
| 08/23/17 | Melissa H. Boyd | Review 2004 motion and objection thereto | 0.20 | 147.00 |



330759-201
HHgregg Committee

**Invoice Number: 1798611**
CL 01 60726

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/24/17 | Richelle Kalnit | Review and comment on Ogletree agreement (.7); confer with Kupfer re D&O investigation issues (.5) | 1.60 | 1,280.00 |
| 08/24/17 | David H. Kupfer | Communicated with R. Kalnit re production of documents to other counsel and privilege (.5); sent R. Kalnit sample protective order (.1) | 0.60 | 489.00 |
| 08/24/17 | Melissa H. Boyd | Review D&O investigation discovery | 0.60 | 441.00 |
| 08/28/17 | Richelle Kalnit | Initial review of D&O insurance proceeds motion | 0.20 | 160.00 |
| 08/28/17 | Philip J. Anton | Assist with designing and applying search strategies to analyze electronically-stored information received from opposing party, for M. Boyd | 0.70 | 168.00 |
| 08/28/17 | Melissa H. Boyd | Edit D&O investigation timeline per R. Kalnit and review documents produced re: same (3.7); emails re: same (.2) | 3.90 | 2,866.50 |
| 08/28/17 | Melissa H. Boyd | Emails re: D&O investigation (.2) and resolving vendor credit demands (.2); review D&O investigation documents re: Board minutes and presentations (.8); emails re: same (.2) | 1.40 | 1,029.00 |
| 08/28/17 | David H. Kupfer | Reviewed committee bylaws and DIP order relating to production of documents | 0.40 | 326.00 |
| 08/29/17 | Philip J. Anton | Assist with designing and applying search strategies to analyze electronically-stored information received from opposing party, for M. Boyd | 1.20 | 288.00 |
| 08/29/17 | Melissa H. Boyd | Review D&O investigation documents (2.3) and emails re: same (.4); emails re: review of D&O policies (.2) | 2.90 | 2,131.50 |
| 08/29/17 | Richelle Kalnit | Review stay relief motion filed by D&Os (.6); draft email re same (.4) | 1.00 | 800.00 |
| 08/30/17 | Philip J. Anton | Assist with designing and applying search strategies to analyze electronically-stored information received from opposing party, for M. Boyd | 0.60 | 144.00 |



**330759-201**                                              **Invoice Number:  1798611**
**HHgregg Committee**                                                      CL 01 60726

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/31/17 | Richelle Kalnit | Review of board presentations and add summary of same to chart | 0.30 | 240.00 |
| | | **Task Total:** | 77.80 | 56,569.50 |

**RELIEF FROM STAY PROCEEDINGS**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/01/17 | Melissa H. Boyd | Emails re: 2012 bonus creditors stay relief motion and objections to same | 0.20 | 147.00 |
| 08/31/17 | Richelle Kalnit | Review stay relief motion | 0.10 | 80.00 |
| | | **Task Total:** | 0.30 | 227.00 |

**TRAVEL**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/14/17 | Richelle Kalnit | Non-working travel (billed at 1/2 time) | 2.20 | 1,760.00 |
| | | **Task Total:** | 2.20 | 1,760.00 |

**LEASES AND EXECUTORY CONTRACTS**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/01/17 | Richelle Kalnit | Emails re Throgmartin claims stipulation issues | 0.10 | 80.00 |
| 08/20/17 | Cathy Rae Hershcopf | Ping RP for update on lease negotiations (.1) and follow up with Province re same (.1) | 0.20 | 211.00 |
| 08/30/17 | Richelle Kalnit | Review emails re LL mechanics lien claim and draft stip re same | 0.30 | 240.00 |
| | | **Task Total:** | 0.60 | 531.00 |

**PREPARATION FOR AND ATTENDANCE AT COURT HEARINGS**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/14/17 | Richelle Kalnit | Prepare for and attend hearing including conferences with Scherer, Hershcopf, Morrison and pre-hearing meetings with Debtors (9.0); post hearing discussion with Scherer, Hershcopf and Morrison (.7); develop proposal for Q3 budget and Q4+ splits (1.0) | 10.70 | 8,560.00 |
| | | **Task Total:** | 10.70 | 8,560.00 |



