**EXHIBIT A**



**BINGHAM GREENEBAUM DOLL LLP**
3913 Solutions Center
Chicago, IL 60677-3009
1-800-436-3644
I.D. #61-1584266

| | |
|---|---|
| Official Committee of Unsecured Creditors, Gregg Appliances<br>c/o Renee B. Weiss, DDR Corp.- Committee Chairperson<br>3300 Enterprise Parkway<br>Beachwood, OH 44122 | Account No.: 127821.000001<br>Invoice No.: 4396953<br>Invoice Date: September 13, 2017 |

**IN RE HHGREGG, INC. ET AL CHAPTER 11 CASE**

FOR PROFESSIONAL SERVICES RENDERED THROUGH AUGUST 31, 2017:

| DATE | ATTORNEY/ PARALEGAL | TASK CODE | DESCRIPTION | HOURS |
|---|---|---|---|---|
| 08/01/17 | SHM | B110 | Prepare Order Granting First Interim Fee Applications of Cooley LLP for service to all parties who do not receive electronic mailings; Prepare and electronically file Certificate of Service | 0.20 |
| 08/01/17 | SHM | B110 | Prepare Orders Granting First Interim Fee Applications of BGD and Province for service to all parties who do not receive electronic mailings; Prepare and electronically file Certificate of Service | 0.40 |
| 08/01/17 | TCS | B110 | Receipt, review Hokanson memo, revised cash flow and budget through 3rd quarter, including projection for preference recoveries | 0.30 |
| 08/01/17 | TCS | B120 | Receipt, review Hokanson memo, proposed settlement agreement and notice of dismissal (.2); memo to, from Hokanson regarding approval of form for filing and regarding status of preference claim (if any) and settlement (.2) | 0.40 |
| 08/01/17 | JRI2 | B170 | Consider professional fee budget (.1) | 0.10 |
| 08/01/17 | JRI2 | B190 | Consider status of adversary proceedings for vendor credits (.1) | 0.10 |
| 08/01/17 | TCS | B190 | Receipt, review Hokanson, MLB memos regarding Electrolux scheduling and motion practice | 0.10 |
| 08/02/17 | TCS | B110 | Receipt, review motion to continue sale hearing, order | 0.10 |

Indianapolis Jasper Evansville, Indiana
Louisville Lexington, Kentucky
Cincinnati, Ohio

# Bingham Greenebaum Doll llp

| | | Invoice No.: | 4396953 |
|---|---|---|---|
| Official Committee of Unsecured Creditors, Gregg Appliances 127821.000001 | | Invoice Date: | September 13, 2017 |
| | | Page | 2 |

| DATE | ATTORNEY/ PARALEGAL | TASK CODE | DESCRIPTION | HOURS |
|---|---|---|---|---|
| | | | and Hokanson memos regarding class action sale process | |
| 08/03/17 | TCS | B112 | Teleconference creditor representative regarding case status and proof of claim | 0.10 |
| 08/03/17 | JRI2 | B170 | Revise exhibit to July draw request for BGD's fees (.2) | 0.20 |
| 08/03/17 | JRI2 | B190 | Correspondence with P. Barrett regarding Gregg v. Sony adversary proceeding (.2); conference with T. Scherer regarding the same (.2); consider next steps in AP (.1) | 0.50 |
| 08/03/17 | TCS | B190 | Conference call Hokanson regarding Sony adversary and Committee pursuit of claim (.1); memo Hokanson, Kalnit regarding amended complaint (.1); teleconference J. Irving regarding same and Sony settlement (.1) | 0.30 |
| 08/04/17 | WLM | B112 | Teleconference with administrative claimant of debtor re potential claim against debtor and information for debtor's counsel | 0.20 |
| 08/04/17 | CBM | B190 | Email correspondence and phone call with T. Scherer to receive task of amending complaint for hhgregg-Sony adversary proceeding (.2); review complaint (.1) | 0.20 |
| 08/04/17 | TCS | B190 | Receipt, review Hokanson memo regarding Electrolux briefing dates and scheduling order (.1); receipt, review Hokanson memo and order regarding Electrolux hearing date, briefing schedule (.1) | 0.20 |
| 08/04/17 | TCS | B190 | Memo and conference call C. Madden regarding amended complaint in Sony adversary proceeding | 0.30 |
| 08/06/17 | JRI2 | B170 | Revise exhibit to BGD's monthly draw request for July 2017 and consider the same in context of budget (.2) | 0.20 |
| 08/06/17 | CBM | B190 | Draft Amended Complaint with Committee as sole plaintiff in hhgregg v. Sony adversary proceeding (1.0); review and compare initial complaint (.2) | 1.20 |
| 08/07/17 | CBM | B190 | Revise Amended Complaint for hhgregg v. Sony (.2); prepare exhibits for Amended Complaint (.1); email correspondence with T. Scherer regarding Amended Complaint (.1) | 0.40 |
| 08/07/17 | JRI2 | B190 | Correspondence with P. Barrett counsel for Sony in Gregg v. Sony regarding extension of deadline to | 0.20 |

