## **EXHIBIT A**



# INVOICE

9/13/2017

2360 Corporate Cir., Ste 330
Henderson, Nevada 89074
P: 702.685.5555

| Closing Date | Invoice # |
|---|---|
| 8/31/2017 | 83209 |

| Bill To |
|---|
| HHGregg, Inc. |

| Item | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| Consulting - Principal | Consulting services performed by Paul Huygens | 1.2 | 730.00 | 876.00 |
| Consulting - Managing Director | Consulting services performed by Stilian Morrison | 45.2 | 620.00 | 28,024.00 |
| Consulting - Senior Director | Consulting services performed by Ian Kravitz | 1.8 | 545.00 | 981.00 |
| Consulting - Director | Consulting services performed by Sanjuro Kietlinski | 1.2 | 495.00 | 594.00 |
| Consulting - Director | Consulting services performed by Bill McMahon | 2 | 490.00 | 980.00 |
| Consulting - Associate | Consulting services performed by Jim McFadden | 10.2 | 390.00 | 3,978.00 |
| Consulting - Associate | Consulting services performed by Peter Abbeduto | 3.7 | 380.00 | 1,406.00 |
| Paraprofessionals | Services performed by Erica Mattson | 0.6 | 150.00 | 90.00 |
| Reimb Group | | | | |
| | Conference Call 08/01/2017 | | 4.99 | 4.99 |
| | Pacer Quarterly Invoice | | 30.56 | 30.56 |
| | Conference Call 08/08/2017 | | 3.80 | 3.80 |
| | Total Reimbursable Expenses | | | 39.35 |

Please make checks payable to Province, Inc.
Send to address above Attn: Billing

US Wire Transfers:
Meadows Bank
Account No: 1020039259
Wire ABA  No: 122402382

| Total | $36,968.35 |
|---|---|
| Payments/Credits | $0.00 |
| **Balance** | **$36,968.35** |

HHGregg, Inc.
Billing Detail
August 1 - 31, 2017

| Entry Date | Person | Comment | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| | | | | 65.90 | | $36,929.00 |
| 8/1/2017 | Stilian Morrison | Call with K. Kovacs and L. Peterson (Hhgregg) to discuss status update on various case issues (budget, professional fees, tax refund opportunity). | Case Administration | 0.60 | 620.00 | 372.00 |
| 8/1/2017 | Stilian Morrison | Review schedule of go-forward professional fee disbursements and check notices of draw re: same. | Fee/Employment Applications | 0.30 | 620.00 | 186.00 |
| 8/1/2017 | Stilian Morrison | Analyze professional fee detail in proposed budget vs. final DIP budget order. | Fee/Employment Applications | 1.10 | 620.00 | 682.00 |
| 8/1/2017 | Stilian Morrison | Complete analysis of professional fee detail in proposed budget vs. final DIP budget order. | Fee/Employment Applications | 1.30 | 620.00 | 806.00 |
| 8/1/2017 | Stilian Morrison | Review loss analyses as part of consideration for tax carry back opportunity. | Tax Issues | 0.80 | 620.00 | 496.00 |
| 8/1/2017 | Stilian Morrison | Transmit case status update to M. Boyd (Cooley) and R. Kalnit (Cooley). | Case Administration | 0.20 | 620.00 | 124.00 |
| 8/1/2017 | Stilian Morrison | Call with I. Kravitz to discuss workers comp tax opportunity. | Tax Issues | 0.20 | 620.00 | 124.00 |
| 8/1/2017 | Bill McMahon | Email receipt/review/response with S. Morrison re: phone call review with K. Kovacs (hhgregg) and L. Peterson (hhgregg). | Claims Analysis and Objections | 0.20 | 490.00 | 98.00 |
| 8/1/2017 | Ian Kravitz | Prepare emails and telephone call with S. Morrison re workers comp tax issue. | Tax Issues | 0.30 | 545.00 | 163.50 |
| 8/2/2017 | Stilian Morrison | Complete variance analysis of forecast budget fees vs. final DIP order (0.3). Send to R. Kalnit (Cooley) (0.1). | Fee/Employment Applications | 0.40 | 620.00 | 248.00 |
| 8/2/2017 | Jim McFadden | Researched court filings to summarize Aggrenox drug antitrust case and to determine potential Class Period and claim filing date for potential antitrust claims settlement with respect to hhgregg. | Claims Analysis and Objections | 0.70 | 390.00 | 273.00 |
| 8/2/2017 | Jim McFadden | Researched court filings to summarize Effexor drug antitrust case and to determine potential Class Period and claim filing date for potential antitrust settlement. | Claims Analysis and Objections | 0.80 | 390.00 | 312.00 |
| 8/2/2017 | Jim McFadden | Researched court filings to summarize K-Dur drug antitrust case and to determine potential Class Period and claim filing date for potential claims settlement with respect to hhgregg. | Claims Analysis and Objections | 0.70 | 390.00 | 273.00 |
| 8/2/2017 | Jim McFadden | Researched court filings to summarize Niaspan drug antitrust case and to determine potential Class Period and claim filing date for potential claims settlement with respect to hhgregg. | Claims Analysis and Objections | 0.50 | 390.00 | 195.00 |
| 8/2/2017 | Jim McFadden | Researched court filings to summarize Suboxone drug antitrust case and to determine potential Class Period and claim filing date for potential claims settlement with respect to hhgregg. | Claims Analysis and Objections | 0.80 | 390.00 | 312.00 |

