

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1483567
September 9, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Asset Analysis and Recovery
        Our Matter No. 60605.0001

## INVOICE SUMMARY

For Services rendered through August 31, 2017

| | |
|---|---|
| Professional Services | $33,363.00 |
| **Total Current Invoice** | **$33,363.00** |
| | |
| Previous Balance Due | $89,428.91 |
| Total Balance Due | $122,791.91 |



Asset Analysis and Recovery
Our Matter No. 60605.0001

Invoice No. 1483567
September 9, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 08/01/2017 | ROUS M | Researched and analyzed additional theories for claim against vendor. | 1.10 |
| 08/01/2017 | FOWL S | Communicated with counsel for Vantiv regarding return of funds. | 0.30 |
| 08/01/2017 | JORI W | Received and reviewed comments regarding revisions to settlement agreement with Swann Communications and notice of dismissal. | 0.20 |
| 08/01/2017 | JORI W | Reviewed settlement negotiations and prepared settlement agreement with Swann Communications and notice of dismissal of adversary proceeding. | 2.10 |
| 08/01/2017 | HOKA J | Responded to client inquiry regarding status of various recovery efforts. | 0.80 |
| 08/01/2017 | HOKA J | Reviewed and circulated Committee's projections for preference recoveries. | 0.20 |
| 08/01/2017 | HOKA J | Spoke with adverse counsel, and review and forwarded unredacted version of Synchrony's Stay Motion to confirm claim natures and amounts. | 0.60 |
| 08/01/2017 | HOKA J | Assisted with finalization of, and circulated, documents required for Swann settlement. | 0.80 |
| 08/01/2017 | ARCE A | Analyzed potential claims against vendor and followed up on initial research results. | 1.70 |
| 08/02/2017 | JORI W | Reviewed communications regarding additional information for and revisions to settlement agreements with vendors and made updates to Swann, Haier and Tech Data settlement agreements. | 1.90 |
| 08/02/2017 | HOKA J | Finalized and circulated settlement agreement for Dyson. | 0.40 |
| 08/02/2017 | HOKA J | Finalized and circulated settlement agreement for Haier America LLC. | 0.50 |
| 08/02/2017 | HOKA J | Exchanged emails with Company officers regarding status of Whirlpool litigation vis-à-vis efforts to collect vendor credits. | 0.50 |
| 08/02/2017 | HOKA J | Assisted with finalization of, and circulated, Swann settlement agreement. | 0.60 |
| 08/03/2017 | JORI W | Conferred with attorney regarding revisions to and handling of Dyson's settlement agreement. | 0.30 |
| 08/03/2017 | JORI W | Finalized settlement agreement with Dyson and communications with parties regarding execution of same. | 0.40 |
| 08/03/2017 | JORI W | Received and reviewed communications from Dyson's counsel regarding draft settlement agreement and prepared revisions to agreement pursuant to Dyson's revisions, the committee's comments and terms of dealer agreement. | 1.10 |
| 08/03/2017 | JORI W | Reviewed communications regarding status of settlement negotiations with vendor creditors in order to update chart. | 0.30 |

Asset Analysis and Recovery
Our Matter No. 60605.0001

Invoice No. 1483567
September 9, 2017

| 08/03/2017 | HOKA J | Responded to inquiry of The Principal regarding timing for court approval of Stipulation. | 0.60 |
|---|---|---|---|
| 08/03/2017 | HOKA J | Reviewed and circulated executed Swann settlement agreement. | 0.30 |
| 08/03/2017 | HOKA J | Responded to email from Dyson's counsel with proposed revisions to settlement agreement. | 0.30 |
| 08/03/2017 | HOKA J | Compiled and provided information regarding claims against NQDC Plan to P. Cardoza-Jones (.8), and provided same to J. Moloy (.3). | 1.10 |
| 08/04/2017 | JORI W | Reviewed and supplemented Keystone settlement agreement per recent comments by R. Kalnit. | 0.60 |
| 08/04/2017 | JORI W | Received and reviewed emails with Cooley regarding status of vendor credits and responded to Cooley regarding same. | 0.40 |
| 08/04/2017 | HOKA J | Respond to LG's counsel's inquiry regarding local protocol for entry of orders in absence of objections. | 0.20 |
| 08/04/2017 | HOKA J | Provided status report regarding VC collections to Committee counsel. | 0.80 |
| 08/04/2017 | HOKA J | Analyzed competing claims and made recommendation for reconciling claims by/against Vantiv. | 1.20 |
| 08/04/2017 | HOKA J | Finalized and forwarded settlement agreement for Keystone Construction. | 0.80 |
| 08/04/2017 | HOKA J | Finalized and forwarded settlement agreement for Tech Data. | 0.60 |
| 08/07/2017 | JORI W | Reviewed recent communications regarding vendor credit negotiations and updated chart regarding status. | 0.40 |
| 08/07/2017 | JORI W | Reviewed communications regarding settlement negotiations with BSH and drafted settlement agreement. | 1.50 |
| 08/07/2017 | JORI W | Received and reviewed executed copies of Dyson settlement agreement and communications regarding further handling. | 0.20 |
| 08/07/2017 | HOKA J | Provided file information regarding Sony claim. | 0.30 |
| 08/07/2017 | HOKA J | Sent email to adverse counsel regarding Synchrony Bank's rights to Letter of Credit. | 0.30 |
| 08/07/2017 | HOKA J | Exchanged emails regarding status of Haier settlement. | 0.20 |
| 08/07/2017 | HOKA J | Exchanged emails regarding comments to Tech Data settlement agreement. | 0.20 |
| 08/07/2017 | HOKA J | Exchanged emails with LG's counsel regarding Court approval of settlement. | 0.20 |
| 08/07/2017 | HOKA J | Exchanged numerous emails with client officer regarding BSH claim. | 1.00 |

Asset Analysis and Recovery
Our Matter No. 60605.0001

Invoice No. 1483567
September 9, 2017

| | | | |
|---|---|---|---|
| 08/08/2017 | JORI W | Drafted Notice of Principal 9019 Motion to settle along with motion to shorten and limit notice on additional noticed parties and proposed order regarding same and conferred with attorney regarding plan participants to be served. | 2.10 |
| 08/08/2017 | JORI W | Received and reviewed correspondence from Home Accents regarding return of preference payment in order to assist with response to same. | 0.30 |
| 08/08/2017 | HOKA J | Reviewed ASK's monthly report. | 0.20 |
| 08/08/2017 | HOKA J | Provided update regarding Keystone Construction settlement. | 0.10 |
| 08/08/2017 | HOKA J | Attended to issues respecting notice of 9019 Motion to NQDC Plan participants (.4) and assisted with compilation of participant lists and format of Notice (.8); responded to client officer's questions regarding The Principal's revision to Stipulation (.2). | 1.40 |
| 08/08/2017 | HOKA J | Exchanged emails with Case Professionals regarding Tech Data settlement. | 0.50 |
| 08/08/2017 | WALS T | Attended to e-mail correspondence regarding request from Valor for additional content from HH Gregg website (0.1); analyzed Asset Purchase Agreement in regard to same (0.4); drafted e-mail correspondence to Kaplan regarding same (0.2). | 0.70 |
| 08/09/2017 | JORI W | Reviewed Court's Order regarding motion to shorten notice and prepared for service of notice and underlying motion on plan participants | 0.30 |
| 08/09/2017 | JORI W | Reviewed communications regarding status of vendor credits and settlement negotiations and conferred with attorney regarding further handling of same and trade account receivables. | 0.30 |
| 08/09/2017 | JORI W | Finalized and submitted with the court, the motion to shorten notice on Principal settlement motion, proposed notice and order on same and communicated with court regarding same. | 0.90 |
| 08/09/2017 | HOKA J | Spoke with S. Grow and provided information relative to reconciliation of vendor accounts. | 0.50 |
| 08/09/2017 | HOKA J | Received Committee's update regarding preference claim against vendor. | 0.20 |
| 08/09/2017 | HOKA J | Spoke with, and sent email to, O. Benson regarding Synnex's desire for global settlement of Debtors' and Committee's preference claim. | 0.40 |
| 08/09/2017 | HOKA J | Discussed and sent email outlining proposed discovery related to claim against vendor. | 0.80 |
| 08/09/2017 | HOKA J | Prompted J. Hoover for response to demand made upon Vantiv. | 0.20 |
| 08/09/2017 | HOKA J | Prompted Nikon for response to Vendor Credit demand. | 0.20 |
| 08/09/2017 | HOKA J | Assisted with finalization of motion and notice regarding NQDC Plan participants. | 0.20 |

Asset Analysis and Recovery
Our Matter No. 60605.0001

Invoice No. 1483567
September 9, 2017

| 08/09/2017 | WALS T | Attended to e-mail correspondence regarding website content requested by Valor. | 0.20 |
|---|---|---|---|
| 08/09/2017 | ARCE A | Followed up on vendor matter and discovery strategy. | 0.50 |
| 08/10/2017 | JORI W | Reviewed status of all settlement negotiations and updated chart regarding anticipated proceeds from settlement agreements in order to respond to S. Brown regarding same for budget updates. | 1.10 |
| 08/10/2017 | JORI W | Reviewed communications with client and Committee counsel regarding BSH settlement agreement. | 0.20 |
| 08/10/2017 | JORI W | Reviewed communications with court regarding upload of revised order on Principal 9019 settlement motion. | 0.10 |
| 08/10/2017 | HOKA J | Reviewed and forwarded E&S Int'l's email in response to credit demand. | 0.30 |
| 08/10/2017 | HOKA J | Reviewed and forwarded information relative to reconciled claims against Haier. | 0.20 |
| 08/10/2017 | HOKA J | Reviewed and forwarded corporate and board records requested by D&O counsel. | 0.20 |
| 08/10/2017 | HOKA J | Revised and circulated Tech Data settlement agreement to provide for bifurcated payments. | 0.20 |
| 08/10/2017 | HOKA J | Finalized and forwarded BSH settlement agreement. | 0.40 |
| 08/11/2017 | ROUS M | Drafted Rule 2004 motion for discovery against Warrantech; drafted proposed order and subpoena. | 2.00 |
| 08/14/2017 | HOKA J | Exchanged emails regarding ASK's assertion of preference claims against current and former insiders. | 0.40 |
| 08/14/2017 | HOKA J | Reviewed materials provided by E&S relative to damaged returned goods. | 0.40 |
| 08/15/2017 | ROUS M | Analyzed status of adversarial complaints against vendors. | 0.20 |
| 08/15/2017 | JORI W | Received and reviewed communications regarding status of Haier settlement agreement. | 0.10 |
| 08/17/2017 | ROUS M | Reviewed and filed dismissal of action against Swann; drafted motion for default judgment, proposed default judgment, and affidavits against Belkin/Linksys. | 1.90 |
| 08/17/2017 | JORI W | Prepared settlement agreement with Synnex and 9019 settlement motion and order. | 2.20 |
| 08/17/2017 | JORI W | Received and reviewed several emails regarding updates to settlement negotiations and agreements and added updates to chart. | 0.70 |
| 08/17/2017 | JORI W | Received and responded to communications from Cooley regarding vendor credits and provided updates to chart. | 0.50 |

Asset Analysis and Recovery
Our Matter No. 60605.0001

Invoice No. 1483567
September 9, 2017

| 08/17/2017 | HOKA J | Exchanged emails with ESI regarding vendor claim/damaged returns. | 0.50 |
|---|---|---|---|
| 08/17/2017 | HOKA J | Reviewed and discussed analysis of disputed credit account. | 0.80 |
| 08/17/2017 | HOKA J | Sent email to adverse counsel regarding BSH account. | 0.50 |
| 08/17/2017 | HOKA J | Sent email to constituents regarding Vantiv account. | 0.60 |
| 08/17/2017 | HOKA J | Exchanged emails with Synnex's counsel regarding settlement of contract claims separate from preference claims. | 0.50 |
| 08/18/2017 | ROUS M | Drafted application for default; corresponded with HHG staff to obtain verified declaration; corresponded with counsel for committee; revised motion and prepped all documents for default against Linksys for filing. | 1.60 |
| 08/18/2017 | JORI W | Received and reviewed several communications regarding status of pending settlement agreements. | 0.20 |
| 08/18/2017 | HOKA J | Exchanged email with Haier's counsel regarding completion of settlement in light of parties' reconciliation of claims. | 0.40 |
| 08/18/2017 | HOKA J | Responded to client officer's inquiry regarding refund due from First Data. | 0.40 |
| 08/21/2017 | ROUS M | Filed application for default against Belkin/Linksys. | 0.30 |
| 08/21/2017 | JORI W | Supplemented Order on Principal 9019 settlement motion in order to upload same and communications with attorney regarding handling. | 0.50 |
| 08/21/2017 | JORI W | Reviewed communications regarding handling of CIT demands. | 0.20 |
| 08/21/2017 | HOKA J | Reviewed and forwarded A. Friedman's email regarding BSH's defenses to claims. | 0.20 |
| 08/21/2017 | HOKA J | Spoke and exchanged emails with First Data supervisor regarding payment of credit due HHG. | 0.50 |
| 08/21/2017 | HOKA J | Spoke with client officer and exchanged emails with The Principal regarding revision of stipulation to include liquidation of mutual funds. | 0.50 |
| 08/21/2017 | HOKA J | Exchanged emails with Cooley and ASK lawyers regarding status of discussions with CIT. | 0.20 |
| 08/22/2017 | JORI W | Received and reviewed several communications regarding status of settlement negotiations and agreements in order to track same. | 0.20 |
| 08/22/2017 | HOKA J | Exchanged emails with Haier's counsel and Committee counsel regarding settlement terms. | 0.60 |
| 08/22/2017 | HOKA J | Exchanged emails with adverse counsel regarding status of hearing on Lenders' motions to dismiss Whirlpool's complaint (.2); exchanged numerous emails regarding competing claims between hhg and Whirlpool (.5); status of settlement discussions with Whirlpool (.8). | 1.50 |
| 08/22/2017 | HOKA J | Finalized and forwarded Keystone Construction settlement agreement. | 0.40 |

