# EXHIBIT A

## Ice Miller Invoices – Second Interim



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1476591
July 20, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Asset Disposition
       Our Matter No. 60605.0002

## INVOICE SUMMARY

For Services rendered through June 30, 2017

| | |
|---|---|
| Professional Services | $31,951.80 |
| **Total Current Invoice** | **$31,951.80** |
| Previous Balance Due | $17,623.78 |
| Total Balance Due | $49,575.58 |



Asset Disposition
Our Matter No. 60605.0002

Invoice No. 1476591
July 20, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 06/01/2017 | HOKA J | Finalized and forwarded form APA for sale of IP Assets. | 0.40 |
| 06/01/2017 | HOKA J | Participated in call regarding IP sale. | 0.40 |
| 06/05/2017 | FOWL S | Commenced draft of motion to sell IP assets. | 1.70 |
| 06/05/2017 | HOKA J | Exchanged emails regarding efforts to sell class action and similar claims. | 0.70 |
| 06/05/2017 | HOKA J | Spoke with Streambank officer regarding protocol for approval of sale of IP Assets (.2); exchanged emails with counsel to other constituencies regarding same (.2). | 0.40 |
| 06/06/2017 | FOWL S | Continued drafting motion to sell IP assets. | 2.10 |
| 06/06/2017 | HOKA J | Worked with Streambank to establish sale procedure deadlines. | 0.50 |
| 06/06/2017 | HOKA J | Assisted with finalization of Notice Motion related to IP Asset sale. | 0.40 |
| 06/07/2017 | FOWL S | Communicated with Hilco regarding motion to sell IP. | 0.30 |
| 06/07/2017 | FOWL S | Continued drafting motion to sell IP (3.1); communicated with various constituencies regarding same (.5). | 3.60 |
| 06/07/2017 | HOKA J | Exchanged numerous emails with Committee and GACP counsel and Streambank officers regarding options for acceleration of process for sale of IP Assets. | 0.80 |
| 06/07/2017 | HOKA J | Exchanged emails with Streambank relative to schedule of assets to be sold in IP sale. | 0.30 |
| 06/07/2017 | HOKA J | Responded to party interested in purchasing debtors' interests in class action claims. | 0.20 |
| 06/07/2017 | WALS T | Reviewed revised Intellectual Property Schedule (0.3 hrs.); e-mail correspondence and telephone conference with Hokanson regarding same (0.3 hrs.); revised Asset Purchase Agreement to incorporate changes necessitated by new Intellectual Property Schedule (0.8 hrs.); e-mail correspondence with Kaplan regarding revised Intellectual Property Schedule and Asset Purchase Agreement (0.2 hrs.). | 1.60 |
| 06/08/2017 | FOWL S | Drafted motion to shorten notice on motion for sale of IP assets. | 1.10 |
| 06/08/2017 | FOWL S | Finalized motion to sell IP assets. | 0.70 |
| 06/09/2017 | FOWL S | Communicated with the lenders, the Committee, and Hilco regarding motion to sell IP. | 0.20 |
| 06/09/2017 | FOWL S | Finalized notice of motion to sell IP assets; communicated with Donlin regarding same. | 0.40 |

Asset Disposition
Our Matter No. 60605.0002

Invoice No. 1476591
July 20, 2017

| 06/10/2017 | FOWL S | Communicated with counsel for the Committee and lenders regarding sale of class action claims. | 0.40 |
| 06/12/2017 | FOWL S | Commenced draft of motion to sell rights in class action cases. | 2.60 |
| 06/12/2017 | ALVA M | Prepared UCC-1 on Optoro, Inc. | 0.90 |
| 06/12/2017 | HOKA J | Analyzed proposed agreement and prior court orders respecting Debtors' sale of remaining inventory in distribution centers (1.2); discussed necessity of UCC filing given nature of transaction (.5). | 1.70 |
| 06/13/2017 | FOWL S | Continued drafting motion to sell class action claims; communicated with various constituencies regarding same. | 2.10 |
| 06/15/2017 | FOWL S | Revised motion to sell class action claims. | 0.40 |
| 06/15/2017 | FOWL S | Communicated with counsel for Synchrony regarding IP issues. | 0.40 |
| 06/15/2017 | HOKA J | Analyzed extended email from Synchrony's counsel and parties' agreement regarding objections to IP Asset Sale Motion (.8); spoke with Synchrony's counsel and provided report to Client officers (.6). | 1.40 |
| 06/15/2017 | HOKA J | Discussed status of bids for IP assets and status of bidders' comments to form APA. | 1.70 |
| 06/15/2017 | HOKA J | Reviewed Streambank's update on efforts to sell IP Assets. | 0.20 |
| 06/16/2017 | HOKA J | Analyzed Synchrony's objection to IP Asset Sale Motion, and forwarded to Streambank for assessment of impact on value of estate's assets. | 1.30 |
| 06/19/2017 | FOWL S | Revised motion to sell class action claims based on comments from the Committee. | 3.70 |
| 06/19/2017 | FOWL S | Communicated with numerous creditors regarding notice of motion to sell IP assets. | 0.50 |
| 06/19/2017 | FOWL S | Revised motion to sell class action claims based on comments from Great American (.6); communicated with various constituencies regarding same (.2). | 0.80 |
| 06/19/2017 | HOKA J | Sent email to Synchrony's counsel regarding proposal for settlement of objection to IP Asset Sale Motion. | 0.20 |
| 06/19/2017 | HOKA J | Spoke with D. Peress and sent email to Synchrony's counsel regarding objection to IP sale. | 0.40 |
| 06/20/2017 | FOWL S | Revised motion to sell class action claims (1.1); communicated with various constituencies regarding same (.4) | 1.50 |
| 06/20/2017 | HOKA J | Proposed to constituencies' counsel options for noticing and objection deadlines for Class Action Claim sale motion (.5) and responded to further requests of Committee and Lender counsel (.3). | 0.80 |
| 06/21/2017 | EFRO H | Telephone call from media group regarding sale of IP assets. | 0.20 |

Asset Disposition
Our Matter No. 60605.0002

Invoice No. 1476591
July 20, 2017

| 06/21/2017 | FOWL S | Revised and finalized motion to sell class action | 2.70 |
| 06/21/2017 | HOKA J | Finalized and circulated draft APA for sale of IP Assets. | 0.80 |
| 06/21/2017 | HOKA J | Assist with finalization of Claims Sale Motion. | 0.80 |
| 06/22/2017 | WEAV H | Began compilation of Board Meeting Minutes in response to committee's request. | 1.70 |
| 06/22/2017 | MERK N | Reviewed hhgregg privacy policy and desire to sell personal information assets (.1); discussed same internally (2.7); discussed same in conference call (.3). | 3.10 |
| 06/22/2017 | HOKA J | Participated in discussions regarding privacy concerns in sale of IP Assets. | 0.80 |
| 06/23/2017 | MERK N | Phone call to discuss disposition of personal information (.3); reviewed documents pertaining to same (1.0). | 1.30 |
| 06/23/2017 | HOKA J | Exchanged emails with Sears' counsel and reviewed revisions to APA for purchase of IP Assets, and responded to Streambank's inquiry regarding same. | 1.30 |
| 06/23/2017 | HOKA J | Exchanged emails regarding timing for Court approval of sale procedures and interested parties' access to data room, all regarding class action assets. | 0.40 |
| 06/23/2017 | HOKA J | Communicated with counsel to various bidders and confirmed arrangements for auction for IP Assets (1.2); discussed prospects and terms for secured lenders' credit bid (.5). | 1.70 |
| 06/23/2017 | HOKA J | Communicated regarding settlement of Synchrony's objection to IP Asset Sale. | 0.30 |
| 06/23/2017 | HOKA J | Reviewed summary of bids to purchase IP Assets, and participated in IP bid review call. | 0.80 |
| 06/23/2017 | HOKA J | Spoke with Streambank officers and with IP and Privacy law colleagues regarding IP Asset sale issues, and participated in internal discussions afterward. | 0.80 |
| 06/23/2017 | WALS T | Telephone conference and e-mail correspondence regarding bids on client's intellectual property portfolio and changes to Asset Purchase Agreement requested by Bidders (0.6); analyzed and evaluated changes to Asset Purchase Agreement requested by Bidders (1.8). | 2.40 |
| 06/25/2017 | WALS T | Completed review and analysis of revised draft of Asset Purchase Agreement provided by counsel for Sears (0.6); revised same to address issues with same (0.4); e-mail correspondence with Hokanson regarding Sears Asset Purchase Agreement (0.2). | 1.20 |
| 06/26/2017 | FOWL S | Attended auction. | 1.00 |
| 06/26/2017 | HOKA J | Addressed issues respecting bidders' revisions to form APA and list of IP assets for sale (1.0); met with Streambank and BRG officers and Committee counsel (.5); attended auction sale of IP Assets (1.5); communicated with successful bidder's counsel (.3); began preparation of IP Asset Sale Order (.8). | 4.10 |

Asset Disposition                                                    Invoice No. 1476591
Our Matter No. 60605.0002                                            July 20, 2017

| 06/26/2017 | HOKA J | Prepared email to parties interested in Class Action claims for distribution by Client officers. | 0.30 |
|---|---|---|---|
| 06/26/2017 | WALS T | Multiple e-mail correspondences regarding sale of client's Intellectual Property (0.3 hrs.); reviewed schedule of trademarks and identified duplication in same (0.3); reviewed revised schedule of trademarks (0.2); reviewed draft of revised Asset Purchase Agreement proposed by Best Buy (0.3). | 1.10 |
| 06/27/2017 | HOKA J | Hosted call of Valor's and debtors' professionals regarding sale of IP Assets. | 0.80 |
| 06/27/2017 | HOKA J | Prepared for and attended hearing on IP Asset Sale Motion. | 3.00 |
| 06/27/2017 | WALS T | Telephone conference and e-mail correspondence with counsel for Valor regarding delivery of intellectual property acquired by Valor and concerns with rights retained by Synchrony Bank (0.2); telephone conference with Hokanson and Kaplan regarding same (0.1); drafted e-mail correspondence to counsel for Valor regarding same (0.2). | 0.50 |
| 06/28/2017 | FOWL S | Drafted motion to shorten and limit notice on class action asset bid procedures. | 0.70 |
| 06/28/2017 | HOKA J | Assisted with finalization of Motion to Shorten/Limit Notice regarding Class Action Sale procedures. | 0.70 |
| 06/28/2017 | HOKA J | Prompted Valor's counsel regarding form of IP Asset Sale Order. | 0.20 |
| 06/28/2017 | WALS T | Attended to e-mail correspondence from counsel for Valor regarding open issues with intellectual property sale (0.1); telephone conference with Hokanson regarding same (0.1). | 0.20 |
| 06/29/2017 | HOKA J | Received call from M. Eisner and exchanged emails responding to inquiries about status of IP asset. | 0.70 |
| 06/30/2017 | HOKA J | Exchanged emails with Streambank and Valor's counsel regarding access to IP Asset data room, and status of IP Asset Sale Order. | 0.60 |

**Total Professional Services**                                                 **$31,951.80**

**Total Invoice Balance Due**                                                    $31,951.80

Asset Disposition
Our Matter No. 60605.0002

Invoice No. 1476591
July 20, 2017

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 05/09/17 | 1465817 | $9,473.85 | $5,655.62 | $3,818.23 |
| 05/09/17 | 1467465 | $4,408.20 | $0.00 | $4,408.20 |
| 06/08/17 | 1470740 | $9,397.35 | $0.00 | $9,397.35 |
| 07/20/17 | 1476591 | $31,951.80 | $0.00 | $31,951.80 |
| | | | **Total Balance Due** | **$49,575.58** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---|---|---|---|---|---|
| $31,951.80 | $9,397.35 | $8,226.43 | $0.00 | $0.00 | $49,575.58 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                          Invoice No. 1476591
Debtor-In-Possesion                                           July 20, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Asset Disposition
       Our Matter No. 60605.0002

## INVOICE SUMMARY

For Services rendered through June 30, 2017

Professional Services                                              $31,951.80

**Total Current Invoice**                                          **$31,951.80**

Previous Balance Due                                               $17,623.78

Total Balance Due                                                  $49,575.58

### Payment Options

Online Payments:                     Wire/ACH Instructions:
**ClientPay**                        Huntington Bank
ClientPay                            ABA for ACH    074000078
                                     ABA for Wire   044000024
                                     Account No.    01401048453
                                     Swift Code:    HUNTUS33
                                     Please Reference **Invoice No. 1476591**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1476591**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1476590
July 20, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Asset Analysis and Recovery
       Our Matter No. 60605.0001

