

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1486934
October 6, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Asset Analysis and Recovery
        Our Matter No. 60605.0001

## INVOICE SUMMARY

For Services rendered through September 30, 2017

| | |
|---|---|
| Professional Services | $3,653.10 |
| **Total Current Invoice** | **$3,653.10** |
| Previous Balance Due | $96,301.80 |
| Total Balance Due | $99,954.90 |



Bonds help build communities. Our client-focused work touches all aspects of your life. Our focus is you and the community you support.

Asset Analysis and Recovery                                                    Invoice No. 1486934
Our Matter No. 60605.0001                                                        October 6, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 09/05/2017 | HOKA J | Responded to inquiry from The Principal regarding timing for Court approval, and client's inquiry of The Principal regarding timing for payment. | 0.30 |
| 09/06/2017 | HOKA J | Reviewed and forwarded email from Cablecar Capital regarding interest in additional class action assets. | 0.20 |
| 09/06/2017 | HOKA J | Prompted J. Browne at Nikon for response to vendor credit demands. | 0.10 |
| 09/07/2017 | HOKA J | Exchanged emails with Committee counsel regarding status of split settlements. | 0.50 |
| 09/08/2017 | HOKA J | Exchanged emails with vendor's counsel regarding Debtors' claims, and request for compliance with informal discovery requests. | 0.50 |
| 09/08/2017 | HOKA J | Exchanged emails with Principal officers regarding status of NWDC Plan settlement. | 0.20 |
| 09/08/2017 | HOKA J | Reviewed and forwarded to Debtors' corporate counsel the Insured Persons' Stay Motion and proposed objection thereto (.4); exchanged emails with constituents regarding comments to proposed objection (.4). | 0.80 |
| 09/11/2017 | HOKA J | Exchanged emails regarding timing for receipt of Rabbi Trust funds. | 0.30 |
| 09/12/2017 | HOKA J | Circulated signed stipulation with Principal (.2), and exchanged emails with Principal's officer regarding valuation of accounts (.2). | 0.40 |
| 09/13/2017 | HOKA J | Exchanged emails with GE's counsel regarding admin claim. | 0.20 |
| 09/14/2017 | HOKA J | Provided update regarding claims vs. Vantiv. | 0.40 |
| 09/14/2017 | HOKA J | Continued exchanges regarding GE's administrative claim. | 0.40 |
| 09/18/2017 | HOKA J | Confirmed receipt of Principal settlement funds. | 0.20 |
| 09/19/2017 | HOKA J | Spoke with Nikon's in-house counsel regarding vendor credit claim. | 0.30 |
| 09/21/2017 | HOKA J | Provided update to Committee respecting vendor credit claims. | 0.50 |
| 09/25/2017 | HOKA J | Provided update regarding status of remaining recoveries. | 0.50 |
| 09/27/2017 | HOKA J | Exchanged emails regarding Tech Data's delinquent settlement payment. | 0.20 |
| 09/28/2017 | HOKA J | Spoke and exchanged emails with Sheriff Johnson regarding restitution obligation payable to HHG. | 0.30 |
| 09/29/2017 | HOKA J | Prompted vendor for remaining settlement payment, and provided client options should default occur. | 0.30 |

Asset Analysis and Recovery

Invoice No. 1486934

Our Matter No. 60605.0001

October 6, 2017

---

**Total Professional Services**                                                       **$3,653.10**

**Total Invoice Balance Due**                                                   $3,653.10

### OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 07/20/17 | 1476590 | $30,393.45 | $0.00 | $30,393.45 |
| 08/09/17 | 1480333 | $32,545.35 | $0.00 | $32,545.35 |
| 09/09/17 | 1483567 | $33,363.00 | $0.00 | $33,363.00 |
| 10/06/17 | 1486934 | $3,653.10 | $0.00 | $3,653.10 |
| | | | **Total Balance Due** | **$99,954.90** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---|---|---|---|---|---|
| $37,016.10 | $32,545.35 | $30,393.45 | $0.00 | $0.00 | $99,954.90 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                    Invoice No. 1486934
Debtor-In-Possesion                                                      October 6, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Asset Analysis and Recovery
       Our Matter No. 60605.0001

## INVOICE SUMMARY

For Services rendered through September 30, 2017

Professional Services                                                    $3,653.10

**Total Current Invoice**                                               **$3,653.10**

Previous Balance Due                                                     $96,301.80

Total Balance Due                                                        $99,954.90

### Payment Options

Online Payments:              Wire/ACH Instructions:
**ClientPay**                 Huntington Bank
ClientPay                     ABA for ACH      074000078
                              ABA for Wire     044000024
                              Account No.      01401048453
                              Swift Code:      HUNTUS33
                              Please Reference **Invoice No. 1486934**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1486934**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1486935
October 6, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Asset Disposition
        Our Matter No. 60605.0002

## INVOICE SUMMARY

For Services rendered through September 30, 2017

| | |
|---|---|
| Professional Services | $12,344.40 |
| **Total Current Invoice** | **$12,344.40** |
| | |
| Previous Balance Due | $74,982.60 |
| Total Balance Due | $87,327.00 |



Bonds help build communities. Our client-focused work touches all aspects of your life. Our focus is you and the community you support.

Asset Disposition
Our Matter No. 60605.0002

Invoice No. 1486935
October 6, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 09/05/2017 | HOKA J | Began preparation of Auction Rules/script (1.4); spoke with bidder's counsel (.2) and exchanged emails with constituents' counsel regarding vacated auction (.5); drafted and circulated Sale Order (1.8), and exchanged emails with Committee counsel regarding terms (.2); sent email to bidder's counsel regarding status as back up bidder (.2). | 4.30 |
| 09/06/2017 | HOKA J | Revised and received comments respecting form of Sale Order for Class Action Asset Sale (1.4); finalized Order and "clean" APA for Clearmeadow's review and signature (.8); exchanged emails with PRA's counsel regarding status as Back-Up Biller (.2). | 2.40 |
| 09/07/2017 | HOKA J | Finalize Peterson's Declaration and bidders' Affidavits, and revised Class Action Sale Order, and circulate for comment and approval (1.2); finalized per comments of Committee counsel (.4), and circulated amongst signatories (.6). | 2.20 |
| 09/08/2017 | FOWL S | Finalized affidavit in support of motion to sell class action assets. | 0.40 |
| 09/08/2017 | ALVA M | Drafted Termination and Release of Security Interest in Trademarks. | 0.30 |
| 09/08/2017 | HOKA J | Assisted with compilation of final sale documents, drafted filing cover sheets for affidavits, and finalized Sale Order regarding Class Action Assets. | 1.50 |
| 09/11/2017 | HOKA J | Sent update to counsel to Back-Up Bidder. | 0.20 |
| 09/11/2017 | HOKA J | Sent Sale Order to purchaser and APA to all parties for signature, with directions for closing. | 0.50 |
| 09/11/2017 | HOKA J | Forwarded Court staff's update regarding Class Action Sale Order; | 0.20 |
| 09/12/2017 | HOKA J | Finalized and forwarded proposed sale closing documents to Clearmeadow's officer and counsel. | 2.00 |
| 09/12/2017 | HOKA J | Prepared and circulated Assignment and Notice of Assignment for Class Action assets. | 2.20 |
| 09/13/2017 | HOKA J | Finalize and circulate for signature all assignment documents for Class Action asset sale. | 2.40 |
| 09/13/2017 | HOKA J | Responded to Clearmeadow's inquiry regarding payment for Class Action assets. | 0.20 |
| 09/13/2017 | HOKA J | Reviewed and forwarded Clearmeadow's requests for additional information as part of closing. | 0.50 |
| 09/14/2017 | HOKA J | Circulated to Clearmeadow fully-executed sale documents and finalized closing. | 0.80 |

Asset Disposition                                                                Invoice No. 1486935
Our Matter No. 60605.0002                                                        October 6, 2017

| 09/19/2017 | HOKA J | Spoke with client officers regarding post-closing issues respecting Class Action assets. | 0.30 |
|---|---|---|---|
| 09/20/2017 | HOKA J | Sent email to Wells' counsel regarding release of perfections filings on sold IP assets. | 0.50 |
| 09/26/2017 | FOWL S | Communicated with client regarding inventory held by Demar Logistics. | 0.20 |
| 09/26/2017 | FOWL S | Communicated with lenders regarding release of liens on intellectual property. | 0.30 |
| 09/26/2017 | HOKA J | Provide outline for discussions respecting disbursement of funds from Class Action recoveries. | 0.80 |
| 09/26/2017 | HOKA J | Responded to Valor's inquiry regarding the status of lien releases. | 0.20 |
| 09/28/2017 | HOKA J | Further responded to Valor regarding release of Wells' liens on purchased IP, and exchanged emails with Wells' counsel regarding same. | 0.40 |

