**EXHIBIT A**



**BINGHAM GREENEBAUM DOLL LLP**
3913 Solutions Center
Chicago, IL 60677-3009
1-800-436-3644
I.D. #61-1584266

| | |
|---|---|
| Official Committee of Unsecured Creditors, Gregg Appliances<br>c/o Renee B. Weiss, DDR Corp.- Committee Chairperson<br>3300 Enterprise Parkway<br>Beachwood, OH 44122 | Account No.: 127821.000001<br>Invoice No.: 4398857<br>Invoice Date: October 6, 2017 |

**IN RE HHGREGG, INC. ET AL CHAPTER 11 CASE**

FOR PROFESSIONAL SERVICES RENDERED THROUGH SEPTEMBER 30, 2017:

| DATE | ATTORNEY/ PARALEGAL | TASK CODE | DESCRIPTION | HOURS |
|---|---|---|---|---|
| 09/01/17 | TCS | B190 | Receipt and review of pre-trial statement in Onward adversary proceeding | 0.10 |
| 09/01/17 | TCS | B310 | Receipt and review of Fordbrook notice regarding request for immediate payment | 0.10 |
| 09/05/17 | TCS | B130 | Receipt and review of Hokanson memos regarding class action auction, withdrawal of bidder, approval of Clear Meadow offer and sale hearing; receipt and review of reply/approval memos from R. Kalnit and S. Brown | 0.40 |
| 09/05/17 | TCS | B190 | Receipt and review of Hokanson memo regarding Synnex vendor credit and preference claims | 0.10 |
| 09/05/17 | TCS | B230 | Receipt and review Hokanson memo regarding amended DIP order and budget and lender reply memos regarding same, including Wells request regarding release of carve out liability | 0.30 |
| 09/06/17 | TCS | B110 | Receipt and review of stay relief motions (Builtech) and notice; receipt and review of notice and objection deadline regarding exclusivity extension | 0.10 |
| 09/06/17 | TCS | B150 | Meeting with counsel for debtor, GACP regarding September 6, 2017 hearing issues | 0.60 |
| 09/06/17 | TCS | B155 | Attend hearings on Home Meridian 2004 production; approval of class action sale; request for approval of | 2.60 |

BINGHAM GREENEBAUM DOLL LLP

| | | |
|---|---|---|
| Official Committee of Unsecured Creditors,<br>Gregg Appliances<br>127821.000001 | Invoice No.:<br>Invoice Date:<br>Page | 4398857<br>October 6, 2017<br>2 |

| DATE | ATTORNEY/<br>PARALEGAL | TASK<br>CODE | DESCRIPTION | HOURS |
|---|---|---|---|---|
| | | | GACP paydown | |
| 09/06/17 | JRI2 | B170 | Consider exhibit in support of BGD's August Monthly Draw Request, conference with T. Scherer regarding the same and related payment of fees in the context of case budget and related negotiations with Great American (.1) | 0.10 |
| 09/06/17 | TCS | B190 | Review/approve final draft of pre-trial statement (Onward) | 0.10 |
| 09/06/17 | JRI2 | B210 | Correspondence with R. Kalnit and Committee members regarding case status and budget issues (.1) | 0.10 |
| 09/06/17 | TCS | B230 | Receipt and review of Hokanson memos and responses from lender counsel regarding Wells carve out liability and confirmation of final agreement on DIP budget, funding of GOB expense and GACP paydown and reply regarding same | 0.30 |
| 09/07/17 | TCS | B120 | Receipt and review of order on Principal Life insurance and payment of funds to estate | 0.10 |
| 09/07/17 | TCS | B130 | Receipt and review of proposed affidavits in support of Clear Meadow purchase of class action assets | 0.20 |
| 09/07/17 | TCS | B190 | Receipt and review of appearances for new counsel and extension requests regarding Electrolux adversary proceeding and adequate protection determination | 0.30 |
| 09/07/17 | TCS | B190 | Receipt and review of memo regarding Synnex adversary proceeding and dispute regarding vendor credits | 0.20 |
| 09/07/17 | TCS | B190 | Receipt and review of answer to complaint | 0.20 |
| 09/07/17 | TCS | B230 | Receipt and review of motion for approval of GACP payment and revised DIP budget and related motion to shorten objection period and set September 15, 2017 hearing and reply regarding same | 0.40 |
| 09/07/17 | TCS | B230 | Receipt and review of comments, changes proposed by Kalnit and lender counsel | 0.20 |
| 09/07/17 | WLM | B230 | Receipt and review of motion to set aside 8/14 order and comments to same by counsel | 0.20 |
| 09/11/17 | TCS | B190 | Memos from, to R. Kalnit regarding Whirlpool adversary proceeding and Committee standing | 0.30 |
| 09/11/17 | TCS | B190 | Review for status conference | 0.40 |

