# **EXHIBIT A**

# Cooley

|  |  |  |
|---|---|---|
| | ATTORNEYS AT LAW | Palo Alto, CA |
| | | San Diego, CA |
| | 101 California | Los Angeles, CA |
| | 5th floor | |
| | San Francisco, CA | Broomfield, CO |
| | 94111-5800 | Seattle, WA |
| October 16, 2017 | MAIN 415 693-2000 | |
| | | New York, NY |
| | | Reston, VA |
| Renee B. Weiss | | Washington, DC |
| hhgregg, Inc. Official Committee of Unsecured Creditors | www.cooley.com | Boston, MA |
| c/o DDR Corp. | | Shanghai, P. R. China |
| 3300 Enterprise Parkway | Taxpayer ID Number | |
| Beachwood, OH  44122 | 94-1140085 | London, United Kingdom |

**Invoice Number: 1814768**
CL 01 60726

**330759-201**
**HHgregg Committee**

*For services rendered through September 30, 2017*

| | | |
|---|---|---:|
| Fees . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 109,659.00 |
| Chargeable costs and disbursements . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 2,440.40 |
| **Total Due on Current Invoice** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 112,099.40 |



Page 2

330759-201
**HHgregg Committee**

Invoice Number: 1814768
CL 01 60726

**For services rendered through September 30, 2017**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| **ASSET ANALYSIS AND RECOVERY** | | | | |
| 09/05/17 | Richelle Kalnit | Review and comment on class action sale order | 0.30 | 240.00 |
| 09/06/17 | Richelle Kalnit | Emails re preferences and impact on vendor credits | 0.30 | 240.00 |
| 09/06/17 | Richelle Kalnit | Comment on various iterations of sale order | 0.50 | 400.00 |
| 09/07/17 | Richelle Kalnit | Review class action affidavits and revised sale order | 0.30 | 240.00 |
| 09/12/17 | Richelle Kalnit | Comment on class action assignment documents | 0.50 | 400.00 |
| | | **Task Total:** | 1.90 | 1,520.00 |
| **ASSET DISPOSITION** | | | | |
| 09/12/17 | Melissa H. Boyd | Review orders re: vendor credit action, Electrolux litigation and class action assets sale | 0.20 | 147.00 |
| 09/19/17 | Melissa H. Boyd | Emails re: DIP/budget negotiations | 0.20 | 147.00 |
| 09/21/17 | Melissa H. Boyd | Review Onward vendor credit scheduling order and emails re: same (.2); emails re: pursuit of vendor credits (.4) | 0.60 | 441.00 |
| 09/29/17 | Melissa H. Boyd | Emails re: vendor credit settlements and update chart re: same | 0.30 | 220.50 |
| | | **Task Total:** | 1.30 | 955.50 |
| **CASE ADMINISTRATION** | | | | |
| 09/05/17 | Richelle Kalnit | Call with cleaning company re outstanding postpetition AP (.2); call with Hokanson re issues for hearing tomorrow (.3) | 0.50 | 400.00 |
| 09/06/17 | Richelle Kalnit | Call with Hokanson re hearing items | 0.50 | 400.00 |

# Cooley

Page 3

330759-201
**HHgregg Committee**

Invoice Number: 1814768
CL 01 60726

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 09/11/17 | Richelle Kalnit | Conference with Hershcopf and Boyd re case issues including D&O insurance proceeds motion, D&O investigation and budget issues | 0.80 | 640.00 |
| 09/13/17 | Richelle Kalnit | Attention to committee member issues (.3); call with Committee member (.1); call with Hershcopf re same (.2) | 0.60 | 480.00 |
| 09/14/17 | Richelle Kalnit | Call with committee member re case status and update issues | 0.60 | 480.00 |
| 09/18/17 | Richelle Kalnit | Call with ASK re case issues including Whirlpool preference, personnel and coordination of lawsuit logistics | 0.60 | 480.00 |
| 09/18/17 | Mollie N. Canby | Respond to M. Boyd re amount of fees paid | 0.10 | 24.00 |
| 09/25/17 | Richelle Kalnit | Analysis of fee issues | 0.30 | 240.00 |
| 09/27/17 | Melissa H. Boyd | Emails re: upcoming hearings and matters to be heard | 0.20 | 147.00 |
| 09/28/17 | Summer M. McKee | Call with R. Kalnit re: overview of case status and pending issues | 2.10 | 1,249.50 |
| 09/28/17 | Melissa H. Boyd | Review notices to reject contracts and adjourn hearing | 0.20 | 147.00 |
| | | **Task Total:** | 6.50 | 4,687.50 |

