**EXHIBIT A**



# INVOICE

10/10/2017

2360 Corporate Cir., Ste 330
Henderson, Nevada 89074
P: 702.685.5555

| Closing Date | Invoice # |
|---|---|
| 9/30/2017 | 83257 |

| Bill To |
|---|
| HHGregg, Inc. |

| Item | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| Consulting - Principal | Consulting services performed by Peter Kravitz | 0.8 | 745.00 | 596.00 |
| Consulting - Principal | Consulting services performed by Paul Huygens | 1 | 730.00 | 730.00 |
| Consulting - Managing Director | Consulting services performed by Stilian Morrison | 19.9 | 620.00 | 12,338.00 |
| Consulting - Director | Consulting services performed by Sanjuro Kietlinski | 0.1 | 495.00 | 49.50 |
| Consulting - Director | Consulting services performed by Bill McMahon | 1.9 | 490.00 | 931.00 |
| Paraprofessionals | Services performed by Erica Mattson | 2.1 | 150.00 | 315.00 |

Please make checks payable to Province, Inc.
Send to address above Attn: Billing

US Wire Transfers:
Meadows Bank
Account No: 1020039259
Wire ABA No: 122402382

| | |
|---|---|
| Total | $14,959.50 |
| Payments/Credits | $0.00 |
| **Balance** | $14,959.50 |

HHGregg, Inc.

Billing Detail

September 1 - 30, 2017

| Entry Date | Person | Comment | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| | | | | 25.80 | | $14,959.50 |
| 9/1/2017 | Stilian Morrison | Consider latest budget offer from GACP. | Business Analysis / Operations | 0.70 | 620.00 | 434.00 |
| 9/1/2017 | Stilian Morrison | Call with R. Kalnit (Cooley) to discuss latest GACP offer. | Case Administration | 0.10 | 620.00 | 62.00 |
| 9/5/2017 | Stilian Morrison | Commence review of August time entries. | Fee/Employment Applications | 0.20 | 620.00 | 124.00 |
| 9/5/2017 | Stilian Morrison | Review Debtors' proposed final version of the Q3 budget and go-forward revenue splits (1.1). Submit comments and questions to K. Kovacs (hhgregg) re: same (0.4). | Business Analysis / Operations | 1.50 | 620.00 | 930.00 |
| 9/5/2017 | Stilian Morrison | Review responses from K. Kovacs (hhgregg) on budget and split of proceeds changes, and respond re: same. | Business Analysis / Operations | 0.50 | 620.00 | 310.00 |
| 9/6/2017 | Stilian Morrison | Review latest correspondence on case and proposed budgets to submit to judge. | Case Administration | 0.90 | 620.00 | 558.00 |
| 9/6/2017 | Peter Kravitz | Strategize re budget analysis | Business Analysis / Operations | 0.20 | 745.00 | 149.00 |
| 9/6/2017 | Paul Huygens | Review liquidity analysis and splits analysis. Confer with committee and Cooley team re same. | Business Analysis / Operations | 0.70 | 730.00 | 511.00 |
| 9/7/2017 | Stilian Morrison | Review correspondence among professionals regarding various case matters (hearing on budget, wind down fees, etc.). | Case Administration | 0.40 | 620.00 | 248.00 |
| 9/7/2017 | Stilian Morrison | Finish review of August time entries. | Fee/Employment Applications | 0.30 | 620.00 | 186.00 |
| 9/7/2017 | Stilian Morrison | Review latest filings on the docket. | Court Filings | 0.60 | 620.00 | 372.00 |
| 9/7/2017 | Stilian Morrison | Analyze potential containerboard class action claim and communicate with L. Peterson (hhgregg) re: same. | Claims Analysis and Objections | 0.50 | 620.00 | 310.00 |
| 9/7/2017 | Stilian Morrison | Review loss portfolio transfer opportunity based on workers comp LC data received to date. | Claims Analysis and Objections | 0.80 | 620.00 | 496.00 |
| 9/10/2017 | Sanjuro Kietlinski | Review Cooley case update. | Case Administration | 0.10 | 495.00 | 49.50 |
| 9/11/2017 | Stilian Morrison | Continue to review and triangulate August time entries. | Fee/Employment Applications | 0.40 | 620.00 | 248.00 |
| 9/12/2017 | Stilian Morrison | Call with R. Kalnit (Cooley) to update on case status. | Case Administration | 0.20 | 620.00 | 124.00 |
| 9/12/2017 | Stilian Morrison | Review latest proposed budget schedules and make notes re: same. | Business Analysis / Operations | 1.40 | 620.00 | 868.00 |
| 9/12/2017 | Stilian Morrison | Review and respond to R. Kalnit (Cooley) re: professional fee carve-out questions from Ice Miller. | Case Administration | 0.30 | 620.00 | 186.00 |

