SO ORDERED: November 3, 2017.



Jeffrey J. Graham
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| hhgregg, Inc., *et al.*,[1] | Case No. 17-01302-JJG-11 |
| Debtors. | (Jointly Administered) |

### ORDER GRANTING DEBTORS' MOTION FOR STANDING ORDER LIMITING NOTICE (DOC. NO. 1736)

This matter came before the Court on the *Debtors' Motion for Standing Order Limiting Notice* (Doc. No. 1736) (the "Motion").

Notice of the Motion was served upon the U.S. Trustee, the Committee, and all intervening counsel and parties in interest, which notice provided that objections to the Motion were due to be filed by October 30, 2017.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: hhgregg, Inc. (0538); Gregg Appliances, Inc. (9508); HHG Distributing LLC (5875). The location of the Debtors' corporate headquarters is 750 W. Carmel Drive, Suite 207, Carmel, IN 46032.

And the Court, having considered the Motion, having noted that no objections were filed, and being duly advised, now finds that the Motion should be and is hereby granted.

IT IS THEREFORE ORDERED unless otherwise required by Fed.R.Bankr.P. 2002, notice of motions and applications filed in these cases shall be limited to (a) the Debtors; (b) the Debtors' counsel; (c) the Office of the United States Trustee; (d) counsel to the Committee; and (e) those parties who have appeared pursuant to Bankruptcy Rule 9010 or who have requested notice pursuant to Bankruptcy Rule 2002.

###