



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1494424
November 23, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:  Asset Analysis and Recovery
     Our Matter No. 60605.0001

## INVOICE SUMMARY

For Services rendered through October 31, 2017

| | |
|---|---|
| Professional Services | $494.10 |
| **Total Current Invoice** | **$494.10** |
| | |
| Previous Balance Due | $99,954.90 |
| Total Balance Due | $100,449.00 |

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence
you have placed in us.  Please call if we can be of further assistance.



Asset Analysis and Recovery
Our Matter No. 60605.0001

Invoice No. 1494424
November 23, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 10/19/2017 | FOWL S | Analyzed Nikon vendor credit agreement (.3); communicated with the Committee regarding same (.2); communicated with client regarding same (.3). | 0.80 |
| 10/20/2017 | HOKA J | Forwarded email from RAC's counsel regarding staffing for reconciliation efforts. | 0.20 |
| 10/24/2017 | JORI W | Reviewed e-mail from court and prepared updated order on Agreed Entry and submitted same to the court. | 0.40 |
| **Total Professional Services** | | | **$494.10** |

**Total Invoice Balance Due** — $494.10

### OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 07/20/17 | 1476590 | $30,393.45 | $0.00 | $30,393.45 |
| 08/09/17 | 1480333 | $32,545.35 | $0.00 | $32,545.35 |
| 09/09/17 | 1483567 | $33,363.00 | $0.00 | $33,363.00 |
| 10/06/17 | 1486934 | $3,653.10 | $0.00 | $3,653.10 |
| 11/23/17 | 1494424 | $494.10 | $0.00 | $494.10 |
| | | | **Total Balance Due** | **$100,449.00** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|------------|-------|
| $494.10 | $3,653.10 | $33,363.00 | $32,545.35 | $30,393.45 | $100,449.00 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries, please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com





One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Invoice No. 1494424
November 23, 2017

Re:    Asset Analysis and Recovery
       Our Matter No. 60605.0001

## INVOICE SUMMARY

For Services rendered through October 31, 2017

| | |
|---|---|
| Professional Services | $494.10 |
| **Total Current Invoice** | **$494.10** |
| Previous Balance Due | $99,954.90 |
| Total Balance Due | $100,449.00 |

## Payment Options

**Online Payments:**
**ClientPay**

Wire/ACH Instructions:
Huntington Bank
ABA for ACH    074000078
ABA for Wire   044000024
Account No.    01401048453
Swift Code:    HUNTUS33
Please Reference **Invoice No. 1494424**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1494424**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



**Ice**Miller
LEGAL COUNSEL

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1494425
November 23, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Asset Disposition
        Our Matter No. 60605.0002

### INVOICE SUMMARY

For Services rendered through October 31, 2017

| | |
|---|---|
| Professional Services | $588.60 |
| **Total Current Invoice** | **$588.60** |
| | |
| Previous Balance Due | $87,327.00 |
| Total Balance Due | $87,915.60 |

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence
you have placed in us.  Please call if we can be of further assistance.



Asset Disposition                                                                        Invoice No. 1494425
Our Matter No. 60605.0002                                                                November 23, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 10/03/2017 | FOWL S | Communicated with lenders regarding release of trademarks. | 0.30 |
| 10/03/2017 | HOKA J | Responded to inquiry regarding release of lien on IP Assets. | 0.20 |
| 10/03/2017 | WALS T | Attended to responding to question concerning listing of trademarks to be included in release of security interest. | 0.50 |
| 10/05/2017 | HOKA J | Reviewed and forwarded Wells' release of security interests in sold IP Assets. | 0.20 |
| **Total Professional Services** | | | **$588.60** |

**Total Invoice Balance Due**                                                                   $588.60

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 07/20/17 | 1476591 | $31,951.80 | $0.00 | $31,951.80 |
| 08/09/17 | 1480334 | $28,589.85 | $0.00 | $28,589.85 |
| 09/09/17 | 1483568 | $14,440.95 | $0.00 | $14,440.95 |
| 10/06/17 | 1486935 | $12,344.40 | $0.00 | $12,344.40 |
| 11/23/17 | 1494425 | $588.60 | $0.00 | $588.60 |
| | | | **Total Balance Due** | **$87,915.60** |

## AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|------------|-------|
| $588.60 | $12,344.40 | $14,440.95 | $28,589.85 | $31,951.80 | $87,915.60 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com





One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                           Invoice No. 1494425
Debtor-In-Possesion                                                             November 23, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Asset Disposition
        Our Matter No. 60605.0002

## INVOICE SUMMARY

For Services rendered through October 31, 2017

Professional Services                                                           $588.60

**Total Current Invoice**                                                       **$588.60**

Previous Balance Due                                                            $87,327.00

Total Balance Due                                                               $87,915.60

### Payment Options

Online Payments:                  Wire/ACH Instructions:
**ClientPay**                     Huntington Bank
                                  ABA for ACH    074000078
                                  ABA for Wire   044000024
                                  Account No.    01401048453
                                  Swift Code:    HUNTUS33
                                  Please Reference **Invoice No. 1494425**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1494425**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357





One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1494426
November 23, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:   Assumption and Rejection of Leases and Contracts
      Our Matter No. 60605.0003

## INVOICE SUMMARY

For Services rendered through October 31, 2017

| | |
|---|---|
| Professional Services | $1,117.80 |
| **Total Current Invoice** | **$1,117.80** |
| Previous Balance Due | $36,104.40 |
| Total Balance Due | $37,222.20 |

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence
you have placed in us.  Please call if we can be of further assistance.



Assumption and Rejection of Leases and Contracts
Our Matter No. 60605.0003

Invoice No. 1494426
November 23, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 10/03/2017 | FOWL S | Drafted notice of rejection of additional contracts (.3); communicated with client regarding same (.1). | 0.40 |
| 10/03/2017 | JORI W | Prepared certificate of service on contract counterparties regarding rejection notices and communicated with client regarding service. | 0.50 |
| 10/04/2017 | JORI W | Finalized and submitted affidavit of service of contract rejection notices. | 0.10 |
| 10/10/2017 | JORI W | Received and reviewed returned mail from contract rejection notice and researched contract counterparty in order to re-serve notice. | 0.40 |
| 10/16/2017 | FOWL S | Drafted motion for order approving rejection of contracts. | 1.20 |
| 10/18/2017 | FOWL S | Communicated with counsel for Prologis regarding security deposit. | 0.20 |
| 10/31/2017 | FOWL S | Drafted notice of rejection of additional contracts (.4); communicated with client regarding same (.1). | 0.50 |
| 10/31/2017 | JORI W | Reviewed contract rejection notice in order to facilitate service. | 0.20 |
| **Total Professional Services** | | | **$1,117.80** |

**Total Invoice Balance Due**                                                       $1,117.80

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 07/20/17 | 1476592 | $21,415.05 | $0.00 | $21,415.05 |
| 08/09/17 | 1480335 | $9,171.90 | $0.00 | $9,171.90 |
| 09/09/17 | 1483569 | $4,714.20 | $0.00 | $4,714.20 |
| 10/06/17 | 1486936 | $803.25 | $0.00 | $803.25 |
| 11/23/17 | 1494426 | $1,117.80 | $0.00 | $1,117.80 |
| | | | **Total Balance Due** | **$37,222.20** |

## AGED AR

Assumption and Rejection of Leases and Contracts
Our Matter No. 60605.0003

Invoice No. 1494426
November 23, 2017

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|------------|-------|
| $1,117.80 | $803.25 | $4,714.20 | $9,171.90 | $21,415.05 | $37,222.20 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com

**ELECTRONIC**



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                    Invoice No. 1494426
Debtor-In-Possesion                                      November 23, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Assumption and Rejection of Leases and Contracts
       Our Matter No. 60605.0003

## INVOICE SUMMARY

For Services rendered through October 31, 2017

| | |
|---|---|
| Professional Services | $1,117.80 |
| **Total Current Invoice** | **$1,117.80** |
| Previous Balance Due | $36,104.40 |
| Total Balance Due | $37,222.20 |

### Payment Options

Online Payments:                    Wire/ACH Instructions:
**ClientPay**                       Huntington Bank
                ABA for ACH    074000078
                                    ABA for Wire   044000024
                                    Account No.    01401048453
                                    Swift Code:    HUNTUS33
                                    Please Reference **Invoice No. 1494426**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1494426**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357





**LEGAL COUNSEL**

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1494427
November 23, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Business Operations
        Our Matter No. 60605.0006

## INVOICE SUMMARY

For Services rendered through October 31, 2017

| | |
|---|---|
| Professional Services | $2,820.15 |
| **Total Current Invoice** | **$2,820.15** |
| Previous Balance Due | $32,059.35 |
| Total Balance Due | $34,879.50 |

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence
you have placed in us.  Please call if we can be of further assistance.



