

**IceMiller**

LEGAL COUNSEL

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1496917
December 9, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Asset Analysis and Recovery
       Our Matter No. 60605.0001

## INVOICE SUMMARY

For Services rendered through November 30, 2017

| | |
|---|---|
| Professional Services | $2,103.30 |
| **Total Current Invoice** | **$2,103.30** |
| | |
| Previous Balance Due | $100,449.00 |
| Total Balance Due | $102,552.30 |

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence you have placed in us.  Please call if we can be of further assistance.



Asset Analysis and Recovery
Our Matter No. 60605.0001

Invoice No. 1496917
December 9, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 11/03/2017 | HOKA J | Provided copies of pre-litigation discovery to lenders' counsel. | 0.30 |
| 11/03/2017 | HOKA J | Reviewed and forwarded summary of preference recoveries. | 0.20 |
| 11/06/2017 | HOKA J | Exchanged emails regarding status of efforts to reconcile RAC account. | 0.40 |
| 11/07/2017 | HOKA J | Reviewed e-mail traffic regarding status of preference claims. | 0.20 |
| 11/08/2017 | HOKA J | Sent e-mail and spoke with Committee counsel regarding status of recoveries. | 1.20 |
| 11/17/2017 | HOKA J | Participated in conference call regarding discovery from Warrentech, and discussions afterward. | 0.80 |
| 11/17/2017 | HOKA J | Participated in call with opposing counsel regarding W'tech claims. | 0.30 |
| 11/20/2017 | HOKA J | Responded to inquiry regarding summary/tracker for preference complaints. | 0.20 |
| 11/28/2017 | HOKA J | Forwarded expression of interest in remaining assets. | 0.20 |
| **Total Professional Services** | | | **$2,103.30** |

**Total Invoice Balance Due**                                          $2,103.30

### OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 07/20/17 | 1476590 | $30,393.45 | $0.00 | $30,393.45 |
| 08/09/17 | 1480333 | $32,545.35 | $0.00 | $32,545.35 |
| 09/09/17 | 1483567 | $33,363.00 | $0.00 | $33,363.00 |
| 10/06/17 | 1486934 | $3,653.10 | $0.00 | $3,653.10 |
| 11/23/17 | 1494424 | $494.10 | $0.00 | $494.10 |
| 12/09/17 | 1496917 | $2,103.30 | $0.00 | $2,103.30 |
| | | **Total Balance Due** | | **$102,552.30** |

Asset Analysis and Recovery
Our Matter No. 60605.0001

Invoice No. 1496917
December 9, 2017

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|------------|-----------|-------|
| $2,597.40 | $0.00 | $3,653.10 | $33,363.00 | $62,938.80 | $102,552.30 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries, please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com

ELECTRONIC


**Ice**Miller
LEGAL COUNSEL

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Invoice No. 1496917
December 9, 2017

Re:    Asset Analysis and Recovery
       Our Matter No. 60605.0001

## INVOICE SUMMARY

For Services rendered through November 30, 2017

| | |
|---|---|
| Professional Services | $2,103.30 |
| **Total Current Invoice** | **$2,103.30** |
| Previous Balance Due | $100,449.00 |
| Total Balance Due | $102,552.30 |

### Payment Options

**Online Payments:**
**ClientPay**
ClientPay®

Wire/ACH Instructions:
Huntington Bank
ABA for ACH     074000078
ABA for Wire    044000024
Account No.     01401048453
Swift Code:     HUNTUS33
Please Reference **Invoice No. 1496917**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1496917**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1496918
December 9, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Assumption and Rejection of Leases and Contracts
       Our Matter No. 60605.0003

### INVOICE SUMMARY

For Services rendered through November 30, 2017

| | |
|---|---|
| Professional Services | $792.45 |
| **Total Current Invoice** | **$792.45** |
| Previous Balance Due | $37,222.20 |
| Total Balance Due | $38,014.65 |

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence
you have placed in us.  Please call if we can be of further assistance.



Assumption and Rejection of Leases and Contracts
Our Matter No. 60605.0003

Invoice No. 1496918
December 9, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 11/01/2017 | FOWL S | Drafted notice to reject additional contracts (.3); communicated with client regarding same (.1). | 0.40 |
| 11/01/2017 | JORI W | Received and reviewed communications from client regarding status of service and corrected affidavit needed for contract rejection notice. | 0.20 |
| 11/02/2017 | JORI W | Updated affidavit of service regarding contract rejection notice and communicated with M. Mallon regarding same. | 0.20 |
| 11/03/2017 | JORI W | Finalized and submitted affidavit of service of contract rejection notice. | 0.30 |
| 11/08/2017 | FOWL S | Communicated with IBM regarding contract rejection. | 0.20 |
| 11/09/2017 | FOWL S | Communicated with Career Building regarding executory contract. | 0.20 |
| 11/17/2017 | FOWL S | Drafted notice of rejection of additional contracts (.3); communicated with client regarding same (.1). | 0.40 |
| 11/17/2017 | JORI W | Received and reviewed contract rejection notice and prepared certificate of service on contract counterparties. | 0.20 |
| 11/20/2017 | JORI W | Sent draft affidavit of service of rejection notice to Mallon for approval. | 0.10 |
| 11/27/2017 | JORI W | Communications with the client regarding service of contract rejection notices (.1); finalized and submitted certificate of service with the court (.2). | 0.30 |
| **Total Professional Services** | | | **$792.45** |

**Total Invoice Balance Due**

$792.45

Assumption and Rejection of Leases and Contracts

Our Matter No. 60605.0003

Invoice No. 1496918

December 9, 2017

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 07/20/17 | 1476592 | $21,415.05 | $0.00 | $21,415.05 |
| 08/09/17 | 1480335 | $9,171.90 | $0.00 | $9,171.90 |
| 09/09/17 | 1483569 | $4,714.20 | $0.00 | $4,714.20 |
| 10/06/17 | 1486936 | $803.25 | $0.00 | $803.25 |
| 11/23/17 | 1494426 | $1,117.80 | $0.00 | $1,117.80 |
| 12/09/17 | 1496918 | $792.45 | $0.00 | $792.45 |
| | | | **Total Balance Due** | **$38,014.65** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $1,910.25 | $0.00 | $803.25 | $4,714.20 | $30,586.95 | $38,014.65 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com

ELECTRONIC



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Invoice No. 1496918
December 9, 2017

Re:    Assumption and Rejection of Leases and Contracts
       Our Matter No. 60605.0003

## INVOICE SUMMARY

For Services rendered through November 30, 2017

| | |
|---|---|
| Professional Services | $792.45 |
| **Total Current Invoice** | **$792.45** |
| Previous Balance Due | $37,222.20 |
| Total Balance Due | $38,014.65 |

### Payment Options

Online Payments:
**ClientPay**
ClientPay®

Wire/ACH Instructions:
Huntington Bank
ABA for ACH      074000078
ABA for Wire     044000024
Account No.      01401048453
Swift Code:      HUNTUS33
Please Reference **Invoice No. 1496918**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1496918**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357





One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1496919
December 9, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Business Operations
        Our Matter No. 60605.0006

## INVOICE SUMMARY

For Services rendered through November 30, 2017

| | |
|---|---|
| Professional Services | $2,261.25 |
| **Total Current Invoice** | **$2,261.25** |
| Previous Balance Due | $34,879.50 |
| Total Balance Due | $37,140.75 |

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence
you have placed in us.  Please call if we can be of further assistance.



Business Operations
Our Matter No. 60605.0006

Invoice No. 1496919
December 9, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 11/01/2017 | HOKA J | Exchanged emails regarding accounting for Elux escrow refund. | 0.20 |
| 11/03/2017 | HOKA J | Circulated Order amending KEIP. | 0.20 |
| 11/06/2017 | HOKA J | Assisted with issues regarding modification of medical insurance run out. | 0.50 |
| 11/07/2017 | HOKA J | Exchanges emails respecting information required for service of benefits information to former employees. | 0.30 |
| 11/10/2017 | HOKA J | Advised regarding letter to former employees. | 0.40 |
| 11/13/2017 | JORI W | Received and reviewed spreadsheets for monthly operating reports and prepared same for submission to court (.7); communications with client regarding additional verification needed (.1); finalized and submitted operating reports for all three entities (.3). | 1.10 |
| 11/15/2017 | PISA M | Prepared Stipulation of Substitution of Counsel, Motion to Substitute, and Draft Order. | 1.30 |
| 11/17/2017 | HOKA J | Reviewed and revised document surrendering HHG's interest in warranty-line telephone number. | 0.60 |
| 11/20/2017 | PISA M | Finalized Stipulation, Motion, and Order regarding substitution in Cook County, Illinois case (.4); researched pro hoc admission requirement and procedure (.3). | 0.70 |

| **Total Professional Services** | **$2,261.25** |
|---|---|

| **Total Invoice Balance Due** | $2,261.25 |
|---|---|

Business Operations
Our Matter No. 60605.0006

Invoice No. 1496919
December 9, 2017

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 07/20/17 | 1476594 | $11,191.05 | $0.00 | $11,191.05 |
| 08/09/17 | 1480336 | $14,388.30 | $0.00 | $14,388.30 |
| 09/09/17 | 1483571 | $3,789.45 | $0.00 | $3,789.45 |
| 10/06/17 | 1486938 | $2,690.55 | $0.00 | $2,690.55 |
| 11/23/17 | 1494427 | $2,820.15 | $0.00 | $2,820.15 |
| 12/09/17 | 1496919 | $2,261.25 | $0.00 | $2,261.25 |
| | | | **Total Balance Due** | **$37,140.75** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $5,081.40 | $0.00 | $2,690.55 | $3,789.45 | $25,579.35 | $37,140.75 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com





