## EXHIBIT A

## Ice Miller Invoices – Third Interim



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1486934
October 6, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Asset Analysis and Recovery
        Our Matter No. 60605.0001

## INVOICE SUMMARY

For Services rendered through September 30, 2017

| | |
|---|---|
| Professional Services | $3,653.10 |
| **Total Current Invoice** | **$3,653.10** |
| | |
| Previous Balance Due | $96,301.80 |
| Total Balance Due | $99,954.90 |



Bonds help build communities. Our client-focused work touches all aspects of your life. Our focus is you and the community you support.

Asset Analysis and Recovery
Our Matter No. 60605.0001

Invoice No. 1486934
October 6, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 09/05/2017 | HOKA J | Responded to inquiry from The Principal regarding timing for Court approval, and client's inquiry of The Principal regarding timing for payment. | 0.30 |
| 09/06/2017 | HOKA J | Reviewed and forwarded email from Cablecar Capital regarding interest in additional class action assets. | 0.20 |
| 09/06/2017 | HOKA J | Prompted J. Browne at Nikon for response to vendor credit demands. | 0.10 |
| 09/07/2017 | HOKA J | Exchanged emails with Committee counsel regarding status of split settlements. | 0.50 |
| 09/08/2017 | HOKA J | Exchanged emails with vendor's counsel regarding Debtors' claims, and request for compliance with informal discovery requests. | 0.50 |
| 09/08/2017 | HOKA J | Exchanged emails with Principal officers regarding status of NWDC Plan settlement. | 0.20 |
| 09/08/2017 | HOKA J | Reviewed and forwarded to Debtors' corporate counsel the Insured Persons' Stay Motion and proposed objection thereto (.4); exchanged emails with constituents regarding comments to proposed objection (.4). | 0.80 |
| 09/11/2017 | HOKA J | Exchanged emails regarding timing for receipt of Rabbi Trust funds. | 0.30 |
| 09/12/2017 | HOKA J | Circulated signed stipulation with Principal (.2), and exchanged emails with Principal's officer regarding valuation of accounts (.2). | 0.40 |
| 09/13/2017 | HOKA J | Exchanged emails with GE's counsel regarding admin claim. | 0.20 |
| 09/14/2017 | HOKA J | Provided update regarding claims vs. Vantiv. | 0.40 |
| 09/14/2017 | HOKA J | Continued exchanges regarding GE's administrative claim. | 0.40 |
| 09/18/2017 | HOKA J | Confirmed receipt of Principal settlement funds. | 0.20 |
| 09/19/2017 | HOKA J | Spoke with Nikon's in-house counsel regarding vendor credit claim. | 0.30 |
| 09/21/2017 | HOKA J | Provided update to Committee respecting vendor credit claims. | 0.50 |
| 09/25/2017 | HOKA J | Provided update regarding status of remaining recoveries. | 0.50 |
| 09/27/2017 | HOKA J | Exchanged emails regarding Tech Data's delinquent settlement payment. | 0.20 |
| 09/28/2017 | HOKA J | Spoke and exchanged emails with Sheriff Johnson regarding restitution obligation payable to HHG. | 0.30 |
| 09/29/2017 | HOKA J | Prompted vendor for remaining settlement payment, and provided client options should default occur. | 0.30 |

Asset Analysis and Recovery
Our Matter No. 60605.0001

Invoice No. 1486934
October 6, 2017

**Total Professional Services**          **$3,653.10**

**Total Invoice Balance Due**      $3,653.10

### OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 07/20/17 | 1476590 | $30,393.45 | $0.00 | $30,393.45 |
| 08/09/17 | 1480333 | $32,545.35 | $0.00 | $32,545.35 |
| 09/09/17 | 1483567 | $33,363.00 | $0.00 | $33,363.00 |
| 10/06/17 | 1486934 | $3,653.10 | $0.00 | $3,653.10 |
| | | | **Total Balance Due** | **$99,954.90** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $37,016.10 | $32,545.35 | $30,393.45 | $0.00 | $0.00 | $99,954.90 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



**LEGAL COUNSEL**

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                    Invoice No. 1486934
Debtor-In-Possesion                                                         October 6, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Asset Analysis and Recovery
       Our Matter No. 60605.0001

## INVOICE SUMMARY

For Services rendered through September 30, 2017

Professional Services                                                        $3,653.10

**Total Current Invoice**                                                    **$3,653.10**

Previous Balance Due                                                        $96,301.80

Total Balance Due                                                          $99,954.90

### Payment Options

Online Payments:                        Wire/ACH Instructions:
**ClientPay**                           Huntington Bank
                                        ABA for ACH    074000078
                                        ABA for Wire   044000024
                                        Account No.    01401048453
                                        Swift Code:    HUNTUS33
                                        Please Reference **Invoice No. 1486934**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1486934**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1486935
October 6, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:      Asset Disposition
         Our Matter No. 60605.0002

## INVOICE SUMMARY

For Services rendered through September 30, 2017

| | |
|---|---|
| Professional Services | $12,344.40 |
| **Total Current Invoice** | **$12,344.40** |
| Previous Balance Due | $74,982.60 |
| Total Balance Due | $87,327.00 |



Bonds help build communities. Our client-focused work touches all aspects of your life. Our focus is you and the community you support.

Asset Disposition

Our Matter No. 60605.0002

Invoice No. 1486935

October 6, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 09/05/2017 | HOKA J | Began preparation of Auction Rules/script (1.4); spoke with bidder's counsel (.2) and exchanged emails with constituents' counsel regarding vacated auction (.5); drafted and circulated Sale Order (1.8), and exchanged emails with Committee counsel regarding terms (.2); sent email to bidder's counsel regarding status as back up bidder (.2). | 4.30 |
| 09/06/2017 | HOKA J | Revised and received comments respecting form of Sale Order for Class Action Asset Sale (1.4); finalized Order and "clean" APA for Clearmeadow's review and signature (.8); exchanged emails with PRA's counsel regarding status as Back-Up Biller (.2). | 2.40 |
| 09/07/2017 | HOKA J | Finalize Peterson's Declaration and bidders' Affidavits, and revised Class Action Sale Order, and circulate for comment and approval (1.2); finalized per comments of Committee counsel (.4), and circulated amongst signatories (.6). | 2.20 |
| 09/08/2017 | FOWL S | Finalized affidavit in support of motion to sell class action assets. | 0.40 |
| 09/08/2017 | ALVA M | Drafted Termination and Release of Security Interest in Trademarks. | 0.30 |
| 09/08/2017 | HOKA J | Assisted with compilation of final sale documents, drafted filing cover sheets for affidavits, and finalized Sale Order regarding Class Action Assets. | 1.50 |
| 09/11/2017 | HOKA J | Sent update to counsel to Back-Up Bidder. | 0.20 |
| 09/11/2017 | HOKA J | Sent Sale Order to purchaser and APA to all parties for signature, with directions for closing. | 0.50 |
| 09/11/2017 | HOKA J | Forwarded Court staff's update regarding Class Action Sale Order; | 0.20 |
| 09/12/2017 | HOKA J | Finalized and forwarded proposed sale closing documents to Clearmeadow's officer and counsel. | 2.00 |
| 09/12/2017 | HOKA J | Prepared and circulated Assignment and Notice of Assignment for Class Action assets. | 2.20 |
| 09/13/2017 | HOKA J | Finalize and circulate for signature all assignment documents for Class Action asset sale. | 2.40 |
| 09/13/2017 | HOKA J | Responded to Clearmeadow's inquiry regarding payment for Class Action assets. | 0.20 |
| 09/13/2017 | HOKA J | Reviewed and forwarded Clearmeadow's requests for additional information as part of closing. | 0.50 |
| 09/14/2017 | HOKA J | Circulated to Clearmeadow fully-executed sale documents and finalized closing. | 0.80 |

Asset Disposition                                                                        Invoice No. 1486935
Our Matter No. 60605.0002                                                                October 6, 2017

| 09/19/2017 | HOKA J | Spoke with client officers regarding post-closing issues respecting Class Action assets. | 0.30 |
| 09/20/2017 | HOKA J | Sent email to Wells' counsel regarding release of perfections filings on sold IP assets. | 0.50 |
| 09/26/2017 | FOWL S | Communicated with client regarding inventory held by Demar Logistics. | 0.20 |
| 09/26/2017 | FOWL S | Communicated with lenders regarding release of liens on intellectual property. | 0.30 |
| 09/26/2017 | HOKA J | Provide outline for discussions respecting disbursement of funds from Class Action recoveries. | 0.80 |
| 09/26/2017 | HOKA J | Responded to Valor's inquiry regarding the status of lien releases. | 0.20 |
| 09/28/2017 | HOKA J | Further responded to Valor regarding release of Wells' liens on purchased IP, and exchanged emails with Wells' counsel regarding same. | 0.40 |

**Total Professional Services**                                                                **$12,344.40**

**Total Invoice Balance Due**                                                                  $12,344.40

### OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 07/20/17 | 1476591 | $31,951.80 | $0.00 | $31,951.80 |
| 08/09/17 | 1480334 | $28,589.85 | $0.00 | $28,589.85 |
| 09/09/17 | 1483568 | $14,440.95 | $0.00 | $14,440.95 |
| 10/06/17 | 1486935 | $12,344.40 | $0.00 | $12,344.40 |

|  |  |  | **Total Balance Due** | **$87,327.00** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $26,785.35 | $28,589.85 | $31,951.80 | $0.00 | $0.00 | $87,327.00 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Asset Disposition                                                                           Invoice No. 1486935
Our Matter No. 60605.0002                                                                    October 6, 2017

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com


**LEGAL COUNSEL**

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Invoice No. 1486935
October 6, 2017

Re:   Asset Disposition
      Our Matter No. 60605.0002

## INVOICE SUMMARY

For Services rendered through September 30, 2017

| | |
|---|---|
| Professional Services | $12,344.40 |
| **Total Current Invoice** | **$12,344.40** |
| Previous Balance Due | $74,982.60 |
| Total Balance Due | $87,327.00 |

### Payment Options

Online Payments:
**ClientPay**
ClientPay®

Wire/ACH Instructions:
Huntington Bank
ABA for ACH    074000078
ABA for Wire   044000024
Account No.    01401048453
Swift Code:    HUNTUS33
Please Reference **Invoice No. 1486935**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1486935**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1486936
October 6, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:      Assumption and Rejection of Leases and Contracts
            Our Matter No. 60605.0003

### INVOICE SUMMARY

For Services rendered through September 30, 2017

| | |
|---|---|
| Professional Services | $803.25 |
| **Total Current Invoice** | **$803.25** |
| Previous Balance Due | $35,301.15 |
| Total Balance Due | $36,104.40 |



Bonds help build communities. Our client-focused work touches all aspects of your life. Our focus is you and the community you support.

Assumption and Rejection of Leases and Contracts
Our Matter No. 60605.0003

Invoice No. 1486936
October 6, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 09/21/2017 | FOWL S | Drafted notice of contract rejection (.5); communicated with client regarding same (.2). | 0.70 |
| 09/26/2017 | FOWL S | Drafted notice of rejection of additional contracts (.5); communicated with client regarding same (.1). | 0.60 |
| 09/26/2017 | FOWL S | Communicated with client regarding rejection of Oracle contract (.1); communicated with counsel for Oracle regarding same (.2). | 0.30 |
| 09/26/2017 | FOWL S | Communicated with counsel for Trintech regarding termination of contract. | 0.10 |
| 09/26/2017 | JORI W | Reviewed recent rejection notice and prepared and submitted certificate of service of same on contract counterparties. | 0.50 |
| 09/27/2017 | FOWL S | Communicated with counsel for Oracle regarding contract rejection (.2); communicated with client regarding same (.1). | 0.30 |
| **Total Professional Services** | | | **$803.25** |

**Total Invoice Balance Due**                                                      $803.25

### OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 07/20/17 | 1476592 | $21,415.05 | $0.00 | $21,415.05 |
| 08/09/17 | 1480335 | $9,171.90 | $0.00 | $9,171.90 |
| 09/09/17 | 1483569 | $4,714.20 | $0.00 | $4,714.20 |
| 10/06/17 | 1486936 | $803.25 | $0.00 | $803.25 |
| | | | **Total Balance Due** | **$36,104.40** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|------------|------------|-------------|------------|-------|
| $5,517.45 | $9,171.90 | $21,415.05 | $0.00 | $0.00 | $36,104.40 |

Assumption and Rejection of Leases and Contracts
Our Matter No. 60605.0003

Invoice No. 1486936
October 6, 2017

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                                    Invoice No. 1486936
Debtor-In-Possesion                                                                       October 6, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Assumption and Rejection of Leases and Contracts
        Our Matter No. 60605.0003

## INVOICE SUMMARY

For Services rendered through September 30, 2017

Professional Services                                                                    $803.25

**Total Current Invoice**                                                                **$803.25**

Previous Balance Due                                                                      $35,301.15

Total Balance Due                                                                        $36,104.40

### Payment Options

Online Payments:                        Wire/ACH Instructions:
**ClientPay**                           Huntington Bank
ClientPay                               ABA for ACH    074000078
                                        ABA for Wire   044000024
                                        Account No.    01401048453
                                        Swift Code:    HUNTUS33
                                        Please Reference **Invoice No. 1486936**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1486936**

Questions or concerns, please email **payice@icemiller.com**

---

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1486937
October 6, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Budgeting (Case)
        Our Matter No. 60605.0005

## INVOICE SUMMARY

For Services rendered through September 30, 2017

| | |
|---|---|
| Professional Services | $1,134.00 |
| **Total Current Invoice** | **$1,134.00** |
| Previous Balance Due | $3,542.40 |
| Total Balance Due | $4,676.40 |



Bonds help build communities. Our client-focused work touches all aspects of your life. Our focus is you and the community you support.

Budgeting (Case)                                                        Invoice No. 1486937
Our Matter No. 60605.0005                                               October 6, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 09/07/2017 | JORI W | Gathered information to assist with preparation of budget for pending tasks. | 0.60 |
| 09/07/2017 | HOKA J | Exchanged emails amongst Case Professionals regarding application of pending fees to carve-outs and budgets for 4Q and beyond (.8); sent internal messages regarding IM's budget projections for balance of case (.8). | 1.60 |
| 09/19/2017 | JORI W | Reviewed emails regarding projected fees for fourth quarter and updated estimates. | 0.20 |
| **Total Professional Services** | | | **$1,134.00** |

**Total Invoice Balance Due**                                              $1,134.00

### OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 07/20/17 | 1476593 | $3,099.60 | $0.00 | $3,099.60 |
| 09/09/17 | 1483570 | $442.80 | $0.00 | $442.80 |
| 10/06/17 | 1486937 | $1,134.00 | $0.00 | $1,134.00 |
| | | | **Total Balance Due** | **$4,676.40** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $1,576.80 | $0.00 | $3,099.60 | $0.00 | $0.00 | $4,676.40 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries, please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



**LEGAL COUNSEL**

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                        Invoice No. 1486937
Debtor-In-Possesion                                                          October 6, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Budgeting (Case)
       Our Matter No. 60605.0005

## INVOICE SUMMARY

For Services rendered through September 30, 2017

Professional Services                                                        $1,134.00

**Total Current Invoice**                                                    **$1,134.00**

Previous Balance Due                                                         $3,542.40

Total Balance Due                                                            $4,676.40

### Payment Options

Online Payments:                    Wire/ACH Instructions:
**ClientPay**                       Huntington Bank
**ClientPay®**                      ABA for ACH      074000078
                                    ABA for Wire     044000024
                                    Account No.      01401048453
                                    Swift Code:      HUNTUS33
                                    Please Reference **Invoice No. 1486937**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1486937**

Questions or concerns, please email **payice@icemiller.com**

---

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1486938
October 6, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Business Operations
        Our Matter No. 60605.0006

## INVOICE SUMMARY

For Services rendered through September 30, 2017

| | |
|---|---|
| Professional Services | $2,690.55 |
| **Total Current Invoice** | **$2,690.55** |
| Previous Balance Due | $29,368.80 |
| Total Balance Due | $32,059.35 |



Bonds help build communities. Our client-focused work touches all aspects of your life. Our focus is you and the community you support.

Business Operations
Our Matter No. 60605.0006

Invoice No. 1486938
October 6, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 09/05/2017 | PISA M | Telephone call with Alice Morical at Hoover, Hull and Turner regarding withdraw from Illinois litigation. | 0.30 |
| 09/06/2017 | PISA M | Prepare correspdoence regarding withdraw of counsel in cook county litigation. | 0.40 |
| 09/06/2017 | HOKA J | Provided updates from Court proceedings to various factions interested in differing issues. | 0.80 |
| 09/08/2017 | HOKA J | Responded to inquiry regarding non-party discovery requests pending against Debtors. | 0.20 |
| 09/08/2017 | HOKA J | Exchanged emails with Warrantech's counsel regarding Debtors' consent to W'tech's use of 1-800 service telephone number, and reviewed and revised written consent form. | 1.00 |
| 09/11/2017 | HOKA J | Finalized and forwarded Debtors' consent to CenturyLink's license to Warrantech for toll free number. | 0.20 |
| 09/12/2017 | JORI W | Reviewed and submitted BRG's August notice of draw with the court and reported to BRG regarding same. | 0.30 |
| 09/12/2017 | JORI W | Reviewed, prepared for filing and submitted August 2017 monthly operating reports to the court for all three entities. | 0.80 |
| 09/12/2017 | HOKA J | Exchanged emails between former employee and officers of Principal regarding access to retirement account. | 0.50 |
| 09/13/2017 | HOKA J | Circulated request for consent to payment of various vendors. | 0.20 |
| 09/19/2017 | HOKA J | Exchanged emails regarding status of Anthem payments. | 0.20 |
| 09/25/2017 | HOKA J | Spoke with J. Mamorsky regarding third-party discovery requests to HHG relative to Whirlpool Litigation. | 0.20 |
| 09/26/2017 | HOKA J | Reviewed and forwarded third-party discovery requests relative to Whirlpool Litigation. | 0.30 |
| 09/27/2017 | HOKA J | Exchanged emails regarding status of Home Meridian's 2004 Motion and discussions with Ryder. | 0.20 |

| **Total Professional Services** | **$2,690.55** |
|---|---|

**Total Invoice Balance Due**        $2,690.55

Business Operations
Our Matter No. 60605.0006

Invoice No. 1486938
October 6, 2017

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 07/20/17 | 1476594 | $11,191.05 | $0.00 | $11,191.05 |
| 08/09/17 | 1480336 | $14,388.30 | $0.00 | $14,388.30 |
| 09/09/17 | 1483571 | $3,789.45 | $0.00 | $3,789.45 |
| 10/06/17 | 1486938 | $2,690.55 | $0.00 | $2,690.55 |
| | | | **Total Balance Due** | **$32,059.35** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---|---|---|---|---|---|
| $6,480.00 | $14,388.30 | $11,191.05 | $0.00 | $0.00 | $32,059.35 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Invoice No. 1486938
October 6, 2017

Re:  Business Operations
     Our Matter No. 60605.0006

## INVOICE SUMMARY

For Services rendered through September 30, 2017

| | |
|---|---:|
| Professional Services | $2,690.55 |
| **Total Current Invoice** | **$2,690.55** |
| Previous Balance Due | $29,368.80 |
| Total Balance Due | $32,059.35 |

### Payment Options

Online Payments:
**ClientPay**
ClientPay®

Wire/ACH Instructions:
Huntington Bank
ABA for ACH    074000078
ABA for Wire    044000024
Account No.    01401048453
Swift Code:    HUNTUS33
Please Reference **Invoice No. 1486938**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1486938**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357

REMITTANCE



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1486939
October 6, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Claims Administration and Objections
       Our Matter No. 60605.0008

## INVOICE SUMMARY

For Services rendered through September 30, 2017

| | |
|---|---|
| Professional Services | $14,593.50 |
| **Total Current Invoice** | **$14,593.50** |
| | |
| Previous Balance Due | $16,620.75 |
| Total Balance Due | $31,214.25 |



Bonds help build communities. Our client-focused work touches all aspects of your life. Our focus is you and the community you support.

Claims Administration and Objections
Our Matter No. 60605.0008

Invoice No. 1486939
October 6, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 09/01/2017 | HOKA J | Exchanged emails between GE's counsel and client officers regarding GE's admin claim. | 0.50 |
| 09/05/2017 | FOWL S | Communicated with client and counsel for Signifyd regarding admin claim and motion for relief from stay. | 0.40 |
| 09/05/2017 | FOWL S | Updated chart regarding status of administrative claims. | 0.60 |
| 09/05/2017 | HOKA J | Reviewed email traffic regarding liquidation of Signifyed admin claim. | 0.30 |
| 09/05/2017 | HOKA J | Spoke with Synchrony's counsel regarding status of response to request for information relative to admin claims. | 0.20 |
| 09/05/2017 | HOKA J | Exchanged emails regarding settlement of Sygnified's admin claim. | 0.20 |
| 09/05/2017 | HOKA J | Discussed internally and spoke with Ryder's counsel and sent confirming email respecting discovery of confidential documents. | 0.40 |
| 09/06/2017 | FOWL S | Communicated with client and counsel for Signifyd regarding admin claim and motion for relief from stay. | 0.20 |
| 09/06/2017 | HOKA J | Internally discussed status of settlement of Sygnified admin claim, and spoke with adverse counsel regarding same. | 0.40 |
| 09/07/2017 | FOWL S | Communicated with counsel for Highbook and Fordbook regarding admin claim. | 0.20 |
| 09/07/2017 | HOKA J | Propose response to administrative claimant's request for details respecting Debtors' sources and uses of cash going forward. | 0.80 |
| 09/08/2017 | HOKA J | Responded to inquiry of Hilco regarding protocol for allowance of claims of contract liquidators. | 0.50 |
| 09/08/2017 | HOKA J | Exchanged emails with ASK lawyers regarding preference demands made upon administrative claimants. | 0.40 |
| 09/11/2017 | FOWL S | Legal analysis of mechanic's liens obligations in bankruptcy. | 2.80 |
| 09/12/2017 | FOWL S | Communicated with client regarding Fordbook and Highbook admin expenses. | 0.20 |
| 09/12/2017 | FOWL S | Communicated with counsel for Signifyd regarding admin expense and motion for relief from stay. | 0.30 |
| 09/12/2017 | FOWL S | Revised settlement agreement with Torrence regarding mechanic's lien issue (.9); communicated with counsel for Torrence and the Committee regarding same (.2). | 1.10 |

Claims Administration and Objections
Our Matter No. 60605.0008

Invoice No. 1486939
October 6, 2017

| | | | |
|---|---|---|---|
| 09/12/2017 | FOWL S | Revised proposed order on Hart administrative claim (.3); communicated with counsel for Hart regarding same (.2). | 0.50 |
| 09/12/2017 | FOWL S | Continued legal analysis of treatment of mechanic's lien claims. | 2.20 |
| 09/13/2017 | FOWL S | Communicated with counsel for Fordbook and Highbook regarding administrative expenses. | 0.20 |
| 09/13/2017 | HOKA J | Conferred with lead counsel regarding payment of liquidators' fees and expenses, and Lenders' treatment of Case Professionals' fees generally (1.0), and shared information with other Case Professionals (.3). | 1.30 |
| 09/14/2017 | FOWL S | Communicated with counsel for admin expense claimant regarding claim. | 0.30 |
| 09/14/2017 | HOKA J | Responded to inquiry of counsel to a landlord regarding timing for payment of administrative claim. | 0.40 |
| 09/14/2017 | HOKA J | Exchanged emails with Committee counsel regarding AS/P claimants. | 0.50 |
| 09/18/2017 | FOWL S | Drafted agreed order on administrative expense claim of Berg-Mooresville. | 0.60 |
| 09/18/2017 | FOWL S | Communicated with counsel for Berg-Mooresville regarding administrative expense claim. | 0.20 |
| 09/18/2017 | HOKA J | Exchanged emails with lead counsel and BRG regarding landlord stub rent claims. | 0.50 |
| 09/18/2017 | HOKA J | Reviewed Ocala's administrative claim. | 0.20 |
| 09/19/2017 | FOWL S | Communicated with counsel for Highbook and Fordbook regarding admin expenses. | 0.30 |
| 09/19/2017 | FOWL S | Communicated with counsel for Berg-Mooresville regarding order on admin expense claim. | 0.20 |
| 09/19/2017 | FOWL S | Communicated with counsel for Electra-Sound regarding admin expense claim. | 0.20 |
| 09/19/2017 | FOWL S | Reviewed and analyzed newly filed applications for administrative expenses (.6); communicated with client regarding same (.2). | 0.80 |
| 09/19/2017 | HOKA J | Attended to issues respecting flow of recoveries from Class Actions assets. | 1.60 |
| 09/19/2017 | HOKA J | Spoke with Client officers and Committee counsel regarding protocol for payment of trade administrative claims. | 0.40 |
| 09/20/2017 | FOWL S | Communicated with client regarding additional administrative expense claims. | 0.20 |
| 09/20/2017 | FOWL S | Communicated with counsel for Torrence regarding mechanic's lien claim. | 0.30 |
| 09/20/2017 | HOKA J | Discussed protocol for payment of A/P claims and necessity of claims bar date. | 0.60 |

Claims Administration and Objections
Our Matter No. 60605.0008

Invoice No. 1486939
October 6, 2017

| | | | |
|---|---|---|---|
| 09/21/2017 | FOWL S | Reviewed and revised proposed order lifting stay for Builtech. | 0.30 |
| 09/21/2017 | HOKA J | Exchanged emails with GE's counsel regarding settlement of administrative claim. | 0.20 |
| 09/22/2017 | FOWL S | Communicated with counsel for Fordbook and Highbook regarding admin expenses (.2); communicated with court regarding same (.1). | 0.30 |
| 09/25/2017 | HOKA J | Email exchanges with Constituents' counsel and adverse counsel regarding financial information requested by Synchrony, response to pending settlement demand, and continuing scheduled hearing. | 1.60 |
| 09/25/2017 | HOKA J | Exchanged emails with opposing counsel and constituents' counsel regarding hearing/settlement of Synchrony issues. | 0.50 |
| 09/26/2017 | FOWL S | Communicated with counsel for Protection One regarding administrative expense claim process (.2); communicated with client regarding same (.2). | 0.40 |
| 09/26/2017 | FOWL S | Communicated with counsel for Berg-Mooresville regarding order on administrative expense claim. | 0.10 |
| 09/26/2017 | FOWL S | Communicated with counsel for Torrence regarding order on stub rent administrative expense claim and order thereon. | 0.20 |
| 09/26/2017 | FOWL S | Communicated with counsel for Signifyd regarding administrative expense claim and order thereon. | 0.20 |
| 09/26/2017 | FOWL S | Communicated with counsel for Hart regarding order on administrative expense claim. | 0.20 |
| 09/26/2017 | FOWL S | Drafted proposed order regarding Electra-Sound administrative expense claim (.7); communicated with counsel for Electra-Sound regarding same (.2); communicated with client regarding same (.2). | 1.10 |
| 09/26/2017 | FOWL S | Attended to new administrative expense applications and deadlines for same (.3); drafted proposed order regarding Ocala administrative expense claim (.6); communicated with counsel for Ocala regarding same (.2). | 1.10 |
| 09/26/2017 | HOKA J | Communicated with lead counsel regarding division of responsibilities on newly-filed matters. | 0.50 |
| 09/26/2017 | HOKA J | Communicated with Company officers regarding Synchrony matter (.5); responded to Court's Staff's inquiries regarding time required for other hearings (.4). | 0.90 |
| 09/26/2017 | HOKA J | Reviewed and forwarded Synchrony's motion to continue September 27th hearing, and exchange emails regarding settlement posture. | 0.40 |
| 09/27/2017 | FOWL S | Communicated with counsel for the Committee and client regarding Torrence mechanic's lien settlement. | 0.30 |
| 09/27/2017 | HOKA J | Assisted with response to administrative claimant's counsel's inquiry regarding priority of payment. | 0.20 |