**330759-201**
**HHgregg Committee**

**Invoice Number: 1798611**
CL 01 60726

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| **AVOIDANCE ACTIONS** | | | | |
| 08/01/17 | Cathy Rae Hershcopf | Emails and calls with ASK re projected timing of recovery for preference claims | 0.60 | 633.00 |
| 08/01/17 | Melissa H. Boyd | Emails re: preference pursuit, settlement, and projected recoveries | 0.80 | 588.00 |
| 08/01/17 | Eric J. Haber | Review emails of R. Kalnit re: preference projections and J. Steinfeld response | 0.20 | 188.00 |
| 08/02/17 | Richelle Kalnit | Emails re preference settlement oversight issues | 0.20 | 160.00 |
| 08/02/17 | Melissa H. Boyd | Emails re: preference actions | 0.40 | 294.00 |
| 08/02/17 | Eric J. Haber | Discuss Zimmerman and Just Marketing/Andretti issues and defenses with K. Casteel | 0.50 | 470.00 |
| 08/03/17 | Cathy Rae Hershcopf | Email with counsel to Just Marketing | 0.20 | 211.00 |
| 08/03/17 | Cathy Rae Hershcopf | Confer with ASK re preference recovery | 0.60 | 633.00 |
| 08/03/17 | Melissa H. Boyd | Emails re: Just Marketing preference | 0.30 | 220.50 |
| 08/03/17 | Melissa H. Boyd | Emails re: preference settlements | 0.20 | 147.00 |
| 08/03/17 | Eric J. Haber | Review Andretti Auto Sports 2 contract | 0.40 | 376.00 |
| 08/03/17 | Eric J. Haber | Review email of M. Owens with analysis of Just Marketing defenses (.5); prepare email to C. Hershcopf, M. Boyd and R. Kalnit analyzing same (1.3) | 1.80 | 1,692.00 |
| 08/03/17 | Eric J. Haber | Legal research re: Seventh Circuit case law on preference issues | 1.70 | 1,598.00 |
| 08/04/17 | Melissa H. Boyd | Emails re: pursuing preference actions | 0.20 | 147.00 |
| 08/07/17 | Cathy Rae Hershcopf | Confer with Haber re Just Marketing, Andretti and Zimmerman (.4), emails with Lance and Kevin re same (.2) | 0.60 | 633.00 |
| 08/07/17 | Melissa H. Boyd | Emails re: pursuit of preference actions | 0.20 | 147.00 |
| 08/07/17 | Eric J. Haber | Prepare email to M. Owens re: Just Marketing defenses and documents | 0.80 | 752.00 |