**BINGHAM GREENEBAUM DOLL LLP**

| | | |
|---|---|---|
| Official Committee of Unsecured Creditors, Gregg Appliances 127821.000001 | Invoice No.: Invoice Date: Page | 4396953 September 13, 2017 3 |

| DATE | ATTORNEY/ PARALEGAL | TASK CODE | DESCRIPTION | HOURS |
|---|---|---|---|---|
| | | | answer and substitution (.1); consider next steps in adversary proceeding (.1) | |
| 08/07/17 | TCS | B190 | Receipt, review memos from Hokanson and court staff regarding Sony adversary proceeding and amendment to complaint (.1); receipt, review C. Madden memo and revise amended complaint (.4); memo to, from R. Kalnit regarding same and receipt, review Hokanson reply regarding status of negotiations with Sony (.1) | 0.60 |
| 08/08/17 | CBM | B190 | Review deadline for filing answer in hhgregg v. Sony and research requirements for extending time to file answer in S.D. Ind. (.1); email correspondence with J. Irving regarding need to file motion to extend time to file adversary documents where extension will exceed 28 days (.1) | 0.20 |
| 08/08/17 | JRI2 | B190 | Review and consider amended complaint (.3); correspondence regarding the same and likely resolution of issue if Sony and Debtors can agree on numbers (.2) | 0.50 |
| 08/08/17 | TCS | B190 | Memo to, from R. Kalnit regarding amended complaint regarding Sony adversary proceeding (.2); receipt, review L. Peterson memo regarding Sony response (.1) | 0.30 |
| 08/09/17 | TCS | B120 | Receipt, review Debtor motion regarding settlement with Principal and service on participants in non-qualified plan and order | 0.10 |
| 08/09/17 | CBM | B190 | Review email correspondence regarding Amended Complaint in Committee v. Sony | 0.10 |
| 08/09/17 | JRI2 | B190 | Consider as-filed amended complaint (.2); correspondence with T. Scherer, C. Madden and P. Barrett, Sony's counsel, regarding the same, purpose of the same, substitution of defendant and service of amended complaint (.3) | 0.50 |
| 08/09/17 | TCS | B190 | Memos R. Kalnit and J. Irving regarding Sony adversary proceeding and amended complaint filing | 0.20 |
| 08/10/17 | TCS | B120 | Receipt, review Hokanson memo and draft settlement agreement regarding Tech Data vendor credit claim (.2); receipt, review Kalnit reply memo (.1); memo J. Irving regarding impact on Sony adversary case (.1) | 0.40 |

**BINGHAM GREENEBAUM DOLL LLP**

| | | |
|---|---|---|
| Official Committee of Unsecured Creditors,<br>Gregg Appliances<br>127821.000001 | Invoice No.:<br>Invoice Date:<br>Page | 4396953<br>September 13, 2017<br>4 |