| Date | Name | Description | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/2/2017 | Jim McFadden | Researched court filings to summarize Lamictal drug antitrust case and to determine potential Class Period and claim filing date for potential claims settlement with respect to hhgregg. | Claims Analysis and Objections | 0.70 | 390.00 | 273.00 |
| 8/2/2017 | Peter Abbeduto | Research status of Generic Digoxin, Doxycycline, K-Dur, Niaspasn class action suits for hhgregg (0.7). Update information in database re: same (0.5). | Claims Analysis and Objections | 1.20 | 380.00 | 456.00 |
| 8/2/2017 | Jim McFadden | Researched court filings to summarize Celexa/Lexapro drug product liability case and to determine potential Class Period and claim filing date for potential claims settlement with respect to hhgregg. | Claims Analysis and Objections | 0.70 | 390.00 | 273.00 |
| 8/2/2017 | Jim McFadden | Researched court filings to summarize Modafinil drug antitrust case and to determine potential Class Period and claim filing date for potential claims settlement with respect to hhgregg. | Claims Analysis and Objections | 0.70 | 390.00 | 273.00 |
| 8/2/2017 | Jim McFadden | Researched court filings to summarize Loestrin drug antitrust case and to determine potential Class Period and claim filing date for potential claims settlement with respect to hhgregg. | Claims Analysis and Objections | 0.80 | 390.00 | 312.00 |
| 8/2/2017 | Jim McFadden | Researched court filings to summarize generic Digoxin and Doxycycline drug antitrust case and to determine potential Class Period and claim filing date for potential claims settlement with respect to hhgregg. | Claims Analysis and Objections | 0.80 | 390.00 | 312.00 |
| 8/2/2017 | Jim McFadden | Researched court filings to summarize Lidoderm drug antitrust case and to determine potential Class Period and claim filing date for potential claims settlement with respect to hhgregg. | Claims Analysis and Objections | 0.80 | 390.00 | 312.00 |
| 8/2/2017 | Peter Abbeduto | Update information regarding Lidoderm, Loestrin 24FE, Modafinil, Suboxone class action suits (0.5). Create update doc for hhgregg (0.4). | Claims Analysis and Objections | 0.90 | 380.00 | 342.00 |
| 8/2/2017 | Peter Abbeduto | Research status of Aggrenox, Clexa/Lexapro, Effexor, Lamictal class action suits for hhgregg (0.3). Take notes and creating update document (0.2). | Claims Analysis and Objections | 0.50 | 380.00 | 190.00 |
| 8/2/2017 | Stilian Morrison | Correspond with K. Kovacs (hhgregg) re: budget items (0.2) and commence review of same (0.5). | Business Analysis / Operations | 0.70 | 620.00 | 434.00 |
| 8/2/2017 | Stilian Morrison | Review period dates for pharma class action lawsuits (0.1) and communicate with L. Peterson (hhgregg) re: same (0.1). | Claims Analysis and Objections | 0.20 | 620.00 | 124.00 |
| 8/3/2017 | Stilian Morrison | Correspond with R. Kalnit (Cooley) (0.3) and review various correspondence from case professionals re: status of class action, budget, data retention, etc. (0.9). | Case Administration | 1.20 | 620.00 | 744.00 |
| 8/3/2017 | Stilian Morrison | Call with R. Kalnit (Cooley) to go through comparison of professional fee payments vs. final DIP budget. | Business Analysis / Operations | 0.50 | 620.00 | 310.00 |
| 8/3/2017 | Stilian Morrison | Prepare changes to budget comparison and send to R. Kalnit (Cooley). | Business Analysis / Operations | 0.20 | 620.00 | 124.00 |
| 8/4/2017 | Stilian Morrison | Correspond with company, I. Kravitz, and B. McMahon re: preliminary analysis of tax carryback opportunity. | Tax Issues | 0.60 | 620.00 | 372.00 |