Asset Analysis and Recovery
Our Matter No. 60605.0001

Invoice No. 1483567
September 9, 2017

| 08/22/2017 | HOKA J | Exchanged emails with BSH's counsel regarding timing for settlement. | 0.30 |
| 08/22/2017 | HOKA J | Spoke with Committee and ASK lawyers regarding coordination of recovery efforts. | 0.30 |
| 08/22/2017 | HOKA J | Confirmed absence of appeal of LG Settlement Order, and released funds. | 0.50 |
| 08/23/2017 | JORI W | Received and reviewed communications regarding status of settlement negotiations. | 0.10 |
| 08/23/2017 | HOKA J | Provided initial response to Synchrony's request for information about Debtors' admin claims (.2); forwarded requests (.2). | 0.40 |
| 08/23/2017 | HOKA J | Forwarded Keystone Construction's executed settlement agreement. | 0.10 |
| 08/24/2017 | ROUS M | Revised motion for default judgment in accordance with court request and filed same. | 0.30 |
| 08/24/2017 | JORI W | Communications regarding Order on principal settlement motion. | 0.10 |
| 08/24/2017 | HOKA J | Exchanged emails with Whirlpool's counsel regarding procedural status given change of judge and status of settlement discussions. | 0.50 |
| 08/24/2017 | HOKA J | Exchanged emails with counsel and officers of Principal regarding additional notice to participants requested by US Trustee. | 0.80 |
| 08/25/2017 | ROUS M | Reviewed new scheduling entries made by court. | 0.10 |
| 08/25/2017 | HOKA J | Exchanged emails with client officer regarding terms of Principal settlement. | 0.20 |
| 08/25/2017 | HOKA J | Revised Haier settlement agreement and exchanged emails with adverse counsel. | 1.10 |
| 08/25/2017 | HOKA J | Exchanged emails regarding status of vendor credit settlements and claims. | 0.80 |
| 08/28/2017 | HOKA J | Forwarded inquiry of E&S regarding credit dispute. | 0.20 |
| 08/28/2017 | HOKA J | Confirmed Committee's authority to settle claims to vendor's counsel. | 0.20 |
| 08/28/2017 | HOKA J | Exchanged emails regarding Principal settlement (.2); reviewed and finalized stipulation (.4); prepared Order approving Stipulation, as amended, and provided directions regarding filing Amended Stipulation (1.0). | 1.60 |
| 08/28/2017 | HOKA J | Prompted Pro Data's officer regarding demand for refund. | 0.20 |
| 08/29/2017 | ROUS M | Reviewed court notices; began drafting joint pretrial statement for HHG v Onward adversary proceeding. | 0.70 |
| 08/29/2017 | JORI W | Finalized and submitted amended Principal settlement agreement and Order on settlement motion and communicated with court regarding same. | 0.40 |
| 08/29/2017 | JORI W | Prepared Amended Exhibit B to Principal Settlement Motion and revised Order on same. | 0.90 |

Asset Analysis and Recovery                                                    Invoice No. 1483567
Our Matter No. 60605.0001                                                      September 9, 2017

| | | | |
|---|---|---|---|
| 08/29/2017 | JORI W | Reviewed communications regarding revised stipulation with Principal and Order on Settlement Motion. | 0.20 |
| 08/29/2017 | HOKA J | Exchanged emails regarding funding of Keystone Construction settlement. | 0.10 |
| 08/29/2017 | HOKA J | Exchanged emails with Principal's counsel regarding approval of stipulation (.2), and advised Court's staff of status of agreed order (.1). | 0.30 |
| 08/30/2017 | JORI W | Reviewed communications regarding settlement negotiations and agreements with various vendors and updated vendor credits chart regarding same. | 0.70 |
| 08/30/2017 | HOKA J | Spoke with Pro Data's agent and sent follow up emails to S. King regarding Debtors' demand for refund. | 1.00 |
| 08/30/2017 | HOKA J | Finalized and circulated execution copy of Haier settlement agreement. | 0.50 |
| 08/30/2017 | HOKA J | Reviewed and forwarded communication from BSH's counsel. | 0.20 |
| 08/31/2017 | ROUS M | Worked on draft pretrial statement for Onward proceeding. | 0.60 |
| 08/31/2017 | HOKA J | Exchanged emails with Haier's counsel regarding consummation of settlement. | 0.20 |
| 08/31/2017 | HOKA J | Exchanged emails with Synnex's counsel regarding extension of litigation deadlines. | 0.20 |
| 08/31/2017 | HOKA J | Exchanged emails with Whirlpool's counsel regarding settlement proposals (.2); reviewed and forwarded Whirlpool's communication (.5) and email traffic of constituents thereafter (.4). | 1.10 |
| 08/31/2017 | HOKA J | Exchanged emails with Pro Data officers regarding demand for refund. | 0.80 |

**Total Professional Services**                                                           **$33,363.00**

**Total Invoice Balance Due**                                                             $33,363.00

Asset Analysis and Recovery                                                    Invoice No. 1483567
Our Matter No. 60605.0001                                                       September 9, 2017

### OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 06/08/17 | 1470739 | $26,490.11 | $0.00 | $26,490.11 |
| 07/20/17 | 1476590 | $30,393.45 | $0.00 | $30,393.45 |
| 08/09/17 | 1480333 | $32,545.35 | $0.00 | $32,545.35 |
| 09/09/17 | 1483567 | $33,363.00 | $0.00 | $33,363.00 |
| | | | **Total Balance Due** | **$122,791.91** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|------------|------------|-------------|------------|-------|
| $33,363.00 | $62,938.80 | $0.00 | $26,490.11 | $0.00 | $122,791.91 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                                                   Invoice No. 1483567
Debtor-In-Possesion                                                                                     September 9, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Asset Analysis and Recovery
        Our Matter No. 60605.0001

## INVOICE SUMMARY

For Services rendered through August 31, 2017

Professional Services                                                                                   $33,363.00

**Total Current Invoice**                                                                               **$33,363.00**

Previous Balance Due                                                                                    $89,428.91

Total Balance Due                                                                                       $122,791.91

### Payment Options

Online Payments:                        Wire/ACH Instructions:
**ClientPay**                           Huntington Bank
ClientPay                               ABA for ACH     074000078
                                        ABA for Wire    044000024
                                        Account No.     01401048453
                                        Swift Code:     HUNTUS33
                                        Please Reference **Invoice No. 1483567**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1483567**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1483568
September 9, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Asset Disposition
        Our Matter No. 60605.0002

## INVOICE SUMMARY

For Services rendered through August 31, 2017

Professional Services                                          $14,440.95

**Total Current Invoice**                                     **$14,440.95**

Previous Balance Due                                           $69,939.00

Total Balance Due                                              $84,379.95



Asset Disposition                                                                            Invoice No. 1483568
Our Matter No. 60605.0002                                                              September 9, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 08/01/2017 | HOKA J | Communicated with client officer and Committee counsel, and then with Court's staff regarding delay in Sale Hearing on Class Action Asset Sale Motion. | 0.50 |
| 08/02/2017 | HOKA J | Exchanged emails with Committee counsel regarding delay for hearing on Class Action Sale Motion (.2), and prepared and filed a motion regarding same (.4). | 0.60 |
| 08/09/2017 | HOKA J | Provided response to offer to purchase various Class Action Assets. | 0.50 |
| 08/09/2017 | HOKA J | Reviewed and forwarded email exchanges regarding possible sale of additional IP assets. | 0.30 |
| 08/10/2017 | HOKA J | Exchanged emails regarding notice protocol for acceptance of offer to sell Class Action Assets. | 0.40 |
| 08/16/2017 | FOWL S | Communicated with client, the Committee, and lenders regarding sale of class action assets. | 0.50 |
| 08/17/2017 | HOKA J | Discuss motion for interim hearing on Asset Sale Motion. | 0.20 |
| 08/17/2017 | HOKA J | Responded to inquiries regarding Debtors' obligation to provide additional data to purchaser of IP Assets. | 0.30 |
| 08/17/2017 | HOKA J | Sent internal email detailing requirements for interim hearing on Class Action Sale Motion. | 0.20 |
| 08/17/2017 | WALS T | Attended to e-mail correspondence with representatives of client and representatives of Hilco Streambank regarding delivery of certain website content to Valor. | 0.30 |
| 08/18/2017 | JORI W | Finalized and submitted motion and order for interim hearing on class action sales motion. | 0.40 |
| 08/18/2017 | JORI W | Reviewed details regarding bids for class action assets and prepared motion and order for interim hearing on class action sales motion. | 1.90 |
| 08/22/2017 | HOKA J | Participated in discussion regarding review of options respecting Class Action sale (.4), and reviewed numerous email exchanges between Company officer and Committee counsel with Clearmeadow Officer regarding bid for Class Action assets (.8). | 1.20 |
| 08/23/2017 | FOWL S | Communicated with counsel for lender and counsel for the Committee regarding sale of class action assets. | 0.90 |
| 08/23/2017 | FOWL S | Communicated with potential bidder regarding auction of class action assets. | 0.80 |

Asset Disposition
Our Matter No. 60605.0002

Invoice No. 1483568
September 9, 2017

| 08/23/2017 | FOWL S | Communicated with client, the Committee, and the lenders regarding the class action asset auction. | 0.60 |
|---|---|---|---|
| 08/23/2017 | HOKA J | Exchanged emails regarding auction rules. | 0.80 |
| 08/23/2017 | HOKA J | Participated in conference call regarding protocol for auction sale of Class Action Assets. | 0.50 |
| 08/24/2017 | FOWL S | Communicated with client and the Committee regarding class asset action and DIP budget. | 0.90 |
| 08/24/2017 | HOKA J | Participated in additional calls with client officers and Committee counsel regarding sale of Class Action Assets. | 1.20 |
| 08/24/2017 | HOKA J | Spoke with client officers and Committee counsel regarding options for sale of Class Action Assets. | 0.50 |
| 08/25/2017 | FOWL S | Analyzed ability for losing buyer at auction to object to sale. | 2.30 |
| 08/25/2017 | FOWL S | Various communications among client, lender, and the Committee regarding the class action assets. | 1.00 |
| 08/25/2017 | HOKA J | Responded to Committee's email regarding Class Action sale intentions. | 0.40 |
| 08/25/2017 | HOKA J | Circulated current version of Class Action APA with comment. | 1.20 |
| 08/25/2017 | HOKA J | Exchanged emails with client officers and Committee counsel regarding selection of successful bidder for Class Action Assets, and with Clearmeadow officers regarding abandonment of auction. | 1.00 |
| 08/25/2017 | HOKA J | Reviewed emails regarding liens on sold assets and internally discussed procedure for release. | 0.40 |
| 08/25/2017 | WALS T | Attended to e-mail correspondence from counsel for Valor regarding security interests recorded against certain trademark registrations acquired by Valor (0.2); investigated status of security interests and procedure for release of same (0.7); telephone conference with Hokanson regarding same (0.1). | 1.00 |
| 08/28/2017 | HOKA J | Responded to inquiry regarding release of liens against IP Assets. | 0.20 |
| 08/28/2017 | HOKA J | Exchanged emails and revised APA in preparations for Sale Hearing and closing of sale on Class Action Assets. | 1.40 |
| 08/29/2017 | ALVA M | Drafted Termination and Release of Security Interest in Trademarks; analyzed Trademark Assignments filed with the United Stated Patent and Trademark Office; prepared necessary documents to file release of said Assignments. | 2.80 |
| 08/29/2017 | HOKA J | Exchanged emails with PRA's counsel regarding terms of APA (.3) and reviewed and forwarded redlined APA (.6). | 0.90 |
| 08/29/2017 | WALS T | Attended to e-mail correspondence regarding security interests recorded against the United States trademark registrations acquired by Valor. | 0.20 |

Asset Disposition
Our Matter No. 60605.0002

Invoice No. 1483568
September 9, 2017

| 08/30/2017 | HOKA J | Reviewed and forwarded expression of interest in Class Action assets by prospective third bidder. | 0.30 |
|---|---|---|---|
| 08/30/2017 | HOKA J | Sent email to Committee and Lenders' counsel requesting direction regarding bids for Class Action Assets (.4); spoke with PRA's counsel regarding necessity of auction and received confirmation of PRA's willingness to participate (.4); spoke and exchanged emails with Clearmeadow's counsel regarding auction procedure (.8), and confirmed with GACP's counsel (.2). | 1.80 |
| 08/31/2017 | HOKA J | Prepared and filed Motion to Continue Class Action Sale Motion (.4); revised Form Class Action APA to conform to revisions proposed by bidders (1.8); spoke with and provided APA and other information to third prospective bidder (.6). | 2.80 |

**Total Professional Services**          **$14,440.95**

**Total Invoice Balance Due**          $14,440.95

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 06/08/17 | 1470740 | $9,397.35 | $0.00 | $9,397.35 |
| 07/20/17 | 1476591 | $31,951.80 | $0.00 | $31,951.80 |
| 08/09/17 | 1480334 | $28,589.85 | $0.00 | $28,589.85 |
| 09/09/17 | 1483568 | $14,440.95 | $0.00 | $14,440.95 |
| | | | **Total Balance Due** | **$84,379.95** |

## AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---|---|---|---|---|---|
| $14,440.95 | $60,541.65 | $0.00 | $9,397.35 | $0.00 | $84,379.95 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries, please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                    Invoice No. 1483568
Debtor-In-Possesion                                      September 9, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Asset Disposition
       Our Matter No. 60605.0002

## INVOICE SUMMARY

For Services rendered through August 31, 2017

Professional Services                                           $14,440.95

**Total Current Invoice**                                       **$14,440.95**

Previous Balance Due                                            $69,939.00

Total Balance Due                                               $84,379.95

### Payment Options

Online Payments:                    Wire/ACH Instructions:
**ClientPay**                       Huntington Bank
                                    ABA for ACH    074000078
                                    ABA for Wire   044000024
                                    Account No.    01401048453
                                    Swift Code:    HUNTUS33
                                    Please Reference **Invoice No. 1483568**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1483568**