## INVOICE SUMMARY

For Services rendered through June 30, 2017

| | |
|---|---:|
| Professional Services | $30,393.45 |
| **Total Current Invoice** | **$30,393.45** |
| Previous Balance Due | $32,153.24 |
| Total Balance Due | $62,546.69 |

deals done

525+ transactions closed worth in excess of $20 billion in the past 5 years

Asset Analysis and Recovery
Our Matter No. 60605.0001

Invoice No. 1476590
July 20, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 06/01/2017 | HOKA J | Prepared and circulated draft complaint to supplement vendor credit demands. | 1.40 |
| 06/01/2017 | HOKA J | Exchanged emails with Committee counsel and others regarding status of second vendor demands (.5); reviewed, responded to, and forwarded correspondence from all communicative accounts (.1.3). | 1.80 |
| 06/02/2017 | HOKA J | Exchanged emails with BRG officers regarding second demands to account debtors (.5); completed and circulated second draft of second vendor demand and form complaint (1.6). | 2.10 |
| 06/02/2017 | HOKA J | Exchanged emails with Company and BRG officers regarding status of various vendor and account demands (.6); revised second vendor demand and form complaint per comments and circulated (1.2). | 1.80 |
| 06/05/2017 | HOKA J | Provided additional (and extensive) revisions to form vendor complaint, and recirculated among counsel to constituencies for comment. | 1.70 |
| 06/05/2017 | HOKA J | Spoke and exchanged emails with vendor's counsel regarding response to demand. | 0.50 |
| 06/06/2017 | HOKA J | Assisted with finalization of update and request for direction to be sent to constituents regarding vendor claim negotiations. | 0.50 |
| 06/06/2017 | HOKA J | Finalized and circulated for approval all second demands and form complaints for vendor claims. | 2.30 |
| 06/06/2017 | HOKA J | Responded to BRG's inquiry regarding status of second demand letters. | 0.10 |
| 06/07/2017 | JORI W | Reviewed second demand letters sent to vendors and updated tracking chart regarding same. | 0.50 |
| 06/07/2017 | HOKA J | Provided update and requested authority regarding negotiation of vendor credit claim. | 0.40 |
| 06/07/2017 | HOKA J | Provided form Settlement Agreement for client's use in settling vendor and account claims. | 1.20 |
| 06/07/2017 | HOKA J | Sent email to unresponsive vendor with prior and second demand letters. | 0.20 |
| 06/07/2017 | HOKA J | Exchanged numerous calls and emails making preparations for compiling complaints against unresponsive vendors. | 1.00 |
| 06/07/2017 | HOKA J | Participated in BRG's weekly status call. | 0.70 |
| 06/07/2017 | HOKA J | Participated in conference call analyzing claims and defenses regarding warranty provider. | 0.50 |

Asset Analysis and Recovery
Our Matter No. 60605.0001

Invoice No. 1476590
July 20, 2017

| 06/08/2017 | FOWL S | Revised second demand letter to trade A/R vendors; communicated with client regarding same. | 0.50 |
| 06/08/2017 | JORI W | Updated tracking chart regarding demand letters (.3); prepared second round of demand letter notices to accounts receivable debtors (.6). | 0.90 |
| 06/08/2017 | HOKA J | Reviewed email traffic related to disputed vendor claim and forwarded response. | 0.30 |
| 06/09/2017 | JORI W | Reviewed and prepared for service the second demand letters on trade vendors. | 0.20 |
| 06/09/2017 | HOKA J | Reviewed and forwarded email from J. Schafer (counsel to CAC Recovery) regarding interest in purchasing Claims assets. | 0.40 |
| 06/10/2017 | HOKA J | Participate in call regarding sale of claim assets (.3); subsequent call regarding delegation of duties (.2). | 0.50 |
| 06/12/2017 | HOKA J | Exchanged emails with Samsung's counsel regarding settlement terms and mechanic's for closing any eventual settlement. | 0.50 |
| 06/12/2017 | HOKA J | Responded to numerous account debtors receiving second demand. | 1.20 |
| 06/12/2017 | HOKA J | Reviewed LG's application for allowance of administrative claim, and sent and exchanged emails to all LG and Committee counsel requesting clarification of claim overlap, etc. | 0.80 |
| 06/13/2017 | HOKA J | Responded to inquiry of Haier's counsel regarding vendor credit claim (.2) and provided requested documentation (.2). | 0.40 |
| 06/14/2017 | JORI W | Reviewed communications regarding status of demands and updated demand letter tracking chart. | 0.40 |
| 06/14/2017 | HOKA J | Responded to inquiries of various account debtors. | 0.50 |
| 06/14/2017 | HOKA J | Met with counsel to Committee and GACP and client officers regarding recovery efforts. | 2.50 |
| 06/15/2017 | JORI W | Evaluated handling to prepare complaints against vendors who have not responded to demand letters. | 0.50 |
| 06/15/2017 | HOKA J | Respond to account debtors responding to demands for payment. | 0.80 |
| 06/16/2017 | JORI W | Communications to gather information and prepare for complaints against vendor creditors. | 0.30 |
| 06/16/2017 | HOKA J | Confirmed status of all vendor payments and negotiations and directed filing suit on remainders. | 0.60 |
| 06/16/2017 | HOKA J | Exchanged emails regarding termination of insurance coverage and recovery of COLI funds. | 0.60 |
| 06/16/2017 | HOKA J | Prepared and circulated draft Settlement Agreement for Samsung. | 1.50 |

Asset Analysis and Recovery

Invoice No. 1476590

Our Matter No. 60605.0001

July 20, 2017

| | | | |
|---|---|---|---|
| 06/19/2017 | JORI W | Continued preparation of complaints against vendor creditors. | 2.50 |
| 06/19/2017 | HOKA J | Reviewed constituents' comments to draft settlement agreement, and forwarded to Samsung's counsel with invitation to discuss. | 0.60 |
| 06/19/2017 | HOKA J | Updated status report of open vendor credit claims for preparation of collection lawsuits. | 0.40 |
| 06/19/2017 | HOKA J | Exchanged email with Committee counsel regarding consummation of Trinitas settlement. | 0.20 |
| 06/19/2017 | HOKA J | Discussed protocol for sale of Class Action Claims. | 0.40 |
| 06/20/2017 | ROUS M | Analyzed case status in advance of filing complaints. | 0.40 |
| 06/20/2017 | ALVA M | Researched domestic jurisdiction and address for certain vendors. | 1.30 |
| 06/20/2017 | JORI W | Reviewed additional information and documents needed for complaints against vendors and facilitated handling of same. | 0.60 |
| 06/20/2017 | HOKA J | Sent email to Samsung's counsel confirming terms of settlement (.2); finalized and circulated draft Settlement Agreement (.6). | 0.80 |
| 06/20/2017 | HOKA J | Verified and responded to various account debtors' claims of prior satisfaction. | 0.80 |
| 06/20/2017 | HOKA J | Prodded counsel to vendor respecting status of negotiations and provided report to client officers and constituencies' counsel. | 0.40 |
| 06/20/2017 | HOKA J | Exchanged emails with Client officer and lender's counsel regarding interplay of preference claims in efforts to recover vendor credits. | 0.40 |
| 06/20/2017 | HOKA J | Met with BRG officers regarding status of recovery efforts generally. | 0.50 |
| 06/20/2017 | HOKA J | Spoke with Omega's VP of Finance and exchanged emails to settle Vendor Credit claim. | 0.50 |
| 06/21/2017 | ROUS M | Reviewed vendor agreements and associated complaints in preparation of filing. | 1.30 |
| 06/21/2017 | JORI W | Communications regarding vendor complaints and gathered Exhibits C to same. | 0.40 |
| 06/21/2017 | HOKA J | Reviewed and circulated Samsung's revisions to settlement agreement. | 0.80 |
| 06/21/2017 | HOKA J | Participated in BRG's collections status call. | 1.00 |
| 06/22/2017 | HOKA J | Responded to BRG's inquiries regarding the status of various recovery sources. | 0.60 |
| 06/22/2017 | HOKA J | Circulated and responded to inquiries regarding motion to settle vendor claims. | 1.30 |

Asset Analysis and Recovery                                          Invoice No. 1476590
Our Matter No. 60605.0001                                                 July 20, 2017

| 06/22/2017 | HOKA J | Exchanged emails regarding settlement of vendor claims vis-à-vis threatened preference claims. | 0.80 |
|---|---|---|---|
| 06/23/2017 | ALVA M | Researched domestic jurisdiction and address for certain vendors. | 0.50 |
| 06/23/2017 | JORI W | Prepared and filed the notice of settlement of claims against Samsung. | 0.40 |
| 06/23/2017 | JORI W | Communicated with Donlin regarding service of documents. | 0.30 |
| 06/23/2017 | JORI W | Communicated follow-up regarding handling of complaints against vendors and reviewed information to complete preparation of complaints. | 0.20 |
| 06/23/2017 | JORI W | Reviewed recent communications and updated demand letter tracking chart regarding status of settlement negotiations and 2nd A/R demand letters sent. | 0.60 |
| 06/23/2017 | JORI W | Finalized and filed the motion approving settlement of claims against Samsung. | 0.90 |
| 06/23/2017 | HOKA J | Spoke with LG's counsel, and provided report to constituencies. | 0.80 |
| 06/23/2017 | HOKA J | Responded to BRG's inquiries regarding status of monetization of funds related to NQDC Plan. | 0.30 |
| 06/23/2017 | HOKA J | Exchanged messages with Samsung's counsel regarding settlement terms (.2) and with Committee counsel regarding notice of settlement (.2); finalized and filed motion to approve settlement (.7). | 1.10 |
| 06/26/2017 | JORI W | Reviewed email regarding secretary of state searches on vendors to be sued. | 0.10 |
| 06/26/2017 | HOKA J | Exchanged emails between counsel to Haier regarding settlement of claims. | 0.20 |
| 06/27/2017 | ALVA M | Researched domestic jurisdiction and address for additional vendors. | 1.00 |
| 06/28/2017 | ROUS M | Drafted and filed motion for pro hac vice admission (.2); revised vendor complaints for filing (1.5). | 1.70 |
| 06/28/2017 | HOKA J | Reviewed and forwarded information relative to claims against Tech Data. | 0.40 |
| 06/28/2017 | HOKA J | Finalized compilation of venders to be sued and those which have paid or are actively negotiating settlements. | 1.30 |
| 06/28/2017 | HOKA J | Reviewed and forwarded email from LG's counsel explaining settlement posture. | 0.20 |
| 06/29/2017 | ROUS M | Revised adversary complaints against vendors. | 0.40 |
| 06/29/2017 | HOKA J | Spoke with LG's counsel to receive counteroffer, and spoke and exchanged emails with constituencies regarding response. | 1.30 |
| 06/29/2017 | HOKA J | Assisted with finalization of complaints and compilation of documents required for vendor complaints. | 0.90 |
| 06/29/2017 | HOKA J | Assisted with finalization of D&H settlement letter/agreement. | 0.50 |

Asset Analysis and Recovery
Our Matter No. 60605.0001

Invoice No. 1476590
July 20, 2017

| | | | |
|---|---|---|---|
| 06/29/2017 | WALS T | Attended to e-mail correspondence with Hokanson and Mallon regarding inventory of intellectual property purchased by Valor. | 0.20 |
| 06/30/2017 | ROUS M | Reviewed vendor agreement (.2); revised complaint against vendor and prepared for filing (.4). | 0.60 |
| 06/30/2017 | HOKA J | Responded to BRG's inquiries regarding status of various asset recovery efforts. | 0.70 |
| 06/30/2017 | HOKA J | Spoke with LG's counsel and provided update to contingencies. | 0.70 |

**Total Professional Services** **$30,393.45**

**Total Invoice Balance Due** $30,393.45

### OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 05/09/17 | 1467464 | $5,663.13 | $0.00 | $5,663.13 |
| 06/08/17 | 1470739 | $26,490.11 | $0.00 | $26,490.11 |
| 07/20/17 | 1476590 | $30,393.45 | $0.00 | $30,393.45 |
| | | | **Total Balance Due** | **$62,546.69** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---|---|---|---|---|---|
| $30,393.45 | $26,490.11 | $5,663.13 | $0.00 | $0.00 | $62,546.69 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



LEGAL COUNSEL

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Invoice No. 1476590
July 20, 2017

Re:     Asset Analysis and Recovery
        Our Matter No. 60605.0001

## INVOICE SUMMARY

For Services rendered through June 30, 2017

| | |
|---|---|
| Professional Services | $30,393.45 |
| **Total Current Invoice** | **$30,393.45** |
| Previous Balance Due | $32,153.24 |
| Total Balance Due | $62,546.69 |

### Payment Options

**Online Payments:**
**ClientPay**
ClientPay®

Wire/ACH Instructions:
Huntington Bank
ABA for ACH     074000078
ABA for Wire     044000024
Account No.      01401048453
Swift Code:       HUNTUS33
Please Reference **Invoice No. 1476590**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1476590**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1476592
July 20, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Assumption and Rejection of Leases and Contracts
        Our Matter No. 60605.0003