**Total Professional Services**                                                 **$12,344.40**

**Total Invoice Balance Due**                                     $12,344.40

### OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 07/20/17 | 1476591 | $31,951.80 | $0.00 | $31,951.80 |
| 08/09/17 | 1480334 | $28,589.85 | $0.00 | $28,589.85 |
| 09/09/17 | 1483568 | $14,440.95 | $0.00 | $14,440.95 |
| 10/06/17 | 1486935 | $12,344.40 | $0.00 | $12,344.40 |
| | | | **Total Balance Due** | **$87,327.00** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---|---|---|---|---|---|
| $26,785.35 | $28,589.85 | $31,951.80 | $0.00 | $0.00 | $87,327.00 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Asset Disposition                                                        Invoice No. 1486935
Our Matter No. 60605.0002                                                October 6, 2017

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



**LEGAL COUNSEL**

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                    Invoice No. 1486935
Debtor-In-Possesion                                                       October 6, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Asset Disposition
        Our Matter No. 60605.0002

## INVOICE SUMMARY

For Services rendered through September 30, 2017

Professional Services                                                    $12,344.40

**Total Current Invoice**                                                **$12,344.40**

Previous Balance Due                                                     $74,982.60

Total Balance Due                                                        $87,327.00

### Payment Options

Online Payments:                    Wire/ACH Instructions:
**ClientPay**                       Huntington Bank
                                    ABA for ACH    074000078
                                    ABA for Wire   044000024
                                    Account No.    01401048453
                                    Swift Code:    HUNTUS33
                                    Please Reference **Invoice No. 1486935**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1486935**

Questions or concerns, please email **payice@icemiller.com**

---

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1486936
October 6, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Assumption and Rejection of Leases and Contracts
        Our Matter No. 60605.0003

## INVOICE SUMMARY

For Services rendered through September 30, 2017

Professional Services                                          $803.25

**Total Current Invoice**                                      **$803.25**

Previous Balance Due                                           $35,301.15

Total Balance Due                                             $36,104.40



Assumption and Rejection of Leases and Contracts
Our Matter No. 60605.0003

Invoice No. 1486936
October 6, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 09/21/2017 | FOWL S | Drafted notice of contract rejection (.5); communicated with client regarding same (.2). | 0.70 |
| 09/26/2017 | FOWL S | Drafted notice of rejection of additional contracts (.5); communicated with client regarding same (.1). | 0.60 |
| 09/26/2017 | FOWL S | Communicated with client regarding rejection of Oracle contract (.1); communicated with counsel for Oracle regarding same (.2). | 0.30 |
| 09/26/2017 | FOWL S | Communicated with counsel for Trintech regarding termination of contract. | 0.10 |
| 09/26/2017 | JORI W | Reviewed recent rejection notice and prepared and submitted certificate of service of same on contract counterparties. | 0.50 |
| 09/27/2017 | FOWL S | Communicated with counsel for Oracle regarding contract rejection (.2); communicated with client regarding same (.1). | 0.30 |
| **Total Professional Services** | | | **$803.25** |

**Total Invoice Balance Due** $803.25

### OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 07/20/17 | 1476592 | $21,415.05 | $0.00 | $21,415.05 |
| 08/09/17 | 1480335 | $9,171.90 | $0.00 | $9,171.90 |
| 09/09/17 | 1483569 | $4,714.20 | $0.00 | $4,714.20 |
| 10/06/17 | 1486936 | $803.25 | $0.00 | $803.25 |
| | | | **Total Balance Due** | **$36,104.40** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|------------|------------|-------------|------------|-------|
| $5,517.45 | $9,171.90 | $21,415.05 | $0.00 | $0.00 | $36,104.40 |

Assumption and Rejection of Leases and Contracts

Our Matter No. 60605.0003

Invoice No. 1486936

October 6, 2017

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                    Invoice No. 1486936
Debtor-In-Possesion                                                       October 6, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Assumption and Rejection of Leases and Contracts
       Our Matter No. 60605.0003

## INVOICE SUMMARY

For Services rendered through September 30, 2017

Professional Services                                                           $803.25

**Total Current Invoice**                                                      **$803.25**

Previous Balance Due                                                          $35,301.15

Total Balance Due                                                            $36,104.40

### Payment Options

Online Payments:                          Wire/ACH Instructions:
**ClientPay**                              Huntington Bank
                                           ABA for ACH    074000078
                                           ABA for Wire   044000024
                                           Account No.    01401048453
                                           Swift Code:    HUNTUS33
                                           Please Reference **Invoice No. 1486936**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1486936**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1486937
October 6, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Budgeting (Case)
       Our Matter No. 60605.0005

## INVOICE SUMMARY

For Services rendered through September 30, 2017

| | |
|---|---|
| Professional Services | $1,134.00 |
| **Total Current Invoice** | **$1,134.00** |
| Previous Balance Due | $3,542.40 |
| Total Balance Due | $4,676.40 |



Bonds help build communities. Our client-focused work touches all aspects of your life. Our focus is you and the community you support.

Budgeting (Case)                                                                                        Invoice No. 1486937
Our Matter No. 60605.0005                                                                                    October 6, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 09/07/2017 | JORI W | Gathered information to assist with preparation of budget for pending tasks. | 0.60 |
| 09/07/2017 | HOKA J | Exchanged emails amongst Case Professionals regarding application of pending fees to carve-outs and budgets for 4Q and beyond (.8); sent internal messages regarding IM's budget projections for balance of case (.8). | 1.60 |
| 09/19/2017 | JORI W | Reviewed emails regarding projected fees for fourth quarter and updated estimates. | 0.20 |
| **Total Professional Services** | | | **$1,134.00** |

**Total Invoice Balance Due**                                                                                $1,134.00

### OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 07/20/17 | 1476593 | $3,099.60 | $0.00 | $3,099.60 |
| 09/09/17 | 1483570 | $442.80 | $0.00 | $442.80 |
| 10/06/17 | 1486937 | $1,134.00 | $0.00 | $1,134.00 |
| | | | **Total Balance Due** | **$4,676.40** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|------------|------------|-------------|------------|-------|
| $1,576.80 | $0.00 | $3,099.60 | $0.00 | $0.00 | $4,676.40 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                Invoice No. 1486937
Debtor-In-Possesion                                                  October 6, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Budgeting (Case)
        Our Matter No. 60605.0005

## INVOICE SUMMARY

For Services rendered through September 30, 2017

Professional Services                                                $1,134.00

**Total Current Invoice**                                            **$1,134.00**

Previous Balance Due                                                 $3,542.40

Total Balance Due                                                    $4,676.40

### Payment Options

Online Payments:                    Wire/ACH Instructions:
**ClientPay**                       Huntington Bank
ClientPay                           ABA for ACH      074000078
                                    ABA for Wire     044000024
                                    Account No.      01401048453
                                    Swift Code:      HUNTUS33
                                    Please Reference **Invoice No. 1486937**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1486937**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



LEGAL COUNSEL

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1486938
October 6, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Business Operations
        Our Matter No. 60605.0006

## INVOICE SUMMARY

For Services rendered through September 30, 2017

| | |
|---|---|
| Professional Services | $2,690.55 |
| **Total Current Invoice** | **$2,690.55** |
| Previous Balance Due | $29,368.80 |
| Total Balance Due | $32,059.35 |



Bonds help build communities. Our client-focused work touches all aspects of your life. Our focus is you and the community you support.

Business Operations
Our Matter No. 60605.0006

Invoice No. 1486938
October 6, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 09/05/2017 | PISA M | Telephone call with Alice Morical at Hoover, Hull and Turner regarding withdraw from Illinois litigation. | 0.30 |
| 09/06/2017 | PISA M | Prepare correspdoence regarding withdraw of counsel in cook county litigation. | 0.40 |
| 09/06/2017 | HOKA J | Provided updates from Court proceedings to various factions interested in differing issues. | 0.80 |
| 09/08/2017 | HOKA J | Responded to inquiry regarding non-party discovery requests pending against Debtors. | 0.20 |
| 09/08/2017 | HOKA J | Exchanged emails with Warrantech's counsel regarding Debtors' consent to W'tech's use of 1-800 service telephone number, and reviewed and revised written consent form. | 1.00 |
| 09/11/2017 | HOKA J | Finalized and forwarded Debtors' consent to CenturyLink's license to Warrantech for toll free number. | 0.20 |
| 09/12/2017 | JORI W | Reviewed and submitted BRG's August notice of draw with the court and reported to BRG regarding same. | 0.30 |
| 09/12/2017 | JORI W | Reviewed, prepared for filing and submitted August 2017 monthly operating reports to the court for all three entities. | 0.80 |
| 09/12/2017 | HOKA J | Exchanged emails between former employee and officers of Principal regarding access to retirement account. | 0.50 |
| 09/13/2017 | HOKA J | Circulated request for consent to payment of various vendors. | 0.20 |
| 09/19/2017 | HOKA J | Exchanged emails regarding status of Anthem payments. | 0.20 |
| 09/25/2017 | HOKA J | Spoke with J. Mamorsky regarding third-party discovery requests to HHG relative to Whirlpool Litigation. | 0.20 |
| 09/26/2017 | HOKA J | Reviewed and forwarded third-party discovery requests relative to Whirlpool Litigation. | 0.30 |
| 09/27/2017 | HOKA J | Exchanged emails regarding status of Home Meridian's 2004 Motion and discussions with Ryder. | 0.20 |

| **Total Professional Services** | | | **$2,690.55** |

**Total Invoice Balance Due**                                            $2,690.55

Business Operations
Our Matter No. 60605.0006

Invoice No. 1486938
October 6, 2017

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 07/20/17 | 1476594 | $11,191.05 | $0.00 | $11,191.05 |
| 08/09/17 | 1480336 | $14,388.30 | $0.00 | $14,388.30 |
| 09/09/17 | 1483571 | $3,789.45 | $0.00 | $3,789.45 |
| 10/06/17 | 1486938 | $2,690.55 | $0.00 | $2,690.55 |
| | | | **Total Balance Due** | **$32,059.35** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $6,480.00 | $14,388.30 | $11,191.05 | $0.00 | $0.00 | $32,059.35 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                           Invoice No. 1486938
Debtor-In-Possesion                                                             October 6, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Business Operations
        Our Matter No. 60605.0006