B̲ingham G̲reenebaum D̲oll llp

| | | | Invoice No.: | 4398857 |
|---|---|---|---|---|
| Official Committee of Unsecured Creditors, | | | Invoice Date: | October 6, 2017 |
| Gregg Appliances | | | Page | 3 |
| 127821.000001 | | | | |

| DATE | ATTORNEY/ PARALEGAL | TASK CODE | DESCRIPTION | HOURS |
|---|---|---|---|---|
| 09/11/17 | TCS | B190 | Attend Whirlpool status conference | 1.10 |
| 09/11/17 | TCS | B190 | Memo to R. Kalnit regarding same | 0.20 |
| 09/12/17 | TCS | B190 | Receipt and review of notice regarding hearing on Elux adequate protection | 0.10 |
| 09/13/17 | CBM | B170 | Office conference with J. Irving to receive task of drafting BGD's Second Interim Fee Application (.1); review June and July Notices of Draw and BGD's First Interim Fee Application (.2) | 0.30 |
| 09/13/17 | JRI2 | B170 | Conference and correspondence with T. Scherer, S. Morris and R. Kalnit regarding second interim fee applications for Committee professionals and consider the same (.4); conference and correspondence with S. Mays, S. Morris and R. Kalnit regarding August Draw Requests for Committee professionals and consider the same (.6) | 1.00 |
| 09/13/17 | SHM | B170 | Prepare Draw Notice for August, 2017 | 0.40 |
| 09/13/17 | WLM | B170 | Review of bankruptcy rules and e-mail correspondence with M. Boyd regarding notice period for second interim fee application | 0.20 |
| 09/13/17 | JRI2 | B190 | Correspondence with P. Barrett regarding Gregg v. Sony adversary proceeding and consider the same (.2) | 0.20 |
| 09/13/17 | TCS | B190 | Receipt and review of Hokanson memo regarding timing and fee estimate for interim fee applications and memos to, from J. Irving regarding same | 0.20 |
| 09/13/17 | TCS | B190 | Memo to Cooley, Debtor confirming timetable | 0.10 |
| 09/13/17 | TCS | B230 | Receipt and review of Whirlpool counsel memo regarding proposed order on second amended DIP budget | 0.10 |
| 09/14/17 | CBM | B170 | Begin drafting BGD's Second Interim Fee Application, including tabulating total fees and expenses, preparing summaries of fees and expenses, calculating application blended rates, and drafting fee application pleading (3.7); email correspondence with accounting department regarding need for comparable firm blended rates (.2) | 3.90 |
| 09/14/17 | JRI2 | B170 | Review and revise BGD's August draw request as Committee's local counsel and coordinate filing and service with S. Mays (.3); Review and revise Cooley's | 1.20 |