**CLAIMS**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 09/07/17 | Cathy Rae Hershcopf | Confer with Kalnit re September 6 hearing and treatment of claims | 0.70 | 738.50 |
| 09/13/17 | Cathy Rae Hershcopf | Emails with Ryder | 0.40 | 422.00 |
| 09/14/17 | Cathy Rae Hershcopf | Emails re AP and payments post petition and sufficient cushion | 0.60 | 633.00 |
| 09/19/17 | Richelle Kalnit | Call with Debtors re payment of admin claims | 0.50 | 400.00 |
| 09/20/17 | Richelle Kalnit | Call with creditor re admin claims | 0.10 | 80.00 |
| 09/21/17 | Melissa H. Boyd | Review pleadings re: Synchrony recoupment motion (.2); calls to/from creditor re: case status and claims in case (.2) | 0.40 | 294.00 |
| 09/25/17 | Melissa H. Boyd | Emails re: resolving administrative claims | 0.30 | 220.50 |

# Cooley

Page 4

330759-201
**HHgregg Committee**

Invoice Number: 1814768
CL 01 60726

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 09/26/17 | Melissa H. Boyd | Emails re: asserted administrative claims and potential setoff claims | 0.20 | 147.00 |
| 09/26/17 | Cathy Rae Hershcopf | Emails re Synchrony | 0.30 | 316.50 |
| 09/29/17 | Melissa H. Boyd | Emails re: receipt of settlement payment and settlement of and process for paying administrative claims | 0.40 | 294.00 |
| | | **Task Total:** | 3.90 | 3,545.50 |

**FEE/EMPLOYMENT APPLICATIONS**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 09/01/17 | Melissa H. Boyd | Emails re: drafting second interim fee application | 0.20 | 147.00 |
| 09/06/17 | Richelle Kalnit | Review prebill for compliance with UST guidelines | 0.30 | 240.00 |
| 09/06/17 | Mollie N. Canby | Prepare budget for June 1, 2017 through August 31, 2017 | 0.40 | 96.00 |
| 09/07/17 | Mollie N. Canby | Review email from M. Boyd re budget | 0.10 | 24.00 |
| 09/07/17 | Cathy Rae Hershcopf | Emails re professional fees | 0.90 | 949.50 |
| 09/12/17 | Melissa H. Boyd | Emails re: second interim fee application | 0.20 | 147.00 |
| 09/13/17 | Mollie N. Canby | Continue to prepare Cooley's second fee application | 2.60 | 624.00 |
| 09/13/17 | Mollie N. Canby | Emails with M. Boyd re filing of fee application | 0.10 | 24.00 |
| 09/13/17 | Melissa H. Boyd | Emails re: drafting second interim fee application (.3); draft August fee statement and emails re: same (.2) | 0.50 | 367.50 |
| 09/13/17 | Cathy Rae Hershcopf | Emails with Debtors re second interim fee applications | 0.20 | 211.00 |
| 09/14/17 | Mollie N. Canby | Discuss with M. Boyd re certain cost on August bill (.1); request and review detail for cost and emails with M. Boyd re same (.3) | 0.40 | 96.00 |
| 09/14/17 | Richelle Kalnit | Review and comment on draft fee application | 0.60 | 480.00 |
| 09/14/17 | Melissa H. Boyd | Emails re: drafting second interim fee app. and estimating fees through year end (.3); draft fee app. (2.0) | 2.30 | 1,690.50 |