| Date | Name | Description | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 9/13/2017 | Stilian Morrison | Prepare August notice of draw and commence review of next steps to draft second interim fee app. | Fee/Employment Applications | 0.70 | 620.00 | 434.00 |
| 9/13/2017 | Erica Mattson | Prepare August fee statement (0.5). Email to S. Morrison for review (0.1). | Fee/Employment Applications | 0.60 | 150.00 | 90.00 |
| 9/13/2017 | Bill McMahon | Review OHIO BWC, Zurich and Travelers loss runs provided by Lockton (0.6). Complete loss run revisions and summaries (0.8), then email S. Morrison (0.2) with analysis/questions. | Claims Analysis and Objections | 1.60 | 490.00 | 784.00 |
| 9/13/2017 | Stilian Morrison | Review latest filings on the docket. | Court Filings | 0.60 | 620.00 | 372.00 |
| 9/13/2017 | Stilian Morrison | Review latest loss run data (0.7) and check initial findings from B. McMahon re: same (0.3). | Claims Analysis and Objections | 1.00 | 620.00 | 620.00 |
| 9/13/2017 | Stilian Morrison | Finalize August hours. | Fee/Employment Applications | 0.30 | 620.00 | 186.00 |
| 9/14/2017 | Stilian Morrison | Review latest schedule of GOB A/P and reply to Cooley team re: same. | Business Analysis / Operations | 1.60 | 620.00 | 992.00 |
| 9/14/2017 | Erica Mattson | Compile data from 2nd interim period fee statements (0.8). Draft 2nd interim fee app (0.6). Email to S. Morrison for review (0.1). | Fee/Employment Applications | 1.50 | 150.00 | 225.00 |
| 9/15/2017 | Stilian Morrison | Prepare for (0.4) and attend call (0.2) with K. Kovacs (hhgregg) to discuss changes to budget for post petition accounts payable. | Business Analysis / Operations | 0.60 | 620.00 | 372.00 |
| 9/15/2017 | Stilian Morrison | Review correspondence on outstanding stub rent payments and correspond with R. Kalnit (Cooley) re: same. | Case Administration | 0.30 | 620.00 | 186.00 |
| 9/15/2017 | Stilian Morrison | Review, edit and submit draft of second interim fee app to committee counsel for review and comment. | Fee/Employment Applications | 1.10 | 620.00 | 682.00 |
| 9/18/2017 | Stilian Morrison | Review latest filings on the docket. | Court Filings | 0.80 | 620.00 | 496.00 |
| 9/18/2017 | Stilian Morrison | Prepare additional changes to second interim fee app per comments form M. Boyd (Cooley). | Fee/Employment Applications | 0.30 | 620.00 | 186.00 |
| 9/18/2017 | Stilian Morrison | Review draft second DIP amendment order. | Court Filings | 1.20 | 620.00 | 744.00 |
| 9/19/2017 | Stilian Morrison | Begin to prepare Q4 and 2018 fee forecasts to send to Debtors' counsel. | Business Analysis / Operations | 0.30 | 620.00 | 186.00 |
| 9/19/2017 | Stilian Morrison | Prepare for (0.4) and participate in call with case professionals to go through comments on draft of 2nd DIP amendment. | Court Filings | 1.10 | 620.00 | 682.00 |
| 9/20/2017 | Stilian Morrison | Review correspondence from case professionals. | Case Administration | 0.30 | 620.00 | 186.00 |
| 9/22/2017 | Stilian Morrison | Review fee payments outstanding under carve-out and advise Ice Miller re: same. | Case Administration | 0.20 | 620.00 | 124.00 |
| 9/25/2017 | Stilian Morrison | Review and confirm professional fees to be paid. | Case Administration | 0.20 | 620.00 | 124.00 |
| 9/28/2017 | Peter Kravitz | Confer re case status with landlord committee members | Committee Activities | 0.30 | 745.00 | 223.50 |
| 9/28/2017 | Stilian Morrison | Follow up with Lockton re: open claim questions from B. McMahon. | Claims Analysis and Objections | 0.30 | 620.00 | 186.00 |
| 9/28/2017 | Bill McMahon | Review correspondence from Lockton and S. Morrison re: Zurich/Travelers/OHIO BWC collateral updates. | Claims Analysis and Objections | 0.30 | 490.00 | 147.00 |

| Date | Name | Description | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 9/29/2017 | Gillian Morrison | Review proposed AP payment schedule. | Business Analysis / Operations | 0.20 | 620.00 | 124.00 |
| 9/29/2017 | Peter Kravitz | Call with P. Huygens re case update and workstreams. | Case Administration | 0.30 | 745.00 | 223.50 |
| 9/29/2017 | Paul Huygens | Call with P. Kravitz re case update and workstreams. | Case Administration | 0.30 | 730.00 | 219.00 |