Business Operations
Our Matter No. 60605.0006

Invoice No. 1494427
November 23, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 10/03/2017 | HOKA J | Responded to further inquiry regarding Lindblom litigation. | 0.20 |
| 10/04/2017 | HOKA J | Provided summary (.3), and spoke with Company officers (.3) regarding status of pending matters. | 0.60 |
| 10/05/2017 | HOKA J | Responded to inquiry regarding Chase's request for waiver related to account communications. | 0.20 |
| 10/05/2017 | HOKA J | Reviewed Utility motion and orders, and prepared Notice to Utility Companies of treatment of Closed Accounts in conjunction with T. Stouffer. | 1.70 |
| 10/05/2017 | HOKA J | Finalized and circulated Motion to Amend KEIP. | 0.70 |
| 10/11/2017 | JORI W | Received September operating report from client, prepared same for filing and submitted with the court. | 0.90 |
| 10/13/2017 | HOKA J | Spoke with Anthem's counsel and advised regarding Debtors' options for continuing health insurance. | 0.50 |
| 10/26/2017 | HOKA J | Spoke with Zurich's counsel regarding information required for premium and GL policy audits. | 0.30 |
| 10/27/2017 | PISA M | Reviewed correspondnce and online docket to identify status of Cook County case regarding withdraw of counsel. | 0.30 |
| 10/30/2017 | HOKA J | Forwarded email regarding information requested by Zurich. | 0.20 |
| **Total Professional Services** | | | **$2,820.15** |

**Total Invoice Balance Due**                                   $2,820.15

Business Operations
Our Matter No. 60605.0006

Invoice No. 1494427
November 23, 2017

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 07/20/17 | 1476594 | $11,191.05 | $0.00 | $11,191.05 |
| 08/09/17 | 1480336 | $14,388.30 | $0.00 | $14,388.30 |
| 09/09/17 | 1483571 | $3,789.45 | $0.00 | $3,789.45 |
| 10/06/17 | 1486938 | $2,690.55 | $0.00 | $2,690.55 |
| 11/23/17 | 1494427 | $2,820.15 | $0.00 | $2,820.15 |
| | | | **Total Balance Due** | **$34,879.50** |

## AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $2,820.15 | $2,690.55 | $3,789.45 | $14,388.30 | $11,191.05 | $34,879.50 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com

ELECTRONIC



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                    Invoice No. 1494427
Debtor-In-Possesion                                                      November 23, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Business Operations
        Our Matter No. 60605.0006

# INVOICE SUMMARY

For Services rendered through October 31, 2017

| | |
|---|---|
| Professional Services | $2,820.15 |
| **Total Current Invoice** | **$2,820.15** |
| Previous Balance Due | $32,059.35 |
| Total Balance Due | $34,879.50 |

## Payment Options

**Online Payments:**
**ClientPay**


Wire/ACH Instructions:
Huntington Bank
ABA for ACH     074000078
ABA for Wire     044000024
Account No.      01401048453
Swift Code:       HUNTUS33
Please Reference **Invoice No. 1494427**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1494427**

Questions or concerns, please email **payice@icemiller.com**

---

Payment Terms: Net 30
Tax ID: 35-0874357





One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1494428
November 23, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:   Case Administration
      Our Matter No. 60605.0007

### INVOICE SUMMARY

For Services rendered through October 31, 2017

| | |
|---|---|
| Professional Services | $22,748.85 |
| **Total Current Invoice** | **$22,748.85** |
| Previous Balance Due | $52,750.80 |
| Total Balance Due | $75,499.65 |

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence
you have placed in us.  Please call if we can be of further assistance.



Case Administration
Our Matter No. 60605.0007

Invoice No. 1494428
November 23, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 09/01/2017 | JORI W | Reviewed docket and prepared agenda for next week's hearing. | 0.50 |
| 09/01/2017 | JORI W | Received, reviewed and submitted affidavits of service with the court. | 0.30 |
| 09/01/2017 | JORI W | Reviewed docket and communications with Donlin regarding service. | 0.30 |
| 09/01/2017 | HOKA J | Finalized revised form of Notice and sent internal emails regarding use going forward. | 0.80 |
| 09/04/2017 | HOKA J | Reviewed and forwarded Donlin's estimate for costs to notice a plan confirmation process. | 0.20 |
| 09/05/2017 | FOWL S | Reviewed documents from Home Meridian responsive to 2004 exam request (.7); communicated with counsel for Home Meridian regarding same (.3). | 1.00 |
| 09/05/2017 | JORI W | Finalized and submitted with the court, the proposed agenda for tomorrow's hearing and emailed client regarding same. | 0.30 |
| 09/05/2017 | HOKA J | Sent email to constituents and replied to responses regarding status of Amended DIP Order, Class Action Sale Auction and September 6th hearing. | 0.50 |
| 09/06/2017 | FOWL S | Drafted motion to set aside order (2.4) and motion to shorten notice for same (1.1). | 3.50 |
| 09/06/2017 | FOWL S | Attended hearing on 2004 exam, class action sale, and budget issues. | 3.00 |
| 09/06/2017 | FOWL S | Reviewed motion for relief from stay filed by Builtech. | 0.60 |
| 09/06/2017 | FOWL S | Prepared for hearings. | 1.00 |
| 09/06/2017 | FOWL S | Communicated with counsel for Ryder regarding production of documents. | 0.30 |
| 09/06/2017 | JORI W | Reviewed docket and communications with Donlin regarding service. | 0.20 |
| 09/06/2017 | JORI W | Received, reviewed and submitted affidavit of service with the court. | 0.20 |
| 09/06/2017 | HOKA J | Spoke with Court's staff and sent email regarding effect of power outage on hearing protocol. | 0.30 |
| 09/06/2017 | HOKA J | Attending hearings on HMI's Stay Motion and Class Action Sale Motion. | 3.00 |
| 09/07/2017 | CRIS T | Returned a call from Mills with Waste Management. | 0.10 |
| 09/07/2017 | FOWL S | Revised motion to set aside order based on comments from the Committee. | 0.40 |
| 09/07/2017 | FOWL S | Revised motion to set aside order based on comments from the lenders. | 0.80 |
| 09/07/2017 | FOWL S | Updated calendar of dates and deadlines in light of change of judge. | 0.50 |

Case Administration

Our Matter No. 60605.0007

Invoice No. 1494428

November 23, 2017

| | | | |
|---|---|---|---|
| 09/07/2017 | FOWL S | Revised motion to set aside order (.6); communicated with counsel for the lenders and the Committee regarding same (.2); communicated with court regarding form of notice for same (.1). | 0.90 |
| 09/07/2017 | JORI W | Reviewed docket and communications with Donlin regarding service. | 0.50 |
| 09/07/2017 | HOKA J | Exchange emails with Client officer and Court's staff regarding status of Principal 9019 Order (.3); compile and forward documents to Principal to consummate settlement (.6). | 0.90 |
| 09/08/2017 | HOKA J | Forwarded email exchange with prior Court's staff. | 0.10 |
| 09/11/2017 | JORI W | Received, reviewed and submitted affidavits of service with the court. | 0.40 |
| 09/11/2017 | JORI W | Reviewed recently filed documents and communications with Donlin regarding service. | 0.30 |
| 09/11/2017 | HOKA J | Reviewed and forwarded employment agreements requested by D&O's counsel. | 0.40 |
| 09/12/2017 | JORI W | Received, reviewed and submitted affidavit of service with the court. | 0.20 |
| 09/12/2017 | HOKA J | Reviewed August MOR. | 0.30 |
| 09/14/2017 | FOWL S | Prepared for hearing on motion to set aside. | 0.80 |
| 09/14/2017 | JORI W | Reviewed docket and communications with Donlin regarding service of documents. | 0.20 |
| 09/14/2017 | JORI W | Received, reviewed and submitted affidavits of service with the court. | 0.30 |
| 09/14/2017 | JORI W | Received and reviewed proof of claim and forwarded to Donlin for filing. | 0.20 |
| 09/14/2017 | JORI W | Reviewed status of objections regarding tomorrow's hearing and prepared and submitted proposed agenda with the court. | 0.50 |
| 09/14/2017 | HOKA J | Finalized and circulated draft Order on FILO Motion. | 0.80 |
| 09/15/2017 | FOWL S | Discussed amended DIP budget and related issues. | 1.40 |
| 09/15/2017 | FOWL S | Finalized order on motion to set aside. | 0.20 |
| 09/15/2017 | FOWL S | Attended hearing on motion to set aside order. | 1.20 |
| 09/15/2017 | FOWL S | Prepared for hearing on motion to set aside previous order and discussed budget related issues. | 1.40 |
| 09/15/2017 | JORI W | Received, reviewed and submitted certificate of service with the court. | 0.20 |
| 09/15/2017 | JORI W | Received and responded to e-mail from Kovacs regarding today's hearing. | 0.10 |
| 09/15/2017 | HOKA J | Circulated Order granting FILO Motion. | 0.20 |
| 09/15/2017 | HOKA J | Final preparations for and attend hearing on FILO Motion. | 2.00 |