One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Invoice No. 1496919
December 9, 2017

Re:     Business Operations
        Our Matter No. 60605.0006

## INVOICE SUMMARY

For Services rendered through November 30, 2017

| | |
|---|---:|
| Professional Services | $2,261.25 |
| **Total Current Invoice** | **$2,261.25** |
| Previous Balance Due | $34,879.50 |
| Total Balance Due | $37,140.75 |

### Payment Options

Online Payments:
**ClientPay**

Wire/ACH Instructions:
Huntington Bank
ABA for ACH     074000078
ABA for Wire    044000024
Account No.     01401048453
Swift Code:     HUNTUS33
Please Reference **Invoice No. 1496919**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1496919**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357





**IceMiller**
LEGAL COUNSEL

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1496920
December 9, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Case Administration
        Our Matter No. 60605.0007

## INVOICE SUMMARY

For Services rendered through November 30, 2017

| | |
|---|---|
| Professional Services | $5,062.50 |
| **Total Current Invoice** | **$5,062.50** |
| Previous Balance Due | $75,499.65 |
| Total Balance Due | $80,562.15 |

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence
you have placed in us.  Please call if we can be of further assistance.



Case Administration
Our Matter No. 60605.0007

Invoice No. 1496920
December 9, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 11/01/2017 | FOWL S | Revised and finalized order on motion to amend KEIP. | 0.20 |
| 11/01/2017 | FOWL S | Revised and finalized order on motion to limit notice. | 0.30 |
| 11/01/2017 | FOWL S | Drafted motion to extend exclusivity. | 0.90 |
| 11/01/2017 | JORI W | Reviewed status of pending orders needed from court and communications regarding handling of same. | 0.20 |
| 11/01/2017 | JORI W | Reviewed communications regarding handling of agenda for Electrolux adversary. | 0.10 |
| 11/01/2017 | HOKA J | Discussed preparation of Orders for outstanding issues. | 0.40 |
| 11/02/2017 | FOWL S | Communicated with counsel for the Committee regarding exclusivity motion. | 0.20 |
| 11/02/2017 | JORI W | Reviewed docket and court's agenda and communications with attorneys to determine status of upcoming matters set for hearing in order to prepare hearing agendas. | 0.90 |
| 11/03/2017 | FOWL S | Communicated with counsel for the Committee regarding exclusivity motion (.2); revised motion based on same (.5). | 0.70 |
| 11/03/2017 | JORI W | Reviewed status of Throgmartin motions and communications with A. Kight regarding motion to continue hearing on same. | 0.30 |
| 11/03/2017 | JORI W | Received and reviewed Court's order on motion to limit notice and communications with attorneys and Donlin regarding handling of service going forward. | 0.40 |
| 11/03/2017 | JORI W | Reviewed, finalized and submitted third motion to extend exclusive period for Chapter 11 Plan and Order regarding same. | 0.70 |
| 11/03/2017 | JORI W | Finalized and submitted agenda for Monday's hearing. | 0.30 |
| 11/03/2017 | JORI W | Reviewed Court's calendar and status of pending items to continue preparing agendas for upcoming hearings. | 0.90 |
| 11/03/2017 | HOKA J | Assisted with finalization of Agenda for November 6th hearing. | 0.20 |
| 11/03/2017 | HOKA J | Circulated Standing Order regarding Notice to constituents' counsel. | 0.60 |
| 11/07/2017 | JORI W | Reviewed docket and communications regarding service. | 0.20 |
| 11/08/2017 | FOWL S | Communicated with counsel for the Committee regarding the amended DIP agreement and D&O claims. | 0.70 |
| 11/08/2017 | JORI W | Reviewed Court's minute entries regarding status of upcoming hearings in order to update draft agendas. | 0.10 |

Case Administration
Our Matter No. 60605.0007

Invoice No. 1496920
December 9, 2017

| 11/08/2017 | JORI W | Reviewed docket and communications with Donlin regarding affidavits of service needed. | 0.20 |
| 11/10/2017 | JORI W | Reviewed and submitted affidavits of service with the court. | 0.30 |
| 11/13/2017 | FOWL S | Communicated with client and former employee regarding pay records. | 0.20 |
| 11/14/2017 | FOWL S | Reviewed DIP amendment. | 0.50 |
| 11/14/2017 | JORI W | Reviewed docket to determine status of pending orders. | 0.10 |
| 11/15/2017 | JORI W | Reviewed docket and updated agenda for Friday's hearing. | 0.50 |
| 11/16/2017 | JORI W | Reviewed communications regarding settlement negotiations with Synchrony (.1); updated agenda for tomorrow's hearing and submitted same with the court (.6). | 0.70 |
| 11/22/2017 | FOWL S | Drafted motion to limit notice of Synchrony 9019 motion. | 0.70 |
| 11/22/2017 | JORI W | Reviewed service requirements for 9019 settlement motions. | 0.20 |
| 11/27/2017 | FOWL S | Communicated with client regarding information for Bosch. | 0.20 |
| 11/27/2017 | FOWL S | Communicated with claims recovery agent regarding process for obtaining documents from client. | 0.30 |
| 11/27/2017 | JORI W | Reviewed communications regarding pending matters to be heard on Monday (.2); reviewed docket to determine status of pending matters in order to prepare hearing agenda and in order to upload orders on pending fee application (.4). | 0.60 |
| 11/27/2017 | HOKA J | Exchanged emails between lead counsel and Court's staff regarding scheduling of additional omnibus hearings. | 0.30 |
| 11/28/2017 | FOWL S | Communicated with client regarding conversation with UST and status of DIP amendment. | 0.40 |
| 11/28/2017 | JORI W | Reviewed communications with Donlin regarding service (.1); received, reviewed and submitted affidavit of service (.2). | 0.30 |
| 11/30/2017 | JORI W | Reviewed Court's calendar and prepared agenda for next week's hearing. | 0.90 |
| 11/30/2017 | JORI W | Received and reviewed affidat of service from Donlin and submitted same with the court. | 0.20 |

**Total Professional Services**      **$5,062.50**

**Total Invoice Balance Due**      $5,062.50

Case Administration
Our Matter No. 60605.0007

Invoice No. 1496920
December 9, 2017

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 07/20/17 | 1476595 | $16,933.05 | $0.00 | $16,933.05 |
| 08/09/17 | 1480337 | $16,124.40 | $0.00 | $16,124.40 |
| 09/09/17 | 1483572 | $19,693.35 | $0.00 | $19,693.35 |
| 11/23/17 | 1494428 | $22,748.85 | $0.00 | $22,748.85 |
| 12/09/17 | 1496920 | $5,062.50 | $0.00 | $5,062.50 |
| | | | **Total Balance Due** | **$80,562.15** |

## AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|------------|------------|-------------|------------|-------|
| $27,811.35 | $0.00 | $0.00 | $19,693.35 | $33,057.45 | $80,562.15 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com





One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                    Invoice No. 1496920
Debtor-In-Possesion                                                      December 9, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Case Administration
       Our Matter No. 60605.0007

## INVOICE SUMMARY

For Services rendered through November 30, 2017

| | |
|---|---:|
| Professional Services | $5,062.50 |
| **Total Current Invoice** | **$5,062.50** |
| Previous Balance Due | $75,499.65 |
| Total Balance Due | $80,562.15 |

### Payment Options

Online Payments:
**ClientPay**

Wire/ACH Instructions:
Huntington Bank
ABA for ACH    074000078
ABA for Wire   044000024
Account No.    01401048453
Swift Code:    HUNTUS33
Please Reference **Invoice No. 1496920**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1496920**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357





**LEGAL COUNSEL**

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1496921
December 9, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Claims Administration and Objections
        Our Matter No. 60605.0008

## INVOICE SUMMARY

For Services rendered through November 30, 2017

| | |
|---|---|
| Professional Services | $17,207.10 |
| **Total Current Invoice** | **$17,207.10** |
| Previous Balance Due | $37,854.90 |
| Total Balance Due | $55,062.00 |

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence you have placed in us.  Please call if we can be of further assistance.