Claims Administration and Objections
Our Matter No. 60605.0008

Invoice No. 1486939
October 6, 2017

| 09/28/2017 | HOKA J | Exchanged emails with Company officer and GE's counsel regarding admin claim. | 0.20 |
|---|---|---|---|
| 09/28/2017 | HOKA J | Extended exchange of emails with R. Lawlor at Hilco Global regarding payment of HG's administrative claim. | 1.00 |
| 09/29/2017 | HOKA J | Incorporated parties' revisions to settlement offer and forwarded to H. McCullough (.6); responded to subsequent inquiries from McCullough (.2). | 0.80 |
| 09/29/2017 | HOKA J | Prepared and circulated proposed settlement response to administrative claimant. | 1.00 |
| 09/29/2017 | HOKA J | Sent email to Debtor and Committee officers and counsel regarding administrative claim issues. | 0.50 |

**Total Professional Services** **$14,593.50**

**Total Invoice Balance Due** $14,593.50

### OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 07/20/17 | 1476596 | $593.55 | $0.00 | $593.55 |
| 08/09/17 | 1480338 | $2,772.90 | $0.00 | $2,772.90 |
| 09/09/17 | 1483573 | $13,254.30 | $0.00 | $13,254.30 |
| 10/06/17 | 1486939 | $14,593.50 | $0.00 | $14,593.50 |
| | | | **Total Balance Due** | **$31,214.25** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---|---|---|---|---|---|
| $27,847.80 | $2,772.90 | $593.55 | $0.00 | $0.00 | $31,214.25 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries, please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                      Invoice No. 1486939
Debtor-In-Possesion                                                        October 6, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Claims Administration and Objections
        Our Matter No. 60605.0008

## INVOICE SUMMARY

For Services rendered through September 30, 2017

Professional Services                                                      $14,593.50

**Total Current Invoice**                                                  **$14,593.50**

Previous Balance Due                                                       $16,620.75

Total Balance Due                                                          $31,214.25

### Payment Options

Online Payments:                    Wire/ACH Instructions:
**ClientPay**                       Huntington Bank
ClientPay®                          ABA for ACH     074000078
                                    ABA for Wire    044000024
                                    Account No.     01401048453
                                    Swift Code:     HUNTUS33
                                    Please Reference **Invoice No. 1486939**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1486939**

Questions or concerns, please email **payice@icemiller.com**

---

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1486940
October 6, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Corporate Governance and Board Matters
        Our Matter No. 60605.0009

## INVOICE SUMMARY

For Services rendered through September 30, 2017

Professional Services                                        $1,672.65

**Total Current Invoice**                                   **$1,672.65**

Previous Balance Due                                        $25,183.80

Total Balance Due                                           $26,856.45



Corporate Governance and Board Matters
Our Matter No. 60605.0009

Invoice No. 1486940
October 6, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 09/05/2017 | THOR J | Participated in Board call. | 0.70 |
| 09/05/2017 | FOWL S | Participated in BOD meeting. | 0.70 |
| 09/05/2017 | HOKA J | Participated in Board call. | 0.70 |
| 09/28/2017 | THOR J | Preparation of Board minutes for 9/5/17 Board meeting and transmittal to K. Kovacs. | 0.50 |
| 09/29/2017 | HOKA J | Exchanged emails regarding necessity of maintaining a Board. | 0.40 |
| **Total Professional Services** | | | **$1,672.65** |

**Total Invoice Balance Due** $1,672.65

### OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 07/20/17 | 1476597 | $5,131.80 | $0.00 | $5,131.80 |
| 08/09/17 | 1480339 | $14,760.90 | $0.00 | $14,760.90 |
| 09/09/17 | 1483574 | $5,291.10 | $0.00 | $5,291.10 |
| 10/06/17 | 1486940 | $1,672.65 | $0.00 | $1,672.65 |
| | | | **Total Balance Due** | **$26,856.45** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|------------|-------|
| $6,963.75 | $14,760.90 | $5,131.80 | $0.00 | $0.00 | $26,856.45 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com


LEGAL COUNSEL

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                  Invoice No. 1486940
Debtor-In-Possesion                                                    October 6, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Corporate Governance and Board Matters
       Our Matter No. 60605.0009

## INVOICE SUMMARY

For Services rendered through September 30, 2017

Professional Services                                                       $1,672.65

**Total Current Invoice**                                                   **$1,672.65**

Previous Balance Due                                                        $25,183.80

Total Balance Due                                                           $26,856.45

### Payment Options

Online Payments:                    Wire/ACH Instructions:
**ClientPay**                       Huntington Bank
                                    ABA for ACH    074000078
                                    ABA for Wire   044000024
                                    Account No.    01401048453
                                    Swift Code:    HUNTUS33
                                    Please Reference **Invoice No. 1486940**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1486940**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1486941
October 6, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Employment and Fee Applications
        Our Matter No. 60605.0011

## INVOICE SUMMARY

For Services rendered through September 30, 2017

| | |
|---|---|
| Professional Services | $9,537.75 |
| **Total Current Invoice** | **$9,537.75** |
| Previous Balance Due | $38,340.90 |
| Total Balance Due | $47,878.65 |



Bonds help build communities. Our client-focused work touches all aspects of your life. Our focus is you and the community you support.

Employment and Fee Applications
Our Matter No. 60605.0011

Invoice No. 1486941
October 6, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 09/01/2017 | JORI W | Revised Notice of application and opportunity to object for Katz employment application, per the court's request. | 0.20 |
| 09/01/2017 | JORI W | Prepared and submitted with the court an amended notice and opportunity to object to the Soto employment application and directed service of same. | 1.00 |
| 09/01/2017 | HOKA J | Assisted with finalization of revised Notice regarding Soto retention application. | 0.20 |
| 09/06/2017 | HOKA J | Exchanged emails with BRG's officer regarding proposal for short-paying and deferring fees due to Case Professionals. | 0.50 |
| 09/13/2017 | JORI W | Communications with Donlin regarding service of documents. | 0.20 |
| 09/13/2017 | JORI W | Received, reviewed and submitted with the court Morgan Lewis's August notice of draw. | 0.30 |
| 09/13/2017 | JORI W | Began gathering data and preparing second interim application for fees and expenses of Ice Miller. | 3.00 |
| 09/13/2017 | JORI W | Received information from KSM for affidavit in support of retention application, updated same and forwarded application to client for approval of filing. | 0.60 |
| 09/13/2017 | HOKA J | Sent email to Case Professionals regarding timing and treatment of Second Interim Fee Applications (.5); inquired of Company officers regarding financial disclosures to be included in Applications (.3). | 0.80 |
| 09/13/2017 | HOKA J | Reviewed monthly IM invoices for Notice of Draw and Second Interim Fee Application. | 0.50 |
| 09/14/2017 | JORI W | Reviewed August invoices and prepared calculations and notice of draw for Ice miller. | 0.70 |
| 09/14/2017 | JORI W | Continued gathering data and preparing calculations for second interim fee application of Ice Miller. | 4.10 |
| 09/14/2017 | JORI W | Communications with client and attorney regarding Ryan and Katz retention applications and further handling necessary. | 0.20 |
| 09/14/2017 | HOKA J | Responded to Company's inquiry regarding normal course professionals. | 0.20 |
| 09/15/2017 | JORI W | Received and reviewed Morgan Lewis's second interim fee application in order to prepare for filing of same. | 0.20 |
| 09/15/2017 | JORI W | Finalized and submitted Ice Miller's August Notice of Draw. | 0.40 |

Employment and Fee Applications
Our Matter No. 60605.0011

Invoice No. 1486941
October 6, 2017

| 09/15/2017 | JORI W | Gathered information and worked with accounting to calculate blended rates for customary and comparable compensation disclosures. | 0.70 |
|---|---|---|---|
| 09/15/2017 | JORI W | Prepared service descriptions for Ice Miller fee application. | 0.80 |
| 09/15/2017 | JORI W | Prepared Hokanson declaration in support of second interim fee application, invoices, notice and order. | 1.90 |
| 09/18/2017 | JORI W | Finalized and submitted with the court Ice Miller's second interim fee application, exhibits and notice. | 1.30 |
| 09/18/2017 | JORI W | Communications with client regarding retention of KSM. | 0.20 |
| 09/18/2017 | JORI W | Continued to gather information from accounting to complete the second interim fee application of Ice Miller and prepared updates to application. | 0.60 |
| 09/18/2017 | JORI W | Communications with trustee and MLB regarding filing of fee application and invoices. | 0.30 |
| 09/18/2017 | JORI W | Finalized and submitted with the court the MLB second interim fee application, exhibits to same and notice. | 0.70 |
| 09/18/2017 | JORI W | Prepared objection notice for MLB's second interim fee application. | 0.30 |
| 09/18/2017 | HOKA J | Communicated with other Case Professionals regarding objection deadlines and hearing on second interim fee applications. | 0.50 |
| 09/18/2017 | HOKA J | Reviewed and assisted with finalization of IM's Second Interim Fee Application. | 0.50 |
| 09/18/2017 | HOKA J | Assisted with finalization of KSM retention application. | 0.40 |
| 09/19/2017 | JORI W | Began preparing revisions to KSM retention documents based on recent information from client (.2); e-mailed M. Mallon regarding additional details needed for KSM application (.1); received and reviewed KSM engagement agreement for the 401k audit (.1). | 0.40 |
| 09/19/2017 | JORI W | Communications with trustee and accounting staff to obtain LEDES files by month. | 0.20 |
| 09/20/2017 | JORI W | Additional communications to provide requested LEDES files in monthly format to trustee. | 0.20 |
| 09/21/2017 | FOWL S | Reviewed and analyzed fee orders and notice of draw (.6); communicated with BRG regarding same (.2). | 0.80 |
| 09/25/2017 | HOKA J | Forwarded Court's Staff's email regarding hearings on second interim fee applications. | 0.20 |
| 09/25/2017 | HOKA J | Exchanged emails and spoke with BRG officers regarding carve out calculations. | 0.80 |
| 09/26/2017 | JORI W | Prepared BRG's second interim fee application and notice of same for filing and submitted with the court. | 1.10 |

Employment and Fee Applications

Invoice No. 1486941

Our Matter No. 60605.0011

October 6, 2017

| 09/26/2017 | JORI W | Reviewed communications and details regarding handling of next interim fee applications. | 0.20 |
| 09/26/2017 | HOKA J | Sent email to Case Professionals summarizing timing for existing and future applications, and seeking approval for GACP-approved payment schedule. | 0.50 |
| 09/29/2017 | JORI W | Reviewed communications regarding handling of fee order and revised Ice Miller fees. | 0.10 |
| 09/29/2017 | HOKA J | Provided internal summary of fee applications, notices of draw, UST's objections, orders, and payments. | 0.50 |

| **Total Professional Services** | **$9,537.75** |

| **Total Invoice Balance Due** | $9,537.75 |

### OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 07/20/17 | 1476599 | $18,823.05 | $0.00 | $18,823.05 |
| 08/09/17 | 1480341 | $15,570.45 | $0.00 | $15,570.45 |
| 09/09/17 | 1483576 | $3,947.40 | $0.00 | $3,947.40 |
| 10/06/17 | 1486941 | $9,537.75 | $0.00 | $9,537.75 |
| | | | **Total Balance Due** | **$47,878.65** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $13,485.15 | $15,570.45 | $18,823.05 | $0.00 | $0.00 | $47,878.65 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries, please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                    Invoice No. 1486941
Debtor-In-Possesion                                                     October 6, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Employment and Fee Applications
       Our Matter No. 60605.0011

## INVOICE SUMMARY

For Services rendered through September 30, 2017

Professional Services                                                   $9,537.75

**Total Current Invoice**                                               **$9,537.75**

Previous Balance Due                                                    $38,340.90

Total Balance Due                                                       $47,878.65

### Payment Options

Online Payments:                    Wire/ACH Instructions:
**ClientPay**                       Huntington Bank
ClientPay®                          ABA for ACH      074000078
                                    ABA for Wire     044000024
                                    Account No.      01401048453
                                    Swift Code:      HUNTUS33
                                    Please Reference **Invoice No. 1486941**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1486941**

Questions or concerns, please email **payice@icemiller.com**

---

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1486942
October 6, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Financing and Cash Collateral
        Our Matter No. 60605.0013

## INVOICE SUMMARY

For Services rendered through September 30, 2017

| | |
|---|---|
| Professional Services | $22,030.65 |
| **Total Current Invoice** | **$22,030.65** |
| | |
| Previous Balance Due | $31,297.95 |
| Total Balance Due | $53,328.60 |



Bonds help build communities. Our client-focused work touches all aspects of your life. Our focus is you and the community you support.

Financing and Cash Collateral                                            Invoice No. 1486942
Our Matter No. 60605.0013                                                   October 6, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 09/01/2017 | HOKA J | Sent email inquiries to counsel for Committee regarding budget terms (.2); participated in conference call regarding budget issues (.4); spoke with client officers regarding same (.3); devised and circulated revisions to budget and splits documents (1.2); reviewed and circulated GACP's counter-proposal (.4) and exchanges emails and participated in calls in response (.8). | 3.30 |
| 09/01/2017 | HOKA J | Requested authority to pay operating expenses. | 0.20 |
| 09/05/2017 | HOKA J | Spoke and exchanged emails with Committee counsel regarding effect of pending settlement on DIP issues (.6); spoke with counsel to Lenders regarding status of Carve Out provisions (.2) and sent email to Case Professionals regarding same (.2). | 1.00 |
| 09/06/2017 | HOKA J | Spoke with Court's staff regarding extra-agenda items and forwarded documents to Courts chambers. | 0.20 |
| 09/06/2017 | HOKA J | Spoke with counsel to DIP Lenders regarding release of carve out language against Wells, and shepherded parties' consent to release, (.6); spoke with GACP's counsel regarding responses and with BRG's officers regarding decision (.3). | 0.90 |
| 09/07/2017 | HOKA J | Reviewed motion to set aside Order or for alternative relief regarding 3Q budget issues (.6); reviewed and responded to inquiries of Committee and Lenders for revisions (.8). | 1.40 |
| 09/08/2017 | HOKA J | Exchanged emails with Case Professionals regarding budgeted fees against post-GOB carve out. | 0.50 |
| 09/11/2017 | HOKA J | Sent email to Committee counsel and FA regarding carve out calculations. | 1.00 |
| 09/11/2017 | HOKA J | Exchanged emails with Lenders' and Committee's counsel regarding budget issues and preparations for Sept. 15th hearing. | 1.20 |
| 09/12/2017 | HOKA J | Reviewed Committee's response to request for information respecting carve outs and other budget issues (.3); sent email to GACP's counsel regarding same (.5). | 0.80 |
| 09/13/2017 | HOKA J | Reviewed email string regarding preference recoveries. | 0.20 |
| 09/13/2017 | HOKA J | Spoke with GACP's counsel and circulated analysis of fees vs. carveouts. | 1.00 |
| 09/13/2017 | HOKA J | Exchanged emails with GACP's counsel regarding continuing objection to payment of Case Professionals' fees. | 0.40 |
| 09/14/2017 | HOKA J | Began review and forwarded Lenders' draft Amended DIP Loan Agreement. | 1.20 |
| 09/15/2017 | HOKA J | Reviewed and forwarded Committee's comments to Amended DIP Agreement. | 0.60 |

Financing and Cash Collateral
Our Matter No. 60605.0013

Invoice No. 1486942
October 6, 2017

| 09/15/2017 | HOKA J | Exchanged emails with Company officer regarding various claim issues relative to DIP amendment and budget. | 0.50 |
|---|---|---|---|
| 09/15/2017 | HOKA J | Met with counsel to GACP and Committee regarding claim and budget issues. | 2.00 |
| 09/18/2017 | HOKA J | Continued discussions and email exchanges with counsel to Committee and Lenders, and with Company officers, regarding budget and Amended DIP Agreement issues. | 1.80 |
| 09/19/2017 | FOWL S | Communicated with counsel for lenders and the Committee regarding amendment to DIP agreement and DIP order. | 0.70 |
| 09/19/2017 | HOKA J | Prepared and circulated marked-up Amended DIP Order, and participated in call of Company, Committee and Lenders regarding same (1.8); exchanged additional emails regarding same (.8). | 2.60 |
| 09/20/2017 | FOWL S | Commenced draft of motion for amended DIP order. | 1.10 |
| 09/20/2017 | HOKA J | Continued exchanges regarding budget and DIP terms. | 1.30 |
| 09/20/2017 | HOKA J | Discussed motion to approve Amended DIP Agreement and Budget. | 0.30 |
| 09/21/2017 | FOWL S | Continued draft motion for second amended DIP order. | 2.70 |
| 09/21/2017 | HOKA J | Extended communications with Company officer and other Case Professionals regarding schedule for payment of professionals' fees. | 2.00 |
| 09/25/2017 | HOKA J | Reviewed and forwarded Lenders' counsels' invoices. | 0.20 |
| 09/25/2017 | HOKA J | Extended calls and email exchanges among client officers, BRG, counsel and FA to Committee and GACP, regarding payment of Case Professionals' fee, with numerous revisions to spreadsheets. | 4.00 |
| 09/26/2017 | FOWL S | Communicated with counsel for the lenders regarding fees. | 0.80 |
| 09/26/2017 | HOKA J | Exchanged emails with Case Professionals and later with GACP's officer and counsel regarding carve out and fee issues (1.4); reviewed calculations with BRG officers (.4). | 1.80 |
| 09/26/2017 | HOKA J | Spoke with Company officer and GACP officer and counsel regarding remaining obstacles to GACP's consent to Debtors' payment of professional fees (1.0); worked with internal assistance to correct payment schedule (1.0). | 2.00 |
| 09/27/2017 | HOKA J | Began review of revised version of Second Amended DIP Agreement. | 0.80 |
| 09/27/2017 | HOKA J | Continued discussions and email exchanges regarding approved carve out and payment of Case Professionals' fees. | 2.00 |
| 09/28/2017 | HOKA J | Communicated with BRG Officers regarding consent to payment schedule (.3); confirmed amounts to Company officers (.4); reviewed and forwarded Lenders' revised version of the Amended DIP Agreement (.8). | 1.50 |

Financing and Cash Collateral                                    Invoice No. 1486942
Our Matter No. 60605.0013                                        October 6, 2017

---

**Total Professional Services**                                                **$22,030.65**

===

**Total Invoice Balance Due**                                                  $22,030.65

### OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 07/20/17 | 1476600 | $498.15 | $0.00 | $498.15 |
| 08/09/17 | 1480342 | $7,325.10 | $0.00 | $7,325.10 |
| 09/09/17 | 1483577 | $23,474.70 | $0.00 | $23,474.70 |
| 10/06/17 | 1486942 | $22,030.65 | $0.00 | $22,030.65 |
| | | | **Total Balance Due** | **$53,328.60** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $45,505.35 | $7,325.10 | $498.15 | $0.00 | $0.00 | $53,328.60 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                    Invoice No. 1486942
Debtor-In-Possesion                                                      October 6, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Financing and Cash Collateral
       Our Matter No. 60605.0013

## INVOICE SUMMARY

For Services rendered through September 30, 2017

| | |
|---|---:|
| Professional Services | $22,030.65 |
| **Total Current Invoice** | **$22,030.65** |
| Previous Balance Due | $31,297.95 |
| Total Balance Due | $53,328.60 |

### Payment Options

**Online Payments:**
**ClientPay**
ClientPay®

Wire/ACH Instructions:
Huntington Bank
ABA for ACH      074000078
ABA for Wire     044000024
Account No.      01401048453
Swift Code:      HUNTUS33
Please Reference **Invoice No. 1486942**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1486942**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1486943
October 6, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:      Litigation
         Our Matter No. 60605.0014

## INVOICE SUMMARY

For Services rendered through September 30, 2017

Professional Services                                          $12,335.85

**Total Current Invoice**                                      **$12,335.85**

Previous Balance Due                                           $29,138.40

Total Balance Due                                             $41,474.25



Bonds help build communities. Our client-focused work touches all aspects of your life. Our focus is you and the community you support.

Litigation
Our Matter No. 60605.0014

Invoice No. 1486943
October 6, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 09/01/2017 | ROUS M | Completed draft pretrial statement; submitted draft statement to opposing counsel for review. | 0.60 |
| 09/01/2017 | ARCE A | Read multiple email communications among counsel regarding potential settlement and followed up on same. | 0.50 |
| 09/05/2017 | HOKA J | Responded to inquiry of counsel for Synnex regarding enlargement of time and status of settlement discussions. | 0.20 |
| 09/06/2017 | ROUS M | Revised joint pretrial statement in Onward vendor complaint; emailed committee counsel and opposing counsel regarding same. | 0.40 |
| 09/06/2017 | HOKA J | Confirmed filing of COS regarding summons served upon Vantiv. | 0.10 |
| 09/06/2017 | HOKA J | Reviewed pre-trial statement in Onward litigation. | 0.20 |
| 09/06/2017 | ARCE A | Emails among counsel regarding case management. | 0.20 |
| 09/07/2017 | ROUS M | Filed Joint Pretrial Statement with Court. | 0.10 |
| 09/07/2017 | HOKA J | Reviewed and forwarded Onward's Answer, and exchanged emails with Onward's counsel, regarding status of settlement. | 0.80 |
| 09/07/2017 | HOKA J | Spoke with J. Knauer regarding his involvement by Elux (.2); exchanged emails with Court's staff and adverse counsel regarding extension of briefing deadlines (.5), and with constituents' counsel regarding proceeding generally (.3). | 1.00 |
| 09/07/2017 | ARCE A | Multiple emails among counsel regarding new appearances on behalf of Electrolux, scheduling and deadlines. | 0.40 |
| 09/08/2017 | HOKA J | Continued exchanged among counsel to interested parties regarding hearing date in Elux matters. | 0.20 |
| 09/09/2017 | HOKA J | Reviewed status of deadlines in all pending litigation matters, and exchanged emails regarding strategy for meeting them. | 0.80 |
| 09/09/2017 | ARCE A | Prepared for status conference by reviewing pleadings, pending motions, docket and notes. | 1.60 |
| 09/11/2017 | ROUS M | Reviewed court order closing Belkin adversarial proceeding and drafted email to Gregg staff seeking point of contact to enforce judgment. | 0.20 |
| 09/11/2017 | FOWL S | Participated in status conference for Whirlpool adversary. | 0.60 |
| 09/11/2017 | HOKA J | Exchanged emails regarding service of default judgment on Belkin. | 0.40 |
| 09/11/2017 | ARCE A | Attended and participated in Whirlpool status conference before Judge Graham; received and read order on case management deadlines. | 1.30 |

Litigation                                                                        Invoice No. 1486943
Our Matter No. 60605.0014                                                         October 6, 2017

| 09/12/2017 | HOKA J | Call with Vantiv's counsel regarding litigation extension and settlement parameters. | 0.20 |
|---|---|---|---|
| 09/12/2017 | ARCE A | Received and read order on Electrolux hearing. | 0.20 |
| 09/13/2017 | FOWL S | Communicated with counsel for Synnex regarding pretrial report for vendor credit adversary. | 0.20 |
| 09/13/2017 | HOKA J | Exchanged emails with Whirlpool's counsel regarding preservation of rights in regards to relief sought in Motion for Relief from Order (FILO Motion), and circulated proposal among Constituents' counsel (.4); exchanged additional emails to tweak language (.8). | 1.20 |
| 09/13/2017 | ARCE A | Read order on status conference. | 0.20 |
| 09/14/2017 | ROUS M | Drafted joint pretrial statement for Synnex case; emailed draft to opposing counsel. | 0.30 |
| 09/15/2017 | FOWL S | Reviewed response in opposition to motion for adequate protection filed by Electrolux. | 0.90 |
| 09/15/2017 | FOWL S | Reviewed cross motions for summary judgment filed in Electrolux adversary. | 2.20 |
| 09/15/2017 | ARCE A | Read order setting aside order limiting payments; received and read Wells Fargo's motion for summary judgment, supporting brief and exhibits (Electrolux). | 1.70 |
| 09/18/2017 | ROUS M | Phone call with local counsel and creditor committee counsel regarding change of pretrial conference in Onward proceeding to telephone conference; contacted court regarding same; reviewed calendar for scheduling in advance of pretrial conference. | 0.50 |
| 09/18/2017 | FOWL S | Reviewed supplemental surreply brief in response to motion to dismiss Whirlpool adversary. | 0.40 |
| 09/18/2017 | FOWL S | Strategized regarding response to Builtech motion for relief from stay. | 0.30 |
| 09/18/2017 | HOKA J | Exchanged emails with Vantiv's counsel to confirm extension of litigation deadlines. | 0.20 |
| 09/18/2017 | ARCE A | Received and read Whirlpool's supplemental brief. | 0.20 |
| 09/19/2017 | ROUS M | Prepared for and represented hhgregg at pretrial conference. | 1.70 |
| 09/19/2017 | HOKA J | Reviewed Electrolux's objection to adequate protection motion. | 0.80 |
| 09/19/2017 | HOKA J | Assisted with preparations for pre-trial conference in Onward lawsuit. | 0.20 |
| 09/19/2017 | ARCE A | Received and read Electrolux's response on adequate protection motion. | 0.50 |
| 09/20/2017 | ROUS M | Reviewed court's scheduling order and calendared deadlines. | 0.30 |
| 09/20/2017 | FOWL S | Revised motion for 2004 exam for Warrantech. | 1.10 |

Litigation
Our Matter No. 60605.0014

Invoice No. 1486943
October 6, 2017

| | | | |
|---|---|---|---|
| 09/22/2017 | FOWL S | Attended to dates and deadlines regarding Electrolux motion to determine extent of adequate protection. | 0.20 |
| 09/22/2017 | ARCE A | Addressed issues regarding pending adequate protection motion, summary judgment reply brief and hearing. | 0.50 |
| 09/25/2017 | HOKA J | Exchanged emails regarding status of reply brief in Elux litigation and deadlines for filing. | 0.50 |
| 09/26/2017 | HOKA J | Review email strings regarding litigation deadlines and placed calls to adverse counsel regarding extension of same. | 0.50 |
| 09/26/2017 | ARCE A | Attention to remarks about reply brief deadlines and upcoming hearing; read GACP's joinder to WFC response brief; read Wells Fargo's response to Whirlpool. | 0.90 |
| 09/27/2017 | HOKA J | Spoke with J. Knauer regarding extension of briefing deadlines and communicated with co-counsel regarding same. | 0.20 |

**Total Professional Services**                                                              **$12,335.85**

**Total Invoice Balance Due**                                                  $12,335.85

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 07/20/17 | 1476601 | $3,801.60 | $0.00 | $3,801.60 |
| 08/09/17 | 1480343 | $7,128.00 | $0.00 | $7,128.00 |
| 09/09/17 | 1483578 | $18,208.80 | $0.00 | $18,208.80 |
| 10/06/17 | 1486943 | $12,335.85 | $0.00 | $12,335.85 |
| | | | **Total Balance Due** | **$41,474.25** |

## AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---|---|---|---|---|---|
| $30,544.65 | $7,128.00 | $3,801.60 | $0.00 | $0.00 | $41,474.25 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Litigation
Our Matter No. 60605.0014

Invoice No. 1486943
October 6, 2017

Should you require additional copies or have additional billing inquiries, please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                    Invoice No. 1486943
Debtor-In-Possesion                                                      October 6, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Litigation
        Our Matter No. 60605.0014

## INVOICE SUMMARY

For Services rendered through September 30, 2017

Professional Services                                                    $12,335.85

**Total Current Invoice**                                               **$12,335.85**

Previous Balance Due                                                     $29,138.40

Total Balance Due                                                        $41,474.25

### Payment Options

Online Payments:                        Wire/ACH Instructions:
**ClientPay**                           Huntington Bank
                                        ABA for ACH    074000078
                                        ABA for Wire   044000024
                                        Account No.    01401048453
                                        Swift Code:    HUNTUS33
                                        Please Reference **Invoice No. 1486943**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1486943**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1486944
October 6, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Meetings and Communications with Creditors
        Our Matter No. 60605.0015

## INVOICE SUMMARY

For Services rendered through September 30, 2017

| | |
|---|---|
| Professional Services | $124.20 |
| **Total Current Invoice** | **$124.20** |
| Previous Balance Due | $11,668.05 |
| Total Balance Due | $11,792.25 |



Bonds help build communities. Our client-focused work touches all aspects of your life. Our focus is you and the community you support.