330759-201
HHgregg Committee

**Invoice Number:  1798611**
CL 01 60726

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/07/17 | Eric J. Haber | Review Just Marketing/AAZ documents (.5); discuss same and Just Marketing response and Zimmerman demand with C. Hershcopf (.2) | 0.70 | 658.00 |
| 08/07/17 | Eric J. Haber | Prepare email to K. Kovacs, L. Peterson and M. Mallon re: Zimmerman invoices (.6); review documents re: same (.4); review L. Peterson email re: Zimmerman invoices and respond (.1) | 1.10 | 1,034.00 |
| 08/08/17 | Cathy Rae Hershcopf | Confer with Haber re Just Marketing and Andretti | 0.40 | 422.00 |
| 08/08/17 | Cathy Rae Hershcopf | Confer with ASK re preference collections (.3) and follow up with Kovacs (.1) re same | 0.40 | 422.00 |
| 08/08/17 | Melissa H. Boyd | Emails re: pursuit and settlement of preference actions (.2); review preference analysis re: same (.2); call re: Zimmerman and Just Marketing/Andretti preference actions (.5) | 0.90 | 661.50 |
| 08/08/17 | Eric J. Haber | Call with M. Boyd re: Just Marketing/Andretti and Zimmerman defenses and issues | 0.40 | 376.00 |
| 08/08/17 | Eric J. Haber | Review emails of M. Owens and C. Hershcopf re: Just Marketing demand | 0.10 | 94.00 |
| 08/08/17 | Eric J. Haber | Review email of L. Peterson with Zimmerman Advertising documents | 1.20 | 1,128.00 |
| 08/09/17 | Eric J. Haber | Legal research of Westlaw for cases regarding preference issues | 0.80 | 752.00 |
| 08/09/17 | Eric J. Haber | Review Seventh Circuit case law re: preference issues | 1.60 | 1,504.00 |
| 08/10/17 | Cathy Rae Hershcopf | Confer with Haber re Just Marketing and Andretti (.3) and emails with Kalnit re Reisbeck (.2) | 0.50 | 527.50 |
| 08/11/17 | Eric J. Haber | Prepare for call re: Just Marketing/Andretti preference issues | 0.40 | 376.00 |
| 08/11/17 | Eric J. Haber | Telephone call with M. Owens re: Just Marketing/Andretti issues and defenses | 0.70 | 658.00 |
| 08/11/17 | Eric J. Haber | Review sponsorship agreement and link up with Andretti payments and potential defenses | 0.40 | 376.00 |



Page    20

330759-201
HHgregg Committee

**Invoice Number: 1798611**
CL 01 60726

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/11/17 | Eric J. Haber | Prepare updated demand letter to Andretti Autosports 2 (.8); review Krehl decision re: same (.4) | 1.20 | 1,128.00 |
| 08/11/17 | Eric J. Haber | Discuss Just Marketing/Andretti issues with C. Hershcopf | 0.20 | 188.00 |
| 08/11/17 | Eric J. Haber | Review case law re: defenses | 2.60 | 2,444.00 |
| 08/14/17 | Melissa H. Boyd | Emails re: pursuit of Andretti preference action (.3) and filing complaints (.2); review/analyze case law re: preference actions (.9) | 1.40 | 1,029.00 |
| 08/14/17 | Eric J. Haber | Prepare email to Committee re: Andretti Autosports 2 demand letter (.6); discuss same with C. Hershcopf (.2) | 0.80 | 752.00 |
| 08/14/17 | Eric J. Haber | Prepare memo re: analyzing defenses | 2.00 | 1,880.00 |
| 08/14/17 | Eric J. Haber | Prepare email to R. Lutman re: AA2 demand letter | 0.20 | 188.00 |
| 08/14/17 | Eric J. Haber | Review information re: Just Marketing/Andretti Autosports 2 payments and timing re: same | 0.50 | 470.00 |
| 08/15/17 | Melissa H. Boyd | Emails re: pursuit and settlement of preference actions (.2); call re: pursuit and analysis of Zimmerman, Just Marketing and Andretti preference actions (.7) | 0.90 | 661.50 |
| 08/15/17 | Eric J. Haber | Prepare memo analyzing defenses | 1.50 | 1,410.00 |
| 08/15/17 | Eric J. Haber | Call with M. Boyd re: Zimmerman's and Just Marketing/AA2 preference actions | 0.70 | 658.00 |
| 08/16/17 | Eric J. Haber | Work on memo re: defenses | 1.20 | 1,128.00 |
| 08/16/17 | Eric J. Haber | Review case law re: defenses | 0.50 | 470.00 |
| 08/17/17 | Melissa H. Boyd | Review produced emails re: preference actions (.4) and emails re: same (.2) | 0.60 | 441.00 |
| 08/18/17 | Melissa H. Boyd | Email and call re: Zimmerman preference (.2); review emails/analysis supporting preference actions (.4) and emails re: same (.3) | 0.90 | 661.50 |
| 08/18/17 | Eric J. Haber | Review email of M. Giugliano re: Zimmerman demand letter and requested extension | 0.20 | 188.00 |
| 08/18/17 | Eric J. Haber | Work on memo analyzing defenses | 1.50 | 1,410.00 |