| DATE | ATTORNEY/<br>PARALEGAL | TASK<br>CODE | DESCRIPTION | HOURS |
|---|---|---|---|---|
| 08/10/17 | TCS | B120 | Receipt, review Hokanson memo regarding Synnex vendor claim, preference and settlement | 0.10 |
| 08/10/17 | JRI2 | B190 | Correspondence regarding amended complaint and vendor credit issues with T. Scherer and Sony's counsel (.2) | 0.20 |
| 08/10/17 | TCS | B190 | Receipt, review motion for summary judgment regarding Electrolux | 0.30 |
| 08/11/17 | JRI2 | B190 | Conference with Sony's counsel regarding AP (.2); consider next steps (.2) | 0.40 |
| 08/11/17 | TCS | B230 | Receipt, review Debtor's notice of amendment to DIP budget (.2); receipt, review memos from R. Kalnit regarding same (.1) | 0.30 |
| 08/13/17 | TCS | B190 | Receipt, review Hokanson memo and proposal for division of proceeds among administrative claims, FILO lender (.3); receipt, review Kalnit, Hershcopf memos regarding objection to amended DIP budget, paydown to FILO lender and hearing on U S Transport request for payment of administrative expense (.3) | 0.60 |
| 08/14/17 | TCS | B110 | Receipt, review agenda for hearing and debtor proposal for contested matters | 0.10 |
| 08/14/17 | TCS | B120 | Receipt, review memo and demand letter on Andretti Sports | 0.10 |
| 08/14/17 | TCS | B150 | Meeting with counsel for debtor and DIP lenders regarding Committee objection to amended budget, timing for payment of administrative expenses and possible settlement | 2.00 |
| 08/14/17 | TCS | B155 | Attend scheduled hearings including UST request for payment of administrative claim and objection to debtor's amended budget and proposal for pay down FILO lender from proceeds of Samsung and LG vendor credits | 2.00 |
| 08/14/17 | JRI2 | B190 | Conference with T. Scherer regarding next steps in Gregg v. Sony adversary proceeding and consider related issues (.2) | 0.20 |
| 08/14/17 | TCS | B190 | Conference call C. Hershcopf, S. Morrison, R. Kalnit regarding amended budget, payment to administrative creditors, settlement proposals regarding split of proceeds from collections in third quarter and through | 0.60 |

**B**INGHAM **G**REENEBAUM **D**OLL LLP

| | | Invoice No.: | 4396953 |
|---|---|---|---|
| Official Committee of Unsecured Creditors, Gregg Appliances 127821.000001 | | Invoice Date: | September 13, 2017 |
| | | Page | 5 |

| DATE | ATTORNEY/ PARALEGAL | TASK CODE | DESCRIPTION | HOURS |
|---|---|---|---|---|
| | | | 2018 | |
| 08/14/17 | TCS | B190 | Memos from, to R. Kalnit regarding exhibits for hearing and transcript of hearing on approval of DIP financing | 0.40 |
| 08/15/17 | TCS | B112 | Teleconference creditor employee regarding debtor motion and claims to proceeds of non-qualified plan assets | 0.20 |
| 08/15/17 | TCS | B140 | Receipt, review stay relief motion regarding Signifyd claimant | 0.10 |
| 08/15/17 | JRI2 | B190 | Conference with C. Madden regarding motion to extend deadlines and substitution of defendant in adversary proceeding Gregg v. Sony (.1); correspondence with P. Barrett regarding substitution of defendant in adversary proceeding Gregg v. Sony and consider the same (.1) | 0.20 |
| 08/15/17 | TCS | B190 | Review, analysis of debtor Synchrony response brief and authority for marshaling | 0.60 |
| 08/15/17 | TCS | B190 | Memo from, to R. Kalnit regarding pretrial conference | 0.10 |
| 08/15/17 | JRI2 | B230 | Correspondence with R. Kalnit, Committee members and Committee professionals regarding DIP Budget and consider the same (.1) | 0.10 |
| 08/15/17 | TCS | B230 | Receipt, review docket entry regarding ruling on DIP budget and expense limitations (.2); receipt, review memos to, from court staff regarding order on DIP budget and payment of approved expenses (.2) | 0.40 |
| 08/16/17 | WLM | B112 | Teleconference and e-mail correspondence with participant to the Debtor's compensation plan re motion to settle claims with principal and contents of same | 0.30 |
| 08/16/17 | SHM | B170 | Prepare Draw Notice for July | 0.30 |
| 08/16/17 | CBM | B190 | Review rules regarding filing Agreed Motions as well as Motion to Extend Time to File Adversary Documents; draft Agreed Motion to Extend Time to File Answer in Committee v. Sony; draft proposed order granting the same; begin researching proper way to substitute defendant | 1.30 |
| 08/16/17 | TCS | B310 | Review Hokanson memo and Synchrony demand regarding payment of administrative claim (.3); memo to, from Hokanson regarding claim amounts and | 0.50 |