| Date | Name | Description | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/4/2017 | Ian Kravitz | Prepare for telephone conference re workers comp tax carryback opportunity. | Tax Issues | 0.50 | 545.00 | 272.50 |
| 8/4/2017 | Stilian Morrison | Call with DLA Piper and case professionals to discuss proposed Q3 budget (0.7). Follow up with R. Kalnit (Cooley) re: same (0.3). | Business Analysis / Operations | 1.00 | 620.00 | 620.00 |
| 8/5/2017 | Stilian Morrison | Review correspondence from company and Cooley re: tax carryback opportunity and budget matters in the case. | Tax Issues | 0.30 | 620.00 | 186.00 |
| 8/7/2017 | Stilian Morrison | Review schedule of post petition AP and amounts identified by lenders for payment. | Business Analysis / Operations | 0.60 | 620.00 | 372.00 |
| 8/7/2017 | Stilian Morrison | Call with I. Kravitz to prep for call with company tomorrow on potential tax carryback opportunity. | Tax Issues | 0.60 | 620.00 | 372.00 |
| 8/7/2017 | Stilian Morrison | Call with R. Kalnit (Cooley) to discuss timing of post petition AP payments under proposed budget. | Business Analysis / Operations | 0.50 | 620.00 | 310.00 |
| 8/7/2017 | Stilian Morrison | Review case professionals' correspondence with respect to outstanding professional fee and budget issues. | Case Administration | 0.50 | 620.00 | 310.00 |
| 8/7/2017 | Ian Kravitz | Telephone conference with S. Morrison to prepare for client conference on workers comp tax carryback opportunity. | Tax Issues | 0.60 | 545.00 | 327.00 |
| 8/7/2017 | Stilian Morrison | Correspond with B. Huge (Great American Capital Partners) and K. Kovacs (hhgregg) re: disbursement of critical accounts payable. | Business Analysis / Operations | 0.30 | 620.00 | 186.00 |
| 8/8/2017 | Stilian Morrison | Call with R. Kalnit (Cooley) to follow up on Great American response to proposed post petition AP disbursement proposal. | Case Administration | 0.10 | 620.00 | 62.00 |
| 8/8/2017 | Stilian Morrison | Call with B. Huge (GACP) and K. Kovacs (hhgregg) re: questions on post petition AP disbursements (0.3). Follow up with R. Kalnit (Cooley) re: same. | Business Analysis / Operations | 0.60 | 620.00 | 372.00 |
| 8/8/2017 | Stilian Morrison | Commence review of July hours. | Fee/Employment Applications | 0.60 | 620.00 | 372.00 |
| 8/8/2017 | Stilian Morrison | Call with I. Kravitz to follow up on workers comp tax carryback opportunity. | Tax Issues | 0.30 | 620.00 | 186.00 |
| 8/8/2017 | Bill McMahon | Correspond with K. Kovacs (hhgregg) and S. Morrison re: workers comp letter of credit excel file summary attachment review and response email, specifically with respect to potential claim of excess collateral. | Claims Analysis and Objections | 0.50 | 490.00 | 245.00 |
| 8/8/2017 | Stilian Morrison | Call with S. Brown (DLA Piper) and R. Kalnit (Cooley) re: professional fee detail (0.2). Review correspondence with respect to admin fee claims and timeline for disbursement re: same (0.5). | Case Administration | 0.70 | 620.00 | 434.00 |
| 8/8/2017 | Ian Kravitz | Call with S. Morrison re: workers comp tax carryback opportunity. | Tax Issues | 0.30 | 545.00 | 163.50 |
| 8/8/2017 | Ian Kravitz | Review emails re workers comp LOC tax carryback opportunity in prep of conference call with HHG. | Tax Issues | 0.10 | 545.00 | 54.50 |
| 8/9/2017 | Stilian Morrison | Review latest July hours. | Fee/Employment Applications | 0.20 | 620.00 | 124.00 |