Questions or concerns, please email **payice@icemiller.com**

---

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1483569
September 9, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Assumption and Rejection of Leases and Contracts
        Our Matter No. 60605.0003

## INVOICE SUMMARY

For Services rendered through August 31, 2017

| | |
|---|---|
| Professional Services | $4,714.20 |
| **Total Current Invoice** | **$4,714.20** |
| Previous Balance Due | $80,637.75 |
| Total Balance Due | $85,351.95 |



Assumption and Rejection of Leases and Contracts
Our Matter No. 60605.0003

Invoice No. 1483569
September 9, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 08/02/2017 | FOWL S | Drafted notice of rejection of additional contracts. | 0.40 |
| 08/02/2017 | FOWL S | Communicated with client regarding rejection of additional contracts. | 0.30 |
| 08/02/2017 | JORI W | Reviewed contract rejections and prepared certificate of service regarding notices of same. | 0.30 |
| 08/02/2017 | HOKA J | Reviewed and forwarded M. O'Neill's email regarding Lifeline's administrative claim and threat to terminate agreement. | 0.70 |
| 08/02/2017 | HOKA J | Assisted with finalization of Orders on Throgmartin-related entities' administrative claims. | 0.40 |
| 08/03/2017 | FOWL S | Communicated with counsel for Aldi regarding payment for Birmingham lease (.2); communicated with client regarding same (.1). | 0.30 |
| 08/03/2017 | HOKA J | Provided directions for final review of draft Orders. | 0.20 |
| 08/04/2017 | FOWL S | Drafted notice of rejection of additional executory contracts; communicated with client regarding same. | 0.50 |
| 08/04/2017 | JORI W | Reviewed filing of additional notice of contract rejection, prepared certificate of service and communicated with Donlin regarding same. | 0.30 |
| 08/07/2017 | FOWL S | Communicated with counsel for Geneva and Commodore landlords regarding motion for order approving rejection of leases. | 0.30 |
| 08/07/2017 | FOWL S | Reviewed settlement agreement, lease termination agreement, and motion to approve same for Fort Lauderdale lease (.8); communicated with counsel for landlord regarding same (.2). | 1.00 |
| 08/07/2017 | FOWL S | Attended to status of rejected contracts and leases and orders approving same. | 0.60 |
| 08/07/2017 | HOKA J | Responded to inquiry of landlord respecting payment of administrative claim. | 0.30 |
| 08/09/2017 | JORI W | Communications with client regarding service of contract rejection notices and completed and filed certificate of service regarding same. | 0.40 |
| 08/10/2017 | FOWL S | Finalized motion to approve rejection of Geneva and Commodore contracts. | 0.30 |
| 08/10/2017 | FOWL S | Communicated with counsel for Geneva regarding settlement agreement and motion to approve lease rejection. | 0.20 |
| 08/10/2017 | FOWL S | Drafted notice of contract rejection for additional executory contracts. | 0.50 |
| 08/10/2017 | JORI W | Finalized and submitted motion and order for entry of an order approving rejection of Geneva and Commodore leases. | 0.80 |

Assumption and Rejection of Leases and Contracts

Invoice No. 1483569

Our Matter No. 60605.0003

September 9, 2017

| 08/11/2017 | JORI W | Prepared affidavit of service for rejection notice regarding executor contracts and emailed client regarding service. | 0.40 |
|---|---|---|---|
| 08/13/2017 | HOKA J | Reviewed emails respecting recovered trailer. | 0.20 |
| 08/15/2017 | FOWL S | Communicated with client regarding rejection of additional executory contracts. | 0.20 |
| 08/15/2017 | JORI W | E-mailed Mallon to follow-up on affidavit of service regarding contract rejection notices. | 0.10 |
| 08/16/2017 | FOWL S | Communicated with counsel for Fort Lauderdale regarding settlement agreement. | 0.30 |
| 08/16/2017 | JORI W | Finalized and submitted affidavit of service regarding contract rejection notice on contract counterparty. | 0.30 |
| 08/23/2017 | FOWL S | Communicated with client regarding contract rejections. | 0.30 |
| 08/25/2017 | FOWL S | Drafted notice of rejection of additional contracts (.5); communicated with client regarding same (.2). | 0.70 |
| 08/25/2017 | JORI W | Reviewed notice of rejection of contract and prepared for service. | 0.10 |
| 08/28/2017 | FOWL S | Communicated with client regarding lease issues. | 0.30 |
| 08/28/2017 | JORI W | Prepared certificate of service of rejection notices and finalized same for submission to court. | 0.30 |
| 08/29/2017 | FOWL S | Revised and finalized motion for rejection of Fort Lauderdale lease. | 0.70 |
| 08/29/2017 | FOWL S | Reviewed applications for administrative claims (.8); communicated with client regarding same (.3). | 1.10 |
| 08/29/2017 | FOWL S | Revised notice of contract determination based on comments from court. | 0.60 |

**Total Professional Services**          **$4,714.20**

**Total Invoice Balance Due**          $4,714.20

Assumption and Rejection of Leases and Contracts

Our Matter No. 60605.0003

Invoice No. 1483569

September 9, 2017

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 06/08/17 | 1470741 | $50,050.80 | $0.00 | $50,050.80 |
| 07/20/17 | 1476592 | $21,415.05 | $0.00 | $21,415.05 |
| 08/09/17 | 1480335 | $9,171.90 | $0.00 | $9,171.90 |
| 09/09/17 | 1483569 | $4,714.20 | $0.00 | $4,714.20 |
| | | | **Total Balance Due** | **$85,351.95** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $4,714.20 | $30,586.95 | $0.00 | $50,050.80 | $0.00 | $85,351.95 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                        Invoice No. 1483569
Debtor-In-Possesion                                                          September 9, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Assumption and Rejection of Leases and Contracts
       Our Matter No. 60605.0003

## INVOICE SUMMARY

For Services rendered through August 31, 2017

Professional Services                                                        $4,714.20

**Total Current Invoice**                                                    **$4,714.20**

Previous Balance Due                                                         $80,637.75

Total Balance Due                                                           $85,351.95

### Payment Options

Online Payments:                          Wire/ACH Instructions:
**ClientPay**                             Huntington Bank
ClientPay®                                ABA for ACH      074000078
                                          ABA for Wire     044000024
                                          Account No.      01401048453
                                          Swift Code:      HUNTUS33
                                          Please Reference **Invoice No. 1483569**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1483569**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1483570
September 9, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re: Budgeting (Case)
Our Matter No. 60605.0005

## INVOICE SUMMARY

For Services rendered through August 31, 2017

| | |
|---|---|
| Professional Services | $442.80 |
| **Total Current Invoice** | **$442.80** |
| | |
| Previous Balance Due | $3,210.30 |
| Total Balance Due | $3,653.10 |



Budgeting (Case)                                                                  Invoice No. 1483570
Our Matter No. 60605.0005                                                         September 9, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 08/07/2017 | HOKA J | Reviewed Province's summary of scheduled fee payments and discussed with counsel to Committee and GACP. | 0.80 |
| **Total Professional Services** | | | **$442.80** |

**Total Invoice Balance Due**                                                                   $442.80

### OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 06/08/17 | 1470742 | $110.70 | $0.00 | $110.70 |
| 07/20/17 | 1476593 | $3,099.60 | $0.00 | $3,099.60 |
| 09/09/17 | 1483570 | $442.80 | $0.00 | $442.80 |
| | | | **Total Balance Due** | **$3,653.10** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $442.80 | $3,099.60 | $0.00 | $110.70 | $0.00 | $3,653.10 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                    Invoice No. 1483570
Debtor-In-Possesion                                                      September 9, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Budgeting (Case)
        Our Matter No. 60605.0005

## INVOICE SUMMARY

For Services rendered through August 31, 2017

Professional Services                                                        $442.80

**Total Current Invoice**                                                  **$442.80**

Previous Balance Due                                                       $3,210.30

Total Balance Due                                                          $3,653.10

### Payment Options

Online Payments:                        Wire/ACH Instructions:
**ClientPay**                           Huntington Bank
ClientPay                               ABA for ACH     074000078
                                        ABA for Wire    044000024
                                        Account No.     01401048453
                                        Swift Code:     HUNTUS33
                                        Please Reference **Invoice No. 1483570**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1483570**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1483571
September 9, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Business Operations
        Our Matter No. 60605.0006

## INVOICE SUMMARY

For Services rendered through August 31, 2017

| | |
|---|---|
| Professional Services | $3,789.45 |
| **Total Current Invoice** | **$3,789.45** |
| | |
| Previous Balance Due | $35,054.35 |
| Total Balance Due | $38,843.80 |



Business Operations
Our Matter No. 60605.0006

Invoice No. 1483571
September 9, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 08/02/2017 | HOKA J | Responded to email from Asurion's counsel regarding notice of hhg's status to holders of Asurion-issued extended warranties. | 0.60 |
| 08/02/2017 | HOKA J | Spoke with N. Furtwengler regarding procedure for withdrawal in Lindblom vs. Gregg Appliances, et al., litigation. | 0.50 |
| 08/03/2017 | HOKA J | Reviewed information from client officer and provided additional information to Asurion's counsel relative to notices to Asurion's customers. | 0.40 |
| 08/08/2017 | HOKA J | Reviewed and discussed D&O's request for corporate and Board records. | 0.80 |
| 08/08/2017 | HOKA J | Responded to inquiry of Asurion's counsel regarding communication of Asurion information on Debtors' public sites. | 0.40 |
| 08/10/2017 | HOKA J | Responded to inquiry regarding planned destructive product examination of appliance sold by hhg. | 0.30 |
| 08/14/2017 | HOKA J | Forwarded inquiry of Indy FBI office for business records. | 0.20 |
| 08/18/2017 | PISA M | Review docket and relevant filing regarding counsel's notice to withdraw from Cook County litigation; conference with J. Hokanson regarding the same. | 1.20 |
| 08/21/2017 | HOKA J | Assisted as interface for company with separate FBI agents investigating customer transactions. | 0.60 |
| 08/24/2017 | HOKA J | Exchanged emails internally regarding posting Asurion's warranty info on Donlin's website. | 0.50 |
| 08/25/2017 | JORI W | Received and reviewed monthly operating reports for all three entities, prepared same for filing and submitted with the courts. | 1.40 |
| 08/28/2017 | HOKA J | Responded to inquiry regarding providing services to purchaser of Debtors' IP Assets. | 0.20 |
| 08/28/2017 | HOKA J | Requested authority for payment of Lockton invoice. | 0.20 |
| 08/30/2017 | HOKA J | Exchanged emails with Warrantech's counsel regarding communication of warranty information to consumers. | 0.60 |

| **Total Professional Services** | **$3,789.45** |
|---|---|

| **Total Invoice Balance Due** | $3,789.45 |
|---|---|

Business Operations
Our Matter No. 60605.0006

Invoice No. 1483571
September 9, 2017

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 06/08/17 | 1470743 | $9,475.00 | $0.00 | $9,475.00 |
| 07/20/17 | 1476594 | $11,191.05 | $0.00 | $11,191.05 |
| 08/09/17 | 1480336 | $14,388.30 | $0.00 | $14,388.30 |
| 09/09/17 | 1483571 | $3,789.45 | $0.00 | $3,789.45 |
| | | | **Total Balance Due** | **$38,843.80** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|------------|-------|
| $3,789.45 | $25,579.35 | $0.00 | $9,475.00 | $0.00 | $38,843.80 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                              Invoice No. 1483571
Debtor-In-Possesion                                               September 9, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Business Operations
       Our Matter No. 60605.0006

## INVOICE SUMMARY

For Services rendered through August 31, 2017

Professional Services                                                  $3,789.45

**Total Current Invoice**                                              **$3,789.45**

Previous Balance Due                                                   $35,054.35

Total Balance Due                                                      $38,843.80

### Payment Options

Online Payments:                        Wire/ACH Instructions:
**ClientPay**                           Huntington Bank
ClientPay                               ABA for ACH      074000078
                                        ABA for Wire     044000024
                                        Account No.      01401048453
                                        Swift Code:      HUNTUS33
                                        Please Reference **Invoice No. 1483571**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1483571**

Questions or concerns, please email **payice@icemiller.com**

---

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1483572
September 9, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Case Administration
       Our Matter No. 60605.0007

## INVOICE SUMMARY

For Services rendered through August 31, 2017

| | |
|---|---|
| Professional Services | $19,693.35 |
| **Total Current Invoice** | **$19,693.35** |
| | |
| Previous Balance Due | $75,259.06 |
| Total Balance Due | $94,952.41 |



Case Administration
Our Matter No. 60605.0007

Invoice No. 1483572
September 9, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 08/01/2017 | JORI W | Reviewed docket and communications with Donlin regarding service of documents. | 0.40 |
| 08/01/2017 | JORI W | Reviewed communications regarding status of hearing. | 0.10 |
| 08/01/2017 | JORI W | Received and reviewed Gregg Appliances monthly operating report and emails regarding same in order to assist. | 0.50 |
| 08/01/2017 | HOKA J | Responded to client and BRG's inquiries regarding payment of UST fees and requirements for entity-specific MORs. | 1.20 |
| 08/02/2017 | JORI W | Reviewed recent filings and communications with Donlin regarding service of same. | 0.30 |
| 08/02/2017 | JORI W | Reviewed, redacted and submitted June operations reports for all three entities. | 1.30 |
| 08/02/2017 | HOKA J | Exchanged additional emails regarding necessity of separate MORs for each debtor entity. | 0.30 |
| 08/03/2017 | JORI W | Received, reviewed and submitted affidavit of service (.2); reviewed docket and communications with Donlin regarding outstanding affidavits of service needed (.2). | 0.40 |
| 08/03/2017 | HOKA J | Provided Committee and GACP counsel with ID of D&O preference targets and demand letters. | 0.40 |
| 08/04/2017 | JORI W | Received, reviewed and submitted affidavits or service with the court. | 0.30 |
| 08/04/2017 | HOKA J | Exchanged emails among Case Professionals regarding matters set for August 14th hearing. | 0.50 |
| 08/07/2017 | JORI W | Reviewed status of various pending tasks and conferred with attorneys regarding same. | 0.30 |
| 08/07/2017 | JORI W | Received, reviewed and submitted affidavits of service with the court. | 0.20 |
| 08/07/2017 | HOKA J | Responded to Clerk's staff regarding status of pending motion to withdraw appearance adverse to Sony (.1) and reviewed Committee's proposed pleading relative to same (.2). | 0.30 |
| 08/07/2017 | HOKA J | Spoke with counsel to Committee and GACP regarding intended response to administrative claims (.4); reviewed asserted claims to confirm objection deadlines (.2); spoke with R. Moore regarding call from administrative claimant (.1) and provided update to constituents. (.1). | 0.80 |
| 08/08/2017 | FOWL S | Revised proposed order on KEIP motion. | 0.40 |