## INVOICE SUMMARY

For Services rendered through June 30, 2017

| | |
|---|---|
| Professional Services | $21,415.05 |
| **Total Current Invoice** | **$21,415.05** |
| Previous Balance Due | $86,810.64 |
| Total Balance Due | $108,225.69 |



525+ transactions closed worth in excess of $20 billion in the past 5 years

Assumption and Rejection of Leases and Contracts
Our Matter No. 60605.0003

Invoice No. 1476592
July 20, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 06/01/2017 | HOKA J | Spoke with M. Foster (BRG) regarding disposition of 89 Degrees contract, and sent confirming email. | 0.30 |
| 06/02/2017 | FOWL S | Communicated with Hilco and client regarding status of Round 2 assignments. | 0.50 |
| 06/02/2017 | HOKA J | Participated in update call with Hilco RE officers(.5); spoke with counsel to Woodbridge and Sterling landlords regarding rejection terms (.6), and provided update to Company, Hilco and BRG officers (.2). | 1.30 |
| 06/05/2017 | FOWL S | Communicated with landlord in Knoxville regarding keys. | 0.20 |
| 06/05/2017 | FOWL S | Drafted motion to approve assumption of Aldi and Big Lots leases; communicated with various constituencies regarding same. | 1.60 |
| 06/05/2017 | HOKA J | Exchanged emails internally, and spoke with A. Kight, regarding Kokomo lease assignment. | 0.20 |
| 06/06/2017 | FOWL S | Communicated with counsel for property manager and assignee regarding Spartanburg lease. | 0.40 |
| 06/06/2017 | FOWL S | Communicated with Hilco regarding status of assignments. | 0.30 |
| 06/06/2017 | HOKA J | Exchanged emails with co-counsel regarding delegation of various tasks (.2); emails to counsel to Commodore and Geneva landlords regarding continuance of hearings on their objections to lease rejections (.3). | 0.50 |
| 06/06/2017 | HOKA J | Spoke with Synchrony's counsel and provided summary of positions and request for participation in conference call. | 0.30 |
| 06/07/2017 | FOWL S | Communicated with counsel for ALDI regarding Birmingham assignment. | 0.30 |
| 06/07/2017 | FOWL S | Revised order on assignment of Spartanburg lease. | 0.50 |
| 06/07/2017 | FOWL S | Communicated with assignees for Round 2 leases. | 0.30 |
| 06/09/2017 | FOWL S | Reviewed and revised settlement agreement for Fort Lauderdale lease; communicated with Hokanson regarding same. | 0.60 |
| 06/09/2017 | HOKA J | Finalized and forwarded Lease Termination Agreement and Settlement Agreement regarding Bal Harbour lease. | 1.40 |
| 06/12/2017 | FOWL S | Revised and finalized motion and order approving Snellville assignment to Big Lots; communicated with various constituencies regarding same. | 0.70 |
| 06/12/2017 | FOWL S | Revised and finalized motion and order approving Spartanburg assignment to Big Lots; communicated with various constituencies regarding same. | 0.60 |
| 06/12/2017 | FOWL S | Communicated with counsel for Aldi regarding order on Birmingham lease. | 0.30 |

Assumption and Rejection of Leases and Contracts                                      Invoice No. 1476592
Our Matter No. 60605.0003                                                                      July 20, 2017

| 06/12/2017 | HOKA J | Exchanged several emails with constituents' and Synchrony's counsel regarding disposition of remaining issues between the parties. | 0.80 |
|---|---|---|---|
| 06/12/2017 | HOKA J | Responded to Hilco and sent emails to landlord's counsel and proposed assignee regarding consummation of Kokomo site assignment (.5); revised and circulated Assumption and Assignment Agreement (.4). | 0.90 |
| 06/12/2017 | HOKA J | Reviewed and forwarded to Client's logistics officer Star Leasing's and Wells Fargo's proposed protocol for determination of equipment lease rejection damages. | 0.50 |
| 06/12/2017 | HOKA J | Exchanged emails with co-counsel regarding status of open lease rejection issues and preparations for June 14th hearing. | 0.50 |
| 06/13/2017 | FOWL S | Drafted motion to approve assumption and assignment of Kokomo lease; communicated with counsel for landlord and assignee regarding same. | 0.70 |
| 06/13/2017 | HOKA J | Provided revisions to form of Assignment, and exchanges emails regarding terms of cure and assignment. | 1.10 |
| 06/13/2017 | HOKA J | Exchanged emails with counsel to Star Leasing and Wells Fargo, and with client officers, regarding protocol for determination of claims for rejection damages. | 0.80 |
| 06/13/2017 | HOKA J | Exchanged emails with constituents' counsel regarding Elux's objection to rejection of Elux contract. | 0.80 |
| 06/14/2017 | HOKA J | Exchanged emails between landlord and proposed assignee regarding settlement of assignment issues. | 0.80 |
| 06/14/2017 | HOKA J | Exchanged emails regarding agreed-upon protocol for liquidating equipment lessors' claims and rejecting contracts. | 0.70 |
| 06/14/2017 | HOKA J | Responded to inquiries regarding status of Throgmartin's motion for adequate protection and treatment at hearing. | 0.40 |
| 06/15/2017 | FOWL S | Revised and finalized motion and order to approve Snellville lease (.3); communicated with counsel for Snellville and Big Lots regarding same (.2). | 0.50 |
| 06/15/2017 | FOWL S | Drafted motion and order approving rejection of Zimmerman contract (.4); communicated with counsel for Zimmerman regarding same (.2). | 0.60 |
| 06/15/2017 | FOWL S | Finalized motion to approve assumption of Kokomo lease. | 0.40 |
| 06/15/2017 | FOWL S | Drafted notice of contract rejection; communicated with client regarding same. | 0.40 |
| 06/15/2017 | FOWL S | Communicated with counsel for ALDI regarding Birmingham lease. | 0.30 |
| 06/15/2017 | FOWL S | Communicated with counsel for Monster regarding rejection of contract. | 0.20 |
| 06/15/2017 | JORI W | Reviewed notice of rejection of contracts and communications to facilitate service of same on counterparties. | 0.80 |

Assumption and Rejection of Leases and Contracts

Invoice No. 1476592

Our Matter No. 60605.0003

July 20, 2017

| 06/15/2017 | HOKA J | Analyzed and forwarded Commodore's supplemental objection to Debtors' rejection of lease. | 0.80 |
|---|---|---|---|
| 06/16/2017 | FOWL S | Drafted motion and order approving rejection of contract with Star Leasing (.5); communicated with counsel for Star and Wells Fargo regarding same (.2). | 0.70 |
| 06/16/2017 | FOWL S | Revised and finalized motion to approve rejection of Electrolux contract (.3); communicated with counsel for Electrolux regarding same (.2). | 0.50 |
| 06/16/2017 | FOWL S | Communicated with counsel for Throgmartin regarding lease issues. | 0.20 |
| 06/16/2017 | FOWL S | Drafted notice of lease determination for headquarters. | 0.30 |
| 06/16/2017 | FOWL S | Revised and finalized motion and order approving assumption of Spartanburg lease; communicated with counsel for landlord and assignee regarding same. | 0.60 |
| 06/16/2017 | HOKA J | Reviewed and forwarded T. King's email regarding settlement of Trinitas claim. | 0.20 |
| 06/16/2017 | HOKA J | Responded to request of counsel for call to discuss logistics of hearing on Commodore and Geneva objections. | 0.20 |
| 06/16/2017 | HOKA J | Confirmed status of negotiations with Throgmartin regarding lease for HQ premises. | 0.30 |
| 06/19/2017 | FOWL S | Communicated with Cincinnati landlord regarding stub rent settlement. | 0.20 |
| 06/19/2017 | JORI W | Communicated regarding notice of contract rejections in order to complete service on contract counterparties. | 0.30 |
| 06/19/2017 | HOKA J | Exchanged emails with J. Kuhn regarding scheduling hearing on Commodore objection to rejection (.1); reviewed deadlines and strategy for briefing with MLB lawyers (.4). | 0.50 |
| 06/20/2017 | HOKA J | Exchanged emails with A. Kite regarding terms for Throgmartin landlords' withdrawal of motion for adequate protection. | 0.20 |
| 06/21/2017 | FOWL S | Communicated with counsel for Commodore and Geneva regarding mechanic's liens and rejection objections. | 0.80 |
| 06/21/2017 | FOWL S | Revised motion to approve assignment of Birmingham lease (.4); communicated with counsel for landlord regarding same (.2). | 0.60 |
| 06/21/2017 | JORI W | Prepared and submitted affidavits of service of notice of contract and lease rejections on counterparties and landlords. | 1.20 |
| 06/21/2017 | HOKA J | Exchanged emails regarding strategy for negotiations with landlords holding stub rent claims who failed to "opt in." | 0.70 |
| 06/21/2017 | HOKA J | Discussed internally, and participated in call with Geneva and Commodore landlords regarding preparations for June 27th hearing. | 0.20 |

Assumption and Rejection of Leases and Contracts

Our Matter No. 60605.0003

Invoice No. 1476592

July 20, 2017

| | | | |
|---|---|---|---|
| 06/21/2017 | HOKA J | Participated in call with Commodore and Geneva landlord's counsel regarding preparations for hearing on contested lease rejections. | 0.70 |
| 06/22/2017 | FOWL S | Communicated with Birmingham landlord regarding order on lease assignment. | 0.60 |
| 06/22/2017 | JORI W | Received and reviewed communications regarding service on landlords and contract counterparties. | 0.20 |
| 06/22/2017 | HOKA J | Exchanged emails regarding assurances of payment of stub rent. | 0.60 |
| 06/22/2017 | HOKA J | Responded to BRG's inquiry regarding payment of stub rent. | 0.30 |
| 06/23/2017 | JORI W | Submitted Debtors' response to objections of Geneva Commons and Commodore Realty regarding rejection of unexpired leases with the court. | 0.30 |
| 06/23/2017 | JORI W | Received, reviewed and finalized Debtors' response to objections of Geneva Commons and Commodore Realty regarding rejection of unexpired leases. | 0.40 |
| 06/23/2017 | JORI W | Communications regarding handling of Debtors' response to objections of Geneva Commons and Commodore Realty regarding rejection of unexpired leases. | 0.30 |
| 06/23/2017 | JORI W | Received notices and reported regarding status of service of contract rejection notices on counterparties. | 0.20 |
| 06/23/2017 | HOKA J | Assist with finalization of Debtors' Response to Commodore and Geneva Objections to proposed lease rejections. | 0.70 |
| 06/23/2017 | HOKA J | Prompted counsel to landlords with pending settlements. | 0.40 |
| 06/23/2017 | HOKA J | Exchanged calls and emails regarding Throgmartin landlords' proposal regarding allowance of administrative rent and withdrawal of motion for adequate protection. | 0.80 |
| 06/23/2017 | HOKA J | Responded to inquiry regarding access to leased premises being rejected. | 0.20 |
| 06/26/2017 | HOKA J | Reviewed draft filings and exchanged emails with counsel to Throgmartin landlords. | 0.50 |
| 06/26/2017 | HOKA J | Assisted with preparations for contested hearing regarding leases held by Commodore and Geneva landlords. | 0.80 |
| 06/26/2017 | HOKA J | Received call from counsel to party interested in 96th Street premises. | 0.20 |
| 06/27/2017 | FOWL S | Prepared for hearing on mechanic's lien objections. | 1.40 |
| 06/27/2017 | FOWL S | Reviewed proposed applications for allowance of administrative expense claim from several landlords; communicated with counsel regarding same. | 0.40 |
| 06/27/2017 | FOWL S | Communicated with counsel for Aldi regarding order on motion to assume Birmingham lease. | 0.30 |
| 06/27/2017 | HOKA J | Facilitated exchange between 96 Street property landlord and interested party. | 0.20 |