## INVOICE SUMMARY

For Services rendered through September 30, 2017

Professional Services                                                           $2,690.55

**Total Current Invoice**                                                       **$2,690.55**

Previous Balance Due                                                            $29,368.80

Total Balance Due                                                               $32,059.35

### Payment Options

Online Payments:                          Wire/ACH Instructions:
**ClientPay**                             Huntington Bank
                                          ABA for ACH      074000078
                                          ABA for Wire     044000024
                                          Account No.      01401048453
                                          Swift Code:      HUNTUS33
                                          Please Reference **Invoice No. 1486938**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1486938**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1486939
October 6, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Claims Administration and Objections
        Our Matter No. 60605.0008

## INVOICE SUMMARY

For Services rendered through September 30, 2017

| | |
|---|---|
| Professional Services | $14,593.50 |
| **Total Current Invoice** | **$14,593.50** |
| | |
| Previous Balance Due | $16,620.75 |
| Total Balance Due | $31,214.25 |



**Bonds help build communities. Our client-focused work touches all aspects of your life. Our focus is you and the community you support.**

Claims Administration and Objections
Our Matter No. 60605.0008

Invoice No. 1486939
October 6, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 09/01/2017 | HOKA J | Exchanged emails between GE's counsel and client officers regarding GE's admin claim. | 0.50 |
| 09/05/2017 | FOWL S | Communicated with client and counsel for Signifyd regarding admin claim and motion for relief from stay. | 0.40 |
| 09/05/2017 | FOWL S | Updated chart regarding status of administrative claims. | 0.60 |
| 09/05/2017 | HOKA J | Reviewed email traffic regarding liquidation of Signifyed admin claim. | 0.30 |
| 09/05/2017 | HOKA J | Spoke with Synchrony's counsel regarding status of response to request for information relative to admin claims. | 0.20 |
| 09/05/2017 | HOKA J | Exchanged emails regarding settlement of Sygnified's admin claim. | 0.20 |
| 09/05/2017 | HOKA J | Discussed internally and spoke with Ryder's counsel and sent confirming email respecting discovery of confidential documents. | 0.40 |
| 09/06/2017 | FOWL S | Communicated with client and counsel for Signifyd regarding admin claim and motion for relief from stay. | 0.20 |
| 09/06/2017 | HOKA J | Internally discussed status of settlement of Sygnified admin claim, and spoke with adverse counsel regarding same. | 0.40 |
| 09/07/2017 | FOWL S | Communicated with counsel for Highbook and Fordbook regarding admin claim. | 0.20 |
| 09/07/2017 | HOKA J | Propose response to administrative claimant's request for details respecting Debtors' sources and uses of cash going forward. | 0.80 |
| 09/08/2017 | HOKA J | Responded to inquiry of Hilco regarding protocol for allowance of claims of contract liquidators. | 0.50 |
| 09/08/2017 | HOKA J | Exchanged emails with ASK lawyers regarding preference demands made upon administrative claimants. | 0.40 |
| 09/11/2017 | FOWL S | Legal analysis of mechanic's liens obligations in bankruptcy. | 2.80 |
| 09/12/2017 | FOWL S | Communicated with client regarding Fordbook and Highbook admin expenses. | 0.20 |
| 09/12/2017 | FOWL S | Communicated with counsel for Signifyd regarding admin expense and motion for relief from stay. | 0.30 |
| 09/12/2017 | FOWL S | Revised settlement agreement with Torrence regarding mechanic's lien issue (.9); communicated with counsel for Torrence and the Committee regarding same (.2). | 1.10 |

Claims Administration and Objections                                    Invoice No. 1486939
Our Matter No. 60605.0008                                                October 6, 2017

| 09/12/2017 | FOWL S | Revised proposed order on Hart administrative claim (.3); communicated with counsel for Hart regarding same (.2). | 0.50 |
|---|---|---|---|
| 09/12/2017 | FOWL S | Continued legal analysis of treatment of mechanic's lien claims. | 2.20 |
| 09/13/2017 | FOWL S | Communicated with counsel for Fordbook and Highbook regarding administrative expenses. | 0.20 |
| 09/13/2017 | HOKA J | Conferred with lead counsel regarding payment of liquidators' fees and expenses, and Lenders' treatment of Case Professionals' fees generally (1.0), and shared information with other Case Professionals (.3). | 1.30 |
| 09/14/2017 | FOWL S | Communicated with counsel for admin expense claimant regarding claim. | 0.30 |
| 09/14/2017 | HOKA J | Responded to inquiry of counsel to a landlord regarding timing for payment of administrative claim. | 0.40 |
| 09/14/2017 | HOKA J | Exchanged emails with Committee counsel regarding AS/P claimants. | 0.50 |
| 09/18/2017 | FOWL S | Drafted agreed order on administrative expense claim of Berg-Mooresville. | 0.60 |
| 09/18/2017 | FOWL S | Communicated with counsel for Berg-Mooresville regarding administrative expense claim. | 0.20 |
| 09/18/2017 | HOKA J | Exchanged emails with lead counsel and BRG regarding landlord stub rent claims. | 0.50 |
| 09/18/2017 | HOKA J | Reviewed Ocala's administrative claim. | 0.20 |
| 09/19/2017 | FOWL S | Communicated with counsel for Highbook and Fordbook regarding admin expenses. | 0.30 |
| 09/19/2017 | FOWL S | Communicated with counsel for Berg-Mooresville regarding order on admin expense claim. | 0.20 |
| 09/19/2017 | FOWL S | Communicated with counsel for Electra-Sound regarding admin expense claim. | 0.20 |
| 09/19/2017 | FOWL S | Reviewed and analyzed newly filed applications for administrative expenses (.6); communicated with client regarding same (.2). | 0.80 |
| 09/19/2017 | HOKA J | Attended to issues respecting flow of recoveries from Class Actions assets. | 1.60 |
| 09/19/2017 | HOKA J | Spoke with Client officers and Committee counsel regarding protocol for payment of trade administrative claims. | 0.40 |
| 09/20/2017 | FOWL S | Communicated with client regarding additional administrative expense claims. | 0.20 |
| 09/20/2017 | FOWL S | Communicated with counsel for Torrence regarding mechanic's lien claim. | 0.30 |
| 09/20/2017 | HOKA J | Discussed protocol for payment of A/P claims and necessity of claims bar date. | 0.60 |

Claims Administration and Objections                                    Invoice No. 1486939
Our Matter No. 60605.0008                                                October 6, 2017

| | | | |
|---|---|---|---|
| 09/21/2017 | FOWL S | Reviewed and revised proposed order lifting stay for Builtech. | 0.30 |
| 09/21/2017 | HOKA J | Exchanged emails with GE's counsel regarding settlement of administrative claim. | 0.20 |
| 09/22/2017 | FOWL S | Communicated with counsel for Fordbook and Highbook regarding admin expenses (.2); communicated with court regarding same (.1). | 0.30 |
| 09/25/2017 | HOKA J | Email exchanges with Constituents' counsel and adverse counsel regarding financial information requested by Synchrony, response to pending settlement demand, and continuing scheduled hearing. | 1.60 |
| 09/25/2017 | HOKA J | Exchanged emails with opposing counsel and constituents' counsel regarding hearing/settlement of Synchrony issues. | 0.50 |
| 09/26/2017 | FOWL S | Communicated with counsel for Protection One regarding administrative expense claim process (.2); communicated with client regarding same (.2). | 0.40 |
| 09/26/2017 | FOWL S | Communicated with counsel for Berg-Mooresville regarding order on administrative expense claim. | 0.10 |
| 09/26/2017 | FOWL S | Communicated with counsel for Torrence regarding order on stub rent administrative expense claim and order thereon. | 0.20 |
| 09/26/2017 | FOWL S | Communicated with counsel for Signifyd regarding administrative expense claim and order thereon. | 0.20 |
| 09/26/2017 | FOWL S | Communicated with counsel for Hart regarding order on administrative expense claim. | 0.20 |
| 09/26/2017 | FOWL S | Drafted proposed order regarding Electra-Sound administrative expense claim (.7); communicated with counsel for Electra-Sound regarding same (.2); communicated with client regarding same (.2). | 1.10 |
| 09/26/2017 | FOWL S | Attended to new administrative expense applications and deadlines for same (.3); drafted proposed order regarding Ocala administrative expense claim (.6); communicated with counsel for Ocala regarding same (.2). | 1.10 |
| 09/26/2017 | HOKA J | Communicated with lead counsel regarding division of responsibilities on newly-filed matters. | 0.50 |
| 09/26/2017 | HOKA J | Communicated with Company officers regarding Synchrony matter (.5); responded to Court's Staff's inquiries regarding time required for other hearings (.4). | 0.90 |
| 09/26/2017 | HOKA J | Reviewed and forwarded Synchrony's motion to continue September 27th hearing, and exchange emails regarding settlement posture. | 0.40 |
| 09/27/2017 | FOWL S | Communicated with counsel for the Committee and client regarding Torrence mechanic's lien settlement. | 0.30 |
| 09/27/2017 | HOKA J | Assisted with response to administrative claimant's counsel's inquiry regarding priority of payment. | 0.20 |