B‌INGHAM G‌REENEBAUM D‌OLL LLP

| Official Committee of Unsecured Creditors,<br>Gregg Appliances<br>127821.000001 | | | | Invoice No.: 4398857<br>Invoice Date: October 6, 2017<br>Page 4 | |
|---|---|---|---|---|---|

| DATE | ATTORNEY/<br>PARALEGAL | TASK<br>CODE | DESCRIPTION | | HOURS |
|---|---|---|---|---|---|
| | | | August draw request as Committee's lead counsel and coordinate filing and service with S. Mays (.3); Review and revise Province's August draw request as Committee's financial advisor and coordinate filing and service with S. Mays (.3); correspondence with Cooley, Province, C. Madden and T. Scherer regarding preparation of BGD's second interim fee application and consider the same (.3) | | |
| 09/14/17 | SHM | B170 | Electronically file Draw notices for August for Cooley, BGD and Province | | 0.60 |
| 09/14/17 | TCS | B170 | Memos to, from J. Irving regarding go forward budget for administrative fees | | 0.20 |
| 09/14/17 | TCS | B170 | Receipt, review notices regarding Committee draw requests for August | | 0.10 |
| 09/14/17 | JRI2 | B190 | Conference with Sony's counsel regarding potential settlement (.3); consider the same (.1) | | 0.40 |
| 09/14/17 | TCS | B230 | Receipt, review 9/15 agenda and report regarding objections to amended DIP budget and GACP paydown | | 0.10 |
| 09/15/17 | TCS | B155 | Attend hearing on motion for authority to pay GACP and modify 8/14/17 order | | 0.80 |
| 09/15/17 | CBM | B170 | Continue drafting BGD's Second Interim Fee Application, including summaries, pleading and proposed order (1.5); email correspondence with accounting department regarding need for comparable firm blended rates (.1); email correspondence with lead counsel forwarding initial draft of BGD Second Interim Fee Application (.1) | | 1.70 |
| 09/15/17 | JRI2 | B170 | Conference and correspondence with Cooley, Province, C. Madden and T. Scherer regarding interim fee applications and consider the same (.5) | | 0.50 |
| 09/15/17 | TCS | B170 | Receipt, review J. Irving memo regarding Q4 fee estimate | | 0.10 |
| 09/15/17 | TCS | B170 | Receipt, review draft of Second Interim fee application prior to circulation to Committee | | 0.30 |
| 09/18/17 | CBM | B170 | Revise and Finalize BGD's Second Interim Fee Application (1.5); prepare objection notice for BGD (.2); correspondence with accounting department regarding compensation received (.2); review and edit | | 3.60 |

BINGHAM GREENEBAUM DOLL LLP

| Official Committee of Unsecured Creditors, Gregg Appliances 127821.000001 | | | Invoice No.: 4398857<br>Invoice Date: October 6, 2017<br>Page 5 |

| DATE | ATTORNEY/ PARALEGAL | TASK CODE | DESCRIPTION | HOURS |
|---|---|---|---|---|
| | | | Second Interim Fee Applications, exhibits, and proposed orders of Cooley and Province and prepare objection notice for Province (1.3); prepare all of the foregoing for filing (.4) | |
| 09/18/17 | JRI2 | B170 | Review and consider BGD's Second Interim Fee Application as Committee's local counsel and related correspondence and conference regarding filing the same with S. Mays and C. Madden (.6); Review and consider Cooley's Second Interim Fee Application as Committee's lead counsel and related correspondence and conference regarding filing the same with M. Boyd, S. Mays and C. Madden (.6); Review and consider Province's Second Interim Fee Application as Committee's financial advisor and related correspondence and conference regarding filing the same with S. Morris, S. Mays and C. Madden (.6) | 1.80 |
| 09/18/17 | SHM | B170 | Working with accounting to generate "Ledes" versions of invoices for second interim fee application requested by U.S. Trustee | 0.20 |
| 09/18/17 | SHM | B170 | Final review of Cooley Fee Application and exhibits | 0.50 |
| 09/18/17 | SHM | B170 | Final review of Province Fee Application and Exhibits | 0.40 |
| 09/18/17 | SHM | B170 | Finalize and electronically file Second Interim Application for Fees and Expenses of BGD | 0.50 |
| 09/18/17 | SHM | B170 | Finalize and electronically file Second Interim Application for Fees and Expenses of Cooley | 0.50 |
| 09/18/17 | SHM | B170 | Finalize and electronically file Second Interim Application for Fees and Expenses of Province | 0.50 |
| 09/18/17 | SHM | B170 | Electronically file Notice for Objections to BGD Fee Application | 0.20 |
| 09/18/17 | SHM | B170 | Electronically file Notice for Objections to Cooley Fee Application | 0.20 |
| 09/18/17 | SHM | B170 | Electronically file Notice for Objections to Province Fee Application | 0.20 |
| 09/18/17 | SHM | B170 | Review files for prior invoices for Interim Fee Application requested by C. Madden | 0.40 |
| 09/18/17 | TCS | B170 | Receipt, review applications for compensation, related notices regarding fee applications | 0.20 |
| 09/18/17 | TCS | B170 | Receipt, review Hokanson memo regarding timing | 0.20 |