Page 5

**330759-201**
**HHgregg Committee**

Invoice Number: 1814768
CL 01 60726

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 09/15/17 | Melissa H. Boyd | Edit second interim fee application and budget for corresponding period (1.2); emails re: Committee chair review of applications (.3); emails with Committee professionals re: finalizing applications (.3) | 1.80 | 1,323.00 |
| 09/17/17 | Melissa H. Boyd | Emails re: review of second interim fee applications (.3); review and revise staffing plan (.2); review Province fee application and email re: edits to same (.3); edit second interim fee application (.2) | 1.00 | 735.00 |
| 09/18/17 | Richelle Kalnit | Final comments on draft fee application | 0.20 | 160.00 |
| 09/18/17 | Melissa H. Boyd | Emails re: editing Cooley and Province second interim fee applications (.2); emails and call re: filing Cooley fee application (.2); revise fee application and supporting exhibits (1.0); email to US Trustee re: fee application review (.2) | 1.60 | 1,176.00 |
| 09/21/17 | Melissa H. Boyd | Emails and calls re: accrued and outstanding fees and expenses in the case (.3) and review filings and spreadsheet re: same (.2) | 0.50 | 367.50 |
| 09/25/17 | Melissa H. Boyd | Emails re: professional fees owed | 0.20 | 147.00 |
| 09/26/17 | Melissa H. Boyd | Emails re: payment of first interim fees and lodging second interim fee application order | 0.20 | 147.00 |
| | | **Task Total:** | 14.30 | 9,152.00 |

**FINANCING AND CASH COLLATERAL**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 09/01/17 | Richelle Kalnit | Review budget proposal (.3) and emails re same (.2); call with Morrison re same (.2) | 0.70 | 560.00 |
| 09/01/17 | Cathy Rae Hershcopf | Emails re deal with GA | 1.30 | 1,371.50 |
| 09/05/17 | Richelle Kalnit | Review revised budget documents | 0.50 | 400.00 |
| 09/06/17 | Richelle Kalnit | Review email re budget issues and comment on same | 0.40 | 320.00 |
| 09/07/17 | Richelle Kalnit | Review and comment on motion to set aside and motion to limit notice re same | 0.80 | 640.00 |

# Cooley

Page 6

**330759-201**
**HHgregg Committee**

Invoice Number: 1814768
CL 01 60726

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 09/13/17 | Cathy Rae Hershcopf | Numerous emails with DLA re DIP amendment (.8); confer with Kalnit re same (.4) | 1.20 | 1,266.00 |
| 09/14/17 | Richelle Kalnit | Review updated AP (.2); emails re same (.1); review and comment on draft DIP amendment (.9) | 1.20 | 960.00 |
| 09/18/17 | Richelle Kalnit | Review draft DIP amendment | 0.20 | 160.00 |
| 09/19/17 | Richelle Kalnit | Review revisions to DIP amendment (.2); call with Debtors and lenders re same (.5) | 0.70 | 560.00 |
| 09/25/17 | Melissa H. Boyd | Emails re: amending DIP and negotiations re: same | 0.20 | 147.00 |
| 09/27/17 | Richelle Kalnit | Attention to budget issues | 0.20 | 160.00 |
| 09/27/17 | Melissa H. Boyd | Emails re: DIP budget negotiations and payment of fees from carveout | 0.20 | 147.00 |
| 09/27/17 | Cathy Rae Hershcopf | Emails with Debtors re budget and updated expenses | 0.40 | 422.00 |
| 09/27/17 | Cathy Rae Hershcopf | Confer with R. Kalnit re budget issues | 0.40 | 422.00 |
| 09/28/17 | Richelle Kalnit | Review and comment on revised DIP amendment | 0.80 | 640.00 |
| 09/28/17 | Cathy Rae Hershcopf | Emails with ASK, and Kovacs re updated information for GA | 0.40 | 422.00 |
| | | **Task Total:** | 9.60 | 8,597.50 |

**LITIGATION**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 09/01/17 | Richelle Kalnit | Review Boyd email and research re D&O coverage issues | 0.80 | 640.00 |
| 09/01/17 | Melissa H. Boyd | Draft and edit memo analyzing D&O policy coverage of insured persons' defense costs in response to motion requesting coverage (5.5); emails re: settling Whirlpool actions and claims (.2) | 5.70 | 4,189.50 |
| 09/05/17 | Richelle Kalnit | Comment on draft timeline (.2); continued review of board presentations (.3) and incorporate same into summary of board minutes (.2) | 0.70 | 560.00 |