Case Administration
Our Matter No. 60605.0007

Invoice No. 1494428
November 23, 2017

| | | | |
|---|---|---|---|
| 09/18/2017 | JORI W | Communications with Donlin regarding service of documents. | 0.20 |
| 09/18/2017 | JORI W | Reviewed and submitted affidavit of service with the court. | 0.20 |
| 09/19/2017 | FOWL S | Reviewed response in opposition to motion for adequate protection filed by Electrolux. | 0.90 |
| 09/19/2017 | FOWL S | Communicated with counsel for Builtech regarding relief from stay. | 0.30 |
| 09/19/2017 | JORI W | Received, reviewed and submitted affidavit of service with the court. | 0.10 |
| 09/20/2017 | JORI W | Communication with Donlin regarding file of Principal proof of claim (.1); reviewed docket and communications with Donlin regarding service (.1). | 0.20 |
| 09/21/2017 | FOWL S | Reviewed and analyzed Synchrony reply in support of motion for admin claim and setoff. | 0.70 |
| 09/21/2017 | JORI W | Reviewed docket regarding recent filings (.1); reviewed miscellaneous emails from trustee, client and Wells Fargo counsel (.1). | 0.20 |
| 09/21/2017 | HOKA J | Exchanged emails regarding Utility deposit issue. | 0.40 |
| 09/26/2017 | JORI W | Reviewed docket, status of affidavits of service needed and communications with Donlin regarding service. | 0.40 |
| 09/27/2017 | FOWL S | Communicated with counsel for the Committee regarding hearing dates. | 0.30 |
| 09/28/2017 | JORI W | Reviewed docket and prepared proposed agenda for Monday's hearing. | 0.70 |
| 09/28/2017 | JORI W | Received, reviewed and submitted affidavits of service with the court. | 0.20 |
| 09/28/2017 | HOKA J | Exchanged emails with HMI's counsel regarding status of negotiations with Ryder over 2004 motion/protective order. | 0.20 |
| 09/29/2017 | FOWL S | Communicated with Duke Energy regarding status of case. | 0.20 |
| 09/29/2017 | JORI W | Received and submitted affidavit of service with the court. | 0.20 |
| 09/29/2017 | JORI W | Finalized and submitted proposed agenda for Monday's hearing and communicated with Donlin regarding service. | 0.40 |
| 09/29/2017 | HOKA J | Provided update regarding status of matters scheduled for Oct. 2nd hearing, and assisted with finalization of Agenda to be filed. | 0.30 |
| 10/02/2017 | FOWL S | Attended hearing on stay relief motions, motion for 2004 exam, and D&O policy dispute. | 2.80 |
| 10/02/2017 | FOWL S | Prepared for hearing on stay motions. | 0.40 |
| 10/02/2017 | JORI W | Communications with client regarding today's hearing. | 0.10 |
| 10/02/2017 | HOKA J | Communicated with Court's staff regarding status of matters set for omnibus hearing (.3); prepared for (.8) and attended (2.4) omnibus hearing. | 3.50 |

Case Administration
Our Matter No. 60605.0007

Invoice No. 1494428
November 23, 2017

| 10/03/2017 | JORI W | Reviewed docket and communicated with Donlin regarding service of documents. | 0.30 |
| 10/03/2017 | HOKA J | Forward Order extending exclusivity. | 0.20 |
| 10/04/2017 | FOWL S | Communicated with client regarding demands for return of hydrogen tanks. | 0.20 |
| 10/04/2017 | JORI W | Reviewed docket and communicated with Donlin regarding service. | 0.20 |
| 10/04/2017 | JORI W | Received, reviewed and submitted affidavits of service with the court. | 0.20 |
| 10/04/2017 | HOKA J | Responded to inquiry of former employees' counsel regarding scheduled hearings. | 0.20 |
| 10/05/2017 | FOWL S | Commenced draft of motion to set procedures for limiting notice. | 1.10 |
| 10/06/2017 | FOWL S | Revised and finalized motion to limit notice. | 0.60 |
| 10/06/2017 | FOWL S | Revised and finalized motion to amend KEIP. | 0.60 |
| 10/06/2017 | JORI W | Gathered information for service of letter on utility providers regarding utility deposit account and communications with Donlin to facilitate service. | 0.80 |
| 10/09/2017 | FOWL S | Communicated with former employee regarding insurance issue (.1); communicated with client regarding same (.1). | 0.20 |
| 10/09/2017 | JORI W | Reviewed docket and communications with Donlin regarding service. | 0.20 |
| 10/09/2017 | JORI W | Reviewed docket to prepare agenda for tomorrow's hearing and submitted same with the court. | 0.80 |
| 10/09/2017 | JORI W | Prepared and submitted notice of motion to amend KEIP and notice of motion to limit notice and facilitated service of same. | 0.90 |
| 10/10/2017 | FOWL S | Strategized regarding status of case and potential plan. | 1.20 |
| 10/10/2017 | JORI W | Received, reviewed and submitted affidavit of service with the court. | 0.20 |
| 10/10/2017 | JORI W | Telephone calls with court and internal communications to facilitate handling of hearing exhibits. | 0.40 |
| 10/11/2017 | EFRO H | Telephone call from customer regarding claim process. | 0.20 |
| 10/11/2017 | JORI W | Reviewed docket and communications with Donlin regarding service. | 0.10 |
| 10/12/2017 | FOWL S | Communicated with court staff regarding issues with docket entries. | 0.30 |
| 10/16/2017 | FOWL S | Drafted agreed entry resolving adequate protection motion. | 1.50 |
| 10/16/2017 | JORI W | Finalized and submitted Ice Miller's September notice of draw. | 0.40 |
| 10/16/2017 | JORI W | Submitted proposed Order on Ice Miller's 2nd interim fee application. | 0.20 |
| 10/16/2017 | JORI W | Received, reviewed and submitted affidavits of service with the court. | 0.20 |

Case Administration

Our Matter No. 60605.0007

Invoice No. 1494428

November 23, 2017

| 10/17/2017 | JORI W | Received, reviewed and submitted omnibus objections to Throgmartin motions. | 0.80 |
|---|---|---|---|
| 10/17/2017 | JORI W | Reviewed docket and communicated with Donlin regarding service. | 0.20 |
| 10/18/2017 | JORI W | Received, reviewed and filed affidavit of service with the court. | 0.20 |
| 10/19/2017 | JORI W | Reviewed docket and communications with Donlin regarding service. | 0.20 |
| 10/20/2017 | FOWL S | Communicated with client regarding title to trailer for insurance claim. | 0.20 |
| 10/20/2017 | FOWL S | Communicated with client regarding customer Synchrony issues. | 0.30 |
| 10/20/2017 | JORI W | Received, reviewed and submitted affidavit of service with the court. | 0.20 |
| 10/23/2017 | JORI W | Reviewed docket and communications with Donlin regarding service of today's filing. | 0.20 |
| 10/23/2017 | JORI W | Received and responded to email from Kovacs regarding today's hearing agenda. | 0.10 |
| 10/24/2017 | FOWL S | Communicated with counsel for Anthem regarding policy and claims. | 0.60 |
| 10/24/2017 | JORI W | Reviewed docket and responded to Donlin regarding service. | 0.10 |
| 10/25/2017 | FOWL S | Reviewed letters from State Farm regarding subrogation claims (.3); communicated with client regarding same (.2). | 0.50 |
| 10/26/2017 | FOWL S | Communicated with counsel for Zurich regarding policies. | 0.40 |
| 10/26/2017 | JORI W | Reviewed docket and responded to Donlin regarding service. | 0.10 |
| 10/26/2017 | JORI W | Received, reviewed and submitted affidavit of service. | 0.20 |
| 10/30/2017 | JORI W | Reviewed docket and communications with Donlin regarding service. | 0.20 |
| 10/30/2017 | JORI W | Reviewed and submitted motion to continue Synchrony hearing. | 0.30 |
| 10/31/2017 | FOWL S | Communicated with counsel for the Committee regarding exclusivity motion. | 0.20 |
| 10/31/2017 | JORI W | Reviewed docket and communications with Donlin regarding service. | 0.10 |

**Total Professional Services** **$22,748.85**

**Total Invoice Balance Due** $22,748.85

Case Administration
Our Matter No. 60605.0007

Invoice No. 1494428
November 23, 2017

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 07/20/17 | 1476595 | $16,933.05 | $0.00 | $16,933.05 |
| 08/09/17 | 1480337 | $16,124.40 | $0.00 | $16,124.40 |
| 09/09/17 | 1483572 | $19,693.35 | $0.00 | $19,693.35 |
| 11/23/17 | 1494428 | $22,748.85 | $0.00 | $22,748.85 |
| | | | **Total Balance Due** | **$75,499.65** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $22,748.85 | $0.00 | $19,693.35 | $16,124.40 | $16,933.05 | $75,499.65 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com

ELECTRONIC



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Invoice No. 1494428
November 23, 2017

Re:   Case Administration
      Our Matter No. 60605.0007

## INVOICE SUMMARY

For Services rendered through October 31, 2017

| | |
|---|---|
| Professional Services | $22,748.85 |
| **Total Current Invoice** | **$22,748.85** |
| Previous Balance Due | $52,750.80 |
| Total Balance Due | $75,499.65 |

### Payment Options

Online Payments:
**ClientPay**


Wire/ACH Instructions:
Huntington Bank
ABA for ACH    074000078
ABA for Wire    044000024
Account No.    01401048453
Swift Code:    HUNTUS33
Please Reference **Invoice No. 1494428**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1494428**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



ELECTRONIC

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1494429
November 23, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Claims Administration and Objections
        Our Matter No. 60605.0008

## INVOICE SUMMARY

For Services rendered through October 31, 2017

| | |
|---|---|
| Professional Services | $6,640.65 |
| **Total Current Invoice** | **$6,640.65** |
| Previous Balance Due | $31,214.25 |
| Total Balance Due | $37,854.90 |

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence you have placed in us.  Please call if we can be of further assistance.