Claims Administration and Objections
Our Matter No. 60605.0008

Invoice No. 1496921
December 9, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 11/01/2017 | FOWL S | Reviewed administrative expense application filed by Georgia Power (.2); communicated with counsel for Georgia Power regarding same (.2). | 0.40 |
| 11/01/2017 | FOWL S | Communicated with counsel for creditor regarding amended proof of claim. | 0.20 |
| 11/01/2017 | HOKA J | Responded to claimant's inquiry regarding amending claims. | 0.20 |
| 11/02/2017 | FOWL S | Communicated with client regarding Hebron claim and security deposit (.1); communicated with counsel for Prologis regarding same (.2). | 0.30 |
| 11/02/2017 | HOKA J | Responded to inquiry of Mohawk Finishing regarding claims deadline. | 0.10 |
| 11/02/2017 | HOKA J | Responded to inquiries of landlords' counsel. | 0.30 |
| 11/03/2017 | FOWL S | Communicated with counsel for Haier regarding administrative expense claim. | 0.20 |
| 11/03/2017 | HOKA J | Assisted with analysis of administrative claim issues. | 0.80 |
| 11/06/2017 | FOWL S | Communicated with counsel for Georgia Power regarding administrative expense claim. | 0.20 |
| 11/06/2017 | HOKA J | Responded to inquiry from IBM regarding administrative claim. | 0.20 |
| 11/06/2017 | HOKA J | Exchanged emails with Anthem's counsel regarding unpaid invoices. | 0.60 |
| 11/07/2017 | FOWL S | Drafted agreed order allowing Georgia Power administrative expense claim (.4); communicated with counsel for Georgia Power regarding same (.2). | 0.60 |
| 11/07/2017 | HOKA J | Exchanged emails regarding settlement of Anthem claims. | 0.40 |
| 11/08/2017 | JORI W | Received and reviewed Travelers' Proof of Claim and forwarded same to Donlin for filing. | 0.30 |
| 11/08/2017 | HOKA J | Responded to email from Synchrony's counsel regarding status of settlement and Debtors' efforts to amend DIP Agreement. | 0.80 |
| 11/08/2017 | HOKA J | Spoke with Anthem's counsel regarding payment of amounts due under Administrative Services Agreement, and proposed revisions to Agreed Entry. | 0.50 |
| 11/09/2017 | FOWL S | Communicated with counsel for GE/Haier regarding administrative expense claim. | 0.10 |
| 11/09/2017 | FOWL S | Reviewed agreed motion to set off security deposit from Prologis; communicated with counsel for Prologis regarding same. | 0.60 |
| 11/09/2017 | HOKA J | Spoke and exchanged emails with Anthem's counsel regarding terms of entry and timing for payment. | 0.40 |

Claims Administration and Objections
Our Matter No. 60605.0008

Invoice No. 1496921
December 9, 2017

| 11/10/2017 | HOKA J | Exchanged e-mails with co- and constituents' counsel regarding retreatment of stub rent claims. | 0.50 |
|---|---|---|---|
| 11/10/2017 | HOKA J | Exchanged emails with Synchrony's counsel regarding timing for settlement, and provided update to constituents. | 0.60 |
| 11/10/2017 | HOKA J | Forwarded and exchanged emails respecting inquiry of Gurnee's counsel regarding payment of opt-in stub rent claim. | 0.30 |
| 11/10/2017 | HOKA J | Exchanged emails with Anthem's counsel regarding status of payments and settlement entry. | 0.60 |
| 11/13/2017 | FOWL S | Communicated with counsel for GE/Haier regarding administrative expense claim (.3); communicated with lenders and the Committee(.2). | 0.50 |
| 11/13/2017 | HOKA J | Responded to settlement issues respecting GE/Haier entities. | 0.30 |
| 11/13/2017 | HOKA J | Reviewed Court's Order and assisted co-counsel with issues related to settlement of landlord's administrative claim. | 0.60 |
| 11/13/2017 | HOKA J | Exchanged emails with lender's counsel regarding settlement of Synchrony claim, and provided update to Synchrony's counsel (.4); exchanged emails with Court's staff regarding status of Nov. 17th hearing (.2). | 0.60 |
| 11/13/2017 | HOKA J | Responded to counsel's inquiry regarding claims bar dates, etc. | 0.20 |
| 11/13/2017 | HOKA J | Requested Lenders' and Committee's consent to pay Anthem invoice (.2), and responded to GACP's additional inquiries regarding the request (.4); provided update to Anthem's counsel (.2). | 0.80 |
| 11/14/2017 | HOKA J | Reviewed and forwarded additional Anthem claim. | 0.30 |
| 11/15/2017 | FOWL S | Communicated with counsel for the lenders and the Committee regarding Haier administrative expense claim (.1); communicated with counsel for Haier regarding same (.2). | 0.30 |
| 11/15/2017 | HOKA J | Forwarded draft pleadings to co-counsel for claim settlement purposes. | 0.20 |
| 11/15/2017 | HOKA J | Finalized and circulated Settlement Agreement for Synchrony claims. | 2.40 |
| 11/15/2017 | HOKA J | Discussed settlement of Lifeline's administrative claims. | 0.30 |
| 11/15/2017 | HOKA J | Discussed strategies for settling Anthem's claims (.4), and spoke and later exchanged emails with Anthem's counsel regarding same (.4). | 0.80 |
| 11/16/2017 | FOWL S | Communicated with counsel for Haier regarding administrative expenses claim. | 0.20 |
| 11/16/2017 | HOKA J | Exchanged emails with Company officers regarding terms for Synchrony settlement. | 0.60 |
| 11/16/2017 | HOKA J | Exchanged emails with Synchrony's counsel and Court's staff regarding disposition of hearing. | 0.40 |

Claims Administration and Objections                                             Invoice No. 1496921
Our Matter No. 60605.0008                                                        December 9, 2017

| 11/16/2017 | HOKA J | Responded to Lifeline's counsel's inquiry regarding payment of administrative claim. | 0.40 |
|---|---|---|---|
| 11/17/2017 | FOWL S | Communicated with counsel for GE/Haier regarding preferences and administrative expense claim. | 0.20 |
| 11/17/2017 | FOWL S | Communicated with counsel for Waste Management regarding administrative expense claim. | 0.30 |
| 11/17/2017 | FOWL S | Attended telephonic status conference regarding Synchrony claims. | 0.50 |
| 11/17/2017 | HOKA J | Reviewed counsel's markup of Settlement Agreement (.7), and participated in Court's telephonic status conference (.5). | 1.20 |
| 11/17/2017 | HOKA J | Exchanged emails regarding RPAI's consent to avoiding Order. | 0.40 |
| 11/21/2017 | FOWL S | Communicated with counsel for DCT regarding rejection damages and motion for setoff. | 0.20 |
| 11/21/2017 | FOWL S | Reviewed administrative expense application filed by Kimco (.4); communicated with client regarding same (.1). | 0.50 |
| 11/21/2017 | FOWL S | Communicated with counsel for Signifyd regarding admin claim expense. | 0.20 |
| 11/21/2017 | HOKA J | Revised and circulated Synchrony settlement agreement (.8); reviewed and forwarded additional revisions from Synchrony (.2). | 1.00 |
| 11/21/2017 | HOKA J | Revised and circulated Anthem Agreed Entry. | 0.80 |
| 11/21/2017 | HOKA J | Exchanged emails with lead counsel regarding RPAI matter (.2); finalized and filed motion to vacate prior order, and proposed order (.8). | 1.00 |
| 11/21/2017 | HOKA J | Revised and circulated Synchrony Settlement Agreement. | 1.00 |
| 11/21/2017 | HOKA J | Revised and circulated Anthem's Agreed Entry relative to payment for delinquent invoices. | 0.50 |
| 11/22/2017 | FOWL S | Revised and finalized reservation of rights with respect to RPAI administrative expense applications. | 0.80 |
| 11/22/2017 | FOWL S | Revised and finalized Synchrony 9019 motion (1.1); communicated with counsel for Synchrony regarding same (.2). | 1.30 |
| 11/22/2017 | HOKA J | Reviewed and assisted with finalization of Reservation of Rights (Objection) to RPAI Admin Claim. | 0.40 |
| 11/22/2017 | HOKA J | Exchanged emails with Synchrony's counsel and reviewed and approved final version of settlement agreement (.6), and reviewed emails regarding notice requirements for 9019 motion (.2). | 0.80 |
| 11/27/2017 | FOWL S | Finalized Synchrony 9019 motion and motion to limit notice. | 0.70 |
| 11/27/2017 | FOWL S | Communicated with client regarding proposed orders from Signifyd. | 0.20 |