Meetings and Communications with Creditors
Our Matter No. 60605.0015

Invoice No. 1486944
October 6, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 09/06/2017 | JORI W | Received, reviewed and responded to email from creditor. | 0.20 |
| 09/15/2017 | JORI W | Received and responded to creditor inquiry regarding warranty. | 0.20 |
| **Total Professional Services** | | | **$124.20** |

**Total Invoice Balance Due** | $124.20

### OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 07/20/17 | 1476602 | $1,273.05 | $0.00 | $1,273.05 |
| 08/09/17 | 1480344 | $8,625.15 | $0.00 | $8,625.15 |
| 09/09/17 | 1483579 | $1,769.85 | $0.00 | $1,769.85 |
| 10/06/17 | 1486944 | $124.20 | $0.00 | $124.20 |
| | | | **Total Balance Due** | **$11,792.25** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $1,894.05 | $8,625.15 | $1,273.05 | $0.00 | $0.00 | $11,792.25 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



LEGAL COUNSEL

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Invoice No. 1486944
October 6, 2017

Re:    Meetings and Communications with Creditors
        Our Matter No. 60605.0015

## INVOICE SUMMARY

For Services rendered through September 30, 2017

Professional Services                                                                    $124.20

**Total Current Invoice**                                                          **$124.20**

Previous Balance Due                                                              $11,668.05

Total Balance Due                                                                  $11,792.25

### Payment Options

Online Payments:
**ClientPay**
ClientPay®

Wire/ACH Instructions:
Huntington Bank
ABA for ACH    074000078
ABA for Wire    044000024
Account No.    01401048453
Swift Code:    HUNTUS33
Please Reference **Invoice No. 1486944**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1486944**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1486945
October 6, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Relief from Stay and Adequate Protection
        Our Matter No. 60605.0019

## INVOICE SUMMARY

For Services rendered through September 30, 2017

Professional Services                                           $4,423.95

**Total Current Invoice**                                       **$4,423.95**

Previous Balance Due                                            $21,158.10

Total Balance Due                                              $25,582.05



Relief from Stay and Adequate Protection
Our Matter No. 60605.0019

Invoice No. 1486945
October 6, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 09/05/2017 | HOKA J | Reviewed Panos' Stay Motion and discussed with Zurich's counsel. | 0.40 |
| 09/11/2017 | HOKA J | Responded to inquiry regarding objection to D&O's Stay Motion. | 0.30 |
| 09/12/2017 | HOKA J | Exchanged emails with Committee counsel regarding ASK's role in relief sought by D&O's stay motion and GACP's objection. | 0.50 |
| 09/18/2017 | FOWL S | Communicated with counsel for Builtech regarding motion for relief from stay. | 0.30 |
| 09/19/2017 | HOKA J | Reviewed notice of hearing and exchanged emails regarding status of resolution of objections to D&O's stay motion. | 0.50 |
| 09/20/2017 | FOWL S | Communicated with counsel for Builtech regarding motion for relief from stay. | 0.20 |
| 09/21/2017 | HOKA J | Reviewed D&O's reply to GACP's objection to Stay Motion. | 0.50 |
| 09/22/2017 | FOWL S | Reviewed and analyzed response to motion for relief from stay regarding D&O insurance (.5); communicated with client regarding same (.1). | 0.60 |
| 09/25/2017 | FOWL S | Communicated with counsel for Panos regarding stay motion. | 0.20 |
| 09/25/2017 | FOWL S | Reviewed proposed order on Stein and Beck motion for relief from stay (.4); communicated with counsel regarding same (.2). | 0.60 |
| 09/26/2017 | FOWL S | Communicated with counsel for Builtech regarding order on motion for relief from stay. | 0.20 |
| 09/26/2017 | FOWL S | Drafted proposed order on Panos relief from stay motion (1.0); communicated with counsel for Panos regarding same (.2). | 1.20 |
| 09/26/2017 | HOKA J | Reviewed and provided comments to Builtech Stay Order. | 0.60 |
| 09/26/2017 | HOKA J | Reviewed and forwarded Indiana Supreme Court's entry on Underwood's petition regarding effect of stay. | 0.40 |
| 09/27/2017 | FOWL S | Communicated with counsel for Blevins regarding relief from stay for Blevins. | 0.40 |
| 09/27/2017 | FOWL S | Communicated with counsel for Builtech regarding order on motion for relief from stay. | 0.50 |
| 09/27/2017 | HOKA J | Exchanged emails with counsel to Builtech regarding terms for agreed relief from stay. | 0.50 |
| 09/28/2017 | HOKA J | Responded to proposed provision regarding Builtech's stay motion. | 0.30 |

Relief from Stay and Adequate Protection

Invoice No. 1486945

Our Matter No. 60605.0019

October 6, 2017

| 09/29/2017 | FOWL S | Revised and finalized order on Panos relief from stay motion (.3); communicated with counsel for Panos regarding same (.1). | 0.40 |
| 09/29/2017 | HOKA J | Made additional revisions to Builtech Stay Order and exchanged emails with Baker and Dash regarding same. | 0.80 |
| 09/29/2017 | HOKA J | Forwarded Moloy's message regarding status of discussions with Committee and GACP (.2); reviewed and forwarded draft settlement agreements between D&Os and GACP (.3). | 0.50 |

**Total Professional Services** **$4,423.95**

**Total Invoice Balance Due** $4,423.95

### OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 07/20/17 | 1476604 | $835.65 | $0.00 | $835.65 |
| 08/09/17 | 1480345 | $5,694.30 | $0.00 | $5,694.30 |
| 09/09/17 | 1483580 | $14,628.15 | $0.00 | $14,628.15 |
| 10/06/17 | 1486945 | $4,423.95 | $0.00 | $4,423.95 |
| | | | **Total Balance Due** | **$25,582.05** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---|---|---|---|---|---|
| $19,052.10 | $5,694.30 | $835.65 | $0.00 | $0.00 | $25,582.05 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Invoice No. 1486945
October 6, 2017

Re:    Relief from Stay and Adequate Protection
       Our Matter No. 60605.0019

## INVOICE SUMMARY

For Services rendered through September 30, 2017

| | |
|---|---|
| Professional Services | $4,423.95 |
| **Total Current Invoice** | **$4,423.95** |
| Previous Balance Due | $21,158.10 |
| Total Balance Due | $25,582.05 |

### Payment Options

Online Payments:
**ClientPay**
ClientPay®

Wire/ACH Instructions:
Huntington Bank
ABA for ACH    074000078
ABA for Wire    044000024
Account No.    01401048453
Swift Code:    HUNTUS33
Please Reference **Invoice No. 1486945**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1486945**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1486946
October 6, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Tax
       Our Matter No. 60605.0021

## INVOICE SUMMARY

For Services rendered through September 30, 2017

| | |
|---|---|
| Professional Services | $4,812.75 |
| **Total Current Invoice** | **$4,812.75** |
| Previous Balance Due | $6,204.60 |
| Total Balance Due | $11,017.35 |



Bonds help build communities. Our client-focused work touches all aspects of your life. Our focus is you and the community you support.

Tax                                                                                    Invoice No. 1486946
Our Matter No. 60605.0021                                                              October 6, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 09/05/2017 | SCHN T | Reviewed correspondence regarding Mississippi Department of Revenue. | 0.30 |
| 09/05/2017 | HOKA J | Reviewed and forwarded inquiry of MS Dept of Revenue. | 0.20 |
| 09/05/2017 | HOKA J | Reviewed and forwarded Mississippi DOR's request for business closure form. | 0.20 |
| 09/07/2017 | EHIN M | Consultation regarding tax liability in North Carolina. | 0.30 |
| 09/08/2017 | SCHN T | Followed up regarding North Carolina sales tax return; research regarding same; followed up on Mississippi filing. | 1.20 |
| 09/08/2017 | EHIN M | Attention to state tax considerations and analysis on same. | 0.40 |
| 09/08/2017 | HOKA J | Reviewed and discussed notice of tax return/remittances due related to sales of white goods (.2), and prepared protocol for company's and colleagues' use in responding to tax claimants (1.0); reviewed and discussed notice from Mississippi DOR (.2). | 1.40 |
| 09/12/2017 | SCHN T | Responded to question regarding offsetting of Illinois refunds with assessments; responded to questions regarding Florida unclaimed property returns. | 1.20 |
| 09/13/2017 | SCHN T | Followed up regarding unclaimed property filing requirements. | 0.60 |
| 09/15/2017 | SCHN T | Responded to question regarding filing unclaimed property returns. | 0.60 |
| 09/15/2017 | HAGL J | Researched whether officers can be held personally liable for failure to file unclaimed property return. | 2.60 |
| 09/15/2017 | EHIN M | Consultation with Schnellenberger regarding correspondence with state taxing authorities. | 0.20 |
| 09/28/2017 | HOKA J | Corresponded with OH taxing agent regarding assessment of post-petition taxes. | 0.30 |

| **Total Professional Services** | **$4,812.75** |
|---|---|

| **Total Invoice Balance Due** | $4,812.75 |
|---|---|

Tax

Our Matter No. 60605.0021

Invoice No. 1486946

October 6, 2017

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 07/20/17 | 1476605 | $3,360.15 | $0.00 | $3,360.15 |
| 08/09/17 | 1480346 | $1,490.40 | $0.00 | $1,490.40 |
| 09/09/17 | 1483581 | $1,354.05 | $0.00 | $1,354.05 |
| 10/06/17 | 1486946 | $4,812.75 | $0.00 | $4,812.75 |
| | | | **Total Balance Due** | **$11,017.35** |

## AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $6,166.80 | $1,490.40 | $3,360.15 | $0.00 | $0.00 | $11,017.35 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.  
Debtor-In-Possesion  
c/o Candace Bankovich  
4151 East 96th Street  
Indianapolis, IN 46240

Invoice No. 1486946  
October 6, 2017

Re:    Tax  
       Our Matter No. 60605.0021

## INVOICE SUMMARY

For Services rendered through September 30, 2017

| | |
|---|---|
| Professional Services | $4,812.75 |
| **Total Current Invoice** | **$4,812.75** |
| Previous Balance Due | $6,204.60 |
| Total Balance Due | $11,017.35 |

### Payment Options

Online Payments:  
**ClientPay**  
ClientPay®

Wire/ACH Instructions:  
Huntington Bank  
ABA for ACH    074000078  
ABA for Wire    044000024  
Account No.    01401048453  
Swift Code:    HUNTUS33  
Please Reference **Invoice No. 1486946**

Payment by check  
Remit to : Ice Miller LLP  
P.O. Box 68  
Indianapolis, IN 46206-0068  
Please include remittance or reference **Invoice No. 1486946**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30  
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1486947
October 6, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Cost and Expenses
       Our Matter No. 60605.0023

## INVOICE SUMMARY

For Services rendered through September 30, 2017

| | |
|---|---|
| Disbursements | $586.45 |
| **Total Current Invoice** | **$586.45** |
| Previous Balance Due | $9,808.29 |
| Total Balance Due | $10,394.74 |



Bonds help build communities. Our client-focused work touches all aspects of your life. Our focus is you and the community you support.

Cost and Expenses
Our Matter No. 60605.0023

Invoice No. 1486947
October 6, 2017

## COSTS ADVANCED

| Description | Amount |
|---|---|
| Color Photocopies | $28.50 |
| Photocopies | $58.95 |
| Courier Expense | $6.95 |
| Postage Expense | $46.26 |
| Legal Research Expense - WESTLAW - WESTLAW 60605.0008.06129 | $99.00 |
| Legal Research Expense - WESTLAW - WESTLAW 60605.0023.01313.HHG RESEARCH | $99.00 |
| Legal Research Expense - WESTLAW - WESTLAW 60605.0023.01313.HHG RESEARCH | $116.00 |
| Business meals. | $51.75 |
| Lunch before hearing/auction on September 6, 2017. | $80.04 |
| **Total Cost Advanced** | **$586.45** |

| | |
|---|---|
| **Total Invoice Balance Due** | $586.45 |

### OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 07/20/17 | 1476606 | $3,957.57 | $0.00 | $3,957.57 |
| 08/09/17 | 1480347 | $2,683.73 | $0.00 | $2,683.73 |
| 09/09/17 | 1483582 | $3,166.99 | $0.00 | $3,166.99 |
| 10/06/17 | 1486947 | $586.45 | $0.00 | $586.45 |
| | | | **Total Balance Due** | **$10,394.74** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---|---|---|---|---|---|
| $3,753.44 | $2,683.73 | $3,957.57 | $0.00 | $0.00 | $10,394.74 |

Cost and Expenses                                                    Invoice No. 1486947
Our Matter No. 60605.0023                                            October 6, 2017

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



**LEGAL COUNSEL**

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Invoice No. 1486947
October 6, 2017

Re:     Cost and Expenses
        Our Matter No. 60605.0023

## INVOICE SUMMARY

For Services rendered through September 30, 2017

| | |
|---|---:|
| Disbursements | $586.45 |
| **Total Current Invoice** | **$586.45** |
| Previous Balance Due | $9,808.29 |
| Total Balance Due | $10,394.74 |

### Payment Options

Online Payments:
**ClientPay**
ClientPay®

Wire/ACH Instructions:
Huntington Bank
ABA for ACH     074000078
ABA for Wire     044000024
Account No.     01401048453
Swift Code:     HUNTUS33
Please Reference **Invoice No. 1486947**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1486947**

Questions or concerns, please email **payice@icemiller.com**

---

Payment Terms: Net 30
Tax ID: 35-0874357

REMITTANCE



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1486948
October 6, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:      Schechner NP Discovery Request
         Our Matter No. 60605.0024

## INVOICE SUMMARY

For Services rendered through September 30, 2017

Professional Services                                              $1,119.60

**Total Current Invoice**                                         **$1,119.60**



Bonds help build communities. Our client-focused work touches all aspects of your life. Our focus is you and the community you support.

Schechner NP Discovery Request
Our Matter No. 60605.0024

Invoice No. 1486948
October 6, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 09/26/2017 | FUGA C | Call with Mallon to discuss current status of HH Gregg's response to non-party subpoena. | 0.30 |
| 09/26/2017 | FUGA C | Researched whether HH Gregg is entitled to reimbursement of attorney fees in connection with responding to non-party subpoena. | 0.90 |
| 09/26/2017 | FUGA C | Analyzed non-party subpoena issued to HH Gregg in Whirlpool litigation. | 0.20 |
| 09/26/2017 | HOKA J | Exchanged emails with Company counsel and C. Fugate regarding strategy for responding to Schechner third-party discovery requests. | 0.50 |
| 09/28/2017 | FUGA C | Responded to Mamorsky's e-mail regarding HH Gregg's response to non-party subpoena. | 0.10 |
| 09/28/2017 | FUGA C | E-mailed Mallon regarding scope of subpoena. | 0.10 |
| 09/28/2017 | HOKA J | Exchanged additional emails with J. Mamorsky regarding scope of document request. | 0.30 |

| **Total Professional Services** | **$1,119.60** |
|---|---|

| **Total Invoice Balance Due** | $1,119.60 |
|---|---|

### OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 10/06/17 | 1486948 | $1,119.60 | $0.00 | $1,119.60 |
| | | **Total Balance Due** | | **$1,119.60** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $1,119.60 | $0.00 | $0.00 | $0.00 | $0.00 | $1,119.60 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Schechner NP Discovery Request
Our Matter No. 60605.0024

Invoice No. 1486948
October 6, 2017

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                             Invoice No. 1486948
Debtor-In-Possesion                                                               October 6, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Schechner NP Discovery Request
        Our Matter No. 60605.0024

## INVOICE SUMMARY

For Services rendered through September 30, 2017

Professional Services                                                             $1,119.60

**Total Current Invoice**                                                         **$1,119.60**

## Payment Options

Online Payments:                    Wire/ACH Instructions:
**ClientPay**                       Huntington Bank
                                    ABA for ACH     074000078
                                    ABA for Wire    044000024
                                    Account No.     01401048453
                                    Swift Code:     HUNTUS33
                                    Please Reference **Invoice No. 1486948**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1486948**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357





One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1494424
November 23, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Asset Analysis and Recovery
         Our Matter No. 60605.0001

## INVOICE SUMMARY

For Services rendered through October 31, 2017

| | |
|---|---|
| Professional Services | $494.10 |
| **Total Current Invoice** | **$494.10** |
| Previous Balance Due | $99,954.90 |
| Total Balance Due | $100,449.00 |

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence you have placed in us.  Please call if we can be of further assistance.



Asset Analysis and Recovery
Our Matter No. 60605.0001

Invoice No. 1494424
November 23, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 10/19/2017 | FOWL S | Analyzed Nikon vendor credit agreement (.3); communicated with the Committee regarding same (.2); communicated with client regarding same (.3). | 0.80 |
| 10/20/2017 | HOKA J | Forwarded email from RAC's counsel regarding staffing for reconciliation efforts. | 0.20 |
| 10/24/2017 | JORI W | Reviewed e-mail from court and prepared updated order on Agreed Entry and submitted same to the court. | 0.40 |
| **Total Professional Services** | | | **$494.10** |

**Total Invoice Balance Due**                                                    $494.10

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 07/20/17 | 1476590 | $30,393.45 | $0.00 | $30,393.45 |
| 08/09/17 | 1480333 | $32,545.35 | $0.00 | $32,545.35 |
| 09/09/17 | 1483567 | $33,363.00 | $0.00 | $33,363.00 |
| 10/06/17 | 1486934 | $3,653.10 | $0.00 | $3,653.10 |
| 11/23/17 | 1494424 | $494.10 | $0.00 | $494.10 |
| | | | **Total Balance Due** | **$100,449.00** |

## AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|------------|------------|-------------|------------|-------|
| $494.10 | $3,653.10 | $33,363.00 | $32,545.35 | $30,393.45 | $100,449.00 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com





One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Invoice No. 1494424
November 23, 2017

Re:    Asset Analysis and Recovery
       Our Matter No. 60605.0001

## INVOICE SUMMARY

For Services rendered through October 31, 2017

| | |
|---|---|
| Professional Services | $494.10 |
| **Total Current Invoice** | **$494.10** |
| Previous Balance Due | $99,954.90 |
| Total Balance Due | $100,449.00 |

### Payment Options

**Online Payments:**
**ClientPay**
ClientPay®

Wire/ACH Instructions:
Huntington Bank
ABA for ACH     074000078
ABA for Wire    044000024
Account No.     01401048453
Swift Code:     HUNTUS33
Please Reference **Invoice No. 1494424**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1494424**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357





LEGAL COUNSEL

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1494425
November 23, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Asset Disposition
        Our Matter No. 60605.0002

**INVOICE SUMMARY**

For Services rendered through October 31, 2017

Professional Services                                    $588.60

**Total Current Invoice**                               **$588.60**

Previous Balance Due                                    $87,327.00

Total Balance Due                                       $87,915.60

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence
you have placed in us.  Please call if we can be of further assistance.



Asset Disposition
Our Matter No. 60605.0002

Invoice No. 1494425
November 23, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 10/03/2017 | FOWL S | Communicated with lenders regarding release of trademarks. | 0.30 |
| 10/03/2017 | HOKA J | Responded to inquiry regarding release of lien on IP Assets. | 0.20 |
| 10/03/2017 | WALS T | Attended to responding to question concerning listing of trademarks to be included in release of security interest. | 0.50 |
| 10/05/2017 | HOKA J | Reviewed and forwarded Wells' release of security interests in sold IP Assets. | 0.20 |
| **Total Professional Services** | | | **$588.60** |

**Total Invoice Balance Due**                                                                                   $588.60

### OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 07/20/17 | 1476591 | $31,951.80 | $0.00 | $31,951.80 |
| 08/09/17 | 1480334 | $28,589.85 | $0.00 | $28,589.85 |
| 09/09/17 | 1483568 | $14,440.95 | $0.00 | $14,440.95 |
| 10/06/17 | 1486935 | $12,344.40 | $0.00 | $12,344.40 |
| 11/23/17 | 1494425 | $588.60 | $0.00 | $588.60 |
| | | | **Total Balance Due** | **$87,915.60** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|------------|------------|-------------|------------|-------|
| $588.60 | $12,344.40 | $14,440.95 | $28,589.85 | $31,951.80 | $87,915.60 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries, please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com





One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Invoice No. 1494425
November 23, 2017

Re:     Asset Disposition
        Our Matter No. 60605.0002

## INVOICE SUMMARY

For Services rendered through October 31, 2017

Professional Services                                      $588.60

**Total Current Invoice**                                 **$588.60**

Previous Balance Due                                    $87,327.00

Total Balance Due                                      $87,915.60

### Payment Options

Online Payments:                    Wire/ACH Instructions:
**ClientPay**                       Huntington Bank
                                    ABA for ACH     074000078
                                    ABA for Wire    044000024
                                    Account No.     01401048453
                                    Swift Code:     HUNTUS33
                                    Please Reference **Invoice No. 1494425**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1494425**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357





One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1494426
November 23, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Assumption and Rejection of Leases and Contracts
       Our Matter No. 60605.0003

### INVOICE SUMMARY

For Services rendered through October 31, 2017

| | |
|---|---|
| Professional Services | $1,117.80 |
| **Total Current Invoice** | **$1,117.80** |
| Previous Balance Due | $36,104.40 |
| Total Balance Due | $37,222.20 |

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence
you have placed in us.  Please call if we can be of further assistance.



Assumption and Rejection of Leases and Contracts
Our Matter No. 60605.0003

Invoice No. 1494426
November 23, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 10/03/2017 | FOWL S | Drafted notice of rejection of additional contracts (.3); communicated with client regarding same (.1). | 0.40 |
| 10/03/2017 | JORI W | Prepared certificate of service on contract counterparties regarding rejection notices and communicated with client regarding service. | 0.50 |
| 10/04/2017 | JORI W | Finalized and submitted affidavit of service of contract rejection notices. | 0.10 |
| 10/10/2017 | JORI W | Received and reviewed returned mail from contract rejection notice and researched contract counterparty in order to re-serve notice. | 0.40 |
| 10/16/2017 | FOWL S | Drafted motion for order approving rejection of contracts. | 1.20 |
| 10/18/2017 | FOWL S | Communicated with counsel for Prologis regarding security deposit. | 0.20 |
| 10/31/2017 | FOWL S | Drafted notice of rejection of additional contracts (.4); communicated with client regarding same (.1). | 0.50 |
| 10/31/2017 | JORI W | Reviewed contract rejection notice in order to facilitate service. | 0.20 |
| **Total Professional Services** | | | **$1,117.80** |

**Total Invoice Balance Due**     $1,117.80

### OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 07/20/17 | 1476592 | $21,415.05 | $0.00 | $21,415.05 |
| 08/09/17 | 1480335 | $9,171.90 | $0.00 | $9,171.90 |
| 09/09/17 | 1483569 | $4,714.20 | $0.00 | $4,714.20 |
| 10/06/17 | 1486936 | $803.25 | $0.00 | $803.25 |
| 11/23/17 | 1494426 | $1,117.80 | $0.00 | $1,117.80 |
| | | | **Total Balance Due** | **$37,222.20** |

### AGED AR

Assumption and Rejection of Leases and Contracts

Invoice No. 1494426

Our Matter No. 60605.0003

November 23, 2017

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|------------|-----------|-------|
| $1,117.80 | $803.25 | $4,714.20 | $9,171.90 | $21,415.05 | $37,222.20 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com





One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Invoice No. 1494426
November 23, 2017

Re:     Assumption and Rejection of Leases and Contracts
        Our Matter No. 60605.0003

## INVOICE SUMMARY

For Services rendered through October 31, 2017

| | |
|---|---|
| Professional Services | $1,117.80 |
| **Total Current Invoice** | **$1,117.80** |
| Previous Balance Due | $36,104.40 |
| Total Balance Due | $37,222.20 |

### Payment Options

**Online Payments:**
**ClientPay**

Wire/ACH Instructions:
Huntington Bank
ABA for ACH    074000078
ABA for Wire    044000024
Account No.     01401048453
Swift Code:     HUNTUS33
Please Reference **Invoice No. 1494426**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1494426**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



ELECTRONIC

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1494427
November 23, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Business Operations
        Our Matter No. 60605.0006

## INVOICE SUMMARY

For Services rendered through October 31, 2017

| | |
|---|---|
| Professional Services | $2,820.15 |
| **Total Current Invoice** | **$2,820.15** |
| | |
| Previous Balance Due | $32,059.35 |
| Total Balance Due | $34,879.50 |

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence
you have placed in us.  Please call if we can be of further assistance.