330759-201
HHgregg Committee

**Invoice Number:  1798611**
CL 01 60726

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/18/17 | Eric J. Haber | Review email of M. Boyd with Andretti and Zimmerman documents and respond (.2); review document (.6) | 0.80 | 752.00 |
| 08/21/17 | Eric J. Haber | Review email of R. Kalnit re: deadline for Zimmerman response (.1); discuss same with Kalnit (.1) | 0.20 | 188.00 |
| 08/22/17 | Cathy Rae Hershcopf | Confer with Haber (.2) and email with Zimmerman's counsel (.2) re delay in responding in any way to demand | 0.40 | 422.00 |
| 08/22/17 | Eric J. Haber | Discuss Zimmerman demand with C. Hershcopf (.1); prepare email to M. Giuliano re: same (.2) | 0.30 | 282.00 |
| 08/22/17 | Eric J. Haber | Review email of C. Hershcopf re: Zimmerman defense analysis and respond | 0.20 | 188.00 |
| 08/23/17 | Cathy Rae Hershcopf | Emails re Zimmerman"s counsel re delay in responding to June demand letter | 0.60 | 633.00 |
| 08/23/17 | Melissa H. Boyd | Emails re: pursuit of Andretti and Zimmerman preference actions (.3) and review invoices and agreement re: same (.2); emails re: preference settlements (.2) | 0.70 | 514.50 |
| 08/23/17 | Eric J. Haber | Review emails of M. Giuliano and C. Hershcopf re Zimmerman Advertising extension | 0.20 | 188.00 |
| 08/23/17 | Eric J. Haber | Review issues re: Just Marketing/Andretti Autosports 2 (.3); call with M. Owens re: demand (.1); prepare email to (i) M. Owens and (ii) K. Kovacs and L. Peterson re: Just Marketing/AA2 (.3) | 0.70 | 658.00 |
| 08/23/17 | Eric J. Haber | Review email of M. Owens with additional Just Marketing/AA2 invoices (.2); prepare email to M. Boyd re: same (.2) | 0.40 | 376.00 |
| 08/23/17 | Eric J. Haber | Review email of K. Kovacs with first Andretti Autosport sponsorship agreement | 0.40 | 376.00 |
| 08/24/17 | Cathy Rae Hershcopf | Confer with ASK re new judge and procedural issues | 0.30 | 316.50 |
| 08/25/17 | Melissa H. Boyd | Emails re: preference actions | 0.20 | 147.00 |



**330759-201**
**HHgregg Committee**

**Invoice Number:  1798611**
CL 01 60726

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/31/17 | Cathy Rae Hershcopf | Confer with ASK re Haier and Whirlpool (.4) and request update for company (.2) | 0.80 | 844.00 |
| | | **Task Total:** | 42.40 | 38,870.50 |

**Total Fees** $219,251.00

**Fee Summary:**

| Timekeeper | Type | Rate | Hours | Total |
|-----------|------|------|-------|-------|
| Cathy Rae Hershcopf | Partner | 1055 | 42.90 | 45,259.50 |
| Eric J. Haber | Special Counsel | 940 | 30.70 | 28,858.00 |
| Richelle Kalnit | Associate | 800 | 97.20 | 77,760.00 |
| David H. Kupfer | Associate | 815 | 1.00 | 815.00 |
| Melissa H. Boyd | Associate | 735 | 87.90 | 64,606.50 |
| Mollie N. Canby | Paralegal | 240 | 2.50 | 600.00 |
| Dmitry Spektor | Lit/E-Discovery Svcs. | 280 | .80 | 224.00 |
| Philip J. Anton | Lit/E-Discovery Svcs. | 240 | 4.70 | 1,128.00 |

**For costs and disbursements recorded through August 31, 2017 :**

Air Fare                                                                                                        8.00
Traveler: R. KALNIT - Other Fee - Indianapolis, IN - HHgregg budget hearing on
08/13/2017