**BINGHAM GREENEBAUM DOLL LLP**

| Official Committee of Unsecured Creditors, Gregg Appliances 127821.000001 | | Invoice No.: 4396953 Invoice Date: September 13, 2017 Page 6 |
|---|---|---|

| DATE | ATTORNEY/ PARALEGAL | TASK CODE | DESCRIPTION | HOURS |
|---|---|---|---|---|
| | | | adequacy of L/C (.2) | |
| 08/16/17 | TCS | B310 | Teleconference Hokanson regarding impact of Synchrony on administrative claims, amended budget and payment of claims | 0.40 |
| 08/17/17 | TCS | B170 | Receipt, review M. Boyd memo regarding province fees and disclosure of rate increase (.1); reply memos regarding same (.1) | 0.20 |
| 08/17/17 | CBM | B190 | Finalize Agreed Motion to Extend Time to File Answer for Committee v. Sony and proposed order (.2); further research regarding approach for substituting defendant by amended complaint and timing of the same (.4); email correspondence regarding all of the foregoing with J. Irving | 0.80 |
| 08/17/17 | JRI2 | B190 | Conference and correspondence with C. Madden regarding motion to extend deadlines and to substitute defendant (.1); consider the same (.1); correspondence with P. Barrett regarding need for exhibit to be sealed per order and motion to extend deadlines and to substitute defendant (.1) | 0.30 |
| 08/17/17 | TCS | B190 | Receipt, review draft complaint - Vantiv - and memo approving draft to Hokanson, Kalnit regarding same (.3); receipt, review Kovac's memo regarding complaint allegations (.1) | 0.40 |
| 08/17/17 | TCS | B190 | Attention to appearances in adversary cases | 0.20 |
| 08/17/17 | TCS | B190 | Receipt, review Hokanson memos regarding Synchrony dispute and regarding hearing logistics and motion to seal filed by claimant | 0.20 |
| 08/18/17 | CBM | B190 | Additional research and email correspondence with J. Irving regarding Agreed Motion to Extend Time in Committee v. Sony | 0.20 |
| 08/18/17 | TCS | B190 | Memos to, from R. Kalnit regarding Synchrony, marshaling and administrative expense claim of $3 million | 0.30 |
| 08/18/17 | TCS | B190 | Memo from M. Roush regarding motion for default; reply memo M. Roush regarding same (.2); receipt, review Hokanson, Kalnit memos regarding Vantiv complaint filing and review/approve final draft (.2) | 0.40 |
| 08/18/17 | TCS | B230 | Receipt, review Hokanson memo regarding revise DIP budget and proposal for split of proceeds in payment | 0.50 |

**B**INGHAM **G**REENEBAUM **D**OLL LLP

| | | | Invoice No.: | 4396953 |
|---|---|---|---|---|
| Official Committee of Unsecured Creditors, Gregg Appliances 127821.000001 | | | Invoice Date: | September 13, 2017 |
| | | | Page | 7 |