| Date | Name | Description | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/9/2017 | Jim McFadden | Reviewed offer to purchase claims in the cathode ray tubes, optical disk drives, and lithium-ion batteries antitrust cases. | Claims Analysis and Objections | 0.40 | 390.00 | 156.00 |
| 8/9/2017 | Jim McFadden | Prepared analysis of HHGregg's likely recovery level in the cathode ray tube lithium-ion battery, and optical disk drive cases. | Claims Analysis and Objections | 1.80 | 390.00 | 702.00 |
| 8/9/2017 | Peter Abbeduto | Evaluate prospective offer to purchase certain hhgregg class action claims (0.4). Review J. McFadden's analysis of matter (0.4) and provide re: same (0.3). | Sale Process | 1.10 | 380.00 | 418.00 |
| 8/9/2017 | Stilian Morrison | Analyze stalking horse bid for class action claims vs. indicative claims value (0.9). Consult with internal litigation team re: same (0.2). | Sale Process | 1.10 | 620.00 | 682.00 |
| 8/9/2017 | Erica Mattson | Prepare July fee statement (0.5). Email to S. Morrison for review (0.1). | Fee/Employment Applications | 0.60 | 150.00 | 90.00 |
| 8/10/2017 | Stilian Morrison | Review latest filings on the docket. | Court Filings | 0.40 | 620.00 | 248.00 |
| 8/10/2017 | Sanjuro Kietlinski | Review preference related correspondences. | Litigation | 0.20 | 495.00 | 99.00 |
| 8/11/2017 | Stilian Morrison | Call with R. Kalnit to update on status of the case ahead of Monday hearing and with respect to first amended DIP budget. | Case Administration | 0.20 | 620.00 | 124.00 |
| 8/11/2017 | Stilian Morrison | Call with R. Kalnit and C. Herschopf (Cooley) to strategize re: notice of filing of first amended budget. | Case Administration | 0.50 | 620.00 | 310.00 |
| 8/11/2017 | Paul Huygens | Call with R. Kalnit (Cooley) re: filed budget and strategy for pending hearing. | Case Administration | 0.20 | 730.00 | 146.00 |
| 8/11/2017 | Stilian Morrison | Review latest filings on the docket, including joint notice of first amended DIP budget. | Court Filings | 0.70 | 620.00 | 434.00 |
| 8/12/2017 | Stilian Morrison | Review debtors' proposed analysis on split of go-forward estate proceeds. | Business Analysis / Operations | 0.40 | 620.00 | 248.00 |
| 8/14/2017 | Stilian Morrison | Continue to compare final DIP budget to first amended DIP budget. | Business Analysis / Operations | 0.80 | 620.00 | 496.00 |
| 8/14/2017 | Stilian Morrison | Dial in to hearing on payment of admin claims and fees. | Court Hearings | 1.70 | 620.00 | 1,054.00 |
| 8/14/2017 | Stilian Morrison | Call with C. Hershcopf (Cooley) to debrief following company hearing on admin claims. | Case Administration | 0.10 | 620.00 | 62.00 |
| 8/14/2017 | Stilian Morrison | Call with R. Kalnit (Cooley) to debrief following hearing on admin claims. | Case Administration | 0.30 | 620.00 | 186.00 |
| 8/14/2017 | Stilian Morrison | Continue to compare final DIP budget to first amended DIP budget. | Business Analysis / Operations | 1.20 | 620.00 | 744.00 |
| 8/14/2017 | Stilian Morrison | Compare final DIP budget to first amended DIP budget. | Business Analysis / Operations | 0.90 | 620.00 | 558.00 |
| 8/14/2017 | Stilian Morrison | Review and respond to emails from Cooley re: proposed UCC offer to FILO lender re: funding of various budget line items from future estate proceeds. | Case Administration | 0.40 | 620.00 | 248.00 |
| 8/14/2017 | Paul Huygens | Review demand letter and confer with counsel and committee re Andretti preference payments. | Litigation | 0.30 | 730.00 | 219.00 |
| 8/14/2017 | Sanjuro Kietlinski | Review Cooley notice of demand letter against Andretti Autosports. | Litigation | 0.10 | 495.00 | 49.50 |