Case Administration
Our Matter No. 60605.0007

Invoice No. 1483572
September 9, 2017

| | | | |
|---|---|---|---|
| 08/08/2017 | JORI W | Reviewed trustee's concern with noticing procedures and communicated with Donlin regarding same. | 0.20 |
| 08/08/2017 | JORI W | Reviewed docket and prepared notice of proposed agenda for August 14th hearing. | 0.70 |
| 08/08/2017 | JORI W | Received, reviewed and submitted affidavit of service with the court. | 0.20 |
| 08/08/2017 | HOKA J | Reviewed Orders setting objection deadlines and hearings for August 14th, and spoke with counsel to administrative claimants about agreed orders allowing claims. | 1.00 |
| 08/09/2017 | JORI W | Reviewed docket and communications with Donlin directing service of documents. | 0.60 |
| 08/10/2017 | JORI W | Received, reviewed and submitted affidavit of service with the court. | 0.20 |
| 08/10/2017 | JORI W | Reviewed docket and communications with Donlin regarding service of documents. | 0.20 |
| 08/10/2017 | HOKA J | Sent email to Court's staff regarding extended notice period for 9019 motion regarding The Principal. | 0.20 |
| 08/10/2017 | HOKA J | Assisted with finalization of KEIP Order. | 0.20 |
| 08/11/2017 | JORI W | Reviewed docket to direct handling of service of documents. | 0.20 |
| 08/13/2017 | HOKA J | Responded to company's request for IP Sale documentation. | 0.50 |
| 08/14/2017 | FOWL S | Analyzed strategy for payment of claims in light of ruling at hearing. | 2.00 |
| 08/14/2017 | FOWL S | Attended hearing on administrative claims and BRG fee application. | 2.30 |
| 08/14/2017 | FOWL S | Prepared for hearing on administrative claims and BRG fee application. | 3.20 |
| 08/14/2017 | FOWL S | Communicated with counsel for US Transport in preparation for hearing. | 0.60 |
| 08/14/2017 | FOWL S | Revised and finalized agenda for hearing. | 0.50 |
| 08/14/2017 | JORI W | Received, reviewed and submitted affidavits of service with the court. | 0.30 |
| 08/14/2017 | JORI W | Reviewed docket and communications with Donlin regarding service. | 0.30 |
| 08/14/2017 | JORI W | Reviewed docket and began draft of proposed agenda for August 24th hearing. | 0.10 |
| 08/14/2017 | JORI W | Finalized and submitted proposed agenda for today's hearing. | 0.20 |
| 08/14/2017 | HOKA J | Exchanged emails with lead counsel regarding outcome of hearing and strategy for proceeding on various pending issues. | 0.30 |
| 08/14/2017 | HOKA J | Attended omnibus hearing. | 2.40 |
| 08/15/2017 | FOWL S | Communicated with counsel for Demar regarding turnover demand. | 0.20 |

Case Administration
Our Matter No. 60605.0007

Invoice No. 1483572
September 9, 2017

| | | | |
|---|---|---|---|
| 08/15/2017 | FOWL S | Revised and finalized request for hearing transcript. | 0.20 |
| 08/15/2017 | JORI W | Reviewed docket and communications with Donlin regarding service of documents and orders. | 0.30 |
| 08/15/2017 | JORI W | Prepared, finalized and submitted request for transcript of August 14th hearing. | 0.80 |
| 08/16/2017 | JORI W | Communications with Donlin regarding service and submitted affidavits of service with the court. | 0.30 |
| 08/17/2017 | JORI W | Reviewed docket and communications with Donlin regarding service. | 0.20 |
| 08/17/2017 | HOKA J | Assisted with responses to FBI's requests for information. | 0.50 |
| 08/17/2017 | HOKA J | Participated in email exchanges regarding conducting Synchrony hearing in camera. | 0.50 |
| 08/17/2017 | HOKA J | Provided update of all pending asset recovery efforts to Committee's counsel. | 1.50 |
| 08/18/2017 | JORI W | Reviewed docket and communications with Donlin regarding service. | 0.20 |
| 08/18/2017 | HOKA J | Exchanged numerous emails with FBI agent providing client documents to aid in investigation. | 0.80 |
| 08/18/2017 | HOKA J | Responded to inquiry regarding McDermott's withdrawal in pending litigation (.4), and exchanged emails with Chicago-office colleagues regarding steps required to withdraw Hoover Hull's appearances (.6); exchanged emails with adverse counsel regarding plaintiffs' intentions in light of stay (.9). | 1.90 |
| 08/18/2017 | HOKA J | Reviewed and forwarded US Trustee's inquiry regarding Debtors' bank accounts. | 0.20 |
| 08/21/2017 | FOWL S | Communicated with lenders and the Committee regarding Q3 budget. | 0.70 |
| 08/21/2017 | JORI W | Reviewed docket and prepared agenda for this week's hearing. | 0.60 |
| 08/22/2017 | FOWL S | Communicated with the Committee and ASK regarding preferences and vendor credits. | 0.50 |
| 08/22/2017 | JORI W | Received, reviewed and submitted affidavits of service with the court. | 0.20 |
| 08/22/2017 | JORI W | Reviewed docket and communications with Donlin regarding service of documents. | 0.20 |
| 08/22/2017 | HOKA J | Spoke with counsel to Ryder and forwarded Home Meridian's discovery request with inquiry respecting underlying claims. | 0.40 |
| 08/22/2017 | HOKA J | Exchanged emails with Court's staff and interested counsel regarding continued Synchrony hearing. | 0.60 |
| 08/22/2017 | HOKA J | Reviewed and forwarded Company response to UST's request for banking information. | 0.30 |

Case Administration
Our Matter No. 60605.0007

Invoice No. 1483572
September 9, 2017

| 08/23/2017 | FOWL S | Communicated with court regarding logistical issues. | 0.40 |
|---|---|---|---|
| 08/23/2017 | FOWL S | Communicated with counsel for Monster regarding contract rejection, administrative claims, and recusal. | 0.30 |
| 08/23/2017 | FOWL S | Attention to recusal issues. | 0.60 |
| 08/23/2017 | JORI W | Reviewed status of pending matters and hearings in order to confer with attorney regarding handling. | 0.20 |
| 08/23/2017 | JORI W | Received, reviewed and submitted affidavit of service. | 0.20 |
| 08/23/2017 | HOKA J | Reviewed Order of Recusal and numerous following emails regarding effect on scheduled hearings and deadlines, and spoke with Judge Graham's staff regarding same. | 1.50 |
| 08/24/2017 | EFRO H | Advised regarding issue related to Judge's recusal. | 0.20 |
| 08/24/2017 | FOWL S | Communicated with client regarding Electrolux, Whirlpool, hearing dates, vendor claims, Anthem, and KEIP. | 0.80 |
| 08/24/2017 | JORI W | Received and reviewed declaration of Donlin regarding claims transfer and conferred with attorney regarding handling of same. | 0.10 |
| 08/24/2017 | JORI W | Reviewed communications with Asurion's counsel regarding request for notice of warranty plan provider information and prepared notice to be posted on Donlin's website. | 0.60 |
| 08/24/2017 | JORI W | Reviewed docket and prepared proposed agenda for rescheduled hearing. | 0.50 |
| 08/24/2017 | JORI W | Conferred with attorney regarding pending issues and tasks to be completed. | 0.30 |
| 08/24/2017 | HOKA J | Spoke and exchanged emails with client officers regarding status of all pending issues. | 1.00 |
| 08/25/2017 | JORI W | Reviewed docket and communications with Donlin regarding service of documents. | 0.20 |
| 08/25/2017 | JORI W | E-mails with Asurion's counsel regarding proposed notice to post on Donlin's site regarding warranty information, finalized language and submitted same to Donlin. | 0.40 |
| 08/28/2017 | JORI W | Reviewed docket and communications with Donlin regarding service. | 0.10 |
| 08/28/2017 | JORI W | Received, reviewed and submitted affidavits of service with the court. | 0.40 |
| 08/29/2017 | FOWL S | Finalized order on Principal 9019 motion. | 0.20 |
| 08/29/2017 | FOWL S | Drafted motion to extend exclusive period to file and solicit acceptances of chapter 11 plan. | 1.10 |
| 08/29/2017 | FOWL S | Communicated with counsel for West Bend insurance regarding proceeds from claim. | 0.20 |

Case Administration
Our Matter No. 60605.0007

Invoice No. 1483572
September 9, 2017

| | | | |
|---|---|---|---|
| 08/29/2017 | JORI W | Reviewed docket and communicated with Donlin regarding service. | 0.20 |
| 08/30/2017 | FOWL S | Communicated with counsel for West Bend regarding claim (.3); communicated with client regarding same (.1). | 0.40 |
| 08/30/2017 | FOWL S | Communicated with client regarding worker's comp issues. | 0.40 |
| 08/30/2017 | JORI W | Reviewed docket and communications with Donlin regarding service. | 0.10 |
| 08/30/2017 | JORI W | Received, reviewed and submitted affidavits of service with the court. | 0.30 |
| 08/31/2017 | JORI W | Reviewed communications with the court regarding handling of amended notices to be filed. | 0.30 |
| 08/31/2017 | JORI W | Reviewed docket and communications with Donlin regarding service. | 0.30 |
| 08/31/2017 | JORI W | Emails and telephone call with Donlin regarding administrative cost estimate for filing a Plan of Liquidation. | 0.40 |
| 08/31/2017 | HOKA J | Exchanged communications regarding administrative costs associated with various strategic options. | 0.40 |
| 08/31/2017 | HOKA J | Exchanged emails with Court's staff, and finalized and circulated preferred form of Notice. | 0.80 |

**Total Professional Services** **$19,693.35**

**Total Invoice Balance Due** $19,693.35

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 05/09/17 | 1467469 | $62,165.02 | $47,266.30 | $14,898.72 |
| 06/08/17 | 1470744 | $27,302.89 | $0.00 | $27,302.89 |
| 07/20/17 | 1476595 | $16,933.05 | $0.00 | $16,933.05 |
| 08/09/17 | 1480337 | $16,124.40 | $0.00 | $16,124.40 |
| 09/09/17 | 1483572 | $19,693.35 | $0.00 | $19,693.35 |
| | | | **Total Balance Due** | **$94,952.41** |

## AGED AR

Case Administration
Our Matter No. 60605.0007

Invoice No. 1483572
September 9, 2017

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|------------|-----------|-------|
| $19,693.35 | $33,057.45 | $0.00 | $27,302.89 | $14,898.72 | $94,952.41 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Invoice No. 1483572
September 9, 2017

Re:    Case Administration
       Our Matter No. 60605.0007

## INVOICE SUMMARY

For Services rendered through August 31, 2017

| | |
|---|---|
| Professional Services | $19,693.35 |
| **Total Current Invoice** | **$19,693.35** |
| Previous Balance Due | $75,259.06 |
| Total Balance Due | $94,952.41 |

### Payment Options

Online Payments:
**ClientPay**

Wire/ACH Instructions:
Huntington Bank
ABA for ACH      074000078
ABA for Wire     044000024
Account No.      01401048453
Swift Code:      HUNTUS33
Please Reference **Invoice No. 1483572**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1483572**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1483573
September 9, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Claims Administration and Objections
        Our Matter No. 60605.0008

## INVOICE SUMMARY

For Services rendered through August 31, 2017

Professional Services                                              $13,254.30

**Total Current Invoice**                                         **$13,254.30**

Previous Balance Due                                               $8,473.95

Total Balance Due                                                  $21,728.25



Claims Administration and Objections
Our Matter No. 60605.0008

Invoice No. 1483573
September 9, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 08/01/2017 | HOKA J | Responded to inquiries regarding status of Cook County State Court's recognition of stay as it applies in Lindblom lawsuit. | 0.80 |
| 08/01/2017 | HOKA J | Responded to inquiry of counsel to Georgia Power Company regarding allowance and payment of administrative claim. | 0.40 |
| 08/01/2017 | HOKA J | Circulated and exchanged emails regarding landlord's proposal for Order allowing stub rent administrative claims. | 0.50 |
| 08/01/2017 | HOKA J | Responded to inquiry of S. Walton regarding lien rights of Escambia County (FL) Tax Collector. | 0.80 |
| 08/03/2017 | JORI W | Reviewed communications regarding Throgmartin administrative claims and verified accuracy of proposed orders for allowance of administrative expenses. | 0.40 |
| 08/08/2017 | HOKA J | Exchanged emails with Cybertron's counsel regarding settlement of claim issues. | 0.40 |
| 08/08/2017 | HOKA J | Prompted counsel to US Transport regarding proposed resolution. | 0.20 |
| 08/08/2017 | HOKA J | Exchanged emails regarding management of administrative claims as among Case Professionals and Notice/Claims Agent. | 0.60 |
| 08/09/2017 | FOWL S | Communicated with counsel for US Transport regarding administrative claim. | 0.30 |
| 08/09/2017 | FOWL S | Drafted objection to US Transport request for payment of admin expense. | 1.50 |
| 08/09/2017 | FOWL S | Drafted proposed order allowing Cybertron admin expense (.7); communicated with counsel for Cybertron regarding same (.2). | 0.90 |
| 08/09/2017 | HOKA J | Responded to former employees' counsel's inquiry regarding filing claims despite NQDC Plan settlement. | 0.20 |
| 08/09/2017 | HOKA J | Assisted with finalization of objection to US Transport's administrative claim with revisions provided by DIP Lenders' counsel. | 0.80 |
| 08/10/2017 | FOWL S | Communicated with Synchrony regarding administrative claim. | 0.70 |
| 08/10/2017 | FOWL S | Communicated with client, Committee, and lenders regarding Synchrony claim. | 0.60 |
| 08/10/2017 | HOKA J | Exchanged emails regarding mechanic's lien claims as priority claims. | 0.50 |
| 08/10/2017 | HOKA J | Reviewed and forwarded disputed Anthem invoice. | 0.30 |
| 08/13/2017 | HOKA J | Exchanged emails regarding status of administrative claims scheduled for hearing. | 0.60 |