Assumption and Rejection of Leases and Contracts                                                 Invoice No. 1476592
Our Matter No. 60605.0003                                                                              July 20, 2017

| | | | |
|---|---|---|---|
| 06/27/2017 | HOKA J | Fostered exchange of information and questions between Valor and Synchrony's regarding alleged inconsistent uses of IP. | 0.50 |
| 06/27/2017 | HOKA J | Finalized and circulated IP Asset Sale Order regarding Synchrony's objection. | 0.50 |
| 06/27/2017 | HOKA J | Reviewed Stipulation Facts for hearing on Geneva and Commodore leases (.4); finalizing trial binders of stipulated exhibits (.5). | 0.90 |
| 06/28/2017 | FOWL S | Drafted settlement agreement to resolve Commodore mechanic's lien objection (.8); communicated with counsel for Commodore and the Committee regarding same (.2). | 1.00 |
| 06/28/2017 | FOWL S | Drafted notice of rejection of SRG contract (.3); communicated with the lenders and the Committee regarding same (.2). | 0.50 |
| 06/28/2017 | FOWL S | Revised motion for order approving rejection of Star Leasing contract based on comments from Wells, the Committee, and the lenders (.8); communicated regarding same (.2). | 1.00 |
| 06/28/2017 | FOWL S | Revised motion for order approving rejection of Electrolux contract (.2); communicated with counsel for Electrolux regarding same (.1). | 0.30 |
| 06/28/2017 | FOWL S | Revised and finalized motion to approve rejection of Zimmerman contract (.3); communicated with counsel for Zimmerman regarding same (.2). | 0.50 |
| 06/28/2017 | FOWL S | Drafted motion to approve rejection of Geneva and Commodore leases. | 0.80 |
| 06/28/2017 | FOWL S | Drafted settlement agreement to resolve Geneva mechanic's lien objection (1.6); communicated with counsel for Geneva, the Committee, and lenders regarding same (.2). | 1.80 |
| 06/28/2017 | HOKA J | Assisted with documentation of Geneva and Commodore landlord settlements. | 0.90 |
| 06/28/2017 | HOKA J | Responded to inquiry regarding Committee's authority to settle claims. | 0.20 |
| 06/29/2017 | FOWL S | Reviewed comments on settlement agreement with Fort Lauderdale landlord and Aldi. | 0.30 |
| 06/29/2017 | FOWL S | Revised settlement agreement with Commodore (.7); communicated with counsel for Commodore regarding same (.3). | 1.00 |
| 06/29/2017 | FOWL S | Communicated with counsel for Commodore regarding settlement agreement. | 0.20 |
| 06/30/2017 | FOWL S | Communicated with the Committee and the lenders regarding rejection of Electrolux contract. | 0.20 |

| | |
|---|---|
| **Total Professional Services** | **$21,415.05** |

Assumption and Rejection of Leases and Contracts
Our Matter No. 60605.0003

Invoice No. 1476592
July 20, 2017

**Total Invoice Balance Due**                                                          $21,415.05

### OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 05/09/17 | 1465818 | $32,658.45 | $19,496.16 | $13,162.29 |
| 05/09/17 | 1467466 | $23,597.55 | $0.00 | $23,597.55 |
| 06/08/17 | 1470741 | $50,050.80 | $0.00 | $50,050.80 |
| 07/20/17 | 1476592 | $21,415.05 | $0.00 | $21,415.05 |
| | | | **Total Balance Due** | **$108,225.69** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $21,415.05 | $50,050.80 | $36,759.84 | $0.00 | $0.00 | $108,225.69 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Invoice No. 1476592
July 20, 2017

Re:   Assumption and Rejection of Leases and Contracts
      Our Matter No. 60605.0003

## INVOICE SUMMARY

For Services rendered through June 30, 2017

| | |
|---|---|
| Professional Services | $21,415.05 |
| **Total Current Invoice** | **$21,415.05** |
| Previous Balance Due | $86,810.64 |
| Total Balance Due | $108,225.69 |

### Payment Options

Online Payments:
**ClientPay**
ClientPay®

Wire/ACH Instructions:
Huntington Bank
ABA for ACH    074000078
ABA for Wire    044000024
Account No.    01401048453
Swift Code:    HUNTUS33
Please Reference **Invoice No. 1476592**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1476592**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1476593
July 20, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Budgeting (Case)
        Our Matter No. 60605.0005

## INVOICE SUMMARY

For Services rendered through June 30, 2017

| | |
|---|---|
| Professional Services | $3,099.60 |
| **Total Current Invoice** | **$3,099.60** |
| Previous Balance Due | $911.26 |
| Total Balance Due | $4,010.86 |



**deals** *done*

**525+** transactions closed worth in excess of **$20 billion** in the past **5 years**

Budgeting (Case)                                                                 Invoice No. 1476593
Our Matter No. 60605.0005                                                              July 20, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 06/05/2017 | HOKA J | Compiled and provided weekly fee accrual summaries. | 0.60 |
| 06/14/2017 | HOKA J | Exchanged additional information regarding all estate professionals' fees, and oversaw preparation of summary of notices of draw. | 0.80 |
| 06/16/2017 | HOKA J | Received and circulated information relative to payment of fee accruals. | 0.40 |
| 06/19/2017 | HOKA J | Email to constituent's counsel regarding fee accruals and timing for payments. | 0.50 |
| 06/19/2017 | HOKA J | Provided supporting information regarding IM's fee accruals to GACP's counsel. | 0.30 |
| 06/19/2017 | HOKA J | Responded to BRG's inquiry regarding amount and intended disposition of retainer held by IM. | 0.20 |
| 06/19/2017 | HOKA J | Reviewed and responded to GACP's email regarding budgeted fees. | 0.20 |
| 06/20/2017 | HOKA J | Participated in call of professionals regarding payment of professionals' fees. | 0.70 |
| 06/27/2017 | HOKA J | Spoke with S. Brown and provided report and strategy for proceeding. | 0.60 |
| 06/28/2017 | HOKA J | Participated in call of debtor-side professionals regarding budgeting issues, and provided report and recommendation to client officer. | 1.30 |

| **Total Professional Services** | | | **$3,099.60** |
|---|---|---|---|

| **Total Invoice Balance Due** | $3,099.60 |
|---|---|

### OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 05/09/17 | 1465819 | $1,162.35 | $693.89 | $468.46 |
| 05/09/17 | 1467467 | $332.10 | $0.00 | $332.10 |
| 06/08/17 | 1470742 | $110.70 | $0.00 | $110.70 |
| 07/20/17 | 1476593 | $3,099.60 | $0.00 | $3,099.60 |
| | | | **Total Balance Due** | **$4,010.86** |

Budgeting (Case)                                                   Invoice No. 1476593
Our Matter No. 60605.0005                                          July 20, 2017

## AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|------------|-----------|-------|
| $3,099.60 | $110.70 | $800.56 | $0.00 | $0.00 | $4,010.86 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries, please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                     Invoice No. 1476593
Debtor-In-Possesion                                                              July 20, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Budgeting (Case)
        Our Matter No. 60605.0005

## INVOICE SUMMARY

For Services rendered through June 30, 2017

Professional Services                                                         $3,099.60

**Total Current Invoice**                                                     **$3,099.60**

Previous Balance Due                                                            $911.26

Total Balance Due                                                             $4,010.86

### Payment Options

Online Payments:                    Wire/ACH Instructions:
**ClientPay**                       Huntington Bank
ClientPay                           ABA for ACH      074000078
                                    ABA for Wire     044000024
                                    Account No.      01401048453
                                    Swift Code:      HUNTUS33
                                    Please Reference **Invoice No. 1476593**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1476593**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1476596
July 20, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Claims Administration and Objections
       Our Matter No. 60605.0008

### INVOICE SUMMARY

For Services rendered through June 30, 2017

| | |
|---|---|
| Professional Services | $593.55 |
| **Total Current Invoice** | **$593.55** |
| | |
| Previous Balance Due | $5,107.50 |
| Total Balance Due | $5,701.05 |



Claims Administration and Objections
Our Matter No. 60605.0008

Invoice No. 1476596
July 20, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 06/01/2017 | CRIS T | Attention to voice message from Briggs and returned her call concerning a tax claim. | 0.20 |
| 06/20/2017 | HOKA J | Spoke with Lindblom plaintiff's counsel, and exchanged emails with replacement counsel requesting dismissal of Lindblom litigation against Gregg Appliances. | 0.50 |
| 06/26/2017 | HOKA J | Reviewed and responded to Lindblom plaintiffs' counsel's email regarding effct of stay. | 0.40 |
| **Total Professional Services** | | | **$593.55** |

**Total Invoice Balance Due**                                          $593.55

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 05/09/17 | 1467470 | $4,603.50 | $0.00 | $4,603.50 |
| 06/08/17 | 1470745 | $504.00 | $0.00 | $504.00 |
| 07/20/17 | 1476596 | $593.55 | $0.00 | $593.55 |
| | | | **Total Balance Due** | **$5,701.05** |

## AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $593.55 | $504.00 | $4,603.50 | $0.00 | $0.00 | $5,701.05 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Invoice No. 1476596
July 20, 2017

Re:   Claims Administration and Objections
      Our Matter No. 60605.0008

## INVOICE SUMMARY

For Services rendered through June 30, 2017

| | |
|---|---|
| Professional Services | $593.55 |
| **Total Current Invoice** | **$593.55** |
| Previous Balance Due | $5,107.50 |
| Total Balance Due | $5,701.05 |

### Payment Options

Online Payments:
**ClientPay**
ClientPay®

Wire/ACH Instructions:
Huntington Bank
ABA for ACH     074000078
ABA for Wire     044000024
Account No.     01401048453
Swift Code:     HUNTUS33
Please Reference **Invoice No. 1476596**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1476596**

Questions or concerns, please email **payice@icemiller.com**

---

Payment Terms: Net 30
Tax ID: 35-0874357

REMITTANCE



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1476597
July 20, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Corporate Governance and Board Matters
        Our Matter No. 60605.0009

## INVOICE SUMMARY

For Services rendered through June 30, 2017

Professional Services                                           $5,131.80

**Total Current Invoice**                                       **$5,131.80**

Previous Balance Due                                            $75,941.75

Total Balance Due                                              $81,073.55



deals done

525+ transactions closed worth in excess of $20 billion in the past 5 years

Corporate Governance and Board Matters
Our Matter No. 60605.0009

Invoice No. 1476597
July 20, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 06/11/2017 | THOR J | Preparation of minutes for May 30, 2017 Board meeting (and transmittal to Board members; attention to status of required approvals of Board size and officers (1.7 HR); Preparation for June 12, 2017 Board meeting (.3 HR). | 2.00 |
| 06/12/2017 | THOR J | Preparation for and attendance at Board meeting. | 0.80 |
| 06/12/2017 | FOWL S | Attended board meeting. | 0.60 |
| 06/12/2017 | HOKA J | Participated in Board call. | 0.80 |
| 06/20/2017 | THOR J | Review of D&O coverage for scope of coverage. | 0.40 |
| 06/21/2017 | WEAV H | HH Gregg- Attention to MB and Minutes | 0.50 |
| 06/21/2017 | HUBE B | Reviewed D&D policy regarding prior acts exclusion; advised team. | 0.80 |
| 06/24/2017 | THOR J | Preparation of Minutes of June 12, 2017 Board meeting and transmittal to K. Kovacs. | 0.80 |
| 06/25/2017 | THOR J | Preparation for Board call. | 0.40 |
| 06/26/2017 | THOR J | Participation in Board call. | 0.60 |
| 06/26/2017 | FOWL S | Attended board of directors meeting. | 0.50 |
| 06/26/2017 | HOKA J | Participated in (partial) Board call. | 0.50 |
| **Total Professional Services** | | | **$5,131.80** |

**Total Invoice Balance Due**                                                                 $5,131.80

Corporate Governance and Board Matters
Our Matter No. 60605.0009

Invoice No. 1476597
July 20, 2017

### OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 05/09/17 | 1465822 | $58,345.25 | $34,830.45 | $23,514.80 |
| 05/09/17 | 1467471 | $35,062.80 | $0.00 | $35,062.80 |
| 06/08/17 | 1470746 | $17,364.15 | $0.00 | $17,364.15 |
| 07/20/17 | 1476597 | $5,131.80 | $0.00 | $5,131.80 |
| | | | **Total Balance Due** | **$81,073.55** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---|---|---|---|---|---|
| $5,131.80 | $17,364.15 | $58,577.60 | $0.00 | $0.00 | $81,073.55 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                  Invoice No. 1476597
Debtor-In-Possesion                                                    July 20, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Corporate Governance and Board Matters
        Our Matter No. 60605.0009

## INVOICE SUMMARY

For Services rendered through June 30, 2017

| | |
|---|---|
| Professional Services | $5,131.80 |
| **Total Current Invoice** | **$5,131.80** |
| Previous Balance Due | $75,941.75 |
| Total Balance Due | $81,073.55 |

### Payment Options

Online Payments:                         Wire/ACH Instructions:
**ClientPay**                            Huntington Bank
                                         ABA for ACH     074000078
                                         ABA for Wire    044000024
                                         Account No.     01401048453
                                         Swift Code:     HUNTUS33
                                         Please Reference **Invoice No. 1476597**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1476597**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1476594
July 20, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Business Operations
       Our Matter No. 60605.0006

## INVOICE SUMMARY

For Services rendered through June 30, 2017

| | |
|---|---|
| Professional Services | $11,191.05 |
| **Total Current Invoice** | **$11,191.05** |
| Previous Balance Due | $95,967.31 |
| Total Balance Due | $107,158.36 |