Claims Administration and Objections  
Our Matter No. 60605.0008

Invoice No. 1486939  
October 6, 2017

| 09/28/2017 | HOKA J | Exchanged emails with Company officer and GE's counsel regarding admin claim. | 0.20 |
| 09/28/2017 | HOKA J | Extended exchange of emails with R. Lawlor at Hilco Global regarding payment of HG's administrative claim. | 1.00 |
| 09/29/2017 | HOKA J | Incorporated parties' revisions to settlement offer and forwarded to H. McCullough (.6); responded to subsequent inquiries from McCullough (.2). | 0.80 |
| 09/29/2017 | HOKA J | Prepared and circulated proposed settlement response to administrative claimant. | 1.00 |
| 09/29/2017 | HOKA J | Sent email to Debtor and Committee officers and counsel regarding administrative claim issues. | 0.50 |

**Total Professional Services**  **$14,593.50**

**Total Invoice Balance Due**  $14,593.50

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 07/20/17 | 1476596 | $593.55 | $0.00 | $593.55 |
| 08/09/17 | 1480338 | $2,772.90 | $0.00 | $2,772.90 |
| 09/09/17 | 1483573 | $13,254.30 | $0.00 | $13,254.30 |
| 10/06/17 | 1486939 | $14,593.50 | $0.00 | $14,593.50 |
| | | | **Total Balance Due** | **$31,214.25** |

## AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $27,847.80 | $2,772.90 | $593.55 | $0.00 | $0.00 | $31,214.25 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries, please contact  
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Invoice No. 1486939
October 6, 2017

Re:    Claims Administration and Objections
       Our Matter No. 60605.0008

## INVOICE SUMMARY

For Services rendered through September 30, 2017

| | |
|---|---|
| Professional Services | $14,593.50 |
| **Total Current Invoice** | **$14,593.50** |
| Previous Balance Due | $16,620.75 |
| Total Balance Due | $31,214.25 |

### Payment Options

Online Payments:
**ClientPay**
ClientPay®

Wire/ACH Instructions:
Huntington Bank
ABA for ACH    074000078
ABA for Wire   044000024
Account No.    01401048453
Swift Code:    HUNTUS33
Please Reference **Invoice No. 1486939**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1486939**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1486940
October 6, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Corporate Governance and Board Matters
        Our Matter No. 60605.0009

## INVOICE SUMMARY

For Services rendered through September 30, 2017

Professional Services                                          $1,672.65

**Total Current Invoice**                                      **$1,672.65**

Previous Balance Due                                          $25,183.80

Total Balance Due                                            $26,856.45



Bonds help build communities. Our client-focused work touches all aspects of your life. Our focus is you and the community you support.

Corporate Governance and Board Matters                                    Invoice No. 1486940
Our Matter No. 60605.0009                                                        October 6, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 09/05/2017 | THOR J | Participated in Board call. | 0.70 |
| 09/05/2017 | FOWL S | Participated in BOD meeting. | 0.70 |
| 09/05/2017 | HOKA J | Participated in Board call. | 0.70 |
| 09/28/2017 | THOR J | Preparation of Board minutes for 9/5/17 Board meeting and transmittal to K. Kovacs. | 0.50 |
| 09/29/2017 | HOKA J | Exchanged emails regarding necessity of maintaining a Board. | 0.40 |
| **Total Professional Services** | | | **$1,672.65** |

**Total Invoice Balance Due**                                                    $1,672.65

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 07/20/17 | 1476597 | $5,131.80 | $0.00 | $5,131.80 |
| 08/09/17 | 1480339 | $14,760.90 | $0.00 | $14,760.90 |
| 09/09/17 | 1483574 | $5,291.10 | $0.00 | $5,291.10 |
| 10/06/17 | 1486940 | $1,672.65 | $0.00 | $1,672.65 |
| | | | **Total Balance Due** | **$26,856.45** |

## AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|------------|-------|
| $6,963.75 | $14,760.90 | $5,131.80 | $0.00 | $0.00 | $26,856.45 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Invoice No. 1486940
October 6, 2017

Re:    Corporate Governance and Board Matters
       Our Matter No. 60605.0009

## INVOICE SUMMARY

For Services rendered through September 30, 2017

| | |
|---|---|
| Professional Services | $1,672.65 |
| **Total Current Invoice** | **$1,672.65** |
| Previous Balance Due | $25,183.80 |
| Total Balance Due | $26,856.45 |

### Payment Options

**Online Payments:**
**ClientPay**
ClientPay®

Wire/ACH Instructions:
Huntington Bank
ABA for ACH     074000078
ABA for Wire    044000024
Account No.     01401048453
Swift Code:     HUNTUS33
Please Reference **Invoice No. 1486940**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1486940**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1486941
October 6, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Employment and Fee Applications
        Our Matter No. 60605.0011

## INVOICE SUMMARY

For Services rendered through September 30, 2017

| | |
|---|---|
| Professional Services | $9,537.75 |
| **Total Current Invoice** | **$9,537.75** |
| Previous Balance Due | $38,340.90 |
| Total Balance Due | $47,878.65 |



Bonds help build communities. Our client-focused work touches all aspects of your life. Our focus is you and the community you support.

Employment and Fee Applications
Our Matter No. 60605.0011

Invoice No. 1486941
October 6, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 09/01/2017 | JORI W | Revised Notice of application and opportunity to object for Katz employment application, per the court's request. | 0.20 |
| 09/01/2017 | JORI W | Prepared and submitted with the court an amended notice and opportunity to object to the Soto employment application and directed service of same. | 1.00 |
| 09/01/2017 | HOKA J | Assisted with finalization of revised Notice regarding Soto retention application. | 0.20 |
| 09/06/2017 | HOKA J | Exchanged emails with BRG's officer regarding proposal for short-paying and deferring fees due to Case Professionals. | 0.50 |
| 09/13/2017 | JORI W | Communications with Donlin regarding service of documents. | 0.20 |
| 09/13/2017 | JORI W | Received, reviewed and submitted with the court Morgan Lewis's August notice of draw. | 0.30 |
| 09/13/2017 | JORI W | Began gathering data and preparing second interim application for fees and expenses of Ice Miller. | 3.00 |
| 09/13/2017 | JORI W | Received information from KSM for affidavit in support of retention application, updated same and forwarded application to client for approval of filing. | 0.60 |
| 09/13/2017 | HOKA J | Sent email to Case Professionals regarding timing and treatment of Second Interim Fee Applications (.5); inquired of Company officers regarding financial disclosures to be included in Applications (.3). | 0.80 |
| 09/13/2017 | HOKA J | Reviewed monthly IM invoices for Notice of Draw and Second Interim Fee Application. | 0.50 |
| 09/14/2017 | JORI W | Reviewed August invoices and prepared calculations and notice of draw for Ice miller. | 0.70 |
| 09/14/2017 | JORI W | Continued gathering data and preparing calculations for second interim fee application of Ice Miller. | 4.10 |
| 09/14/2017 | JORI W | Communications with client and attorney regarding Ryan and Katz retention applications and further handling necessary. | 0.20 |
| 09/14/2017 | HOKA J | Responded to Company's inquiry regarding normal course professionals. | 0.20 |
| 09/15/2017 | JORI W | Received and reviewed Morgan Lewis's second interim fee application in order to prepare for filing of same. | 0.20 |
| 09/15/2017 | JORI W | Finalized and submitted Ice Miller's August Notice of Draw. | 0.40 |