**BINGHAM GREENEBAUM DOLL LLP**

| | | |
|---|---|---|
| Official Committee of Unsecured Creditors, Gregg Appliances 127821.000001 | Invoice No.: | 4398857 |
| | Invoice Date: | October 6, 2017 |
| | Page | 6 |

| DATE | ATTORNEY/ PARALEGAL | TASK CODE | DESCRIPTION | HOURS |
|---|---|---|---|---|
| | | | and hearing process for second interim fees and reply to Hokanson memo regarding Q4 fees and carve out | |
| 09/18/17 | TCS | B190 | Teleconference M. Roush regarding Onward adversary proceeding and pre-trial | 0.10 |
| 09/19/17 | TCS | B140 | Receipt, review notice of hearing on objection to stay relief regarding payment of costs under D&O policy and review GACP objection | 0.10 |
| 09/19/17 | TCS | B155 | Attend Onward pre-trial conference | 0.60 |
| 09/19/17 | JRI2 | B170 | Conference and correspondence with U.S. Trustee regarding BGD's second interim fee application and consider the same (.3) | 0.30 |
| 09/20/17 | TCS | B190 | Receipt, review scheduling order regarding Onward adversary case | 0.10 |
| 09/21/17 | JRI2 | B190 | Conference with T. Scherer regarding approval of settlement with Sony (.1); consider the same (.1) | 0.20 |
| 09/21/17 | JRI2 | B230 | Correspondence with R. Kalnit and S. Mays regarding fees line in DIP Budget (.1) | 0.10 |
| 09/25/17 | JRI2 | B190 | Correspondence with P. Barrett regarding settlement of Sony adversary proceeding | 0.20 |
| 09/25/17 | TCS | B230 | Receipt, review Hokanson memo with revised carve out payment amounts and reply regarding same (.1); receipt, review R. Kalnit memo regarding scheduling for hearing on 2nd Amended DIP financing (.1) | 0.20 |
| 09/26/17 | JRI2 | B170 | Correspondence with Debtors' counsel regarding legal fees and DIP Budget (.2); consider the same and related correspondence with S. Mays and T. Scherer regarding deadline to object to Committee Professionals' second interim fee applications (.1) | 0.30 |
| 09/26/17 | TCS | B170 | Memo from Hokanson regarding process for objection and hearing on Committee fee applications and memo from J. Irving regarding same | 0.20 |
| 09/26/17 | TCS | B190 | Receipt, review motion to continue 9/27 Synchrony hearing and order | 0.10 |
| 09/26/17 | TCS | B190 | Receipt, review motions by landlords for payment of post- petition tax payments and related notices | 0.30 |
| 09/27/17 | JRI2 | B190 | Work on settlement in hhgregg - Sony adversary proceeding and consider the same as well as approval | 0.20 |