# Cooley

Page 7

330759-201
**HHgregg Committee**

Invoice Number: 1814768
CL 01 60726

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 09/06/17 | Richelle Kalnit | Updates and revisions to summary of board minutes | 1.80 | 1,440.00 |
| 09/06/17 | Melissa H. Boyd | Revise memo re: D&O insurance policy coverage of defense costs (2.3), and case law research (.8) and emails (.3) re: same; emails re: class action hearing and budget negotiations (.2); edit timeline re: D&O investigation (incl. review of D&O investigation documents) and emails re: same (1.2) | 4.80 | 3,528.00 |
| 09/07/17 | Melissa H. Boyd | Review D&O investigation documents (.4) and emails re: same (.2); edit timeline re: investigation (.2) and emails re: same (.2); emails re: vendor credit negotiations and filings (.4); emails and review filings re: Electrolux and Whirlpool adversary proceedings (.2) | 1.60 | 1,176.00 |
| 09/07/17 | Philip J. Anton | Assist with designing and applying search strategies to analyze electronically-stored information received from opposing party, for M. Boyd | 1.00 | 240.00 |
| 09/08/17 | Richelle Kalnit | Review draft objection to D&O insurance proceeds motion (.3) and emails re same (.3) | 0.60 | 480.00 |
| 09/08/17 | Melissa H. Boyd | Review GACP objection to D&O motion for coverage of defense costs (.3); review case law re: same (.2); emails re: same (.4); emails re: Warrentech service issues and potential cause of action (.2) | 1.10 | 808.50 |
| 09/11/17 | Melissa H. Boyd | Office conferences re: D&O litigation issues, budget negotiations and case status (and notes on next steps re: same) (.9); review documents re: D&O investigation (.5) | 1.40 | 1,029.00 |
| 09/11/17 | Richelle Kalnit | Emails re possible solution to D&O motion | 0.30 | 240.00 |
| 09/12/17 | Richelle Kalnit | Call re insurance proceeds motion (.3) and follow up emails re same (.3) | 0.60 | 480.00 |
| 09/14/17 | Richelle Kalnit | Emails re Ogletree letter | 0.10 | 80.00 |
| 09/17/17 | Melissa H. Boyd | Review documents re: D&O investigation | 1.80 | 1,323.00 |
| 09/18/17 | Melissa H. Boyd | Review documents re: D&O investigation | 5.40 | 3,969.00 |



Page 8

**330759-201**
**HHgregg Committee**

Invoice Number: 1814768
CL 01 60726

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 09/19/17 | Melissa H. Boyd | Emails re: D&O insurance proceeds motion (.2); review documents re: D&O investigation (3.4) | 3.60 | 2,646.00 |
| 09/20/17 | Melissa H. Boyd | Document review re: D&O investigation (4.9); emails re: pursuit of D&O and preference litigations (.2) | 5.10 | 3,748.50 |
| 09/20/17 | Cathy Rae Hershcopf | Emails re D&O investigation/claims | 0.40 | 422.00 |
| 09/21/17 | Melissa H. Boyd | Review briefs re: Electrolux adequate protection (.3) and motion to dismiss Whirlpool (.3) and Electrolux (.3) proceedings; review response re: using D&O proceeds for defense costs (.2); review documents re: D&O investigation (3.9) | 5.00 | 3,675.00 |
| 09/22/17 | Melissa H. Boyd | Emails re: D&O investigation and document review (.2); review documents re: D&O investigation (4.8) | 5.00 | 3,675.00 |
| 09/25/17 | Richelle Kalnit | Review D&O target reply | 0.30 | 240.00 |
| 09/25/17 | Melissa H. Boyd | Emails re: pursuit of D&O litigations and defense costs coverage (.2); review briefs filed in Whirlpool action (.3) | 0.50 | 367.50 |
| 09/26/17 | Richelle Kalnit | Review draft D&O order | 0.20 | 160.00 |
| 09/26/17 | Melissa H. Boyd | Emails re: stipulation resolving D&O defense costs motion (.2); review documents re: D&O investigation (5.8) | 6.00 | 4,410.00 |
| 09/27/17 | Richelle Kalnit | Review revised stipulation re D&O targets | 0.30 | 240.00 |
| 09/27/17 | Melissa H. Boyd | Review emails re: D&O investigation (4.2); revise timeline with new entries re: D&O investigation (2.5) | 6.70 | 4,924.50 |
| 09/29/17 | Richelle Kalnit | Call with Moloy and Brown re D&O resolution | 0.30 | 240.00 |
| 09/29/17 | Melissa H. Boyd | Emails re: resolution of D&O motion to pay defense costs from insurance and review proposed order re: same | 0.30 | 220.50 |
| | | **Task Total:** | 61.40 | 45,152.00 |