Claims Administration and Objections
Our Matter No. 60605.0008

Invoice No. 1494429
November 23, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 10/02/2017 | FOWL S | Communicated with counsel for Torrence regarding settlement agreement (.2); communicated with client regarding same (.1). | 0.30 |
| 10/02/2017 | FOWL S | Communicated with counsel for Torrence regarding settlement agreement for mechanic's lien administrative expense claim. | 0.40 |
| 10/02/2017 | FOWL S | Reviewed and analyzed pending applications for administrative expense claims. | 0.60 |
| 10/02/2017 | HOKA J | Forwarded administrative claimant's (landlord's) inquiry regarding status of rent claim. | 0.10 |
| 10/02/2017 | HOKA J | Responded to Committee's comments regarding administrative claims. | 0.20 |
| 10/03/2017 | FOWL S | Communicated with counsel for Fordbook and Highbook regarding administrative expenses. | 0.20 |
| 10/03/2017 | HOKA J | Responded to request for additional information from priority claimants' (former employees) counsel. | 0.30 |
| 10/03/2017 | HOKA J | Responded to inquiry from administrative claimant (janitorial provider). | 0.20 |
| 10/04/2017 | FOWL S | Communicated with counsel for Torrence regarding status of administrative expense reconciliation (.2); communicated with court regarding same (.1). | 0.30 |
| 10/04/2017 | FOWL S | Communicated with client regarding administrative expenses. | 0.10 |
| 10/12/2017 | FOWL S | Communicated with Morgan Lewis regarding certain admin expense claims. | 0.30 |
| 10/12/2017 | FOWL S | Revised and finalized order on Electrasound admin expense claim. | 0.40 |
| 10/12/2017 | FOWL S | Communicated with counsel for Electra-Sound regarding admin expense claim. | 0.30 |
| 10/12/2017 | FOWL S | Communicated with counsel for Ocala regarding admin expense claim. | 0.20 |
| 10/12/2017 | FOWL S | Reviewed admin expense claim filed by RPAI (.3); communicated with client regarding same (.1). | 0.40 |
| 10/12/2017 | FOWL S | Drafted agreed orders allowing Fordbook and Highbook stub rent claims (.8); communicated with counsel for Fordbook and Highbook regarding same (.1). | 0.90 |
| 10/12/2017 | FOWL S | Communicated with counsel for Fordbook and Highbook regarding stub rent claims (.2); communicated with client regarding same (.2). | 0.40 |
| 10/13/2017 | FOWL S | Reviewed and revised objection to Throgmartin tax obligation motion. | 0.80 |
| 10/13/2017 | FOWL S | Communicated with counsel for Ocala regarding agreed order on admin expense application. | 0.20 |

Claims Administration and Objections
Our Matter No. 60605.0008

Invoice No. 1494429
November 23, 2017

| 10/13/2017 | FOWL S | Reviewed administrative expense application filed by Georgia Power Company (.4); communicated with client regarding same (.1). | 0.50 |
|---|---|---|---|
| 10/13/2017 | FOWL S | Analyzed issues with Weilder nitrogen tanks (.5); communicated with Weilder regarding same (.3). | 0.80 |
| 10/16/2017 | FOWL S | Attended to entry of orders on Fordbook and Highbook administrative expenses. | 0.20 |
| 10/16/2017 | FOWL S | Communicated with counsel for Ocala regarding administrative expense claim and objection. | 0.40 |
| 10/16/2017 | HOKA J | Responded to inquiries regarding utility reconciliations. | 0.50 |
| 10/16/2017 | HOKA J | Responded to former employee's inquiry regarding retirement benefits. | 0.40 |
| 10/16/2017 | HOKA J | Reviewed draft settlement documents and exchanged emails respecting Anthem claims. | 0.80 |
| 10/16/2017 | HOKA J | Responded to stub rent claimant's inquiry regarding payments. | 0.50 |
| 10/17/2017 | FOWL S | Finalized objection to Throgmartin motions to pay taxes. | 0.80 |
| 10/17/2017 | FOWL S | Communicated with counsel for Protection One regarding administrative expense claim. | 0.20 |
| 10/17/2017 | HOKA J | Reviewed and provided analysis of Synchrony's demand. | 0.80 |
| 10/18/2017 | FOWL S | Attended to notices on new administrative expense claims and deadlines for same. | 0.40 |
| 10/18/2017 | FOWL S | Finalized agreed order on Ocala administrative expense claim (.1); communicated with court regarding same (.1). | 0.20 |
| 10/19/2017 | HOKA J | Participated in call relative to termination of Anthem contract. | 0.90 |
| 10/20/2017 | FOWL S | Communicated with client regarding contacts to reconcile RAC vendor credits and claim. | 0.20 |
| 10/20/2017 | FOWL S | Reviewed proof of claim filed by Prologis for Hebron property (.3); communicated with counsel for Prologis regarding same (.3). | 0.60 |
| 10/23/2017 | HOKA J | Spoke and exchanged messages with Anthem's counsel regarding settlement of policy claims and termination of run-out period. | 0.60 |
| 10/24/2017 | HOKA J | Spoke again with Anthem's counsel regarding termination of run out provisions. | 0.20 |
| 10/26/2017 | FOWL S | Attended to order on Ocala administrative expense. | 0.20 |
| 10/30/2017 | FOWL S | Drafted motion to continue Synchrony hearing. | 0.80 |

**Total Professional Services**                                                         **$6,640.65**

Claims Administration and Objections
Our Matter No. 60605.0008

Invoice No. 1494429
November 23, 2017

**Total Invoice Balance Due**

$6,640.65

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 07/20/17 | 1476596 | $593.55 | $0.00 | $593.55 |
| 08/09/17 | 1480338 | $2,772.90 | $0.00 | $2,772.90 |
| 09/09/17 | 1483573 | $13,254.30 | $0.00 | $13,254.30 |
| 10/06/17 | 1486939 | $14,593.50 | $0.00 | $14,593.50 |
| 11/23/17 | 1494429 | $6,640.65 | $0.00 | $6,640.65 |
| | | | **Total Balance Due** | **$37,854.90** |

## AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---|---|---|---|---|---|
| $6,640.65 | $14,593.50 | $13,254.30 | $2,772.90 | $593.55 | $37,854.90 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com

ELECTRONIC



LEGAL COUNSEL

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Invoice No. 1494429
November 23, 2017

Re:    Claims Administration and Objections
       Our Matter No. 60605.0008

## INVOICE SUMMARY

For Services rendered through October 31, 2017

| | |
|---|---:|
| Professional Services | $6,640.65 |
| **Total Current Invoice** | **$6,640.65** |
| Previous Balance Due | $31,214.25 |
| Total Balance Due | $37,854.90 |

### Payment Options

Online Payments:
**ClientPay**

Wire/ACH Instructions:
Huntington Bank
ABA for ACH     074000078
ABA for Wire    044000024
Account No.     01401048453
Swift Code:     HUNTUS33
Please Reference **Invoice No. 1494429**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1494429**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357





**LEGAL COUNSEL**

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1494430
November 23, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Corporate Governance and Board Matters
        Our Matter No. 60605.0009

## INVOICE SUMMARY

For Services rendered through October 31, 2017

| | |
|---|---|
| Professional Services | $779.40 |
| **Total Current Invoice** | **$779.40** |
| Previous Balance Due | $26,856.45 |
| Total Balance Due | $27,635.85 |

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence
you have placed in us.  Please call if we can be of further assistance.



Corporate Governance and Board Matters
Our Matter No. 60605.0009

Invoice No. 1494430
November 23, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 10/02/2017 | HOKA J | Provided summary of bankruptcy matters for Board call. | 0.40 |
| 10/20/2017 | THOR J | Preparation of Minutes of 10/2/17 Board meeting and transmittal of the same to K. Kovacs. | 0.80 |
| **Total Professional Services** | | | **$779.40** |

**Total Invoice Balance Due**                                                    $779.40

### OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 07/20/17 | 1476597 | $5,131.80 | $0.00 | $5,131.80 |
| 08/09/17 | 1480339 | $14,760.90 | $0.00 | $14,760.90 |
| 09/09/17 | 1483574 | $5,291.10 | $0.00 | $5,291.10 |
| 10/06/17 | 1486940 | $1,672.65 | $0.00 | $1,672.65 |
| 11/23/17 | 1494430 | $779.40 | $0.00 | $779.40 |
| | | | **Total Balance Due** | **$27,635.85** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|------------|------------|-------------|------------|-------|
| $779.40 | $1,672.65 | $5,291.10 | $14,760.90 | $5,131.80 | $27,635.85 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com





One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Invoice No. 1494430
November 23, 2017

Re:     Corporate Governance and Board Matters
        Our Matter No. 60605.0009

## INVOICE SUMMARY

For Services rendered through October 31, 2017

| | |
|---|---|
| Professional Services | $779.40 |
| **Total Current Invoice** | **$779.40** |
| Previous Balance Due | $26,856.45 |
| Total Balance Due | $27,635.85 |

## Payment Options

Online Payments:
**ClientPay**
ClientPay®

Wire/ACH Instructions:
Huntington Bank
ABA for ACH     074000078
ABA for Wire    044000024
Account No.     01401048453
Swift Code:     HUNTUS33
Please Reference **Invoice No. 1494430**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1494430**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357





One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1494431
November 23, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Employee Benefits and Pensions
        Our Matter No. 60605.0010

## INVOICE SUMMARY

For Services rendered through October 31, 2017

| | |
|---|---|
| Professional Services | $4,317.30 |
| **Total Current Invoice** | **$4,317.30** |
| Previous Balance Due | $11,062.35 |
| Total Balance Due | $15,379.65 |

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence
you have placed in us.  Please call if we can be of further assistance.