Claims Administration and Objections
Our Matter No. 60605.0008

Invoice No. 1496921
December 9, 2017

| | | | |
|---|---|---|---|
| 11/27/2017 | HOKA J | Exchanged emails with lead counsel regarding defenses to administrative claims. | 0.60 |
| 11/27/2017 | HOKA J | Assisted with finalization of 9019 Motion regarding Synchrony settlement. | 0.60 |
| 11/27/2017 | HOKA J | Finalized and circulated Anthem Agreed Entry. | 0.60 |
| 11/27/2017 | HOKA J | Responded to inquiry from Landlord's counsel regarding payment of stub rent claim. | 0.20 |
| 11/28/2017 | FOWL S | Reviewed and revised proposed orders on Signifyd administrative expense claim and motion for relief from stay (.6); communicated with client regarding same (.2); communicated with counsel for Signifyd regarding same (.1). | 0.90 |
| 11/28/2017 | HOKA J | Respond to inquiry regarding necessity for status conference regarding Synchrony settlement. | 0.20 |
| 11/28/2017 | HOKA J | Responded to inquiry of administrative claimant. | 0.20 |
| 11/29/2017 | HOKA J | Spoke with Anthem's counsel and exchanged emails with Company officer regarding Agreed Entry and payment of weekly charges. | 0.70 |
| 11/30/2017 | FOWL S | Communicated with counsel for Kimco regarding administrative expense claim. | 0.20 |
| 11/30/2017 | HOKA J | Spoke with Anthem's counsel to finalize Agreed Entry terms. | 0.30 |
| 11/30/2017 | HOKA J | Attended to issues respecting Lifeline administrative claim. | 0.60 |

**Total Professional Services**                                            **$17,207.10**

**Total Invoice Balance Due**                                           $17,207.10

Claims Administration and Objections
Our Matter No. 60605.0008

Invoice No. 1496921
December 9, 2017

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 07/20/17 | 1476596 | $593.55 | $0.00 | $593.55 |
| 08/09/17 | 1480338 | $2,772.90 | $0.00 | $2,772.90 |
| 09/09/17 | 1483573 | $13,254.30 | $0.00 | $13,254.30 |
| 10/06/17 | 1486939 | $14,593.50 | $0.00 | $14,593.50 |
| 11/23/17 | 1494429 | $6,640.65 | $0.00 | $6,640.65 |
| 12/09/17 | 1496921 | $17,207.10 | $0.00 | $17,207.10 |
| | | | **Total Balance Due** | **$55,062.00** |

## AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $23,847.75 | $0.00 | $14,593.50 | $13,254.30 | $3,366.45 | $55,062.00 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries, please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com





One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Invoice No. 1496921
December 9, 2017

Re:    Claims Administration and Objections
       Our Matter No. 60605.0008

## INVOICE SUMMARY

For Services rendered through November 30, 2017

| | |
|---|---|
| Professional Services | $17,207.10 |
| **Total Current Invoice** | **$17,207.10** |
| Previous Balance Due | $37,854.90 |
| Total Balance Due | $55,062.00 |

### Payment Options

Online Payments:
**ClientPay**

Wire/ACH Instructions:
Huntington Bank
ABA for ACH    074000078
ABA for Wire   044000024
Account No.    01401048453
Swift Code:    HUNTUS33
Please Reference **Invoice No. 1496921**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1496921**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357





**Ice**Miller
LEGAL COUNSEL

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1496922
December 9, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:　　Corporate Governance and Board Matters
　　　　Our Matter No. 60605.0009

## INVOICE SUMMARY

For Services rendered through November 30, 2017

| | |
|---|---:|
| Professional Services | $765.00 |
| **Total Current Invoice** | **$765.00** |
| | |
| Previous Balance Due | $27,635.85 |
| Total Balance Due | $28,400.85 |

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence
you have placed in us.  Please call if we can be of further assistance.



Corporate Governance and Board Matters
Our Matter No. 60605.0009

Invoice No. 1496922
December 9, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 11/07/2017 | THOR J | Preparation for and attended Board call. | 0.70 |
| 11/07/2017 | HOKA J | Participated in Board call. | 0.50 |
| **Total Professional Services** | | | **$765.00** |

**Total Invoice Balance Due**                                          $765.00

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 07/20/17 | 1476597 | $5,131.80 | $0.00 | $5,131.80 |
| 08/09/17 | 1480339 | $14,760.90 | $0.00 | $14,760.90 |
| 09/09/17 | 1483574 | $5,291.10 | $0.00 | $5,291.10 |
| 10/06/17 | 1486940 | $1,672.65 | $0.00 | $1,672.65 |
| 11/23/17 | 1494430 | $779.40 | $0.00 | $779.40 |
| 12/09/17 | 1496922 | $765.00 | $0.00 | $765.00 |
| | | | **Total Balance Due** | **$28,400.85** |

## AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $1,544.40 | $0.00 | $1,672.65 | $5,291.10 | $19,892.70 | $28,400.85 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com




LEGAL COUNSEL

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                    Invoice No. 1496922
Debtor-In-Possesion                                      December 9, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Corporate Governance and Board Matters
       Our Matter No. 60605.0009

### INVOICE SUMMARY

For Services rendered through November 30, 2017

Professional Services                                              $765.00

**Total Current Invoice**                                         **$765.00**

Previous Balance Due                                             $27,635.85

Total Balance Due                                               $28,400.85

### Payment Options

| Online Payments: | Wire/ACH Instructions: |
|---|---|
| **ClientPay** | Huntington Bank |
| | ABA for ACH    074000078 |
| | ABA for Wire   044000024 |
| | Account No.    01401048453 |
| | Swift Code:    HUNTUS33 |
| | Please Reference **Invoice No. 1496922** |

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1496922**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357





One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1496923
December 9, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Employee Benefits and Pensions
        Our Matter No. 60605.0010

## INVOICE SUMMARY

For Services rendered through November 30, 2017

| | |
|---|---|
| Professional Services | $1,494.45 |
| **Total Current Invoice** | **$1,494.45** |
| | |
| Previous Balance Due | $15,379.65 |
| Total Balance Due | $16,874.10 |

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence
you have placed in us.  Please call if we can be of further assistance.



Employee Benefits and Pensions

Our Matter No. 60605.0010

Invoice No. 1496923

December 9, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 11/02/2017 | BURK C | Worked on finalizing notice regarding run out period (.4); correspondence with Kovacs regarding same (.2). | 0.60 |
| 11/03/2017 | BURK C | Call with Mallon regarding mailing of notice of material reduction (.2); worked on same (.1). | 0.30 |
| 11/07/2017 | BURK C | Worked on status of open items requested by DOL (.3); worked on status of wrapping up distributions from 401(k) plan (.3); correspondence with Stouffer regarding same (.2). | 0.80 |
| 11/08/2017 | BURK C | Call with Mallon regarding Anthem participants for notice distribution (.1); worked on 401(k) plan distribution issues (.1). | 0.20 |
| 11/09/2017 | BURK C | Participated in call with Principal regarding distribution of remaining assets in 401(k) plan and related. | 0.40 |
| 11/13/2017 | BURK C | Worked on issues related to distribution of notice regarding reduction of covered services under the group health plan (.3); correspondence with Mallon regarding same (.1). | 0.40 |

| **Total Professional Services** | **$1,494.45** |
|---|---|

**Total Invoice Balance Due**                    $1,494.45

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 07/20/17 | 1476598 | $4,538.70 | $0.00 | $4,538.70 |
| 08/09/17 | 1480340 | $4,752.45 | $0.00 | $4,752.45 |
| 09/09/17 | 1483575 | $1,771.20 | $0.00 | $1,771.20 |
| 11/23/17 | 1494431 | $4,317.30 | $0.00 | $4,317.30 |
| 12/09/17 | 1496923 | $1,494.45 | $0.00 | $1,494.45 |
| | | | **Total Balance Due** | **$16,874.10** |

## AGED AR

Employee Benefits and Pensions

Invoice No. 1496923

Our Matter No. 60605.0010

December 9, 2017

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---|---|---|---|---|---|
| $5,811.75 | $0.00 | $0.00 | $1,771.20 | $9,291.15 | $16,874.10 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com

ELECTRONIC



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Invoice No. 1496923
December 9, 2017

Re:     Employee Benefits and Pensions
        Our Matter No. 60605.0010

## INVOICE SUMMARY

For Services rendered through November 30, 2017

| | |
|---|---|
| Professional Services | $1,494.45 |
| **Total Current Invoice** | **$1,494.45** |
| Previous Balance Due | $15,379.65 |
| Total Balance Due | $16,874.10 |

### Payment Options

Online Payments:
**ClientPay**



Wire/ACH Instructions:
Huntington Bank
ABA for ACH       074000078
ABA for Wire      044000024
Account No.       01401048453
Swift Code:       HUNTUS33
Please Reference **Invoice No. 1496923**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1496923**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357





One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1496924
December 9, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Employment and Fee Applications
       Our Matter No. 60605.0011

## INVOICE SUMMARY

For Services rendered through November 30, 2017

| | |
|---|---|
| Professional Services | $2,170.80 |
| **Total Current Invoice** | **$2,170.80** |
| Previous Balance Due | $49,556.70 |
| Total Balance Due | $51,727.50 |

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence
you have placed in us.  Please call if we can be of further assistance.