Business Operations
Our Matter No. 60605.0006

Invoice No. 1494427
November 23, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 10/03/2017 | HOKA J | Responded to further inquiry regarding Lindblom litigation. | 0.20 |
| 10/04/2017 | HOKA J | Provided summary (.3), and spoke with Company officers (.3) regarding status of pending matters. | 0.60 |
| 10/05/2017 | HOKA J | Responded to inquiry regarding Chase's request for waiver related to account communications. | 0.20 |
| 10/05/2017 | HOKA J | Reviewed Utility motion and orders, and prepared Notice to Utility Companies of treatment of Closed Accounts in conjunction with T. Stouffer. | 1.70 |
| 10/05/2017 | HOKA J | Finalized and circulated Motion to Amend KEIP. | 0.70 |
| 10/11/2017 | JORI W | Received September operating report from client, prepared same for filing and submitted with the court. | 0.90 |
| 10/13/2017 | HOKA J | Spoke with Anthem's counsel and advised regarding Debtors' options for continuing health insurance. | 0.50 |
| 10/26/2017 | HOKA J | Spoke with Zurich's counsel regarding information required for premium and GL policy audits. | 0.30 |
| 10/27/2017 | PISA M | Reviewed correspondnce and online docket to identify status of Cook County case regarding withdraw of counsel. | 0.30 |
| 10/30/2017 | HOKA J | Forwarded email regarding information requested by Zurich. | 0.20 |
| **Total Professional Services** | | | **$2,820.15** |

**Total Invoice Balance Due**                                                    $2,820.15

Business Operations
Our Matter No. 60605.0006

Invoice No. 1494427
November 23, 2017

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 07/20/17 | 1476594 | $11,191.05 | $0.00 | $11,191.05 |
| 08/09/17 | 1480336 | $14,388.30 | $0.00 | $14,388.30 |
| 09/09/17 | 1483571 | $3,789.45 | $0.00 | $3,789.45 |
| 10/06/17 | 1486938 | $2,690.55 | $0.00 | $2,690.55 |
| 11/23/17 | 1494427 | $2,820.15 | $0.00 | $2,820.15 |
| | | | **Total Balance Due** | **$34,879.50** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $2,820.15 | $2,690.55 | $3,789.45 | $14,388.30 | $11,191.05 | $34,879.50 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries, please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com





LEGAL COUNSEL

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                    Invoice No. 1494427
Debtor-In-Possesion                                                      November 23, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Business Operations
       Our Matter No. 60605.0006

## INVOICE SUMMARY

For Services rendered through October 31, 2017

| | |
|---|---|
| Professional Services | $2,820.15 |
| **Total Current Invoice** | **$2,820.15** |
| Previous Balance Due | $32,059.35 |
| Total Balance Due | $34,879.50 |

### Payment Options

**Online Payments:**          Wire/ACH Instructions:
**ClientPay**                 Huntington Bank
                              ABA for ACH     074000078
                              ABA for Wire    044000024
                              Account No.     01401048453
                              Swift Code:     HUNTUS33
                              Please Reference **Invoice No. 1494427**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1494427**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



**ELECTRONIC**

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1494428
November 23, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Case Administration
          Our Matter No. 60605.0007

### INVOICE SUMMARY

For Services rendered through October 31, 2017

| | |
|---|---:|
| Professional Services | $22,748.85 |
| **Total Current Invoice** | **$22,748.85** |
| Previous Balance Due | $52,750.80 |
| Total Balance Due | $75,499.65 |

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence
you have placed in us.  Please call if we can be of further assistance.



Case Administration
Our Matter No. 60605.0007

Invoice No. 1494428
November 23, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 09/01/2017 | JORI W | Reviewed docket and prepared agenda for next week's hearing. | 0.50 |
| 09/01/2017 | JORI W | Received, reviewed and submitted affidavits of service with the court. | 0.30 |
| 09/01/2017 | JORI W | Reviewed docket and communications with Donlin regarding service. | 0.30 |
| 09/01/2017 | HOKA J | Finalized revised form of Notice and sent internal emails regarding use going forward. | 0.80 |
| 09/04/2017 | HOKA J | Reviewed and forwarded Donlin's estimate for costs to notice a plan confirmation process. | 0.20 |
| 09/05/2017 | FOWL S | Reviewed documents from Home Meridian responsive to 2004 exam request (.7); communicated with counsel for Home Meridian regarding same (.3). | 1.00 |
| 09/05/2017 | JORI W | Finalized and submitted with the court, the proposed agenda for tomorrow's hearing and emailed client regarding same. | 0.30 |
| 09/05/2017 | HOKA J | Sent email to constituents and replied to responses regarding status of Amended DIP Order, Class Action Sale Auction and September 6th hearing. | 0.50 |
| 09/06/2017 | FOWL S | Drafted motion to set aside order (2.4) and motion to shorten notice for same (1.1). | 3.50 |
| 09/06/2017 | FOWL S | Attended hearing on 2004 exam, class action sale, and budget issues. | 3.00 |
| 09/06/2017 | FOWL S | Reviewed motion for relief from stay filed by Builtech. | 0.60 |
| 09/06/2017 | FOWL S | Prepared for hearings. | 1.00 |
| 09/06/2017 | FOWL S | Communicated with counsel for Ryder regarding production of documents. | 0.30 |
| 09/06/2017 | JORI W | Reviewed docket and communications with Donlin regarding service. | 0.20 |
| 09/06/2017 | JORI W | Received, reviewed and submitted affidavit of service with the court. | 0.20 |
| 09/06/2017 | HOKA J | Spoke with Court's staff and sent email regarding effect of power outage on hearing protocol. | 0.30 |
| 09/06/2017 | HOKA J | Attending hearings on HMI's Stay Motion and Class Action Sale Motion. | 3.00 |
| 09/07/2017 | CRIS T | Returned a call from Mills with Waste Management. | 0.10 |
| 09/07/2017 | FOWL S | Revised motion to set aside order based on comments from the Committee. | 0.40 |
| 09/07/2017 | FOWL S | Revised motion to set aside order based on comments from the lenders. | 0.80 |
| 09/07/2017 | FOWL S | Updated calendar of dates and deadlines in light of change of judge. | 0.50 |

Case Administration
Our Matter No. 60605.0007

Invoice No. 1494428
November 23, 2017

| | | | |
|---|---|---|---|
| 09/07/2017 | FOWL S | Revised motion to set aside order (.6); communicated with counsel for the lenders and the Committee regarding same (.2); communicated with court regarding form of notice for same (.1). | 0.90 |
| 09/07/2017 | JORI W | Reviewed docket and communications with Donlin regarding service. | 0.50 |
| 09/07/2017 | HOKA J | Exchange emails with Client officer and Court's staff regarding status of Principal 9019 Order (.3); compile and forward documents to Principal to consummate settlement (.6). | 0.90 |
| 09/08/2017 | HOKA J | Forwarded email exchange with prior Court's staff. | 0.10 |
| 09/11/2017 | JORI W | Received, reviewed and submitted affidavits of service with the court. | 0.40 |
| 09/11/2017 | JORI W | Reviewed recently filed documents and communications with Donlin regarding service. | 0.30 |
| 09/11/2017 | HOKA J | Reviewed and forwarded employment agreements requested by D&O's counsel. | 0.40 |
| 09/12/2017 | JORI W | Received, reviewed and submitted affidavit of service with the court. | 0.20 |
| 09/12/2017 | HOKA J | Reviewed August MOR. | 0.30 |
| 09/14/2017 | FOWL S | Prepared for hearing on motion to set aside. | 0.80 |
| 09/14/2017 | JORI W | Reviewed docket and communications with Donlin regarding service of documents. | 0.20 |
| 09/14/2017 | JORI W | Received, reviewed and submitted affidavits of service with the court. | 0.30 |
| 09/14/2017 | JORI W | Received and reviewed proof of claim and forwarded to Donlin for filing. | 0.20 |
| 09/14/2017 | JORI W | Reviewed status of objections regarding tomorrow's hearing and prepared and submitted proposed agenda with the court. | 0.50 |
| 09/14/2017 | HOKA J | Finalized and circulated draft Order on FILO Motion. | 0.80 |
| 09/15/2017 | FOWL S | Discussed amended DIP budget and related issues. | 1.40 |
| 09/15/2017 | FOWL S | Finalized order on motion to set aside. | 0.20 |
| 09/15/2017 | FOWL S | Attended hearing on motion to set aside order. | 1.20 |
| 09/15/2017 | FOWL S | Prepared for hearing on motion to set aside previous order and discussed budget related issues. | 1.40 |
| 09/15/2017 | JORI W | Received, reviewed and submitted certificate of service with the court. | 0.20 |
| 09/15/2017 | JORI W | Received and responded to e-mail from Kovacs regarding today's hearing. | 0.10 |
| 09/15/2017 | HOKA J | Circulated Order granting FILO Motion. | 0.20 |
| 09/15/2017 | HOKA J | Final preparations for and attend hearing on FILO Motion. | 2.00 |

Case Administration
Our Matter No. 60605.0007

Invoice No. 1494428
November 23, 2017

| | | | |
|---|---|---|---|
| 09/18/2017 | JORI W | Communications with Donlin regarding service of documents. | 0.20 |
| 09/18/2017 | JORI W | Reviewed and submitted affidavit of service with the court. | 0.20 |
| 09/19/2017 | FOWL S | Reviewed response in opposition to motion for adequate protection filed by Electrolux. | 0.90 |
| 09/19/2017 | FOWL S | Communicated with counsel for Builtech regarding relief from stay. | 0.30 |
| 09/19/2017 | JORI W | Received, reviewed and submitted affidavit of service with the court. | 0.10 |
| 09/20/2017 | JORI W | Communication with Donlin regarding file of Principal proof of claim (.1); reviewed docket and communications with Donlin regarding service (.1). | 0.20 |
| 09/21/2017 | FOWL S | Reviewed and analyzed Synchrony reply in support of motion for admin claim and setoff. | 0.70 |
| 09/21/2017 | JORI W | Reviewed docket regarding recent filings (.1); reviewed miscellaneous emails from trustee, client and Wells Fargo counsel (.1). | 0.20 |
| 09/21/2017 | HOKA J | Exchanged emails regarding Utility deposit issue. | 0.40 |
| 09/26/2017 | JORI W | Reviewed docket, status of affidavits of service needed and communications with Donlin regarding service. | 0.40 |
| 09/27/2017 | FOWL S | Communicated with counsel for the Committee regarding hearing dates. | 0.30 |
| 09/28/2017 | JORI W | Reviewed docket and prepared proposed agenda for Monday's hearing. | 0.70 |
| 09/28/2017 | JORI W | Received, reviewed and submitted affidavits of service with the court. | 0.20 |
| 09/28/2017 | HOKA J | Exchanged emails with HMI's counsel regarding status of negotiations with Ryder over 2004 motion/protective order. | 0.20 |
| 09/29/2017 | FOWL S | Communicated with Duke Energy regarding status of case. | 0.20 |
| 09/29/2017 | JORI W | Received and submitted affidavit of service with the court. | 0.20 |
| 09/29/2017 | JORI W | Finalized and submitted proposed agenda for Monday's hearing and communicated with Donlin regarding service. | 0.40 |
| 09/29/2017 | HOKA J | Provided update regarding status of matters scheduled for Oct. 2nd hearing, and assisted with finalization of Agenda to be filed. | 0.30 |
| 10/02/2017 | FOWL S | Attended hearing on stay relief motions, motion for 2004 exam, and D&O policy dispute. | 2.80 |
| 10/02/2017 | FOWL S | Prepared for hearing on stay motions. | 0.40 |
| 10/02/2017 | JORI W | Communications with client regarding today's hearing. | 0.10 |
| 10/02/2017 | HOKA J | Communicated with Court's staff regarding status of matters set for omnibus hearing (.3); prepared for (.8) and attended (2.4) omnibus hearing. | 3.50 |

Case Administration
Our Matter No. 60605.0007

Invoice No. 1494428
November 23, 2017

| | | | |
|---|---|---|---|
| 10/03/2017 | JORI W | Reviewed docket and communicated with Donlin regarding service of documents. | 0.30 |
| 10/03/2017 | HOKA J | Forward Order extending exclusivity. | 0.20 |
| 10/04/2017 | FOWL S | Communicated with client regarding demands for return of hydrogen tanks. | 0.20 |
| 10/04/2017 | JORI W | Reviewed docket and communicated with Donlin regarding service. | 0.20 |
| 10/04/2017 | JORI W | Received, reviewed and submitted affidavits of service with the court. | 0.20 |
| 10/04/2017 | HOKA J | Responded to inquiry of former employees' counsel regarding scheduled hearings. | 0.20 |
| 10/05/2017 | FOWL S | Commenced draft of motion to set procedures for limiting notice. | 1.10 |
| 10/06/2017 | FOWL S | Revised and finalized motion to limit notice. | 0.60 |
| 10/06/2017 | FOWL S | Revised and finalized motion to amend KEIP. | 0.60 |
| 10/06/2017 | JORI W | Gathered information for service of letter on utility providers regarding utility deposit account and communications with Donlin to facilitate service. | 0.80 |
| 10/09/2017 | FOWL S | Communicated with former employee regarding insurance issue (.1); communicated with client regarding same (.1). | 0.20 |
| 10/09/2017 | JORI W | Reviewed docket and communications with Donlin regarding service. | 0.20 |
| 10/09/2017 | JORI W | Reviewed docket to prepare agenda for tomorrow's hearing and submitted same with the court. | 0.80 |
| 10/09/2017 | JORI W | Prepared and submitted notice of motion to amend KEIP and notice of motion to limit notice and facilitated service of same. | 0.90 |
| 10/10/2017 | FOWL S | Strategized regarding status of case and potential plan. | 1.20 |
| 10/10/2017 | JORI W | Received, reviewed and submitted affidavit of service with the court. | 0.20 |
| 10/10/2017 | JORI W | Telephone calls with court and internal communications to facilitate handling of hearing exhibits. | 0.40 |
| 10/11/2017 | EFRO H | Telephone call from customer regarding claim process. | 0.20 |
| 10/11/2017 | JORI W | Reviewed docket and communications with Donlin regarding service. | 0.10 |
| 10/12/2017 | FOWL S | Communicated with court staff regarding issues with docket entries. | 0.30 |
| 10/16/2017 | FOWL S | Drafted agreed entry resolving adequate protection motion. | 1.50 |
| 10/16/2017 | JORI W | Finalized and submitted Ice Miller's September notice of draw. | 0.40 |
| 10/16/2017 | JORI W | Submitted proposed Order on Ice Miller's 2nd interim fee application. | 0.20 |
| 10/16/2017 | JORI W | Received, reviewed and submitted affidavits of service with the court. | 0.20 |

Case Administration
Our Matter No. 60605.0007

Invoice No. 1494428
November 23, 2017

| 10/17/2017 | JORI W | Received, reviewed and submitted omnibus objections to Throgmartin motions. | 0.80 |
|---|---|---|---|
| 10/17/2017 | JORI W | Reviewed docket and communicated with Donlin regarding service. | 0.20 |
| 10/18/2017 | JORI W | Received, reviewed and filed affidavit of service with the court. | 0.20 |
| 10/19/2017 | JORI W | Reviewed docket and communications with Donlin regarding service. | 0.20 |
| 10/20/2017 | FOWL S | Communicated with client regarding title to trailer for insurance claim. | 0.20 |
| 10/20/2017 | FOWL S | Communicated with client regarding customer Synchrony issues. | 0.30 |
| 10/20/2017 | JORI W | Received, reviewed and submitted affidavit of service with the court. | 0.20 |
| 10/23/2017 | JORI W | Reviewed docket and communications with Donlin regarding service of today's filing. | 0.20 |
| 10/23/2017 | JORI W | Received and responded to email from Kovacs regarding today's hearing agenda. | 0.10 |
| 10/24/2017 | FOWL S | Communicated with counsel for Anthem regarding policy and claims. | 0.60 |
| 10/24/2017 | JORI W | Reviewed docket and responded to Donlin regarding service. | 0.10 |
| 10/25/2017 | FOWL S | Reviewed letters from State Farm regarding subrogation claims (.3); communicated with client regarding same (.2). | 0.50 |
| 10/26/2017 | FOWL S | Communicated with counsel for Zurich regarding policies. | 0.40 |
| 10/26/2017 | JORI W | Reviewed docket and responded to Donlin regarding service. | 0.10 |
| 10/26/2017 | JORI W | Received, reviewed and submitted affidavit of service. | 0.20 |
| 10/30/2017 | JORI W | Reviewed docket and communications with Donlin regarding service. | 0.20 |
| 10/30/2017 | JORI W | Reviewed and submitted motion to continue Synchrony hearing. | 0.30 |
| 10/31/2017 | FOWL S | Communicated with counsel for the Committee regarding exclusivity motion. | 0.20 |
| 10/31/2017 | JORI W | Reviewed docket and communications with Donlin regarding service. | 0.10 |

**Total Professional Services**                                        **$22,748.85**

**Total Invoice Balance Due**                                          $22,748.85

Case Administration
Our Matter No. 60605.0007

Invoice No. 1494428
November 23, 2017

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 07/20/17 | 1476595 | $16,933.05 | $0.00 | $16,933.05 |
| 08/09/17 | 1480337 | $16,124.40 | $0.00 | $16,124.40 |
| 09/09/17 | 1483572 | $19,693.35 | $0.00 | $19,693.35 |
| 11/23/17 | 1494428 | $22,748.85 | $0.00 | $22,748.85 |
| | | | **Total Balance Due** | **$75,499.65** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $22,748.85 | $0.00 | $19,693.35 | $16,124.40 | $16,933.05 | $75,499.65 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com





One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Invoice No. 1494428
November 23, 2017

Re:   Case Administration
      Our Matter No. 60605.0007

## INVOICE SUMMARY

For Services rendered through October 31, 2017

| | |
|---|---|
| Professional Services | $22,748.85 |
| **Total Current Invoice** | **$22,748.85** |
| Previous Balance Due | $52,750.80 |
| Total Balance Due | $75,499.65 |

### Payment Options

**Online Payments:**
**ClientPay**

Wire/ACH Instructions:
Huntington Bank
ABA for ACH    074000078
ABA for Wire   044000024
Account No.    01401048453
Swift Code:    HUNTUS33
Please Reference **Invoice No. 1494428**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1494428**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357





One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1494429
November 23, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Claims Administration and Objections
        Our Matter No. 60605.0008

### INVOICE SUMMARY

For Services rendered through October 31, 2017

| | |
|---|---|
| Professional Services | $6,640.65 |
| **Total Current Invoice** | **$6,640.65** |
| Previous Balance Due | $31,214.25 |
| Total Balance Due | $37,854.90 |

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence
you have placed in us.  Please call if we can be of further assistance.



Claims Administration and Objections
Our Matter No. 60605.0008

Invoice No. 1494429
November 23, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 10/02/2017 | FOWL S | Communicated with counsel for Torrence regarding settlement agreement (.2); communicated with client regarding same (.1). | 0.30 |
| 10/02/2017 | FOWL S | Communicated with counsel for Torrence regarding settlement agreement for mechanic's lien administrative expense claim. | 0.40 |
| 10/02/2017 | FOWL S | Reviewed and analyzed pending applications for administrative expense claims. | 0.60 |
| 10/02/2017 | HOKA J | Forwarded administrative claimant's (landlord's) inquiry regarding status of rent claim. | 0.10 |
| 10/02/2017 | HOKA J | Responded to Committee's comments regarding administrative claims. | 0.20 |
| 10/03/2017 | FOWL S | Communicated with counsel for Fordbook and Highbook regarding administrative expenses. | 0.20 |
| 10/03/2017 | HOKA J | Responded to request for additional information from priority claimants' (former employees) counsel. | 0.30 |
| 10/03/2017 | HOKA J | Responded to inquiry from administrative claimant (janitorial provider). | 0.20 |
| 10/04/2017 | FOWL S | Communicated with counsel for Torrence regarding status of administrative expense reconciliation (.2); communicated with court regarding same (.1). | 0.30 |
| 10/04/2017 | FOWL S | Communicated with client regarding administrative expenses. | 0.10 |
| 10/12/2017 | FOWL S | Communicated with Morgan Lewis regarding certain admin expense claims. | 0.30 |
| 10/12/2017 | FOWL S | Revised and finalized order on Electrasound admin expense claim. | 0.40 |
| 10/12/2017 | FOWL S | Communicated with counsel for Electra-Sound regarding admin expense claim. | 0.30 |
| 10/12/2017 | FOWL S | Communicated with counsel for Ocala regarding admin expense claim. | 0.20 |
| 10/12/2017 | FOWL S | Reviewed admin expense claim filed by RPAI (.3); communicated with client regarding same (.1). | 0.40 |
| 10/12/2017 | FOWL S | Drafted agreed orders allowing Fordbook and Highbook stub rent claims (.8); communicated with counsel for Fordbook and Highbook regarding same (.1). | 0.90 |
| 10/12/2017 | FOWL S | Communicated with counsel for Fordbook and Highbook regarding stub rent claims (.2); communicated with client regarding same (.2). | 0.40 |
| 10/13/2017 | FOWL S | Reviewed and revised objection to Throgmartin tax obligation motion. | 0.80 |
| 10/13/2017 | FOWL S | Communicated with counsel for Ocala regarding agreed order on admin expense application. | 0.20 |

Claims Administration and Objections
Our Matter No. 60605.0008

Invoice No. 1494429
November 23, 2017

| 10/13/2017 | FOWL S | Reviewed administrative expense application filed by Georgia Power Company (.4); communicated with client regarding same (.1). | 0.50 |
|---|---|---|---|
| 10/13/2017 | FOWL S | Analyzed issues with Weilder nitrogen tanks (.5); communicated with Weilder regarding same (.3). | 0.80 |
| 10/16/2017 | FOWL S | Attended to entry of orders on Fordbook and Highbook administrative expenses. | 0.20 |
| 10/16/2017 | FOWL S | Communicated with counsel for Ocala regarding administrative expense claim and objection. | 0.40 |
| 10/16/2017 | HOKA J | Responded to inquiries regarding utility reconciliations. | 0.50 |
| 10/16/2017 | HOKA J | Responded to former employee's inquiry regarding retirement benefits. | 0.40 |
| 10/16/2017 | HOKA J | Reviewed draft settlement documents and exchanged emails respecting Anthem claims. | 0.80 |
| 10/16/2017 | HOKA J | Responded to stub rent claimant's inquiry regarding payments. | 0.50 |
| 10/17/2017 | FOWL S | Finalized objection to Throgmartin motions to pay taxes. | 0.80 |
| 10/17/2017 | FOWL S | Communicated with counsel for Protection One regarding administrative expense claim. | 0.20 |
| 10/17/2017 | HOKA J | Reviewed and provided analysis of Synchrony's demand. | 0.80 |
| 10/18/2017 | FOWL S | Attended to notices on new administrative expense claims and deadlines for same. | 0.40 |
| 10/18/2017 | FOWL S | Finalized agreed order on Ocala administrative expense claim (.1); communicated with court regarding same (.1). | 0.20 |
| 10/19/2017 | HOKA J | Participated in call relative to termination of Anthem contract. | 0.90 |
| 10/20/2017 | FOWL S | Communicated with client regarding contacts to reconcile RAC vendor credits and claim. | 0.20 |
| 10/20/2017 | FOWL S | Reviewed proof of claim filed by Prologis for Hebron property (.3); communicated with counsel for Prologis regarding same (.3). | 0.60 |
| 10/23/2017 | HOKA J | Spoke and exchanged messages with Anthem's counsel regarding settlement of policy claims and termination of run-out period. | 0.60 |
| 10/24/2017 | HOKA J | Spoke again with Anthem's counsel regarding termination of run out provisions. | 0.20 |
| 10/26/2017 | FOWL S | Attended to order on Ocala administrative expense. | 0.20 |
| 10/30/2017 | FOWL S | Drafted motion to continue Synchrony hearing. | 0.80 |

**Total Professional Services** **$6,640.65**

Claims Administration and Objections
Our Matter No. 60605.0008

Invoice No. 1494429
November 23, 2017

---

**Total Invoice Balance Due**                                                          $6,640.65

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 07/20/17 | 1476596 | $593.55 | $0.00 | $593.55 |
| 08/09/17 | 1480338 | $2,772.90 | $0.00 | $2,772.90 |
| 09/09/17 | 1483573 | $13,254.30 | $0.00 | $13,254.30 |
| 10/06/17 | 1486939 | $14,593.50 | $0.00 | $14,593.50 |
| 11/23/17 | 1494429 | $6,640.65 | $0.00 | $6,640.65 |
| | | | **Total Balance Due** | **$37,854.90** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|------------|-------|
| $6,640.65 | $14,593.50 | $13,254.30 | $2,772.90 | $593.55 | $37,854.90 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries, please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Invoice No. 1494429
November 23, 2017

Re:   Claims Administration and Objections
      Our Matter No. 60605.0008

## INVOICE SUMMARY

For Services rendered through October 31, 2017

| | |
|---|---:|
| Professional Services | $6,640.65 |
| **Total Current Invoice** | **$6,640.65** |
| Previous Balance Due | $31,214.25 |
| Total Balance Due | $37,854.90 |

### Payment Options

Online Payments:
**ClientPay**
ClientPay

Wire/ACH Instructions:
Huntington Bank
ABA for ACH     074000078
ABA for Wire    044000024
Account No.     01401048453
Swift Code:     HUNTUS33
Please Reference **Invoice No. 1494429**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1494429**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357





One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1494430
November 23, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Corporate Governance and Board Matters
        Our Matter No. 60605.0009

## INVOICE SUMMARY

For Services rendered through October 31, 2017

| | |
|---|---:|
| Professional Services | $779.40 |
| **Total Current Invoice** | **$779.40** |
| Previous Balance Due | $26,856.45 |
| Total Balance Due | $27,635.85 |

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence
you have placed in us.  Please call if we can be of further assistance.



Corporate Governance and Board Matters

Our Matter No. 60605.0009

Invoice No. 1494430

November 23, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 10/02/2017 | HOKA J | Provided summary of bankruptcy matters for Board call. | 0.40 |
| 10/20/2017 | THOR J | Preparation of Minutes of 10/2/17 Board meeting and transmittal of the same to K. Kovacs. | 0.80 |
| **Total Professional Services** | | | **$779.40** |

**Total Invoice Balance Due** $779.40

### OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 07/20/17 | 1476597 | $5,131.80 | $0.00 | $5,131.80 |
| 08/09/17 | 1480339 | $14,760.90 | $0.00 | $14,760.90 |
| 09/09/17 | 1483574 | $5,291.10 | $0.00 | $5,291.10 |
| 10/06/17 | 1486940 | $1,672.65 | $0.00 | $1,672.65 |
| 11/23/17 | 1494430 | $779.40 | $0.00 | $779.40 |
| | | | **Total Balance Due** | **$27,635.85** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|------------|-------|
| $779.40 | $1,672.65 | $5,291.10 | $14,760.90 | $5,131.80 | $27,635.85 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries, please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com





One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Invoice No. 1494430
November 23, 2017

Re:   Corporate Governance and Board Matters
      Our Matter No. 60605.0009

## INVOICE SUMMARY

For Services rendered through October 31, 2017

| | |
|---|---|
| Professional Services | $779.40 |
| **Total Current Invoice** | **$779.40** |
| Previous Balance Due | $26,856.45 |
| Total Balance Due | $27,635.85 |

## Payment Options

**Online Payments:**
**ClientPay**

Wire/ACH Instructions:
Huntington Bank
ABA for ACH      074000078
ABA for Wire     044000024
Account No.      01401048453
Swift Code:      HUNTUS33
Please Reference **Invoice No. 1494430**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1494430**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



**ELECTRONIC**

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1494431
November 23, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Employee Benefits and Pensions
        Our Matter No. 60605.0010

## INVOICE SUMMARY

For Services rendered through October 31, 2017

Professional Services                                    $4,317.30

**Total Current Invoice**                               **$4,317.30**

Previous Balance Due                                     $11,062.35

Total Balance Due                                        $15,379.65

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence
you have placed in us.  Please call if we can be of further assistance.