Air Fare                                                                                                       41.93
Traveler: R. KALNIT - Other Fee - Indianapolis, IN - Travel to Indianapolis for auction
on 08/22/2017

Hotels and Meals (Hotels)                                                                       291.33
Indianapolis, IN - HHgregg budget hearing 08/13/2017-08/14/2017
Richelle Kalnit

Hotels and Meals (Meals)                                                                         53.58
Indianapolis, IN - HHgregg budget hearing on 08/14/2017 with Richelle Kalnit, n/a
n/a
Richelle Kalnit

Meals                                                                                                          233.00



Page    23

**330759-201**                                                              **Invoice Number: 1798611**
**HHgregg Committee**                                                                        CL 01 60726

HHgregg budget hearing on 08/13/2017                                                            48.07
Richelle Kalnit

July 2017 - Monthly Storage & User Access Fees & Project Mgmt                              1,314.58
TransPerfect Document Management, Inc.

Reproduction of Documents                                                                       8.90

Taxi                                                                                          298.93

**Total Costs**                                                                           **$2,298.32**

**Total:**                                                                              **$221,549.32**

# Cooley

| | |
|---|---|
| ATTORNEYS AT LAW | Palo Alto, CA |
| | San Diego, CA |
| 101 California | Los Angeles, CA |
| 5th floor | |
| San Francisco, CA | Broomfield, CO |
| 94111-5800 | Seattle, WA |
| MAIN 415 693-2000 | New York, NY |
| | Reston, VA |
| | Washington, DC |
| www.cooley.com | Boston, MA |
| | Shanghai, P. R. China |
| Taxpayer ID Number | London, United Kingdom |
| 94-1140085 | |

September 13, 2017

Renee B. Weiss
hhgregg, Inc. Official Committee of Unsecured Creditors
c/o DDR Corp.
3300 Enterprise Parkway
Beachwood, OH  44122

**330759-201**                                                              **Invoice Number:  1798611**
**HHgregg Committee**                                                                    CL 01 60726

## R E M I T T A N C E   A D V I C E

### Please include this Remittance Advice with your payment

| | | |
|---|---|---:|
| **For current services rendered through 8/31/2017-Invoice No. 1798611:** | | |
| Fees | $ | 219,251.00 |
| Chargeable costs and disbursements | $ | 2,298.32 |
| **Total Due on Current Invoice** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **$** | **221,549.32** |

Outstanding Balance from prior Invoices as of 9/13/2017 *(May not reflect recent payments)*

| Invoice Number | Invoice Date | Balance | Late Charges | Balance Due |
|---|---|---:|---:|---:|
| 1756188 | 5/16/2017 | 253,253.26 | 0.00 | 253,253.26 |
| 1766767 | 6/15/2017 | 200,998.48 | 0.00 | 200,998.48 |
| 1781008 | 7/25/2017 | 231,919.12 | 0.00 | 231,919.12 |
| 1789038 | 8/16/2017 | 158,374.65 | 0.00 | 158,374.65 |

**Total Outstanding Balance from prior Invoices** *(Disregard if paid)* . . . . . . . .   **$**   **844,545.51**

**Total Amount Due on Current and Prior Invoices**. . . . . . . . . . . . . . . . . . . . . . . .   **$**   **1,066,094.83**



Page    2

**330759-201**
**HHgregg Committee**

**Invoice Number:  1798611**
CL 01 60726

**Cooley LLP**
101 California Street, 5th floor
San Francisco, CA 94111-5800

Tax ID# 94-1140085

**Payment may be made by wire transfer or ACH:**
Wells Fargo Bank - San Francisco, CA 94104
Account # 4129155206  ABA Routing # 121000248  Swift # WFBIUS6S
**When making electronic payments please provide invoice number(s)
and send remittance advice to AR@cooley.com**

Invoices are due and payable upon receipt. Any unpaid balance after 30 days may
accrue late charges.