| DATE | ATTORNEY/ PARALEGAL | TASK CODE | DESCRIPTION | HOURS |
|---|---|---|---|---|
| | | | if KEIP, administrative expense, professional fees and lender claims | |
| 08/18/17 | TCS | B230 | Receipt, review R. Kalnit, S. Brown memos/comments regarding proposed budget and allocation regarding administrative expenses | 0.20 |
| 08/21/17 | TCS | B110 | Receipt, review Rossow 2004 motion regarding Home Meridian | 0.10 |
| 08/21/17 | TCS | B110 | Memo from, to R. Kalnit regarding transcript for 8/14 hearing | 0.10 |
| 08/21/17 | TCS | B190 | Receipt, review Hokanson, Kalnit memos regarding Synchrony claim and proposal for compromise (.2); receipt, review hearing notice Synchrony (.1) | 0.30 |
| 08/21/17 | TCS | B190 | Receipt, review Hokanson memo and Vantiv reply regarding adversary proceeding and settlement | 0.20 |
| 08/22/17 | SHM | B120 | Draft Motion and Proposed Order To Restrict Public Access to Exhibit Filed in Sony Adversary Proceeding Complaint | 1.60 |
| 08/22/17 | CBM | B190 | Office conference with J. Irving regarding Motion to Extend Time to File Answer and related issues in Committee v. Sony | 0.10 |
| 08/22/17 | JRI2 | B190 | Correspondence with Debtor's counsel and Donelin Recano to confirm that exhibit related to Committee v. Sony matter is not available on claims agent page per terms of court's order to seal (.4); correspondence with Debtor's management regarding correct Sony entity to pursue (.3); correspondence and conference with S. Mays regarding Motion to Extend Deadlines, Motion to Seal, and exhibit still available on PACER, as well as other issues in Committee v. Sony adversary proceeding (.4); review and consider Motion to Seal (.2); correspondence with P. Barrett, Sony's counsel, regarding various issues in Committee v. Sony adversary proceeding (.5); consider AP strategy (.2) | 2.00 |
| 08/22/17 | TCS | B190 | Receipt, review Synchrony motion to continue | 0.10 |
| 08/23/17 | JRI2 | B110 | Review and consider notice of reassignment of chapter 11 case to another judge and conference with T. Scherer regarding the same (.1) | 0.10 |
| 08/23/17 | TCS | B110 | Receipt, review order of recusal and reassignment and docket entries on vacation of scheduled hearings | 0.60 |

# Bingham Greenebaum Doll llp

| | | |
|---|---|---|
| Official Committee of Unsecured Creditors, Gregg Appliances 127821.000001 | Invoice No.: Invoice Date: Page | 4396953 September 13, 2017 8 |

| DATE | ATTORNEY/ PARALEGAL | TASK CODE | DESCRIPTION | HOURS |
|---|---|---|---|---|
| 08/23/17 | TCS | B110 | Teleconference R. Kalnit regarding recusal order and reassignment to Judge Graham | 0.30 |
| 08/23/17 | SHM | B120 | Revise, finalize and electronically file Agreed Motion to Extend Time to File Answer | 0.30 |
| 08/23/17 | TCS | B120 | Conference call Hokanson, Kalnit, Brown regarding auction and sale hearing process for class action claims | 0.60 |
| 08/23/17 | JRI2 | B170 | Review notice of draw request for BGD's July fees as local counsel to the Committee and coordinate filing of the same with S. Mays (.2); review notice of draw request for Province's July fees as financial advisor to the Committee and coordinate filing of the same with S. Mays (.2); review notice of draw request for Cooley's July fees as lead counsel to the Committee and coordinate filing of the same with S. Mays (.2); conference with T. Scherer regarding DIP budget and professionals fees in case generally and correspondence with M. Boyd of Cooley regarding related issue of filing draw requests (.1) | 0.70 |
| 08/23/17 | SHM | B170 | Electronically file Notice of Draw On Retainer for July for Province | 0.20 |
| 08/23/17 | SHM | B170 | Electronically File Notice of Draw on Retainer for Cooley | 0.20 |
| 08/23/17 | SHM | B170 | Electronically file Notice of Draw on Retainer for July for BGD | 0.20 |
| 08/23/17 | JRI2 | B190 | Review and coordinate filing of Motion for Extension of Deadlines in adversary proceeding Committee v. Sony with S. Mays (.3) | 0.30 |
| 08/23/17 | TCS | B190 | Receipt, review J. Irving memo and joint motion extending answer date - Sony | 0.10 |
| 08/24/17 | TCS | B110 | Confer J. Hokanson regarding case status, reassignment and recovery estimates | 0.60 |
| 08/24/17 | TCS | B130 | Receipt, review court notice regarding sale of class action assets | 0.10 |
| 08/24/17 | TCS | B190 | Receipt, review court notices regarding reassigned adversary proceedings | 0.10 |
| 08/24/17 | TCS | B190 | Receipt, review W. Mosby memo regarding court inquiry on Sony adversary case status and reply (.1); | 0.20 |