| Date | Name | Description | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/14/2017 | Stilian Morrison | Call with Cooley and Bingham to prep ahead of hearing on US Transport motion. | Case Administration | 0.60 | 620.00 | 372.00 |
| 8/14/2017 | Stilian Morrison | Analyze proposed UCC offer to FILO lender re: funding of various budget line items from future estate proceeds. | Business Analysis / Operations | 0.60 | 620.00 | 372.00 |
| 8/14/2017 | Bill McMahon | Review correspondence with K. Kovacs (hhgregg) re: request for bond schedule/collateral from Lockton brokerage on workers comp excess collateral claim. | Claims Analysis and Objections | 0.20 | 490.00 | 98.00 |
| 8/15/2017 | Paul Huygens | Review budget comparison analysis and correspond with committee re same and hearing outcome. | Business Analysis / Operations | 0.70 | 730.00 | 511.00 |
| 8/15/2017 | Stilian Morrison | Review additional line item detail needed for budget negotiation with Great American and debtors. | Business Analysis / Operations | 0.80 | 620.00 | 496.00 |
| 8/15/2017 | Stilian Morrison | Review overage request on fee carveout (0.3), then prepare schedule on rate changes for July notice of draw (0.3). | Fee/Employment Applications | 0.60 | 620.00 | 372.00 |
| 8/15/2017 | Stilian Morrison | Email K. Kovacs (hhgregg) re: expense lines contemplated in debtors' proposed split of proceeds going forward in budget proposal. | Business Analysis / Operations | 0.20 | 620.00 | 124.00 |
| 8/15/2017 | Stilian Morrison | Review and respond to R. Kalnit (Cooley) re: questions from DLA Piper on proposed budget split of proceeds and payment of administrative claims. | Business Analysis / Operations | 0.30 | 620.00 | 186.00 |
| 8/15/2017 | Bill McMahon | Review correspondence with K. Kovacs (hhgregg) re: receipt/review of utility surety bond schedule for excess collateral claims. | Claims Analysis and Objections | 0.30 | 490.00 | 147.00 |
| 8/15/2017 | Sanjuro Kietlinski | Analyze budget comparison between First Amended Budget and final DIP order. | Business Analysis / Operations | 0.70 | 495.00 | 346.50 |
| 8/15/2017 | Sanjuro Kietlinski | Review Cooley First Amended Budget updates. | Case Administration | 0.20 | 495.00 | 99.00 |
| 8/16/2017 | Stilian Morrison | Review latest filings on the docket. | Court Filings | 0.30 | 620.00 | 186.00 |
| 8/16/2017 | Stilian Morrison | Exchange several emails with K. Kovacs (hhgregg) and R. Kalnit (Cooley) re: coordinating to discuss budget proposal among case professionals and company. | Case Administration | 0.30 | 620.00 | 186.00 |
| 8/17/2017 | Stilian Morrison | Review prior work on excess WC collateral from Lockton and correspond with K. Kovacs (hhgregg) re: same. | Claims Analysis and Objections | 0.50 | 620.00 | 310.00 |
| 8/17/2017 | Bill McMahon | Review correspondence with M. Foster (BRG) re: Lockton contact (0.2). Email S. Morrison re: Lockton history and application of Indiana LC recovery (0.3). | Claims Analysis and Objections | 0.50 | 490.00 | 245.00 |
| 8/18/2017 | Stilian Morrison | Call with B. Huge (Great American) to discuss latest AP paydown schedule (0.1), then follow up with R. Kalnit (0.3) re: lender budget counterproposal and consider same (0.3). | Business Analysis / Operations | 0.70 | 620.00 | 434.00 |
| 8/18/2017 | Stilian Morrison | Review correspondence re: lender budget proposal. | Case Administration | 0.20 | 620.00 | 124.00 |
| 8/20/2017 | Stilian Morrison | Review Debtors' latest proposed budget and reply to Cooley with comments re: same. | Business Analysis / Operations | 0.70 | 620.00 | 434.00 |
| 8/20/2017 | Stilian Morrison | Correspond with BRG re: first budgeted fee payments under Q3 budget. | Case Administration | 0.20 | 620.00 | 124.00 |