Claims Administration and Objections
Our Matter No. 60605.0008

Invoice No. 1483573
September 9, 2017

| | | | |
|---|---|---|---|
| 08/14/2017 | HOKA J | Responded to inquiry regarding claim for Louisville Metro. | 0.20 |
| 08/15/2017 | FOWL S | Drafted objection to Synchrony motion to recoup of setoff claims and for payment of administrative expenses. | 6.80 |
| 08/15/2017 | FOWL S | Communicated with several unsecured creditors regarding filed claims. | 0.40 |
| 08/17/2017 | HOKA J | Reviewed and forwarded Hart's admin claim. | 0.30 |
| 08/17/2017 | HOKA J | Continued exchange of emails relative to settlement of Anthem claims. | 0.80 |
| 08/17/2017 | HOKA J | Reviewed and forwarded Sygnified's Application for Administrative Claim. | 0.30 |
| 08/18/2017 | HOKA J | Exchanged emails with opposing counsel regarding liquidation of Hart's admin claim. | 0.30 |
| 08/18/2017 | HOKA J | Spoke with agent at Atmos Energy regarding refusal to surrender credit balances. | 0.40 |
| 08/21/2017 | FOWL S | Communicated with counsel for HMI regarding administrative claim. | 0.50 |
| 08/21/2017 | FOWL S | Communicated with counsel for HMI regarding administrative claim. | 0.30 |
| 08/21/2017 | FOWL S | Strategized regarding approach to settlement Synchrony claim in advance of hearing. | 0.60 |
| 08/21/2017 | FOWL S | Attended to motion for 2004 exam filed by HMI and requests made in same. | 0.50 |
| 08/21/2017 | HOKA J | Discussed remaining stub rent claims. | 0.20 |
| 08/21/2017 | HOKA J | Reviewed and forwarded, and discussed with client's officers, Home Meridian Int'l's Motion for 2004 Exam. | 0.50 |
| 08/21/2017 | HOKA J | Confirmed Committee's and Lenders' consent to payment of ADP invoices. | 0.20 |
| 08/21/2017 | HOKA J | Assisted with settlement of Commodore administrative claim. | 0.20 |
| 08/22/2017 | FOWL S | Communicated with counsel for mechanic's lien claimant regarding settlement agreement. | 0.30 |
| 08/22/2017 | HOKA J | Exchanged emails regarding Commodore's payment as approved budget item. | 0.20 |
| 08/22/2017 | HOKA J | Reviewed and approved Reply to be filed in Underwood litigation. | 0.20 |
| 08/22/2017 | HOKA J | Exchanged emails with Company officers regarding 503b9 and stub rent claims as budget items. | 0.40 |
| 08/23/2017 | FOWL S | Reviewed proposed order on UST admin claim (.4); communicated with counsel for UST regarding same (.2). | 0.60 |
| 08/24/2017 | HOKA J | Responded to inquiry regarding Debtors' position on mechanic's lien-based claims. | 0.30 |

Claims Administration and Objections                                                          Invoice No. 1483573
Our Matter No. 60605.0008                                                                     September 9, 2017

| 08/24/2017 | HOKA J | Exchanged emails with lead counsel regarding stub rent settlements and payments. | 0.40 |
|---|---|---|---|
| 08/25/2017 | HOKA J | Participated in exchanges regarding payment of Commodore's settlement claim. | 0.60 |
| 08/25/2017 | HOKA J | Responded to Synchrony's request for information respecting the Debtors' admin claims. | 0.20 |
| 08/25/2017 | HOKA J | Spoke with Home Meridian's counsel and exchanges emails with client officers regarding response to proposed discovery requests. | 0.80 |
| 08/27/2017 | HOKA J | Inquired of counsel regarding stub rent claimants as opt-ins and otherwise. | 0.20 |
| 08/28/2017 | HOKA J | Responded to counsel's inquiry regarding timing for payment of stub rent claims. | 0.20 |
| 08/28/2017 | HOKA J | Confirmed payment of Commodore claim. | 0.10 |
| 08/29/2017 | FOWL S | Communicated with counsel for several landlords regarding applications for administrative claims. | 0.20 |
| 08/29/2017 | FOWL S | Communicated with client regarding various administrative claim applications. | 0.40 |
| 08/29/2017 | FOWL S | Communicated with counsel for Signifyd regarding motion for relief from stay and motion for administrative claim. | 0.30 |
| 08/29/2017 | HOKA J | Exchanged emails regarding landlord's rent claims. | 0.30 |
| 08/30/2017 | HOKA J | Participated in email exchanges regarding landlords' stub rent claims. | 0.50 |
| 08/30/2017 | HOKA J | Spoke with and forwarded to the Committee the voicemail of Roberts relative to unpaid admin claim. | 0.20 |
| 08/30/2017 | HOKA J | Reviewed and forwarded settlement agreement regarding Clear Spring's lease claims. | 0.40 |
| 08/30/2017 | HOKA J | Participated in call with M. Soto and client officer regarding OH Workers' Comp claims (.3) and subsequent call regarding other insurance matters (.2). | 0.50 |

**Total Professional Services**                                                                        **$13,254.30**


**Total Invoice Balance Due**                                                                          $13,254.30

Claims Administration and Objections                                      Invoice No. 1483573
Our Matter No. 60605.0008                                                September 9, 2017

**OUTSTANDING INVOICES**

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 05/09/17 | 1467470 | $4,603.50 | $0.00 | $4,603.50 |
| 06/08/17 | 1470745 | $504.00 | $0.00 | $504.00 |
| 07/20/17 | 1476596 | $593.55 | $0.00 | $593.55 |
| 08/09/17 | 1480338 | $2,772.90 | $0.00 | $2,772.90 |
| 09/09/17 | 1483573 | $13,254.30 | $0.00 | $13,254.30 |
| | | | **Total Balance Due** | **$21,728.25** |

**AGED AR**

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $13,254.30 | $3,366.45 | $0.00 | $504.00 | $4,603.50 | $21,728.25 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                    Invoice No. 1483573
Debtor-In-Possesion                                                      September 9, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Claims Administration and Objections
       Our Matter No. 60605.0008

**INVOICE SUMMARY**

For Services rendered through August 31, 2017

| | |
|---|---|
| Professional Services | $13,254.30 |
| **Total Current Invoice** | **$13,254.30** |
| Previous Balance Due | $8,473.95 |
| Total Balance Due | $21,728.25 |

**Payment Options**

Online Payments:
**ClientPay**

Wire/ACH Instructions:
Huntington Bank
ABA for ACH      074000078
ABA for Wire     044000024
Account No.      01401048453
Swift Code:      HUNTUS33
Please Reference **Invoice No. 1483573**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1483573**

Questions or concerns, please email **payice@icemiller.com**

---

Payment Terms: Net 30
Tax ID: 35-0874357

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1483574
September 9, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:      Corporate Governance and Board Matters
         Our Matter No. 60605.0009

## INVOICE SUMMARY

For Services rendered through August 31, 2017

Professional Services                                    $5,291.10

**Total Current Invoice**                               **$5,291.10**

Previous Balance Due                                     $72,319.65

Total Balance Due                                        $77,610.75



Corporate Governance and Board Matters
Our Matter No. 60605.0009

Invoice No. 1483574
September 9, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 08/04/2017 | THOR J | Preparation of Minutes of July 25, 2017 Board meeting and transmittal to Kovacs. | 0.80 |
| 08/08/2017 | THOR J | Preparation for and participated in Board meeting telephone conference. | 0.70 |
| 08/08/2017 | WEAV H | Contacted Michelle about getting minutes, (system is down, will be sending ASAP) | 0.20 |
| 08/08/2017 | FOWL S | Participated in Board of Directors meeting. | 0.50 |
| 08/08/2017 | HOKA J | Participated in Board call (.7) and provided update to lead counsel (.2). | 0.90 |
| 08/11/2017 | WEAV H | Attention to Minutes from Meetings for the following years: 2016 | 1.90 |
| 08/18/2017 | THOR J | Preparation of minutes of August 8, 2017 Board meeting and transmittal to K. Kovacs (.8); attention to status of corporate minutes execution (.7). | 1.50 |
| 08/21/2017 | THOR J | Preparation for and participation in Board meeting. | 1.10 |
| 08/21/2017 | FOWL S | Participated in Board call. | 0.50 |
| 08/21/2017 | HOKA J | Participated in Board call. | 0.50 |
| 08/25/2017 | WEAV H | Attention to 2015 Minutes from Mallon. | 0.70 |
| 08/31/2017 | THOR J | Preparation of Board minutes for August 21, 2017 Board meeting and transmittal to Kovacs. | 0.70 |

| **Total Professional Services** | **$5,291.10** |
|---|---|

| **Total Invoice Balance Due** | $5,291.10 |
|---|---|

Corporate Governance and Board Matters
Our Matter No. 60605.0009

Invoice No. 1483574
September 9, 2017

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 05/09/17 | 1467471 | $35,062.80 | $0.00 | $35,062.80 |
| 06/08/17 | 1470746 | $17,364.15 | $0.00 | $17,364.15 |
| 07/20/17 | 1476597 | $5,131.80 | $0.00 | $5,131.80 |
| 08/09/17 | 1480339 | $14,760.90 | $0.00 | $14,760.90 |
| 09/09/17 | 1483574 | $5,291.10 | $0.00 | $5,291.10 |
| | | | **Total Balance Due** | **$77,610.75** |

## AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $5,291.10 | $19,892.70 | $0.00 | $17,364.15 | $35,062.80 | $77,610.75 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries, please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Invoice No. 1483574
September 9, 2017

Re:    Corporate Governance and Board Matters
       Our Matter No. 60605.0009

## INVOICE SUMMARY

For Services rendered through August 31, 2017

| | |
|---|---|
| Professional Services | $5,291.10 |
| **Total Current Invoice** | **$5,291.10** |
| Previous Balance Due | $72,319.65 |
| Total Balance Due | $77,610.75 |

### Payment Options

Online Payments:
**ClientPay**
ClientPay®

Wire/ACH Instructions:
Huntington Bank
ABA for ACH      074000078
ABA for Wire     044000024
Account No.      01401048453
Swift Code:      HUNTUS33
Please Reference **Invoice No. 1483574**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1483574**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1483575
September 9, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Employee Benefits and Pensions
        Our Matter No. 60605.0010

## INVOICE SUMMARY

For Services rendered through August 31, 2017

| | |
|---|---|
| Professional Services | $1,771.20 |
| **Total Current Invoice** | **$1,771.20** |
| | |
| Previous Balance Due | $42,971.35 |
| Total Balance Due | $44,742.55 |



Employee Benefits and Pensions
Our Matter No. 60605.0010

Invoice No. 1483575
September 9, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 08/01/2017 | BURK C | Correspondence with Desilets regarding IRA rollover agreements. | 0.40 |
| 08/02/2017 | BURK C | Reviewed 401(k) plan documents and IRA rollover agreement with Principal regarding rollovers of $1,000 (6); e-mail to Desilets regarding same (.2). | 0.80 |
| 08/07/2017 | HOKA J | Responded to inquiry of former employee and relayed information provided by client officer. | 0.40 |
| 08/10/2017 | HOKA J | Drafted and circulated KEIP Carve Out Agreement. | 1.20 |
| 08/21/2017 | HOKA J | Assisted further with efforts to obtain employment/pay records for Mr. Biggerstaff (.2); spoke with Mr. Brown regarding claim for benefits under NQDC Plan (.2). | 0.40 |
| **Total Professional Services** | | | **$1,771.20** |

**Total Invoice Balance Due**                                                    $1,771.20

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 05/09/17 | 1467472 | $23,732.50 | $0.00 | $23,732.50 |
| 06/08/17 | 1470747 | $9,947.70 | $0.00 | $9,947.70 |
| 07/20/17 | 1476598 | $4,538.70 | $0.00 | $4,538.70 |
| 08/09/17 | 1480340 | $4,752.45 | $0.00 | $4,752.45 |
| 09/09/17 | 1483575 | $1,771.20 | $0.00 | $1,771.20 |
| | | | **Total Balance Due** | **$44,742.55** |

## AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|------------|------------|-------------|------------|-------|
| $1,771.20 | $9,291.15 | $0.00 | $9,947.70 | $23,732.50 | $44,742.55 |

Employee Benefits and Pensions                                    Invoice No. 1483575
Our Matter No. 60605.0010                                          September 9, 2017

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                      Invoice No. 1483575
Debtor-In-Possesion                                                        September 9, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Employee Benefits and Pensions
       Our Matter No. 60605.0010

## INVOICE SUMMARY

For Services rendered through August 31, 2017

Professional Services                                                      $1,771.20

**Total Current Invoice**                                                  **$1,771.20**

Previous Balance Due                                                       $42,971.35

Total Balance Due                                                          $44,742.55

### Payment Options

Online Payments:                     Wire/ACH Instructions:
**ClientPay**                        Huntington Bank
ClientPay®                           ABA for ACH      074000078
                                     ABA for Wire     044000024
                                     Account No.      01401048453
                                     Swift Code:      HUNTUS33
                                     Please Reference **Invoice No. 1483575**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1483575**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357

REMITTANCE



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1483576
September 9, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Employment and Fee Applications
       Our Matter No. 60605.0011

## INVOICE SUMMARY

For Services rendered through August 31, 2017

| | |
|---|---|
| Professional Services | $3,947.40 |
| **Total Current Invoice** | **$3,947.40** |
| | |
| Previous Balance Due | $56,726.55 |
| Total Balance Due | $60,673.95 |