Business Operations
Our Matter No. 60605.0006

Invoice No. 1476594
July 20, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 06/02/2017 | FOWL S | Communicated with client and insurers regarding insurance coverage. | 0.60 |
| 06/02/2017 | HOKA J | Spoke with R. Moore (UST) and provided documents in support of KERP Motion proposed to be sealed. | 0.20 |
| 06/02/2017 | HOKA J | Reviewed and exchanged emails regarding proposed KEIP Motion. | 0.80 |
| 06/02/2017 | HOKA J | Participated in call with Insurance claim administrator and Company counsel regarding termination of insurance plans and administration of pending claims. | 0.80 |
| 06/05/2017 | HOKA J | Reviewed and forwarded UST's Objection to Motion to Seal documents filed in support of KERP Motion, and Limited Objection to KERP Motion (.3) and exchanged emails among Company officers and professionals regarding responses to same (.6). | 0.90 |
| 06/05/2017 | HOKA J | Exchanged emails regarding concerns of Committee regarding Debtors' Motion to Destroy Records. | 0.50 |
| 06/06/2017 | HOKA J | Assist with finalization of position regarding administrative vendors. | 0.40 |
| 06/06/2017 | HOKA J | Requested information and direction for response to insurance policy premium financier. | 0.20 |
| 06/07/2017 | FOWL S | Communicated with client regarding status of collection efforts. | 0.70 |
| 06/07/2017 | FOWL S | Communicated with client and MLB regarding KIEP motion. | 0.30 |
| 06/07/2017 | FOWL S | Communicated with client regarding Warrantech claims. | 0.50 |
| 06/07/2017 | HOKA J | Spoke with collection specialist at Imperial (insurance premium financier) and provided report to BRG (.4) and exchanged follow-up and confirming emails (.3). | 0.70 |
| 06/07/2017 | HOKA J | Responded to BRG with analysis of legal issues raised by US Trustee's objection to KERP (.5); responded to constituents' request for direction on local practice re KERP (.3). | 0.80 |
| 06/07/2017 | HOKA J | Exchanged emails with client officer about state court lawsuits to be stayed (.2); called and sent email to counsel to George Anthony, and received response with commitment to dismiss lawsuit against hhg (.6). | 0.80 |
| 06/07/2017 | HOKA J | Spoke with Anthem's counsel regarding wind down of medical benefit plan. | 0.20 |
| 06/07/2017 | HOKA J | Participated in call regarding strategies for responding to US Trustee's Objection to Motion to Seal and Limited Objection to KERP Motion. | 0.80 |

Business Operations
Our Matter No. 60605.0006

Invoice No. 1476594
July 20, 2017

| 06/08/2017 | FOWL S | Communicated with counsel for Faram regarding equipment; communicated with client regarding same. | 0.20 |
|---|---|---|---|
| 06/08/2017 | FOWL S | Communicated with BRG regarding trade a/r and vendor credits. | 0.30 |
| 06/09/2017 | FOWL S | Revised and finalized KEIP motion; communicated with client regarding same. | 0.60 |
| 06/12/2017 | FOWL S | Drafted withdraw of Exhibit A to KERP declaration. | 0.40 |
| 06/12/2017 | HOKA J | Exchanged additional emails with Tidewater's counsel regarding options for protecting the Debtors' and Tidewater's interest in records to be destroyed. | 0.80 |
| 06/12/2017 | HOKA J | Sent email to US Trustee's counsel proposing resolution to objection to Exhibit A to Duffy Declaration in support of KERP (.1), and assisted with finalization of Kovac Declaration (.6); exchanged emails with co-counsel regarding resolution of motion to seal and advancement of KERP Motion (.4). | 1.10 |
| 06/13/2017 | FOWL S | Finalized withdraw of Exhibit A to Duffy Declaration in support of KERP. | 0.20 |
| 06/13/2017 | FOWL S | Finalized supplemental declaration of Kovacs in support of KERP; communicated with client regarding same. | 0.40 |
| 06/13/2017 | HOKA J | Spoke with R. Moore regarding UST's concerns regarding KEIP (.2), and extended emails with client officers and constituents' counsel regarding strategy for responding (.7). | 0.90 |
| 06/14/2017 | HOKA J | Exchanged emails with Elux's counsel regarding terms for resolution of objection to motion to destroy records (1.0); exchanged emails regarding proposed Order provisions respecting Tidewater's objection to destruction motion (.6). | 1.60 |
| 06/15/2017 | FOWL S | Communicated with client regarding NQCP and related insurance issues. | 0.50 |
| 06/16/2017 | HOKA J | Reviewed and forwarded Gallagher Bassett's termination letter. | 0.20 |
| 06/18/2017 | HOKA J | Reviewed email traffic regarding District Court's request for status conference in Kisting litigation, and sent email to Court's staff counsel requesting invitation to call. | 0.20 |
| 06/19/2017 | FOWL S | Communicated with client regarding NQDC plan termination. | 0.50 |
| 06/19/2017 | HOKA J | Assist client officer with scripted response to creditors demanding payment of claims. | 0.60 |
| 06/20/2017 | HOKA J | Spoke with client officers regarding US Trustee's anticipated objections to KEIP. | 0.30 |
| 06/21/2017 | HOKA J | Responded to request from Principal officer for direction regarding termination of plans. | 0.20 |
| 06/21/2017 | HOKA J | Reviewed email traffic regarding cancellation of premium-financed insurance policies and return of unearned premiums. | 0.60 |

Business Operations
Our Matter No. 60605.0006

Invoice No. 1476594
July 20, 2017

| | | | |
|---|---|---|---|
| 06/22/2017 | FOWL S | Communicated with client regarding status of various business issues. | 0.60 |
| 06/26/2017 | FOWL S | Communicated with client regarding Zurich policies. | 0.40 |
| 06/26/2017 | HOKA J | Participated in call regarding premium-financed insurance coverage. | 0.30 |
| 06/27/2017 | HOKA J | Spoke with R. Moore regarding anticipated objections to KEIP and proposal for sharing information. | 0.30 |
| 06/28/2017 | FOWL S | Finalized KERP order. | 0.20 |
| 06/29/2017 | THOR J | Responded to question from Kovacs on Board approval of KEIP and KERP with copy of applicable Board minutes. | 0.40 |
| 06/29/2017 | FOWL S | Attended to responses to UST questions on KEIP. | 0.60 |
| 06/30/2017 | FOWL S | Attended to responses to UST regarding KEIP. | 0.20 |
| 06/30/2017 | HOKA J | Exchanged emails regarding maintenance of IP Assets pending sale. | 0.40 |
| 06/30/2017 | HOKA J | Assisted with finalization and submission of responses to US Trustee's inquiries regarding KEIP. | 0.90 |

**Total Professional Services**   **$11,191.05**

**Total Invoice Balance Due**   $11,191.05

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 05/09/17 | 1465820 | $73,181.98 | $43,687.57 | $29,494.41 |
| 05/09/17 | 1467468 | $56,997.90 | $0.00 | $56,997.90 |
| 06/08/17 | 1470743 | $9,475.00 | $0.00 | $9,475.00 |
| 07/20/17 | 1476594 | $11,191.05 | $0.00 | $11,191.05 |
| | | | **Total Balance Due** | **$107,158.36** |

## AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---|---|---|---|---|---|
| $11,191.05 | $9,475.00 | $86,492.31 | $0.00 | $0.00 | $107,158.36 |

Business Operations
Our Matter No. 60605.0006

Invoice No. 1476594
July 20, 2017

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                                    Invoice No. 1476594
Debtor-In-Possesion                                                                              July 20, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Business Operations
       Our Matter No. 60605.0006

## INVOICE SUMMARY

For Services rendered through June 30, 2017

Professional Services                                                                       $11,191.05

**Total Current Invoice**                                                                   **$11,191.05**

Previous Balance Due                                                                        $95,967.31

Total Balance Due                                                                          $107,158.36

### Payment Options

Online Payments:                        Wire/ACH Instructions:
**ClientPay**                           Huntington Bank
ClientPay®                              ABA for ACH      074000078
                                        ABA for Wire     044000024
                                        Account No.      01401048453
                                        Swift Code:      HUNTUS33
                                        Please Reference **Invoice No. 1476594**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1476594**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1476595
July 20, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Case Administration
        Our Matter No. 60605.0007

## INVOICE SUMMARY

For Services rendered through June 30, 2017

| | |
|---|---|
| Professional Services | $16,933.05 |
| **Total Current Invoice** | **$16,933.05** |
| Previous Balance Due | $114,582.22 |
| Total Balance Due | $131,515.27 |



Case Administration
Our Matter No. 60605.0007

Invoice No. 1476595
July 20, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 06/02/2017 | JORI W | Received and reviewed deficiency notice and responded to attorney regarding same. | 0.20 |
| 06/02/2017 | JORI W | Received, reviewed and submitted various affidavits of service with the court. | 0.40 |
| 06/02/2017 | JORI W | Reviewed docket and communications with Donlin regarding service of various documents. | 0.70 |
| 06/05/2017 | JORI W | Received, reviewed and submitted certificates of service with the court. | 0.40 |
| 06/05/2017 | JORI W | Reviewed docket and communications with Donlin regarding service. | 0.30 |
| 06/05/2017 | HOKA J | Exchanged emails with Court's staff regarding scheduling issues. | 0.20 |
| 06/06/2017 | FOWL S | Drafted motion to shorten notice and set expedited hearing on motion to destroy business records. | 0.90 |
| 06/06/2017 | HOKA J | Inquired of Court's and Clerk's staffs regarding availability of Court time for hearings. | 0.10 |
| 06/07/2017 | FOWL S | Communicated with MLB regarding KEIP and KERP. | 0.40 |
| 06/07/2017 | JORI W | Reviewed docket and communicated with Donlin regarding service of additional documents. | 0.20 |
| 06/07/2017 | JORI W | Submitted affidavit of service with the court. | 0.20 |
| 06/09/2017 | JORI W | Received, reviewed and submitted Affidavits of Service with the court. | 0.40 |
| 06/09/2017 | JORI W | Reviewed docket and communications with Donlin regarding service of documents. | 0.30 |
| 06/12/2017 | JORI W | Received, reviewed and submitted affidavits of service with the court. | 0.30 |
| 06/12/2017 | JORI W | Prepared agenda for Wednesday's meeting. | 0.60 |
| 06/13/2017 | FOWL S | Revised and finalized agenda for 6/13/17 hearings. | 0.60 |
| 06/13/2017 | FOWL S | Revised and finalized agreed entry and order on Gemmel motion for relief from stay; communicated with counsel for each regarding same. | 0.60 |
| 06/13/2017 | FOWL S | Prepared for hearings. | 1.30 |
| 06/13/2017 | HOKA J | Inquired of BRG regarding notice to additional creditors. | 0.60 |
| 06/13/2017 | HOKA J | Exchanged emails with Tidewater's counsel regarding objection to records destruction motion. | 0.80 |

Case Administration
Our Matter No. 60605.0007

Invoice No. 1476595
July 20, 2017

| 06/13/2017 | HOKA J | Exchange emails with constituents regarding status of matters scheduled for hearing. | 0.50 |
|---|---|---|---|
| 06/13/2017 | HOKA J | Prepare and circulate proposed Notice of Additional Creditors. | 1.30 |
| 06/14/2017 | FOWL S | Meeting with lenders, client, and committee regarding status and strategy. | 3.10 |
| 06/14/2017 | FOWL S | Hearing. | 2.30 |
| 06/14/2017 | FOWL S | Prepared for hearings. | 1.80 |
| 06/14/2017 | FOWL S | Revised and finalized agenda for hearing. | 0.30 |
| 06/14/2017 | JORI W | Received, reviewed and submitted affidavits of service with the court. | 0.20 |
| 06/14/2017 | HOKA J | Assisted with finalization of Agenda. | 0.40 |
| 06/14/2017 | HOKA J | Prepared for and attended omnibus hearing. | 3.00 |
| 06/15/2017 | FOWL S | Communicated with internal team regarding strategy. | 0.60 |
| 06/15/2017 | JORI W | Communications with Donlin regarding service of documents and affidavits needed. | 0.10 |
| 06/16/2017 | HOKA J | Responded to landlord's counsel's inquiry regarding status of case and anticipated dividend. | 0.30 |
| 06/18/2017 | HOKA J | Exchanged emails regarding necessity of extension of exclusivity periods. | 0.10 |
| 06/19/2017 | JORI W | Reviewed docket and status of pending items to be submitted with the court. | 0.20 |
| 06/19/2017 | JORI W | Received, reviewed and submitted affidavits of service with the court. | 0.20 |
| 06/19/2017 | HOKA J | Exchanged internal emails and discussions regarding creation of voice- and e-mail accounts for responses to supplemental notice of case. | 1.00 |
| 06/20/2017 | JORI W | Drafted notice of proposed agenda for June 27th hearing. | 0.70 |
| 06/20/2017 | JORI W | Communications with Donlin regarding service of documents. | 0.30 |
| 06/20/2017 | JORI W | Finalized and submitted with the court, the motion to limit notice to additional creditors and proposed order regarding same. | 0.40 |
| 06/20/2017 | JORI W | Prepared motion to limit notice to additional creditors and proposed order regarding same. | 0.90 |
| 06/20/2017 | JORI W | Finalized and submitted Notice to Additional Creditors. | 0.50 |
| 06/20/2017 | JORI W | Finalized and submitted amended schedules E/F for Gregg Appliances, Inc. | 1.20 |
| 06/20/2017 | JORI W | Reviewed pending tasks in order to prepare for group meeting. | 0.20 |
| 06/20/2017 | HOKA J | Attended working lunch of IM professionals and staff regarding updates and delegation of duties. | 1.80 |