Employment and Fee Applications
Our Matter No. 60605.0011

Invoice No. 1486941
October 6, 2017

| 09/15/2017 | JORI W | Gathered information and worked with accounting to calculate blended rates for customary and comparable compensation disclosures. | 0.70 |
|---|---|---|---|
| 09/15/2017 | JORI W | Prepared service descriptions for Ice Miller fee application. | 0.80 |
| 09/15/2017 | JORI W | Prepared Hokanson declaration in support of second interim fee application, invoices, notice and order. | 1.90 |
| 09/18/2017 | JORI W | Finalized and submitted with the court Ice Miller's second interim fee application, exhibits and notice. | 1.30 |
| 09/18/2017 | JORI W | Communications with client regarding retention of KSM. | 0.20 |
| 09/18/2017 | JORI W | Continued to gather information from accounting to complete the second interim fee application of Ice Miller and prepared updates to application. | 0.60 |
| 09/18/2017 | JORI W | Communications with trustee and MLB regarding filing of fee application and invoices. | 0.30 |
| 09/18/2017 | JORI W | Finalized and submitted with the court the MLB second interim fee application, exhibits to same and notice. | 0.70 |
| 09/18/2017 | JORI W | Prepared objection notice for MLB's second interim fee application. | 0.30 |
| 09/18/2017 | HOKA J | Communicated with other Case Professionals regarding objection deadlines and hearing on second interim fee applications. | 0.50 |
| 09/18/2017 | HOKA J | Reviewed and assisted with finalization of IM's Second Interim Fee Application. | 0.50 |
| 09/18/2017 | HOKA J | Assisted with finalization of KSM retention application. | 0.40 |
| 09/19/2017 | JORI W | Began preparing revisions to KSM retention documents based on recent information from client (.2); e-mailed M. Mallon regarding additional details needed for KSM application (.1); received and reviewed KSM engagement agreement for the 401k audit (.1). | 0.40 |
| 09/19/2017 | JORI W | Communications with trustee and accounting staff to obtain LEDES files by month. | 0.20 |
| 09/20/2017 | JORI W | Additional communications to provide requested LEDES files in monthly format to trustee. | 0.20 |
| 09/21/2017 | FOWL S | Reviewed and analyzed fee orders and notice of draw (.6); communicated with BRG regarding same (.2). | 0.80 |
| 09/25/2017 | HOKA J | Forwarded Court's Staff's email regarding hearings on second interim fee applications. | 0.20 |
| 09/25/2017 | HOKA J | Exchanged emails and spoke with BRG officers regarding carve out calculations. | 0.80 |
| 09/26/2017 | JORI W | Prepared BRG's second interim fee application and notice of same for filing and submitted with the court. | 1.10 |

Employment and Fee Applications
Our Matter No. 60605.0011

Invoice No. 1486941
October 6, 2017

| 09/26/2017 | JORI W | Reviewed communications and details regarding handling of next interim fee applications. | 0.20 |
|---|---|---|---|
| 09/26/2017 | HOKA J | Sent email to Case Professionals summarizing timing for existing and future applications, and seeking approval for GACP-approved payment schedule. | 0.50 |
| 09/29/2017 | JORI W | Reviewed communications regarding handling of fee order and revised Ice Miller fees. | 0.10 |
| 09/29/2017 | HOKA J | Provided internal summary of fee applications, notices of draw, UST's objections, orders, and payments. | 0.50 |

**Total Professional Services**      **$9,537.75**

**Total Invoice Balance Due**      $9,537.75

### OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 07/20/17 | 1476599 | $18,823.05 | $0.00 | $18,823.05 |
| 08/09/17 | 1480341 | $15,570.45 | $0.00 | $15,570.45 |
| 09/09/17 | 1483576 | $3,947.40 | $0.00 | $3,947.40 |
| 10/06/17 | 1486941 | $9,537.75 | $0.00 | $9,537.75 |
| | | | **Total Balance Due** | **$47,878.65** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---|---|---|---|---|---|
| $13,485.15 | $15,570.45 | $18,823.05 | $0.00 | $0.00 | $47,878.65 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Invoice No. 1486941
October 6, 2017

Re:    Employment and Fee Applications
       Our Matter No. 60605.0011

## INVOICE SUMMARY

For Services rendered through September 30, 2017

| | |
|---|---|
| Professional Services | $9,537.75 |
| **Total Current Invoice** | **$9,537.75** |
| Previous Balance Due | $38,340.90 |
| Total Balance Due | $47,878.65 |

### Payment Options

Online Payments:
**ClientPay**
ClientPay®

Wire/ACH Instructions:
Huntington Bank
ABA for ACH    074000078
ABA for Wire    044000024
Account No.    01401048453
Swift Code:    HUNTUS33
Please Reference **Invoice No. 1486941**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1486941**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1486942
October 6, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Financing and Cash Collateral
       Our Matter No. 60605.0013

## INVOICE SUMMARY

For Services rendered through September 30, 2017

| | |
|---|---|
| Professional Services | $22,030.65 |
| **Total Current Invoice** | **$22,030.65** |
| | |
| Previous Balance Due | $31,297.95 |
| Total Balance Due | $53,328.60 |



Financing and Cash Collateral
Our Matter No. 60605.0013

Invoice No. 1486942
October 6, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 09/01/2017 | HOKA J | Sent email inquiries to counsel for Committee regarding budget terms (.2); participated in conference call regarding budget issues (.4); spoke with client officers regarding same (.3); devised and circulated revisions to budget and splits documents (1.2); reviewed and circulated GACP's counter-proposal (.4) and exchanges emails and participated in calls in response (.8). | 3.30 |
| 09/01/2017 | HOKA J | Requested authority to pay operating expenses. | 0.20 |
| 09/05/2017 | HOKA J | Spoke and exchanged emails with Committee counsel regarding effect of pending settlement on DIP issues (.6); spoke with counsel to Lenders regarding status of Carve Out provisions (.2) and sent email to Case Professionals regarding same (.2). | 1.00 |
| 09/06/2017 | HOKA J | Spoke with Court's staff regarding extra-agenda items and forwarded documents to Courts chambers. | 0.20 |
| 09/06/2017 | HOKA J | Spoke with counsel to DIP Lenders regarding release of carve out language against Wells, and shepherded parties' consent to release, (.6); spoke with GACP's counsel regarding responses and with BRG's officers regarding decision (.3). | 0.90 |
| 09/07/2017 | HOKA J | Reviewed motion to set aside Order or for alternative relief regarding 3Q budget issues (.6); reviewed and responded to inquiries of Committee and Lenders for revisions (.8). | 1.40 |
| 09/08/2017 | HOKA J | Exchanged emails with Case Professionals regarding budgeted fees against post-GOB carve out. | 0.50 |
| 09/11/2017 | HOKA J | Sent email to Committee counsel and FA regarding carve out calculations. | 1.00 |
| 09/11/2017 | HOKA J | Exchanged emails with Lenders' and Committee's counsel regarding budget issues and preparations for Sept. 15th hearing. | 1.20 |
| 09/12/2017 | HOKA J | Reviewed Committee's response to request for information respecting carve outs and other budget issues (.3); sent email to GACP's counsel regarding same (.5). | 0.80 |
| 09/13/2017 | HOKA J | Reviewed email string regarding preference recoveries. | 0.20 |
| 09/13/2017 | HOKA J | Spoke with GACP's counsel and circulated analysis of fees vs. carveouts. | 1.00 |
| 09/13/2017 | HOKA J | Exchanged emails with GACP's counsel regarding continuing objection to payment of Case Professionals' fees. | 0.40 |
| 09/14/2017 | HOKA J | Began review and forwarded Lenders' draft Amended DIP Loan Agreement. | 1.20 |
| 09/15/2017 | HOKA J | Reviewed and forwarded Committee's comments to Amended DIP Agreement. | 0.60 |

Financing and Cash Collateral

Our Matter No. 60605.0013

Invoice No. 1486942

October 6, 2017

| 09/15/2017 | HOKA J | Exchanged emails with Company officer regarding various claim issues relative to DIP amendment and budget. | 0.50 |
|---|---|---|---|
| 09/15/2017 | HOKA J | Met with counsel to GACP and Committee regarding claim and budget issues. | 2.00 |
| 09/18/2017 | HOKA J | Continued discussions and email exchanges with counsel to Committee and Lenders, and with Company officers, regarding budget and Amended DIP Agreement issues. | 1.80 |
| 09/19/2017 | FOWL S | Communicated with counsel for lenders and the Committee regarding amendment to DIP agreement and DIP order. | 0.70 |
| 09/19/2017 | HOKA J | Prepared and circulated marked-up Amended DIP Order, and participated in call of Company, Committee and Lenders regarding same (1.8); exchanged additional emails regarding same (.8). | 2.60 |
| 09/20/2017 | FOWL S | Commenced draft of motion for amended DIP order. | 1.10 |
| 09/20/2017 | HOKA J | Continued exchanges regarding budget and DIP terms. | 1.30 |
| 09/20/2017 | HOKA J | Discussed motion to approve Amended DIP Agreement and Budget. | 0.30 |
| 09/21/2017 | FOWL S | Continued draft motion for second amended DIP order. | 2.70 |
| 09/21/2017 | HOKA J | Extended communications with Company officer and other Case Professionals regarding schedule for payment of professionals' fees. | 2.00 |
| 09/25/2017 | HOKA J | Reviewed and forwarded Lenders' counsels' invoices. | 0.20 |
| 09/25/2017 | HOKA J | Extended calls and email exchanges among client officers, BRG, counsel and FA to Committee and GACP, regarding payment of Case Professionals' fee, with numerous revisions to spreadsheets. | 4.00 |
| 09/26/2017 | FOWL S | Communicated with counsel for the lenders regarding fees. | 0.80 |
| 09/26/2017 | HOKA J | Exchanged emails with Case Professionals and later with GACP's officer and counsel regarding carve out and fee issues (1.4); reviewed calculations with BRG officers (.4). | 1.80 |
| 09/26/2017 | HOKA J | Spoke with Company officer and GACP officer and counsel regarding remaining obstacles to GACP's consent to Debtors' payment of professional fees (1.0); worked with internal assistance to correct payment schedule (1.0). | 2.00 |
| 09/27/2017 | HOKA J | Began review of revised version of Second Amended DIP Agreement. | 0.80 |
| 09/27/2017 | HOKA J | Continued discussions and email exchanges regarding approved carve out and payment of Case Professionals' fees. | 2.00 |
| 09/28/2017 | HOKA J | Communicated with BRG Officers regarding consent to payment schedule (.3); confirmed amounts to Company officers (.4); reviewed and forwarded Lenders' revised version of the Amended DIP Agreement (.8). | 1.50 |