**B**INGHAM **G**REENEBAUM **D**OLL LLP

| | |
|---|---|
| Official Committee of Unsecured Creditors, Gregg Appliances 127821.000001 | Invoice No.: 4398857<br>Invoice Date: October 6, 2017<br>Page 7 |

| DATE | ATTORNEY/ PARALEGAL | TASK CODE | DESCRIPTION | HOURS |
|---|---|---|---|---|
| | | | process (.2) | |
| 09/27/17 | JRI2 | B230 | Correspondence with Debtor's counsel and Committee professionals regarding DIP Budget negotiations with GACP and consider the same (.2) | 0.20 |
| 09/27/17 | TCS | B230 | Memos from, to J. Hokanson regarding continued negotiations on amended DIP budget, carve-out and payment of professionals and reply memo regarding same (2); receipt, review GACP response and proposed amendments to DIP second amendment (.1) | 0.30 |
| 09/28/17 | JRI2 | B190 | Draft, review and revise settlement agreement between the Debtors, the Committee and Sony (1.9); conference and correspondence with L. Peterson and R. Kalnit regarding the same (.3) | 2.20 |
| 09/29/17 | JRI2 | B190 | Conference with R. Kalnit regarding Sony settlement and other litigation matters (.2) | 0.20 |
| 09/29/17 | TCS | B190 | Receipt, review J. Irving, R. Kalnit memos regarding Sony adversary proceeding and settlement of vendor credit claim | 0.10 |
| 09/29/17 | TCS | B190 | Receipt, review Hokanson memos regarding Synchrony claim and discussion of administrative claims bar date | 0.30 |
| 09/29/17 | TCS | B190 | Receipt, review memos regarding Synchrony negotiations and proposal | 0.10 |
| 09/29/17 | TCS | B190 | Receipt, review Motsinger memo and reply regarding consent to pretrial conference extension | 0.10 |

TASK SUMMARY

| TASK | TASK DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| B110 | Case Administration | 0.10 | 49.00 |
| B120 | Asset Analysis & Recovery | 0.10 | 49.00 |
| B130 | Asset Sales and Other Disposition of Assets | 0.60 | 294.00 |
| B140 | Adequate Protection/Relief from Stay | 0.10 | 49.00 |
| B150 | Meetings & communications w/Debtor or Committee | 0.60 | 294.00 |
| B155 | Court Hearings | 4.00 | 1,960.00 |

**BINGHAM GREENEBAUM DOLL LLP**

Official Committee of Unsecured Creditors,
Gregg Appliances
127821.000001

Invoice No.:   4398857
Invoice Date:  October 6, 2017
Page           8

| TASK | TASK DESCRIPTION | HOURS | AMOUNT |
|---|---|---:|---:|
| B170 | Fee Applications | 20.80 | 5,273.00 |
| B190 | Litigation and Contested Matters | 8.20 | 3,478.00 |
| B210 | Business Operations/Strategic Planning | 0.10 | 34.00 |
| B230 | Financing/DIP/Cash Collateral Matters | 2.40 | 1,104.00 |
| B310 | Claims Administration and Objections | 0.10 | 49.00 |
| | | 37.10 | 12,633.00 |

FEES FOR PROFESSIONAL SERVICES RENDERED $ 12,633.00

INVOICE TOTAL $ 12,633.00

PRIOR UNPAID BALANCE $ 50,067.05

BALANCE DUE $ 62,700.05

### SUMMARY OF PROFESSIONAL SERVICES

| ATTORNEY/PARALEGAL | HOURS | RATE | AMOUNT |
|---|---:|---:|---:|
| Thomas C. Scherer | 13.40 | 490.00 | 6,566.00 |
| Whitney L. Mosby | 0.40 | 355.00 | 142.00 |
| James R Irving | 9.20 | 340.00 | 3,128.00 |
| Christopher B. Madden | 9.50 | 200.00 | 1,900.00 |
| Susan H. Mays | 4.60 | 195.00 | 897.00 |
| | 37.10 | | 12,633.00 |