**MEETINGS**



Page 9

**330759-201**
**HHgregg Committee**

Invoice Number: 1814768
CL 01 60726

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 09/11/17 | Cathy Rae Hershcopf | Meeting with Kalnit and Boyd re status, budget, recoveries, DIP Amendment, splits, etc. | 0.90 | 949.50 |
| | | **Task Total:** | 0.90 | 949.50 |

**RELIEF FROM STAY PROCEEDINGS**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 09/05/17 | Melissa H. Boyd | Review Panos stay relief motion and email re: same | 0.20 | 147.00 |
| 09/06/17 | Richelle Kalnit | Review stay relief motion | 0.10 | 80.00 |
| | | **Task Total:** | 0.30 | 227.00 |

**TRAVEL**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 09/14/17 | Richelle Kalnit | Non-working travel (billed at 1/2 time) | 2.60 | 2,080.00 |
| 09/15/17 | Richelle Kalnit | Non-working travel (billed at 1/2 time) | 3.00 | 2,400.00 |
| | | **Task Total:** | 5.60 | 4,480.00 |

**LEASES AND EXECUTORY CONTRACTS**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 09/06/17 | Richelle Kalnit | Review Mauceri email re landlord issues | 0.20 | 160.00 |
| 09/26/17 | Melissa H. Boyd | Review motions to pay real estate taxes and notices re: same | 0.30 | 220.50 |
| | | **Task Total:** | 0.50 | 380.50 |

**PREPARATION FOR AND ATTENDANCE AT COURT HEARINGS**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 09/06/17 | Richelle Kalnit | Telephonic participation in hearing (1.9); draft summary of same (.3) | 2.20 | 1,760.00 |
| 09/06/17 | Cathy Rae Hershcopf | Confer with Kalnit re first hearing with new judge (.9) and emails re same (.8) | 1.70 | 1,793.50 |
| 09/15/17 | Richelle Kalnit | Prepare for, attend and post-hearing discussions re budget issues | 3.40 | 2,720.00 |
| 09/29/17 | Melissa H. Boyd | Review 10/2 agenda and emails re: unresolved matters to be heard at hearing | 0.20 | 147.00 |



Page 10

**330759-201**
**HHgregg Committee**

Invoice Number: 1814768
CL 01 60726

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| | | **Task Total:** | 7.50 | 6,420.50 |