Employee Benefits and Pensions                                                    Invoice No. 1494431
Our Matter No. 60605.0010                                                          November 23, 2017

**PROFESSIONAL SERVICES**

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 10/16/2017 | BURK C | Worked on health plan run-out claims adjudication issues. | 0.60 |
| 10/19/2017 | BURK C | Researched required ERISA notifications in light of pending decision to reduce claims run-out period (1.3); call with Kovacs and Hokanson regarding same (.2); call with DOL agent Bruemmer regarding same (.3); worked on e-mail to Kovacs regarding follow-up requests from Bruemmer (.6). | 2.40 |
| 10/19/2017 | SEAR C | Attention to whether fiduciary issues arise by shortening run-out period on health plan. | 0.20 |
| 10/24/2017 | BURK C | Reviewed follow-up health plan and data requests from DOL agent Bruemmer (.3); worked on issues regarding same (.5). | 0.80 |
| 10/25/2017 | BURK C | Worked additional requests from DOL agent Breummer. | 0.50 |
| 10/26/2017 | BURK C | Worked on draft of notice of material reduction in covered services for change in run-out period (1.0); worked on e-mail to Kovacs regarding same (.4). | 1.40 |
| 10/27/2017 | BURK C | Reviewed documents provided in response to DOL agent Bruemmer's request for additional documentation (.7); worked on e-mail to Bruemmer regarding same (.2); correspondence with client regarding open items and same (.2). | 1.10 |
| 10/30/2017 | BURK C | Correspondence with Bruemmer and Stouffer regarding benefit plan audit requests (.5); correspondence with Mallon regarding workers compensation obligations (.3). | 0.80 |

**Total Professional Services**                                                           **$4,317.30**

**Total Invoice Balance Due**                                                              $4,317.30

Employee Benefits and Pensions

Invoice No. 1494431

Our Matter No. 60605.0010

November 23, 2017

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 07/20/17 | 1476598 | $4,538.70 | $0.00 | $4,538.70 |
| 08/09/17 | 1480340 | $4,752.45 | $0.00 | $4,752.45 |
| 09/09/17 | 1483575 | $1,771.20 | $0.00 | $1,771.20 |
| 11/23/17 | 1494431 | $4,317.30 | $0.00 | $4,317.30 |
| | | | **Total Balance Due** | **$15,379.65** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---|---|---|---|---|---|
| $4,317.30 | $0.00 | $1,771.20 | $4,752.45 | $4,538.70 | $15,379.65 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries, please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com





One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Invoice No. 1494431
November 23, 2017

Re:     Employee Benefits and Pensions
        Our Matter No. 60605.0010

## INVOICE SUMMARY

For Services rendered through October 31, 2017

| | |
|---|---|
| Professional Services | $4,317.30 |
| **Total Current Invoice** | **$4,317.30** |
| Previous Balance Due | $11,062.35 |
| Total Balance Due | $15,379.65 |

### Payment Options

**Online Payments:**
**ClientPay**
ClientPay

Wire/ACH Instructions:
Huntington Bank
ABA for ACH     074000078
ABA for Wire     044000024
Account No.     01401048453
Swift Code:     HUNTUS33
Please Reference **Invoice No. 1494431**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1494431**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



ELECTRONIC

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1494432
November 23, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Employment and Fee Applications
        Our Matter No. 60605.0011

## INVOICE SUMMARY

For Services rendered through October 31, 2017

| | |
|---|---|
| Professional Services | $1,678.05 |
| **Total Current Invoice** | **$1,678.05** |
| Previous Balance Due | $47,878.65 |
| Total Balance Due | $49,556.70 |

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence you have placed in us.  Please call if we can be of further assistance.



Employment and Fee Applications
Our Matter No. 60605.0011

Invoice No. 1494432
November 23, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 10/02/2017 | JORI W | Communications with client and KSM regarding retention application and affidavit for services related to 401k audit. | 0.20 |
| 10/02/2017 | JORI W | Supplemented KSM retention application, affidavit, notice and proposed order based on additional information received from client regarding 401k audit engagement. | 1.30 |
| 10/06/2017 | JORI W | Communications regarding handling of Katz employment for 401K audit. | 0.10 |
| 10/09/2017 | JORI W | Received and reviewed invoices for September services in order to prepare notice of draw. | 0.30 |
| 10/09/2017 | JORI W | Additional communications regarding handling of Katz retention application. | 0.20 |
| 10/10/2017 | JORI W | Reviewed data and performed calculations to prepare Ice Miller's notice of draw for September. | 0.80 |
| 10/10/2017 | JORI W | Reviewed e-mail from trustee regarding Ice Miller's 2nd interim fee application and updated draft order regarding same. | 0.20 |
| 10/12/2017 | JORI W | Received, reviewed and submitted Morgan Lewis' September Notice of Draw. | 0.30 |
| 10/17/2017 | JORI W | Communications to follow-up regarding Katz employment application. | 0.20 |
| 10/17/2017 | HOKA J | Spoke with UST regarding Katz employment. | 0.10 |
| 10/19/2017 | FOWL S | Revised application to employ KSM as ordinary course professionals. | 0.60 |
| 10/19/2017 | JORI W | Reviewed, finalized and submitted application to employ KSM, declaration in support of same, notice and proposed order. | 0.80 |
| 10/23/2017 | JORI W | Received and responded to email from KSM regarding employment application and handling of billing. | 0.20 |

| **Total Professional Services** | | | **$1,678.05** |
|---|---|---|---|

| **Total Invoice Balance Due** | $1,678.05 |
|---|---|

Employment and Fee Applications
Our Matter No. 60605.0011

Invoice No. 1494432
November 23, 2017

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 07/20/17 | 1476599 | $18,823.05 | $0.00 | $18,823.05 |
| 08/09/17 | 1480341 | $15,570.45 | $0.00 | $15,570.45 |
| 09/09/17 | 1483576 | $3,947.40 | $0.00 | $3,947.40 |
| 10/06/17 | 1486941 | $9,537.75 | $0.00 | $9,537.75 |
| 11/23/17 | 1494432 | $1,678.05 | $0.00 | $1,678.05 |
| | | | **Total Balance Due** | **$49,556.70** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|------------|------------|-------------|------------|-------|
| $1,678.05 | $9,537.75 | $3,947.40 | $15,570.45 | $18,823.05 | $49,556.70 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com





LEGAL COUNSEL

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Invoice No. 1494432
November 23, 2017

Re:     Employment and Fee Applications
        Our Matter No. 60605.0011

## INVOICE SUMMARY

For Services rendered through October 31, 2017

| | |
|---|---:|
| Professional Services | $1,678.05 |
| **Total Current Invoice** | **$1,678.05** |
| Previous Balance Due | $47,878.65 |
| Total Balance Due | $49,556.70 |

### Payment Options

**Online Payments:**
**ClientPay**

Wire/ACH Instructions:
Huntington Bank
ABA for ACH      074000078
ABA for Wire     044000024
Account No.      01401048453
Swift Code:      HUNTUS33
Please Reference **Invoice No. 1494432**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1494432**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357





**LEGAL COUNSEL**

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1494433
November 23, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Financing and Cash Collateral
        Our Matter No. 60605.0013

## INVOICE SUMMARY

For Services rendered through October 31, 2017

| | |
|---|---|
| Professional Services | $6,574.50 |
| **Total Current Invoice** | **$6,574.50** |
| Previous Balance Due | $53,328.60 |
| Total Balance Due | $59,903.10 |

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence you have placed in us.  Please call if we can be of further assistance.



Financing and Cash Collateral
Our Matter No. 60605.0013

Invoice No. 1494433
November 23, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 10/02/2017 | HOKA J | Devised and circulated proposal for funding payment of additional GOB administrative claims, and responded to inquiries related thereto. | 1.50 |
| 10/04/2017 | HOKA J | Continued work to finalize draft version of model for funding administrative claims, and forward to Committee counsel for review and comment. | 1.60 |
| 10/05/2017 | HOKA J | Reviewed Constituents' comments to Amended DIP Loan Agreement (.6); spoke with Committee counsel regarding comments to Amended DIP Agreement (.7). | 1.30 |
| 10/05/2017 | HOKA J | Began compilation and analysis of post-GOB fee projections vs. availability under carve out. | 0.80 |
| 10/16/2017 | HOKA J | Exchanged emails with GACP's counsel regarding KEIP carve out. | 0.20 |
| 10/16/2017 | HOKA J | Forwarded DIP Lenders' counsels' invoices. | 0.20 |
| 10/20/2017 | FOWL S | Communicated with counsel for the Committee regarding DIP amendment. | 0.60 |
| 10/20/2017 | HOKA J | Continued revision of Splits and related documents to account for additional administrative claims and additional accruals of professionals' fees. | 2.00 |
| 10/20/2017 | HOKA J | Spoke with Committee counsel regarding status of pending issues and revised DIP Budget documents. | 0.80 |
| 10/26/2017 | HOKA J | Calls with client officers regarding DIP waterfall issues. | 0.30 |
| 10/31/2017 | FOWL S | Communicated with counsel for the lenders and the Committee regarding amended DIP budget. | 0.90 |
| 10/31/2017 | HOKA J | Spoke with L. Peterson and revised Amended DIP Agreement per comments of various constituents. | 2.30 |

| | | | |
|---|---|---|---|
| **Total Professional Services** | | | **$6,574.50** |

| | |
|---|---|
| **Total Invoice Balance Due** | $6,574.50 |

Financing and Cash Collateral
Our Matter No. 60605.0013

Invoice No. 1494433
November 23, 2017

**OUTSTANDING INVOICES**

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|-------:|---------:|------------:|
| 07/20/17 | 1476600 | $498.15 | $0.00 | $498.15 |
| 08/09/17 | 1480342 | $7,325.10 | $0.00 | $7,325.10 |
| 09/09/17 | 1483577 | $23,474.70 | $0.00 | $23,474.70 |
| 10/06/17 | 1486942 | $22,030.65 | $0.00 | $22,030.65 |
| 11/23/17 | 1494433 | $6,574.50 | $0.00 | $6,574.50 |
| | | | **Total Balance Due** | **$59,903.10** |