Employment and Fee Applications

Our Matter No. 60605.0011

Invoice No. 1496924

December 9, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 11/03/2017 | JORI W | Began preparing orders on MLB's and BRG's second interim fee applications. | 0.40 |
| 11/03/2017 | JORI W | Sent e-mail to Court regarding status of Order on Soto's employment application. | 0.20 |
| 11/04/2017 | HOKA J | Responded to inquiry regarding fee applications for consultants. | 0.40 |
| 11/06/2017 | FOWL S | Attended to Hilco Real Estate employment order and final fee application. | 0.20 |
| 11/06/2017 | JORI W | Reviewed communications from Hilco regarding their fee application and reviewed order on employment application to evaluate handling of first and final fee application. | 0.60 |
| 11/06/2017 | HOKA J | Reviewed retention order and advised regarding fee application regarding Hilco Real Estate. | 0.40 |
| 11/07/2017 | JORI W | Continued preparing orders on MLB's and BRG's second interim fee applications and submitted same with the court. | 0.80 |
| 11/07/2017 | JORI W | Received call from Altus Group regarding employment application and reviewed order on same to evaluate further handling of their outstanding invoices to hhgregg. | 0.30 |
| 11/07/2017 | JORI W | Prepared objection notice and proposed order for Hilco fee application and submitted same to court along with fee application. | 0.90 |
| 11/07/2017 | HOKA J | Reviewed information relative to necessity of Hilco Real Estate's final fee application. | 0.20 |
| 11/08/2017 | JORI W | Communications with attorneys regarding status of order on MLB's second fee application. | 0.10 |
| 11/08/2017 | JORI W | Conferred with attorney regarding handling of Altus inquiries regarding status of fee payments. | 0.10 |
| 11/10/2017 | JORI W | Reviewed docket to determine status of orders on fee applications and Soto employment application and forwarded Order to Soto. | 0.20 |
| 11/14/2017 | JORI W | Reviewed local rules to evaluate requirement for notice of draw and responded to attorney inquiry regarding same. | 0.30 |
| 11/14/2017 | JORI W | Reviewed order on Katz employment application and forwarded same to Katz. | 0.20 |
| 11/14/2017 | JORI W | Received, reviewed and submitted MLB's October notice of draw. | 0.30 |
| 11/29/2017 | JORI W | Finalized and uploaded order for Hilco fee application (.4); contacted court regarding same (.2). | 0.60 |

Employment and Fee Applications
Our Matter No. 60605.0011

Invoice No. 1496924
December 9, 2017

---

**Total Professional Services**                                                                    **$2,170.80**

---

**Total Invoice Balance Due**                                                                       $2,170.80

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 07/20/17 | 1476599 | $18,823.05 | $0.00 | $18,823.05 |
| 08/09/17 | 1480341 | $15,570.45 | $0.00 | $15,570.45 |
| 09/09/17 | 1483576 | $3,947.40 | $0.00 | $3,947.40 |
| 10/06/17 | 1486941 | $9,537.75 | $0.00 | $9,537.75 |
| 11/23/17 | 1494432 | $1,678.05 | $0.00 | $1,678.05 |
| 12/09/17 | 1496924 | $2,170.80 | $0.00 | $2,170.80 |

|  |  |  | **Total Balance Due** | **$51,727.50** |
|--|--|--|--|--|

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $3,848.85 | $0.00 | $9,537.75 | $3,947.40 | $34,393.50 | $51,727.50 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com

ELECTRONIC



**IceMiller**
LEGAL COUNSEL

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                    Invoice No. 1496924
Debtor-In-Possesion                                      December 9, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Employment and Fee Applications
        Our Matter No. 60605.0011

## INVOICE SUMMARY

For Services rendered through November 30, 2017

| | |
|---|---:|
| Professional Services | $2,170.80 |
| **Total Current Invoice** | **$2,170.80** |
| Previous Balance Due | $49,556.70 |
| Total Balance Due | $51,727.50 |

### Payment Options

**Online Payments:**
**ClientPay**



Wire/ACH Instructions:
Huntington Bank
ABA for ACH     074000078
ABA for Wire    044000024
Account No.     01401048453
Swift Code:     HUNTUS33
Please Reference **Invoice No. 1496924**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1496924**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357





**LEGAL COUNSEL**

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1496925
December 9, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Financing and Cash Collateral
        Our Matter No. 60605.0013

### INVOICE SUMMARY

For Services rendered through November 30, 2017

| | |
|---|---|
| Professional Services | $21,897.00 |
| **Total Current Invoice** | **$21,897.00** |
| | |
| Previous Balance Due | $59,903.10 |
| Total Balance Due | $81,800.10 |

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence you have placed in us.  Please call if we can be of further assistance.



Financing and Cash Collateral
Our Matter No. 60605.0013

Invoice No. 1496925
December 9, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 11/01/2017 | HOKA J | Additionally revised and circulated Amended DIP Agreement and Waterfall document (1.8); discussed with Committee counsel (.5). | 1.30 |
| 11/02/2017 | HOKA J | Finalized and circulated DIP documents. | 1.70 |
| 11/03/2017 | HOKA J | Responded to e-mail traffic from constituents regarding amended DIP documents. | 0.80 |
| 11/04/2017 | HOKA J | Exchanged emails regarding plans for November 6th hearing and call with lenders regarding amended DIP documents. | 0.40 |
| 11/07/2017 | HOKA J | Spoke with client officers regarding 4Q17 budget revisions and open issues regarding DIP financing (.4); participated in conference call with Lenders' counsel regarding Amended DIP documents (.5). | 0.90 |
| 11/08/2017 | HOKA J | Exchanged numerous emails and calls with client's officers and Lenders' counsel regarding comments to DIP Agreement. | 1.20 |
| 11/09/2017 | HOKA J | Reviewed and forwarded Wells' comments to DIP Agreement (.5); spoke with client officers and exchanged emails with them and GACP's counsel regarding DIP terms (1.2). | 1.70 |
| 11/10/2017 | HOKA J | Exchanged emails with client's officers regarding A/P Schedule and status of comments to DIP Amendment (1.0); spoke with GACP's counsel regarding same (.2). | 1.20 |
| 11/13/2017 | HOKA J | Reviewed and circulated GACP's comments to Amended DIP Agreement (.4); discussed same with client officers and co-counsel, and prepared and circulated revisions (1.8); exchanged emails with GACP's counsel regarding disparate treatment for administrative claimants (.5). | 2.70 |
| 11/13/2017 | HOKA J | Reviewed and forwarded DLAPiper's October invoice. | 0.20 |
| 11/14/2017 | HOKA J | Continued exchanges of emails and calls respecting terms of Amended DIP Agreement (.8); spoke and exchanged calls with client officers regarding carve out issues applicable to Case Professionals and KEIP Participants (.5); prepared and circulated revisions for Carve Out protections for Case Professionals and KEIP Participants (1.7). | 3.00 |
| 11/15/2017 | HOKA J | Spoke with BRG's officer regarding fee provisions in Amended DIP Agreement. | 0.20 |
| 11/15/2017 | HOKA J | Reviewed and discussed Wells' comments to Amended DIP Agreement (.4); exchanged additional emails regarding Wells' comments (.8); prompted GACP's counsel for comments (.2); provided update to Company officers (.2). | 1.60 |
| 11/16/2017 | HOKA J | Responded to claimants' inquiry regarding status of DIP Amendment. | 0.40 |

Financing and Cash Collateral                                                        Invoice No. 1496925
Our Matter No. 60605.0013                                                              December 9, 2017

| | | | |
|---|---|---|---|
| 11/16/2017 | HOKA J | Reviewed and forwarded FBD's interim invoices. | 0.20 |
| 11/16/2017 | HOKA J | Circulated summary of discussions with Wells' counsel regarding carve out settlement provisions in DIP Amendment. | 0.60 |
| 11/17/2017 | HOKA J | Exchanged emails with GACP's counsel payment of DLA's fees, status of comments to DIP Amendment, and treatment of GACP's affiliate in A/P payments. | 1.20 |
| 11/18/2017 | HOKA J | Reviewed and responded to GACP's 11/17 proposal for payment of non-GACP claims. | 0.80 |
| 11/19/2017 | HOKA J | Compiled and forwarded proposed communication to finalize DIP Amendment negotiations. | 2.00 |
| 11/20/2017 | FOWL S | Communicated with client regarding DIP amendment. | 0.60 |
| 11/20/2017 | HOKA J | Call with client officers regarding GACP's proposed revision to cash management issues (.5); spoke with GACP's counsel regarding same, and summarized call (.6); exchanged emails client and counsel (.5), and spoke again with GACP's counsel regarding same (.2); inquired of GACP's counsel regarding invitation to call (.2). | 2.00 |
| 11/21/2017 | FOWL S | Communicated with counsel for lenders and the Committee regarding DIP amendment. | 0.50 |
| 11/21/2017 | HOKA J | Prepared and circulated Comparison version of DIP Amendment for call with GACP's counsel. | 0.50 |
| 11/21/2017 | HOKA J | Participated in call with GACP counsel regarding DIP Amendment. | 0.40 |
| 11/24/2017 | HOKA J | Exchanged emails with GACP's counsel regarding status of GACP's comments to DIP Agreement and scheduling of attorney conference. | 0.50 |
| 11/25/2017 | HOKA J | Prompted GACP's counsel regarding client direction. | 0.10 |
| 11/26/2017 | FOWL S | Communicated with counsel for GACP regarding DIP amendment. | 0.50 |
| 11/26/2017 | HOKA J | Spoke with GACP's counsel regarding its demands respecting Amended DIP Agreement. | 0.50 |
| 11/27/2017 | HOKA J | Provided update to Company officers regarding discussions with GACP counsel and requirements to finalize DIP Amendment (.4); exchanged emails with GACP's counsel regarding status of mark-up and DLA Piper's continuing demand for payment of fees as condition to returning comments (.6). | 1.00 |
| 11/28/2017 | HOKA J | Spoke with R. Moore regarding bifurcation of administrative claims (.1); summarized and forwarded status of DIP negotiations, and exchanged emails and spoke with Company officers regarding status of GACP's comments to DIP Amendment (.8); reviewed and forwarded GACP's revisions to DIP Amendment (1.3). | 2.20 |
| 11/29/2017 | FOWL S | Communicated with client and GACP regarding DIP amendment. | 0.90 |