Employee Benefits and Pensions
Our Matter No. 60605.0010

Invoice No. 1494431
November 23, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 10/16/2017 | BURK C | Worked on health plan run-out claims adjudication issues. | 0.60 |
| 10/19/2017 | BURK C | Researched required ERISA notifications in light of pending decision to reduce claims run-out period (1.3); call with Kovacs and Hokanson regarding same (.2); call with DOL agent Bruemmer regarding same (.3); worked on e-mail to Kovacs regarding follow-up requests from Bruemmer (.6). | 2.40 |
| 10/19/2017 | SEAR C | Attention to whether fiduciary issues arise by shortening run-out period on health plan. | 0.20 |
| 10/24/2017 | BURK C | Reviewed follow-up health plan and data requests from DOL agent Bruemmer (.3); worked on issues regarding same (.5). | 0.80 |
| 10/25/2017 | BURK C | Worked additional requests from DOL agent Breummer. | 0.50 |
| 10/26/2017 | BURK C | Worked on draft of notice of material reduction in covered services for change in run-out period (1.0); worked on e-mail to Kovacs regarding same (.4). | 1.40 |
| 10/27/2017 | BURK C | Reviewed documents provided in response to DOL agent Bruemmer's request for additional documentation (.7); worked on e-mail to Bruemmer regarding same (.2); correspondence with client regarding open items and same (.2). | 1.10 |
| 10/30/2017 | BURK C | Correspondence with Bruemmer and Stouffer regarding benefit plan audit requests (.5); correspondence with Mallon regarding workers compensation obligations (.3). | 0.80 |

| **Total Professional Services** | **$4,317.30** |
|---|---|

| **Total Invoice Balance Due** | $4,317.30 |
|---|---|

Employee Benefits and Pensions

Our Matter No. 60605.0010

Invoice No. 1494431

November 23, 2017

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 07/20/17 | 1476598 | $4,538.70 | $0.00 | $4,538.70 |
| 08/09/17 | 1480340 | $4,752.45 | $0.00 | $4,752.45 |
| 09/09/17 | 1483575 | $1,771.20 | $0.00 | $1,771.20 |
| 11/23/17 | 1494431 | $4,317.30 | $0.00 | $4,317.30 |
| | | | **Total Balance Due** | **$15,379.65** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|------------|-------|
| $4,317.30 | $0.00 | $1,771.20 | $4,752.45 | $4,538.70 | $15,379.65 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com





One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Invoice No. 1494431
November 23, 2017

Re:     Employee Benefits and Pensions
        Our Matter No. 60605.0010

## INVOICE SUMMARY

For Services rendered through October 31, 2017

| | |
|---|---|
| Professional Services | $4,317.30 |
| **Total Current Invoice** | **$4,317.30** |
| Previous Balance Due | $11,062.35 |
| Total Balance Due | $15,379.65 |

### Payment Options

Online Payments:
**ClientPay**
ClientPay

Wire/ACH Instructions:
Huntington Bank
ABA for ACH    074000078
ABA for Wire   044000024
Account No.    01401048453
Swift Code:    HUNTUS33
Please Reference **Invoice No. 1494431**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1494431**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357





**IceMiller**
LEGAL COUNSEL

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1494432
November 23, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Employment and Fee Applications
        Our Matter No. 60605.0011

## INVOICE SUMMARY

For Services rendered through October 31, 2017

| | |
|---|---|
| Professional Services | $1,678.05 |
| **Total Current Invoice** | **$1,678.05** |
| Previous Balance Due | $47,878.65 |
| Total Balance Due | $49,556.70 |

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence
you have placed in us.  Please call if we can be of further assistance.



Employment and Fee Applications
Our Matter No. 60605.0011

Invoice No. 1494432
November 23, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 10/02/2017 | JORI W | Communications with client and KSM regarding retention application and affidavit for services related to 401k audit. | 0.20 |
| 10/02/2017 | JORI W | Supplemented KSM retention application, affidavit, notice and proposed order based on additional information received from client regarding 401k audit engagement. | 1.30 |
| 10/06/2017 | JORI W | Communications regarding handling of Katz employment for 401K audit. | 0.10 |
| 10/09/2017 | JORI W | Received and reviewed invoices for September services in order to prepare notice of draw. | 0.30 |
| 10/09/2017 | JORI W | Additional communications regarding handling of Katz retention application. | 0.20 |
| 10/10/2017 | JORI W | Reviewed data and performed calculations to prepare Ice Miller's notice of draw for September. | 0.80 |
| 10/10/2017 | JORI W | Reviewed e-mail from trustee regarding Ice Miller's 2nd interim fee application and updated draft order regarding same. | 0.20 |
| 10/12/2017 | JORI W | Received, reviewed and submitted Morgan Lewis' September Notice of Draw. | 0.30 |
| 10/17/2017 | JORI W | Communications to follow-up regarding Katz employment application. | 0.20 |
| 10/17/2017 | HOKA J | Spoke with UST regarding Katz employment. | 0.10 |
| 10/19/2017 | FOWL S | Revised application to employ KSM as ordinary course professionals. | 0.60 |
| 10/19/2017 | JORI W | Reviewed, finalized and submitted application to employ KSM, declaration in support of same, notice and proposed order. | 0.80 |
| 10/23/2017 | JORI W | Received and responded to email from KSM regarding employment application and handling of billing. | 0.20 |

| **Total Professional Services** | | | **$1,678.05** |
|---|---|---|---|

| **Total Invoice Balance Due** | $1,678.05 |
|---|---|

Employment and Fee Applications
Our Matter No. 60605.0011

Invoice No. 1494432
November 23, 2017

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 07/20/17 | 1476599 | $18,823.05 | $0.00 | $18,823.05 |
| 08/09/17 | 1480341 | $15,570.45 | $0.00 | $15,570.45 |
| 09/09/17 | 1483576 | $3,947.40 | $0.00 | $3,947.40 |
| 10/06/17 | 1486941 | $9,537.75 | $0.00 | $9,537.75 |
| 11/23/17 | 1494432 | $1,678.05 | $0.00 | $1,678.05 |
| | | | **Total Balance Due** | **$49,556.70** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---|---|---|---|---|---|
| $1,678.05 | $9,537.75 | $3,947.40 | $15,570.45 | $18,823.05 | $49,556.70 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



ELECTRONIC



LEGAL COUNSEL

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                          Invoice No. 1494432
Debtor-In-Possesion                                            November 23, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Employment and Fee Applications
       Our Matter No. 60605.0011

## INVOICE SUMMARY

For Services rendered through October 31, 2017

| | |
|---|---|
| Professional Services | $1,678.05 |
| **Total Current Invoice** | **$1,678.05** |
| Previous Balance Due | $47,878.65 |
| Total Balance Due | $49,556.70 |

### Payment Options

Online Payments:
**ClientPay**
ClientPay®

Wire/ACH Instructions:
Huntington Bank
ABA for ACH      074000078
ABA for Wire     044000024
Account No.      01401048453
Swift Code:      HUNTUS33
Please Reference **Invoice No. 1494432**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1494432**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



**IceMiller**
LEGAL COUNSEL

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1494433
November 23, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:   Financing and Cash Collateral
      Our Matter No. 60605.0013

## INVOICE SUMMARY

For Services rendered through October 31, 2017

| | |
|---|---|
| Professional Services | $6,574.50 |
| **Total Current Invoice** | **$6,574.50** |
| Previous Balance Due | $53,328.60 |
| Total Balance Due | $59,903.10 |

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence
you have placed in us.  Please call if we can be of further assistance.



Financing and Cash Collateral
Our Matter No. 60605.0013

Invoice No. 1494433
November 23, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 10/02/2017 | HOKA J | Devised and circulated proposal for funding payment of additional GOB administrative claims, and responded to inquiries related thereto. | 1.50 |
| 10/04/2017 | HOKA J | Continued work to finalize draft version of model for funding administrative claims, and forward to Committee counsel for review and comment. | 1.60 |
| 10/05/2017 | HOKA J | Reviewed Constituents' comments to Amended DIP Loan Agreement (.6); spoke with Committee counsel regarding comments to Amended DIP Agreement (.7). | 1.30 |
| 10/05/2017 | HOKA J | Began compilation and analysis of post-GOB fee projections vs. availability under carve out. | 0.80 |
| 10/16/2017 | HOKA J | Exchanged emails with GACP's counsel regarding KEIP carve out. | 0.20 |
| 10/16/2017 | HOKA J | Forwarded DIP Lenders' counsels' invoices. | 0.20 |
| 10/20/2017 | FOWL S | Communicated with counsel for the Committee regarding DIP amendment. | 0.60 |
| 10/20/2017 | HOKA J | Continued revision of Splits and related documents to account for additional administrative claims and additional accruals of professionals' fees. | 2.00 |
| 10/20/2017 | HOKA J | Spoke with Committee counsel regarding status of pending issues and revised DIP Budget documents. | 0.80 |
| 10/26/2017 | HOKA J | Calls with client officers regarding DIP waterfall issues. | 0.30 |
| 10/31/2017 | FOWL S | Communicated with counsel for the lenders and the Committee regarding amended DIP budget. | 0.90 |
| 10/31/2017 | HOKA J | Spoke with L. Peterson and revised Amended DIP Agreement per comments of various constituents. | 2.30 |

| | | | |
|---|---|---|---|
| **Total Professional Services** | | | **$6,574.50** |

| | |
|---|---|
| **Total Invoice Balance Due** | $6,574.50 |

Financing and Cash Collateral
Our Matter No. 60605.0013

Invoice No. 1494433
November 23, 2017

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 07/20/17 | 1476600 | $498.15 | $0.00 | $498.15 |
| 08/09/17 | 1480342 | $7,325.10 | $0.00 | $7,325.10 |
| 09/09/17 | 1483577 | $23,474.70 | $0.00 | $23,474.70 |
| 10/06/17 | 1486942 | $22,030.65 | $0.00 | $22,030.65 |
| 11/23/17 | 1494433 | $6,574.50 | $0.00 | $6,574.50 |
| | | | **Total Balance Due** | **$59,903.10** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|------------|-------|
| $6,574.50 | $22,030.65 | $23,474.70 | $7,325.10 | $498.15 | $59,903.10 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries, please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com





**LEGAL COUNSEL**

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Invoice No. 1494433
November 23, 2017

Re:     Financing and Cash Collateral
        Our Matter No. 60605.0013

## INVOICE SUMMARY

For Services rendered through October 31, 2017

| | |
|---|---|
| Professional Services | $6,574.50 |
| **Total Current Invoice** | **$6,574.50** |
| Previous Balance Due | $53,328.60 |
| Total Balance Due | $59,903.10 |

### Payment Options

Online Payments:
**ClientPay**
ClientPay®

Wire/ACH Instructions:
Huntington Bank
ABA for ACH      074000078
ABA for Wire     044000024
Account No.      01401048453
Swift Code:      HUNTUS33
Please Reference **Invoice No. 1494433**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1494433**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357





**IceMiller**
LEGAL COUNSEL

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1494434
November 23, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Litigation
        Our Matter No. 60605.0014

## INVOICE SUMMARY

For Services rendered through October 31, 2017

Professional Services                                          $29,465.10

**Total Current Invoice**                                     **$29,465.10**

Previous Balance Due                                           $41,474.25

Total Balance Due                                              $70,939.35

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence you have placed in us.  Please call if we can be of further assistance.



Litigation
Our Matter No. 60605.0014

Invoice No. 1494434
November 23, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 10/02/2017 | ARCE A | Read and commented on draft adequate protection reply brief (Electrolux) (.6); read draft summary judgment brief (.5). | 1.10 |
| 10/04/2017 | ARCE A | Received and read Electrolux's motion for case management conference (.2); communications among counsel regarding preparations for hearing (.2); reviewed, finalized and filed briefs and related communications (.7). | 1.10 |
| 10/05/2017 | HOKA J | Exchanged emails regarding preparations for October 10th hearing. | 0.50 |
| 10/05/2017 | ARCE A | Received order setting pretrial conference (.1); communications about and initial preparations for pretrial conference (.5). | 0.60 |
| 10/06/2017 | JORI W | Reviewed communications regarding hearing on Electrolux adversary proceeding and facilitated preparation of demonstrative exhibits for same. | 1.20 |
| 10/06/2017 | ARCE A | Multiple emails regarding preparations for hearing. | 0.30 |
| 10/09/2017 | ROUS M | Reviewed Position Statement from Onward Mfg. | 0.30 |
| 10/09/2017 | FOWL S | Prepared for hearing on Electrolux adequate protection motion. | 0.90 |
| 10/09/2017 | ARCE A | Met with Gallo to prepare for hearing, including conference call with client representative to prepare direct examination and preparation of exhibits. | 3.80 |
| 10/10/2017 | FOWL S | Strategized regarding Electrolux litigation. | 0.40 |
| 10/10/2017 | FOWL S | Attended status conference and hearing on Electrolux motion to determine adequate protection. | 1.70 |
| 10/10/2017 | FOWL S | Prepared for hearing on Electrolux motion to determine adequate protection. | 1.50 |
| 10/10/2017 | FOWL S | Reviewed briefs in preparation for hearing on Electrolux motion to determine adequate protection. | 1.10 |
| 10/10/2017 | ARCE A | Met with counsel and witnesses to prepare for hearing(4.1); attended and participated in hearing on motion to determine adequate protection and pretrial conference (1.7); conferred with counsel and witnesses to discuss status and strategy (1.0). | 6.80 |
| 10/11/2017 | FOWL S | Communicated with counsel for lenders regarding adequate protection motion and Electrolux litigation. | 0.30 |
| 10/11/2017 | ARCE A | Received and read court orders on adequate protection and pretrial conference. | 0.20 |
| 10/12/2017 | ARCE A | Multiple emails among counsel regarding post-hearing strategy. | 0.30 |

Litigation
Our Matter No. 60605.0014

Invoice No. 1494434
November 23, 2017

| | | | |
|---|---|---|---|
| 10/13/2017 | ARCE A | Received and read Sixth Circuit decision in Stein litigation (.8); read related pleadings, orders and communications (.5); email to client regarding strategy (.2); received and real Electrolux's motion to extend time to respond to motion for partial summary judgment and related communications (.1); received and read order continuing initial pretrial conference (.2); read motion and declaration to extend time on pending summary judgment (.2); received and read order denying request for decision (Underwood).(.2) | 2.20 |
| 10/16/2017 | FOWL S | Communicated with client regarding Onward adversary proceeding. | 0.20 |
| 10/16/2017 | HOKA J | Assisted with finalization and filing of objection to Elux's motion to extend SJ briefing deadlines. | 0.50 |
| 10/16/2017 | ARCE A | Read and commented on draft joinder to Wells' objection (.1); read corrected entry on hearings (.1); finalized and filed joinder (.3). | 0.50 |
| 10/17/2017 | HOKA J | Prepared and circulated Agreed Entry resolving Adequate Protection Motion (.8); participated in call regarding Elux litigation (.5); finalized and circulated Agreed Entry to Elux's counsel (.3). | 1.60 |
| 10/17/2017 | HOKA J | Assisted with drafting Agreed Entry and Order resolving Elux AP Motion, and reviewed and forwarded J. Knauer's email regarding same. | 1.40 |
| 10/17/2017 | ARCE A | Multiple emails among counsel regarding draft agreed entry (inventory calculation) (.5); attention to court filings (.2); received and read order setting hearing on procedural motion (.2). | 0.90 |
| 10/18/2017 | FOWL S | Reviewed communications with RAC and analyzed causes of action against same. | 1.70 |
| 10/18/2017 | FOWL S | Analyzed causes of action against Warrantech and viability thereof. | 1.80 |
| 10/18/2017 | FOWL S | Communicated with counsel for the committee regarding collection of amounts from Nikon. | 0.20 |
| 10/18/2017 | FOWL S | Communicated with counsel for ESI regarding substantiation of claims and return of credits prior to initiating litigation. | 0.20 |
| 10/18/2017 | FOWL S | Communicated with counsel for Belkin regarding attempts to collect judgment. | 0.20 |
| 10/18/2017 | ARCE A | Emails regarding inventory calculations. | 0.20 |
| 10/19/2017 | FOWL S | Analyzed Onward position statement (1.2); communicated with counsel for Onward regarding same (.2). | 1.40 |
| 10/20/2017 | FOWL S | Continued analysis of causes of action against Warrantech and viability of same. | 1.10 |
| 10/20/2017 | JORI W | Reviewed communications regarding handling of discovery in Electrolux matter. | 0.20 |
| 10/20/2017 | HOKA J | Reviewed and forwarded Electrolux's initial discovery requests. | 0.80 |

Litigation
Our Matter No. 60605.0014

Invoice No. 1494434
November 23, 2017

| 10/20/2017 | HOKA J | Provided update to client officers regarding procedural posture and prospects for settlement of Electrolux litigation. | 0.50 |
|---|---|---|---|
| 10/23/2017 | FOWL S | Attended hearing on Elux motion to extend time to respond to Wells' summary judgment motion. | 1.00 |
| 10/23/2017 | JORI W | Began preparing general responses and objections to Electrolux's request for production of documents in adversary matter. | 1.30 |
| 10/23/2017 | HOKA J | Attended hearing on Electrolux's motion to extend SJ briefing deadlines (1.5) and participated in subsequent discussions regarding strategy for proceeding (.5). | 2.00 |
| 10/23/2017 | ARCE A | Received and read Electrolux's discovery requests (1.0); prepared for and participated in hearing on Electrolux's motion on summary judgment, discovery and deadlines (3.2); multiple email communications among counsel regarding Electrolux discovery (.8). | 5.00 |
| 10/23/2017 | ARCE A | Telephone conference planning meeting with opposing counsel. | 0.40 |
| 10/24/2017 | FOWL S | Communicated with counsel for Vantiv regarding defenses to claims. | 0.30 |
| 10/24/2017 | FOWL S | Communicated with counsel for lenders regarding strategy for discovery in Electrolux litigation. | 0.50 |
| 10/24/2017 | HOKA J | Participated in discussions with lead and constituents' counsel regarding Elux discovery issues. | 0.40 |
| 10/24/2017 | ARCE A | Conference call among counsel to discuss discovery strategy. | 0.40 |
| 10/25/2017 | FOWL S | Communicated with counsel for Synnex regarding claims and pretrial report. | 0.30 |
| 10/25/2017 | FOWL S | Communicated with client regarding Vantiv litigation. | 0.20 |
| 10/25/2017 | FOWL S | Communicated with counsel for Onward regarding complaint and settlement. | 0.20 |
| 10/25/2017 | JORI W | Continued preparing draft responses to Electrolux's requests for production and conferred with attorneys regarding further handling to collect documents from client. | 1.10 |
| 10/25/2017 | ARCE A | Multiple emails among counsel regarding discovery issues (.4); began working on discovery responses and objections (1.0). | 1.40 |
| 10/26/2017 | ARCE A | Read and followed up on request for transcript (.2); preparations for conference call among counsel to discuss discovery issues (.5). | 0.70 |
| 10/27/2017 | FOWL S | Communicated with counsel for the Committee regarding discovery to Warrantech. | 0.20 |
| 10/27/2017 | HOKA J | Participated in conference call regarding Electrolux discovery. | 0.80 |
| 10/27/2017 | HOKA J | Participated in call of counsel regarding Elux discovery issues (.6); received additional calls from co-counsel and Elux's counsel (.3). | 0.90 |

Litigation
Our Matter No. 60605.0014

Invoice No. 1494434
November 23, 2017

| 10/27/2017 | ARCE A | Prepared for and participated in conference call among counsel to discuss parameters of Electrolux discovery (1.0); followed up on strategy in response (.2); received and read order approving agreed entry (.2); considered potential settlement strategy (.4). | 1.80 |
|---|---|---|---|
| 10/30/2017 | ARCE A | Read email communications regarding settlement strategy (.2); followed up on transcript (.2). | 0.40 |
| 10/31/2017 | FOWL S | Communicated with counsel for Synnex regarding settlement of adversary proceeding. | 0.30 |
| 10/31/2017 | FOWL S | Communicated with court regarding pretrial report in Vantiv adversary proceeding. | 0.20 |
| 10/31/2017 | FOWL S | Drafted joint pretrial report for Synnex adversary (.7); communicated with counsel for the Committee and Synnex regarding same (.2). | 0.90 |
| 10/31/2017 | ARCE A | Received and read letter from Lazar and interrogatories to debtors, Wells Fargo, and GACP, respectively (.6); multiple emails among counsel regarding discovery issues (.4); worked on discovery objections and responses (1.4); received and read order continuing hearing (.1); multiple emails among counsel regarding discovery (.3). | 2.80 |

**Total Professional Services**                                          **$29,465.10**

**Total Invoice Balance Due**                                          $29,465.10

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 07/20/17 | 1476601 | $3,801.60 | $0.00 | $3,801.60 |
| 08/09/17 | 1480343 | $7,128.00 | $0.00 | $7,128.00 |
| 09/09/17 | 1483578 | $18,208.80 | $0.00 | $18,208.80 |
| 10/06/17 | 1486943 | $12,335.85 | $0.00 | $12,335.85 |
| 11/23/17 | 1494434 | $29,465.10 | $0.00 | $29,465.10 |
| | | | **Total Balance Due** | **$70,939.35** |

## AGED AR

Litigation                                                                                         Invoice No. 1494434
Our Matter No. 60605.0014                                                                           November 23, 2017

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $29,465.10 | $12,335.85 | $18,208.80 | $7,128.00 | $3,801.60 | $70,939.35 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com





LEGAL COUNSEL

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Invoice No. 1494434
November 23, 2017

Re:      Litigation
         Our Matter No. 60605.0014

## INVOICE SUMMARY

For Services rendered through October 31, 2017

| | |
|---|---|
| Professional Services | $29,465.10 |
| **Total Current Invoice** | **$29,465.10** |
| Previous Balance Due | $41,474.25 |
| Total Balance Due | $70,939.35 |

## Payment Options

**Online Payments:**
**ClientPay**
ClientPay®

Wire/ACH Instructions:
Huntington Bank
ABA for ACH     074000078
ABA for Wire    044000024
Account No.     01401048453
Swift Code:     HUNTUS33
Please Reference **Invoice No. 1494434**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1494434**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



**IceMiller**
LEGAL COUNSEL

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1494435
November 23, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Meetings and Communications with Creditors
        Our Matter No. 60605.0015

### INVOICE SUMMARY

For Services rendered through October 31, 2017

| | |
|---|---|
| Professional Services | $217.35 |
| **Total Current Invoice** | **$217.35** |
| Previous Balance Due | $11,792.25 |
| Total Balance Due | $12,009.60 |

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence
you have placed in us.  Please call if we can be of further assistance.



Meetings and Communications with Creditors
Our Matter No. 60605.0015

Invoice No. 1494435
November 23, 2017

**PROFESSIONAL SERVICES**

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 10/11/2017 | JORI W | Communications with creditor and client in order to obtain information to respond to inquiry. | 0.30 |
| 10/12/2017 | JORI W | Additional communications with client regarding response to creditor inquiry. | 0.10 |
| 10/31/2017 | JORI W | Received, reviewed and responded to creditor inquiry regarding filing of proof of claim. | 0.30 |
| **Total Professional Services** | | | **$217.35** |

**Total Invoice Balance Due**                                    $217.35

**OUTSTANDING INVOICES**

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 07/20/17 | 1476602 | $1,273.05 | $0.00 | $1,273.05 |
| 08/09/17 | 1480344 | $8,625.15 | $0.00 | $8,625.15 |
| 09/09/17 | 1483579 | $1,769.85 | $0.00 | $1,769.85 |
| 10/06/17 | 1486944 | $124.20 | $0.00 | $124.20 |
| 11/23/17 | 1494435 | $217.35 | $0.00 | $217.35 |
| | | | **Total Balance Due** | **$12,009.60** |

**AGED AR**

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $217.35 | $124.20 | $1,769.85 | $8,625.15 | $1,273.05 | $12,009.60 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com





One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Invoice No. 1494435
November 23, 2017

Re:   Meetings and Communications with Creditors
      Our Matter No. 60605.0015

### INVOICE SUMMARY

For Services rendered through October 31, 2017

| | |
|---|---:|
| Professional Services | $217.35 |
| **Total Current Invoice** | **$217.35** |
| Previous Balance Due | $11,792.25 |
| Total Balance Due | $12,009.60 |

### Payment Options

**Online Payments:**
**ClientPay**
ClientPay

Wire/ACH Instructions:
Huntington Bank
ABA for ACH    074000078
ABA for Wire   044000024
Account No.    01401048453
Swift Code:    HUNTUS33
Please Reference **Invoice No. 1494435**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1494435**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



**Ice**Miller

LEGAL COUNSEL

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1494436
November 23, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Relief from Stay and Adequate Protection
        Our Matter No. 60605.0019

### INVOICE SUMMARY

For Services rendered through October 31, 2017

| | |
|---|---|
| Professional Services | $2,165.85 |
| **Total Current Invoice** | **$2,165.85** |
| Previous Balance Due | $25,582.05 |
| Total Balance Due | $27,747.90 |

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence
you have placed in us.  Please call if we can be of further assistance.