Bingham Greenebaum Doll LLP

| | | | | |
|---|---|---|---|---|
| Official Committee of Unsecured Creditors, Gregg Appliances 127821.000001 | | | Invoice No.: Invoice Date: Page | 4396953 September 13, 2017 9 |

| DATE | ATTORNEY/ PARALEGAL | TASK CODE | DESCRIPTION | HOURS |
|---|---|---|---|---|
| | | | receipt, review withdrawal of appearances on Sony adversary (.1) | |
| 08/24/17 | WLM | B190 | Teleconference and e-mail correspondence with Court re questions related to Sony adversary proceeding | 0.30 |
| 08/25/17 | TCS | B110 | Receipt, review order on US Transport administrative claim allowance | 0.10 |
| 08/25/17 | TCS | B110 | Memo Hokanson regarding windown budget (.2); review, analysis of Hokanson memo regarding revised go forward budget (.2) | 0.40 |
| 08/25/17 | TCS | B190 | Receipt, review orders on vendor credit adversary cases including Sony extension, Belkin default | 0.10 |
| 08/25/17 | TCS | B190 | Receipt, review order on Synchrony administrative claim request and stay relief | 0.10 |
| 08/28/17 | TCS | B110 | Review, analysis of Hokanson memo, revised projection of Q3 and Q4 income, expense and allocation of income to payment of expense, professional fees and GACP paydown | 0.50 |
| 08/28/17 | TCS | B112 | Respond to credit inquiry regarding proof of claim | 0.10 |
| 08/28/17 | TCS | B140 | Receipt, review stay relief motion regarding insurance proceeds under D & O policy regarding payment of defense costs and priority of payments | 0.40 |
| 08/29/17 | TCS | B190 | Receipt, review order and notice on pretrial conference in Onward adversary case | 0.10 |
| 08/30/17 | TCS | B140 | Teleconference J. Moloy regarding stay relief motion on payments from D & O policy | 0.10 |
| 08/31/17 | TCS | B110 | Receipt, review request for stub rent, notice and objection date | 0.10 |
| 08/31/17 | TCS | B130 | Receipt, review R. Kalnit memo regarding status of auction on class actions and memo Hokanson re scheduled hearing and 9/6 auction | 0.20 |

### TASK SUMMARY

| TASK | TASK DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| B110 | Case Administration | 4.00 | 1,768.00 |
| B112 | Creditor Inquiries | 0.90 | 373.50 |

**BINGHAM GREENEBAUM DOLL LLP**

Official Committee of Unsecured Creditors,
Gregg Appliances
127821.000001

Invoice No.: 4396953
Invoice Date: September 13, 2017
Page 10

| TASK | TASK DESCRIPTION | HOURS | AMOUNT |
|---|---|---:|---:|
| B120 | Asset Analysis & Recovery | 3.60 | 1,203.50 |
| B130 | Asset Sales and Other Disposition of Assets | 0.30 | 147.00 |
| B140 | Adequate Protection/Relief from Stay | 0.60 | 294.00 |
| B150 | Meetings & communications w/Debtor or Committee | 2.00 | 980.00 |
| B155 | Court Hearings | 2.00 | 980.00 |
| B170 | Fee Applications | 2.30 | 681.50 |
| B190 | Litigation and Contested Matters | 17.60 | 6,468.50 |
| B230 | Financing/DIP/Cash Collateral Matters | 1.50 | 720.00 |
| B310 | Claims Administration and Objections | 0.90 | 441.00 |
|  |  | 35.70 | 14,057.00 |

FEES FOR PROFESSIONAL SERVICES RENDERED     $  14,057.00

INVOICE TOTAL     $  14,057.00

PRIOR UNPAID BALANCE     $  67,522.05

BALANCE DUE     $  81,579.05

SUMMARY OF PROFESSIONAL SERVICES

| ATTORNEY/PARALEGAL | HOURS | RATE | AMOUNT |
|---|---:|---:|---:|
| Thomas C. Scherer | 20.20 | 490.00 | 9,898.00 |
| Whitney L. Mosby | 0.80 | 355.00 | 284.00 |
| James R Irving | 6.80 | 340.00 | 2,312.00 |
| Christopher B. Madden | 4.50 | 200.00 | 900.00 |
| Susan H. Mays | 3.40 | 195.00 | 663.00 |
|  | 35.70 |  | 14,057.00 |