| Date | Name | Description | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/21/2017 | Stilian Morrison | Follow-up with A. Geshwind (BRG) re: fee disbursement splits. | Case Administration | 0.20 | 620.00 | 124.00 |
| 8/21/2017 | Stilian Morrison | Call with R. Kalnit (Cooley) to discuss latest questions and open issues with Q3 budget. | Business Analysis / Operations | 0.60 | 620.00 | 372.00 |
| 8/22/2017 | Stilian Morrison | Call with R. Kalnit (Cooley) to catch up on latest status of case. | Case Administration | 0.30 | 620.00 | 186.00 |
| 8/23/2017 | Stilian Morrison | Follow up with R. Kalnit (Cooley) on status of the case (0.4). Follow up with BRG re: questions on fee disbursement schedule (0.4). | Case Administration | 0.80 | 620.00 | 496.00 |
| 8/23/2017 | Stilian Morrison | Review latest filings on the docket. | Court Filings | 0.60 | 620.00 | 372.00 |
| 8/23/2017 | Stilian Morrison | Review correspondence from case professionals re: various issues (class action auction, fees, budget, etc.). | Case Administration | 0.60 | 620.00 | 372.00 |
| 8/23/2017 | Stilian Morrison | Review latest schedule of professional fee disbursements scheduled and respond to BRG re: same. | Case Administration | 0.30 | 620.00 | 186.00 |
| 8/24/2017 | Stilian Morrison | Review budget variances to date. | Business Analysis / Operations | 1.30 | 620.00 | 806.00 |
| 8/24/2017 | Stilian Morrison | Call with R. Kalnit (Cooley) to discuss case status. | Case Administration | 0.30 | 620.00 | 186.00 |
| 8/24/2017 | Stilian Morrison | Follow up on various open items in the case (fee carve-out calculations, reductions in interim fee allowances, Lockton workers comp, etc.). | Case Administration | 0.90 | 620.00 | 558.00 |
| 8/25/2017 | Stilian Morrison | Review potential next steps on hhgregg loss portfolio analysis and strategy on WC collateral. | Claims Analysis and Objections | 0.20 | 620.00 | 124.00 |
| 8/25/2017 | Stilian Morrison | Review correspondence with respect to amended budget (0.2). Track and aggregate lender comments and revisions to budget over time (0.5). | Case Administration | 0.70 | 620.00 | 434.00 |
| 8/28/2017 | Stilian Morrison | Review correspondence from Cooley and Ice Miller re: apportionment of professional fee carve-out. | Case Administration | 0.20 | 620.00 | 124.00 |
| 8/28/2017 | Stilian Morrison | Review latest filings on the docket. | Court Filings | 0.30 | 620.00 | 186.00 |
| 8/28/2017 | Stilian Morrison | Review Debtors' proposed revisions to budget (0.6). Correspond with Cooley team re: changes (0.2). | Business Analysis / Operations | 0.80 | 620.00 | 496.00 |
| 8/29/2017 | Stilian Morrison | Review correspondence from R. Kalnit (Cooley) re: D&O. | Case Administration | 0.20 | 620.00 | 124.00 |
| 8/29/2017 | Stilian Morrison | Review correspondence (0.6) among case and lender professionals regarding open budget matters. Respond (0.2) re: same. | Case Administration | 0.80 | 620.00 | 496.00 |
| 8/29/2017 | Stilian Morrison | Prep and call with case professionals and company to discuss outstanding budget issues with GACP. | Business Analysis / Operations | 0.90 | 620.00 | 558.00 |
| 8/30/2017 | Stilian Morrison | Call with J. Hokanson (Ice Miller) and R. Kalnit (Cooley) to discuss GACP proposed response on budget changes. | Case Administration | 0.50 | 620.00 | 310.00 |
| 8/30/2017 | Stilian Morrison | Follow up with R. Kalnit (Cooley) following call with J. Hokanson (Ice Miller). | Case Administration | 0.20 | 620.00 | 124.00 |
| 8/30/2017 | Stilian Morrison | Call with R. Kalnit (Cooley) to discuss GACP latest response on Q3/Q4 budget proposals. | Business Analysis / Operations | 0.50 | 620.00 | 310.00 |