Employment and Fee Applications
Our Matter No. 60605.0011

Invoice No. 1483576
September 9, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 08/01/2017 | JORI W | Received and responded to email from Soto regarding retention application and affidavit. | 0.20 |
| 08/01/2017 | JORI W | Communications with court staff regarding orders on Ryan employment application and MLB's interim fee application and resubmitted same. | 0.60 |
| 08/02/2017 | JORI W | Communications with Soto and revised application to employ and affidvits in support of same per his comments. | 1.10 |
| 08/07/2017 | JORI W | Reviewed emails regarding status of pending employment applications and July notice of draw. | 0.20 |
| 08/08/2017 | HOKA J | Respond to BRG officer's inquiry regarding expectations for hearing on fee application. | 0.20 |
| 08/09/2017 | JORI W | Communications with client and ordinary course professionals to follow up on retention applications, affidavits and employment agreements needed. | 0.30 |
| 08/10/2017 | JORI W | Prepared further updates to Soto retention documents pursuant to information received from Soto and sent revisions to client for approval. | 0.90 |
| 08/10/2017 | JORI W | Reviewed draft retention documents for Katz Sapper to prepare for call with Katz to discuss same. | 0.40 |
| 08/11/2017 | JORI W | Finalized Kovacs affidavit and retention documents to employ Soto after receiving Kovacs' revisions and communicated with client and Soto regarding same. | 0.50 |
| 08/14/2017 | JORI W | Submitted Order on BRG's fee application with the court and emailed court deputy regarding same. | 0.20 |
| 08/14/2017 | JORI W | Communications with attorney and BRG regarding handling of Order on BRG's fee application per today's hearing. | 0.20 |
| 08/14/2017 | HOKA J | Exchanged emails with BRG officer regarding fee order. | 0.20 |
| 08/15/2017 | JORI W | Reviewed engagement agreement with Katz and supplemented draft affidavit of Duvall pursuant to same. | 0.80 |
| 08/15/2017 | JORI W | Received, reviewed and submitted with the Court, Morgan Lewis' July notice of draw and communications with Morgan Lewis regarding same. | 0.40 |
| 08/15/2017 | JORI W | Received telephone call and document revisions from Katz regarding retention documents. | 0.40 |
| 08/15/2017 | JORI W | Communications with BRG regarding Order on fee application. | 0.10 |

Employment and Fee Applications
Our Matter No. 60605.0011

Invoice No. 1483576
September 9, 2017

| 08/16/2017 | JORI W | Telephone call with Katz representatives regarding conflicts check and additional information needed for affidavit. | 0.10 |
|---|---|---|---|
| 08/16/2017 | JORI W | Continued supplementing affidavit and application to employ Katz based on recent information received and e-mail communications with J. Ellis and Hokanson regarding same. | 0.80 |
| 08/16/2017 | JORI W | Communications with BRG regarding status of court order on fee application. | 0.10 |
| 08/17/2017 | JORI W | Communications with BRG transmitting notice of draw and order on their fee application. | 0.20 |
| 08/17/2017 | JORI W | Finalized and submitted BRG's June notice of draw. | 0.30 |
| 08/17/2017 | JORI W | Finalized and submitted Ice Miller's July notice of draw. | 0.30 |
| 08/17/2017 | JORI W | Reviewed invoices to prepare Ice Miller's notice of draw for July. | 1.20 |
| 08/21/2017 | JORI W | Internal communications regarding further handling of Soto and Katz retention documents. | 0.20 |
| 08/23/2017 | JORI W | Provided information to Mallon regarding workers' compensation counsel. | 0.10 |
| 08/28/2017 | JORI W | Reviewed e-mail from Soto and communicated with attorney regarding handling of application. | 0.20 |
| 08/30/2017 | JORI W | Received, reviewed and submitted BRG's July notice of draw with the court. | 0.30 |
| 08/31/2017 | JORI W | Revised affidavits and application to employ Katz Sapper and communicated with Katz regarding additional information needed. | 0.90 |
| 08/31/2017 | JORI W | Began preparing amended notice of Soto employment application and communications with Donlin regarding same. | 0.20 |
| 08/31/2017 | JORI W | Revised and submitted with the court, the application to employ Soto, related affidavits, notice and order. | 0.80 |

| **Total Professional Services** | **$3,947.40** |
|---|---|

| **Total Invoice Balance Due** | $3,947.40 |
|---|---|

Employment and Fee Applications
Our Matter No. 60605.0011

Invoice No. 1483576
September 9, 2017

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 05/09/17 | 1467473 | $11,218.50 | $0.00 | $11,218.50 |
| 06/08/17 | 1470748 | $11,114.55 | $0.00 | $11,114.55 |
| 07/20/17 | 1476599 | $18,823.05 | $0.00 | $18,823.05 |
| 08/09/17 | 1480341 | $15,570.45 | $0.00 | $15,570.45 |
| 09/09/17 | 1483576 | $3,947.40 | $0.00 | $3,947.40 |
| | | | **Total Balance Due** | **$60,673.95** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|------------|-------|
| $3,947.40 | $34,393.50 | $0.00 | $11,114.55 | $11,218.50 | $60,673.95 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries, please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Invoice No. 1483576
September 9, 2017

Re:    Employment and Fee Applications
       Our Matter No. 60605.0011

## INVOICE SUMMARY

For Services rendered through August 31, 2017

| | |
|---|---|
| Professional Services | $3,947.40 |
| **Total Current Invoice** | **$3,947.40** |
| Previous Balance Due | $56,726.55 |
| Total Balance Due | $60,673.95 |

### Payment Options

Online Payments:
**ClientPay**
ClientPay®

Wire/ACH Instructions:
Huntington Bank
ABA for ACH    074000078
ABA for Wire    044000024
Account No.    01401048453
Swift Code:    HUNTUS33
Please Reference **Invoice No. 1483576**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1483576**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1483577
September 9, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Financing and Cash Collateral
        Our Matter No. 60605.0013

## INVOICE SUMMARY

For Services rendered through August 31, 2017

| | |
|---|---|
| Professional Services | $23,474.70 |
| **Total Current Invoice** | **$23,474.70** |
| Previous Balance Due | $28,590.30 |
| Total Balance Due | $52,065.00 |



Financing and Cash Collateral
Our Matter No. 60605.0013

Invoice No. 1483577
September 9, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 08/01/2017 | HOKA J | Reviewed and forwarded updated version of liquidity analysis. | 0.80 |
| 08/01/2017 | HOKA J | Reviewed draft computation of elements of Debtors' "Obligations" under DIP facilities and Orders relevant to Carve-out discussions. | 0.80 |
| 08/02/2017 | SMITH E | Continued review of DIP facility loan agreement and amendment to DIP loan agreement, and prepared summary of Debtors' obligations under the DIP facility as amended. | 2.00 |
| 08/03/2017 | HOKA J | Spoke with Committee and GACP counsel regarding status of various recovery issues and budget issues. | 0.40 |
| 08/04/2017 | HOKA J | Participated in call with Case Professionals regarding DIP Budget issues. | 0.50 |
| 08/05/2017 | HOKA J | Spoke with client officer regarding status of DIP budget negotiations. | 0.30 |
| 08/08/2017 | HOKA J | Discussed status of DIP Budget issues in preparation for Board call (.2); exchanged numerous emails with Committee's and Lenders' counsel and others regarding DIP Budget provisions (1.2); exchanged additional messages regarding presentation of DIP Budget issues at August 14th hearing (.4); reviewed and forwarded Committee's proposal for payment of administrative claims (.5). | 2.30 |
| 08/09/2017 | HOKA J | Continued discussions and email exchanges regarding DIP Budget challenges (.8); reviewed and forwarded GACP's proposal for split of proceeds from future recoveries (.6). | 1.40 |
| 08/10/2017 | HOKA J | Assisted with revision of Splits Proposal and forwarded to Lender counsel with notes respecting KEIP funding (.8); drafted and circulated Notice of First Amended DIP Budget (.6). | 1.40 |
| 08/11/2017 | FOWL S | Finalized notice of first amended DIP budget. | 0.30 |
| 08/11/2017 | HOKA J | Participated in call with Committee counsel regarding Amended Budget. | 0.20 |
| 08/11/2017 | HOKA J | Spoke with GACP counsel regarding budget issues. | 0.20 |
| 08/12/2017 | HOKA J | Forwarded Proceeds Splits Proposal to Committee counsel and reviewed responses. | 0.50 |
| 08/13/2017 | HOKA J | Exchanged numerous emails with counsel to Committee and GACP and with client officers regarding Amended Budget and Committee's demands (2.0); responded to further email from C. Hershcopf (.3). | 2.30 |
| 08/14/2017 | HOKA J | Spoke with client officer and sent email to Constituents' counsel regarding consent to payment to Ecova for fees for processing utility reconciliations. | 0.20 |

Financing and Cash Collateral

Invoice No. 1483577

Our Matter No. 60605.0013

September 9, 2017

| | | | |
|---|---|---|---|
| 08/14/2017 | HOKA J | Exchanged emails with Lenders' counsel and client officers regarding preparations for hearing. | 0.50 |
| 08/14/2017 | HOKA J | Met with counsel to Committee, Wells Fargo and GACP regarding budget issues and competing claims. | 2.50 |
| 08/18/2017 | HOKA J | Exchanged emails with client officer regarding response to Lenders' proposed splits of August 17th (.6); reviewed and forwarded Lenders' revised splits (.8). | 1.40 |
| 08/19/2017 | HOKA J | Exchanged emails with Lenders' counsel regarding forthcoming revisions to budget and splits. | 0.40 |
| 08/20/2017 | HOKA J | Assisted with finalization and circulated revised 3Q budget and splits (1.0) and responded to follow up e-mails (.7). | 1.70 |
| 08/21/2017 | HOKA J | Participated in call with client officers, Committee and Lender counsel regarding DIP Budget amendments and related matters. | 1.20 |
| 08/22/2017 | HOKA J | Reviewed and exchanged emails with Company officers regarding Committee's proposed budget revisions. | 0.80 |
| 08/23/2017 | HOKA J | Responded to N. Herman's recount of call with Committee's counsel regarding budget issues (.4); exchanged emails with client officer regarding response to Committee's proposal (.5); exchanged emails with Committee counsel regarding terms of revised budget (1.1). | 2.00 |
| 08/24/2017 | HOKA J | Participated in call with Committee and Lender counsel regarding status of sale and budget issues (.8) and received follow up from Committee regarding outcome of subsequent call (.3). | 1.30 |
| 08/24/2017 | HOKA J | Meeting of counsel regarding options for addressing budget issues. | 1.50 |
| 08/25/2017 | HOKA J | Reviewed and forwarded Committee's proposal for revision to budget terms. | 0.80 |
| 08/25/2017 | HOKA J | Exchanged emails with BRG's officer regarding availability of funds to pay professionals. | 0.20 |
| 08/25/2017 | HOKA J | Spoke with Committee counsel regarding carve-out terms. | 0.20 |
| 08/26/2017 | HOKA J | Exchanged emails with client officer regarding timing for payments. | 0.50 |
| 08/27/2017 | HOKA J | Exchanged numerous emails and spoke with Client officer regarding budget issues (.8); assisted with finalization of budget documents and circulated to Committee and Lenders for review and comment (.8). | 1.60 |
| 08/28/2017 | HOKA J | Responded to Lenders' inquiry for information regarding admin claim tiers (.2); inquired of Lenders' counsel regarding criteria for payment of admin claimants (.2); provided detailed response/proposal to Committee counsel (.8); exchanged emails with Committee counsel regarding operation of carve-out provisions in Final DIP Order (.3); Spoke with client officer regarding pressure respecting tiered treatment of admin claims (.4). | 1.90 |
| 08/29/2017 | FOWL S | Communicated with lender regarding DIP budget. | 0.30 |

Financing and Cash Collateral
Our Matter No. 60605.0013

Invoice No. 1483577
September 9, 2017

| 08/29/2017 | FOWL S | Communicated with the Committee regarding DIP budget. | 0.80 |
|---|---|---|---|
| 08/29/2017 | HOKA J | Spoke with Committee counsel and FA regarding Committee's requirements for consent to budget issues. | 0.30 |
| 08/29/2017 | HOKA J | Sent email to Committee and Lenders' counsel regarding pre-approval for KERP and KEIP payments. | 0.50 |
| 08/29/2017 | HOKA J | Spoke with client officers (.3), with Committee counsel (.2), with Committee and Lenders' counsel (.4), and with client officers (.2) regarding budget issues; exchanged emails with Lenders' counsel regarding tiers of admin claimants (.3). | 1.40 |
| 08/30/2017 | FOWL S | Communicated with lender regarding budget issues. | 0.30 |
| 08/30/2017 | FOWL S | Communicated with the lenders and the Committee regarding DIP budget. | 0.90 |
| 08/30/2017 | HOKA J | Participated in call with Committee and Lenders' counsel and client officers regarding budget issues (.5); forwarded GACP's prior communication to Committee (.2); exchanged numerous emails between client officers and constituents' counsel regarding budget issues (2.0); participated in additional call with Committee professionals (.8). | 3.50 |
| 08/31/2017 | HOKA J | Spoke with Committee counsel and FA and client officers (1.5), and revised, circulated and discussed splits for review and comment (1.7); spoke with Lenders' counsel and client officers regarding response to proposal (.6), and exchanged emails with Committee counsel regarding same (.5). | 4.30 |

| **Total Professional Services** | **$23,474.70** |
|---|---|

| **Total Invoice Balance Due** | $23,474.70 |
|---|---|

Financing and Cash Collateral

Invoice No. 1483577

Our Matter No. 60605.0013

September 9, 2017

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 05/09/17 | 1467475 | $15,221.25 | $0.00 | $15,221.25 |
| 06/08/17 | 1470749 | $5,545.80 | $0.00 | $5,545.80 |
| 07/20/17 | 1476600 | $498.15 | $0.00 | $498.15 |
| 08/09/17 | 1480342 | $7,325.10 | $0.00 | $7,325.10 |
| 09/09/17 | 1483577 | $23,474.70 | $0.00 | $23,474.70 |
| | | | **Total Balance Due** | **$52,065.00** |

## AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|------------|------------|-------------|------------|-------|
| $23,474.70 | $7,823.25 | $0.00 | $5,545.80 | $15,221.25 | $52,065.00 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                   Invoice No. 1483577
Debtor-In-Possesion                                                     September 9, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Financing and Cash Collateral
       Our Matter No. 60605.0013

## INVOICE SUMMARY

For Services rendered through August 31, 2017

Professional Services                                                   $23,474.70

**Total Current Invoice**                                               **$23,474.70**

Previous Balance Due                                                    $28,590.30

Total Balance Due                                                       $52,065.00

### Payment Options

Online Payments:                        Wire/ACH Instructions:
**ClientPay**                           Huntington Bank
ClientPay                               ABA for ACH      074000078
                                        ABA for Wire     044000024
                                        Account No.      01401048453
                                        Swift Code:      HUNTUS33
                                        Please Reference **Invoice No. 1483577**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1483577**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1483578
September 9, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Litigation
        Our Matter No. 60605.0014

## INVOICE SUMMARY

For Services rendered through August 31, 2017

| | |
|---|---|
| Professional Services | $18,208.80 |
| **Total Current Invoice** | **$18,208.80** |
| Previous Balance Due | $34,995.90 |
| Total Balance Due | $53,204.70 |



Litigation
Our Matter No. 60605.0014

Invoice No. 1483578
September 9, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 08/01/2017 | HOKA J | Exchanged emails with Elux's counsel, Court's staff, and lead and constituents' counsel, regarding pre-hearing scheduling issues. | 0.80 |
| 08/02/2017 | HOKA J | Proposed draft appearance to Committee's counsel to resolve Sony conflict issue. | 0.80 |
| 08/03/2017 | HOKA J | Exchanged information with adverse counsel and Court's staff, and separately with client officers and constituents' counsel, relative to scheduling in Elux adversary proceeding. | 0.80 |
| 08/03/2017 | HOKA J | Exchanged emails with Committee counsel regarding Sony conflict (.2); spoke with T. Scherer regarding dismissal of Debtors from Sony lawsuit (.2), and circulated information (.3). | 0.70 |
| 08/04/2017 | JORI W | Continued to draft notices of change of address in all of the adversary proceedings. | 1.60 |
| 08/07/2017 | FOWL S | Commenced draft of complaint against Vantiv (1.8); analyzed legal basis for same (1.2). | 3.00 |
| 08/07/2017 | FOWL S | Drafted proposed order approving settlement with LG. | 0.40 |
| 08/07/2017 | HOKA J | Call to Onward's lead and local counsel regarding issues raised in vendor credit adversary proceeding. | 0.50 |
| 08/08/2017 | FOWL S | Revised motion for summary judgment and memo in support of same. | 3.20 |
| 08/08/2017 | FOWL S | Continued drafting complaint against Vantiv. | 2.10 |
| 08/08/2017 | HOKA J | Responded to lead counsel's email regarding local protocol on procedural issues. | 0.20 |
| 08/08/2017 | ARCE A | Assisted Gallo with local rules, custom and procedure for summary judgment filings (.3); received and reviewed final draft brief in support of motion for partial summary judgment (1.2); received and reviewed draft motion for summary judgment (.4); worked on summary judgment exhibits (.8); emails to and from Gallo to coordinate summary judgment strategy and filing (.4). | 3.10 |
| 08/09/2017 | FOWL S | Continued revisions to Electrolux motion for summary judgment. | 2.90 |
| 08/09/2017 | JORI W | Communications regarding handling of notice of change of address in adversary proceedings. | 0.10 |
| 08/09/2017 | ARCE A | Continued to revise and supplement summary judgment brief, motion, and related papers to conform to local custom and practice (1.9); emails to and from Gallo regarding summary judgment (.4); call with Gallo to discuss summary judgment papers (.3). | 2.60 |

Litigation                                                                                                    Invoice No. 1483578
Our Matter No. 60605.0014                                                                          September 9, 2017

| | | | |
|---|---|---|---|
| 08/10/2017 | FOWL S | Finalized Electrolux motion for summary judgment and memo and affidavit in support of same. | 0.80 |
| 08/10/2017 | HOKA J | Assisted with finalization and filing of Motion for Summary Judgment vs. Elux. | 0.40 |
| 08/10/2017 | ARCE A | Finalized motion for summary judgment, brief and exhibits (.5); email communications among counsel regarding case management plan (.2). | 0.70 |
| 08/11/2017 | HOKA J | Exchanged emails with lead counsel regarding scheduling of matters in Elux adversary proceeding. | 0.40 |
| 08/11/2017 | ARCE A | Multiple emails among counsel regarding scheduling conference, summary judgment filings and upcoming hearing. | 0.40 |
| 08/14/2017 | HOKA J | Exchanged emails with Elux's counsel regarding scheduling issues. | 0.40 |
| 08/14/2017 | ARCE A | Emails among counsel regarding summary judgment hearing and case management deadlines. | 0.30 |
| 08/16/2017 | FOWL S | Continued drafting complaint against Vantiv and analyzing legal basis for same. | 1.70 |
| 08/17/2017 | FOWL S | Revised complaint against Vantiv based on comments from the Committee. | 1.20 |
| 08/17/2017 | FOWL S | Finalized draft of complaint against Vantiv. | 1.40 |
| 08/17/2017 | JORI W | Reviewed communications regarding settlement and assisted with filing of dismissal in Swann adversary matter. | 0.20 |
| 08/17/2017 | JORI W | Reviewed facts and drafted complaint against Vantiv. | 1.20 |
| 08/17/2017 | HOKA J | Reviewed and approved Swann dismissal. | 0.10 |
| 08/17/2017 | HOKA J | Exchanged emails regarding procedural aspects of seeking default judgment. | 0.50 |
| 08/17/2017 | ARCE A | Emails among counsel regarding joint defense strategy. | 0.30 |
| 08/18/2017 | FOWL S | Revised motion for default judgment against Linksys. | 0.40 |
| 08/18/2017 | JORI W | Finalized and filed adversary complaint against Vantiv and attorney appearances in new matter. | 1.20 |
| 08/18/2017 | HOKA J | Assisted with finalization and filing of complaint against Vantiv. | 0.50 |
| 08/18/2017 | HOKA J | Circulated draft Vantiv complaint to constituents. | 0.50 |
| 08/18/2017 | HOKA J | Forwarded dismissal of Swann litigation. | 0.20 |
| 08/18/2017 | HOKA J | Discussed seeking default against Belkin. | 0.30 |
| 08/21/2017 | FOWL S | Communicated with other defendants regarding strategy in Whirlpool adversary. | 0.40 |

Litigation

Invoice No. 1483578

Our Matter No. 60605.0014

September 9, 2017

| 08/21/2017 | JORI W | Reviewed email from Vantiv's counsel regarding service and prepared certificate of service regarding same. | 0.80 |
|---|---|---|---|
| 08/21/2017 | JORI W | Reviewed communication with counsel regarding service of Vantiv summons and complaint in order to assist with same. | 0.20 |
| 08/21/2017 | HOKA J | Responded to J. Sun's email regarding proceedings in Onward matter. | 0.20 |
| 08/21/2017 | HOKA J | Discussed and circulated Court's minute entry regarding litigation deadlines in Elux matter. | 0.20 |
| 08/21/2017 | HOKA J | Received, forwarded and discussed with Lenders' counsel S. Grow's email regarding settlement discussions in Whirlpool matter. | 0.40 |
| 08/21/2017 | HOKA J | Confirmed counsel's authority to accept service of Summons issued in Vantiv litigation. | 0.30 |
| 08/21/2017 | ARCE A | Prepared for and participated in joint defense conference call to discuss strategy. | 0.50 |
| 08/23/2017 | HOKA J | Responded to email from Onward's counsel requesting pre-trial order. | 0.20 |
| 08/23/2017 | HOKA J | Exchanged emails with Whirlpool's and constituents' counsel regarding continuance of hearing on Lenders' MTDs. | 0.90 |
| 08/23/2017 | ARCE A | Read and followed up on order of recusal. | 0.40 |
| 08/24/2017 | JORI W | Finalized and submitted notices of change of address in adversary proceedings. | 0.70 |
| 08/24/2017 | JORI W | Finalized and submitted certificate of service of summons in Vantiv adversary case. | 0.30 |
| 08/24/2017 | HOKA J | Exchanged emails regarding COS for Summons served on Vantiv. | 0.20 |
| 08/29/2017 | ARCE A | E-mails from Gallo and followed up on same. | 0.20 |
| 08/30/2017 | HOKA J | Responded to lead counsel's inquiry regarding status of litigation deadlines. | 0.20 |
| 08/30/2017 | ARCE A | Multiple e-mails among counsel regarding hearings and case management deadlines. | 0.30 |
| 08/31/2017 | HOKA J | Exchanged emails regarding briefing deadlines in Elux litigation. | 0.20 |
| 08/31/2017 | ARCE A | Received and reviewed notice of hearing (whirlpool). | 0.20 |

**Total Professional Services**                                                                                          **$18,208.80**

**Total Invoice Balance Due**                                                                                            $18,208.80

Litigation
Our Matter No. 60605.0014

Invoice No. 1483578
September 9, 2017

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 05/09/17 | 1467476 | $17,867.85 | $0.00 | $17,867.85 |
| 06/08/17 | 1470750 | $6,198.45 | $0.00 | $6,198.45 |
| 07/20/17 | 1476601 | $3,801.60 | $0.00 | $3,801.60 |
| 08/09/17 | 1480343 | $7,128.00 | $0.00 | $7,128.00 |
| 09/09/17 | 1483578 | $18,208.80 | $0.00 | $18,208.80 |
| | | | **Total Balance Due** | **$53,204.70** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $18,208.80 | $10,929.60 | $0.00 | $6,198.45 | $17,867.85 | $53,204.70 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                      Invoice No. 1483578
Debtor-In-Possesion                                                        September 9, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Litigation
       Our Matter No. 60605.0014

## INVOICE SUMMARY

For Services rendered through August 31, 2017

Professional Services                                                      $18,208.80

**Total Current Invoice**                                                  **$18,208.80**

Previous Balance Due                                                       $34,995.90

Total Balance Due                                                          $53,204.70

### Payment Options

Online Payments:                    Wire/ACH Instructions:
**ClientPay**                       Huntington Bank
ClientPay                           ABA for ACH     074000078
                                    ABA for Wire    044000024
                                    Account No.     01401048453
                                    Swift Code:     HUNTUS33
                                    Please Reference **Invoice No. 1483578**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1483578**

Questions or concerns, please email **payice@icemiller.com**

---

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1483579
September 9, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Meetings and Communications with Creditors
        Our Matter No. 60605.0015

## INVOICE SUMMARY

For Services rendered through August 31, 2017

| | |
|---|---|
| Professional Services | $1,769.85 |
| **Total Current Invoice** | **$1,769.85** |
| Previous Balance Due | $19,971.00 |
| Total Balance Due | $21,740.85 |



Meetings and Communications with Creditors
Our Matter No. 60605.0015

Invoice No. 1483579
September 9, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 08/01/2017 | HOKA J | Assisted customer with claims procedure. | 0.20 |
| 08/01/2017 | HOKA J | Responded to customer's inquiry regarding billing for undelivered merchandise, and spoke with customer regarding same. | 0.50 |
| 08/04/2017 | JORI W | Received, reviewed and responded to inquiries from creditors receiving notice of bankruptcy. | 0.90 |
| 08/08/2017 | HOKA J | Responded to customer's inquiry regarding conflicting claims. | 0.30 |
| 08/09/2017 | JORI W | Received and reviewed inquiry from creditor and communications regarding handling of same. | 0.20 |
| 08/09/2017 | HOKA J | Forwarded customer's inquiry regarding warranty issues. | 0.10 |
| 08/11/2017 | JORI W | Received, reviewed and responded to inquiries from creditors regarding filing of proof of claim and warranty issues. | 0.60 |
| 08/14/2017 | JORI W | Responded to client inquiry regarding creditor's filing of proof of claim for amounts owed by hhgregg. | 0.10 |
| 08/15/2017 | JORI W | Received and responded to creditor inquiry regarding claim and credit card balance. | 0.20 |
| 08/16/2017 | JORI W | Received and responded to creditor inquiry regarding warranty on recent purchase. | 0.20 |
| 08/17/2017 | POWE V | Call from and conference with HHGregg creditor inquiring regarding creditor issues. | 0.10 |
| 08/17/2017 | HOKA J | Forwarded Glover's request for warranty information. | 0.20 |
| 08/23/2017 | JORI W | Reviewed and responded to creditor inquiries regarding warranty and filing claims; communications with client regarding response to correspondence filed by customer Glover. | 0.50 |
| 08/25/2017 | JORI W | Prepared and sent correspondence to Glover in response to her inquiry regarding warranty program. | 0.50 |

| **Total Professional Services** | **$1,769.85** |
|---|---|

| **Total Invoice Balance Due** | $1,769.85 |
|---|---|

Meetings and Communications with Creditors

Invoice No. 1483579

Our Matter No. 60605.0015

September 9, 2017

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 06/08/17 | 1470751 | $10,072.80 | $0.00 | $10,072.80 |
| 07/20/17 | 1476602 | $1,273.05 | $0.00 | $1,273.05 |
| 08/09/17 | 1480344 | $8,625.15 | $0.00 | $8,625.15 |
| 09/09/17 | 1483579 | $1,769.85 | $0.00 | $1,769.85 |
| | | | **Total Balance Due** | **$21,740.85** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $1,769.85 | $9,898.20 | $0.00 | $10,072.80 | $0.00 | $21,740.85 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                        Invoice No. 1483579
Debtor-In-Possesion                                                          September 9, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Meetings and Communications with Creditors
       Our Matter No. 60605.0015