Case Administration
Our Matter No. 60605.0007

Invoice No. 1476595
July 20, 2017

| | | | |
|---|---|---|---|
| 06/20/2017 | HOKA J | Met with BRG and company officers regarding addresses for the "missing 65,000." | 0.80 |
| 06/21/2017 | JORI W | Received and reviewed deficiency notice for Gregg Appliances, Inc. and filed declaration of amended schedules. | 0.50 |
| 06/21/2017 | HOKA J | Exchanged emails regarding threatened default in payment of quarterly fees to UST. | 0.50 |
| 06/21/2017 | HOKA J | Exchanged emails with Court's and Clerk's staff regarding matters scheduled for hearings. | 0.50 |
| 06/21/2017 | HOKA J | Prepared stock voicemail greeting and email auto-reply for notices of bankruptcy sent to "Additional Creditors." | 0.40 |
| 06/21/2017 | HOKA J | Sent email to Clerk and Court staffs, and with counsel to constituents, regarding scheduling issues. | 0.70 |
| 06/22/2017 | JORI W | Reviewed docket and communications with Donlin regarding service of documents. | 0.30 |
| 06/22/2017 | HOKA J | Internally discussed and spoke with Donlin officers, and sent email to US Trustee with options for treatment of notice to creditors with unavailable addresses. | 0.80 |
| 06/22/2017 | HOKA J | Exchanged emails with Court's and Clerk's staff regarding status of matters scheduled for hearing. | 0.20 |
| 06/23/2017 | HOKA J | Exchanged emails with Donlin officers regarding service of notice of case upon additional creditors. | 0.50 |
| 06/26/2017 | JORI W | Received, reviewed and submitted affidavit of service with the court. | 0.20 |
| 06/26/2017 | JORI W | Reviewed docket and communications with Donlin regarding outstanding affidavits of service needed. | 0.30 |
| 06/26/2017 | HOKA J | Sent emails to Court's and Clerk's staff regarding scheduling issues. | 0.40 |
| 06/26/2017 | HOKA J | Spoke with opposing counsel regarding status of pending issues, and exchanged emails with Debtor-side constituents regarding same. | 0.40 |
| 06/26/2017 | HOKA J | Exchanged various emails regarding status of matters set for June 27th hearing. | 0.60 |
| 06/27/2017 | FOWL S | Communicated with creditor regarding status of case. | 0.20 |
| 06/27/2017 | FOWL S | Attended hearing on IP sale and mechanic's lien issues. | 1.40 |
| 06/27/2017 | FOWL S | Revised and finalized agenda for hearing. | 0.40 |
| 06/27/2017 | HOKA J | Exchanged emails regarding scheduling of various hearings. | 0.30 |
| 06/29/2017 | FOWL S | Attended to monthly operating report. | 0.40 |

Case Administration                                                                     Invoice No. 1476595
Our Matter No. 60605.0007                                                                      July 20, 2017

| | | | |
|---|---|---|---|
| 06/30/2017 | HOKA J | Forwarded US Trustee's response regarding notice to creditors without addresses and discussed preferred course. | 0.30 |

**Total Professional Services**                                                              **$16,933.05**

**Total Invoice Balance Due**                                                                  $16,933.05

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 05/09/17 | 1465821 | $62,314.00 | $37,199.69 | $25,114.31 |
| 05/09/17 | 1467469 | $62,165.02 | $0.00 | $62,165.02 |
| 06/08/17 | 1470744 | $27,302.89 | $0.00 | $27,302.89 |
| 07/20/17 | 1476595 | $16,933.05 | $0.00 | $16,933.05 |
| | | | **Total Balance Due** | **$131,515.27** |

## AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---|---|---|---|---|---|
| $16,933.05 | $27,302.89 | $87,279.33 | $0.00 | $0.00 | $131,515.27 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Invoice No. 1476595
July 20, 2017

Re:    Case Administration
       Our Matter No. 60605.0007

## INVOICE SUMMARY

For Services rendered through June 30, 2017

| | |
|---|---|
| Professional Services | $16,933.05 |
| **Total Current Invoice** | **$16,933.05** |
| Previous Balance Due | $114,582.22 |
| Total Balance Due | $131,515.27 |

### Payment Options

**Online Payments:**
**ClientPay**
ClientPay®

Wire/ACH Instructions:
Huntington Bank
ABA for ACH     074000078
ABA for Wire    044000024
Account No.     01401048453
Swift Code:     HUNTUS33
Please Reference **Invoice No. 1476595**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1476595**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1476598
July 20, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Employee Benefits and Pensions
       Our Matter No. 60605.0010

## INVOICE SUMMARY

For Services rendered through June 30, 2017

| | |
|---|---|
| Professional Services | $4,538.70 |
| **Total Current Invoice** | **$4,538.70** |
| | |
| Previous Balance Due | $34,678.42 |
| Total Balance Due | $39,217.12 |



Employee Benefits and Pensions
Our Matter No. 60605.0010

Invoice No. 1476598
July 20, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 06/05/2017 | HOKA J | Spoke with A. Sneed and forwarded emails regarding her inquiry respecting health insurance coverage. | 0.30 |
| 06/13/2017 | HOKA J | Exchanged emails with BRG officer regarding status of YST's objection to KERP (.2); assisted with finalization of Kovac's declaration in support of KERP (.5); provided comments of UST's counsel and led additional discussions regarding strategy for hearing (.8); respond to inquiries regarding motion to seal exhibit to KERP (.4). | 1.90 |
| 06/14/2017 | BURK C | Worked on status of deferred compensation asset liquidation issues; worked on power of attorney form for Department of Labor audit; e-mailed same to Disilets. | 1.20 |
| 06/15/2017 | BURK C | Telephone call with Desilets and Hokanson regarding liquidation of assets in nonqualified plan; worked on power of attorney for Department of Labor. | 0.70 |
| 06/19/2017 | BURK C | Participated in call regarding liquidating COLI products for excess benefit plan; worked on related issues regarding same. | 0.60 |
| 06/19/2017 | HOKA J | Participated in call regarding NQDC Plan termination. | 0.40 |
| 06/22/2017 | BURK C | Reviewed correspondence regarding nonqualified deferred compensation plan issues raised by Principal. | 0.30 |
| 06/27/2017 | BURK C | Worked on review of Principal Stipulation on the Non-Qualified Plans. | 1.20 |
| 06/28/2017 | BURK C | Call with Breummer regarding open items related to DOL audit (.3); worked on review of documents provided (.6). | 0.90 |
| 06/28/2017 | HOKA J | Prompted client officers regarding Sneed claims. | 0.20 |
| 06/28/2017 | HOKA J | Exchanged emails regarding status of termination of employee benefit plans and dispersing benefits. | 0.50 |

| **Total Professional Services** | **$4,538.70** |
|---|---|

| **Total Invoice Balance Due** | $4,538.70 |
|---|---|

Employee Benefits and Pensions
Our Matter No. 60605.0010

Invoice No. 1476598
July 20, 2017

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 05/09/17 | 1465823 | $2,476.80 | $1,478.58 | $998.22 |
| 05/09/17 | 1467472 | $23,732.50 | $0.00 | $23,732.50 |
| 06/08/17 | 1470747 | $9,947.70 | $0.00 | $9,947.70 |
| 07/20/17 | 1476598 | $4,538.70 | $0.00 | $4,538.70 |
| | | | **Total Balance Due** | **$39,217.12** |

## AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $4,538.70 | $9,947.70 | $24,730.72 | $0.00 | $0.00 | $39,217.12 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



IceMiller
LEGAL COUNSEL

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Invoice No. 1476598
July 20, 2017

Re:  Employee Benefits and Pensions
Our Matter No. 60605.0010

## INVOICE SUMMARY

For Services rendered through June 30, 2017

Professional Services                                                        $4,538.70

**Total Current Invoice**                                                **$4,538.70**

Previous Balance Due                                                      $34,678.42

Total Balance Due                                                        $39,217.12

### Payment Options

Online Payments:                    Wire/ACH Instructions:
**ClientPay**                       Huntington Bank
ClientPay®                          ABA for ACH     074000078
                                    ABA for Wire    044000024
                                    Account No.     01401048453
                                    Swift Code:     HUNTUS33
                                    Please Reference **Invoice No. 1476598**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1476598**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1476600
July 20, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Financing and Cash Collateral
       Our Matter No. 60605.0013

## INVOICE SUMMARY

For Services rendered through June 30, 2017

| | |
|---|---|
| Professional Services | $498.15 |
| **Total Current Invoice** | **$498.15** |
| Previous Balance Due | $24,358.58 |
| Total Balance Due | $24,856.73 |



Financing and Cash Collateral
Our Matter No. 60605.0013

Invoice No. 1476600
July 20, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 06/29/2017 | HOKA J | Assisted with finalization of BRG's summary of expected receipts and disbursements. | 0.90 |
| **Total Professional Services** | | | **$498.15** |

| | |
|---|---|
| **Total Invoice Balance Due** | $498.15 |

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 05/09/17 | 1465825 | $8,911.35 | $5,319.82 | $3,591.53 |
| 05/09/17 | 1467475 | $15,221.25 | $0.00 | $15,221.25 |
| 06/08/17 | 1470749 | $5,545.80 | $0.00 | $5,545.80 |
| 07/20/17 | 1476600 | $498.15 | $0.00 | $498.15 |
| | | | **Total Balance Due** | **$24,856.73** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $498.15 | $5,545.80 | $18,812.78 | $0.00 | $0.00 | $24,856.73 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries, please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Invoice No. 1476600
July 20, 2017

Re:    Financing and Cash Collateral
       Our Matter No. 60605.0013

## INVOICE SUMMARY

For Services rendered through June 30, 2017

| | |
|---|---:|
| Professional Services | $498.15 |
| **Total Current Invoice** | **$498.15** |
| Previous Balance Due | $24,358.58 |
| Total Balance Due | $24,856.73 |

### Payment Options

Online Payments:
**ClientPay**
ClientPay®

Wire/ACH Instructions:
Huntington Bank
ABA for ACH     074000078
ABA for Wire    044000024
Account No.     01401048453
Swift Code:     HUNTUS33
Please Reference **Invoice No. 1476600**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1476600**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1476601
July 20, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:      Litigation
         Our Matter No. 60605.0014

## INVOICE SUMMARY

For Services rendered through June 30, 2017

Professional Services                                            $3,801.60

**Total Current Invoice**                                       **$3,801.60**

Previous Balance Due                                            $37,692.59

Total Balance Due                                              $41,494.19



525+ transactions closed worth in excess of **$20 billion** in the past **5 years**

Litigation
Our Matter No. 60605.0014

Invoice No. 1476601
July 20, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 06/06/2017 | ARCE A | Reviewed Electrolux docket (.2); reviewed Whirlpool docket (.2). | 0.40 |
| 06/08/2017 | ARCE A | Received and reviewed Whirlpool's answer to counterclaim (.2); followed up on same (.1). | 0.30 |
| 06/12/2017 | HOKA J | Exchanged emails with co-counsel regarding status of pending APs. | 0.10 |
| 06/13/2017 | HOKA J | Sent email to Elux's counsel proposing resolution to objection to records destruction motion. | 0.30 |
| 06/15/2017 | FOWL S | Commenced draft of complaint against Vantiv. | 1.70 |
| 06/19/2017 | HOKA J | Participated in email exchanges with co-counsel regarding strategy for proceeding in Elux AP. | 0.80 |
| 06/20/2017 | HOKA J | Met internally regarding delegation of responsibilities for commencement and prosecution of vendor credit lawsuits, and provided background information. | 1.00 |
| 06/20/2017 | HOKA J | Exchanged emails with S. Berman regarding agreed case management order for Elux AP. | 0.30 |
| 06/20/2017 | HOKA J | Exchanged emails with A. Morical regarding status and terms for dismissal of class action litigation pending in MO. | 0.30 |
| 06/20/2017 | ARCE A | Communicated with counsel regarding case management plan. | 0.30 |
| 06/22/2017 | FOWL S | Communicated with team regarding proposed Electrolux filings. | 0.60 |
| 06/26/2017 | ARCE A | Reviewed Whirlpool adversary proceedings and Electrolux dockets. | 0.40 |
| 06/27/2017 | ARCE A | Reviewed hearing agenda. | 0.20 |
| 06/29/2017 | ARCE A | Received and reviewed Whirlpool's response to Wells Fargo's motion to dismiss. | 0.60 |
| 06/30/2017 | FOWL S | Reviewed draft Electrolux filings. | 0.80 |

| **Total Professional Services** | | | **$3,801.60** |
|---|---|---|---|

| **Total Invoice Balance Due** | $3,801.60 |
|---|---|

Litigation
Our Matter No. 60605.0014

Invoice No. 1476601
July 20, 2017

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 05/09/17 | 1465826 | $33,809.77 | $20,183.48 | $13,626.29 |
| 05/09/17 | 1467476 | $17,867.85 | $0.00 | $17,867.85 |
| 06/08/17 | 1470750 | $6,198.45 | $0.00 | $6,198.45 |
| 07/20/17 | 1476601 | $3,801.60 | $0.00 | $3,801.60 |
| | | | **Total Balance Due** | **$41,494.19** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|------------|------------|-------------|------------|-------|
| $3,801.60 | $6,198.45 | $31,494.14 | $0.00 | $0.00 | $41,494.19 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.  
Debtor-In-Possesion  
c/o Candace Bankovich  
4151 East 96th Street  
Indianapolis, IN 46240