Financing and Cash Collateral
Our Matter No. 60605.0013

Invoice No. 1486942
October 6, 2017

| | |
|---|---:|
| **Total Professional Services** | **$22,030.65** |

| | |
|---|---:|
| **Total Invoice Balance Due** | $22,030.65 |

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|:---:|:---:|---:|---:|---:|
| 07/20/17 | 1476600 | $498.15 | $0.00 | $498.15 |
| 08/09/17 | 1480342 | $7,325.10 | $0.00 | $7,325.10 |
| 09/09/17 | 1483577 | $23,474.70 | $0.00 | $23,474.70 |
| 10/06/17 | 1486942 | $22,030.65 | $0.00 | $22,030.65 |
| | | | **Total Balance Due** | **$53,328.60** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|:---:|:---:|:---:|:---:|:---:|:---:|
| $45,505.35 | $7,325.10 | $498.15 | $0.00 | $0.00 | $53,328.60 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Invoice No. 1486942
October 6, 2017

Re:    Financing and Cash Collateral
       Our Matter No. 60605.0013

## INVOICE SUMMARY

For Services rendered through September 30, 2017

| | |
|---|---|
| Professional Services | $22,030.65 |
| **Total Current Invoice** | **$22,030.65** |
| Previous Balance Due | $31,297.95 |
| Total Balance Due | $53,328.60 |

### Payment Options

Online Payments:
**ClientPay**
ClientPay®

Wire/ACH Instructions:
Huntington Bank
ABA for ACH        074000078
ABA for Wire       044000024
Account No.        01401048453
Swift Code:        HUNTUS33
Please Reference **Invoice No. 1486942**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1486942**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1486943
October 6, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Litigation
       Our Matter No. 60605.0014

## INVOICE SUMMARY

For Services rendered through September 30, 2017

| | |
|---|---|
| Professional Services | $12,335.85 |
| **Total Current Invoice** | **$12,335.85** |
| Previous Balance Due | $29,138.40 |
| Total Balance Due | $41,474.25 |



Bonds help build communities. Our client-focused work touches all aspects of your life. Our focus is you and the community you support.

Litigation
Our Matter No. 60605.0014

Invoice No. 1486943
October 6, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 09/01/2017 | ROUS M | Completed draft pretrial statement; submitted draft statement to opposing counsel for review. | 0.60 |
| 09/01/2017 | ARCE A | Read multiple email communications among counsel regarding potential settlement and followed up on same. | 0.50 |
| 09/05/2017 | HOKA J | Responded to inquiry of counsel for Synnex regarding enlargement of time and status of settlement discussions. | 0.20 |
| 09/06/2017 | ROUS M | Revised joint pretrial statement in Onward vendor complaint; emailed committee counsel and opposing counsel regarding same. | 0.40 |
| 09/06/2017 | HOKA J | Confirmed filing of COS regarding summons served upon Vantiv. | 0.10 |
| 09/06/2017 | HOKA J | Reviewed pre-trial statement in Onward litigation. | 0.20 |
| 09/06/2017 | ARCE A | Emails among counsel regarding case management. | 0.20 |
| 09/07/2017 | ROUS M | Filed Joint Pretrial Statement with Court. | 0.10 |
| 09/07/2017 | HOKA J | Reviewed and forwarded Onward's Answer, and exchanged emails with Onward's counsel, regarding status of settlement. | 0.80 |
| 09/07/2017 | HOKA J | Spoke with J. Knauer regarding his involvement by Elux (.2); exchanged emails with Court's staff and adverse counsel regarding extension of briefing deadlines (.5), and with constituents' counsel regarding proceeding generally (.3). | 1.00 |
| 09/07/2017 | ARCE A | Multiple emails among counsel regarding new appearances on behalf of Electrolux, scheduling and deadlines. | 0.40 |
| 09/08/2017 | HOKA J | Continued exchanged among counsel to interested parties regarding hearing date in Elux matters. | 0.20 |
| 09/09/2017 | HOKA J | Reviewed status of deadlines in all pending litigation matters, and exchanged emails regarding strategy for meeting them. | 0.80 |
| 09/09/2017 | ARCE A | Prepared for status conference by reviewing pleadings, pending motions, docket and notes. | 1.60 |
| 09/11/2017 | ROUS M | Reviewed court order closing Belkin adversarial proceeding and drafted email to Gregg staff seeking point of contact to enforce judgment. | 0.20 |
| 09/11/2017 | FOWL S | Participated in status conference for Whirlpool adversary. | 0.60 |
| 09/11/2017 | HOKA J | Exchanged emails regarding service of default judgment on Belkin. | 0.40 |
| 09/11/2017 | ARCE A | Attended and participated in Whirlpool status conference before Judge Graham; received and read order on case management deadlines. | 1.30 |

Litigation                                                                                          Invoice No. 1486943
Our Matter No. 60605.0014                                                                                October 6, 2017

| 09/12/2017 | HOKA J | Call with Vantiv's counsel regarding litigation extension and settlement parameters. | 0.20 |
|---|---|---|---|
| 09/12/2017 | ARCE A | Received and read order on Electrolux hearing. | 0.20 |
| 09/13/2017 | FOWL S | Communicated with counsel for Synnex regarding pretrial report for vendor credit adversary. | 0.20 |
| 09/13/2017 | HOKA J | Exchanged emails with Whirlpool's counsel regarding preservation of rights in regards to relief sought in Motion for Relief from Order (FILO Motion), and circulated proposal among Constituents' counsel (.4); exchanged additional emails to tweak language (.8). | 1.20 |
| 09/13/2017 | ARCE A | Read order on status conference. | 0.20 |
| 09/14/2017 | ROUS M | Drafted joint pretrial statement for Synnex case; emailed draft to opposing counsel. | 0.30 |
| 09/15/2017 | FOWL S | Reviewed response in opposition to motion for adequate protection filed by Electrolux. | 0.90 |
| 09/15/2017 | FOWL S | Reviewed cross motions for summary judgment filed in Electrolux adversary. | 2.20 |
| 09/15/2017 | ARCE A | Read order setting aside order limiting payments; received and read Wells Fargo's motion for summary judgment, supporting brief and exhibits (Electrolux). | 1.70 |
| 09/18/2017 | ROUS M | Phone call with local counsel and creditor committee counsel regarding change of pretrial conference in Onward proceeding to telephone conference; contacted court regarding same; reviewed calendar for scheduling in advance of pretrial conference. | 0.50 |
| 09/18/2017 | FOWL S | Reviewed supplemental surreply brief in response to motion to dismiss Whirlpool adversary. | 0.40 |
| 09/18/2017 | FOWL S | Strategized regarding response to Builtech motion for relief from stay. | 0.30 |
| 09/18/2017 | HOKA J | Exchanged emails with Vantiv's counsel to confirm extension of litigation deadlines. | 0.20 |
| 09/18/2017 | ARCE A | Received and read Whirlpool's supplemental brief. | 0.20 |
| 09/19/2017 | ROUS M | Prepared for and represented hhgregg at pretrial conference. | 1.70 |
| 09/19/2017 | HOKA J | Reviewed Electrolux's objection to adequate protection motion. | 0.80 |
| 09/19/2017 | HOKA J | Assisted with preparations for pre-trial conference in Onward lawsuit. | 0.20 |
| 09/19/2017 | ARCE A | Received and read Electrolux's response on adequate protection motion. | 0.50 |
| 09/20/2017 | ROUS M | Reviewed court's scheduling order and calendared deadlines. | 0.30 |
| 09/20/2017 | FOWL S | Revised motion for 2004 exam for Warrantech. | 1.10 |

Litigation
Our Matter No. 60605.0014

Invoice No. 1486943
October 6, 2017

| 09/22/2017 | FOWL S | Attended to dates and deadlines regarding Electrolux motion to determine extent of adequate protection. | 0.20 |
|---|---|---|---|
| 09/22/2017 | ARCE A | Addressed issues regarding pending adequate protection motion, summary judgment reply brief and hearing. | 0.50 |
| 09/25/2017 | HOKA J | Exchanged emails regarding status of reply brief in Elux litigation and deadlines for filing. | 0.50 |
| 09/26/2017 | HOKA J | Review email strings regarding litigation deadlines and placed calls to adverse counsel regarding extension of same. | 0.50 |
| 09/26/2017 | ARCE A | Attention to remarks about reply brief deadlines and upcoming hearing; read GACP's joinder to WFC response brief; read Wells Fargo's response to Whirlpool. | 0.90 |
| 09/27/2017 | HOKA J | Spoke with J. Knauer regarding extension of briefing deadlines and communicated with co-counsel regarding same. | 0.20 |