**AVOIDANCE ACTIONS**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 09/06/17 | Eric J. Haber | Review Seventh Circuit case law in connection with preference actions | 0.50 | 470.00 |
| 09/14/17 | Eric J. Haber | Review Andretti Autosports 2 defense letter (.4); discuss Andretti Autosports defense letter with C. Hershcopf (.1) | 0.50 | 470.00 |
| 09/14/17 | Eric J. Haber | Review Andretti Autosports 2 spreadsheets and history | 0.60 | 564.00 |
| 09/14/17 | Eric J. Haber | Prepare email to C. Hershcopf, M. Boyd and R. Kalnit analyzing Andretti Autosports 2 defense letter | 1.00 | 940.00 |
| 09/15/17 | Eric J. Haber | Call with K. Casteel re: preference action defenses and procedures | 0.50 | 470.00 |
| 09/15/17 | Eric J. Haber | Call with K. Casteel re: mediation and procedures order re: preferences | 0.50 | 470.00 |
| 09/18/17 | Eric J. Haber | Call with K. Casteel re: Andretti Autosports2 litigation | 0.60 | 564.00 |
| 09/19/17 | Eric J. Haber | Review issues re: Andretti Autosports preference and review account history | 0.40 | 376.00 |
| 09/20/17 | Richelle Kalnit | Call with ASK re possible preference settlement | 0.30 | 240.00 |
| 09/21/17 | Melissa H. Boyd | Calls and emails re: Zimmerman preference action and review demand letter re: same (.5); emails re: Bingham pursuit of ASK preference actions (.3) and preference settlements and negotiations (.3) | 1.10 | 808.50 |
| 09/21/17 | Eric J. Haber | Review email of M. Owens re: Just Marketing (0.1); prepare emails to C. Hershcopf re: same and review response (0.3) | 0.40 | 376.00 |
| 09/21/17 | Eric J. Haber | Review email of M. Boyd re: Zimmerman response date and respond (0.1); review emails of C. Hershcopf and Boyd re: same (0.1) | 0.20 | 188.00 |

# Cooley

**330759-201**
**HHgregg Committee**

Invoice Number: 1814768
CL 01 60726

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 09/22/17 | Melissa H. Boyd | Emails re: pursuit of Just Marketing preference action | 0.20 | 147.00 |
| 09/22/17 | Eric J. Haber | Call with M. Owens re: Just Marketing issues (.5) and review details pertaining to same (.2) | 0.70 | 658.00 |
| 09/25/17 | Richelle Kalnit | Call with ASK and Brown re large case preference issue and next steps on pursuing preferences | 0.50 | 400.00 |
| 09/25/17 | Melissa H. Boyd | Emails re: pursuit of Zimmerman and Andretti preference actions | 0.20 | 147.00 |
| 09/25/17 | Eric J. Haber | Review email of R. Kalnit re: timeline for preferences and procedures and respond | 0.30 | 282.00 |
| 09/25/17 | Eric J. Haber | Review email of R. Kalnit re: preferences | 0.10 | 94.00 |
| 09/25/17 | Eric J. Haber | Review Andretti Autosports2 defense letter | 0.30 | 282.00 |
| 09/26/17 | Eric J. Haber | Review email of M. Giuiliano with Zimmerman Advertising letter setting out defenses with exhibits | 0.80 | 752.00 |
| 09/26/17 | Eric J. Haber | Prepare email to C. Hershcopf and M. Boyd re: initial review of Zimmerman defense letter | 0.20 | 188.00 |
| 09/27/17 | Melissa H. Boyd | Emails re: Zimmerman preference action and analysis of response (.2); review letter re: Zimmerman defenses (.2) and case law re: defenses (.4); call re: Zimmerman, Andretti and Just Marketing preference actions (1.4) | 2.20 | 1,617.00 |
| 09/27/17 | Eric J. Haber | Review Seventh Circuit case law re: preference defenses | 0.80 | 752.00 |
| 09/27/17 | Eric J. Haber | Review Zimmerman defense letter | 0.40 | 376.00 |
| 09/27/17 | Eric J. Haber | Review Zimmerman account history | 0.70 | 658.00 |
| 09/27/17 | Eric J. Haber | Review Zimmerman contracts | 0.50 | 470.00 |
| 09/27/17 | Eric J. Haber | Call with M. Boyd re: analysis of Zimmerman Advertising and Andretti Autosports 2 issues and defenses | 1.40 | 1,316.00 |
| 09/28/17 | Melissa H. Boyd | Call re: Zimmerman preference action | 0.60 | 441.00 |
| 09/28/17 | Cathy Rae Hershcopf | Meeting with Haber on Zimmerman | 0.60 | 633.00 |
| 09/28/17 | Eric J. Haber | Legal research re: preference defenses in Seventh Circuit | 0.90 | 846.00 |