**AGED AR**

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $6,574.50 | $22,030.65 | $23,474.70 | $7,325.10 | $498.15 | $59,903.10 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com





One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                Invoice No. 1494433
Debtor-In-Possesion                                                  November 23, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Financing and Cash Collateral
        Our Matter No. 60605.0013

## INVOICE SUMMARY

For Services rendered through October 31, 2017

| | |
|---|---|
| Professional Services | $6,574.50 |
| **Total Current Invoice** | **$6,574.50** |
| Previous Balance Due | $53,328.60 |
| Total Balance Due | $59,903.10 |

### Payment Options

Online Payments:
**ClientPay**

Wire/ACH Instructions:
Huntington Bank
ABA for ACH     074000078
ABA for Wire    044000024
Account No.     01401048453
Swift Code:     HUNTUS33
Please Reference **Invoice No. 1494433**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1494433**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357





**LEGAL COUNSEL**

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1494434
November 23, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Litigation
         Our Matter No. 60605.0014

### INVOICE SUMMARY

For Services rendered through October 31, 2017

| | |
|---|---|
| Professional Services | $29,465.10 |
| **Total Current Invoice** | **$29,465.10** |
| | |
| Previous Balance Due | $41,474.25 |
| Total Balance Due | $70,939.35 |

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence
you have placed in us.  Please call if we can be of further assistance.



Litigation                                                                                                     Invoice No. 1494434
Our Matter No. 60605.0014                                                                                November 23, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 10/02/2017 | ARCE A | Read and commented on draft adequate protection reply brief (Electrolux) (.6); read draft summary judgment brief (.5). | 1.10 |
| 10/04/2017 | ARCE A | Received and read Electrolux's motion for case management conference (.2); communications among counsel regarding preparations for hearing (.2); reviewed, finalized and filed briefs and related communications (.7). | 1.10 |
| 10/05/2017 | HOKA J | Exchanged emails regarding preparations for October 10th hearing. | 0.50 |
| 10/05/2017 | ARCE A | Received order setting pretrial conference (.1); communications about and initial preparations for pretrial conference (.5). | 0.60 |
| 10/06/2017 | JORI W | Reviewed communications regarding hearing on Electrolux adversary proceeding and facilitated preparation of demonstrative exhibits for same. | 1.20 |
| 10/06/2017 | ARCE A | Multiple emails regarding preparations for hearing. | 0.30 |
| 10/09/2017 | ROUS M | Reviewed Position Statement from Onward Mfg. | 0.30 |
| 10/09/2017 | FOWL S | Prepared for hearing on Electrolux adequate protection motion. | 0.90 |
| 10/09/2017 | ARCE A | Met with Gallo to prepare for hearing, including conference call with client representative to prepare direct examination and preparation of exhibits. | 3.80 |
| 10/10/2017 | FOWL S | Strategized regarding Electrolux litigation. | 0.40 |
| 10/10/2017 | FOWL S | Attended status conference and hearing on Electrolux motion to determine adequate protection. | 1.70 |
| 10/10/2017 | FOWL S | Prepared for hearing on Electrolux motion to determine adequate protection. | 1.50 |
| 10/10/2017 | FOWL S | Reviewed briefs in preparation for hearing on Electrolux motion to determine adequate protection. | 1.10 |
| 10/10/2017 | ARCE A | Met with counsel and witnesses to prepare for hearing(4.1); attended and participated in hearing on motion to determine adequate protection and pretrial conference (1.7); conferred with counsel and witnesses to discuss status and strategy (1.0). | 6.80 |
| 10/11/2017 | FOWL S | Communicated with counsel for lenders regarding adequate protection motion and Electrolux litigation. | 0.30 |
| 10/11/2017 | ARCE A | Received and read court orders on adequate protection and pretrial conference. | 0.20 |
| 10/12/2017 | ARCE A | Multiple emails among counsel regarding post-hearing strategy. | 0.30 |

Litigation                                                                                Invoice No. 1494434
Our Matter No. 60605.0014                                                     November 23, 2017

| 10/13/2017 | ARCE A | Received and read Sixth Circuit decision in Stein litigation (.8); read related pleadings, orders and communications (.5); email to client regarding strategy (.2); received and real Electrolux's motion to extend time to respond to motion for partial summary judgment and related communications (.1); received and read order continuing initial pretrial conference (.2); read motion and declaration to extend time on pending summary judgment (.2); received and read order denying request for decision (Underwood).(.2) | 2.20 |
|---|---|---|---|
| 10/16/2017 | FOWL S | Communicated with client regarding Onward adversary proceeding. | 0.20 |
| 10/16/2017 | HOKA J | Assisted with finalization and filing of objection to Elux's motion to extend SJ briefing deadlines. | 0.50 |
| 10/16/2017 | ARCE A | Read and commented on draft joinder to Wells' objection (.1); read corrected entry on hearings (.1); finalized and filed joinder (.3). | 0.50 |
| 10/17/2017 | HOKA J | Prepared and circulated Agreed Entry resolving Adequate Protection Motion (.8); participated in call regarding Elux litigation (.5); finalized and circulated Agreed Entry to Elux's counsel (.3). | 1.60 |
| 10/17/2017 | HOKA J | Assisted with drafting Agreed Entry and Order resolving Elux AP Motion, and reviewed and forwarded J. Knauer's email regarding same. | 1.40 |
| 10/17/2017 | ARCE A | Multiple emails among counsel regarding draft agreed entry (inventory calculation) (.5); attention to court filings (.2); received and read order setting hearing on procedural motion (.2). | 0.90 |
| 10/18/2017 | FOWL S | Reviewed communications with RAC and analyzed causes of action against same. | 1.70 |
| 10/18/2017 | FOWL S | Analyzed causes of action against Warrantech and viability thereof. | 1.80 |
| 10/18/2017 | FOWL S | Communicated with counsel for the committee regarding collection of amounts from Nikon. | 0.20 |
| 10/18/2017 | FOWL S | Communicated with counsel for ESI regarding substantiation of claims and return of credits prior to initiating litigation. | 0.20 |
| 10/18/2017 | FOWL S | Communicated with counsel for Belkin regarding attempts to collect judgment. | 0.20 |
| 10/18/2017 | ARCE A | Emails regarding inventory calculations. | 0.20 |
| 10/19/2017 | FOWL S | Analyzed Onward position statement (1.2); communicated with counsel for Onward regarding same (.2). | 1.40 |
| 10/20/2017 | FOWL S | Continued analysis of causes of action against Warrantech and viability of same. | 1.10 |
| 10/20/2017 | JORI W | Reviewed communications regarding handling of discovery in Electrolux matter. | 0.20 |
| 10/20/2017 | HOKA J | Reviewed and forwarded Electrolux's initial discovery requests. | 0.80 |

Litigation
Our Matter No. 60605.0014

Invoice No. 1494434
November 23, 2017

| 10/20/2017 | HOKA J | Provided update to client officers regarding procedural posture and prospects for settlement of Electrolux litigation. | 0.50 |
|---|---|---|---|
| 10/23/2017 | FOWL S | Attended hearing on Elux motion to extend time to respond to Wells' summary judgment motion. | 1.00 |
| 10/23/2017 | JORI W | Began preparing general responses and objections to Electrolux's request for production of documents in adversary matter. | 1.30 |
| 10/23/2017 | HOKA J | Attended hearing on Electrolux's motion to extend SJ briefing deadlines (1.5) and participated in subsequent discussions regarding strategy for proceeding (.5). | 2.00 |
| 10/23/2017 | ARCE A | Received and read Electrolux's discovery requests (1.0); prepared for and participated in hearing on Electrolux's motion on summary judgment, discovery and deadlines (3.2); multiple email communications among counsel regarding Electrolux discovery (.8). | 5.00 |
| 10/23/2017 | ARCE A | Telephone conference planning meeting with opposing counsel. | 0.40 |
| 10/24/2017 | FOWL S | Communicated with counsel for Vantiv regarding defenses to claims. | 0.30 |
| 10/24/2017 | FOWL S | Communicated with counsel for lenders regarding strategy for discovery in Electrolux litigation. | 0.50 |
| 10/24/2017 | HOKA J | Participated in discussions with lead and constituents' counsel regarding Elux discovery issues. | 0.40 |
| 10/24/2017 | ARCE A | Conference call among counsel to discuss discovery strategy. | 0.40 |
| 10/25/2017 | FOWL S | Communicated with counsel for Synnex regarding claims and pretrial report. | 0.30 |
| 10/25/2017 | FOWL S | Communicated with client regarding Vantiv litigation. | 0.20 |
| 10/25/2017 | FOWL S | Communicated with counsel for Onward regarding complaint and settlement. | 0.20 |
| 10/25/2017 | JORI W | Continued preparing draft responses to Electrolux's requests for production and conferred with attorneys regarding further handling to collect documents from client. | 1.10 |
| 10/25/2017 | ARCE A | Multiple emails among counsel regarding discovery issues (.4); began working on discovery responses and objections (1.0). | 1.40 |
| 10/26/2017 | ARCE A | Read and followed up on request for transcript (.2); preparations for conference call among counsel to discuss discovery issues (.5). | 0.70 |
| 10/27/2017 | FOWL S | Communicated with counsel for the Committee regarding discovery to Warrantech. | 0.20 |
| 10/27/2017 | HOKA J | Participated in conference call regarding Electrolux discovery. | 0.80 |
| 10/27/2017 | HOKA J | Participated in call of counsel regarding Elux discovery issues (.6); received additional calls from co-counsel and Elux's counsel (.3). | 0.90 |