Financing and Cash Collateral
Our Matter No. 60605.0013

Invoice No. 1496925
December 9, 2017

| 11/29/2017 | FOWL S | Communicated with client regarding DIP amendment. | 1.00 |
|---|---|---|---|
| 11/29/2017 | HOKA J | Prepared and circulated blackline of GACP's DIP Agreement, and discussed with client officers (1.8); Compile and review Default and Remedy provisions (.8); participated in call with GACP parties and counsel (.8); revised and circulated Dip Agreement per discussion (.8). | 4.20 |
| 11/30/2017 | FOWL S | Revised DIP amendment based on comments from client (1.5); communicated with client regarding same (.4). | 1.90 |
| 11/30/2017 | HOKA J | Reviewed and discussed information respecting D&O claims as assets of bankruptcy estate and proposals for disposition thereof. | 0.80 |
| 11/30/2017 | HOKA J | Assisted with finalization of Debtors' comments to DIP Amendment, and circulated to constituents' counsel. | 1.60 |
| 11/30/2017 | HOKA J | Spoke with Committee counsel regarding status of DIP Amendment and GACP's position regarding D&O claims. | 0.50 |

**Total Professional Services**                                           **$21,897.00**

**Total Invoice Balance Due**                                           $21,897.00

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 07/20/17 | 1476600 | $498.15 | $0.00 | $498.15 |
| 08/09/17 | 1480342 | $7,325.10 | $0.00 | $7,325.10 |
| 09/09/17 | 1483577 | $23,474.70 | $0.00 | $23,474.70 |
| 10/06/17 | 1486942 | $22,030.65 | $0.00 | $22,030.65 |
| 11/23/17 | 1494433 | $6,574.50 | $0.00 | $6,574.50 |
| 12/09/17 | 1496925 | $21,897.00 | $0.00 | $21,897.00 |

|  |  |  | **Total Balance Due** | **$81,800.10** |
|---|---|---|---|---|

## AGED AR

Financing and Cash Collateral                                     Invoice No. 1496925
Our Matter No. 60605.0013                                         December 9, 2017

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|------------|------------|-------------|------------|-------|
| $28,471.50 | $0.00 | $22,030.65 | $23,474.70 | $7,823.25 | $81,800.10 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com

ELECTRONIC



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Invoice No. 1496925
December 9, 2017

Re:    Financing and Cash Collateral
       Our Matter No. 60605.0013

## INVOICE SUMMARY

For Services rendered through November 30, 2017

| | |
|---|---|
| Professional Services | $21,897.00 |
| **Total Current Invoice** | **$21,897.00** |
| Previous Balance Due | $59,903.10 |
| Total Balance Due | $81,800.10 |

### Payment Options

**Online Payments:**
**ClientPay**
ClientPay

Wire/ACH Instructions:
Huntington Bank
ABA for ACH     074000078
ABA for Wire    044000024
Account No.     01401048453
Swift Code:     HUNTUS33
Please Reference **Invoice No. 1496925**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1496925**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357





One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1496926
December 9, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Litigation
        Our Matter No. 60605.0014

## INVOICE SUMMARY

For Services rendered through November 30, 2017

| | |
|---|---|
| Professional Services | $21,919.95 |
| **Total Current Invoice** | **$21,919.95** |
| Previous Balance Due | $70,939.35 |
| Total Balance Due | $92,859.30 |

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence
you have placed in us.  Please call if we can be of further assistance.



Litigation
Our Matter No. 60605.0014

Invoice No. 1496926
December 9, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 11/01/2017 | FOWL S | Communicated with counsel for Nikon regarding vendor credits. | 0.10 |
| 11/01/2017 | FOWL S | Communicated with counsel for Warrantech regarding 2004 exam motion. | 0.20 |
| 11/01/2017 | FOWL S | Revised motion for 2004 exam of Warrantech based on comments from the Committee. | 0.50 |
| 11/01/2017 | JORI W | Communications with attorneys and client regarding handling of responses to Electrolux's requests for production to debtors. | 0.30 |
| 11/01/2017 | HOKA J | Reviewed and forwarded third-party discovery requests served by Electrolux. | 0.40 |
| 11/01/2017 | HOKA J | Participated in calls with co- and adverse counsel regarding Electrolux litigation issues, and with Court's staff regarding scheduling issues. | 1.50 |
| 11/01/2017 | ARCE A | Followed up on outcome of call with Electrolux counsel and open discovery disputes and issues (.4); received and read Electrolux's non-party discovery (.4); began preparations for hearing on discovery issues (.5); multiple emails among counsel and clients regarding discovery (.8); multiple emails and draft regarding joint stipulation of dismissal of certain counts of Electrolux's first amended complaint (.6). | 2.30 |
| 11/02/2017 | FOWL S | Communicated with counsel for Synnex regarding defenses to vendor credit claims and settlement. | 0.30 |
| 11/02/2017 | FOWL S | Analyzed enforceability of arbitration provision in bankruptcy for Synnex adversary proceeding. | 0.50 |
| 11/02/2017 | ARCE A | Received and began reviewing client documents responsive to discovery. | 0.60 |
| 11/03/2017 | FOWL S | Communicated with counsel for Synnex regarding amount of vendor credit claim. | 0.30 |
| 11/03/2017 | FOWL S | Attended to arguments regarding Haiar 503(b)(9) claim; analyzed treatment of vendor credits in other retail bankruptcy cases. | 1.40 |
| 11/03/2017 | FOWL S | Communicated with counsel for Onward regarding settlement. | 0.10 |
| 11/03/2017 | HOKA J | Discussed jurisdictional issues related to pending matter. | 0.60 |
| 11/03/2017 | ARCE A | Received voluminous documents from Peterson; received and reviewed FIFO/LIFO analysis. | 0.80 |
| 11/06/2017 | ROUS M | Reviewed pretrial report for Synnex proceeding; conferred with Fowler regarding Onward position statement. | 0.60 |
| 11/06/2017 | FOWL S | Communicated with client regarding GEA/Haier administrative expense claim. | 0.20 |

Litigation                                                                            Invoice No. 1496926
Our Matter No. 60605.0014                                                            December 9, 2017