Relief from Stay and Adequate Protection
Our Matter No. 60605.0019

Invoice No. 1494436
November 23, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 10/02/2017 | FOWL S | Communicated with counsel for personal injury claimant regarding relief from stay motion and policy coverage. | 0.20 |
| 10/02/2017 | HOKA J | Respond to Demar's counsel regarding disposition of remaining inventory and calculation of administrative claim. | 0.40 |
| 10/02/2017 | HOKA J | Reviewed and assisted with finalization of Reply for Elux's adequate protection matter. | 0.60 |
| 10/02/2017 | HOKA J | Assisted with finalization of Builtech Stay Order. | 0.20 |
| 10/02/2017 | HOKA J | Circulated GL insurance policy for review by Stay Motion parties. | 0.20 |
| 10/02/2017 | HOKA J | Spoke with GACP's counsel regarding terms of settlement of D&O's Stay Motion. | 0.20 |
| 10/03/2017 | FOWL S | Revised orders from hearing. | 0.50 |
| 10/03/2017 | HOKA J | Spoke with Synchrony's counsel (.2); shared and discussed parameters for settlement with Constituents (.5). | 0.70 |
| 10/03/2017 | HOKA J | Responded to further inquiry regarding stay relief for Demars. | 0.20 |
| 10/04/2017 | FOWL S | Communicated with counsel for Panos regarding order on motion for relief from stay. | 0.20 |
| 10/04/2017 | HOKA J | Reviewed and forwarded Stay Order regarding Stein Beck motion. | 0.10 |
| 10/04/2017 | HOKA J | Exchanged emails with counsel to personal injury claimant regarding availability of insurance/stay relief. | 0.40 |
| 10/13/2017 | HOKA J | Review and provided guidance regarding appellate court ruling in Stein matter. | 0.30 |
| 10/30/2017 | STEW A | Reviewed client inquiry; advised regarding Indiana requirements for worker's compensation insurance. | 0.10 |

| **Total Professional Services** | **$2,165.85** |
|---|---|

| **Total Invoice Balance Due** | $2,165.85 |
|---|---|

Relief from Stay and Adequate Protection

Invoice No. 1494436

Our Matter No. 60605.0019

November 23, 2017

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 07/20/17 | 1476604 | $835.65 | $0.00 | $835.65 |
| 08/09/17 | 1480345 | $5,694.30 | $0.00 | $5,694.30 |
| 09/09/17 | 1483580 | $14,628.15 | $0.00 | $14,628.15 |
| 10/06/17 | 1486945 | $4,423.95 | $0.00 | $4,423.95 |
| 11/23/17 | 1494436 | $2,165.85 | $0.00 | $2,165.85 |
| | | | **Total Balance Due** | **$27,747.90** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $2,165.85 | $4,423.95 | $14,628.15 | $5,694.30 | $835.65 | $27,747.90 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



ELECTRONIC



**IceMiller**
LEGAL COUNSEL

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Invoice No. 1494436
November 23, 2017

Re:   Relief from Stay and Adequate Protection
      Our Matter No. 60605.0019

## INVOICE SUMMARY

For Services rendered through October 31, 2017

| | |
|---|---|
| Professional Services | $2,165.85 |
| **Total Current Invoice** | **$2,165.85** |
| Previous Balance Due | $25,582.05 |
| Total Balance Due | $27,747.90 |

### Payment Options

**Online Payments:**
**ClientPay**
ClientPay®

Wire/ACH Instructions:
Huntington Bank
ABA for ACH    074000078
ABA for Wire   044000024
Account No.    01401048453
Swift Code:    HUNTUS33
Please Reference **Invoice No. 1494436**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1494436**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357

REMITTANCE





**LEGAL COUNSEL**

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1494437
November 23, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Tax
        Our Matter No. 60605.0021

## INVOICE SUMMARY

For Services rendered through October 31, 2017

| | |
|---|---|
| Professional Services | $190.35 |
| **Total Current Invoice** | **$190.35** |
| Previous Balance Due | $11,017.35 |
| Total Balance Due | $11,207.70 |

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence
you have placed in us.  Please call if we can be of further assistance.



Tax
Our Matter No. 60605.0021

Invoice No. 1494437
November 23, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 10/11/2017 | SCHN T | Responded to email regarding Picori fee. | 0.30 |
| **Total Professional Services** | | | **$190.35** |

**Total Invoice Balance Due**     $190.35

### OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 07/20/17 | 1476605 | $3,360.15 | $0.00 | $3,360.15 |
| 08/09/17 | 1480346 | $1,490.40 | $0.00 | $1,490.40 |
| 09/09/17 | 1483581 | $1,354.05 | $0.00 | $1,354.05 |
| 10/06/17 | 1486946 | $4,812.75 | $0.00 | $4,812.75 |
| 11/23/17 | 1494437 | $190.35 | $0.00 | $190.35 |
| | | | **Total Balance Due** | **$11,207.70** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $190.35 | $4,812.75 | $1,354.05 | $1,490.40 | $3,360.15 | $11,207.70 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com





LEGAL COUNSEL

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Invoice No. 1494437
November 23, 2017

Re:     Tax
        Our Matter No. 60605.0021

## INVOICE SUMMARY

For Services rendered through October 31, 2017

| | |
|---|---|
| Professional Services | $190.35 |
| **Total Current Invoice** | **$190.35** |
| Previous Balance Due | $11,017.35 |
| Total Balance Due | $11,207.70 |

## Payment Options

**Online Payments:**
**ClientPay**
ClientPay®

Wire/ACH Instructions:
Huntington Bank
ABA for ACH      074000078
ABA for Wire     044000024
Account No.      01401048453
Swift Code:      HUNTUS33
Please Reference **Invoice No. 1494437**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1494437**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1494438
November 23, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Cost and Expenses
        Our Matter No. 60605.0023

**INVOICE SUMMARY**

For Services rendered through October 31, 2017

| | |
|---|---|
| Disbursements | $1,779.34 |
| **Total Current Invoice** | **$1,779.34** |
| Previous Balance Due | $10,394.74 |
| Total Balance Due | $12,174.08 |

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence
you have placed in us.  Please call if we can be of further assistance.



Cost and Expenses
Our Matter No. 60605.0023

Invoice No. 1494438
November 23, 2017

### COSTS ADVANCED

| Description | Amount |
|---|---|
| Color Photocopies | $354.50 |
| Photocopies | $427.35 |
| Courier Expense | $6.95 |
| Courier Expense | $397.54 |
| Foam Core Mounting | $10.00 |
| Engineering Copy per Square Footage | $15.00 |
| Engineering Copy per Square Footage - COLOR | $54.00 |
| Lunch for HH Gregg meeting 29 E2. | $68.00 |
| Legal Research Expense - WESTLAW - WESTLAW 60605.0023.01313.HHG RESEARCH | $396.00 |
| Legal Research Expense - WESTLAW - WESTLAW 60605.0008.06129 | $50.00 |
| **Total Cost Advanced** | **$1,779.34** |

**Total Invoice Balance Due**      $1,779.34

### OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 07/20/17 | 1476606 | $3,957.57 | $0.00 | $3,957.57 |
| 08/09/17 | 1480347 | $2,683.73 | $0.00 | $2,683.73 |
| 09/09/17 | 1483582 | $3,166.99 | $0.00 | $3,166.99 |
| 10/06/17 | 1486947 | $586.45 | $0.00 | $586.45 |
| 11/23/17 | 1494438 | $1,779.34 | $0.00 | $1,779.34 |
| | | | **Total Balance Due** | **$12,174.08** |

### AGED AR

Cost and Expenses
Our Matter No. 60605.0023

Invoice No. 1494438
November 23, 2017

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $1,779.34 | $586.45 | $3,166.99 | $2,683.73 | $3,957.57 | $12,174.08 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com





One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                    Invoice No. 1494438
Debtor-In-Possesion                                                      November 23, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Cost and Expenses
       Our Matter No. 60605.0023

## INVOICE SUMMARY

For Services rendered through October 31, 2017

Disbursements                                                                $1,779.34

**Total Current Invoice**                                                    **$1,779.34**

Previous Balance Due                                                         $10,394.74

Total Balance Due                                                            $12,174.08

## Payment Options

Online Payments:                    Wire/ACH Instructions:
**ClientPay**                       Huntington Bank
                                    ABA for ACH     074000078
                                    ABA for Wire    044000024
                                    Account No.     01401048453
                                    Swift Code:     HUNTUS33
                                    Please Reference **Invoice No. 1494438**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1494438**

Questions or concerns, please email **payice@icemiller.com**

---

Payment Terms: Net 30
Tax ID: 35-0874357



**IceMiller**
LEGAL COUNSEL

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1494439
November 23, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Schechner NP Discovery Request
        Our Matter No. 60605.0024

## INVOICE SUMMARY

For Services rendered through October 31, 2017

| | |
|---|---|
| Professional Services | $634.50 |
| **Total Current Invoice** | **$634.50** |
| | |
| Previous Balance Due | $1,119.60 |
| Total Balance Due | $1,754.10 |

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence you have placed in us.  Please call if we can be of further assistance.



Bonds help build communities. Our client-focused work touches all aspects of your life. Our focus is you and the community you support.

Schechner NP Discovery Request

Our Matter No. 60605.0024

Invoice No. 1494439

November 23, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 10/04/2017 | FUGA C | E-mailed Mallon regarding status of collection of documents that are responsive to the non-party subpoena. | 0.10 |
| 10/05/2017 | FUGA C | Call with Mamorsky regarding status of response to non-party subpoena. | 0.10 |
| 10/10/2017 | FUGA C | Brief review of documents provided by Mallon. | 0.20 |
| 10/10/2017 | FUGA C | Communication with Mallon regarding document search. | 0.20 |
| 10/10/2017 | FUGA C | Call from Mamorsky regarding status of responding to non-party subpoena. | 0.10 |
| 10/11/2017 | FUGA C | E-mailed Mallon regarding document responsive to non-party request. | 0.10 |
| 10/11/2017 | FUGA C | Analyzed document provided by client for responsiveness to subpoena. | 0.40 |
| 10/14/2017 | FUGA C | E-mailed Mallon regarding production of documents. | 0.10 |
| 10/16/2017 | FUGA C | Responded to Adam's e-mail regarding response to non-party subpoena. | 0.20 |
| **Total Professional Services** | | | **$634.50** |

**Total Invoice Balance Due** $634.50

### OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 10/06/17 | 1486948 | $1,119.60 | $0.00 | $1,119.60 |
| 11/23/17 | 1494439 | $634.50 | $0.00 | $634.50 |
| | | | **Total Balance Due** | **$1,754.10** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $634.50 | $1,119.60 | $0.00 | $0.00 | $0.00 | $1,754.10 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Schechner NP Discovery Request                                                    Invoice No. 1494439
Our Matter No. 60605.0024                                                          November 23, 2017

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com





One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Invoice No. 1494439
November 23, 2017

Re:     Schechner NP Discovery Request
        Our Matter No. 60605.0024

## INVOICE SUMMARY

For Services rendered through October 31, 2017

| | |
|---|---:|
| Professional Services | $634.50 |
| **Total Current Invoice** | **$634.50** |
| Previous Balance Due | $1,119.60 |
| Total Balance Due | $1,754.10 |

### Payment Options

**Online Payments:**
**ClientPay**

Wire/ACH Instructions:
Huntington Bank
ABA for ACH     074000078
ABA for Wire    044000024
Account No.     01401048453
Swift Code:     HUNTUS33
Please Reference **Invoice No. 1494439**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1494439**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357





**Ice**Miller

LEGAL COUNSEL

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1496917
December 9, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Asset Analysis and Recovery
        Our Matter No. 60605.0001

## INVOICE SUMMARY

For Services rendered through November 30, 2017

Professional Services                                      $2,103.30

**Total Current Invoice**                                **$2,103.30**

Previous Balance Due                                     $100,449.00

Total Balance Due                                        $102,552.30

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence
you have placed in us.  Please call if we can be of further assistance.



Asset Analysis and Recovery

Invoice No. 1496917

Our Matter No. 60605.0001

December 9, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 11/03/2017 | HOKA J | Provided copies of pre-litigation discovery to lenders' counsel. | 0.30 |
| 11/03/2017 | HOKA J | Reviewed and forwarded summary of preference recoveries. | 0.20 |
| 11/06/2017 | HOKA J | Exchanged emails regarding status of efforts to reconcile RAC account. | 0.40 |
| 11/07/2017 | HOKA J | Reviewed e-mail traffic regarding status of preference claims. | 0.20 |
| 11/08/2017 | HOKA J | Sent e-mail and spoke with Committee counsel regarding status of recoveries. | 1.20 |
| 11/17/2017 | HOKA J | Participated in conference call regarding discovery from Warrentech, and discussions afterward. | 0.80 |
| 11/17/2017 | HOKA J | Participated in call with opposing counsel regarding W'tech claims. | 0.30 |
| 11/20/2017 | HOKA J | Responded to inquiry regarding summary/tracker for preference complaints. | 0.20 |
| 11/28/2017 | HOKA J | Forwarded expression of interest in remaining assets. | 0.20 |
| **Total Professional Services** | | | **$2,103.30** |

**Total Invoice Balance Due** $2,103.30

### OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 07/20/17 | 1476590 | $30,393.45 | $0.00 | $30,393.45 |
| 08/09/17 | 1480333 | $32,545.35 | $0.00 | $32,545.35 |
| 09/09/17 | 1483567 | $33,363.00 | $0.00 | $33,363.00 |
| 10/06/17 | 1486934 | $3,653.10 | $0.00 | $3,653.10 |
| 11/23/17 | 1494424 | $494.10 | $0.00 | $494.10 |
| 12/09/17 | 1496917 | $2,103.30 | $0.00 | $2,103.30 |
| | | **Total Balance Due** | | **$102,552.30** |

Asset Analysis and Recovery
Our Matter No. 60605.0001

Invoice No. 1496917
December 9, 2017

## AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|------------|-----------|-------|
| $2,597.40 | $0.00 | $3,653.10 | $33,363.00 | $62,938.80 | $102,552.30 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries, please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com





One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                    Invoice No. 1496917
Debtor-In-Possesion                                      December 9, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Asset Analysis and Recovery
       Our Matter No. 60605.0001

## INVOICE SUMMARY

For Services rendered through November 30, 2017

Professional Services                                        $2,103.30

**Total Current Invoice**                                   **$2,103.30**

Previous Balance Due                                       $100,449.00

Total Balance Due                                          $102,552.30

### Payment Options

**Online Payments:**          Wire/ACH Instructions:
**ClientPay**                 Huntington Bank
                              ABA for ACH    074000078
                              ABA for Wire   044000024
                              Account No.    01401048453
                              Swift Code:    HUNTUS33
                              Please Reference **Invoice No. 1496917**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1496917**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1496918
December 9, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Assumption and Rejection of Leases and Contracts
        Our Matter No. 60605.0003

**INVOICE SUMMARY**

For Services rendered through November 30, 2017

Professional Services                                      $792.45

**Total Current Invoice**                                **$792.45**

Previous Balance Due                                     $37,222.20

Total Balance Due                                        $38,014.65

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence
you have placed in us.  Please call if we can be of further assistance.



Assumption and Rejection of Leases and Contracts
Our Matter No. 60605.0003

Invoice No. 1496918
December 9, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|---|---|---|---|
| 11/01/2017 | FOWL S | Drafted notice to reject additional contracts (.3); communicated with client regarding same (.1). | 0.40 |
| 11/01/2017 | JORI W | Received and reviewed communications from client regarding status of service and corrected affidavit needed for contract rejection notice. | 0.20 |
| 11/02/2017 | JORI W | Updated affidavit of service regarding contract rejection notice and communicated with M. Mallon regarding same. | 0.20 |
| 11/03/2017 | JORI W | Finalized and submitted affidavit of service of contract rejection notice. | 0.30 |
| 11/08/2017 | FOWL S | Communicated with IBM regarding contract rejection. | 0.20 |
| 11/09/2017 | FOWL S | Communicated with Career Building regarding executory contract. | 0.20 |
| 11/17/2017 | FOWL S | Drafted notice of rejection of additional contracts (.3); communicated with client regarding same (.1). | 0.40 |
| 11/17/2017 | JORI W | Received and reviewed contract rejection notice and prepared certificate of service on contract counterparties. | 0.20 |
| 11/20/2017 | JORI W | Sent draft affidavit of service of rejection notice to Mallon for approval. | 0.10 |
| 11/27/2017 | JORI W | Communications with the client regarding service of contract rejection notices (.1); finalized and submitted certificate of service with the court (.2). | 0.30 |

| **Total Professional Services** | | | **$792.45** |
|---|---|---|---|

| **Total Invoice Balance Due** | $792.45 |
|---|---|

Assumption and Rejection of Leases and Contracts

Our Matter No. 60605.0003

Invoice No. 1496918

December 9, 2017

**OUTSTANDING INVOICES**

| Date | Invoice | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 07/20/17 | 1476592 | $21,415.05 | $0.00 | $21,415.05 |
| 08/09/17 | 1480335 | $9,171.90 | $0.00 | $9,171.90 |
| 09/09/17 | 1483569 | $4,714.20 | $0.00 | $4,714.20 |
| 10/06/17 | 1486936 | $803.25 | $0.00 | $803.25 |
| 11/23/17 | 1494426 | $1,117.80 | $0.00 | $1,117.80 |
| 12/09/17 | 1496918 | $792.45 | $0.00 | $792.45 |
| | | | **Total Balance Due** | **$38,014.65** |

**AGED AR**

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---|---|---|---|---|---|
| $1,910.25 | $0.00 | $803.25 | $4,714.20 | $30,586.95 | $38,014.65 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com




LEGAL COUNSEL

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                    Invoice No. 1496918
Debtor-In-Possesion                                                      December 9, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Assumption and Rejection of Leases and Contracts
        Our Matter No. 60605.0003

## INVOICE SUMMARY

For Services rendered through November 30, 2017

Professional Services                                                    $792.45

**Total Current Invoice**                                               **$792.45**

Previous Balance Due                                                     $37,222.20

Total Balance Due                                                        $38,014.65

### Payment Options

Online Payments:                    Wire/ACH Instructions:
**ClientPay**                       Huntington Bank
                                    ABA for ACH     074000078
ClientPay                           ABA for Wire    044000024
                                    Account No.     01401048453
                                    Swift Code:     HUNTUS33
                                    Please Reference **Invoice No. 1496918**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1496918**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



 **IceMiller**
LEGAL COUNSEL

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1496919
December 9, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Business Operations
        Our Matter No. 60605.0006

## INVOICE SUMMARY

For Services rendered through November 30, 2017

| | |
|---|---:|
| Professional Services | $2,261.25 |
| **Total Current Invoice** | **$2,261.25** |
| Previous Balance Due | $34,879.50 |
| Total Balance Due | $37,140.75 |

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence
you have placed in us.  Please call if we can be of further assistance.



Business Operations
Our Matter No. 60605.0006

Invoice No. 1496919
December 9, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 11/01/2017 | HOKA J | Exchanged emails regarding accounting for Elux escrow refund. | 0.20 |
| 11/03/2017 | HOKA J | Circulated Order amending KEIP. | 0.20 |
| 11/06/2017 | HOKA J | Assisted with issues regarding modification of medical insurance run out. | 0.50 |
| 11/07/2017 | HOKA J | Exchanges emails respecting information required for service of benefits information to former employees. | 0.30 |
| 11/10/2017 | HOKA J | Advised regarding letter to former employees. | 0.40 |
| 11/13/2017 | JORI W | Received and reviewed spreadsheets for monthly operating reports and prepared same for submission to court (.7); communications with client regarding additional verification needed (.1); finalized and submitted operating reports for all three entities (.3). | 1.10 |
| 11/15/2017 | PISA M | Prepared Stipulation of Substitution of Counsel, Motion to Substitute, and Draft Order. | 1.30 |
| 11/17/2017 | HOKA J | Reviewed and revised document surrendering HHG's interest in warranty-line telephone number. | 0.60 |
| 11/20/2017 | PISA M | Finalized Stipulation, Motion, and Order regarding substitution in Cook County, Illinois case (.4); researched pro hoc admission requirement and procedure (.3). | 0.70 |

| | | |
|---|---|---|
| **Total Professional Services** | | **$2,261.25** |

| | | |
|---|---|---|
| **Total Invoice Balance Due** | | $2,261.25 |

Business Operations
Our Matter No. 60605.0006

Invoice No. 1496919
December 9, 2017

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 07/20/17 | 1476594 | $11,191.05 | $0.00 | $11,191.05 |
| 08/09/17 | 1480336 | $14,388.30 | $0.00 | $14,388.30 |
| 09/09/17 | 1483571 | $3,789.45 | $0.00 | $3,789.45 |
| 10/06/17 | 1486938 | $2,690.55 | $0.00 | $2,690.55 |
| 11/23/17 | 1494427 | $2,820.15 | $0.00 | $2,820.15 |
| 12/09/17 | 1496919 | $2,261.25 | $0.00 | $2,261.25 |
| | | | **Total Balance Due** | **$37,140.75** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $5,081.40 | $0.00 | $2,690.55 | $3,789.45 | $25,579.35 | $37,140.75 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com

ELECTRONIC



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.      Invoice No. 1496919
Debtor-In-Possesion          December 9, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:  Business Operations
   Our Matter No. 60605.0006

## INVOICE SUMMARY

For Services rendered through November 30, 2017

| | |
|---|---|
| Professional Services | $2,261.25 |
| **Total Current Invoice** | **$2,261.25** |
| Previous Balance Due | $34,879.50 |
| Total Balance Due | $37,140.75 |

### Payment Options

**Online Payments:**    Wire/ACH Instructions:
**ClientPay**       Huntington Bank
           ABA for ACH 074000078
           ABA for Wire 044000024
           Account No.  01401048453
           Swift Code:  HUNTUS33
           Please Reference **Invoice No. 1496919**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1496919**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357





**IceMiller**
LEGAL COUNSEL

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1496920
December 9, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Case Administration
        Our Matter No. 60605.0007

## INVOICE SUMMARY

For Services rendered through November 30, 2017

Professional Services                                      $5,062.50

**Total Current Invoice**                                  **$5,062.50**

Previous Balance Due                                       $75,499.65

Total Balance Due                                          $80,562.15

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence
you have placed in us.  Please call if we can be of further assistance.



Case Administration
Our Matter No. 60605.0007

Invoice No. 1496920
December 9, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 11/01/2017 | FOWL S | Revised and finalized order on motion to amend KEIP. | 0.20 |
| 11/01/2017 | FOWL S | Revised and finalized order on motion to limit notice. | 0.30 |
| 11/01/2017 | FOWL S | Drafted motion to extend exclusivity. | 0.90 |
| 11/01/2017 | JORI W | Reviewed status of pending orders needed from court and communications regarding handling of same. | 0.20 |
| 11/01/2017 | JORI W | Reviewed communications regarding handling of agenda for Electrolux adversary. | 0.10 |
| 11/01/2017 | HOKA J | Discussed preparation of Orders for outstanding issues. | 0.40 |
| 11/02/2017 | FOWL S | Communicated with counsel for the Committee regarding exclusivity motion. | 0.20 |
| 11/02/2017 | JORI W | Reviewed docket and court's agenda and communications with attorneys to determine status of upcoming matters set for hearing in order to prepare hearing agendas. | 0.90 |
| 11/03/2017 | FOWL S | Communicated with counsel for the Committee regarding exclusivity motion (.2); revised motion based on same (.5). | 0.70 |
| 11/03/2017 | JORI W | Reviewed status of Throgmartin motions and communications with A. Kight regarding motion to continue hearing on same. | 0.30 |
| 11/03/2017 | JORI W | Received and reviewed Court's order on motion to limit notice and communications with attorneys and Donlin regarding handling of service going forward. | 0.40 |
| 11/03/2017 | JORI W | Reviewed, finalized and submitted third motion to extend exclusive period for Chapter 11 Plan and Order regarding same. | 0.70 |
| 11/03/2017 | JORI W | Finalized and submitted agenda for Monday's hearing. | 0.30 |
| 11/03/2017 | JORI W | Reviewed Court's calendar and status of pending items to continue preparing agendas for upcoming hearings. | 0.90 |
| 11/03/2017 | HOKA J | Assisted with finalization of Agenda for November 6th hearing. | 0.20 |
| 11/03/2017 | HOKA J | Circulated Standing Order regarding Notice to constituents' counsel. | 0.60 |
| 11/07/2017 | JORI W | Reviewed docket and communications regarding service. | 0.20 |
| 11/08/2017 | FOWL S | Communicated with counsel for the Committee regarding the amended DIP agreement and D&O claims. | 0.70 |
| 11/08/2017 | JORI W | Reviewed Court's minute entries regarding status of upcoming hearings in order to update draft agendas. | 0.10 |

Case Administration
Our Matter No. 60605.0007

Invoice No. 1496920
December 9, 2017

| 11/08/2017 | JORI W | Reviewed docket and communications with Donlin regarding affidavits of service needed. | 0.20 |
|---|---|---|---|
| 11/10/2017 | JORI W | Reviewed and submitted affidavits of service with the court. | 0.30 |
| 11/13/2017 | FOWL S | Communicated with client and former employee regarding pay records. | 0.20 |
| 11/14/2017 | FOWL S | Reviewed DIP amendment. | 0.50 |
| 11/14/2017 | JORI W | Reviewed docket to determine status of pending orders. | 0.10 |
| 11/15/2017 | JORI W | Reviewed docket and updated agenda for Friday's hearing. | 0.50 |
| 11/16/2017 | JORI W | Reviewed communications regarding settlement negotiations with Synchrony (.1); updated agenda for tomorrow's hearing and submitted same with the court (.6). | 0.70 |
| 11/22/2017 | FOWL S | Drafted motion to limit notice of Synchrony 9019 motion. | 0.70 |
| 11/22/2017 | JORI W | Reviewed service requirements for 9019 settlement motions. | 0.20 |
| 11/27/2017 | FOWL S | Communicated with client regarding information for Bosch. | 0.20 |
| 11/27/2017 | FOWL S | Communicated with claims recovery agent regarding process for obtaining documents from client. | 0.30 |
| 11/27/2017 | JORI W | Reviewed communications regarding pending matters to be heard on Monday (.2); reviewed docket to determine status of pending matters in order to prepare hearing agenda and in order to upload orders on pending fee application (.4). | 0.60 |
| 11/27/2017 | HOKA J | Exchanged emails between lead counsel and Court's staff regarding scheduling of additional omnibus hearings. | 0.30 |
| 11/28/2017 | FOWL S | Communicated with client regarding conversation with UST and status of DIP amendment. | 0.40 |
| 11/28/2017 | JORI W | Reviewed communications with Donlin regarding service (.1); received, reviewed and submitted affidavit of service (.2). | 0.30 |
| 11/30/2017 | JORI W | Reviewed Court's calendar and prepared agenda for next week's hearing. | 0.90 |
| 11/30/2017 | JORI W | Received and reviewed affidavit of service from Donlin and submitted same with the court. | 0.20 |

**Total Professional Services** **$5,062.50**

**Total Invoice Balance Due** $5,062.50

Case Administration
Our Matter No. 60605.0007

Invoice No. 1496920
December 9, 2017

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 07/20/17 | 1476595 | $16,933.05 | $0.00 | $16,933.05 |
| 08/09/17 | 1480337 | $16,124.40 | $0.00 | $16,124.40 |
| 09/09/17 | 1483572 | $19,693.35 | $0.00 | $19,693.35 |
| 11/23/17 | 1494428 | $22,748.85 | $0.00 | $22,748.85 |
| 12/09/17 | 1496920 | $5,062.50 | $0.00 | $5,062.50 |
| | | | **Total Balance Due** | **$80,562.15** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|------------|-------|
| $27,811.35 | $0.00 | $0.00 | $19,693.35 | $33,057.45 | $80,562.15 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com

ELECTRONIC



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Invoice No. 1496920
December 9, 2017

Re:   Case Administration
      Our Matter No. 60605.0007

### INVOICE SUMMARY

For Services rendered through November 30, 2017

| | |
|---|---|
| Professional Services | $5,062.50 |
| **Total Current Invoice** | **$5,062.50** |
| Previous Balance Due | $75,499.65 |
| Total Balance Due | $80,562.15 |

### Payment Options

**Online Payments:**
**ClientPay**
ClientPay

Wire/ACH Instructions:
Huntington Bank
ABA for ACH     074000078
ABA for Wire    044000024
Account No.     01401048453
Swift Code:     HUNTUS33
Please Reference **Invoice No. 1496920**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1496920**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357





**Ice**Miller
LEGAL COUNSEL

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1496921
December 9, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Claims Administration and Objections
       Our Matter No. 60605.0008

**INVOICE SUMMARY**

For Services rendered through November 30, 2017

| | |
|---|---|
| Professional Services | $17,207.10 |
| **Total Current Invoice** | **$17,207.10** |
| Previous Balance Due | $37,854.90 |
| Total Balance Due | $55,062.00 |

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence
you have placed in us.  Please call if we can be of further assistance.