| Date | Name | Description | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/30/2017 | Stilian Morrison | Call with case professionals and DLA Piper to discuss proposed budget and split of proceeds going forward. | Business Analysis / Operations | 0.60 | 620.00 | 372.00 |
| 8/30/2017 | Stilian Morrison | Call with C. Herschopf (Cooley) to discuss case strategy and next steps. | Case Administration | 0.50 | 620.00 | 310.00 |
| 8/30/2017 | Stilian Morrison | Analyze revised Q4 going concern costs. | Business Analysis / Operations | 0.50 | 620.00 | 310.00 |
| 8/30/2017 | Bill McMahon | Review correspondence from S. Cornell (Lockton) re: Ohio self-insured loss data and re-confirmation of the LC amounts for excess collateral claim analysis. | Claims Analysis and Objections | 0.30 | 490.00 | 147.00 |
| 8/30/2017 | Stilian Morrison | Prepare for call with case professionals and DLA Piper to go through revised budget. | Business Analysis / Operations | 0.40 | 620.00 | 248.00 |
| 8/31/2017 | Stilian Morrison | Call with C. Hershcopf (Cooley) to follow up on outstanding issues in the case. | Case Administration | 0.10 | 620.00 | 62.00 |
| 8/31/2017 | Stilian Morrison | Review comments on Debtor/UCC reply to GACP latest counter proposal on budget and split of proceeds. | Case Administration | 0.80 | 620.00 | 496.00 |
| 8/31/2017 | Stilian Morrison | Call with company, Ice Miller, and Cooley to discuss latest GACP budget proposals. | Business Analysis / Operations | 0.70 | 620.00 | 434.00 |
| 8/31/2017 | Stilian Morrison | Review correspondence with company and Ice Miller re: bid-ask on budget proposal. | Case Administration | 0.30 | 620.00 | 186.00 |
| 8/31/2017 | Stilian Morrison | Revise spreadsheet proposal on proposed split of estate proceeds. | Business Analysis / Operations | 0.80 | 620.00 | 496.00 |