## INVOICE SUMMARY

For Services rendered through August 31, 2017

| | |
|---|---|
| Professional Services | $1,769.85 |
| **Total Current Invoice** | **$1,769.85** |
| Previous Balance Due | $19,971.00 |
| Total Balance Due | $21,740.85 |

### Payment Options

Online Payments:
**ClientPay**
ClientPay®

Wire/ACH Instructions:
Huntington Bank
ABA for ACH      074000078
ABA for Wire     044000024
Account No.      01401048453
Swift Code:      HUNTUS33
Please Reference **Invoice No. 1483579**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1483579**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1483580
September 9, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re: Relief from Stay and Adequate Protection
   Our Matter No. 60605.0019

## INVOICE SUMMARY

For Services rendered through August 31, 2017

| | |
|---|---|
| Professional Services | $14,628.15 |
| **Total Current Invoice** | **$14,628.15** |
| | |
| Previous Balance Due | $8,676.45 |
| Total Balance Due | $23,304.60 |



Relief from Stay and Adequate Protection
Our Matter No. 60605.0019

Invoice No. 1483580
September 9, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 08/02/2017 | HOKA J | Exchanged emails with S. Anthony regarding terms for agreed relief from stay. | 0.40 |
| 08/03/2017 | JORI W | Reviewed communications with Daniels' and Millers' counsel and the committee regarding agreements on order to lift automatic stay and drafted agreed entry and order pursuant to same. | 1.80 |
| 08/03/2017 | HOKA J | Reviewed proposed Order for Daniels-Miller stay motion. | 0.30 |
| 08/03/2017 | HOKA J | Reviewed, exchanged emails respecting, and discussed 2012 Bonus Employees' filing in Indiana Supreme Court seeking consideration of appeal as violation of automatic stay. | 1.80 |
| 08/03/2017 | ARCE A | Call from Hokanson to discuss effect on transfer by Indiana Supreme Court on automatic stay (.2); received and reviewed Appellee's Response to Suggestion of Bankruptcy and Request for Decision in Underwood civil action; began researching governing case law and procedural rules (2.0); conferred with Hokanson and Molter on strategy in response (.3). | 2.50 |
| 08/04/2017 | MOLT D | Researched an analyzed issues related to impact of bankruptcy stay on petition for transfer. | 4.20 |
| 08/04/2017 | HOKA J | Provided response to client officer regarding Bonus Claimants' filing in Indiana Supreme Court. | 0.20 |
| 08/04/2017 | ARCE A | Followed up on suggestion of bankruptcy (.1); further consideration of appellate strategy (.4). | 0.50 |
| 08/08/2017 | HOKA J | Reviewed client's materials respecting vendor account and exchanged emails with Committee and Lender counsel regarding strategy for responding (.5); forwarded adverse counsel's email regarding proposed meeting of counsel (.3). | 0.80 |
| 08/09/2017 | MOLT D | Researched support for arguments in support of stay and drafted reply regarding suggestion of bankruptcy in the Indiana Supreme Court. | 4.40 |
| 08/09/2017 | JORI W | Followed up with counsel for Daniels and Millers regarding status of agreed order on relief from stay. | 0.10 |
| 08/09/2017 | HOKA J | Exchanged emails regarding preparation of Debtors' Reply to Bonus Claimants' Response to Suggestion of Bankruptcy, and forwarded Supreme Court's Notice of deadline. | 0.30 |
| 08/09/2017 | ARCE A | Attention to recent 10th Circuit decision reversing prior precedent, all in favor of maintaining stay. | 0.50 |
| 08/10/2017 | MOLT D | Supplemented research and drafted reply regarding suggestion of bankruptcy. | 2.70 |

Relief from Stay and Adequate Protection
Our Matter No. 60605.0019

Invoice No. 1483580
September 9, 2017

| 08/10/2017 | HOKA J | Participated in call with Committee and Lenders' counsel regarding settlement of vendor claim. | 0.60 |
| 08/10/2017 | HOKA J | Participated in call of client officers and Case Professionals regarding Synchrony issues (.6); prepared for and participated in call with Case Professionals and Synchrony officers and counsel (1.2). | 1.80 |
| 08/11/2017 | JORI W | Received and reviewed response from counsel for Daniels and Miller regarding agreed order and conferred with attorney regarding handling to provide additional information requested. | 0.20 |
| 08/11/2017 | ARCE A | Worked on reply regarding suggestion of bankruptcy (Underwood) and reviewed cited case law. | 1.40 |
| 08/13/2017 | HOKA J | Reviewed and forwarded to constituents' counsel Synchrony's proposal for litigation deadlines. | 0.40 |
| 08/14/2017 | JORI W | Reviewed communications with counsel for Gemmels regarding status of agreed entry resolving to lift automatic stay. | 0.10 |
| 08/14/2017 | JORI W | Submitted agreed entry with Millers and Daniels regarding motion to lift automatic stay. | 0.10 |
| 08/14/2017 | JORI W | Emails with counsel for Daniels and Millers regarding agreed entry and insurance policy and contacted client to request insurance policy in effect at the time of the auto accident. | 0.40 |
| 08/14/2017 | HOKA J | Finalized terms for granting Daniels-Miller relief from stay. | 0.20 |
| 08/14/2017 | HOKA J | Exchanged emails with adverse counsel regarding terms for granting Gemmel relief from stay. | 0.20 |
| 08/16/2017 | ARCE A | Followed up on draft response to be filed in Supreme Court. | 0.30 |
| 08/17/2017 | HOKA J | Responded to H. McCullough's messages regarding logistical arrangements for the August 24th hearing. | 0.10 |
| 08/17/2017 | ARCE A | Multiple emails among counsel regarding Reply on Suggestion of Bankruptcy. | 0.30 |
| 08/21/2017 | HOKA J | Exchanged emails with constituents regarding authority for settlement of vendor claim (.6); spoke and exchanged emails with adverse counsel regarding structure of settlement and continuance of pending hearing (1.0); discussed status with constituents' counsel (.2). | 1.80 |
| 08/21/2017 | HOKA J | Participated in call with Constituents' counsel regarding strategy for proceeding. | 0.30 |
| 08/23/2017 | ARCE A | Followed up on Reply Regarding Suggestion of Bankruptcy, and related communications. | 0.30 |
| 08/25/2017 | JORI W | Reviewed and responded to email from Daniels' and Millers' counsel regarding agreed order entered by the court. | 0.20 |

Relief from Stay and Adequate Protection                                    Invoice No. 1483580
Our Matter No. 60605.0019                                                   September 9, 2017

| | | | |
|---|---|---|---|
| 08/28/2017 | HOKA J | Reviewed and forwarded D&O's Stay Motion respecting access to policy benefits. (1.0) and responded to Officer inquiry regarding same (.3). | 1.30 |

**Total Professional Services**                                             **$14,628.15**

**Total Invoice Balance Due**                                               $14,628.15

### OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 05/09/17 | 1467477 | $553.50 | $0.00 | $553.50 |
| 06/08/17 | 1470752 | $1,593.00 | $0.00 | $1,593.00 |
| 07/20/17 | 1476604 | $835.65 | $0.00 | $835.65 |
| 08/09/17 | 1480345 | $5,694.30 | $0.00 | $5,694.30 |
| 09/09/17 | 1483580 | $14,628.15 | $0.00 | $14,628.15 |
| | | | **Total Balance Due** | **$23,304.60** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---|---|---|---|---|---|
| $14,628.15 | $6,529.95 | $0.00 | $1,593.00 | $553.50 | $23,304.60 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                   Invoice No. 1483580
Debtor-In-Possesion                                                      September 9, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Relief from Stay and Adequate Protection
        Our Matter No. 60605.0019

## INVOICE SUMMARY

For Services rendered through August 31, 2017

Professional Services                                                    $14,628.15

**Total Current Invoice**                                                **$14,628.15**

Previous Balance Due                                                     $8,676.45

Total Balance Due                                                        $23,304.60

### Payment Options

Online Payments:                    Wire/ACH Instructions:
**ClientPay**                       Huntington Bank
                                    ABA for ACH    074000078
                                    ABA for Wire   044000024
                                    Account No.    01401048453
                                    Swift Code:    HUNTUS33
                                    Please Reference **Invoice No. 1483580**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1483580**

Questions or concerns, please email **payice@icemiller.com**

---

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1483581
September 9, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Tax
        Our Matter No. 60605.0021

## INVOICE SUMMARY

For Services rendered through August 31, 2017

| | |
|---|---|
| Professional Services | $1,354.05 |
| **Total Current Invoice** | **$1,354.05** |
| | |
| Previous Balance Due | $27,820.70 |
| Total Balance Due | $29,174.75 |



Tax                                                                                          Invoice No. 1483581
Our Matter No. 60605.0021                                                                    September 9, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 08/01/2017 | HOKA J | Spoke with L. Palmer (PA AG's office) regarding sales tax audit results and PA's intentions respecting claims, etc. (.3), and provided update to client officers (.2). | 0.50 |
| 08/03/2017 | SCHN T | Followed up regarding sales tax personal liability. | 0.60 |
| 08/10/2017 | HOKA J | Responded to IL's request for Responsible Person information. | 0.40 |
| 08/11/2017 | SCHN T | Responded to questions regarding Illinois sales and use tax. | 0.40 |
| 08/11/2017 | HOKA J | Exchanged emails regarding Responsible Person issues regarding certain company tax obligations. | 0.20 |
| 08/31/2017 | HOKA J | Responded to client inquiry regarding response to IL Tax audit | 0.20 |
| **Total Professional Services** | | | **$1,354.05** |

**Total Invoice Balance Due**                                                                $1,354.05

### OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 05/09/17 | 1467478 | $2,092.50 | $0.00 | $2,092.50 |
| 06/08/17 | 1470753 | $20,877.65 | $0.00 | $20,877.65 |
| 07/20/17 | 1476605 | $3,360.15 | $0.00 | $3,360.15 |
| 08/09/17 | 1480346 | $1,490.40 | $0.00 | $1,490.40 |
| 09/09/17 | 1483581 | $1,354.05 | $0.00 | $1,354.05 |
| | | | **Total Balance Due** | **$29,174.75** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|------------|-------|
| $1,354.05 | $4,850.55 | $0.00 | $20,877.65 | $2,092.50 | $29,174.75 |

Tax                                                    Invoice No. 1483581
Our Matter No. 60605.0021                               September 9, 2017

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                    Invoice No. 1483581
Debtor-In-Possesion                                                      September 9, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Tax
        Our Matter No. 60605.0021

## INVOICE SUMMARY

For Services rendered through August 31, 2017

Professional Services                                                    $1,354.05

**Total Current Invoice**                                                **$1,354.05**

Previous Balance Due                                                     $27,820.70

Total Balance Due                                                        $29,174.75

### Payment Options

Online Payments:                    Wire/ACH Instructions:
**ClientPay**                       Huntington Bank
ClientPay                           ABA for ACH     074000078
                                    ABA for Wire    044000024
                                    Account No.     01401048453
                                    Swift Code:     HUNTUS33
                                    Please Reference **Invoice No. 1483581**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1483581**

Questions or concerns, please email **payice@icemiller.com**

_____

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1483582
September 9, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Cost and Expenses
        Our Matter No. 60605.0023

## INVOICE SUMMARY

For Services rendered through August 31, 2017

| | |
|---|---|
| Disbursements | $3,166.99 |
| **Total Current Invoice** | **$3,166.99** |
| Previous Balance Due | $10,780.27 |
| Total Balance Due | $13,947.26 |



Cost and Expenses
Our Matter No. 60605.0023

Invoice No. 1483582
September 9, 2017

## COSTS ADVANCED

| Description | Amount |
|---|---|
| Color Photocopies | $12.00 |
| Photocopies | $37.20 |
| Photocopies | $52.56 |
| Legal Research Expense - WESTLAW - WESTLAW 60605.0023.01313.HHG RESEARCH | $198.00 |
| Vantiv Adversary Complaint filing fee | $350.00 |
| Business meal during meeting on 8/14/17. | $99.63 |
| Cost for expedited transcription of federal court hearing on August 14, 2017. | $271.60 |
| Legal Research Expense - WESTLAW - WESTLAW 60605.0001.06129 | $99.00 |
| Legal Research Expense - WESTLAW - WESTLAW 60605.0001.06129 | $198.00 |
| Filing fees for 11 separate adversary complaints ($350.00 each). | $1,750.00 |
| Legal Research Expense - WESTLAW - WESTLAW 60605.0023.01313.HHG RESEARCH | $99.00 |
| **Total Cost Advanced** | **$3,166.99** |

**Total Invoice Balance Due**                                     $3,166.99

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 05/09/17 | 1467479 | $2,610.51 | $0.00 | $2,610.51 |
| 06/08/17 | 1470754 | $1,528.46 | $0.00 | $1,528.46 |
| 07/20/17 | 1476606 | $3,957.57 | $0.00 | $3,957.57 |
| 08/09/17 | 1480347 | $2,683.73 | $0.00 | $2,683.73 |
| 09/09/17 | 1483582 | $3,166.99 | $0.00 | $3,166.99 |
| | | | **Total Balance Due** | **$13,947.26** |

## AGED AR

Cost and Expenses                                                                    Invoice No. 1483582
Our Matter No. 60605.0023                                                              September 9, 2017

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $3,166.99 | $6,641.30 | $0.00 | $1,528.46 | $2,610.51 | $13,947.26 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                Invoice No. 1483582
Debtor-In-Possesion                                                  September 9, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Cost and Expenses
        Our Matter No. 60605.0023

## INVOICE SUMMARY

For Services rendered through August 31, 2017

| | |
|---|---|
| Disbursements | $3,166.99 |
| **Total Current Invoice** | **$3,166.99** |
| Previous Balance Due | $10,780.27 |
| Total Balance Due | $13,947.26 |

### Payment Options

Online Payments:
**ClientPay**
ClientPay

Wire/ACH Instructions:
Huntington Bank
ABA for ACH     074000078
ABA for Wire    044000024
Account No.     01401048453
Swift Code:     HUNTUS33
Please Reference **Invoice No. 1483582**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1483582**

Questions or concerns, please email **payice@icemiller.com**

---

Payment Terms: Net 30
Tax ID: 35-0874357