Invoice No. 1476601  
July 20, 2017

Re:    Litigation  
      Our Matter No. 60605.0014

## INVOICE SUMMARY

For Services rendered through June 30, 2017

| | |
|---|---|
| Professional Services | $3,801.60 |
| **Total Current Invoice** | **$3,801.60** |
| Previous Balance Due | $37,692.59 |
| Total Balance Due | $41,494.19 |

### Payment Options

Online Payments:  
**ClientPay**  
**ClientPay**®

Wire/ACH Instructions:  
Huntington Bank  
ABA for ACH    074000078  
ABA for Wire    044000024  
Account No.    01401048453  
Swift Code:    HUNTUS33  
Please Reference **Invoice No. 1476601**

Payment by check  
Remit to : Ice Miller LLP  
P.O. Box 68  
Indianapolis, IN 46206-0068  
Please include remittance or reference **Invoice No. 1476601**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30  
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1476599
July 20, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:      Employment and Fee Applications
         Our Matter No. 60605.0011

## INVOICE SUMMARY

For Services rendered through June 30, 2017

| | |
|---|---|
| Professional Services | $18,823.05 |
| **Total Current Invoice** | **$18,823.05** |
| Previous Balance Due | $26,008.37 |
| Total Balance Due | $44,831.42 |



Employment and Fee Applications
Our Matter No. 60605.0011

Invoice No. 1476599
July 20, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 06/02/2017 | JORI W | Began preparing application to employ Soto Law Firm as ordinary course counsel. | 0.20 |
| 06/02/2017 | JORI W | Finalized and submitted Malfitano's Notice of Draw for May 2017 with the court. | 0.40 |
| 06/02/2017 | HOKA J | Exchanged emails with BRG officers regarding BRG's Notice of Draw for March, 2017, and provide filing information for completion of same. | 0.50 |
| 06/05/2017 | JORI W | Continued preparing application for employment of Soto law firm, including affidavit, notice of same and order. | 1.30 |
| 06/05/2017 | JORI W | Began preparation of application for Ice Miller's first interim fee application, including notice and opportunity to object, and order. | 1.10 |
| 06/05/2017 | JORI W | Began preparation of May Notice of Draw for Ice Miller. | 0.40 |
| 06/05/2017 | JORI W | Reviewed communications regarding additional retention applications needed. | 0.20 |
| 06/05/2017 | HOKA J | Responded to inquiry regarding additional applications to employ ordinary course professionals. | 0.20 |
| 06/06/2017 | JORI W | Communications with Donlin regarding documents to be served. | 0.20 |
| 06/06/2017 | JORI W | Drafted application to employ, affidavit, notice and order for Ryan LLC retention. | 1.20 |
| 06/06/2017 | JORI W | Reviewed communications and information from client for use in preparing retention documents for Ryan LLC. | 0.20 |
| 06/06/2017 | JORI W | Submitted BRG's Notice of Draw for April. | 0.40 |
| 06/06/2017 | HOKA J | Responded to BRG's request for information relative to updated conflict checks. | 0.60 |
| 06/06/2017 | HOKA J | Responded to BRG's inquiry regarding protocol for Notices of Draw and fee applications. | 0.20 |
| 06/07/2017 | JORI W | Prepared supplemental retention documents in support of application to employ Ogletree, pursuant to the Trustee's request. | 1.90 |
| 06/07/2017 | JORI W | Continued preparing Ice Miller's First Interim Fee Application. | 0.30 |
| 06/07/2017 | JORI W | Began gathering information to prepare Fee Applications for retained professionals. | 0.40 |
| 06/07/2017 | JORI W | Evaluated handling of pending retention applications in order to supplement same with required information. | 0.40 |

Employment and Fee Applications

Our Matter No. 60605.0011

Invoice No. 1476599

July 20, 2017

| 06/07/2017 | JORI W | Received and reviewed notice from Trustee regarding additional information needed for Ogletree retention application and communications with attorneys regarding handling of same. | 0.60 |
|---|---|---|---|
| 06/07/2017 | JORI W | Received and reviewed communications regarding preparation of fee applications and notices of draw for retained professionals. | 0.20 |
| 06/07/2017 | HOKA J | Reviewed and forward US Trustee's letter respecting deficiencies in Ogletree retention application (.2), and discussed means for resolving issues (.3). | 0.50 |
| 06/07/2017 | HOKA J | Provided information to BRG relative to fee applications. | 0.20 |
| 06/08/2017 | JORI W | Received, reviewed and prepared MLB's May notice of draw for submission with the court. | 0.30 |
| 06/08/2017 | JORI W | Reviewed invoices for May services and continued preparing May notice of draw for Ice Miller. | 0.70 |
| 06/08/2017 | JORI W | Supplemented and sent the draft Ryan LLC retention documents to the client for completion and verification of information in same. | 0.30 |
| 06/08/2017 | JORI W | Continued work on the supplements to Ogletree employment application. | 0.50 |
| 06/09/2017 | JORI W | Continued supplementing Soto retention documents per requirements of Trustee. | 1.20 |
| 06/09/2017 | JORI W | Submitted Ice Miller's May notice of draw with the court. | 0.20 |
| 06/09/2017 | JORI W | Submitted MLB's May notice of draw with the court. | 0.20 |
| 06/12/2017 | JORI W | Began preparing Malfitano's first interim fee application. | 0.70 |
| 06/12/2017 | JORI W | Began preparing BRG's first interim fee application. | 0.70 |
| 06/12/2017 | JORI W | Reviewed federal guidelines and continued preparing Ice Miller's first interim fee application, along with notice of same and proposed order. | 4.00 |
| 06/13/2017 | JORI W | Continued preparing Malfitano's first interim fee application, along with supporting charts, notice and proposed order. | 1.10 |
| 06/13/2017 | JORI W | Continued preparing BRG's first interim fee application, along with supporting charts, notice and proposed order. | 1.10 |
| 06/13/2017 | JORI W | Continued reviewing fee guidelines and preparing Ice Miller's first interim fee application, along with supporting charts and affidavit. | 5.40 |
| 06/14/2017 | JORI W | Continued preparing Malfitano first interim fee application. | 0.90 |
| 06/15/2017 | JORI W | Communications to follow-up regarding Ryan LLC retention documents. | 0.20 |
| 06/15/2017 | JORI W | Prepared application to employ Katz Sapper and supporting documents for same. | 1.60 |

Employment and Fee Applications
Our Matter No. 60605.0011

Invoice No. 1476599
July 20, 2017

| 06/15/2017 | JORI W | Reviewed and evaluated billing information in order to continue preparation of application and charts with required information for Ice Miller fee application. | 4.20 |
|---|---|---|---|
| 06/15/2017 | HOKA J | Email to Client officer and Ogletree counsel with US Trustee's letter respecting deficiencies in Ogletree retention application, and with draft versions of curative affidavits. | 0.60 |
| 06/15/2017 | HOKA J | Led internal discussion regarding IM's first interim fee application. | 0.50 |
| 06/15/2017 | HOKA J | Responded to BRG's inquiries regarding local practices for fee applications. | 0.50 |
| 06/16/2017 | FOWL S | Revised and finalized Ice Miller fee application. | 1.60 |
| 06/16/2017 | FOWL S | Revised and finalized Malfitano fee application; communicated with Malfitano regarding same. | 1.40 |
| 06/16/2017 | JORI W | Communications regarding Ogletree application to employ and prepared updates to application and McDermott affidavit. | 0.80 |
| 06/16/2017 | JORI W | Finalized and submitted Malfitano fee application along with supporting documents and notice of same. | 1.70 |
| 06/16/2017 | JORI W | Continued preparing Ice Miller fee application, along with supporting documents, calculations and charts as required by fee guidelines. | 4.10 |
| 06/16/2017 | HOKA J | Reviewed and provided Ogletree's supplemental declaration to R. Moore in response to the UST's threatened objection to retention. | 0.30 |
| 06/16/2017 | HOKA J | Exchanged emails regarding Malfitano's fee application. | 0.20 |
| 06/19/2017 | JORI W | Communications with client regarding debtors' declaration in support of Ogletree employment application and prepared updates to application and to affidavit in support of same. | 1.00 |
| 06/19/2017 | JORI W | Additional communications regarding calculations for Ice Miller's fee application and prepared exhibits to same. | 1.20 |
| 06/19/2017 | HOKA J | Exchanged emails with R. Mauceri regarding local practices for fee applications. | 0.20 |
| 06/19/2017 | HOKA J | Communicated with client officer regarding Declaration required to support Ogletree retention application. | 0.40 |
| 06/20/2017 | FOWL S | Communicated with professionals regarding notices of draw and fee applications. | 0.50 |
| 06/20/2017 | JORI W | Finalized and submitted Ice Miller's first interim fee application along with supporting documents. | 0.80 |
| 06/20/2017 | JORI W | Finalized and submitted supplement to application to employ Ogletree and affidavits in support of same. | 0.50 |
| 06/20/2017 | JORI W | Communications to discuss status of pending employment applications. | 0.30 |

Employment and Fee Applications

Our Matter No. 60605.0011

Invoice No. 1476599

July 20, 2017

| 06/20/2017 | HOKA J | Exchanged emails with R. Mauceri regarding assistance with filing MLB's first interim fee application. | 0.20 |
| 06/20/2017 | HOKA J | Reviewed Order authorizing employment of Ogletree and sent email to Court's staff regarding US Trustee's period to raise objections. | 0.20 |
| 06/20/2017 | HOKA J | Reviewed IM's first interim fee application with requested revisions. | 0.40 |
| 06/21/2017 | HOKA J | Exchanged emails among debtors' professionals regarding timing and requirements for first fee applications. | 0.80 |
| 06/22/2017 | JORI W | Reviewed Morgan Lewis' interim fee application, prepared notice, and assisted with filing of same. | 0.90 |
| 06/22/2017 | HOKA J | Assist with finalization of IM's first interim fee application. | 0.60 |
| 06/29/2017 | FOWL S | Attended to BRG notice of draw for May. | 0.30 |

**Total Professional Services** **$18,823.05**

**Total Invoice Balance Due** $18,823.05

### OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 05/09/17 | 1465824 | $9,119.25 | $5,443.93 | $3,675.32 |
| 05/09/17 | 1467473 | $11,218.50 | $0.00 | $11,218.50 |
| 06/08/17 | 1470748 | $11,114.55 | $0.00 | $11,114.55 |
| 07/20/17 | 1476599 | $18,823.05 | $0.00 | $18,823.05 |
| | | | **Total Balance Due** | **$44,831.42** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $18,823.05 | $11,114.55 | $14,893.82 | $0.00 | $0.00 | $44,831.42 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Employment and Fee Applications                                    Invoice No. 1476599
Our Matter No. 60605.0011                                          July 20, 2017

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                    Invoice No. 1476599
Debtor-In-Possesion                                                          July 20, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Employment and Fee Applications
       Our Matter No. 60605.0011

## INVOICE SUMMARY

For Services rendered through June 30, 2017

Professional Services                                                        $18,823.05

**Total Current Invoice**                                                    **$18,823.05**

Previous Balance Due                                                         $26,008.37

Total Balance Due                                                            $44,831.42

### Payment Options

Online Payments:                      Wire/ACH Instructions:
**ClientPay**                         Huntington Bank
                                      ABA for ACH      074000078
                                      ABA for Wire     044000024
                                      Account No.      01401048453
                                      Swift Code:      HUNTUS33
                                      Please Reference **Invoice No. 1476599**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1476599**

Questions or concerns, please email **payice@icemiller.com**

---

Payment Terms: Net 30
Tax ID: 35-0874357

REMITTANCE



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1476602
July 20, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Meetings and Communications with Creditors
       Our Matter No. 60605.0015