**Total Professional Services** **$12,335.85**

**Total Invoice Balance Due** $12,335.85

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 07/20/17 | 1476601 | $3,801.60 | $0.00 | $3,801.60 |
| 08/09/17 | 1480343 | $7,128.00 | $0.00 | $7,128.00 |
| 09/09/17 | 1483578 | $18,208.80 | $0.00 | $18,208.80 |
| 10/06/17 | 1486943 | $12,335.85 | $0.00 | $12,335.85 |
| | | | **Total Balance Due** | **$41,474.25** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---|---|---|---|---|---|
| $30,544.65 | $7,128.00 | $3,801.60 | $0.00 | $0.00 | $41,474.25 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Litigation                                                                                                      Invoice No. 1486943
Our Matter No. 60605.0014                                                                                        October 6, 2017

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                              Invoice No. 1486943
Debtor-In-Possesion                                                October 6, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Litigation
       Our Matter No. 60605.0014

## INVOICE SUMMARY

For Services rendered through September 30, 2017

Professional Services                                              $12,335.85

**Total Current Invoice**                                         **$12,335.85**

Previous Balance Due                                               $29,138.40

Total Balance Due                                                  $41,474.25

### Payment Options

Online Payments:                    Wire/ACH Instructions:
**ClientPay**                       Huntington Bank
                                    ABA for ACH    074000078
                                    ABA for Wire   044000024
                                    Account No.    01401048453
                                    Swift Code:    HUNTUS33
                                    Please Reference **Invoice No. 1486943**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1486943**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1486944
October 6, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Meetings and Communications with Creditors
       Our Matter No. 60605.0015

## INVOICE SUMMARY

For Services rendered through September 30, 2017

Professional Services                                          $124.20

**Total Current Invoice**                                      **$124.20**

Previous Balance Due                                           $11,668.05

Total Balance Due                                             $11,792.25



Bonds help build communities. Our client-focused work touches all aspects of your life. Our focus is you and the community you support.

Meetings and Communications with Creditors

Invoice No. 1486944

Our Matter No. 60605.0015

October 6, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 09/06/2017 | JORI W | Received, reviewed and responded to email from creditor. | 0.20 |
| 09/15/2017 | JORI W | Received and responded to creditor inquiry regarding warranty. | 0.20 |
| **Total Professional Services** | | | **$124.20** |

**Total Invoice Balance Due** $124.20

### OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 07/20/17 | 1476602 | $1,273.05 | $0.00 | $1,273.05 |
| 08/09/17 | 1480344 | $8,625.15 | $0.00 | $8,625.15 |
| 09/09/17 | 1483579 | $1,769.85 | $0.00 | $1,769.85 |
| 10/06/17 | 1486944 | $124.20 | $0.00 | $124.20 |
| | | | **Total Balance Due** | **$11,792.25** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $1,894.05 | $8,625.15 | $1,273.05 | $0.00 | $0.00 | $11,792.25 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Invoice No. 1486944
October 6, 2017

Re:     Meetings and Communications with Creditors
        Our Matter No. 60605.0015

### INVOICE SUMMARY

For Services rendered through September 30, 2017

| | |
|---|---:|
| Professional Services | $124.20 |
| **Total Current Invoice** | **$124.20** |
| Previous Balance Due | $11,668.05 |
| Total Balance Due | $11,792.25 |

### Payment Options

Online Payments:
**ClientPay**
ClientPay®

Wire/ACH Instructions:
Huntington Bank
ABA for ACH     074000078
ABA for Wire     044000024
Account No.     01401048453
Swift Code:     HUNTUS33
Please Reference **Invoice No. 1486944**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1486944**

Questions or concerns, please email **payice@icemiller.com**

---

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1486945
October 6, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Relief from Stay and Adequate Protection
        Our Matter No. 60605.0019

## INVOICE SUMMARY

For Services rendered through September 30, 2017

| | |
|---|---|
| Professional Services | $4,423.95 |
| **Total Current Invoice** | **$4,423.95** |
| Previous Balance Due | $21,158.10 |
| Total Balance Due | $25,582.05 |



Relief from Stay and Adequate Protection
Our Matter No. 60605.0019

Invoice No. 1486945
October 6, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 09/05/2017 | HOKA J | Reviewed Panos' Stay Motion and discussed with Zurich's counsel. | 0.40 |
| 09/11/2017 | HOKA J | Responded to inquiry regarding objection to D&O's Stay Motion. | 0.30 |
| 09/12/2017 | HOKA J | Exchanged emails with Committee counsel regarding ASK's role in relief sought by D&O's stay motion and GACP's objection. | 0.50 |
| 09/18/2017 | FOWL S | Communicated with counsel for Builtech regarding motion for relief from stay. | 0.30 |
| 09/19/2017 | HOKA J | Reviewed notice of hearing and exchanged emails regarding status of resolution of objections to D&O's stay motion. | 0.50 |
| 09/20/2017 | FOWL S | Communicated with counsel for Builtech regarding motion for relief from stay. | 0.20 |
| 09/21/2017 | HOKA J | Reviewed D&O's reply to GACP's objection to Stay Motion. | 0.50 |
| 09/22/2017 | FOWL S | Reviewed and analyzed response to motion for relief from stay regarding D&O insurance (.5); communicated with client regarding same (.1). | 0.60 |
| 09/25/2017 | FOWL S | Communicated with counsel for Panos regarding stay motion. | 0.20 |
| 09/25/2017 | FOWL S | Reviewed proposed order on Stein and Beck motion for relief from stay (.4); communicated with counsel regarding same (.2). | 0.60 |
| 09/26/2017 | FOWL S | Communicated with counsel for Builtech regarding order on motion for relief from stay. | 0.20 |
| 09/26/2017 | FOWL S | Drafted proposed order on Panos relief from stay motion (1.0); communicated with counsel for Panos regarding same (.2). | 1.20 |
| 09/26/2017 | HOKA J | Reviewed and provided comments to Builtech Stay Order. | 0.60 |
| 09/26/2017 | HOKA J | Reviewed and forwarded Indiana Supreme Court's entry on Underwood's petition regarding effect of stay. | 0.40 |
| 09/27/2017 | FOWL S | Communicated with counsel for Blevins regarding relief from stay for Blevins. | 0.40 |
| 09/27/2017 | FOWL S | Communicated with counsel for Builtech regarding order on motion for relief from stay. | 0.50 |
| 09/27/2017 | HOKA J | Exchanged emails with counsel to Builtech regarding terms for agreed relief from stay. | 0.50 |
| 09/28/2017 | HOKA J | Responded to proposed provision regarding Builtech's stay motion. | 0.30 |

Relief from Stay and Adequate Protection                              Invoice No. 1486945
Our Matter No. 60605.0019                                             October 6, 2017

| | | | |
|---|---|---|---|
| 09/29/2017 | FOWL S | Revised and finalized order on Panos relief from stay motion (.3); communicated with counsel for Panos regarding same (.1). | 0.40 |
| 09/29/2017 | HOKA J | Made additional revisions to Builtech Stay Order and exchanged emails with Baker and Dash regarding same. | 0.80 |
| 09/29/2017 | HOKA J | Forwarded Moloy's message regarding status of discussions with Committee and GACP (.2); reviewed and forwarded draft settlement agreements between D&Os and GACP (.3). | 0.50 |

**Total Professional Services**                                                    **$4,423.95**

**Total Invoice Balance Due**                                                      $4,423.95

### OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 07/20/17 | 1476604 | $835.65 | $0.00 | $835.65 |
| 08/09/17 | 1480345 | $5,694.30 | $0.00 | $5,694.30 |
| 09/09/17 | 1483580 | $14,628.15 | $0.00 | $14,628.15 |
| 10/06/17 | 1486945 | $4,423.95 | $0.00 | $4,423.95 |

**Total Balance Due**   **$25,582.05**

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---|---|---|---|---|---|
| $19,052.10 | $5,694.30 | $835.65 | $0.00 | $0.00 | $25,582.05 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                    Invoice No. 1486945
Debtor-In-Possesion                                                      October 6, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Relief from Stay and Adequate Protection
       Our Matter No. 60605.0019

### INVOICE SUMMARY

For Services rendered through September 30, 2017

| | |
|---|---|
| Professional Services | $4,423.95 |
| **Total Current Invoice** | **$4,423.95** |
| Previous Balance Due | $21,158.10 |
| Total Balance Due | $25,582.05 |

### Payment Options

Online Payments:
**ClientPay**

Wire/ACH Instructions:
Huntington Bank
ABA for ACH    074000078
ABA for Wire    044000024
Account No.    01401048453
Swift Code:    HUNTUS33
Please Reference **Invoice No. 1486945**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1486945**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1486946
October 6, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Tax
        Our Matter No. 60605.0021

## INVOICE SUMMARY

For Services rendered through September 30, 2017

| | |
|---|---:|
| Professional Services | $4,812.75 |
| **Total Current Invoice** | **$4,812.75** |
| Previous Balance Due | $6,204.60 |
| Total Balance Due | $11,017.35 |



Bonds help build communities. Our client-focused work touches all aspects of your life. Our focus is you and the community you support.