# Cooley

Page    12

**330759-201**  
**HHgregg Committee**

Invoice Number: 1814768  
CL 01 60726

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 09/28/17 | Eric J. Haber | Prepare analysis of Zimmerman preference | 0.50 | 470.00 |
| 09/28/17 | Eric J. Haber | Call with M. Boyd re: Zimmerman preference action | 0.60 | 564.00 |
| 09/28/17 | Eric J. Haber | Review Zimmerman contracts | 0.50 | 470.00 |
| 09/28/17 | Eric J. Haber | Prepare for discussion with C. Hershcopf re: preference actions (.3) and discuss same with Hershcopf (.4) | 0.70 | 658.00 |
| 09/28/17 | Eric J. Haber | Review email of R. Kalnit re: preferences and respond | 0.20 | 188.00 |
| 09/28/17 | Eric J. Haber | Review Zimmerman spreadsheets of preference period payments and invoices (.3); prepare email to K. Kovacs and L. Peterson re: same (.3) | 0.60 | 564.00 |
| 09/29/17 | Summer M. McKee | Review of emails updating case status on preference actions, vendor disputes, and amended budget (0.9); discussion with E. Haber re: preference actions (0.2) | 1.10 | 654.50 |
| 09/29/17 | Melissa H. Boyd | Emails re: pursuit of preference actions | 0.30 | 220.50 |
| 09/29/17 | Mollie N. Canby | Discuss data entry project with E. Haber | 0.30 | 72.00 |
| 09/29/17 | Cathy Rae Hershcopf | Confer with Haber re Zimmerman | 0.60 | 633.00 |
| 09/29/17 | Eric J. Haber | Prepare email to K. Casteel re: preference complaints and review response | 0.20 | 188.00 |
| 09/29/17 | Eric J. Haber | Call with M. Giuiliano re: Zimmerman preference (.4) and follow-up review of issues re: same (.2) | 0.40 | 376.00 |
| 09/29/17 | Eric J. Haber | Call with M. Canby re: Zimmerman preference action (.4); review Canby email re: same and respond (.1) | 0.50 | 470.00 |
| 09/29/17 | Eric J. Haber | Review issues re: Andretti Autosport2 complaint | 0.50 | 470.00 |
| 09/29/17 | Eric J. Haber | Prepare email to C. Hershcopf, M. Boyd and S. McKee re: Zimmerman issues and strategy | 0.80 | 752.00 |



Page 13

330759-201　　　　　　　　　　　　　　　　　　　　　　　Invoice Number: 1814768
**HHgregg Committee**　　　　　　　　　　　　　　　　　　　　　　CL 01 60726

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 09/29/17 | Eric J. Haber | Prepare email to C. Hershcopf, M. Boyd and S. McKee re: Zimmerman preference (.2); review responses of Hershcopf and McKee and respond (.3); discuss same with McKee (.2) | 0.70 | 658.00 |
| 09/29/17 | Eric J. Haber | Prepare for calls re: Zimmerman and Andretti Autosports 2 demands | 0.20 | 188.00 |
| | | **Task Total:** | 26.70 | 23,591.50 |

**Total Fees**　　　　　　　　　　　　　　　　　　　　　　　　　　　　**$109,659.00**

**Fee Summary:**

| Timekeeper | Type | Rate | Hours | Total |
|---|---|---|---|---|
| Cathy Rae Hershcopf | Partner | 1055 | 11.00 | 11,605.00 |
| Eric J. Haber | Special Counsel | 940 | 18.70 | 17,578.00 |
| Richelle Kalnit | Associate | 800 | 31.30 | 25,040.00 |
| Summer M. McKee | Associate | 595 | 3.20 | 1,904.00 |
| Melissa H. Boyd | Associate | 735 | 71.20 | 52,332.00 |
| Mollie N. Canby | Paralegal | 240 | 4.00 | 960.00 |
| Philip J. Anton | Lit/E-Discovery Svcs. | 240 | 1.00 | 240.00 |

**For costs and disbursements recorded through September 30, 2017 :**

Air Fare　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　363.98
Traveler: R. KALNIT Departure Date: 8/13/2017 Itinerary: Newark, NJ-Indianapolis, IN Airline: Southwest