Litigation                                                                                               Invoice No. 1494434
Our Matter No. 60605.0014                                                                          November 23, 2017

| 10/27/2017 | ARCE A | Prepared for and participated in conference call among counsel to discuss parameters of Electrolux discovery (1.0); followed up on strategy in response (.2); received and read order approving agreed entry (.2); considered potential settlement strategy (.4). | 1.80 |
|---|---|---|---|
| 10/30/2017 | ARCE A | Read email communications regarding settlement strategy (.2); followed up on transcript (.2). | 0.40 |
| 10/31/2017 | FOWL S | Communicated with counsel for Synnex regarding settlement of adversary proceeding. | 0.30 |
| 10/31/2017 | FOWL S | Communicated with court regarding pretrial report in Vantiv adversary proceeding. | 0.20 |
| 10/31/2017 | FOWL S | Drafted joint pretrial report for Synnex adversary (.7); communicated with counsel for the Committee and Synnex regarding same (.2). | 0.90 |
| 10/31/2017 | ARCE A | Received and read letter from Lazar and interrogatories to debtors, Wells Fargo, and GACP, respectively (.6); multiple emails among counsel regarding discovery issues (.4); worked on discovery objections and responses (1.4); received and read order continuing hearing (.1); multiple emails among counsel regarding discovery (.3). | 2.80 |

| **Total Professional Services** | **$29,465.10** |
|---|---|

| **Total Invoice Balance Due** | $29,465.10 |
|---|---|

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 07/20/17 | 1476601 | $3,801.60 | $0.00 | $3,801.60 |
| 08/09/17 | 1480343 | $7,128.00 | $0.00 | $7,128.00 |
| 09/09/17 | 1483578 | $18,208.80 | $0.00 | $18,208.80 |
| 10/06/17 | 1486943 | $12,335.85 | $0.00 | $12,335.85 |
| 11/23/17 | 1494434 | $29,465.10 | $0.00 | $29,465.10 |
| | | | **Total Balance Due** | **$70,939.35** |

## AGED AR

Litigation
Our Matter No. 60605.0014

Invoice No. 1494434
November 23, 2017

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|------------|-----------|-------|
| $29,465.10 | $12,335.85 | $18,208.80 | $7,128.00 | $3,801.60 | $70,939.35 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com





One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.       Invoice No. 1494434
Debtor-In-Possesion           November 23, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re: Litigation
   Our Matter No. 60605.0014

## INVOICE SUMMARY

For Services rendered through October 31, 2017

| | |
|---|---|
| Professional Services | $29,465.10 |
| **Total Current Invoice** | **$29,465.10** |
| Previous Balance Due | $41,474.25 |
| Total Balance Due | $70,939.35 |

## Payment Options

**Online Payments:**
**ClientPay**

Wire/ACH Instructions:
Huntington Bank
ABA for ACH 074000078
ABA for Wire 044000024
Account No. 01401048453
Swift Code: HUNTUS33
Please Reference **Invoice No. 1494434**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1494434**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1494435
November 23, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re: Meetings and Communications with Creditors
Our Matter No. 60605.0015

**INVOICE SUMMARY**

For Services rendered through October 31, 2017

| | |
|---|---|
| Professional Services | $217.35 |
| **Total Current Invoice** | **$217.35** |
| Previous Balance Due | $11,792.25 |
| Total Balance Due | $12,009.60 |

Thank you for giving Ice Miller the opportunity to serve you. We appreciate your business and the confidence you have placed in us. Please call if we can be of further assistance.



Meetings and Communications with Creditors
Our Matter No. 60605.0015

Invoice No. 1494435
November 23, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 10/11/2017 | JORI W | Communications with creditor and client in order to obtain information to respond to inquiry. | 0.30 |
| 10/12/2017 | JORI W | Additional communications with client regarding response to creditor inquiry. | 0.10 |
| 10/31/2017 | JORI W | Received, reviewed and responded to creditor inquiry regarding filing of proof of claim. | 0.30 |
| **Total Professional Services** | | | **$217.35** |

**Total Invoice Balance Due** $217.35

### OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 07/20/17 | 1476602 | $1,273.05 | $0.00 | $1,273.05 |
| 08/09/17 | 1480344 | $8,625.15 | $0.00 | $8,625.15 |
| 09/09/17 | 1483579 | $1,769.85 | $0.00 | $1,769.85 |
| 10/06/17 | 1486944 | $124.20 | $0.00 | $124.20 |
| 11/23/17 | 1494435 | $217.35 | $0.00 | $217.35 |
| | | | **Total Balance Due** | **$12,009.60** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|------------|-------|
| $217.35 | $124.20 | $1,769.85 | $8,625.15 | $1,273.05 | $12,009.60 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com

Page 2

ELECTRONIC



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                             Invoice No. 1494435
Debtor-In-Possesion                                              November 23, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Meetings and Communications with Creditors
        Our Matter No. 60605.0015

## INVOICE SUMMARY

For Services rendered through October 31, 2017

Professional Services                                            $217.35

**Total Current Invoice**                                       **$217.35**

Previous Balance Due                                             $11,792.25

Total Balance Due                                                $12,009.60

### Payment Options

Online Payments:                  Wire/ACH Instructions:
**ClientPay**                     Huntington Bank
                                  ABA for ACH      074000078
              ABA for Wire     044000024
                                  Account No.      01401048453
                                  Swift Code:      HUNTUS33
                                  Please Reference **Invoice No. 1494435**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1494435**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357





**LEGAL COUNSEL**

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1494436
November 23, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Relief from Stay and Adequate Protection
        Our Matter No. 60605.0019

## INVOICE SUMMARY

For Services rendered through October 31, 2017

| | |
|---|---|
| Professional Services | $2,165.85 |
| **Total Current Invoice** | **$2,165.85** |
| Previous Balance Due | $25,582.05 |
| Total Balance Due | $27,747.90 |

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence
you have placed in us.  Please call if we can be of further assistance.



Relief from Stay and Adequate Protection
Our Matter No. 60605.0019

Invoice No. 1494436
November 23, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 10/02/2017 | FOWL S | Communicated with counsel for personal injury claimant regarding relief from stay motion and policy coverage. | 0.20 |
| 10/02/2017 | HOKA J | Respond to Demar's counsel regarding disposition of remaining inventory and calculation of administrative claim. | 0.40 |
| 10/02/2017 | HOKA J | Reviewed and assisted with finalization of Reply for Elux's adequate protection matter. | 0.60 |
| 10/02/2017 | HOKA J | Assisted with finalization of Builtech Stay Order. | 0.20 |
| 10/02/2017 | HOKA J | Circulated GL insurance policy for review by Stay Motion parties. | 0.20 |
| 10/02/2017 | HOKA J | Spoke with GACP's counsel regarding terms of settlement of D&O's Stay Motion. | 0.20 |
| 10/03/2017 | FOWL S | Revised orders from hearing. | 0.50 |
| 10/03/2017 | HOKA J | Spoke with Synchrony's counsel (.2); shared and discussed parameters for settlement with Constituents (.5). | 0.70 |
| 10/03/2017 | HOKA J | Responded to further inquiry regarding stay relief for Demars. | 0.20 |
| 10/04/2017 | FOWL S | Communicated with counsel for Panos regarding order on motion for relief from stay. | 0.20 |
| 10/04/2017 | HOKA J | Reviewed and forwarded Stay Order regarding Stein Beck motion. | 0.10 |
| 10/04/2017 | HOKA J | Exchanged emails with counsel to personal injury claimant regarding availability of insurance/stay relief. | 0.40 |
| 10/13/2017 | HOKA J | Review and provided guidance regarding appellate court ruling in Stein matter. | 0.30 |
| 10/30/2017 | STEW A | Reviewed client inquiry; advised regarding Indiana requirements for worker's compensation insurance. | 0.10 |

| **Total Professional Services** | **$2,165.85** |
|---|---|

| **Total Invoice Balance Due** | $2,165.85 |
|---|---|

Relief from Stay and Adequate Protection                                      Invoice No. 1494436
Our Matter No. 60605.0019                                                          November 23, 2017