| | | | |
|---|---|---|---|
| 11/06/2017 | FOWL S | Communicated with client regarding Vantiv adversary. | 0.10 |
| 11/06/2017 | FOWL S | Attended hearing on Electrolux adversary summary judgment scheduling. | 1.80 |
| 11/06/2017 | HOKA J | Met with co-defendant counsel (1.5) and attended continued hearing on Electrolux's motion to extend SJ deadlines (1.5). | 3.00 |
| 11/06/2017 | ARCE A | Received and reviewed additional documents from Peterson (.4); prepared for meeting with counsel (.4); read draft demonstrative chart in advance of hearing (.5); met with Gallo to coordinate strategy for hearing and met with counsel group to coordinate and prepare for hearing (2.9); attended and participate in hearing on discovery issues resulting in stay of discovery (1.5). | 5.30 |
| 11/07/2017 | FOWL S | Reviewed documentation related to amounts owed by RAC (.6); commenced draft of complaint against RAC based on same (1.2). | 1.80 |
| 11/07/2017 | FOWL S | Communicated with counsel for Nikon regarding vendor credits. | 0.20 |
| 11/07/2017 | FOWL S | Finalized Synnex pretrial statement. | 0.30 |
| 11/07/2017 | JORI W | Finalized and submitted Synnex Joint Pretrial Statement with the court. | 0.40 |
| 11/08/2017 | FOWL S | Communicated with counsel for ESI regarding photos of damaged product. | 0.10 |
| 11/08/2017 | FOWL S | Researched regarding Belkin for collection of judgment (.3); communicated with counsel for Belkin regarding same (.1). | 0.40 |
| 11/08/2017 | FOWL S | Communicated with counsel for Synnex regarding settlement. | 0.10 |
| 11/08/2017 | FOWL S | Communicated with counsel for Vantiv regarding settlement. | 0.20 |
| 11/08/2017 | FOWL S | Communicated with counsel for Onward regarding settlement. | 0.20 |
| 11/08/2017 | FOWL S | Communicated with client regarding status of Synnex adversary. | 0.10 |
| 11/09/2017 | FOWL S | Communicated with counsel for Nikon regarding vendor credits (.2); communicated with client regarding same. | 0.30 |
| 11/09/2017 | FOWL S | Reviewed contracts with RAC and revised complaint based on same (1.5); communicated with client regarding same (.2). | 1.70 |
| 11/10/2017 | FOWL S | Revised and finalized complaint against RAC. | 0.50 |
| 11/10/2017 | JORI W | Prepared and submitted appearances for Hokanson and Fowler in new adversary matter against Rent-A-Center. | 0.40 |
| 11/10/2017 | JORI W | Reviewed and filed complaint against Rent-A-Center. | 0.60 |
| 11/10/2017 | ARCE A | Read RAC adversary proceeding complaint. | 0.30 |
| 11/13/2017 | FOWL S | Reviewed jurisdictional issue in preparation for pretrial conference. | 1.20 |
| 11/13/2017 | FOWL S | Communicated with counsel for RAC regarding complaint. | 0.10 |

Litigation
Our Matter No. 60605.0014

Invoice No. 1496926
December 9, 2017

| 11/13/2017 | FOWL S | Communicated with counsel for Belkin regarding judgment; communicated with client regarding same. | 0.20 |
|---|---|---|---|
| 11/13/2017 | FOWL S | Communicated with counsel for Synnex regarding settlement and pretrial conference (.2); communicated with counsel for the Committee regarding same (.2). | 0.40 |
| 11/13/2017 | FOWL S | Attended to service of complaint and summons against RAC. | 0.20 |
| 11/13/2017 | HOKA J | Responded to inquiry regarding status of substitution of counsel in Lindblom matter. | 0.20 |
| 11/13/2017 | HOKA J | Responded to counsel's inquiry regarding Synnex litigation (.4), and made inquiry of Committee regarding status of preference claim (.2). | 0.60 |
| 11/14/2017 | FOWL S | Attended Synnex pretrial conference. | 1.20 |
| 11/14/2017 | FOWL S | Prepared for Synnex pretrial conference. | 0.50 |
| 11/14/2017 | HOKA J | Prepared and circulated proposed Order on Electrolux's Motion for extension of deadline for its response to Wells' MSJ. | 1.60 |
| 11/14/2017 | HOKA J | Forwarded inquiry regarding accounting for Electrolux escrow. | 0.20 |
| 11/14/2017 | ARCE A | Worked on proposed order. | 0.20 |
| 11/15/2017 | FOWL S | Drafted motion to approve settlement agreement with Synchrony. | 1.30 |
| 11/15/2017 | FOWL S | Communicated with client regarding status conference in Stein litigation. | 0.20 |
| 11/15/2017 | HOKA J | Finalized and circulated proposed Order on Elux's motion for extension of time. | 0.80 |
| 11/15/2017 | ARCE A | Read and analyzed Electrolux's brief in response to Wells Fargo's motion for summary judgment and affidavit. | 1.30 |
| 11/16/2017 | FOWL S | Communicated with Ogletree regarding status conference in Stein litigation. | 0.30 |
| 11/16/2017 | FOWL S | Communicated with counsel for Warrantech regarding production of documents; communicated with client regarding same. | 0.30 |
| 11/16/2017 | FOWL S | Communicated with client regarding strategy for Stein litigation. | 0.40 |
| 11/16/2017 | HOKA J | Exchanged emails regarding status of W'pool claims and litigation. | 0.80 |
| 11/16/2017 | HOKA J | Revised Order on Elux's motion to extend SJ deadline per comments of Elux's counsel, and communicated with Court's staff. | 0.60 |
| 11/17/2017 | POWE V | Reviewed and revised pro hac pleadings for District Court case. | 0.30 |
| 11/17/2017 | ROUS M | Conference call regarding Warrantech claims and discovery. | 0.50 |
| 11/17/2017 | FOWL S | Communicated with counsel for Synnex regarding settlement (.3); communicated with client regarding same (.1). | 0.40 |

Litigation
Our Matter No. 60605.0014

Invoice No. 1496926
December 9, 2017

| 11/17/2017 | FOWL S | Drafted notice of stay and notice of order regarding stay for Stein litigation in 6th Circuit; communicated with Ogletree regarding same. | 0.60 |
|---|---|---|---|
| 11/17/2017 | FOWL S | Communicated with counsel for Warrantech regarding documents responsive to subpoena. | 0.50 |
| 11/17/2017 | ARCE A | Received and read order. | 0.20 |
| 11/20/2017 | HOKA J | Reviewed and forwarded, and exchanged emails with co-counsel regarding, Elux's counsel's email regarding alleged duplicative litigation. | 0.50 |
| 11/20/2017 | HOKA J | Circulated adverse counsel's message regarding status of settlement efforts and intended litigation steps, and responded to Company officer's direction. | 0.60 |
| 11/20/2017 | ARCE A | Attention to numerous complaints and prospective withdrawal of the reference. | 0.80 |
| 11/21/2017 | POWE V | Attention to pro hac and appearance filings in Stein v. hhgregg district court matter. | 0.10 |
| 11/21/2017 | ARCE A | Attention to multiple complaints an other filings. | 0.40 |
| 11/27/2017 | FOWL S | Communicated with ASK regarding adversaries against Electrolux and Whirlpool. | 0.50 |
| 11/27/2017 | HOKA J | Participate in call with Debtor/Committee-side professionals regarding status of preference matters. | 0.50 |
| 11/28/2017 | FOWL S | Communicated with counsel for Onward regarding settlement; communicated with client regarding same. | 0.30 |
| 11/28/2017 | FOWL S | Attended to Vantiv pretrial order. | 0.20 |
| 11/28/2017 | HOKA J | Responded to inquiry regarding Elux demand regarding second avoidance action. | 0.30 |
| 11/29/2017 | FOWL S | Communicated with client regarding Vantiv. | 0.20 |
| 11/29/2017 | FOWL S | Communicated with counsel for Vantiv regarding settlement. | 0.30 |
| 11/29/2017 | HOKA J | Responded to GACP's counsel's inquiry regarding timing for Court's ruling on SJ motions. | 0.20 |
| 11/30/2017 | HOKA J | Exchanged emails regarding avoidance action against Zurich, et al. | 0.20 |
| 11/30/2017 | ARCE A | Attention to stay of proceedings and related communications. | 0.20 |

**Total Professional Services**                                                                          **$21,919.95**

**Total Invoice Balance Due**                                                                          $21,919.95

Litigation
Our Matter No. 60605.0014

Invoice No. 1496926
December 9, 2017

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 07/20/17 | 1476601 | $3,801.60 | $0.00 | $3,801.60 |
| 08/09/17 | 1480343 | $7,128.00 | $0.00 | $7,128.00 |
| 09/09/17 | 1483578 | $18,208.80 | $0.00 | $18,208.80 |
| 10/06/17 | 1486943 | $12,335.85 | $0.00 | $12,335.85 |
| 11/23/17 | 1494434 | $29,465.10 | $0.00 | $29,465.10 |
| 12/09/17 | 1496926 | $21,919.95 | $0.00 | $21,919.95 |
| | | | **Total Balance Due** | **$92,859.30** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $51,385.05 | $0.00 | $12,335.85 | $18,208.80 | $10,929.60 | $92,859.30 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com

ELECTRONIC



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Invoice No. 1496926
December 9, 2017

Re: Litigation
Our Matter No. 60605.0014

## INVOICE SUMMARY

For Services rendered through November 30, 2017

| | |
|---|---|
| Professional Services | $21,919.95 |
| **Total Current Invoice** | **$21,919.95** |
| Previous Balance Due | $70,939.35 |
| Total Balance Due | $92,859.30 |

### Payment Options

Online Payments:
**ClientPay**



Wire/ACH Instructions:
Huntington Bank
ABA for ACH      074000078
ABA for Wire      044000024
Account No.      01401048453
Swift Code:      HUNTUS33
Please Reference **Invoice No. 1496926**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1496926**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357





**IceMiller**
LEGAL COUNSEL

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1496927
December 9, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Meetings and Communications with Creditors
       Our Matter No. 60605.0015

## INVOICE SUMMARY

For Services rendered through November 30, 2017

| | |
|---|---|
| Professional Services | $652.05 |
| **Total Current Invoice** | **$652.05** |
| Previous Balance Due | $12,009.60 |
| Total Balance Due | $12,661.65 |

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence you have placed in us.  Please call if we can be of further assistance.