Claims Administration and Objections
Our Matter No. 60605.0008

Invoice No. 1496921
December 9, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 11/01/2017 | FOWL S | Reviewed administrative expense application filed by Georgia Power (.2); communicated with counsel for Georgia Power regarding same (.2). | 0.40 |
| 11/01/2017 | FOWL S | Communicated with counsel for creditor regarding amended proof of claim. | 0.20 |
| 11/01/2017 | HOKA J | Responded to claimant's inquiry regarding amending claims. | 0.20 |
| 11/02/2017 | FOWL S | Communicated with client regarding Hebron claim and security deposit (.1); communicated with counsel for Prologis regarding same (.2). | 0.30 |
| 11/02/2017 | HOKA J | Responded to inquiry of Mohawk Finishing regarding claims deadline. | 0.10 |
| 11/02/2017 | HOKA J | Responded to inquiries of landlords' counsel. | 0.30 |
| 11/03/2017 | FOWL S | Communicated with counsel for Haier regarding administrative expense claim. | 0.20 |
| 11/03/2017 | HOKA J | Assisted with analysis of administrative claim issues. | 0.80 |
| 11/06/2017 | FOWL S | Communicated with counsel for Georgia Power regarding administrative expense claim. | 0.20 |
| 11/06/2017 | HOKA J | Responded to inquiry from IBM regarding administrative claim. | 0.20 |
| 11/06/2017 | HOKA J | Exchanged emails with Anthem's counsel regarding unpaid invoices. | 0.60 |
| 11/07/2017 | FOWL S | Drafted agreed order allowing Georgia Power administrative expense claim (.4); communicated with counsel for Georgia Power regarding same (.2). | 0.60 |
| 11/07/2017 | HOKA J | Exchanged emails regarding settlement of Anthem claims. | 0.40 |
| 11/08/2017 | JORI W | Received and reviewed Travelers' Proof of Claim and forwarded same to Donlin for filing. | 0.30 |
| 11/08/2017 | HOKA J | Responded to email from Synchrony's counsel regarding status of settlement and Debtors' efforts to amend DIP Agreement. | 0.80 |
| 11/08/2017 | HOKA J | Spoke with Anthem's counsel regarding payment of amounts due under Administrative Services Agreement, and proposed revisions to Agreed Entry. | 0.50 |
| 11/09/2017 | FOWL S | Communicated with counsel for GE/Haier regarding administrative expense claim. | 0.10 |
| 11/09/2017 | FOWL S | Reviewed agreed motion to set off security deposit from Prologis; communicated with counsel for Prologis regarding same. | 0.60 |
| 11/09/2017 | HOKA J | Spoke and exchanged emails with Anthem's counsel regarding terms of entry and timing for payment. | 0.40 |

Claims Administration and Objections
Our Matter No. 60605.0008

Invoice No. 1496921
December 9, 2017

| 11/10/2017 | HOKA J | Exchanged e-mails with co- and constituents' counsel regarding retreatment of stub rent claims. | 0.50 |
|---|---|---|---|
| 11/10/2017 | HOKA J | Exchanged emails with Synchrony's counsel regarding timing for settlement, and provided update to constituents. | 0.60 |
| 11/10/2017 | HOKA J | Forwarded and exchanged emails respecting inquiry of Gurnee's counsel regarding payment of opt-in stub rent claim. | 0.30 |
| 11/10/2017 | HOKA J | Exchanged emails with Anthem's counsel regarding status of payments and settlement entry. | 0.60 |
| 11/13/2017 | FOWL S | Communicated with counsel for GE/Haier regarding administrative expense claim (.3); communicated with lenders and the Committee(.2). | 0.50 |
| 11/13/2017 | HOKA J | Responded to settlement issues respecting GE/Haier entities. | 0.30 |
| 11/13/2017 | HOKA J | Reviewed Court's Order and assisted co-counsel with issues related to settlement of landlord's administrative claim. | 0.60 |
| 11/13/2017 | HOKA J | Exchanged emails with lender's counsel regarding settlement of Synchrony claim, and provided update to Synchrony's counsel (.4); exchanged emails with Court's staff regarding status of Nov. 17th hearing (.2). | 0.60 |
| 11/13/2017 | HOKA J | Responded to counsel's inquiry regarding claims bar dates, etc. | 0.20 |
| 11/13/2017 | HOKA J | Requested Lenders' and Committee's consent to pay Anthem invoice (.2), and responded to GACP's additional inquiries regarding the request (.4); provided update to Anthem's counsel (.2). | 0.80 |
| 11/14/2017 | HOKA J | Reviewed and forwarded additional Anthem claim. | 0.30 |
| 11/15/2017 | FOWL S | Communicated with counsel for the lenders and the Committee regarding Haier administrative expense claim (.1); communicated with counsel for Haier regarding same (.2). | 0.30 |
| 11/15/2017 | HOKA J | Forwarded draft pleadings to co-counsel for claim settlement purposes. | 0.20 |
| 11/15/2017 | HOKA J | Finalized and circulated Settlement Agreement for Synchrony claims. | 2.40 |
| 11/15/2017 | HOKA J | Discussed settlement of Lifeline's administrative claims. | 0.30 |
| 11/15/2017 | HOKA J | Discussed strategies for settling Anthem's claims (.4), and spoke and later exchanged emails with Anthem's counsel regarding same (.4). | 0.80 |
| 11/16/2017 | FOWL S | Communicated with counsel for Haier regarding administrative expenses claim. | 0.20 |
| 11/16/2017 | HOKA J | Exchanged emails with Company officers regarding terms for Synchrony settlement. | 0.60 |
| 11/16/2017 | HOKA J | Exchanged emails with Synchrony's counsel and Court's staff regarding disposition of hearing. | 0.40 |

Claims Administration and Objections                                    Invoice No. 1496921
Our Matter No. 60605.0008                                                December 9, 2017

| | | | |
|---|---|---|---|
| 11/16/2017 | HOKA J | Responded to Lifeline's counsel's inquiry regarding payment of administrative claim. | 0.40 |
| 11/17/2017 | FOWL S | Communicated with counsel for GE/Haier regarding preferences and administrative expense claim. | 0.20 |
| 11/17/2017 | FOWL S | Communicated with counsel for Waste Management regarding administrative expense claim. | 0.30 |
| 11/17/2017 | FOWL S | Attended telephonic status conference regarding Synchrony claims. | 0.50 |
| 11/17/2017 | HOKA J | Reviewed counsel's markup of Settlement Agreement (.7), and participated in Court's telephonic status conference (.5). | 1.20 |
| 11/17/2017 | HOKA J | Exchanged emails regarding RPAI's consent to avoiding Order. | 0.40 |
| 11/21/2017 | FOWL S | Communicated with counsel for DCT regarding rejection damages and motion for setoff. | 0.20 |
| 11/21/2017 | FOWL S | Reviewed administrative expense application filed by Kimco (.4); communicated with client regarding same (.1). | 0.50 |
| 11/21/2017 | FOWL S | Communicated with counsel for Signifyd regarding admin claim expense. | 0.20 |
| 11/21/2017 | HOKA J | Revised and circulated Synchrony settlement agreement (.8); reviewed and forwarded additional revisions from Synchrony (.2). | 1.00 |
| 11/21/2017 | HOKA J | Revised and circulated Anthem Agreed Entry. | 0.80 |
| 11/21/2017 | HOKA J | Exchanged emails with lead counsel regarding RPAI matter (.2); finalized and filed motion to vacate prior order, and proposed order (.8). | 1.00 |
| 11/21/2017 | HOKA J | Revised and circulated Synchrony Settlement Agreement. | 1.00 |
| 11/21/2017 | HOKA J | Revised and circulated Anthem's Agreed Entry relative to payment for delinquent invoices. | 0.50 |
| 11/22/2017 | FOWL S | Revised and finalized reservation of rights with respect to RPAI administrative expense applications. | 0.80 |
| 11/22/2017 | FOWL S | Revised and finalized Synchrony 9019 motion (1.1); communicated with counsel for Synchrony regarding same (.2). | 1.30 |
| 11/22/2017 | HOKA J | Reviewed and assisted with finalization of Reservation of Rights (Objection) to RPAI Admin Claim. | 0.40 |
| 11/22/2017 | HOKA J | Exchanged emails with Synchrony's counsel and reviewed and approved final version of settlement agreement (.6), and reviewed emails regarding notice requirements for 9019 motion (.2). | 0.80 |
| 11/27/2017 | FOWL S | Finalized Synchrony 9019 motion and motion to limit notice. | 0.70 |
| 11/27/2017 | FOWL S | Communicated with client regarding proposed orders from Signifyd. | 0.20 |

Claims Administration and Objections
Our Matter No. 60605.0008

Invoice No. 1496921
December 9, 2017

| | | | |
|---|---|---|---|
| 11/27/2017 | HOKA J | Exchanged emails with lead counsel regarding defenses to administrative claims. | 0.60 |
| 11/27/2017 | HOKA J | Assisted with finalization of 9019 Motion regarding Synchrony settlement. | 0.60 |
| 11/27/2017 | HOKA J | Finalized and circulated Anthem Agreed Entry. | 0.60 |
| 11/27/2017 | HOKA J | Responded to inquiry from Landlord's counsel regarding payment of stub rent claim. | 0.20 |
| 11/28/2017 | FOWL S | Reviewed and revised proposed orders on Signifyd administrative expense claim and motion for relief from stay (.6); communicated with client regarding same (.2); communicated with counsel for Signifyd regarding same (.1). | 0.90 |
| 11/28/2017 | HOKA J | Respond to inquiry regarding necessity for status conference regarding Synchrony settlement. | 0.20 |
| 11/28/2017 | HOKA J | Responded to inquiry of administrative claimant. | 0.20 |
| 11/29/2017 | HOKA J | Spoke with Anthem's counsel and exchanged emails with Company officer regarding Agreed Entry and payment of weekly charges. | 0.70 |
| 11/30/2017 | FOWL S | Communicated with counsel for Kimco regarding administrative expense claim. | 0.20 |
| 11/30/2017 | HOKA J | Spoke with Anthem's counsel to finalize Agreed Entry terms. | 0.30 |
| 11/30/2017 | HOKA J | Attended to issues respecting Lifeline administrative claim. | 0.60 |

**Total Professional Services** **$17,207.10**

**Total Invoice Balance Due** $17,207.10

Claims Administration and Objections                                    Invoice No. 1496921
Our Matter No. 60605.0008                                               December 9, 2017

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 07/20/17 | 1476596 | $593.55 | $0.00 | $593.55 |
| 08/09/17 | 1480338 | $2,772.90 | $0.00 | $2,772.90 |
| 09/09/17 | 1483573 | $13,254.30 | $0.00 | $13,254.30 |
| 10/06/17 | 1486939 | $14,593.50 | $0.00 | $14,593.50 |
| 11/23/17 | 1494429 | $6,640.65 | $0.00 | $6,640.65 |
| 12/09/17 | 1496921 | $17,207.10 | $0.00 | $17,207.10 |
| | | | **Total Balance Due** | **$55,062.00** |

## AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $23,847.75 | $0.00 | $14,593.50 | $13,254.30 | $3,366.45 | $55,062.00 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com

ELECTRONIC



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Invoice No. 1496921
December 9, 2017

Re:   Claims Administration and Objections
      Our Matter No. 60605.0008

## INVOICE SUMMARY

For Services rendered through November 30, 2017

| | |
|---|---|
| Professional Services | $17,207.10 |
| **Total Current Invoice** | **$17,207.10** |
| Previous Balance Due | $37,854.90 |
| Total Balance Due | $55,062.00 |

### Payment Options

Online Payments:
**ClientPay**
ClientPay®

Wire/ACH Instructions:
Huntington Bank
ABA for ACH    074000078
ABA for Wire   044000024
Account No.    01401048453
Swift Code:    HUNTUS33
Please Reference **Invoice No. 1496921**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1496921**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



**Ice**Miller
LEGAL COUNSEL

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1496922
December 9, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Corporate Governance and Board Matters
        Our Matter No. 60605.0009

### INVOICE SUMMARY

For Services rendered through November 30, 2017

| | |
|---|---|
| Professional Services | $765.00 |
| **Total Current Invoice** | **$765.00** |
| Previous Balance Due | $27,635.85 |
| Total Balance Due | $28,400.85 |

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence
you have placed in us.  Please call if we can be of further assistance.



Corporate Governance and Board Matters
Our Matter No. 60605.0009

Invoice No. 1496922
December 9, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 11/07/2017 | THOR J | Preparation for and attended Board call. | 0.70 |
| 11/07/2017 | HOKA J | Participated in Board call. | 0.50 |
| **Total Professional Services** | | | **$765.00** |

**Total Invoice Balance Due** $765.00

### OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 07/20/17 | 1476597 | $5,131.80 | $0.00 | $5,131.80 |
| 08/09/17 | 1480339 | $14,760.90 | $0.00 | $14,760.90 |
| 09/09/17 | 1483574 | $5,291.10 | $0.00 | $5,291.10 |
| 10/06/17 | 1486940 | $1,672.65 | $0.00 | $1,672.65 |
| 11/23/17 | 1494430 | $779.40 | $0.00 | $779.40 |
| 12/09/17 | 1496922 | $765.00 | $0.00 | $765.00 |
| | | | **Total Balance Due** | **$28,400.85** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $1,544.40 | $0.00 | $1,672.65 | $5,291.10 | $19,892.70 | $28,400.85 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com

ELECTRONIC



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Invoice No. 1496922
December 9, 2017

Re:   Corporate Governance and Board Matters
      Our Matter No. 60605.0009

## INVOICE SUMMARY

For Services rendered through November 30, 2017

| | |
|---|---|
| Professional Services | $765.00 |
| **Total Current Invoice** | **$765.00** |
| Previous Balance Due | $27,635.85 |
| Total Balance Due | $28,400.85 |

### Payment Options

**Online Payments:**
**ClientPay**

**Wire/ACH Instructions:**
Huntington Bank
ABA for ACH     074000078
ABA for Wire    044000024
Account No.     01401048453
Swift Code:     HUNTUS33
Please Reference **Invoice No. 1496922**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1496922**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



**IceMiller**
LEGAL COUNSEL

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1496923
December 9, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re: Employee Benefits and Pensions
Our Matter No. 60605.0010

## INVOICE SUMMARY

For Services rendered through November 30, 2017

| | |
|---|---|
| Professional Services | $1,494.45 |
| **Total Current Invoice** | **$1,494.45** |
| Previous Balance Due | $15,379.65 |
| Total Balance Due | $16,874.10 |

Thank you for giving Ice Miller the opportunity to serve you. We appreciate your business and the confidence you have placed in us. Please call if we can be of further assistance.



Employee Benefits and Pensions
Our Matter No. 60605.0010

Invoice No. 1496923
December 9, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 11/02/2017 | BURK C | Worked on finalizing notice regarding run out period (.4); correspondence with Kovacs regarding same (.2). | 0.60 |
| 11/03/2017 | BURK C | Call with Mallon regarding mailing of notice of material reduction (.2); worked on same (.1). | 0.30 |
| 11/07/2017 | BURK C | Worked on status of open items requested by DOL (.3); worked on status of wrapping up distributions from 401(k) plan (.3); correspondence with Stouffer regarding same (.2). | 0.80 |
| 11/08/2017 | BURK C | Call with Mallon regarding Anthem participants for notice distribution (.1); worked on 401(k) plan distribution issues (.1). | 0.20 |
| 11/09/2017 | BURK C | Participated in call with Principal regarding distribution of remaining assets in 401(k) plan and related. | 0.40 |
| 11/13/2017 | BURK C | Worked on issues related to distribution of notice regarding reduction of covered services under the group health plan (.3); correspondence with Mallon regarding same (.1). | 0.40 |

| **Total Professional Services** | **$1,494.45** |
|---|---|

| **Total Invoice Balance Due** | $1,494.45 |
|---|---|

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 07/20/17 | 1476598 | $4,538.70 | $0.00 | $4,538.70 |
| 08/09/17 | 1480340 | $4,752.45 | $0.00 | $4,752.45 |
| 09/09/17 | 1483575 | $1,771.20 | $0.00 | $1,771.20 |
| 11/23/17 | 1494431 | $4,317.30 | $0.00 | $4,317.30 |
| 12/09/17 | 1496923 | $1,494.45 | $0.00 | $1,494.45 |
| | | | **Total Balance Due** | **$16,874.10** |

## AGED AR

Employee Benefits and Pensions
Our Matter No. 60605.0010

Invoice No. 1496923
December 9, 2017

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $5,811.75 | $0.00 | $0.00 | $1,771.20 | $9,291.15 | $16,874.10 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com





One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                          Invoice No. 1496923
Debtor-In-Possesion                                            December 9, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Employee Benefits and Pensions
       Our Matter No. 60605.0010

## INVOICE SUMMARY

For Services rendered through November 30, 2017

| | |
|---|---|
| Professional Services | $1,494.45 |
| **Total Current Invoice** | **$1,494.45** |
| Previous Balance Due | $15,379.65 |
| Total Balance Due | $16,874.10 |

### Payment Options

**Online Payments:**
**ClientPay**
ClientPay®

Wire/ACH Instructions:
Huntington Bank
ABA for ACH     074000078
ABA for Wire    044000024
Account No.     01401048453
Swift Code:     HUNTUS33
Please Reference **Invoice No. 1496923**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1496923**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357





**LEGAL COUNSEL**

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1496924
December 9, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Employment and Fee Applications
       Our Matter No. 60605.0011

## INVOICE SUMMARY

For Services rendered through November 30, 2017

| | |
|---|---|
| Professional Services | $2,170.80 |
| **Total Current Invoice** | **$2,170.80** |
| Previous Balance Due | $49,556.70 |
| Total Balance Due | $51,727.50 |

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence you have placed in us.  Please call if we can be of further assistance.



Employment and Fee Applications
Our Matter No. 60605.0011

Invoice No. 1496924
December 9, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 11/03/2017 | JORI W | Began preparing orders on MLB's and BRG's second interim fee applications. | 0.40 |
| 11/03/2017 | JORI W | Sent e-mail to Court regarding status of Order on Soto's employment application. | 0.20 |
| 11/04/2017 | HOKA J | Responded to inquiry regarding fee applications for consultants. | 0.40 |
| 11/06/2017 | FOWL S | Attended to Hilco Real Estate employment order and final fee application. | 0.20 |
| 11/06/2017 | JORI W | Reviewed communications from Hilco regarding their fee application and reviewed order on employment application to evaluate handling of first and final fee application. | 0.60 |
| 11/06/2017 | HOKA J | Reviewed retention order and advised regarding fee application regarding Hilco Real Estate. | 0.40 |
| 11/07/2017 | JORI W | Continued preparing orders on MLB's and BRG's second interim fee applications and submitted same with the court. | 0.80 |
| 11/07/2017 | JORI W | Received call from Altus Group regarding employment application and reviewed order on same to evaluate further handling of their outstanding invoices to hhgregg. | 0.30 |
| 11/07/2017 | JORI W | Prepared objection notice and proposed order for Hilco fee application and submitted same to court along with fee application. | 0.90 |
| 11/07/2017 | HOKA J | Reviewed information relative to necessity of Hilco Real Estate's final fee application. | 0.20 |
| 11/08/2017 | JORI W | Communications with attorneys regarding status of order on MLB's second fee application. | 0.10 |
| 11/08/2017 | JORI W | Conferred with attorney regarding handling of Altus inquiries regarding status of fee payments. | 0.10 |
| 11/10/2017 | JORI W | Reviewed docket to determine status of orders on fee applications and Soto employment application and forwarded Order to Soto. | 0.20 |
| 11/14/2017 | JORI W | Reviewed local rules to evaluate requirement for notice of draw and responded to attorney inquiry regarding same. | 0.30 |
| 11/14/2017 | JORI W | Reviewed order on Katz employment application and forwarded same to Katz. | 0.20 |
| 11/14/2017 | JORI W | Received, reviewed and submitted MLB's October notice of draw. | 0.30 |
| 11/29/2017 | JORI W | Finalized and uploaded order for Hilco fee application (.4); contacted court regarding same (.2). | 0.60 |

Page 2

Employment and Fee Applications
Our Matter No. 60605.0011

Invoice No. 1496924
December 9, 2017

**Total Professional Services**                                                    **$2,170.80**

**Total Invoice Balance Due**                                                        $2,170.80

### OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 07/20/17 | 1476599 | $18,823.05 | $0.00 | $18,823.05 |
| 08/09/17 | 1480341 | $15,570.45 | $0.00 | $15,570.45 |
| 09/09/17 | 1483576 | $3,947.40 | $0.00 | $3,947.40 |
| 10/06/17 | 1486941 | $9,537.75 | $0.00 | $9,537.75 |
| 11/23/17 | 1494432 | $1,678.05 | $0.00 | $1,678.05 |
| 12/09/17 | 1496924 | $2,170.80 | $0.00 | $2,170.80 |
| | | | **Total Balance Due** | **$51,727.50** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---|---|---|---|---|---|
| $3,848.85 | $0.00 | $9,537.75 | $3,947.40 | $34,393.50 | $51,727.50 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com

ELECTRONIC



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Invoice No. 1496924
December 9, 2017

Re:    Employment and Fee Applications
       Our Matter No. 60605.0011

## INVOICE SUMMARY

For Services rendered through November 30, 2017

| | |
|---|---|
| Professional Services | $2,170.80 |
| **Total Current Invoice** | **$2,170.80** |
| Previous Balance Due | $49,556.70 |
| Total Balance Due | $51,727.50 |

### Payment Options

**Online Payments:**
**ClientPay**



Wire/ACH Instructions:
Huntington Bank
ABA for ACH     074000078
ABA for Wire    044000024
Account No.     01401048453
Swift Code:     HUNTUS33
Please Reference **Invoice No. 1496924**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1496924**

Questions or concerns, please email **payice@icemiller.com**

---

Payment Terms: Net 30
Tax ID: 35-0874357



**Ice**Miller
LEGAL COUNSEL

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1496925
December 9, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Financing and Cash Collateral
        Our Matter No. 60605.0013

## INVOICE SUMMARY

For Services rendered through November 30, 2017

| | |
|---|---:|
| Professional Services | $21,897.00 |
| **Total Current Invoice** | **$21,897.00** |
| Previous Balance Due | $59,903.10 |
| Total Balance Due | $81,800.10 |

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence you have placed in us.  Please call if we can be of further assistance.