## INVOICE SUMMARY

For Services rendered through June 30, 2017

Professional Services                                              $1,273.05

**Total Current Invoice**                                         **$1,273.05**

Previous Balance Due                                              $10,072.80

Total Balance Due                                                $11,345.85



525+ transactions closed worth in excess of $20 billion in the past 5 years

Meetings and Communications with Creditors
Our Matter No. 60605.0015

Invoice No. 1476602
July 20, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 06/05/2017 | HOKA J | Returned various creditor calls. | 0.60 |
| 06/05/2017 | HOKA J | Responded to inquiries from counsel to W. Burris. | 0.20 |
| 06/06/2017 | HOKA J | Responded to inquiry from customer. | 0.20 |
| 06/09/2017 | HOKA J | Responded to former employees' questions regarding filing claims. | 0.40 |
| 06/13/2017 | HOKA J | Spoke with L. Ward regarding filing/treatment of EEOC claims. | 0.30 |
| 06/20/2017 | HOKA J | Exchanged emails with customer regarding claims procedure. | 0.20 |
| 06/26/2017 | HOKA J | Spoke and exchanged emails with various creditors. | 0.40 |
| **Total Professional Services** | | | **$1,273.05** |

**Total Invoice Balance Due**      $1,273.05

### OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 06/08/17 | 1470751 | $10,072.80 | $0.00 | $10,072.80 |
| 07/20/17 | 1476602 | $1,273.05 | $0.00 | $1,273.05 |
| | | | **Total Balance Due** | **$11,345.85** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $1,273.05 | $10,072.80 | $0.00 | $0.00 | $0.00 | $11,345.85 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries, please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



**LEGAL COUNSEL**

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Invoice No. 1476602
July 20, 2017

Re:     Meetings and Communications with Creditors
        Our Matter No. 60605.0015

## INVOICE SUMMARY

For Services rendered through June 30, 2017

Professional Services                                    $1,273.05

**Total Current Invoice**                                **$1,273.05**

Previous Balance Due                                     $10,072.80

Total Balance Due                                        $11,345.85

### Payment Options

Online Payments:                    Wire/ACH Instructions:
**ClientPay**                       Huntington Bank
ClientPay®                          ABA for ACH    074000078
                                    ABA for Wire   044000024
                                    Account No.    01401048453
                                    Swift Code:    HUNTUS33
                                    Please Reference **Invoice No. 1476602**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1476602**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1476603
July 20, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Plan and Disclosure Statement
        Our Matter No. 60605.0017

## INVOICE SUMMARY

For Services rendered through June 30, 2017

Professional Services        $712.80

**Total Current Invoice**        **$712.80**



Plan and Disclosure Statement
Our Matter No. 60605.0017

Invoice No. 1476603
July 20, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 06/19/2017 | FOWL S | Drafted motion to extend exclusive plan periods. | 2.20 |
| **Total Professional Services** | | | **$712.80** |

**Total Invoice Balance Due**                                                    $712.80

### OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 07/20/17 | 1476603 | $712.80 | $0.00 | $712.80 |
| | | | **Total Balance Due** | **$712.80** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|------------|-----------|-------|
| $712.80 | $0.00 | $0.00 | $0.00 | $0.00 | $712.80 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                  Invoice No. 1476603
Debtor-In-Possesion                                                    July 20, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:      Plan and Disclosure Statement
         Our Matter No. 60605.0017

## INVOICE SUMMARY

For Services rendered through June 30, 2017

Professional Services                                                      $712.80

**Total Current Invoice**                                                  **$712.80**

### Payment Options

Online Payments:                    Wire/ACH Instructions:
**ClientPay**                       Huntington Bank
                                    ABA for ACH     074000078
                                    ABA for Wire    044000024
                                    Account No.     01401048453
                                    Swift Code:     HUNTUS33
                                    Please Reference **Invoice No. 1476603**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1476603**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1476604
July 20, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Relief from Stay and Adequate Protection
       Our Matter No. 60605.0019

## INVOICE SUMMARY

For Services rendered through June 30, 2017

| | |
|---|---|
| Professional Services | $835.65 |
| **Total Current Invoice** | **$835.65** |
| Previous Balance Due | $2,324.96 |
| Total Balance Due | $3,160.61 |

**deals** *done*

525+ transactions closed worth in excess of **$20 billion** in the past **5 years**

Relief from Stay and Adequate Protection

Our Matter No. 60605.0019

Invoice No. 1476604

July 20, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 06/14/2017 | HOKA J | Exchanged emails with Gemmel's counsel regarding objection to tendered order. | 0.40 |
| 06/15/2017 | FOWL S | Drafted withdraw of Gemmel agreed entry. | 0.30 |
| 06/16/2017 | FOWL S | Communicated with counsel for personal injury claimant regarding relief from stay to pursue insurance proceeds. | 0.20 |
| 06/19/2017 | HOKA J | Spoke and sent email to K. Donovan regarding necessity of relief from stay before proceeding with state court litigation against hhg. | 0.40 |
| 06/19/2017 | HOKA J | Spoke and sent email to G. Seidule regarding necessity for relief from stay before proceeding with state court lawsuit. | 0.30 |
| 06/20/2017 | FOWL S | Communicated with counsel in 6th Circuit wage claim case regarding relief from stay. | 0.20 |

| **Total Professional Services** | | | **$835.65** |

**Total Invoice Balance Due** $835.65

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 05/09/17 | 1465828 | $442.80 | $264.34 | $178.46 |
| 05/09/17 | 1467477 | $553.50 | $0.00 | $553.50 |
| 06/08/17 | 1470752 | $1,593.00 | $0.00 | $1,593.00 |
| 07/20/17 | 1476604 | $835.65 | $0.00 | $835.65 |
| | | | **Total Balance Due** | **$3,160.61** |

## AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $835.65 | $1,593.00 | $731.96 | $0.00 | $0.00 | $3,160.61 |

Relief from Stay and Adequate Protection                                  Invoice No. 1476604
Our Matter No. 60605.0019                                                     July 20, 2017

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                    Invoice No. 1476604
Debtor-In-Possesion                                                              July 20, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Relief from Stay and Adequate Protection
       Our Matter No. 60605.0019

## INVOICE SUMMARY

For Services rendered through June 30, 2017

Professional Services                                                              $835.65

**Total Current Invoice**                                                          **$835.65**

Previous Balance Due                                                             $2,324.96

Total Balance Due                                                               $3,160.61

### Payment Options

Online Payments:                     Wire/ACH Instructions:
**ClientPay**                        Huntington Bank
                                     ABA for ACH      074000078
                                     ABA for Wire     044000024
                                     Account No.      01401048453
                                     Swift Code:      HUNTUS33
                                     Please Reference **Invoice No. 1476604**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1476604**

Questions or concerns, please email **payice@icemiller.com**

---

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1476605
July 20, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Tax
        Our Matter No. 60605.0021

## INVOICE SUMMARY

For Services rendered through June 30, 2017

| | |
|---|---|
| Professional Services | $3,360.15 |
| **Total Current Invoice** | **$3,360.15** |
| Previous Balance Due | $22,970.15 |
| Total Balance Due | $26,330.30 |



Tax                                                                                 Invoice No. 1476605
Our Matter No. 60605.0021                                                              July 20, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 06/20/2017 | SCHN T | Consultation regarding payment of self insurance excise tax (.50); followed up regarding Pennsylvania sales tax audit (1.2). | 1.70 |
| 06/20/2017 | EHIN M | Consulted regarding state tax obligations and potential personal liability (.3); analysis and reviewed case law on same (.3). | 0.60 |
| 06/20/2017 | HOKA J | Responded to inquiry regarding payment of post-petition excise taxes. | 0.10 |
| 06/21/2017 | SCHN T | Followed up regarding Pennsylvania sales tax audit (.30). | 0.30 |
| 06/22/2017 | SCHN T | Spoke with Pennsylvania tax auditor (.40). | 0.40 |
| 06/26/2017 | SCHN T | Followed up regarding Pennsylvania sales tax audit (.80). | 0.80 |
| 06/26/2017 | HOKA J | Discussed strategy for call and participated in call with Pennsylvania taxing authorities. | 0.50 |
| 06/27/2017 | SCHN T | Spoke with Kovacs regarding Pennsylvania sales tax audit (.40). | 0.40 |
| 06/30/2017 | HOKA J | Exchanged messages and internal discussions for responding to PA taxing authority's demand for audit. | 0.90 |

| **Total Professional Services** | **$3,360.15** |
|---|---|

| **Total Invoice Balance Due** | $3,360.15 |
|---|---|

### OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 05/09/17 | 1467478 | $2,092.50 | $0.00 | $2,092.50 |
| 06/08/17 | 1470753 | $20,877.65 | $0.00 | $20,877.65 |
| 07/20/17 | 1476605 | $3,360.15 | $0.00 | $3,360.15 |

| | **Total Balance Due** | **$26,330.30** |
|---|---|---|

### AGED AR

Tax

Invoice No. 1476605

Our Matter No. 60605.0021

July 20, 2017

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $3,360.15 | $20,877.65 | $2,092.50 | $0.00 | $0.00 | $26,330.30 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries, please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                    Invoice No. 1476605
Debtor-In-Possesion                                                      July 20, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Tax
       Our Matter No. 60605.0021

## INVOICE SUMMARY

For Services rendered through June 30, 2017

Professional Services                                                    $3,360.15

**Total Current Invoice**                                               **$3,360.15**

Previous Balance Due                                                     $22,970.15

Total Balance Due                                                        $26,330.30

### Payment Options

Online Payments:                          Wire/ACH Instructions:
**ClientPay**                             Huntington Bank
ClientPay®                                ABA for ACH     074000078
                                          ABA for Wire    044000024
                                          Account No.     01401048453
                                          Swift Code:     HUNTUS33
                                          Please Reference **Invoice No. 1476605**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1476605**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1476606
July 20, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Cost and Expenses
        Our Matter No. 60605.0023

## INVOICE SUMMARY

For Services rendered through June 30, 2017

| | |
|---|---|
| Disbursements | $3,957.57 |
| **Total Current Invoice** | **$3,957.57** |
| | |
| Previous Balance Due | $4,138.97 |
| Total Balance Due | $8,096.54 |



Cost and Expenses
Our Matter No. 60605.0023

Invoice No. 1476606
July 20, 2017

## COSTS ADVANCED

| Description | Amount |
|---|---|
| Color Photocopies | $2,022.00 |
| Photocopies | $122.40 |
| Courier Expense | $6.95 |
| Courier Expense | $389.20 |
| Postage Expense | $86.96 |
| Payment of fee for Matt Roush to appear today as pro hac vice in the United States Bankruptcy Court. | $100.00 |
| Filing fee to file Motion to Sell Property Free and Clear of Liens | $181.00 |
| Fee for filing Amended Schedules E/F | $31.00 |
| Legal Research Expense - WESTLAW - WESTLAW 60605.0001.06129. | $99.00 |
| Business meal. | $243.06 |
| Reimbursement for prepayment of filing fee to file Motion to Sell Property Free and Clean of Liens | $181.00 |
| Legal Research Expense - WESTLAW - WESTLAW 60605.0001.06129. | $198.00 |
| Legal Research Expense - WESTLAW - WESTLAW 60605.0001.06129. | $198.00 |
| Legal Research Expense - WESTLAW - WESTLAW 60605.0001.06129. | $99.00 |
| **Total Cost Advanced** | **$3,957.57** |

| | |
|---|---|
| **Total Invoice Balance Due** | $3,957.57 |

### OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 05/09/17 | 1467479 | $2,610.51 | $0.00 | $2,610.51 |
| 06/08/17 | 1470754 | $1,528.46 | $0.00 | $1,528.46 |
| 07/20/17 | 1476606 | $3,957.57 | $0.00 | $3,957.57 |
| | | | **Total Balance Due** | **$8,096.54** |

Cost and Expenses  
Our Matter No. 60605.0023

Invoice No. 1476606  
July 20, 2017

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---|---|---|---|---|---|
| $3,957.57 | $1,528.46 | $2,610.51 | $0.00 | $0.00 | $8,096.54 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries, please contact  
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                    Invoice No. 1476606
Debtor-In-Possesion                                                July 20, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Cost and Expenses
       Our Matter No. 60605.0023

## INVOICE SUMMARY

For Services rendered through June 30, 2017

Disbursements                                                          $3,957.57

**Total Current Invoice**                                          **$3,957.57**

Previous Balance Due                                                  $4,138.97

Total Balance Due                                                    $8,096.54

### Payment Options

Online Payments:                    Wire/ACH Instructions:
**ClientPay**                       Huntington Bank
                                    ABA for ACH    074000078
                                    ABA for Wire   044000024
                                    Account No.    01401048453
                                    Swift Code:    HUNTUS33
                                    Please Reference **Invoice No. 1476606**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1476606**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357