Tax

Our Matter No. 60605.0021

Invoice No. 1486946

October 6, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 09/05/2017 | SCHN T | Reviewed correspondence regarding Mississippi Department of Revenue. | 0.30 |
| 09/05/2017 | HOKA J | Reviewed and forwarded inquiry of MS Dept of Revenue. | 0.20 |
| 09/05/2017 | HOKA J | Reviewed and forwarded Mississippi DOR's request for business closure form. | 0.20 |
| 09/07/2017 | EHIN M | Consultation regarding tax liability in North Carolina. | 0.30 |
| 09/08/2017 | SCHN T | Followed up regarding North Carolina sales tax return; research regarding same; followed up on Mississippi filing. | 1.20 |
| 09/08/2017 | EHIN M | Attention to state tax considerations and analysis on same. | 0.40 |
| 09/08/2017 | HOKA J | Reviewed and discussed notice of tax return/remittances due related to sales of white goods (.2), and prepared protocol for company's and colleagues' use in responding to tax claimants (1.0); reviewed and discussed notice from Mississippi DOR (.2). | 1.40 |
| 09/12/2017 | SCHN T | Responded to question regarding offsetting of Illinois refunds with assessments; responded to questions regarding Florida unclaimed property returns. | 1.20 |
| 09/13/2017 | SCHN T | Followed up regarding unclaimed property filing requirements. | 0.60 |
| 09/15/2017 | SCHN T | Responded to question regarding filing unclaimed property returns. | 0.60 |
| 09/15/2017 | HAGL J | Researched whether officers can be held personally liable for failure to file unclaimed property return. | 2.60 |
| 09/15/2017 | EHIN M | Consultation with Schnellenberger regarding correspondence with state taxing authorities. | 0.20 |
| 09/28/2017 | HOKA J | Corresponded with OH taxing agent regarding assessment of post-petition taxes. | 0.30 |

| | | |
|---|---|---|
| **Total Professional Services** | | **$4,812.75** |

| | | |
|---|---|---|
| **Total Invoice Balance Due** | | $4,812.75 |

Tax

Our Matter No. 60605.0021

Invoice No. 1486946

October 6, 2017

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 07/20/17 | 1476605 | $3,360.15 | $0.00 | $3,360.15 |
| 08/09/17 | 1480346 | $1,490.40 | $0.00 | $1,490.40 |
| 09/09/17 | 1483581 | $1,354.05 | $0.00 | $1,354.05 |
| 10/06/17 | 1486946 | $4,812.75 | $0.00 | $4,812.75 |
| | | | **Total Balance Due** | **$11,017.35** |

## AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $6,166.80 | $1,490.40 | $3,360.15 | $0.00 | $0.00 | $11,017.35 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                Invoice No. 1486946
Debtor-In-Possesion                                                   October 6, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Tax
       Our Matter No. 60605.0021

## INVOICE SUMMARY

For Services rendered through September 30, 2017

Professional Services                                                $4,812.75

**Total Current Invoice**                                            **$4,812.75**

Previous Balance Due                                                 $6,204.60

Total Balance Due                                                    $11,017.35

### Payment Options

Online Payments:                   Wire/ACH Instructions:
**ClientPay**                      Huntington Bank
                                   ABA for ACH    074000078
                                   ABA for Wire   044000024
                                   Account No.    01401048453
                                   Swift Code:    HUNTUS33
                                   Please Reference **Invoice No. 1486946**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1486946**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1486947
October 6, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Cost and Expenses
        Our Matter No. 60605.0023

## INVOICE SUMMARY

For Services rendered through September 30, 2017

| | |
|---|---|
| Disbursements | $586.45 |
| **Total Current Invoice** | **$586.45** |
| Previous Balance Due | $9,808.29 |
| Total Balance Due | $10,394.74 |



Bonds help build communities. Our client-focused work touches all aspects of your life. Our focus is you and the community you support.

Cost and Expenses
Our Matter No. 60605.0023

Invoice No. 1486947
October 6, 2017

## COSTS ADVANCED

| Description | Amount |
|---|---:|
| Color Photocopies | $28.50 |
| Photocopies | $58.95 |
| Courier Expense | $6.95 |
| Postage Expense | $46.26 |
| Legal Research Expense - WESTLAW - WESTLAW 60605.0008.06129 | $99.00 |
| Legal Research Expense - WESTLAW - WESTLAW 60605.0023.01313.HHG RESEARCH | $99.00 |
| Legal Research Expense - WESTLAW - WESTLAW 60605.0023.01313.HHG RESEARCH | $116.00 |
| Business meals. | $51.75 |
| Lunch before hearing/auction on September 6, 2017. | $80.04 |
| **Total Cost Advanced** | **$586.45** |

| | |
|---|---:|
| **Total Invoice Balance Due** | $586.45 |

### OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|---|---|---:|---:|---:|
| 07/20/17 | 1476606 | $3,957.57 | $0.00 | $3,957.57 |
| 08/09/17 | 1480347 | $2,683.73 | $0.00 | $2,683.73 |
| 09/09/17 | 1483582 | $3,166.99 | $0.00 | $3,166.99 |
| 10/06/17 | 1486947 | $586.45 | $0.00 | $586.45 |
| | | | **Total Balance Due** | **$10,394.74** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---|---|---|---|---|---|
| $3,753.44 | $2,683.73 | $3,957.57 | $0.00 | $0.00 | $10,394.74 |

Cost and Expenses
Our Matter No. 60605.0023

Invoice No. 1486947
October 6, 2017

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                        Invoice No. 1486947
Debtor-In-Possesion                                                          October 6, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Cost and Expenses
       Our Matter No. 60605.0023

## INVOICE SUMMARY

For Services rendered through September 30, 2017

Disbursements                                                                $586.45

**Total Current Invoice**                                                    **$586.45**

Previous Balance Due                                                         $9,808.29

Total Balance Due                                                            $10,394.74

### Payment Options

Online Payments:                    Wire/ACH Instructions:
**ClientPay**                       Huntington Bank
ClientPay®                          ABA for ACH      074000078
                                    ABA for Wire     044000024
                                    Account No.      01401048453
                                    Swift Code:      HUNTUS33
                                    Please Reference **Invoice No. 1486947**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1486947**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357

REMITTANCE



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1486948
October 6, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:      Schechner NP Discovery Request
         Our Matter No. 60605.0024

## INVOICE SUMMARY

For Services rendered through September 30, 2017

Professional Services                                                   $1,119.60

**Total Current Invoice**                                               **$1,119.60**



Bonds help build communities. Our client-focused work touches all aspects of your life. Our focus is you and the community you support.

Schechner NP Discovery Request                                             Invoice No. 1486948
Our Matter No. 60605.0024                                                      October 6, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 09/26/2017 | FUGA C | Call with Mallon to discuss current status of HH Gregg's response to non-party subpoena. | 0.30 |
| 09/26/2017 | FUGA C | Researched whether HH Gregg is entitled to reimbursement of attorney fees in connection with responding to non-party subpoena. | 0.90 |
| 09/26/2017 | FUGA C | Analyzed non-party subpoena issued to HH Gregg in Whirlpool litigation. | 0.20 |
| 09/26/2017 | HOKA J | Exchanged emails with Company counsel and C. Fugate regarding strategy for responding to Schechner third-party discovery requests. | 0.50 |
| 09/28/2017 | FUGA C | Responded to Mamorsky's e-mail regarding HH Gregg's response to non-party subpoena. | 0.10 |
| 09/28/2017 | FUGA C | E-mailed Mallon regarding scope of subpoena. | 0.10 |
| 09/28/2017 | HOKA J | Exchanged additional emails with J. Mamorsky regarding scope of document request. | 0.30 |

| **Total Professional Services** | **$1,119.60** |
|---|---|

| **Total Invoice Balance Due** | $1,119.60 |
|---|---|

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 10/06/17 | 1486948 | $1,119.60 | $0.00 | $1,119.60 |
| | | **Total Balance Due** | | **$1,119.60** |

## AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $1,119.60 | $0.00 | $0.00 | $0.00 | $0.00 | $1,119.60 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Schechner NP Discovery Request

Our Matter No. 60605.0024

Invoice No. 1486948

October 6, 2017

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Invoice No. 1486948
October 6, 2017

Re:    Schechner NP Discovery Request
       Our Matter No. 60605.0024

## INVOICE SUMMARY

For Services rendered through September 30, 2017

Professional Services                                           $1,119.60

**Total Current Invoice**                                      **$1,119.60**

### Payment Options

Online Payments:                 Wire/ACH Instructions:
**ClientPay**                    Huntington Bank
                                 ABA for ACH    074000078
ClientPay®                       ABA for Wire   044000024
                                 Account No.    01401048453
                                 Swift Code:    HUNTUS33
                                 Please Reference **Invoice No. 1486948**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1486948**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357