Air Fare　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　337.20
Traveler: R. KALNIT Departure Date: 8/14/2017 Itinerary: Indianapolis, IN-New York, NY Airline: Delta Airlines

Hotels and Meals (Hotels)　　　　　　　　　　　　　　　　　　　　　　277.23
Indianapolis, Indiana - HHgregg, Inc. court hearing 09/14/2017-09/15/2017
Richelle Kalnit

Hotels and Meals (Meals)　　　　　　　　　　　　　　　　　　　　　　41.18



Page 14

**330759-201**  
**HHgregg Committee**

**Invoice Number: 1814768**  
CL 01 60726

Indianapolis, Indiana - HHgregg, Inc. court hearing on 09/15/2017 with Richelle Kalnit, N/A N/A  
Richelle Kalnit

| | |
|---|---:|
| Meals | 81.55 |
| Monthly storage/user access fee August 2017<br>TransPerfect Document Management, Inc. | 350.69 |
| Reproduction of Documents | 9.00 |
| Research Database / Document Retrieval | 849.18 |
| Taxi | 130.39 |
| **Total Costs** | **$2,440.40** |
| | |
| **Total:** | **$112,099.40** |

# Cooley

| | | |
|---|---|---|
| | ATTORNEYS AT LAW | Palo Alto, CA |
| | | San Diego, CA |
| | 101 California | Los Angeles, CA |
| | 5th floor | |
| | San Francisco, CA | Broomfield, CO |
| | 94111-5800 | Seattle, WA |
| October 16, 2017 | MAIN 415 693-2000 | New York, NY |
| | | Reston, VA |
| Renee B. Weiss | | Washington, DC |
| hhgregg, Inc. Official Committee of Unsecured Creditors | www.cooley.com | Boston, MA |
| c/o DDR Corp. | | Shanghai, P. R. China |
| 3300 Enterprise Parkway | Taxpayer ID Number | |
| Beachwood, OH  44122 | 94-1140085 | London, United Kingdom |

**330759-201**  
**HHgregg Committee**

Invoice Number:  1814768  
CL 01 60726

R E M I T T A N C E   A D V I C E

Please include this Remittance Advice with your payment

| | | |
|---|---|---|
| **For current services rendered through 9/30/2017-Invoice No. 1814768:** | | |
| Fees | $ | 109,659.00 |
| Chargeable costs and disbursements | $ | 2,440.40 |
| **Total Due on Current Invoice** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 112,099.40 |

Outstanding Balance from prior Invoices as of 10/16/2017 *(May not reflect recent payments)*

| Invoice Number | Invoice Date | Balance | Late Charges | Balance Due |
|---|---|---|---|---|
| 1756188 | 5/16/2017 | 253,253.26 | 0.00 | 253,253.26 |
| 1766767 | 6/15/2017 | 200,998.48 | 0.00 | 200,998.48 |
| 1781008 | 7/25/2017 | 231,919.12 | 0.00 | 231,919.12 |
| 1789038 | 8/16/2017 | 158,374.65 | 0.00 | 158,374.65 |
| 1798611 | 9/13/2017 | 221,549.32 | 0.00 | 221,549.32 |

**Total Outstanding Balance from prior Invoices** *(Disregard if paid)* . . . . . . . . .   $   **1,066,094.83**

**Total Amount Due on Current and Prior Invoices.** . . . . . . . . . . . . . . . . . . . . . . . .   $   **1,178,194.23**



Page    2

**330759-201**
**HHgregg Committee**

**Invoice Number:  1814768**
CL 01 60726

**Cooley LLP**
101 California Street, 5th floor
San Francisco, CA 94111-5800

Tax ID# 94-1140085

**Payment may be made by wire transfer or ACH:**
Wells Fargo Bank - San Francisco, CA 94104
Account # 4129155206  ABA Routing # 121000248  Swift # WFBIUS6S
**When making electronic payments please provide invoice number(s)
and send remittance advice to AR@cooley.com**

Invoices are due and payable upon receipt. Any unpaid balance after 30 days may accrue late charges.