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 07/20/17 | 1476604 | $835.65 | $0.00 | $835.65 |
| 08/09/17 | 1480345 | $5,694.30 | $0.00 | $5,694.30 |
| 09/09/17 | 1483580 | $14,628.15 | $0.00 | $14,628.15 |
| 10/06/17 | 1486945 | $4,423.95 | $0.00 | $4,423.95 |
| 11/23/17 | 1494436 | $2,165.85 | $0.00 | $2,165.85 |
| | | | **Total Balance Due** | **$27,747.90** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $2,165.85 | $4,423.95 | $14,628.15 | $5,694.30 | $835.65 | $27,747.90 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com





One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Invoice No. 1494436
November 23, 2017

Re:    Relief from Stay and Adequate Protection
       Our Matter No. 60605.0019

**INVOICE SUMMARY**

For Services rendered through October 31, 2017

| | |
|---|---:|
| Professional Services | $2,165.85 |
| **Total Current Invoice** | **$2,165.85** |
| Previous Balance Due | $25,582.05 |
| Total Balance Due | $27,747.90 |

**Payment Options**

Online Payments:
**ClientPay**

Wire/ACH Instructions:
Huntington Bank
ABA for ACH    074000078
ABA for Wire    044000024
Account No.    01401048453
Swift Code:    HUNTUS33
Please Reference **Invoice No. 1494436**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1494436**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357





**Ice**Miller

LEGAL COUNSEL

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1494437
November 23, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Tax
        Our Matter No. 60605.0021

### INVOICE SUMMARY

For Services rendered through October 31, 2017

Professional Services                                        $190.35

**Total Current Invoice**                                   **$190.35**

Previous Balance Due                                       $11,017.35

Total Balance Due                                          $11,207.70

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence
you have placed in us.  Please call if we can be of further assistance.



Tax
Our Matter No. 60605.0021

Invoice No. 1494437
November 23, 2017

**PROFESSIONAL SERVICES**

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 10/11/2017 | SCHN T | Responded to email regarding Picori fee. | 0.30 |
| **Total Professional Services** | | | **$190.35** |

**Total Invoice Balance Due**     $190.35

**OUTSTANDING INVOICES**

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 07/20/17 | 1476605 | $3,360.15 | $0.00 | $3,360.15 |
| 08/09/17 | 1480346 | $1,490.40 | $0.00 | $1,490.40 |
| 09/09/17 | 1483581 | $1,354.05 | $0.00 | $1,354.05 |
| 10/06/17 | 1486946 | $4,812.75 | $0.00 | $4,812.75 |
| 11/23/17 | 1494437 | $190.35 | $0.00 | $190.35 |
| | | | **Total Balance Due** | **$11,207.70** |

**AGED AR**

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $190.35 | $4,812.75 | $1,354.05 | $1,490.40 | $3,360.15 | $11,207.70 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com





One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                    Invoice No. 1494437
Debtor-In-Possesion                                                      November 23, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Tax
        Our Matter No. 60605.0021

## INVOICE SUMMARY

For Services rendered through October 31, 2017

Professional Services                                                         $190.35

**Total Current Invoice**                                                     **$190.35**

Previous Balance Due                                                        $11,017.35

Total Balance Due                                                           $11,207.70

## Payment Options

Online Payments:                     Wire/ACH Instructions:
**ClientPay**                        Huntington Bank
                                     ABA for ACH      074000078
                                     ABA for Wire     044000024
                                     Account No.      01401048453
                                     Swift Code:      HUNTUS33
                                     Please Reference **Invoice No. 1494437**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1494437**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



ELECTRONIC

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1494438
November 23, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Cost and Expenses
        Our Matter No. 60605.0023

## INVOICE SUMMARY

For Services rendered through October 31, 2017

| | |
|---|---|
| Disbursements | $1,779.34 |
| **Total Current Invoice** | **$1,779.34** |
| Previous Balance Due | $10,394.74 |
| Total Balance Due | $12,174.08 |

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence
you have placed in us.  Please call if we can be of further assistance.



Cost and Expenses
Our Matter No. 60605.0023

Invoice No. 1494438
November 23, 2017

## COSTS ADVANCED

| Description | Amount |
|---|---|
| Color Photocopies | $354.50 |
| Photocopies | $427.35 |
| Courier Expense | $6.95 |
| Courier Expense | $397.54 |
| Foam Core Mounting | $10.00 |
| Engineering Copy per Square Footage | $15.00 |
| Engineering Copy per Square Footage - COLOR | $54.00 |
| Lunch for HH Gregg meeting 29 E2. | $68.00 |
| Legal Research Expense - WESTLAW - WESTLAW 60605.0023.01313.HHG RESEARCH | $396.00 |
| Legal Research Expense - WESTLAW - WESTLAW 60605.0008.06129 | $50.00 |
| **Total Cost Advanced** | **$1,779.34** |

| | |
|---|---|
| **Total Invoice Balance Due** | $1,779.34 |

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 07/20/17 | 1476606 | $3,957.57 | $0.00 | $3,957.57 |
| 08/09/17 | 1480347 | $2,683.73 | $0.00 | $2,683.73 |
| 09/09/17 | 1483582 | $3,166.99 | $0.00 | $3,166.99 |
| 10/06/17 | 1486947 | $586.45 | $0.00 | $586.45 |
| 11/23/17 | 1494438 | $1,779.34 | $0.00 | $1,779.34 |
| | | | **Total Balance Due** | **$12,174.08** |

## AGED AR

Cost and Expenses                                                                Invoice No. 1494438
Our Matter No. 60605.0023                                                        November 23, 2017

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|------------|-----------|-------|
| $1,779.34 | $586.45 | $3,166.99 | $2,683.73 | $3,957.57 | $12,174.08 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com





One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                       Invoice No. 1494438
Debtor-In-Possesion                                                         November 23, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Cost and Expenses
        Our Matter No. 60605.0023

## INVOICE SUMMARY

For Services rendered through October 31, 2017

Disbursements                                                               $1,779.34

**Total Current Invoice**                                                   **$1,779.34**

Previous Balance Due                                                        $10,394.74

Total Balance Due                                                           $12,174.08

### Payment Options

Online Payments:                 Wire/ACH Instructions:
**ClientPay**                    Huntington Bank
                                 ABA for ACH     074000078
                                 ABA for Wire    044000024
                                 Account No.     01401048453
                                 Swift Code:     HUNTUS33
                                 Please Reference **Invoice No. 1494438**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1494438**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357





One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1494439
November 23, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Schechner NP Discovery Request
        Our Matter No. 60605.0024

**INVOICE SUMMARY**

For Services rendered through October 31, 2017

| | |
|---|---|
| Professional Services | $634.50 |
| **Total Current Invoice** | **$634.50** |
| Previous Balance Due | $1,119.60 |
| Total Balance Due | $1,754.10 |

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence you have placed in us.  Please call if we can be of further assistance.



Schechner NP Discovery Request
Our Matter No. 60605.0024

Invoice No. 1494439
November 23, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|------:|
| 10/04/2017 | FUGA C | E-mailed Mallon regarding status of collection of documents that are responsive to the non-party subpoena. | 0.10 |
| 10/05/2017 | FUGA C | Call with Mamorsky regarding status of response to non-party subpoena. | 0.10 |
| 10/10/2017 | FUGA C | Brief review of documents provided by Mallon. | 0.20 |
| 10/10/2017 | FUGA C | Communication with Mallon regarding document search. | 0.20 |
| 10/10/2017 | FUGA C | Call from Mamorsky regarding status of responding to non-party subpoena. | 0.10 |
| 10/11/2017 | FUGA C | E-mailed Mallon regarding document responsive to non-party request. | 0.10 |
| 10/11/2017 | FUGA C | Analyzed document provided by client for responsiveness to subpoena. | 0.40 |
| 10/14/2017 | FUGA C | E-mailed Mallon regarding production of documents. | 0.10 |
| 10/16/2017 | FUGA C | Responded to Adam's e-mail regarding response to non-party subpoena. | 0.20 |
| **Total Professional Services** | | | **$634.50** |

**Total Invoice Balance Due**                                          $634.50

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|-------:|---------:|------------:|
| 10/06/17 | 1486948 | $1,119.60 | $0.00 | $1,119.60 |
| 11/23/17 | 1494439 | $634.50 | $0.00 | $634.50 |
| | | **Total Balance Due** | | **$1,754.10** |

## AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $634.50 | $1,119.60 | $0.00 | $0.00 | $0.00 | $1,754.10 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Schechner NP Discovery Request                                    Invoice No. 1494439
Our Matter No. 60605.0024                                          November 23, 2017


Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com





One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Invoice No. 1494439
November 23, 2017

Re:    Schechner NP Discovery Request
       Our Matter No. 60605.0024

## INVOICE SUMMARY

For Services rendered through October 31, 2017

| | |
|---|---:|
| Professional Services | $634.50 |
| **Total Current Invoice** | **$634.50** |
| Previous Balance Due | $1,119.60 |
| Total Balance Due | $1,754.10 |

### Payment Options

Online Payments:
**ClientPay**

Wire/ACH Instructions:
Huntington Bank
ABA for ACH     074000078
ABA for Wire     044000024
Account No.     01401048453
Swift Code:     HUNTUS33
Please Reference **Invoice No. 1494439**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1494439**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357