Meetings and Communications with Creditors
Our Matter No. 60605.0015

Invoice No. 1496927
December 9, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 11/02/2017 | JORI W | Reviewed communications with creditor Mohawk Finishing Products in order to gather additional information to respond to inquiry. | 0.10 |
| 11/07/2017 | JORI W | Reviewed bankruptcy schedules and responded to creditor Mohawk Finishing Products regarding their claim. | 0.60 |
| 11/14/2017 | JORI W | Received and reviewed correspondence from creditor and reviewed schedules to gather information to respond (.5); prepared and sent correspondence to creditor regarding status and instructions for filing proof of claim in response to inquiries (.7). | 1.20 |
| 11/28/2017 | JORI W | Received and reviewed return mail from creditor and determined handling. | 0.20 |
| **Total Professional Services** | | | **$652.05** |

**Total Invoice Balance Due**                                                                $652.05

### OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 07/20/17 | 1476602 | $1,273.05 | $0.00 | $1,273.05 |
| 08/09/17 | 1480344 | $8,625.15 | $0.00 | $8,625.15 |
| 09/09/17 | 1483579 | $1,769.85 | $0.00 | $1,769.85 |
| 10/06/17 | 1486944 | $124.20 | $0.00 | $124.20 |
| 11/23/17 | 1494435 | $217.35 | $0.00 | $217.35 |
| 12/09/17 | 1496927 | $652.05 | $0.00 | $652.05 |
| | | **Total Balance Due** | | **$12,661.65** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $869.40 | $0.00 | $124.20 | $1,769.85 | $9,898.20 | $12,661.65 |

Meetings and Communications with Creditors
Our Matter No. 60605.0015

Invoice No. 1496927
December 9, 2017

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com





One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Invoice No. 1496927
December 9, 2017

Re:  Meetings and Communications with Creditors
     Our Matter No. 60605.0015

## INVOICE SUMMARY

For Services rendered through November 30, 2017

| | |
|---|---|
| Professional Services | $652.05 |
| **Total Current Invoice** | **$652.05** |
| Previous Balance Due | $12,009.60 |
| Total Balance Due | $12,661.65 |

### Payment Options

**Online Payments:**
**ClientPay**
ClientPay®

Wire/ACH Instructions:
Huntington Bank
ABA for ACH     074000078
ABA for Wire    044000024
Account No.     01401048453
Swift Code:     HUNTUS33
Please Reference **Invoice No. 1496927**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1496927**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357





One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1496928
December 9, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Relief from Stay and Adequate Protection
       Our Matter No. 60605.0019

## INVOICE SUMMARY

For Services rendered through November 30, 2017

| | |
|---|---|
| Professional Services | $919.35 |
| **Total Current Invoice** | **$919.35** |
| | |
| Previous Balance Due | $27,747.90 |
| Total Balance Due | $28,667.25 |

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence
you have placed in us.  Please call if we can be of further assistance.



Relief from Stay and Adequate Protection

Invoice No. 1496928

Our Matter No. 60605.0019

December 9, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 11/06/2017 | HOKA J | Reviewed and advised regarding responses to Blevin's stay motion. | 0.60 |
| 11/09/2017 | HOKA J | Exchanged emails with Gemmel's counsel regarding status of Stay Motion. | 0.30 |
| 11/15/2017 | FOWL S | Reviewed Blevins motion for relief from stay (.3); communicated with counsel for Blevins regarding same (.2). | 0.50 |
| 11/16/2017 | FOWL S | Reviewed proposed order on Blevins relief from stay motion (.3); communicated with counsel for Blevins regarding same (.2). | 0.50 |
| 11/20/2017 | FOWL S | Communicated with counsel for Blevins regarding order on motion for relief from stay. | 0.30 |

| **Total Professional Services** | **$919.35** |
|------|------|

| **Total Invoice Balance Due** | $919.35 |
|------|------|

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 07/20/17 | 1476604 | $835.65 | $0.00 | $835.65 |
| 08/09/17 | 1480345 | $5,694.30 | $0.00 | $5,694.30 |
| 09/09/17 | 1483580 | $14,628.15 | $0.00 | $14,628.15 |
| 10/06/17 | 1486945 | $4,423.95 | $0.00 | $4,423.95 |
| 11/23/17 | 1494436 | $2,165.85 | $0.00 | $2,165.85 |
| 12/09/17 | 1496928 | $919.35 | $0.00 | $919.35 |

| | **Total Balance Due** | **$28,667.25** |
|------|------|------|

## AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $3,085.20 | $0.00 | $4,423.95 | $14,628.15 | $6,529.95 | $28,667.25 |

Relief from Stay and Adequate Protection
Our Matter No. 60605.0019

Invoice No. 1496928
December 9, 2017

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com





One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                          Invoice No. 1496928
Debtor-In-Possesion                                             December 9, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Relief from Stay and Adequate Protection
       Our Matter No. 60605.0019

## INVOICE SUMMARY

For Services rendered through November 30, 2017

Professional Services                                               $919.35

**Total Current Invoice**                                          **$919.35**

Previous Balance Due                                             $27,747.90

Total Balance Due                                               $28,667.25

### Payment Options

| Online Payments: | Wire/ACH Instructions: |
|---|---|
| **ClientPay** | Huntington Bank |
| | ABA for ACH    074000078 |
| | ABA for Wire   044000024 |
| | Account No.    01401048453 |
| | Swift Code:    HUNTUS33 |
| | Please Reference **Invoice No. 1496928** |

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1496928**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357





One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1496929
December 9, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Cost and Expenses
        Our Matter No. 60605.0023

## INVOICE SUMMARY

For Services rendered through November 30, 2017

| | |
|---|---|
| Disbursements | $4,920.32 |
| **Total Current Invoice** | **$4,920.32** |
| Previous Balance Due | $12,174.08 |
| Total Balance Due | $17,094.40 |

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence
you have placed in us.  Please call if we can be of further assistance.



Cost and Expenses
Our Matter No. 60605.0023

Invoice No. 1496929
December 9, 2017

## COSTS ADVANCED

| Description | Amount |
| --- | ---: |
| Color Photocopies | $8.00 |
| Photocopies | $2.40 |
| Courier Expense | $6.95 |
| Color Photocopies | $2,688.00 |
| Postage Expense | $712.30 |
| Photocopies | $390.60 |
| Filing fees for Motion to Admit Sarah Fowler to Practice Before the Court Pro Hac Vice | $200.00 |
| Filing fee for Adversary Complaint against Rent-A-Cen | $350.00 |
| Hokanson (HH Gregg Hearing Prep) | $111.07 |
| Cost to obtain a Certificate of Good Standing to appear pro hac vice in Stein v. hhgregg in Southern District of Ohio | $3.00 |
| Electronic Data Discovery Services: processing/ database creation/ data manipulation/analyst Session 0001 on 60605_0014 CDVOL  IM01 | $250.00 |
| Legal Research Expense - WESTLAW - WESTLAW 60605.0023.06129 | $198.00 |
| **Total Cost Advanced** | **$4,920.32** |

| | |
| --- | ---: |
| **Total Invoice Balance Due** | $4,920.32 |

Cost and Expenses
Our Matter No. 60605.0023

Invoice No. 1496929
December 9, 2017

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 07/20/17 | 1476606 | $3,957.57 | $0.00 | $3,957.57 |
| 08/09/17 | 1480347 | $2,683.73 | $0.00 | $2,683.73 |
| 09/09/17 | 1483582 | $3,166.99 | $0.00 | $3,166.99 |
| 10/06/17 | 1486947 | $586.45 | $0.00 | $586.45 |
| 11/23/17 | 1494438 | $1,779.34 | $0.00 | $1,779.34 |
| 12/09/17 | 1496929 | $4,920.32 | $0.00 | $4,920.32 |
| | | | **Total Balance Due** | **$17,094.40** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|------------|------------|-------------|------------|-------|
| $6,699.66 | $0.00 | $586.45 | $3,166.99 | $6,641.30 | $17,094.40 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com





**LEGAL COUNSEL**

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Invoice No. 1496929
December 9, 2017

Re:    Cost and Expenses
       Our Matter No. 60605.0023

## INVOICE SUMMARY

For Services rendered through November 30, 2017

| | |
|---|---|
| Disbursements | $4,920.32 |
| **Total Current Invoice** | **$4,920.32** |
| Previous Balance Due | $12,174.08 |
| Total Balance Due | $17,094.40 |

### Payment Options

Online Payments:
**ClientPay**

Wire/ACH Instructions:
Huntington Bank
ABA for ACH    074000078
ABA for Wire    044000024
Account No.    01401048453
Swift Code:    HUNTUS33
Please Reference **Invoice No. 1496929**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1496929**

Questions or concerns, please email **payice@icemiller.com**

---

Payment Terms: Net 30
Tax ID: 35-0874357