Financing and Cash Collateral                                                                    Invoice No. 1496925
Our Matter No. 60605.0013                                                                          December 9, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 11/01/2017 | HOKA J | Additionally revised and circulated Amended DIP Agreement and Waterfall document (1.8); discussed with Committee counsel (.5). | 1.30 |
| 11/02/2017 | HOKA J | Finalized and circulated DIP documents. | 1.70 |
| 11/03/2017 | HOKA J | Responded to e-mail traffic from constituents regarding amended DIP documents. | 0.80 |
| 11/04/2017 | HOKA J | Exchanged emails regarding plans for November 6th hearing and call with lenders regarding amended DIP documents. | 0.40 |
| 11/07/2017 | HOKA J | Spoke with client officers regarding 4Q17 budget revisions and open issues regarding DIP financing (.4); participated in conference call with Lenders' counsel regarding Amended DIP documents (.5). | 0.90 |
| 11/08/2017 | HOKA J | Exchanged numerous emails and calls with client's officers and Lenders' counsel regarding comments to DIP Agreement. | 1.20 |
| 11/09/2017 | HOKA J | Reviewed and forwarded Wells' comments to DIP Agreement (.5); spoke with client officers and exchanged emails with them and GACP's counsel regarding DIP terms (1.2). | 1.70 |
| 11/10/2017 | HOKA J | Exchanged emails with client's officers regarding A/P Schedule and status of comments to DIP Amendment (1.0); spoke with GACP's counsel regarding same (.2). | 1.20 |
| 11/13/2017 | HOKA J | Reviewed and circulated GACP's comments to Amended DIP Agreement (.4); discussed same with client officers and co-counsel, and prepared and circulated revisions (1.8); exchanged emails with GACP's counsel regarding disparate treatment for administrative claimants (.5). | 2.70 |
| 11/13/2017 | HOKA J | Reviewed and forwarded DLAPiper's October invoice. | 0.20 |
| 11/14/2017 | HOKA J | Continued exchanges of emails and calls respecting terms of Amended DIP Agreement (.8); spoke and exchanged calls with client officers regarding carve out issues applicable to Case Professionals and KEIP Participants (.5); prepared and circulated revisions for Carve Out protections for Case Professionals and KEIP Participants (1.7). | 3.00 |
| 11/15/2017 | HOKA J | Spoke with BRG's officer regarding fee provisions in Amended DIP Agreement. | 0.20 |
| 11/15/2017 | HOKA J | Reviewed and discussed Wells' comments to Amended DIP Agreement (.4); exchanged additional emails regarding Wells' comments (.8); prompted GACP's counsel for comments (.2); provided update to Company officers (.2). | 1.60 |
| 11/16/2017 | HOKA J | Responded to claimants' inquiry regarding status of DIP Amendment. | 0.40 |

Financing and Cash Collateral
Our Matter No. 60605.0013

Invoice No. 1496925
December 9, 2017

| | | | |
|---|---|---|---|
| 11/16/2017 | HOKA J | Reviewed and forwarded FBD's interim invoices. | 0.20 |
| 11/16/2017 | HOKA J | Circulated summary of discussions with Wells' counsel regarding carve out settlement provisions in DIP Amendment. | 0.60 |
| 11/17/2017 | HOKA J | Exchanged emails with GACP's counsel payment of DLA's fees, status of comments to DIP Amendment, and treatment of GACP's affiliate in A/P payments. | 1.20 |
| 11/18/2017 | HOKA J | Reviewed and responded to GACP's 11/17 proposal for payment of non-GACP claims. | 0.80 |
| 11/19/2017 | HOKA J | Compiled and forwarded proposed communication to finalize DIP Amendment negotiations. | 2.00 |
| 11/20/2017 | FOWL S | Communicated with client regarding DIP amendment. | 0.60 |
| 11/20/2017 | HOKA J | Call with client officers regarding GACP's proposed revision to cash management issues (.5); spoke with GACP's counsel regarding same, and summarized call (.6); exchanged emails client and counsel (.5), and spoke again with GACP's counsel regarding same (.2); inquired of GACP's counsel regarding invitation to call (.2). | 2.00 |
| 11/21/2017 | FOWL S | Communicated with counsel for lenders and the Committee regarding DIP amendment. | 0.50 |
| 11/21/2017 | HOKA J | Prepared and circulated Comparison version of DIP Amendment for call with GACP's counsel. | 0.50 |
| 11/21/2017 | HOKA J | Participated in call with GACP counsel regarding DIP Amendment. | 0.40 |
| 11/24/2017 | HOKA J | Exchanged emails with GACP's counsel regarding status of GACP's comments to DIP Agreement and scheduling of attorney conference. | 0.50 |
| 11/25/2017 | HOKA J | Prompted GACP's counsel regarding client direction. | 0.10 |
| 11/26/2017 | FOWL S | Communicated with counsel for GACP regarding DIP amendment. | 0.50 |
| 11/26/2017 | HOKA J | Spoke with GACP's counsel regarding its demands respecting Amended DIP Agreement. | 0.50 |
| 11/27/2017 | HOKA J | Provided update to Company officers regarding discussions with GACP counsel and requirements to finalize DIP Amendment (.4); exchanged emails with GACP's counsel regarding status of mark-up and DLA Piper's continuing demand for payment of fees as condition to returning comments (.6). | 1.00 |
| 11/28/2017 | HOKA J | Spoke with R. Moore regarding bifurcation of administrative claims (.1); summarized and forwarded status of DIP negotiations, and exchanged emails and spoke with Company officers regarding status of GACP's comments to DIP Amendment (.8); reviewed and forwarded GACP's revisions to DIP Amendment (1.3). | 2.20 |
| 11/29/2017 | FOWL S | Communicated with client and GACP regarding DIP amendment. | 0.90 |

Financing and Cash Collateral
Our Matter No. 60605.0013

Invoice No. 1496925
December 9, 2017

| | | | |
|---|---|---|---|
| 11/29/2017 | FOWL S | Communicated with client regarding DIP amendment. | 1.00 |
| 11/29/2017 | HOKA J | Prepared and circulated blackline of GACP's DIP Agreement, and discussed with client officers (1.8); Compile and review Default and Remedy provisions (.8); participated in call with GACP parties and counsel (.8); revised and circulated Dip Agreement per discussion (.8). | 4.20 |
| 11/30/2017 | FOWL S | Revised DIP amendment based on comments from client (1.5); communicated with client regarding same (.4). | 1.90 |
| 11/30/2017 | HOKA J | Reviewed and discussed information respecting D&O claims as assets of bankruptcy estate and proposals for disposition thereof. | 0.80 |
| 11/30/2017 | HOKA J | Assisted with finalization of Debtors' comments to DIP Amendment, and circulated to constituents' counsel. | 1.60 |
| 11/30/2017 | HOKA J | Spoke with Committee counsel regarding status of DIP Amendment and GACP's position regarding D&O claims. | 0.50 |

**Total Professional Services**                                                                         **$21,897.00**

**Total Invoice Balance Due**                                                                              $21,897.00

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 07/20/17 | 1476600 | $498.15 | $0.00 | $498.15 |
| 08/09/17 | 1480342 | $7,325.10 | $0.00 | $7,325.10 |
| 09/09/17 | 1483577 | $23,474.70 | $0.00 | $23,474.70 |
| 10/06/17 | 1486942 | $22,030.65 | $0.00 | $22,030.65 |
| 11/23/17 | 1494433 | $6,574.50 | $0.00 | $6,574.50 |
| 12/09/17 | 1496925 | $21,897.00 | $0.00 | $21,897.00 |

| | | | **Total Balance Due** | **$81,800.10** |
|---|---|---|---|---|

**AGED AR**

Financing and Cash Collateral

Invoice No. 1496925

Our Matter No. 60605.0013

December 9, 2017

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---|---|---|---|---|---|
| $28,471.50 | $0.00 | $22,030.65 | $23,474.70 | $7,823.25 | $81,800.10 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com





One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                    Invoice No. 1496925
Debtor-In-Possesion                                      December 9, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Financing and Cash Collateral
       Our Matter No. 60605.0013

## INVOICE SUMMARY

For Services rendered through November 30, 2017

| | |
|---|---|
| Professional Services | $21,897.00 |
| **Total Current Invoice** | **$21,897.00** |
| Previous Balance Due | $59,903.10 |
| Total Balance Due | $81,800.10 |

### Payment Options

Online Payments:                     Wire/ACH Instructions:
**ClientPay**                        Huntington Bank
                                     ABA for ACH    074000078
ClientPay                            ABA for Wire   044000024
                                     Account No.    01401048453
                                     Swift Code:    HUNTUS33
                                     Please Reference **Invoice No. 1496925**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1496925**

Questions or concerns, please email **payice@icemiller.com**

---

Payment Terms: Net 30
Tax ID: 35-0874357



ELECTRONIC



**Ice**Miller

LEGAL COUNSEL

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1496926
December 9, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:      Litigation
         Our Matter No. 60605.0014

### INVOICE SUMMARY

For Services rendered through November 30, 2017

| | |
|---|---:|
| Professional Services | $21,919.95 |
| **Total Current Invoice** | **$21,919.95** |
| Previous Balance Due | $70,939.35 |
| Total Balance Due | $92,859.30 |

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence
you have placed in us.  Please call if we can be of further assistance.



Litigation
Our Matter No. 60605.0014

Invoice No. 1496926
December 9, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 11/01/2017 | FOWL S | Communicated with counsel for Nikon regarding vendor credits. | 0.10 |
| 11/01/2017 | FOWL S | Communicated with counsel for Warrantech regarding 2004 exam motion. | 0.20 |
| 11/01/2017 | FOWL S | Revised motion for 2004 exam of Warrantech based on comments from the Committee. | 0.50 |
| 11/01/2017 | JORI W | Communications with attorneys and client regarding handling of responses to Electrolux's requests for production to debtors. | 0.30 |
| 11/01/2017 | HOKA J | Reviewed and forwarded third-party discovery requests served by Electrolux. | 0.40 |
| 11/01/2017 | HOKA J | Participated in calls with co- and adverse counsel regarding Electrolux litigation issues, and with Court's staff regarding scheduling issues. | 1.50 |
| 11/01/2017 | ARCE A | Followed up on outcome of call with Electrolux counsel and open discovery disputes and issues (.4); received and read Electrolux's non-party discovery (.4); began preparations for hearing on discovery issues (.5); multiple emails among counsel and clients regarding discovery (.8); multiple emails and draft regarding joint stipulation of dismissal of certain counts of Electrolux's first amended complaint (.6). | 2.30 |
| 11/02/2017 | FOWL S | Communicated with counsel for Synnex regarding defenses to vendor credit claims and settlement. | 0.30 |
| 11/02/2017 | FOWL S | Analyzed enforceability of arbitration provision in bankruptcy for Synnex adversary proceeding. | 0.50 |
| 11/02/2017 | ARCE A | Received and began reviewing client documents responsive to discovery. | 0.60 |
| 11/03/2017 | FOWL S | Communicated with counsel for Synnex regarding amount of vendor credit claim. | 0.30 |
| 11/03/2017 | FOWL S | Attended to arguments regarding Haiar 503(b)(9) claim; analyzed treatment of vendor credits in other retail bankruptcy cases. | 1.40 |
| 11/03/2017 | FOWL S | Communicated with counsel for Onward regarding settlement. | 0.10 |
| 11/03/2017 | HOKA J | Discussed jurisdictional issues related to pending matter. | 0.60 |
| 11/03/2017 | ARCE A | Received voluminous documents from Peterson; received and reviewed FIFO/LIFO analysis. | 0.80 |
| 11/06/2017 | ROUS M | Reviewed pretrial report for Synnex proceeding; conferred with Fowler regarding Onward position statement. | 0.60 |
| 11/06/2017 | FOWL S | Communicated with client regarding GEA/Haier administrative expense claim. | 0.20 |

Litigation
Our Matter No. 60605.0014

Invoice No. 1496926
December 9, 2017

| 11/06/2017 | FOWL S | Communicated with client regarding Vantiv adversary. | 0.10 |
|---|---|---|---|
| 11/06/2017 | FOWL S | Attended hearing on Electrolux adversary summary judgment scheduling. | 1.80 |
| 11/06/2017 | HOKA J | Met with co-defendant counsel (1.5) and attended continued hearing on Electrolux's motion to extend SJ deadlines (1.5). | 3.00 |
| 11/06/2017 | ARCE A | Received and reviewed additional documents from Peterson (.4); prepared for meeting with counsel (.4); read draft demonstrative chart in advance of hearing (.5); met with Gallo to coordinate strategy for hearing and met with counsel group to coordinate and prepare for hearing (2.9); attended and participate in hearing on discovery issues resulting in stay of discovery (1.5). | 5.30 |
| 11/07/2017 | FOWL S | Reviewed documentation related to amounts owed by RAC (.6); commenced draft of complaint against RAC based on same (1.2). | 1.80 |
| 11/07/2017 | FOWL S | Communicated with counsel for Nikon regarding vendor credits. | 0.20 |
| 11/07/2017 | FOWL S | Finalized Synnex pretrial statement. | 0.30 |
| 11/07/2017 | JORI W | Finalized and submitted Synnex Joint Pretrial Statement with the court. | 0.40 |
| 11/08/2017 | FOWL S | Communicated with counsel for ESI regarding photos of damaged product. | 0.10 |
| 11/08/2017 | FOWL S | Researched regarding Belkin for collection of judgment (.3); communicated with counsel for Belkin regarding same (.1). | 0.40 |
| 11/08/2017 | FOWL S | Communicated with counsel for Synnex regarding settlement. | 0.10 |
| 11/08/2017 | FOWL S | Communicated with counsel for Vantiv regarding settlement. | 0.20 |
| 11/08/2017 | FOWL S | Communicated with counsel for Onward regarding settlement. | 0.20 |
| 11/08/2017 | FOWL S | Communicated with client regarding status of Synnex adversary. | 0.10 |
| 11/09/2017 | FOWL S | Communicated with counsel for Nikon regarding vendor credits (.2); communicated with client regarding same. | 0.30 |
| 11/09/2017 | FOWL S | Reviewed contracts with RAC and revised complaint based on same (1.5); communicated with client regarding same (.2). | 1.70 |
| 11/10/2017 | FOWL S | Revised and finalized complaint against RAC. | 0.50 |
| 11/10/2017 | JORI W | Prepared and submitted appearances for Hokanson and Fowler in new adversary matter against Rent-A-Center. | 0.40 |
| 11/10/2017 | JORI W | Reviewed and filed complaint against Rent-A-Center. | 0.60 |
| 11/10/2017 | ARCE A | Read RAC adversary proceeding complaint. | 0.30 |
| 11/13/2017 | FOWL S | Reviewed jurisdictional issue in preparation for pretrial conference. | 1.20 |
| 11/13/2017 | FOWL S | Communicated with counsel for RAC regarding complaint. | 0.10 |

Litigation
Our Matter No. 60605.0014

Invoice No. 1496926
December 9, 2017

| 11/13/2017 | FOWL S | Communicated with counsel for Belkin regarding judgment; communicated with client regarding same. | 0.20 |
|---|---|---|---|
| 11/13/2017 | FOWL S | Communicated with counsel for Synnex regarding settlement and pretrial conference (.2); communicated with counsel for the Committee regarding same (.2). | 0.40 |
| 11/13/2017 | FOWL S | Attended to service of complaint and summons against RAC. | 0.20 |
| 11/13/2017 | HOKA J | Responded to inquiry regarding status of substitution of counsel in Lindblom matter. | 0.20 |
| 11/13/2017 | HOKA J | Responded to counsel's inquiry regarding Synnex litigation (.4), and made inquiry of Committee regarding status of preference claim (.2). | 0.60 |
| 11/14/2017 | FOWL S | Attended Synnex pretrial conference. | 1.20 |
| 11/14/2017 | FOWL S | Prepared for Synnex pretrial conference. | 0.50 |
| 11/14/2017 | HOKA J | Prepared and circulated proposed Order on Electrolux's Motion for extension of deadline for its response to Wells' MSJ. | 1.60 |
| 11/14/2017 | HOKA J | Forwarded inquiry regarding accounting for Electrolux escrow. | 0.20 |
| 11/14/2017 | ARCE A | Worked on proposed order. | 0.20 |
| 11/15/2017 | FOWL S | Drafted motion to approve settlement agreement with Synchrony. | 1.30 |
| 11/15/2017 | FOWL S | Communicated with client regarding status conference in Stein litigation. | 0.20 |
| 11/15/2017 | HOKA J | Finalized and circulated proposed Order on Elux's motion for extension of time. | 0.80 |
| 11/15/2017 | ARCE A | Read and analyzed Electrolux's brief in response to Wells Fargo's motion for summary judgment and affidavit. | 1.30 |
| 11/16/2017 | FOWL S | Communicated with Ogletree regarding status conference in Stein litigation. | 0.30 |
| 11/16/2017 | FOWL S | Communicated with counsel for Warrantech regarding production of documents; communicated with client regarding same. | 0.30 |
| 11/16/2017 | FOWL S | Communicated with client regarding strategy for Stein litigation. | 0.40 |
| 11/16/2017 | HOKA J | Exchanged emails regarding status of W'pool claims and litigation. | 0.80 |
| 11/16/2017 | HOKA J | Revised Order on Elux's motion to extend SJ deadline per comments of Elux's counsel, and communicated with Court's staff. | 0.60 |
| 11/17/2017 | POWE V | Reviewed and revised pro hac pleadings for District Court case. | 0.30 |
| 11/17/2017 | ROUS M | Conference call regarding Warrantech claims and discovery. | 0.50 |
| 11/17/2017 | FOWL S | Communicated with counsel for Synnex regarding settlement (.3); communicated with client regarding same (.1). | 0.40 |

Litigation
Our Matter No. 60605.0014

Invoice No. 1496926
December 9, 2017

| 11/17/2017 | FOWL S | Drafted notice of stay and notice of order regarding stay for Stein litigation in 6th Circuit; communicated with Ogletree regarding same. | 0.60 |
|---|---|---|---|
| 11/17/2017 | FOWL S | Communicated with counsel for Warrantech regarding documents responsive to subpoena. | 0.50 |
| 11/17/2017 | ARCE A | Received and read order. | 0.20 |
| 11/20/2017 | HOKA J | Reviewed and forwarded, and exchanged emails with co-counsel regarding, Elux's counsel's email regarding alleged duplicative litigation. | 0.50 |
| 11/20/2017 | HOKA J | Circulated adverse counsel's message regarding status of settlement efforts and intended litigation steps, and responded to Company officer's direction. | 0.60 |
| 11/20/2017 | ARCE A | Attention to numerous complaints and prospective withdrawal of the reference. | 0.80 |
| 11/21/2017 | POWE V | Attention to pro hac and appearance filings in Stein v. hhgregg district court matter. | 0.10 |
| 11/21/2017 | ARCE A | Attention to multiple complaints an other filings. | 0.40 |
| 11/27/2017 | FOWL S | Communicated with ASK regarding adversaries against Electrolux and Whirlpool. | 0.50 |
| 11/27/2017 | HOKA J | Participate in call with Debtor/Committee-side professionals regarding status of preference matters. | 0.50 |
| 11/28/2017 | FOWL S | Communicated with counsel for Onward regarding settlement; communicated with client regarding same. | 0.30 |
| 11/28/2017 | FOWL S | Attended to Vantiv pretrial order. | 0.20 |
| 11/28/2017 | HOKA J | Responded to inquiry regarding Elux demand regarding second avoidance action. | 0.30 |
| 11/29/2017 | FOWL S | Communicated with client regarding Vantiv. | 0.20 |
| 11/29/2017 | FOWL S | Communicated with counsel for Vantiv regarding settlement. | 0.30 |
| 11/29/2017 | HOKA J | Responded to GACP's counsel's inquiry regarding timing for Court's ruling on SJ motions. | 0.20 |
| 11/30/2017 | HOKA J | Exchanged emails regarding avoidance action against Zurich, et al. | 0.20 |
| 11/30/2017 | ARCE A | Attention to stay of proceedings and related communications. | 0.20 |

**Total Professional Services**        **$21,919.95**

**Total Invoice Balance Due**        $21,919.95

Litigation

Our Matter No. 60605.0014

Invoice No. 1496926

December 9, 2017

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 07/20/17 | 1476601 | $3,801.60 | $0.00 | $3,801.60 |
| 08/09/17 | 1480343 | $7,128.00 | $0.00 | $7,128.00 |
| 09/09/17 | 1483578 | $18,208.80 | $0.00 | $18,208.80 |
| 10/06/17 | 1486943 | $12,335.85 | $0.00 | $12,335.85 |
| 11/23/17 | 1494434 | $29,465.10 | $0.00 | $29,465.10 |
| 12/09/17 | 1496926 | $21,919.95 | $0.00 | $21,919.95 |
| | | | **Total Balance Due** | **$92,859.30** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $51,385.05 | $0.00 | $12,335.85 | $18,208.80 | $10,929.60 | $92,859.30 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries, please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com





One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Invoice No. 1496926
December 9, 2017

Re:     Litigation
        Our Matter No. 60605.0014

## INVOICE SUMMARY

For Services rendered through November 30, 2017

| | |
|---|---|
| Professional Services | $21,919.95 |
| **Total Current Invoice** | **$21,919.95** |
| Previous Balance Due | $70,939.35 |
| Total Balance Due | $92,859.30 |

### Payment Options

**Online Payments:**
**ClientPay**
ClientPay®

Wire/ACH Instructions:
Huntington Bank
ABA for ACH      074000078
ABA for Wire     044000024
Account No.      01401048453
Swift Code:      HUNTUS33
Please Reference **Invoice No. 1496926**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1496926**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1496927
December 9, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Meetings and Communications with Creditors
        Our Matter No. 60605.0015

## INVOICE SUMMARY

For Services rendered through November 30, 2017

| | |
|---|---:|
| Professional Services | $652.05 |
| **Total Current Invoice** | **$652.05** |
| Previous Balance Due | $12,009.60 |
| Total Balance Due | $12,661.65 |

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence you have placed in us.  Please call if we can be of further assistance.



Meetings and Communications with Creditors
Our Matter No. 60605.0015

Invoice No. 1496927
December 9, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 11/02/2017 | JORI W | Reviewed communications with creditor Mohawk Finishing Products in order to gather additional information to respond to inquiry. | 0.10 |
| 11/07/2017 | JORI W | Reviewed bankruptcy schedules and responded to creditor Mohawk Finishing Products regarding their claim. | 0.60 |
| 11/14/2017 | JORI W | Received and reviewed correspondence from creditor and reviewed schedules to gather information to respond (.5); prepared and sent correspondence to creditor regarding status and instructions for filing proof of claim in response to inquiries (.7). | 1.20 |
| 11/28/2017 | JORI W | Received and reviewed return mail from creditor and determined handling. | 0.20 |
| **Total Professional Services** | | | **$652.05** |

**Total Invoice Balance Due**                                                                 $652.05

### OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 07/20/17 | 1476602 | $1,273.05 | $0.00 | $1,273.05 |
| 08/09/17 | 1480344 | $8,625.15 | $0.00 | $8,625.15 |
| 09/09/17 | 1483579 | $1,769.85 | $0.00 | $1,769.85 |
| 10/06/17 | 1486944 | $124.20 | $0.00 | $124.20 |
| 11/23/17 | 1494435 | $217.35 | $0.00 | $217.35 |
| 12/09/17 | 1496927 | $652.05 | $0.00 | $652.05 |
| | | | **Total Balance Due** | **$12,661.65** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $869.40 | $0.00 | $124.20 | $1,769.85 | $9,898.20 | $12,661.65 |

Meetings and Communications with Creditors
Our Matter No. 60605.0015

Invoice No. 1496927
December 9, 2017

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com





One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Invoice No. 1496927
December 9, 2017

Re:    Meetings and Communications with Creditors
       Our Matter No. 60605.0015

## INVOICE SUMMARY

For Services rendered through November 30, 2017

| | |
|---|---|
| Professional Services | $652.05 |
| **Total Current Invoice** | **$652.05** |
| Previous Balance Due | $12,009.60 |
| Total Balance Due | $12,661.65 |

### Payment Options

**Online Payments:**
**ClientPay**
ClientPay

Wire/ACH Instructions:
Huntington Bank
ABA for ACH      074000078
ABA for Wire     044000024
Account No.      01401048453
Swift Code:      HUNTUS33
Please Reference **Invoice No. 1496927**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1496927**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



**Ice**Miller
LEGAL COUNSEL

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1496928
December 9, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Relief from Stay and Adequate Protection
        Our Matter No. 60605.0019

## INVOICE SUMMARY

For Services rendered through November 30, 2017

| | |
|---|---|
| Professional Services | $919.35 |
| **Total Current Invoice** | **$919.35** |
| Previous Balance Due | $27,747.90 |
| Total Balance Due | $28,667.25 |

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence
you have placed in us.  Please call if we can be of further assistance.



Relief from Stay and Adequate Protection
Our Matter No. 60605.0019

Invoice No. 1496928
December 9, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 11/06/2017 | HOKA J | Reviewed and advised regarding responses to Blevin's stay motion. | 0.60 |
| 11/09/2017 | HOKA J | Exchanged emails with Gemmel's counsel regarding status of Stay Motion. | 0.30 |
| 11/15/2017 | FOWL S | Reviewed Blevins motion for relief from stay (.3); communicated with counsel for Blevins regarding same (.2). | 0.50 |
| 11/16/2017 | FOWL S | Reviewed proposed order on Blevins relief from stay motion (.3); communicated with counsel for Blevins regarding same (.2). | 0.50 |
| 11/20/2017 | FOWL S | Communicated with counsel for Blevins regarding order on motion for relief from stay. | 0.30 |
| **Total Professional Services** | | | **$919.35** |

Total Invoice Balance Due | $919.35

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 07/20/17 | 1476604 | $835.65 | $0.00 | $835.65 |
| 08/09/17 | 1480345 | $5,694.30 | $0.00 | $5,694.30 |
| 09/09/17 | 1483580 | $14,628.15 | $0.00 | $14,628.15 |
| 10/06/17 | 1486945 | $4,423.95 | $0.00 | $4,423.95 |
| 11/23/17 | 1494436 | $2,165.85 | $0.00 | $2,165.85 |
| 12/09/17 | 1496928 | $919.35 | $0.00 | $919.35 |
| | | | **Total Balance Due** | **$28,667.25** |

## AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $3,085.20 | $0.00 | $4,423.95 | $14,628.15 | $6,529.95 | $28,667.25 |

Relief from Stay and Adequate Protection

Invoice No. 1496928

Our Matter No. 60605.0019

December 9, 2017

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com





One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Invoice No. 1496928
December 9, 2017

Re:     Relief from Stay and Adequate Protection
        Our Matter No. 60605.0019

## INVOICE SUMMARY

For Services rendered through November 30, 2017

Professional Services                                           $919.35

**Total Current Invoice**                                      **$919.35**

Previous Balance Due                                        $27,747.90

Total Balance Due                                           $28,667.25

### Payment Options

| Online Payments: | Wire/ACH Instructions: |
|---|---|
| **ClientPay** | Huntington Bank |
| | ABA for ACH    074000078 |
| | ABA for Wire   044000024 |
| | Account No.    01401048453 |
| | Swift Code:    HUNTUS33 |
| | Please Reference **Invoice No. 1496928** |

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1496928**

Questions or concerns, please email payice@icemiller.com

Payment Terms: Net 30
Tax ID: 35-0874357




**LEGAL COUNSEL**

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1496929
December 9, 2017

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Cost and Expenses
        Our Matter No. 60605.0023

## INVOICE SUMMARY

For Services rendered through November 30, 2017

| | |
|---|---|
| Disbursements | $4,920.32 |
| **Total Current Invoice** | **$4,920.32** |
| Previous Balance Due | $12,174.08 |
| Total Balance Due | $17,094.40 |

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence
you have placed in us.  Please call if we can be of further assistance.



Cost and Expenses
Our Matter No. 60605.0023

Invoice No. 1496929
December 9, 2017

## COSTS ADVANCED

| Description | Amount |
| --- | --- |
| Color Photocopies | $8.00 |
| Photocopies | $2.40 |
| Courier Expense | $6.95 |
| Color Photocopies | $2,688.00 |
| Postage Expense | $712.30 |
| Photocopies | $390.60 |
| Filing fees for Motion to Admit Sarah Fowler to Practice Before the Court Pro Hac Vice | $200.00 |
| Filing fee for Adversary Complaint against Rent-A-Cen | $350.00 |
| Hokanson (HH Gregg Hearing Prep) | $111.07 |
| Cost to obtain a Certificate of Good Standing to appear pro hac vice in Stein v. hhgregg in Southern District of Ohio | $3.00 |
| Electronic Data Discovery Services: processing/ database creation/ data manipulation/analyst Session 0001 on 60605_0014 CDVOL  IM01 | $250.00 |
| Legal Research Expense - WESTLAW - WESTLAW 60605.0023.06129 | $198.00 |
| **Total Cost Advanced** | **$4,920.32** |

| **Total Invoice Balance Due** | $4,920.32 |

Cost and Expenses
Our Matter No. 60605.0023

Invoice No. 1496929
December 9, 2017

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 07/20/17 | 1476606 | $3,957.57 | $0.00 | $3,957.57 |
| 08/09/17 | 1480347 | $2,683.73 | $0.00 | $2,683.73 |
| 09/09/17 | 1483582 | $3,166.99 | $0.00 | $3,166.99 |
| 10/06/17 | 1486947 | $586.45 | $0.00 | $586.45 |
| 11/23/17 | 1494438 | $1,779.34 | $0.00 | $1,779.34 |
| 12/09/17 | 1496929 | $4,920.32 | $0.00 | $4,920.32 |
| | | | **Total Balance Due** | **$17,094.40** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $6,699.66 | $0.00 | $586.45 | $3,166.99 | $6,641.30 | $17,094.40 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com

ELECTRONIC



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                           Invoice No. 1496929
Debtor-In-Possesion                                             December 9, 2017
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:      Cost and Expenses
         Our Matter No. 60605.0023

## INVOICE SUMMARY

For Services rendered through November 30, 2017

| | |
|---|---:|
| Disbursements | $4,920.32 |
| **Total Current Invoice** | **$4,920.32** |
| Previous Balance Due | $12,174.08 |
| Total Balance Due | $17,094.40 |

### Payment Options

Online Payments:                    Wire/ACH Instructions:
**ClientPay**                       Huntington Bank
ClientPay                           ABA for ACH    074000078
                                    ABA for Wire   044000024
                                    Account No.    01401048453
                                    Swift Code:    HUNTUS33
                                    Please Reference **Invoice No. 1496929**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1496929**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357