



**Ice**Miller

LEGAL COUNSEL

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1500836
January 9, 2018

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Asset Analysis and Recovery
       Our Matter No. 60605.0001

## INVOICE SUMMARY

For Services rendered through December 31, 2017

| | |
|---|---|
| Professional Services | $4,017.60 |
| **Total Current Invoice** | **$4,017.60** |
| Previous Balance Due | $102,552.30 |
| Total Balance Due | $106,569.90 |

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence
you have placed in us.  Please call if we can be of further assistance.



Asset Analysis and Recovery
Our Matter No. 60605.0001

Invoice No. 1500836
January 9, 2018

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 12/01/2017 | FOWL S | Communicated with counsel for GACP regarding pursuit of D&Os. | 0.30 |
| 12/01/2017 | FOWL S | Drafted settlement agreement with Nikon (.7); communicated with client and the Committee regarding same (.2). | 0.90 |
| 12/04/2017 | FOWL S | Revised and finalized settlement agreement with Nikon (.7); communicated with counsel for Nikon regarding same (.2). | 0.90 |
| 12/07/2017 | FOWL S | Reviewed proposed changes to settlement agreement from Nikon (.3); revised settlement agreement (.3); communicated with counsel for Nikon regarding same (.2). | 0.80 |
| 12/08/2017 | FOWL S | Communicated with client regarding Nikon settlement agreement (.1); communicated with counsel for the committee regarding same (.1); communicated with counsel for Nikon regarding same (.2). | 0.40 |
| 12/13/2017 | HOKA J | Began drafting Whirlpool demand. | 1.70 |
| 12/14/2017 | HOKA J | Responded to Committee's inquiry regarding release of debtors' claims in preference settlement. | 0.50 |
| 12/14/2017 | HOKA J | Finalized and circulated Whirlpool demand. | 0.80 |
| 12/15/2017 | HOKA J | Exchanged emails with GACP's counsel regarding status of asset recoveries. | 0.20 |
| 12/18/2017 | HOKA J | Exchanged emails with GACP's counsel regarding recovery opportunities. | 0.30 |
| 12/19/2017 | FOWL S | Revised and finalized order on Synchrony 9019 motion. | 0.30 |
| 12/20/2017 | FOWL S | Analyzed Warrantech contract (.4); communicated with client regarding Warrantech discovery (.2). | 0.60 |
| 12/21/2017 | HOKA J | Discussed and exchanged emails regarding utility deposits as asset recoveries. | 0.40 |
| 12/21/2017 | HOKA J | Spoke with Company officer regarding various recovery opportunities. | 0.50 |
| 12/26/2017 | HOKA J | Sent email to Committee counsel regarding delegation of decisions respecting D&O litigation. | 0.40 |

| **Total Professional Services** | **$4,017.60** |
|---|---|

| **Total Invoice Balance Due** | $4,017.60 |
|---|---|

Asset Analysis and Recovery
Our Matter No. 60605.0001

Invoice No. 1500836
January 9, 2018

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 07/20/17 | 1476590 | $30,393.45 | $0.00 | $30,393.45 |
| 08/09/17 | 1480333 | $32,545.35 | $0.00 | $32,545.35 |
| 09/09/17 | 1483567 | $33,363.00 | $0.00 | $33,363.00 |
| 10/06/17 | 1486934 | $3,653.10 | $0.00 | $3,653.10 |
| 11/23/17 | 1494424 | $494.10 | $0.00 | $494.10 |
| 12/09/17 | 1496917 | $2,103.30 | $0.00 | $2,103.30 |
| 01/09/18 | 1500836 | $4,017.60 | $0.00 | $4,017.60 |
| | | | **Total Balance Due** | **$106,569.90** |

## AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $4,017.60 | $2,597.40 | $0.00 | $3,653.10 | $96,301.80 | $106,569.90 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com





**LEGAL COUNSEL**

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Invoice No. 1500836
January 9, 2018

Re:    Asset Analysis and Recovery
       Our Matter No. 60605.0001

## INVOICE SUMMARY

For Services rendered through December 31, 2017

| | |
|---|---:|
| Professional Services | $4,017.60 |
| **Total Current Invoice** | **$4,017.60** |
| | |
| Previous Balance Due | $102,552.30 |
| Total Balance Due | $106,569.90 |

### Payment Options

Online Payments:
**ClientPay**
ClientPay®

Wire/ACH Instructions:
Huntington Bank
ABA for ACH      074000078
ABA for Wire      044000024
Account No.      01401048453
Swift Code:      HUNTUS33
Please Reference **Invoice No. 1500836**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1500836**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357





One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1500837
January 9, 2018

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:   Assumption and Rejection of Leases and Contracts
      Our Matter No. 60605.0003

### INVOICE SUMMARY

For Services rendered through December 31, 2017

| | |
|---|---|
| Professional Services | $129.60 |
| **Total Current Invoice** | **$129.60** |
| Previous Balance Due | $38,014.65 |
| Total Balance Due | $38,144.25 |

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence you have placed in us.  Please call if we can be of further assistance.



Assumption and Rejection of Leases and Contracts
Our Matter No. 60605.0003

Invoice No. 1500837
January 9, 2018

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 12/29/2017 | FOWL S | Drafted notice of contract rejection (.3); communicated with client regarding same (.1). | 0.40 |
| **Total Professional Services** | | | **$129.60** |

**Total Invoice Balance Due**                                                                      $129.60

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 07/20/17 | 1476592 | $21,415.05 | $0.00 | $21,415.05 |
| 08/09/17 | 1480335 | $9,171.90 | $0.00 | $9,171.90 |
| 09/09/17 | 1483569 | $4,714.20 | $0.00 | $4,714.20 |
| 10/06/17 | 1486936 | $803.25 | $0.00 | $803.25 |
| 11/23/17 | 1494426 | $1,117.80 | $0.00 | $1,117.80 |
| 12/09/17 | 1496918 | $792.45 | $0.00 | $792.45 |
| 01/09/18 | 1500837 | $129.60 | $0.00 | $129.60 |
| | | | **Total Balance Due** | **$38,144.25** |

## AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $129.60 | $1,910.25 | $0.00 | $803.25 | $35,301.15 | $38,144.25 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com





One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Invoice No. 1500837
January 9, 2018

Re:    Assumption and Rejection of Leases and Contracts
       Our Matter No. 60605.0003

## INVOICE SUMMARY

For Services rendered through December 31, 2017

| | |
|---|---|
| Professional Services | $129.60 |
| **Total Current Invoice** | **$129.60** |
| Previous Balance Due | $38,014.65 |
| Total Balance Due | $38,144.25 |

### Payment Options

**Online Payments:**
**ClientPay**

Wire/ACH Instructions:
Huntington Bank
ABA for ACH      074000078
ABA for Wire     044000024
Account No.      01401048453
Swift Code:      HUNTUS33
Please Reference **Invoice No. 1500837**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1500837**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357





One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1500838
January 9, 2018

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Business Operations
        Our Matter No. 60605.0006

## INVOICE SUMMARY

For Services rendered through December 31, 2017

Professional Services                                    $2,246.40

**Total Current Invoice**                               **$2,246.40**

Previous Balance Due                                     $37,140.75

Total Balance Due                                        $39,387.15

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence
you have placed in us.  Please call if we can be of further assistance.



Business Operations
Our Matter No. 60605.0006

Invoice No. 1500838
January 9, 2018

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 12/04/2017 | PISA M | Finalized substitution materials and conference with current counsel for HHgregg regarding substitution. | 1.00 |
| 12/05/2017 | PISA M | Prepare for hearing in Cook County matter. | 0.40 |
| 12/06/2017 | PISA M | Attendws status hearing in Cook County, Illinois regarding tax litigation and prepared correspondence to former counsel. | 3.80 |
| 12/06/2017 | HOKA J | Re-sent inquiry regarding constituents' authority to pay essential administrative claims. | 0.20 |
| 12/08/2017 | JORI W | Received and reviewed excel spreadsheets from client for monthly operating reports (.2); finalized and submitted monthly operating reports with the court for all three entities (.7); reported to client regarding filed submissions (.1). | 1.00 |

| **Total Professional Services** | **$2,246.40** |
|---|---|

| **Total Invoice Balance Due** | $2,246.40 |
|---|---|

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 07/20/17 | 1476594 | $11,191.05 | $0.00 | $11,191.05 |
| 08/09/17 | 1480336 | $14,388.30 | $0.00 | $14,388.30 |
| 09/09/17 | 1483571 | $3,789.45 | $0.00 | $3,789.45 |
| 10/06/17 | 1486938 | $2,690.55 | $0.00 | $2,690.55 |
| 11/23/17 | 1494427 | $2,820.15 | $0.00 | $2,820.15 |
| 12/09/17 | 1496919 | $2,261.25 | $0.00 | $2,261.25 |
| 01/09/18 | 1500838 | $2,246.40 | $0.00 | $2,246.40 |
| | | | **Total Balance Due** | **$39,387.15** |

## AGED AR

Business Operations
Our Matter No. 60605.0006

Invoice No. 1500838
January 9, 2018

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|------------|------------|-------------|------------|-------|
| $2,246.40 | $5,081.40 | $0.00 | $2,690.55 | $29,368.80 | $39,387.15 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com





One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Invoice No. 1500838
January 9, 2018

Re:    Business Operations
         Our Matter No. 60605.0006

## INVOICE SUMMARY

For Services rendered through December 31, 2017

| | |
|---|---|
| Professional Services | $2,246.40 |
| **Total Current Invoice** | **$2,246.40** |
| Previous Balance Due | $37,140.75 |
| Total Balance Due | $39,387.15 |

## Payment Options

Online Payments:
**ClientPay**
ClientPay®

Wire/ACH Instructions:
Huntington Bank
ABA for ACH      074000078
ABA for Wire     044000024
Account No.       01401048453
Swift Code:        HUNTUS33
Please Reference **Invoice No. 1500838**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1500838**

Questions or concerns, please email **payice@icemiller.com**

---

Payment Terms: Net 30
Tax ID: 35-0874357

ELECTRONIC



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1500839
January 9, 2018

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Case Administration
        Our Matter No. 60605.0007

### INVOICE SUMMARY

For Services rendered through December 31, 2017

| | |
|---|---|
| Professional Services | $2,751.30 |
| **Total Current Invoice** | **$2,751.30** |
| Previous Balance Due | $80,562.15 |
| Total Balance Due | $83,313.45 |

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence you have placed in us.  Please call if we can be of further assistance.



Case Administration
Our Matter No. 60605.0007

Invoice No. 1500839
January 9, 2018

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 12/01/2017 | JORI W | Received and reviewed affidavit of service from Donlin and conferred with attorney regarding handling of same (.2); submitted affidavit of service with the court (.2); reviewed docket and communicated with Donlin regarding service of orders (.2). | 0.60 |
| 12/04/2017 | FOWL S | Communicated with counsel for GACP regarding Wednesday's hearing. | 0.20 |
| 12/04/2017 | HOKA J | Responded to GACP's counsel's inquiry regarding status of Agenda and Court's schedule for December 6th hearing. | 0.50 |
| 12/05/2017 | FOWL S | Finalized agenda for hearing. | 0.30 |
| 12/05/2017 | JORI W | Finalized and submitted proposed agenda for Wednesday's hearing. | 0.30 |
| 12/05/2017 | HOKA J | Exchanged emails with constituents' counsel regarding matters scheduled for December 6th hearing. | 0.50 |
| 12/06/2017 | FOWL S | Attended omnibus hearing. | 0.80 |
| 12/06/2017 | FOWL S | Prepared for hearings. | 0.50 |
| 12/06/2017 | JORI W | Reviewed docket to determine status of pending motions and orders. | 0.20 |
| 12/11/2017 | HOKA J | Responded to Committee counsel's inquiry regarding local procedural issues. | 0.40 |
| 12/13/2017 | FOWL S | Communicated with counsel for Synchrony regarding contact address/phone number and DIP amendment. | 0.20 |
| 12/13/2017 | FOWL S | Communicated with counsel for Lockton regarding refund of insurance premium (.2); communicated with client regarding same (.3). | 0.50 |
| 12/13/2017 | JORI W | Reviewed docket regarding upcoming hearings and objection deadlines (.3); communications with Donlin regarding affidavits of service needed (.2); received, reviewed and submitted affidavits of service with court (.4). | 0.90 |
| 12/19/2017 | HOKA J | Exchanged emails with Clerk's staff regarding status of various orders. | 0.20 |
| 12/20/2017 | FOWL S | Reviewed notice regarding website; communicated with counsel for purchaser of IP regarding same. | 0.10 |
| 12/20/2017 | FOWL S | Reviewed emails regarding utility credits (.2); communicated with client regarding same (.1). | 0.30 |
| 12/20/2017 | FOWL S | Communicated with counsel for Lockton regarding return of premium payments. | 0.10 |
| 12/21/2017 | FOWL S | Communicated with team regarding fee applications and omnibus hearing dates. | 0.20 |

Case Administration
Our Matter No. 60605.0007

Invoice No. 1500839
January 9, 2018

| | | | |
|---|---|---|---|
| 12/21/2017 | HOKA J | Responded to lead counsel's inquiry regarding omnibus hearing dates. | 0.20 |
| 12/27/2017 | FOWL S | Communicated with counsel for Zurich regarding coverage issues. | 0.30 |

| **Total Professional Services** | **$2,751.30** |
|---|---|

| **Total Invoice Balance Due** | $2,751.30 |
|---|---|

### OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 07/20/17 | 1476595 | $16,933.05 | $0.00 | $16,933.05 |
| 08/09/17 | 1480337 | $16,124.40 | $0.00 | $16,124.40 |
| 09/09/17 | 1483572 | $19,693.35 | $0.00 | $19,693.35 |
| 11/23/17 | 1494428 | $22,748.85 | $0.00 | $22,748.85 |
| 12/09/17 | 1496920 | $5,062.50 | $0.00 | $5,062.50 |
| 01/09/18 | 1500839 | $2,751.30 | $0.00 | $2,751.30 |
| | | | **Total Balance Due** | **$83,313.45** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---|---|---|---|---|---|
| $2,751.30 | $27,811.35 | $0.00 | $0.00 | $52,750.80 | $83,313.45 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com

ELECTRONIC



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Invoice No. 1500839
January 9, 2018

Re:     Case Administration
        Our Matter No. 60605.0007

## INVOICE SUMMARY

For Services rendered through December 31, 2017

| | |
|---|---|
| Professional Services | $2,751.30 |
| **Total Current Invoice** | **$2,751.30** |
| Previous Balance Due | $80,562.15 |
| Total Balance Due | $83,313.45 |

### Payment Options

Online Payments:
**ClientPay**



Wire/ACH Instructions:
Huntington Bank
ABA for ACH      074000078
ABA for Wire     044000024
Account No.      01401048453
Swift Code:      HUNTUS33
Please Reference **Invoice No. 1500839**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1500839**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357





One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1500840
January 9, 2018

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:  Claims Administration and Objections
     Our Matter No. 60605.0008

## INVOICE SUMMARY

For Services rendered through December 31, 2017

| | |
|---|---|
| Professional Services | $10,064.25 |
| **Total Current Invoice** | **$10,064.25** |
| | |
| Previous Balance Due | $55,062.00 |
| Total Balance Due | $65,126.25 |

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence you have placed in us.  Please call if we can be of further assistance.



Claims Administration and Objections

Our Matter No. 60605.0008

Invoice No. 1500840

January 9, 2018

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 12/01/2017 | FOWL S | Analyzed amounts claimed by Kimco in administrative expense application. | 0.70 |
| 12/01/2017 | FOWL S | Communicated with client regarding Kimco administrative expense claim. | 0.20 |
| 12/01/2017 | FOWL S | Communicated with client regarding Kimco application for administrative expense claim. | 0.20 |
| 12/01/2017 | HOKA J | Exchanged emails regarding treatment of unpaid opt-in landlords. | 0.50 |
| 12/01/2017 | HOKA J | Finalized and circulated Anthem Entry. | 0.60 |
| 12/04/2017 | FOWL S | Reviewed DCT motion for administrative expense claim (.6); communicated with counsel for DCT regarding same (.2). | 0.80 |
| 12/04/2017 | FOWL S | Communicated with counsel for Kimco regarding payment of stub rent and administrative expense application. | 0.20 |
| 12/04/2017 | FOWL S | Communicated with Mauceri regarding RAPI administrative claim application. | 0.30 |
| 12/04/2017 | JORI W | Reviewed communications with T. King regarding amended administrative services agreement with anthem and motion to approve same (.2); reviewed amendment and made revisions to draft motion to amend (1.5). | 1.70 |
| 12/04/2017 | JORI W | Reviewed communications regarding handling of payment of Altus administrative claim. | 0.20 |
| 12/04/2017 | HOKA J | Reviewed and forwarded motion to approve Anthem entry. | 0.40 |
| 12/04/2017 | HOKA J | Exchanged emails regarding sharing information with creditors. | 0.50 |
| 12/04/2017 | HOKA J | Forwarded support for Altus claim and exchanged emails regarding same. | 0.40 |
| 12/04/2017 | HOKA J | Exchanged emails regarding settlement of Lifeline claims. | 0.40 |
| 12/05/2017 | FOWL S | Communicated with client regarding Kimco administrative expense claim (.2); communicated with counsel for Kimco regarding same (.2). | 0.40 |
| 12/05/2017 | FOWL S | Finalized agreed entry on RPAI administrative expense application. | 0.40 |
| 12/05/2017 | JORI W | Finalized and submitted Agreed Entry regarding RPAI motion for stub rent and order regarding same. | 0.70 |
| 12/05/2017 | JORI W | Reviewed comments of T. King regarding motion to amend administrative services agreement with Anthem and made revisions (.5); prepared notice of motion and opportunity to object (.4); finalized and submitted motion, exhibits and notice with the court (.6). | 1.50 |
| 12/05/2017 | HOKA J | Internal emails regarding stub rent claim settlements. | 0.40 |

Claims Administration and Objections
Our Matter No. 60605.0008

Invoice No. 1500840
January 9, 2018

| 12/05/2017 | HOKA J | Exchanged emails with Anthem's counsel regarding authority to file motion to approve agreed entry. | 0.30 |
|---|---|---|---|
| 12/06/2017 | FOWL S | Communicated with counsel for Waste Management regarding admin expense claim (.1); communicated with client regarding same (.1). | 0.20 |
| 12/06/2017 | HOKA J | Responded to GACP's counsel's inquiries regarding support for Anthem claims (.6); inquired of Anthem's counsel for final invoices (.4). | 1.00 |
| 12/06/2017 | HOKA J | Responded to Synchrony's counsel's inquiry regarding status of DIP negotiations. | 0.20 |
| 12/07/2017 | FOWL S | Communicated with counsel for Kimco regarding settlement of administrative expense claim. | 0.70 |
| 12/07/2017 | FOWL S | Communicated with client regarding Kimco administrative expense claim. | 0.50 |
| 12/07/2017 | JORI W | Reviewed e-mails regarding Anthem claims and responded to attorney inquiry regarding objection period for motion to amend agreement. | 0.20 |
| 12/07/2017 | HOKA J | Exchanged emails with Anthem's counsel regarding motion to approve agreed entry. | 0.20 |
| 12/08/2017 | HOKA J | Exchanged emails regarding final claims of Anthem. | 0.40 |
| 12/12/2017 | FOWL S | Communicated with counsel for Kimco regarding administrative expense application. | 0.20 |
| 12/12/2017 | FOWL S | Communicated with counsel for Bosch regarding information needed for recall; communicated with client regarding same. | 0.20 |
| 12/13/2017 | FOWL S | Communicated with counsel for Prologis regarding order on motion for setoff (.2); revised order based on same (.2). | 0.40 |
| 12/13/2017 | FOWL S | Drafted proposed order on Kimco administrative expense application (1.1); communicated with client regarding same (.2); communicated with counsel for Kimco regarding same (.2). | 1.50 |
| 12/13/2017 | HOKA J | Reviewed and forwarded Lifeline's settlement demand, and exchanged emails with preference counsel (.5); numerous email exchanges with Lifeline's counsel and Company officer regarding disputed claim amounts (1.4). | 1.90 |
| 12/13/2017 | HOKA J | Prompted Anthem's counsel for final claim determinations. | 0.20 |
| 12/14/2017 | FOWL S | Revised settlement agreement with Synchrony (.3); communicated with counsel for Synchrony regarding same (.2); communicated with client regarding same (.1). | 0.60 |
| 12/14/2017 | FOWL S | Revised and finalized order on Kimco administrative expense application (.4); communicated with counsel for Kimco regarding same (.2); communicated with court regarding same (.1). | 0.70 |
| 12/15/2017 | HOKA J | Exchanged emails and call between Company and Lifeline's counsel regarding settlement of current invoices and preference claims. | 1.00 |

Claims Administration and Objections                                    Invoice No. 1500840
Our Matter No. 60605.0008                                                January 9, 2018

| | | | |
|---|---|---|---|
| 12/18/2017 | HOKA J | Spoke and exchanged emails with Lifeline's counsel regarding arrearage. | 0.40 |
| 12/19/2017 | FOWL S | Communicated with counsel for Waste Management regarding administrative expense claim (.2); communicated with client regarding same (.1). | 0.30 |
| 12/20/2017 | FOWL S | Reviewed demand for payment from Stericycle (.1); communicated with client regarding same (.1); communicated with counsel for the Committee regarding same (.1). | 0.30 |
| 12/20/2017 | FOWL S | Communicated with counsel for Synchrony regarding 9019 motion. | 0.20 |
| 12/20/2017 | HOKA J | Responded to inquiry of Shred-It. | 0.20 |
| 12/20/2017 | HOKA J | Spoke with Anthem's counsel regarding final claims. | 0.40 |
| 12/21/2017 | FOWL S | Reviewed administrative expense claim filed by Bullseye Telecom (.3); communicated with client regarding same (.1). | 0.40 |
| 12/21/2017 | FOWL S | Communicated with counsel for Synchrony and counsel for the Committee regarding Synchrony settlement agreement. | 0.20 |
| 12/21/2017 | FOWL S | Reviewed final order regarding utilities. | 0.20 |
| 12/21/2017 | HOKA J | Responded to inquiry of GE's counsel regarding response to preference complaint and continuing entity confusion. | 0.40 |
| 12/27/2017 | FOWL S | Attended to timing of first payment to Kimco; communicated with client regarding same. | 0.20 |
| 12/27/2017 | FOWL S | Communicated with counsel for Shredit regarding payment of administrative creditors. | 0.20 |

**Total Professional Services**                                              **$10,064.25**

**Total Invoice Balance Due**                                                $10,064.25

Claims Administration and Objections

Invoice No. 1500840

Our Matter No. 60605.0008

January 9, 2018

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 07/20/17 | 1476596 | $593.55 | $0.00 | $593.55 |
| 08/09/17 | 1480338 | $2,772.90 | $0.00 | $2,772.90 |
| 09/09/17 | 1483573 | $13,254.30 | $0.00 | $13,254.30 |
| 10/06/17 | 1486939 | $14,593.50 | $0.00 | $14,593.50 |
| 11/23/17 | 1494429 | $6,640.65 | $0.00 | $6,640.65 |
| 12/09/17 | 1496921 | $17,207.10 | $0.00 | $17,207.10 |
| 01/09/18 | 1500840 | $10,064.25 | $0.00 | $10,064.25 |

**Total Balance Due**     **$65,126.25**

## AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $10,064.25 | $23,847.75 | $0.00 | $14,593.50 | $16,620.75 | $65,126.25 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries, please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com





One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                    Invoice No. 1500840
Debtor-In-Possesion                                       January 9, 2018
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Claims Administration and Objections
       Our Matter No. 60605.0008

## INVOICE SUMMARY

For Services rendered through December 31, 2017

Professional Services                                              $10,064.25

**Total Current Invoice**                                          **$10,064.25**

Previous Balance Due                                               $55,062.00

Total Balance Due                                                  $65,126.25

### Payment Options

Online Payments:                 Wire/ACH Instructions:
**ClientPay**                    Huntington Bank
                                 ABA for ACH     074000078
                                 ABA for Wire    044000024
                                 Account No.     01401048453
                                 Swift Code:     HUNTUS33
                                 Please Reference **Invoice No. 1500840**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1500840**

Questions or concerns, please email **payice@icemiller.com**

---

Payment Terms: Net 30
Tax ID: 35-0874357





One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1500841
January 9, 2018

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Corporate Governance and Board Matters
        Our Matter No. 60605.0009

## INVOICE SUMMARY

For Services rendered through December 31, 2017

| | |
|---|---:|
| Professional Services | $1,253.25 |
| **Total Current Invoice** | **$1,253.25** |
| Previous Balance Due | $28,400.85 |
| Total Balance Due | $29,654.10 |

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence you have placed in us.  Please call if we can be of further assistance.



Corporate Governance and Board Matters

Invoice No. 1500841

Our Matter No. 60605.0009

January 9, 2018

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 12/08/2017 | THOR J | Preparation of minutes of November 7, 2017 Board Meeting. | 0.70 |
| 12/11/2017 | THOR J | Preparation for and attended Board meeting. | 0.70 |
| 12/11/2017 | HOKA J | Participated in Board call (partial). | 0.50 |
| **Total Professional Services** | | | **$1,253.25** |

**Total Invoice Balance Due** | $1,253.25

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 07/20/17 | 1476597 | $5,131.80 | $0.00 | $5,131.80 |
| 08/09/17 | 1480339 | $14,760.90 | $0.00 | $14,760.90 |
| 09/09/17 | 1483574 | $5,291.10 | $0.00 | $5,291.10 |
| 10/06/17 | 1486940 | $1,672.65 | $0.00 | $1,672.65 |
| 11/23/17 | 1494430 | $779.40 | $0.00 | $779.40 |
| 12/09/17 | 1496922 | $765.00 | $0.00 | $765.00 |
| 01/09/18 | 1500841 | $1,253.25 | $0.00 | $1,253.25 |
| | | | **Total Balance Due** | **$29,654.10** |

## AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $1,253.25 | $1,544.40 | $0.00 | $1,672.65 | $25,183.80 | $29,654.10 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries, please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com




**LEGAL COUNSEL**

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Invoice No. 1500841
January 9, 2018

Re:     Corporate Governance and Board Matters
        Our Matter No. 60605.0009

## INVOICE SUMMARY

For Services rendered through December 31, 2017

| | |
|---|---|
| Professional Services | $1,253.25 |
| **Total Current Invoice** | **$1,253.25** |
| Previous Balance Due | $28,400.85 |
| Total Balance Due | $29,654.10 |

### Payment Options

**Online Payments:**
**ClientPay**
ClientPay®

Wire/ACH Instructions:
Huntington Bank
ABA for ACH      074000078
ABA for Wire      044000024
Account No.      01401048453
Swift Code:      HUNTUS33
Please Reference **Invoice No. 1500841**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1500841**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357





One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1500842
January 9, 2018

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Employee Benefits and Pensions
        Our Matter No. 60605.0010

## INVOICE SUMMARY

For Services rendered through December 31, 2017

| | |
|---|---|
| Professional Services | $166.05 |
| **Total Current Invoice** | **$166.05** |
| Previous Balance Due | $16,874.10 |
| Total Balance Due | $17,040.15 |

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence
you have placed in us.  Please call if we can be of further assistance.



Employee Benefits and Pensions
Our Matter No. 60605.0010

Invoice No. 1500842
January 9, 2018

**PROFESSIONAL SERVICES**

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 12/26/2017 | BURK C | Call with Stouffer regarding beneficiary issues regarding Eble. | 0.30 |
| **Total Professional Services** | | | **$166.05** |

**Total Invoice Balance Due**                                           $166.05

**OUTSTANDING INVOICES**

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 07/20/17 | 1476598 | $4,538.70 | $0.00 | $4,538.70 |
| 08/09/17 | 1480340 | $4,752.45 | $0.00 | $4,752.45 |
| 09/09/17 | 1483575 | $1,771.20 | $0.00 | $1,771.20 |
| 11/23/17 | 1494431 | $4,317.30 | $0.00 | $4,317.30 |
| 12/09/17 | 1496923 | $1,494.45 | $0.00 | $1,494.45 |
| 01/09/18 | 1500842 | $166.05 | $0.00 | $166.05 |
| | | **Total Balance Due** | | **$17,040.15** |

**AGED AR**

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $166.05 | $5,811.75 | $0.00 | $0.00 | $11,062.35 | $17,040.15 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com

ELECTRONIC



**IceMiller**
LEGAL COUNSEL

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Invoice No. 1500842
January 9, 2018

Re:     Employee Benefits and Pensions
        Our Matter No. 60605.0010

## INVOICE SUMMARY

For Services rendered through December 31, 2017

| | |
|---|---:|
| Professional Services | $166.05 |
| **Total Current Invoice** | **$166.05** |
| Previous Balance Due | $16,874.10 |
| Total Balance Due | $17,040.15 |

### Payment Options

**Online Payments:**
**ClientPay**


Wire/ACH Instructions:
Huntington Bank
ABA for ACH     074000078
ABA for Wire    044000024
Account No.     01401048453
Swift Code:     HUNTUS33
Please Reference **Invoice No. 1500842**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1500842**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



**ELECTRONIC**

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1500843
January 9, 2018

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Employment and Fee Applications
       Our Matter No. 60605.0011

## INVOICE SUMMARY

For Services rendered through December 31, 2017

| | |
|---|---:|
| Professional Services | $5,111.10 |
| **Total Current Invoice** | **$5,111.10** |
| Previous Balance Due | $51,727.50 |
| Total Balance Due | $56,838.60 |

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence you have placed in us.  Please call if we can be of further assistance.



Employment and Fee Applications
Our Matter No. 60605.0011

Invoice No. 1500843
January 9, 2018

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 12/01/2017 | JORI W | Reviewed communications between client and Katz and forwarded Katz retention order in response to same. | 0.20 |
| 12/01/2017 | JORI W | Received and reviewed Ice Miller invoices for October services in order to prepare calculations for notice of draw (1.0); drafted October notice of draw (.4); finalized and submitted Ice Miller Notice of Draw for October 2017 (.3). | 1.70 |
| 12/01/2017 | HOKA J | Attended issues respect scope of KSM's work for 401k Plan. | 0.40 |
| 12/04/2017 | JORI W | Reviewed Katz retention application to respond to inquiries regarding 401K audit. | 0.20 |
| 12/06/2017 | JORI W | Received, reviewed and submitted September and October notice of draw for BRG. | 0.40 |
| 12/07/2017 | JORI W | Reviewed information needed to track payments to professionals in order to assist client with payment of approved fees. | 0.20 |
| 12/15/2017 | JORI W | Received and reviewed Ice Miller invoices for November services and drafted notice of draw. | 0.50 |
| 12/15/2017 | JORI W | Received, reviewed and submitted MLB's November notice of draw. | 0.30 |
| 12/18/2017 | JORI W | Finalized and submitted Ice Miller November notice of draw. | 0.30 |
| 12/18/2017 | JORI W | Finalized and submitted Ice Miller notice of draw for November 2017 services. | 0.30 |
| 12/21/2017 | JORI W | Began preparing Ice Miller's third interim fee application along with supporting documentation and calculations. | 2.20 |
| 12/21/2017 | HOKA J | Completed and circulated fee tracker, and revised with Company and BRG comments. | 1.20 |
| 12/22/2017 | JORI W | Continued preparing Ice Miller's third interim fee application and communications to obtain additional information needed for same. | 2.50 |
| 12/26/2017 | FOWL S | Reviewed and revised third interim fee application. | 1.70 |
| 12/26/2017 | HOKA J | Exchanged emails with Committee counsel regarding retention of special counsel. | 0.20 |
| 12/26/2017 | HOKA J | Additional review of fee tracker and circulated for final Company review. | 0.80 |
| 12/27/2017 | FOWL S | Continued working on third interim fee application. | 1.20 |
| **Total Professional Services** | | | **$5,111.10** |

Employment and Fee Applications
Our Matter No. 60605.0011

Invoice No. 1500843
January 9, 2018

**Total Invoice Balance Due**                                                                 $5,111.10

### OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 07/20/17 | 1476599 | $18,823.05 | $0.00 | $18,823.05 |
| 08/09/17 | 1480341 | $15,570.45 | $0.00 | $15,570.45 |
| 09/09/17 | 1483576 | $3,947.40 | $0.00 | $3,947.40 |
| 10/06/17 | 1486941 | $9,537.75 | $0.00 | $9,537.75 |
| 11/23/17 | 1494432 | $1,678.05 | $0.00 | $1,678.05 |
| 12/09/17 | 1496924 | $2,170.80 | $0.00 | $2,170.80 |
| 01/09/18 | 1500843 | $5,111.10 | $0.00 | $5,111.10 |

|  |  |  | **Total Balance Due** | **$56,838.60** |
|--|--|--|--|--|

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $5,111.10 | $3,848.85 | $0.00 | $9,537.75 | $38,340.90 | $56,838.60 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com





One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                           Invoice No. 1500843
Debtor-In-Possesion                                              January 9, 2018
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Employment and Fee Applications
        Our Matter No. 60605.0011

## INVOICE SUMMARY

For Services rendered through December 31, 2017

| | |
|---|---|
| Professional Services | $5,111.10 |
| **Total Current Invoice** | **$5,111.10** |
| Previous Balance Due | $51,727.50 |
| Total Balance Due | $56,838.60 |

### Payment Options

Online Payments:                     Wire/ACH Instructions:
**ClientPay**                        Huntington Bank
                                     ABA for ACH     074000078
                                     ABA for Wire    044000024
                                     Account No.     01401048453
                                     Swift Code:     HUNTUS33
                                     Please Reference **Invoice No. 1500843**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1500843**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357





LEGAL COUNSEL

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1500845
January 9, 2018

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Financing and Cash Collateral
        Our Matter No. 60605.0013

## INVOICE SUMMARY

For Services rendered through December 31, 2017

| | |
|---|---|
| Professional Services | $15,650.55 |
| **Total Current Invoice** | **$15,650.55** |
| Previous Balance Due | $81,800.10 |
| Total Balance Due | $97,450.65 |

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence you have placed in us.  Please call if we can be of further assistance.



Financing and Cash Collateral
Our Matter No. 60605.0013

Invoice No. 1500845
January 9, 2018

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 12/01/2017 | HOKA J | Reviewed and discussed GACP's turn of the DIP Amendment. | 0.80 |
| 12/01/2017 | HOKA J | Discussed GACP's desire to pursue D&O claims as term of DIP Amendment. | 0.50 |
| 12/01/2017 | HOKA J | Reviewed and discussed Wells' comments to DIP Amendment. | 1.20 |
| 12/01/2017 | HOKA J | Proposed email requesting payment of Anthem and Lifeline prior to DIP Amendment. | 0.80 |
| 12/04/2017 | HOKA J | Exchanged numerous emails and participated in calls with Lenders' and Committee's counsel inquiring regarding status of comments to DIP Agreement (.8); reviewed and forwarded Committee's 12/04 pm comments (.6). | 1.40 |
| 12/05/2017 | HOKA J | Exchanged emails between Committee and GACP counsel regarding administration of D&O claims (.4); exchanges between Wells and GACP counsel regarding status of DIP amendment (.3); additional exchanges regarding finalization of schedules and exhibits to DIP Amendment (.8); responded to call from GACP counsel regarding revision to assign D&O claims (.3); spoke with GACP's lead and local counsel regarding DIP revisions (.3) and exchanged confirming emails (.2); spoke with GACP local counsel regarding bifurcation of administrative claims info classes (.2); revised and circulated schedules and exhibits to DIP Agreement (.8), and sent summary email to constituents' counsel (.4). | 3.60 |
| 12/05/2017 | HOKA J | Exchanged emails with Committee counsel regarding its revisions to DIP Agreement. | 0.20 |
| 12/06/2017 | FOWL S | Communicated with counsel for GACP and the Committee regarding DIP amendment. | 0.50 |
| 12/06/2017 | FOWL S | Communicated with counsel for the Committee regarding DIP amendment. | 0.40 |
| 12/06/2017 | HOKA J | Continued email exchanges regarding finalization of DIP Amendment schedules and exhibits (.6); exchanged emails with Company officers regarding expectations for settlement of remaining issues (.2); responded to GACP's counsel inquiry regarding "deposits" schedule (.4); reviewed and forwarded Wells' marked-up DIP Agreement (.8); reviewed and forwarded GACP's further revisions to DIP Agreement (.5); forwarded information relative to approval-date payments (.4); exchanged emails with Committee counsel regarding payment for D&O Claim counsel's expenses (.4). | 3.20 |
| 12/07/2017 | HOKA J | Exchanged emails regarding "Elux issue" in DIP Agreement (.5); exchanged emails with Committee counsel respecting status of GACP's comments (.4); responded to GACP's counsel's request for schedules and exhibits to DIP Agreement (.3); responded to GACP's proposed revision of allocation of D&O recoveries (.2). | 1.40 |

Financing and Cash Collateral
Our Matter No. 60605.0013

Invoice No. 1500845
January 9, 2018

| 12/08/2017 | FOWL S | Communicated with client regarding DIP amendment (.6); communicated with counsel for the Committee regarding same (1.2); communicated with counsel for GACP regarding same (.3). | 2.10 |
|---|---|---|---|
| 12/08/2017 | FOWL S | Reviewed revision to DIP amendment and schedules from counsel for GACP (.5); communicated with client regarding same (.3). | 0.80 |
| 12/08/2017 | HOKA J | Reviewed e-mail traffic regarding status of parties' approval of DIP Agreement (.6); reviewed GACP-revised Scheduled to DIP Agreement, and marked-up Agreement (1.0); spoke with Committee counsel regarding same (.5); spoke with Company officer (.2). | 2.30 |
| 12/11/2017 | FOWL S | Communicated with counsel for the Committee regarding DIP amendment. | 0.40 |
| 12/11/2017 | FOWL S | Communicated with local counsel for the committee regarding DIP amendment. | 0.20 |
| 12/11/2017 | HOKA J | Began compilation of Case Professionals' post-GOB fee accruals (.6); reviewed status of Lender comments to DIP Agreement and schedules, and participated in call with constituents' counsel regarding open issues in DIP Agreement negotiations (1.0); compiled and forwarded information regarding Ice Miller's post-GOB fee accruals (.4); spoke with Company officers and reviewed draft documents (1.2); spoke with GACP's counsel regarding open issues, and provided update to Company officers (.5). | 3.70 |
| 12/12/2017 | FOWL S | Communicated with counsel for GACP regarding DIP amendment. | 0.20 |
| 12/12/2017 | FOWL S | Revised exhibits to DIP amendment (1.0); communicated with client regarding same (.3); communicated with counsel for the Committee and GACP regarding same (.2). | 1.50 |
| 12/12/2017 | HOKA J | Revised DIP Agreement and Schedule C per discussion with GACP's counsel, and circulated for review and approval (1.3); discussed with Company officers (.2), and provided further revision (.5). | 1.20 |
| 12/13/2017 | FOWL S | Revised and finalized DIP amendment (.6); communicated with all constituencies regarding same (.3). | 0.90 |
| 12/13/2017 | HOKA J | Exchanged emails regarding execution of DIP Amendment (.2); exchanged emails with GXCP's counsel regarding GACP's additional review and comments (.5); additional email exchanges with GACP's counsel regarding final terms (.6), and will all counsel regarding finalization and signature (.8). | 2.10 |
| 12/14/2017 | FOWL S | Attended to fully executed DIP amendment (.3); drafted court notice regarding same (.8); communicated with counsel for the lenders and the Committee regarding same (.2); communicated with client regarding same (.2). | 1.50 |
| 12/14/2017 | HOKA J | Assisted with finalization of DIP Agreement (.6); reviewed Notice of Submission (.2). | 0.80 |
| 12/21/2017 | HOKA J | Forwarded FBD's November statements. | 0.10 |

Financing and Cash Collateral
Our Matter No. 60605.0013

Invoice No. 1500845
January 9, 2018

| | |
|---|---|
| **Total Professional Services** | **$15,650.55** |

| | |
|---|---|
| **Total Invoice Balance Due** | $15,650.55 |

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 07/20/17 | 1476600 | $498.15 | $0.00 | $498.15 |
| 08/09/17 | 1480342 | $7,325.10 | $0.00 | $7,325.10 |
| 09/09/17 | 1483577 | $23,474.70 | $0.00 | $23,474.70 |
| 10/06/17 | 1486942 | $22,030.65 | $0.00 | $22,030.65 |
| 11/23/17 | 1494433 | $6,574.50 | $0.00 | $6,574.50 |
| 12/09/17 | 1496925 | $21,897.00 | $0.00 | $21,897.00 |
| 01/09/18 | 1500845 | $15,650.55 | $0.00 | $15,650.55 |
| | | | **Total Balance Due** | **$97,450.65** |

## AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---|---|---|---|---|---|
| $15,650.55 | $28,471.50 | $0.00 | $22,030.65 | $31,297.95 | $97,450.65 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com





LEGAL COUNSEL

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                     Invoice No. 1500845
Debtor-In-Possesion                                        January 9, 2018
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Financing and Cash Collateral
        Our Matter No. 60605.0013

## INVOICE SUMMARY

For Services rendered through December 31, 2017

Professional Services                                              $15,650.55

**Total Current Invoice**                                          **$15,650.55**

Previous Balance Due                                               $81,800.10

Total Balance Due                                                  $97,450.65

### Payment Options

Online Payments:                    Wire/ACH Instructions:
**ClientPay**                       Huntington Bank
                                    ABA for ACH     074000078
                                    ABA for Wire    044000024
                                    Account No.     01401048453
                                    Swift Code:     HUNTUS33
                                    Please Reference **Invoice No. 1500845**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1500845**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357





**Ice**Miller

LEGAL COUNSEL

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1500846
January 9, 2018

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Litigation
       Our Matter No. 60605.0014

## INVOICE SUMMARY

For Services rendered through December 31, 2017

| | |
|---|---|
| Professional Services | $5,836.05 |
| **Total Current Invoice** | **$5,836.05** |
| Previous Balance Due | $92,859.30 |
| Total Balance Due | $98,695.35 |

Thank you for giving Ice Miller the opportunity to serve you. We appreciate your business and the confidence you have placed in us. Please call if we can be of further assistance.



Litigation                                                                                    Invoice No. 1500846
Our Matter No. 60605.0014                                                                          January 9, 2018

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 12/04/2017 | HOKA J | Reviewed and forwarded Court order and judgment on Wells' MSJ in Whirlpool matter. | 1.00 |
| 12/04/2017 | ARCE A | Received and read order granting Wells Fargo's motion for summary judgment (Whirlpool). | 0.40 |
| 12/06/2017 | HOKA J | Reviewed and forwarded S. Grow's email regarding duplicative litigation, and exchanged emails regarding strategy for responding and for responding to settlement demand. | 0.60 |
| 12/06/2017 | ARCE A | Multiple emails among counsel regarding potential consolidation(.5); read Electrolux's motion to strike brief (.3). | 0.80 |
| 12/07/2017 | FOWL S | Communicated with counsel for Synnex regarding settlement. | 0.30 |
| 12/07/2017 | FOWL S | Communicated with counsel for E&S regarding support for damage claim. | 0.20 |
| 12/07/2017 | FOWL S | Communicated with counsel for Vantiv regarding settlement (.3); communicated with client regarding same (.2). | 0.50 |
| 12/07/2017 | FOWL S | Communicated with Padove regarding pending litigation (.1); communicated with client regarding same (.1). | 0.20 |
| 12/08/2017 | FOWL S | Analyzed options regarding settlement of Onward vendor credit (.5); communicated with client regarding same (.2). | 0.70 |
| 12/11/2017 | FOWL S | Communicated with client regarding settlement of Vantiv adversary. | 0.20 |
| 12/11/2017 | FOWL S | Reviewed and analyzed rulings in Whirlpool and Elux adversaries. | 1.30 |
| 12/11/2017 | HOKA J | Reviewed and forwarded Elux's Sur-Reply. | 0.50 |
| 12/11/2017 | ARCE A | Reviewed Wells Fargo's draft objection to Electrolux's motion to strike (.3); related email communications(.1); received and read order on motion to strike (.1). | 0.50 |
| 12/12/2017 | FOWL S | Communicated with counsel for Vantiv regarding settlement of adversary. | 0.20 |
| 12/18/2017 | FOWL S | Communicated with ASK regarding adversary against Synnex. | 0.30 |
| 12/18/2017 | FOWL S | Communicated with client regarding Onward adversary schedule. | 0.20 |
| 12/18/2017 | HOKA J | Reviewed and forwarded Whirlpool's Notice of Appeal, and exchanged emails with Company officers regarding same. | 0.50 |
| 12/18/2017 | ARCE A | Read appeal; multiple emails among counsel regarding appeal. | 0.50 |
| 12/19/2017 | HOKA J | Assisted with consideration of extension of deadlines in Onward AP. | 0.20 |

Litigation                                                                    Invoice No. 1500846
Our Matter No. 60605.0014                                                        January 9, 2018

| | | | |
|---|---|---|---|
| 12/20/2017 | FOWL S | Communicated with client regarding Vantiv. | 0.10 |
| 12/21/2017 | FOWL S | Revised discovery requests to Warrantech (.4); communicated with counsel for Warrantech regarding same (.1). | 0.50 |
| 12/21/2017 | FOWL S | Communicated with client regarding strategy for Warrantech and Onward. | 0.50 |
| 12/26/2017 | FOWL S | Reviewed proposed amended motion to extend scheduling from Onward (.3); communicated with counsel for Onward regarding same (.1). | 0.40 |
| 12/26/2017 | FOWL S | Communicated with local counsel for Onward regarding motion to continue dates and deadlines(.2); communicated with lead counsel for Onward regarding same (.2). | 0.40 |
| 12/26/2017 | HOKA J | Discussed internally and responded to RAC's inquiry regarding consent to stay pending withdrawal of reference. | 0.50 |
| 12/27/2017 | FOWL S | Commenced drat of response to position statement for settlement discussions with Onward. | 0.60 |
| 12/27/2017 | FOWL S | Communicated with counsel for the Committee and Synnex regarding consolidation of breach of contract and chapter 5 causes of action. | 0.20 |
| 12/27/2017 | ARCE A | Attention to RAC motion. | 0.30 |
| 12/28/2017 | ARCE A | Received and read amended notice of appeal; emails among counsel regarding stay of UCC action. | 0.40 |
| 12/29/2017 | FOWL S | Communicated with counsel for Synnex regarding settlement. | 0.10 |
| 12/29/2017 | FOWL S | Communicated with ASK regarding GE motion to dismiss; reviewed previous communications with Haier for same. | 0.40 |

| | |
|---|---|
| **Total Professional Services** | **$5,836.05** |

| | |
|---|---|
| **Total Invoice Balance Due** | $5,836.05 |

Litigation                                                                                      Invoice No. 1500846
Our Matter No. 60605.0014                                                              January 9, 2018

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 07/20/17 | 1476601 | $3,801.60 | $0.00 | $3,801.60 |
| 08/09/17 | 1480343 | $7,128.00 | $0.00 | $7,128.00 |
| 09/09/17 | 1483578 | $18,208.80 | $0.00 | $18,208.80 |
| 10/06/17 | 1486943 | $12,335.85 | $0.00 | $12,335.85 |
| 11/23/17 | 1494434 | $29,465.10 | $0.00 | $29,465.10 |
| 12/09/17 | 1496926 | $21,919.95 | $0.00 | $21,919.95 |
| 01/09/18 | 1500846 | $5,836.05 | $0.00 | $5,836.05 |
| | | | **Total Balance Due** | **$98,695.35** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $5,836.05 | $51,385.05 | $0.00 | $12,335.85 | $29,138.40 | $98,695.35 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com





One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Invoice No. 1500846
January 9, 2018

Re:    Litigation
       Our Matter No. 60605.0014

## INVOICE SUMMARY

For Services rendered through December 31, 2017

| | |
|---|---|
| Professional Services | $5,836.05 |
| **Total Current Invoice** | **$5,836.05** |
| Previous Balance Due | $92,859.30 |
| Total Balance Due | $98,695.35 |

## Payment Options

Online Payments:
**ClientPay**
ClientPay

Wire/ACH Instructions:
Huntington Bank
ABA for ACH     074000078
ABA for Wire    044000024
Account No.     01401048453
Swift Code:     HUNTUS33
Please Reference **Invoice No. 1500846**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1500846**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357





One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1500847
January 9, 2018

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Relief from Stay and Adequate Protection
       Our Matter No. 60605.0019

## INVOICE SUMMARY

For Services rendered through December 31, 2017

| | |
|---|---:|
| Professional Services | $785.70 |
| **Total Current Invoice** | **$785.70** |
| Previous Balance Due | $28,667.25 |
| Total Balance Due | $29,452.95 |

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence
you have placed in us.  Please call if we can be of further assistance.



Relief from Stay and Adequate Protection
Our Matter No. 60605.0019

Invoice No. 1500847
January 9, 2018

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 12/01/2017 | FOWL S | Revised and finalized order on Prologis motion for setoff. | 0.30 |
| 12/05/2017 | HOKA J | Prompted Gemmel counsel regarding disposition of stay motion. | 0.20 |
| 12/07/2017 | FOWL S | Communicated with counsel for Gemmel regarding order on motion for relief from stay. | 0.10 |
| 12/15/2017 | HOKA J | Inquired regarding status of Gemmel stay motion. | 0.20 |
| 12/15/2017 | HOKA J | Exchanged emails regarding lifted stay in Panos lawsuit. | 0.20 |
| 12/18/2017 | FOWL S | Communicated with counsel for Prologis regarding order on motion for setoff. | 0.20 |
| 12/19/2017 | FOWL S | Communicated with counsel for Panos and for Zurich regarding relief from stay. | 0.30 |
| 12/20/2017 | FOWL S | Communicated with counsel for Gemmel regarding order on motion for relief from stay. | 0.10 |
| 12/27/2017 | FOWL S | Communicated with counsel for Demar regarding MFRS. | 0.20 |
| 12/29/2017 | FOWL S | Communicated with counsel for Zurich regarding relief from stay issues. | 0.10 |
| 12/29/2017 | FOWL S | Communicated with counsel for Gemmel regarding order on motion for relief from stay. | 0.10 |

| **Total Professional Services** | **$785.70** |
|---|---|

| **Total Invoice Balance Due** | $785.70 |
|---|---|

Relief from Stay and Adequate Protection
Our Matter No. 60605.0019

Invoice No. 1500847
January 9, 2018

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 07/20/17 | 1476604 | $835.65 | $0.00 | $835.65 |
| 08/09/17 | 1480345 | $5,694.30 | $0.00 | $5,694.30 |
| 09/09/17 | 1483580 | $14,628.15 | $0.00 | $14,628.15 |
| 10/06/17 | 1486945 | $4,423.95 | $0.00 | $4,423.95 |
| 11/23/17 | 1494436 | $2,165.85 | $0.00 | $2,165.85 |
| 12/09/17 | 1496928 | $919.35 | $0.00 | $919.35 |
| 01/09/18 | 1500847 | $785.70 | $0.00 | $785.70 |
| | | **Total Balance Due** | | **$29,452.95** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|------------|-------|
| $785.70 | $3,085.20 | $0.00 | $4,423.95 | $21,158.10 | $29,452.95 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com





LEGAL COUNSEL

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                    Invoice No. 1500847
Debtor-In-Possesion                                      January 9, 2018
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Relief from Stay and Adequate Protection
       Our Matter No. 60605.0019

## INVOICE SUMMARY

For Services rendered through December 31, 2017

Professional Services                                    $785.70

**Total Current Invoice**                                **$785.70**

Previous Balance Due                                     $28,667.25

Total Balance Due                                        $29,452.95

### Payment Options

Online Payments:                    Wire/ACH Instructions:
**ClientPay**                       Huntington Bank
                                    ABA for ACH     074000078
                                    ABA for Wire    044000024
                                    Account No.     01401048453
                                    Swift Code:     HUNTUS33
                                    Please Reference **Invoice No. 1500847**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1500847**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



ELECTRONIC

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1500848
January 9, 2018

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:     Cost and Expenses
        Our Matter No. 60605.0023

**INVOICE SUMMARY**

For Services rendered through December 31, 2017

| | |
|---|---|
| Disbursements | $183.64 |
| **Total Current Invoice** | **$183.64** |
| Previous Balance Due | $17,094.40 |
| Total Balance Due | $17,278.04 |

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence
you have placed in us.  Please call if we can be of further assistance.



Cost and Expenses
Our Matter No. 60605.0023

Invoice No. 1500848
January 9, 2018

## COSTS ADVANCED

| Description | Amount |
|---|---|
| Color Photocopies | $27.00 |
| Photocopies | $2.55 |
| Parking expense to attend hearing in Cook County on 12/6/17 on client's behalf. | $18.00 |
| Travel to/from Cook County (Chicago) to attend hearing regarding franchise tax litigation on 12/6/17 (46 miles). | $24.61 |
| Hokanson (HH Gregg) meeting.29E1 | $103.58 |
| Filing fee for Motion for Leave to Substitute Attorneys, Notice of Motion and Stipulation of Substitution of Attorney for Lindblom v. Sears/Gregg Appliances matter. | $7.90 |
| **Total Cost Advanced** | **$183.64** |

| | |
|---|---|
| **Total Invoice Balance Due** | $183.64 |

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 07/20/17 | 1476606 | $3,957.57 | $0.00 | $3,957.57 |
| 08/09/17 | 1480347 | $2,683.73 | $0.00 | $2,683.73 |
| 09/09/17 | 1483582 | $3,166.99 | $0.00 | $3,166.99 |
| 10/06/17 | 1486947 | $586.45 | $0.00 | $586.45 |
| 11/23/17 | 1494438 | $1,779.34 | $0.00 | $1,779.34 |
| 12/09/17 | 1496929 | $4,920.32 | $0.00 | $4,920.32 |
| 01/09/18 | 1500848 | $183.64 | $0.00 | $183.64 |
| | | | **Total Balance Due** | **$17,278.04** |

## AGED AR

Cost and Expenses
Our Matter No. 60605.0023

Invoice No. 1500848
January 9, 2018

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|------------|------------|-------------|------------|-------|
| $183.64 | $6,699.66 | $0.00 | $586.45 | $9,808.29 | $17,278.04 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com





LEGAL COUNSEL

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Invoice No. 1500848
January 9, 2018

Re:   Cost and Expenses
      Our Matter No. 60605.0023

## INVOICE SUMMARY

For Services rendered through December 31, 2017

| | |
|---|---|
| Disbursements | $183.64 |
| **Total Current Invoice** | **$183.64** |
| Previous Balance Due | $17,094.40 |
| Total Balance Due | $17,278.04 |

### Payment Options

| Online Payments: | Wire/ACH Instructions: |
|---|---|
| **ClientPay** | Huntington Bank |
| | ABA for ACH    074000078 |
| | ABA for Wire   044000024 |
| | Account No.    01401048453 |
| | Swift Code:    HUNTUS33 |
| | Please Reference **Invoice No. 1500848** |

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1500848**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



ELECTRONIC

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1500849
January 9, 2018

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:    Schechner NP Discovery Request
       Our Matter No. 60605.0024

### INVOICE SUMMARY

For Services rendered through December 31, 2017

| | |
|---|---:|
| Professional Services | $338.40 |
| **Total Current Invoice** | **$338.40** |
| Previous Balance Due | $1,754.10 |
| Total Balance Due | $2,092.50 |

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence
you have placed in us.  Please call if we can be of further assistance.



Schechner NP Discovery Request
Our Matter No. 60605.0024

Invoice No. 1500849
January 9, 2018

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 12/04/2017 | FUGA C | Call from Mamorsky regarding document produced in response to non-party subpoena. | 0.30 |
| 12/05/2017 | FUGA C | E-mailed Mallon with follow-up issues concerning non-party subpoena. | 0.20 |
| 12/13/2017 | FUGA C | E-mailed Mamorsky regarding current status of searching documents relating to non-party subpoena. | 0.10 |
| 12/13/2017 | FUGA C | Call with Mallon regarding search of documents relating to non-party subpoena. | 0.10 |
| 12/21/2017 | FUGA C | Communicated with Mallon regarding status of key-word searches. | 0.10 |
| **Total Professional Services** | | | **$338.40** |

**Total Invoice Balance Due**                                                                $338.40

### OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 10/06/17 | 1486948 | $1,119.60 | $0.00 | $1,119.60 |
| 11/23/17 | 1494439 | $634.50 | $0.00 | $634.50 |
| 01/09/18 | 1500849 | $338.40 | $0.00 | $338.40 |
| | | | **Total Balance Due** | **$2,092.50** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $338.40 | $634.50 | $0.00 | $1,119.60 | $0.00 | $2,092.50 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com





LEGAL COUNSEL

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                         Invoice No. 1500849
Debtor-In-Possesion                                                  January 9, 2018
c/o Candace Bankovich
4151 East 96th Street
Indianapolis, IN 46240

Re:   Schechner NP Discovery Request
      Our Matter No. 60605.0024

## INVOICE SUMMARY

For Services rendered through December 31, 2017

Professional Services                                                $338.40

**Total Current Invoice**                                            **$338.40**

Previous Balance Due                                                $1,754.10

Total Balance Due                                                   $2,092.50

### Payment Options

Online Payments:                  Wire/ACH Instructions:
**ClientPay**                     Huntington Bank
                                  ABA for ACH    074000078
                                  ABA for Wire   044000024
                                  Account No.    01401048453
                                  Swift Code:    HUNTUS33
                                  Please Reference **Invoice No. 1500849**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1500849**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



**ELECTRONIC**

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1504322
February 9, 2018

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Kevin Kovacs, CEO/CFO
755 W. Carmel Drive, Suite 207
Carmel, IN 46032

Re:     Asset Analysis and Recovery
        Our Matter No. 60605.0001

## INVOICE SUMMARY

For Services rendered through January 31, 2018

Professional Services                                    $2,303.10

**Total Current Invoice**                               **$2,303.10**

Previous Balance Due                                   $106,569.90

Total Balance Due                                      $108,873.00

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence
you have placed in us.  Please call if we can be of further assistance.



Asset Analysis and Recovery
Our Matter No. 60605.0001

Invoice No. 1504322
February 9, 2018

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 01/02/2018 | HOKA J | Reviewed and responded to inquiries regarding Court's approval of Synchrony settlement, and timing for Synchrony's draw on letter of credit. | 0.40 |
| 01/03/2018 | FOWL S | Communicated with client regarding fraud claims. | 0.20 |
| 01/04/2018 | HOKA J | Inquired of Zurich's counsel regarding policy termination issues. | 0.40 |
| 01/04/2018 | HOKA J | Finalized and sent email to Travelers regarding collateral securing insuror's commitments. | 0.50 |
| 01/05/2018 | HOKA J | Reviewed and forwarded inquiry regarding interest in POS systems. | 0.10 |
| 01/08/2018 | HOKA J | Reviewed Committee's proposed Supplemental Declaration in support of CBCC's engagement as special counsel, and email exchanges between Committee and GACP regarding same. | 0.50 |
| 01/09/2018 | FOWL S | Communicated with counsel for Lockton regarding refund of premium. | 0.10 |
| 01/10/2018 | FOWL S | Communicated with counsel for Synchrony regarding LC (.1); communicated with client regarding same (.1). | 0.20 |
| 01/16/2018 | FOWL S | Communicated with client regarding status of Vantiv and Lockton claims. | 0.20 |
| 01/16/2018 | FOWL S | Communicated with counsel for Lockton regarding refund of policy premium. | 0.20 |
| 01/16/2018 | HOKA J | Exchanged emails with Committee counsel to secure schedule of pending preference claims, and reviewed schedule with Company officer for information requested by Board. | 0.30 |
| 01/18/2018 | HOKA J | Spoke with client officers regarding basis and strategy for pursuit of fraud claim. | 0.80 |
| 01/19/2018 | HOKA J | Participated in call with Warrantech's counsel regarding discovery needed to assess claims.. | 0.40 |
| 01/26/2018 | FOWL S | Communicated with client regarding issue from sale of IP (.2); communicated with IP purchaser regarding same (.2). | 0.40 |
| **Total Professional Services** | | | **$2,303.10** |

**Total Invoice Balance Due**                                                 $2,303.10

Asset Analysis and Recovery
Our Matter No. 60605.0001

Invoice No. 1504322
February 9, 2018

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 07/20/17 | 1476590 | $30,393.45 | $0.00 | $30,393.45 |
| 08/09/17 | 1480333 | $32,545.35 | $0.00 | $32,545.35 |
| 09/09/17 | 1483567 | $33,363.00 | $0.00 | $33,363.00 |
| 10/06/17 | 1486934 | $3,653.10 | $0.00 | $3,653.10 |
| 11/23/17 | 1494424 | $494.10 | $0.00 | $494.10 |
| 12/09/17 | 1496917 | $2,103.30 | $0.00 | $2,103.30 |
| 01/09/18 | 1500836 | $4,017.60 | $0.00 | $4,017.60 |
| 02/09/18 | 1504322 | $2,303.10 | $0.00 | $2,303.10 |
| | | | **Total Balance Due** | **$108,873.00** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---|---|---|---|---|---|
| $2,303.10 | $4,017.60 | $2,597.40 | $0.00 | $99,954.90 | $108,873.00 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com





One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                     Invoice No. 1504322
Debtor-In-Possesion                                                          February 9, 2018
c/o Kevin Kovacs, CEO/CFO
755 W. Carmel Drive, Suite 207
Carmel, IN 46032

Re:     Asset Analysis and Recovery
        Our Matter No. 60605.0001

## INVOICE SUMMARY

For Services rendered through January 31, 2018

| | |
|---|---:|
| Professional Services | $2,303.10 |
| **Total Current Invoice** | **$2,303.10** |
| Previous Balance Due | $106,569.90 |
| Total Balance Due | $108,873.00 |

### Payment Options

Online Payments:                 Wire/ACH Instructions:
**ClientPay**                    Huntington Bank
                                 ABA for ACH    074000078
                                 ABA for Wire   044000024
                                 Account No.    01401048453
                                 Swift Code:    HUNTUS33
                                 Please Reference **Invoice No. 1504322**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1504322**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



**ELECTRONIC**

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1504323
February 9, 2018

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Kevin Kovacs, CEO/CFO
755 W. Carmel Drive, Suite 207
Carmel, IN 46032

Re:    Assumption and Rejection of Leases and Contracts
       Our Matter No. 60605.0003

### INVOICE SUMMARY

For Services rendered through January 31, 2018

Professional Services                                      $442.80

**Total Current Invoice**                                 **$442.80**

Previous Balance Due                                     $38,144.25

Total Balance Due                                        $38,587.05

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence you have placed in us.  Please call if we can be of further assistance.



Assumption and Rejection of Leases and Contracts

Our Matter No. 60605.0003

Invoice No. 1504323

February 9, 2018

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|---|---|---|---|
| 01/02/2018 | JORI W | Reviewed contract rejection notice and prepared certificate of service of same. | 0.30 |
| 01/05/2018 | JORI W | Followed-up with client regarding service of contract rejection notice(.1); finalized and submitted certificate of service of rejection notice (.2). | 0.30 |
| 01/31/2018 | FOWL S | Drafted notice of lease rejection for additional leases (.4); communicated with client regarding same (.2). | 0.60 |
| 01/31/2018 | JORI W | Reviewed contract rejection notices and emails with client regarding same. | 0.20 |
| **Total Professional Services** | | | **$442.80** |

**Total Invoice Balance Due**                                        $442.80

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 07/20/17 | 1476592 | $21,415.05 | $0.00 | $21,415.05 |
| 08/09/17 | 1480335 | $9,171.90 | $0.00 | $9,171.90 |
| 09/09/17 | 1483569 | $4,714.20 | $0.00 | $4,714.20 |
| 10/06/17 | 1486936 | $803.25 | $0.00 | $803.25 |
| 11/23/17 | 1494426 | $1,117.80 | $0.00 | $1,117.80 |
| 12/09/17 | 1496918 | $792.45 | $0.00 | $792.45 |
| 01/09/18 | 1500837 | $129.60 | $0.00 | $129.60 |
| 02/09/18 | 1504323 | $442.80 | $0.00 | $442.80 |
| | | | **Total Balance Due** | **$38,587.05** |

## AGED AR

Assumption and Rejection of Leases and Contracts

Invoice No. 1504323

Our Matter No. 60605.0003

February 9, 2018

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $442.80 | $129.60 | $1,910.25 | $0.00 | $36,104.40 | $38,587.05 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com





One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                    Invoice No. 1504323
Debtor-In-Possesion                                                      February 9, 2018
c/o Kevin Kovacs, CEO/CFO
755 W. Carmel Drive, Suite 207
Carmel, IN 46032

Re:     Assumption and Rejection of Leases and Contracts
        Our Matter No. 60605.0003

### INVOICE SUMMARY

For Services rendered through January 31, 2018

Professional Services                                                    $442.80

**Total Current Invoice**                                                **$442.80**

Previous Balance Due                                                     $38,144.25

Total Balance Due                                                        $38,587.05

### Payment Options

Online Payments:                    Wire/ACH Instructions:
**ClientPay**                       Huntington Bank
                                    ABA for ACH    074000078
                                    ABA for Wire   044000024
                                    Account No.    01401048453
                                    Swift Code:    HUNTUS33
                                    Please Reference **Invoice No. 1504323**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1504323**

Questions or concerns, please email **payice@icemiller.com**

---

Payment Terms: Net 30
Tax ID: 35-0874357





One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1504324
February 9, 2018

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possession
c/o Kevin Kovacs, CEO/CFO
755 W. Carmel Drive, Suite 207
Carmel, IN 46032

Re:     Business Operations
        Our Matter No. 60605.0006

## INVOICE SUMMARY

For Services rendered through January 31, 2018

| | |
|---|---:|
| Professional Services | $4,641.30 |
| **Total Current Invoice** | **$4,641.30** |
| Previous Balance Due | $39,387.15 |
| Total Balance Due | $44,028.45 |

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence
you have placed in us.  Please call if we can be of further assistance.



Business Operations
Our Matter No. 60605.0006

Invoice No. 1504324
February 9, 2018

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 01/02/2018 | PISA M | Reviewed cook county docket regarding case status (1.3); call to opposing counsel and former counsel regarding status of case (.8). | 2.10 |
| 01/03/2018 | PISA M | Received and reviewed pleadings from former counsel (.5); review local rules regarding automatic stay orders (.5); conference with J. Hokanson regarding strategy for responding to court hearing (.3). | 1.30 |
| 01/03/2018 | HOKA J | Spoke with M. Pisano regarding status of Lindblom litigation and steps required for state court's recognition of stay. | 0.40 |
| 01/04/2018 | PISA M | Received and reviewed plaintiff's motion for leave to file fourth amended complaint (.5); considered whether filing would violate the automatic stay (.3); discussed response with J. Hokanson (.2). | 1.00 |
| 01/08/2018 | JORI W | Reviewed, finalized and submitted December monthly operating reports for all three entities. | 0.90 |
| 01/09/2018 | PISA M | Prepared for status hearing before Judge Snyder. | 0.50 |
| 01/09/2018 | HOKA J | Sent email to P. Berks inviting Lindblom's voluntary dismissal of state court litigation against Gregg Appliances (.5); spoke with M. Pisano in preparation for Jan. 10th hearing in Lindblom matter in Chicago (.2). | 0.70 |
| 01/10/2018 | PISA M | Appeared before Judge Snyder in Cook County, Illinois for status hearing and to obtain dismissal of Gregg Appliances, Inc. in light of automatic stay. | 3.90 |
| 01/10/2018 | HOKA J | Call with M. Pisano regarding strategy for hearing, and reviewed and forwarded Court's Order dismissing Gregg Appliances from Lindblom litigation. | 0.60 |
| 01/17/2018 | HOKA J | Reviewed and responded to 2004 Motion filed by "Hunan." | 0.40 |
| 01/31/2018 | HOKA J | Exchanged emails regarding disposition of remaining paper records. | 0.20 |
| **Total Professional Services** | | | **$4,641.30** |

**Total Invoice Balance Due**             $4,641.30

Business Operations
Our Matter No. 60605.0006

Invoice No. 1504324
February 9, 2018

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 07/20/17 | 1476594 | $11,191.05 | $0.00 | $11,191.05 |
| 08/09/17 | 1480336 | $14,388.30 | $0.00 | $14,388.30 |
| 09/09/17 | 1483571 | $3,789.45 | $0.00 | $3,789.45 |
| 10/06/17 | 1486938 | $2,690.55 | $0.00 | $2,690.55 |
| 11/23/17 | 1494427 | $2,820.15 | $0.00 | $2,820.15 |
| 12/09/17 | 1496919 | $2,261.25 | $0.00 | $2,261.25 |
| 01/09/18 | 1500838 | $2,246.40 | $0.00 | $2,246.40 |
| 02/09/18 | 1504324 | $4,641.30 | $0.00 | $4,641.30 |
| | | | **Total Balance Due** | **$44,028.45** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---|---|---|---|---|---|
| $4,641.30 | $2,246.40 | $5,081.40 | $0.00 | $32,059.35 | $44,028.45 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com





One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Kevin Kovacs, CEO/CFO
755 W. Carmel Drive, Suite 207
Carmel, IN 46032

Invoice No. 1504324
February 9, 2018

Re:    Business Operations
       Our Matter No. 60605.0006

## INVOICE SUMMARY

For Services rendered through January 31, 2018

| | |
|---|---|
| Professional Services | $4,641.30 |
| **Total Current Invoice** | **$4,641.30** |
| Previous Balance Due | $39,387.15 |
| Total Balance Due | $44,028.45 |

### Payment Options

**Online Payments:**
**ClientPay**
ClientPay

Wire/ACH Instructions:
Huntington Bank
ABA for ACH     074000078
ABA for Wire    044000024
Account No.     01401048453
Swift Code:     HUNTUS33
Please Reference **Invoice No. 1504324**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1504324**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357





One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1504325
February 9, 2018

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Kevin Kovacs, CEO/CFO
755 W. Carmel Drive, Suite 207
Carmel, IN 46032

Re:    Case Administration
       Our Matter No. 60605.0007

## INVOICE SUMMARY

For Services rendered through January 31, 2018

| | |
|---|---|
| Professional Services | $3,937.95 |
| **Total Current Invoice** | **$3,937.95** |
| Previous Balance Due | $83,313.45 |
| Total Balance Due | $87,251.40 |

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence you have placed in us.  Please call if we can be of further assistance.



Case Administration
Our Matter No. 60605.0007

Invoice No. 1504325
February 9, 2018

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 01/02/2018 | JORI W | Reviewed docket and prepared agenda for January omnibus hearing. | 0.30 |
| 01/03/2018 | FOWL S | Communicated with client regarding UST payments and stub rent payments. | 0.20 |
| 01/03/2018 | FOWL S | Attended status conference on Gemmel stay motion and Synchrony 9019 motion. | 1.00 |
| 01/03/2018 | FOWL S | Revised and finalized proposed order for hearing. | 0.30 |
| 01/03/2018 | JORI W | Reviewed additional information from client and supplemented Ice Miller's third interim fee application and declaration in support of same. | 0.90 |
| 01/03/2018 | JORI W | Finalized and submitted agenda for today's hearing. | 0.30 |
| 01/04/2018 | FOWL S | Revised order granting Anthem motion. | 0.20 |
| 01/04/2018 | FOWL S | Communicated with client regarding Lakeland Electric security deposit and setoff. | 0.20 |
| 01/04/2018 | JORI W | Reviewed docket to determine status of various filings and court orders in order to complete tasks related to same (.2); received, reviewed and submitted certificate of service with the court (.2). | 0.40 |
| 01/08/2018 | JORI W | Reviewed docket regarding status of recent filings and orders (.2); communications with Donlin regarding service of court orders (.1). | 0.30 |
| 01/11/2018 | JORI W | Reviewed and submitted affidavits of service (.2); reviewed docket to determine status of recent filings and orders (.1). | 0.30 |
| 01/12/2018 | HOKA J | Exchanged emails with Company officer regarding status of Debtors' tax returns, and nature of tax claims. | 0.50 |
| 01/16/2018 | FOWL S | Communicated with counsel for credit insurer regarding contracts and 2004 exam motion. | 0.20 |
| 01/17/2018 | FOWL S | Reviewed motion for rule 2004 exam (.4); communicated with client regarding same (.2). | 0.60 |
| 01/18/2018 | FOWL S | Communicated with client regarding response to 2004 exam motion. | 0.20 |
| 01/18/2018 | FOWL S | Communicated with counsel for GACP an the Committee regarding contingency fee counsel for D&O claims. | 0.30 |
| 01/18/2018 | FOWL S | Communicated with client regarding Synchrony issues. | 0.60 |
| 01/22/2018 | JORI W | Reviewed docket to determine status of recent filings and orders. | 0.20 |
| 01/24/2018 | FOWL S | Communicated with counsel for the Committee regarding DIP. | 0.50 |

Case Administration
Our Matter No. 60605.0007

Invoice No. 1504325
February 9, 2018

| | | | |
|---|---|---|---|
| 01/24/2018 | HOKA J | Reviewed and discussed Haier's objection to Committee's proposed engagement of CBCC. | 0.50 |
| 01/26/2018 | FOWL S | Reviewed updated Q2 budget. | 0.20 |
| 01/26/2018 | FOWL S | Drafted order granting motion to destroy records (.4); communicated with court regarding same (.1). | 0.50 |
| 01/26/2018 | FOWL S | Analyzed status of order on motion to destroy documents (.3); communicated with Fugate regarding same (2). | 0.50 |
| 01/26/2018 | JORI W | Finalized and uploaded Order on Motion to destroy business records. | 0.20 |
| 01/29/2018 | JORI W | Reviewed docket and court's website to prepare agenda for upcoming hearing. | 0.50 |
| 01/31/2018 | FOWL S | Analyzed motion and order to destroy documents (.6); communicated with client regarding same (.2). | 0.80 |
| 01/31/2018 | FOWL S | Revised and finalized agenda for 2/5 omnibus hearing. | 0.60 |
| 01/31/2018 | JORI W | Reviewed docket regarding recent Court orders and sent e-mail to Donlin directing service of orders. | 0.30 |

**Total Professional Services**      **$3,937.95**

**Total Invoice Balance Due**      $3,937.95

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 07/20/17 | 1476595 | $16,933.05 | $0.00 | $16,933.05 |
| 08/09/17 | 1480337 | $16,124.40 | $0.00 | $16,124.40 |
| 09/09/17 | 1483572 | $19,693.35 | $0.00 | $19,693.35 |
| 11/23/17 | 1494428 | $22,748.85 | $0.00 | $22,748.85 |
| 12/09/17 | 1496920 | $5,062.50 | $0.00 | $5,062.50 |
| 01/09/18 | 1500839 | $2,751.30 | $0.00 | $2,751.30 |
| 02/09/18 | 1504325 | $3,937.95 | $0.00 | $3,937.95 |

**Total Balance Due**      **$87,251.40**

Case Administration
Our Matter No. 60605.0007

Invoice No. 1504325
February 9, 2018

## AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---|---|---|---|---|---|
| $3,937.95 | $2,751.30 | $27,811.35 | $0.00 | $52,750.80 | $87,251.40 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com





One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.　　　　　　　　　　　　Invoice No. 1504325
Debtor-In-Possesion　　　　　　　　　　　　　　　　　　　　February 9, 2018
c/o Kevin Kovacs, CEO/CFO
755 W. Carmel Drive, Suite 207
Carmel, IN 46032

Re:　　Case Administration
　　　　Our Matter No. 60605.0007

## INVOICE SUMMARY

For Services rendered through January 31, 2018

| | |
|---|---|
| Professional Services | $3,937.95 |
| **Total Current Invoice** | **$3,937.95** |
| Previous Balance Due | $83,313.45 |
| Total Balance Due | $87,251.40 |

### Payment Options

Online Payments:
**ClientPay**
ClientPay

Wire/ACH Instructions:
Huntington Bank
ABA for ACH　　074000078
ABA for Wire　　044000024
Account No.　　01401048453
Swift Code:　　HUNTUS33
Please Reference **Invoice No. 1504325**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1504325**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357





One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1504326
February 9, 2018

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Kevin Kovacs, CEO/CFO
755 W. Carmel Drive, Suite 207
Carmel, IN 46032

Re:   Claims Administration and Objections
      Our Matter No. 60605.0008

## INVOICE SUMMARY

For Services rendered through January 31, 2018

| | |
|---|---:|
| Professional Services | $5,931.90 |
| **Total Current Invoice** | **$5,931.90** |
| | |
| Previous Balance Due | $65,126.25 |
| Total Balance Due | $71,058.15 |

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence you have placed in us.  Please call if we can be of further assistance.



Claims Administration and Objections
Our Matter No. 60605.0008

Invoice No. 1504326
February 9, 2018

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 01/02/2018 | FOWL S | Communicated with counsel for Synchrony regarding order on 9019 motion. | 0.20 |
| 01/02/2018 | HOKA J | Exchanged emails with E. King regarding timing for Court's approval of Anthem settlement. | 0.30 |
| 01/03/2018 | FOWL S | Communicated with client regarding order on Synchrony 9019 motion (.1); communicated with counsel for Synchrony regarding same (.2). | 0.30 |
| 01/03/2018 | HOKA J | Proposed response to insuror's email regarding allowances for unliquidated claims. | 0.80 |
| 01/04/2018 | FOWL S | Communicated with client regarding Synchrony settlement agreement and LC. | 0.20 |
| 01/04/2018 | HOKA J | Spoke with Anthem's counsel and relayed substance of call regarding additional claim. | 0.80 |
| 01/04/2018 | HOKA J | Responded to inquiry of Anthem's counsel regarding Order approving Stipulation. | 0.20 |
| 01/06/2018 | HOKA J | Extended email exchanges with Committee counsel regarding open issues regarding payment of A/P claimants. | 1.00 |
| 01/08/2018 | FOWL S | Reviewed Bullseye administrative expense application (.3); communicated with counsel for Bullseye regarding same (.2); updated chart of administrative expense claims based on same (.3). | 0.80 |
| 01/09/2018 | FOWL S | Reviewed administrative expense application filed by BullsEye and drafted objection to same. | 0.80 |
| 01/09/2018 | HOKA J | Exchanged emails with M. Kramer and Company officer regarding Gurnie's administrative rent claim. | 0.50 |
| 01/10/2018 | FOWL S | Communicated with client regarding Farnum rejection claim. | 0.20 |
| 01/10/2018 | FOWL S | Revised and finalized objection to BullsEye administrative expense application. | 0.50 |
| 01/10/2018 | FOWL S | Analyzed grounds for administrative expense claim of BullsEye (1.5); communicated with client regarding same (.2); communicated with counsel for BullsEye regarding same (.3). | 2.00 |
| 01/12/2018 | HOKA J | Reviewed landlord's administrative claim and exchanged emails with lead counsel regarding same. | 0.40 |
| 01/16/2018 | FOWL S | Communicated with counsel for Haier regarding administrative claim. | 0.20 |

Claims Administration and Objections
Our Matter No. 60605.0008

Invoice No. 1504326
February 9, 2018

| 01/16/2018 | FOWL S | Reviewed administrative expense application filed by Glen Burnie (.3); communicated with client regarding same (.2). | 0.50 |
| 01/16/2018 | FOWL S | Communicated with Herman regarding BullsEye administrative claim application (.1); communicated with client regarding same (.1). | 0.20 |
| 01/17/2018 | FOWL S | Communicated with counsel for BullsEye regarding administrative expense application and settlement (.2); communicated with counsel for the Committee regarding same (.2). | 0.40 |
| 01/17/2018 | HOKA J | Responded to inquiries of claimants regarding effect of 2nd DIP Agreement on distributions (.2), and forwarded update to Committee counsel regarding same (.2). | 0.40 |
| 01/18/2018 | FOWL S | Communicated with client regarding E&S. | 0.20 |
| 01/22/2018 | FOWL S | Reviewed information from client regarding Waste Management claim (.2); communicated with counsel for Waste Management regarding same (.2). | 0.40 |
| 01/23/2018 | FOWL S | Communicated with Mauceri regarding Throgmartin claims. | 0.20 |
| 01/26/2018 | FOWL S | Communicated with counsel for Waste Management regarding administrative claim. | 0.30 |
| 01/26/2018 | HOKA J | Reviewed emails from Committee counsel (.4), spoke with Haier's counsel (.4), and extended to Committee and DIP Lenders a proposal for resolution of Haier objection (.6). | 1.40 |
| 01/29/2018 | FOWL S | Drafted motion to continue hearing on BullsEye administrative expense claim. | 0.80 |
| 01/31/2018 | FOWL S | Communicated with client regarding Glen Bernie administrative claim. | 0.20 |

**Total Professional Services**                                                                                    **$5,931.90**

**Total Invoice Balance Due**                                                                                          $5,931.90

Claims Administration and Objections
Our Matter No. 60605.0008

Invoice No. 1504326
February 9, 2018

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 07/20/17 | 1476596 | $593.55 | $0.00 | $593.55 |
| 08/09/17 | 1480338 | $2,772.90 | $0.00 | $2,772.90 |
| 09/09/17 | 1483573 | $13,254.30 | $0.00 | $13,254.30 |
| 10/06/17 | 1486939 | $14,593.50 | $0.00 | $14,593.50 |
| 11/23/17 | 1494429 | $6,640.65 | $0.00 | $6,640.65 |
| 12/09/17 | 1496921 | $17,207.10 | $0.00 | $17,207.10 |
| 01/09/18 | 1500840 | $10,064.25 | $0.00 | $10,064.25 |
| 02/09/18 | 1504326 | $5,931.90 | $0.00 | $5,931.90 |

**Total Balance Due**    **$71,058.15**

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $5,931.90 | $10,064.25 | $23,847.75 | $0.00 | $31,214.25 | $71,058.15 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com





LEGAL COUNSEL

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                    Invoice No. 1504326
Debtor-In-Possesion                                      February 9, 2018
c/o Kevin Kovacs, CEO/CFO
755 W. Carmel Drive, Suite 207
Carmel, IN 46032

Re:    Claims Administration and Objections
       Our Matter No. 60605.0008

## INVOICE SUMMARY

For Services rendered through January 31, 2018

| | |
|---|---|
| Professional Services | $5,931.90 |
| **Total Current Invoice** | **$5,931.90** |
| Previous Balance Due | $65,126.25 |
| Total Balance Due | $71,058.15 |

### Payment Options

**Online Payments:**
**ClientPay**
ClientPay®

Wire/ACH Instructions:
Huntington Bank
ABA for ACH     074000078
ABA for Wire    044000024
Account No.     01401048453
Swift Code:     HUNTUS33
Please Reference **Invoice No. 1504326**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1504326**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357





One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1504327
February 9, 2018

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Kevin Kovacs, CEO/CFO
755 W. Carmel Drive, Suite 207
Carmel, IN 46032

Re:    Corporate Governance and Board Matters
       Our Matter No. 60605.0009

### INVOICE SUMMARY

For Services rendered through January 31, 2018

| | |
|---|---|
| Professional Services | $945.45 |
| **Total Current Invoice** | **$945.45** |
| Previous Balance Due | $29,654.10 |
| Total Balance Due | $30,599.55 |

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence
you have placed in us.  Please call if we can be of further assistance.



Corporate Governance and Board Matters
Our Matter No. 60605.0009

Invoice No. 1504327
February 9, 2018

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 01/09/2018 | THOR J | Prepared of Minutes of December Board Meeting and transmitted to Kovacs. | 0.80 |
| 01/11/2018 | HOKA J | Re-circulated documents regarding expiration of discovery date related to D&O policies. | 0.20 |
| 01/11/2018 | HOKA J | Participated in Board call. | 0.50 |
| **Total Professional Services** | | | **$945.45** |

**Total Invoice Balance Due**                                      $945.45

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 07/20/17 | 1476597 | $5,131.80 | $0.00 | $5,131.80 |
| 08/09/17 | 1480339 | $14,760.90 | $0.00 | $14,760.90 |
| 09/09/17 | 1483574 | $5,291.10 | $0.00 | $5,291.10 |
| 10/06/17 | 1486940 | $1,672.65 | $0.00 | $1,672.65 |
| 11/23/17 | 1494430 | $779.40 | $0.00 | $779.40 |
| 12/09/17 | 1496922 | $765.00 | $0.00 | $765.00 |
| 01/09/18 | 1500841 | $1,253.25 | $0.00 | $1,253.25 |
| 02/09/18 | 1504327 | $945.45 | $0.00 | $945.45 |
| | | | **Total Balance Due** | **$30,599.55** |

## AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|------------|------------|-------------|------------|-------|
| $945.45 | $1,253.25 | $1,544.40 | $0.00 | $26,856.45 | $30,599.55 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Corporate Governance and Board Matters
Our Matter No. 60605.0009

Invoice No. 1504327
February 9, 2018

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com





One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Kevin Kovacs, CEO/CFO
755 W. Carmel Drive, Suite 207
Carmel, IN 46032

Invoice No. 1504327
February 9, 2018

Re:     Corporate Governance and Board Matters
        Our Matter No. 60605.0009

## INVOICE SUMMARY

For Services rendered through January 31, 2018

Professional Services                                           $945.45

**Total Current Invoice**                                      **$945.45**

Previous Balance Due                                         $29,654.10

Total Balance Due                                            $30,599.55

### Payment Options

Online Payments:                  Wire/ACH Instructions:
**ClientPay**                     Huntington Bank
                                  ABA for ACH    074000078
                                  ABA for Wire   044000024
                                  Account No.    01401048453
                                  Swift Code:    HUNTUS33
                                  Please Reference **Invoice No. 1504327**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1504327**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357





**Ice**Miller

LEGAL COUNSEL

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1504328
February 9, 2018

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Kevin Kovacs, CEO/CFO
755 W. Carmel Drive, Suite 207
Carmel, IN 46032

Re:     Employee Benefits and Pensions
        Our Matter No. 60605.0010

## INVOICE SUMMARY

For Services rendered through January 31, 2018

| | |
|---|---|
| Professional Services | $769.95 |
| **Total Current Invoice** | **$769.95** |
| Previous Balance Due | $17,040.15 |
| Total Balance Due | $17,810.10 |

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence you have placed in us.  Please call if we can be of further assistance.



Employee Benefits and Pensions
Our Matter No. 60605.0010

Invoice No. 1504328
February 9, 2018

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 10/30/2017 | EARN T | Advised on worker's compensation requirements. | 0.10 |
| 01/09/2018 | BURK C | Correspondence with Bruemmer regarding status of audit (.2); worked on issues related proof of 401(k) plan payments (.2). | 0.40 |
| 01/29/2018 | BURK C | Correspondence with Bruemmer and Stouffer regarding additional information request regarding health plan administration and claim run out (.5); reviewed same (.2); call with Bruemmer regarding same (.2). | 0.90 |
| **Total Professional Services** | | | **$769.95** |

| | |
|---|---|
| **Total Invoice Balance Due** | $769.95 |

### OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 07/20/17 | 1476598 | $4,538.70 | $0.00 | $4,538.70 |
| 08/09/17 | 1480340 | $4,752.45 | $0.00 | $4,752.45 |
| 09/09/17 | 1483575 | $1,771.20 | $0.00 | $1,771.20 |
| 11/23/17 | 1494431 | $4,317.30 | $0.00 | $4,317.30 |
| 12/09/17 | 1496923 | $1,494.45 | $0.00 | $1,494.45 |
| 01/09/18 | 1500842 | $166.05 | $0.00 | $166.05 |
| 02/09/18 | 1504328 | $769.95 | $0.00 | $769.95 |
| | | **Total Balance Due** | | **$17,810.10** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $769.95 | $166.05 | $5,811.75 | $0.00 | $11,062.35 | $17,810.10 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Employee Benefits and Pensions
Our Matter No. 60605.0010

Invoice No. 1504328
February 9, 2018

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com





One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                Invoice No. 1504328
Debtor-In-Possesion                                                 February 9, 2018
c/o Kevin Kovacs, CEO/CFO
755 W. Carmel Drive, Suite 207
Carmel, IN 46032

Re:     Employee Benefits and Pensions
        Our Matter No. 60605.0010

## INVOICE SUMMARY

For Services rendered through January 31, 2018

Professional Services                                               $769.95

**Total Current Invoice**                                          **$769.95**

Previous Balance Due                                               $17,040.15

Total Balance Due                                                  $17,810.10

### Payment Options

Online Payments:                    Wire/ACH Instructions:
**ClientPay**                       Huntington Bank
                                    ABA for ACH     074000078
                                    ABA for Wire    044000024
                                    Account No.     01401048453
                                    Swift Code:     HUNTUS33
                                    Please Reference **Invoice No. 1504328**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1504328**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357





One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1504329
February 9, 2018

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Kevin Kovacs, CEO/CFO
755 W. Carmel Drive, Suite 207
Carmel, IN 46032

Re:    Employment and Fee Applications
       Our Matter No. 60605.0011

## INVOICE SUMMARY

For Services rendered through January 31, 2018

Professional Services                                          $5,655.15

**Total Current Invoice**                                    **$5,655.15**

Previous Balance Due                                         $56,838.60

Total Balance Due                                            $62,493.75

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence
you have placed in us.  Please call if we can be of further assistance.



Employment and Fee Applications
Our Matter No. 60605.0011

Invoice No. 1504329
February 9, 2018

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 01/02/2018 | JORI W | Received and reviewed e-mail and invoices from Soto and conferred with attorney regarding handling. | 0.10 |
| 01/02/2018 | JORI W | Continued preparing Ice Miller's third interim fee application along with supporting documents and calculations. | 3.80 |
| 01/03/2018 | FOWL S | Revised and finalized Ice Miller interim fee application. | 1.10 |
| 01/03/2018 | HOKA J | Reviewed and assisted with finalization of IM's Third Interim Application. | 0.60 |
| 01/04/2018 | JORI W | Communications to finalize data and documentation for Ice Miller's third interim fee application (.4); finalized and submitted third interim application, supporting documents and objection notice (.7). | 1.10 |
| 01/05/2018 | JORI W | Reviewed and finalized Morgan Lewis' third interim fee application with exhibits and submitted same with the court (.6); prepared and submitted notice of application and opportunity to object (.5); sent e-mail to trustee with LEDES files for Morgan Lewis invoices (.2). | 1.30 |
| 01/05/2018 | HOKA J | Reviewed and forwarded MLB's Third Interim Fee Application. | 0.20 |
| 01/08/2018 | JORI W | Reviewed, finalized and submitted BRG's third interim fee application (.4); prepared and submitted notice of application and opportunity to object (.4). | 0.80 |
| 01/12/2018 | JORI W | Reviewed and submitted MLB's notice of draw for December 2017. | 0.40 |
| 01/12/2018 | HOKA J | Reviewed Notices of Draw for other Case Professionals and discussed necessity internally. | 0.50 |
| 01/17/2018 | JORI W | Received and reviewed invoices for December services and prepared summary of fees and expenses (.7); reviewed communications regarding further handling of monthly notices (.1). | 0.80 |
| 01/17/2018 | HOKA J | Sent email to Case Professionals confirming understanding regarding filing monthly notices of draw, and providing Ice Miller's December 2017 figures. | 0.40 |
| 01/18/2018 | JORI W | Reviewed correspondence from US Trustee's office in order to address issues with Ice Miller's third interim fee application. | 0.30 |
| 01/19/2018 | JORI W | Internal communications regarding response to concerns of U.S. Trustee regarding Ice Miller's Third Interim Fee Application (.2); drafted supplemental declaration of Hokanson in support of third application (1.0); prepared revisions and deletions to time entries outlined by US Trustee (.5); revised draft order on Ice Miller's third fee application (.3). | 2.00 |
| 01/19/2018 | HOKA J | Reviewed and responded to US Trustee's questions regarding Ice Miller's Third Interim Fee Application. | 0.30 |

Employment and Fee Applications

Invoice No. 1504329

Our Matter No. 60605.0011

February 9, 2018

| | | | |
|---|---|---|---|
| 01/22/2018 | JORI W | Continued looking into issues and revising time entries to address concerns of US Trustee with Ice Miller's third interim fee application (1.1); continued revising supplemental declaration and order regarding reduction in fees for third interim (.3); finalized and sent supplemental declaration and proposed time entry revisions to R. Moore for approval (.2); submitted supplemental declaration of Hokanson and revised time entries with the court in response to US Trustee's objections (.2). | 1.80 |
| 01/23/2018 | JORI W | Communications regarding handling of Order on Ice Miller's third interim fee application. | 0.10 |
| 01/24/2018 | FOWL S | Reviewed and analyzed objection to application to employ D&O counsel. | 0.50 |
| 01/26/2018 | JORI W | Finalized and submitted Order on Ice Miller's third fee application. | 0.30 |
| 01/26/2018 | HOKA J | Spoke with R. Moore and prompted MLB regarding its Third Interim Fee Application. | 0.10 |

**Total Professional Services** **$5,655.15**

**Total Invoice Balance Due** $5,655.15

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 07/20/17 | 1476599 | $18,823.05 | $0.00 | $18,823.05 |
| 08/09/17 | 1480341 | $15,570.45 | $0.00 | $15,570.45 |
| 09/09/17 | 1483576 | $3,947.40 | $0.00 | $3,947.40 |
| 10/06/17 | 1486941 | $9,537.75 | $0.00 | $9,537.75 |
| 11/23/17 | 1494432 | $1,678.05 | $0.00 | $1,678.05 |
| 12/09/17 | 1496924 | $2,170.80 | $0.00 | $2,170.80 |
| 01/09/18 | 1500843 | $5,111.10 | $0.00 | $5,111.10 |
| 02/09/18 | 1504329 | $5,655.15 | $0.00 | $5,655.15 |

**Total Balance Due** **$62,493.75**

## AGED AR

Employment and Fee Applications
Our Matter No. 60605.0011

Invoice No. 1504329
February 9, 2018

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $5,655.15 | $5,111.10 | $3,848.85 | $0.00 | $47,878.65 | $62,493.75 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com





**LEGAL COUNSEL**

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                    Invoice No. 1504329
Debtor-In-Possesion                                                      February 9, 2018
c/o Kevin Kovacs, CEO/CFO
755 W. Carmel Drive, Suite 207
Carmel, IN 46032

Re:     Employment and Fee Applications
        Our Matter No. 60605.0011

## INVOICE SUMMARY

For Services rendered through January 31, 2018

Professional Services                                                    $5,655.15

**Total Current Invoice**                                               **$5,655.15**

Previous Balance Due                                                     $56,838.60

Total Balance Due                                                        $62,493.75

### Payment Options

Online Payments:                    Wire/ACH Instructions:
**ClientPay**                       Huntington Bank
                                    ABA for ACH    074000078
                                    ABA for Wire   044000024
                                    Account No.    01401048453
                                    Swift Code:    HUNTUS33
                                    Please Reference **Invoice No. 1504329**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1504329**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357





One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1504330
February 9, 2018

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Kevin Kovacs, CEO/CFO
755 W. Carmel Drive, Suite 207
Carmel, IN 46032

Re:     Financing and Cash Collateral
        Our Matter No. 60605.0013

**INVOICE SUMMARY**

For Services rendered through January 31, 2018

Professional Services                                    $3,154.95

**Total Current Invoice**                               **$3,154.95**

Previous Balance Due                                     $97,450.65

Total Balance Due                                        $100,605.60

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence
you have placed in us.  Please call if we can be of further assistance.



Financing and Cash Collateral
Our Matter No. 60605.0013

Invoice No. 1504330
February 9, 2018

**PROFESSIONAL SERVICES**

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 01/02/2018 | HOKA J | Forwarded Company's 2Q18 budget to Committee professionals for review and comment. | 0.20 |
| 01/03/2018 | HOKA J | Spoke with K. Kovacs regarding recovery opportunities. | 0.20 |
| 01/04/2018 | HOKA J | Exchanged emails regarding effect of GACP's failure or refusal to approve quarterly budget. | 0.40 |
| 01/05/2018 | HOKA J | Spoke with K. Kovacs regarding priority of A/P payments. | 0.20 |
| 01/08/2018 | HOKA J | Exchanged emails with Committee counsel, and spoke and exchanged emails with Company officers regarding A/P allocations. | 1.60 |
| 01/09/2018 | HOKA J | Tendered proposed 2Q18 Budget to Lenders and Committee for approval, and shared response from GACP. | 0.40 |
| 01/11/2018 | HOKA J | Spoke with Company officers regarding GACP's comments to 2Q18 budget. | 0.40 |
| 01/11/2018 | HOKA J | Responded to Committee's request for evidence of A/P payments. | 0.30 |
| 01/17/2018 | HOKA J | Reviewed proposed 2Q18 Budget and exchanged emails regarding same related to go-forward employment requirements and other overhead expenses. | 0.80 |
| 01/24/2018 | HOKA J | Participated in call with Committee counsel regarding status of pending matters and subsequent discussion with client officers. | 1.20 |
| **Total Professional Services** | | | **$3,154.95** |

**Total Invoice Balance Due**                                        $3,154.95

Financing and Cash Collateral

Invoice No. 1504330

Our Matter No. 60605.0013

February 9, 2018

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 07/20/17 | 1476600 | $498.15 | $0.00 | $498.15 |
| 08/09/17 | 1480342 | $7,325.10 | $0.00 | $7,325.10 |
| 09/09/17 | 1483577 | $23,474.70 | $0.00 | $23,474.70 |
| 10/06/17 | 1486942 | $22,030.65 | $0.00 | $22,030.65 |
| 11/23/17 | 1494433 | $6,574.50 | $0.00 | $6,574.50 |
| 12/09/17 | 1496925 | $21,897.00 | $0.00 | $21,897.00 |
| 01/09/18 | 1500845 | $15,650.55 | $0.00 | $15,650.55 |
| 02/09/18 | 1504330 | $3,154.95 | $0.00 | $3,154.95 |

| | | | Total Balance Due | $100,605.60 |
|--|--|--|--|--|

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $3,154.95 | $15,650.55 | $28,471.50 | $0.00 | $53,328.60 | $100,605.60 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com





One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                   Invoice No. 1504330
Debtor-In-Possesion                                                     February 9, 2018
c/o Kevin Kovacs, CEO/CFO
755 W. Carmel Drive, Suite 207
Carmel, IN 46032

Re:    Financing and Cash Collateral
       Our Matter No. 60605.0013

## INVOICE SUMMARY

For Services rendered through January 31, 2018

| | |
|---|---|
| Professional Services | $3,154.95 |
| **Total Current Invoice** | **$3,154.95** |
| Previous Balance Due | $97,450.65 |
| Total Balance Due | $100,605.60 |

## Payment Options

Online Payments:                    Wire/ACH Instructions:
**ClientPay**                       Huntington Bank
                                    ABA for ACH    074000078
                                    ABA for Wire   044000024
                                    Account No.    01401048453
                                    Swift Code:    HUNTUS33
                                    Please Reference **Invoice No. 1504330**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1504330**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357





One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1504331
February 9, 2018

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possession
c/o Kevin Kovacs, CEO/CFO
755 W. Carmel Drive, Suite 207
Carmel, IN 46032

Re:     Litigation
        Our Matter No. 60605.0014

## INVOICE SUMMARY

For Services rendered through January 31, 2018

| | |
|---|---:|
| Professional Services | $14,262.75 |
| **Total Current Invoice** | **$14,262.75** |
| | |
| Previous Balance Due | $98,695.35 |
| Total Balance Due | $112,958.10 |

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence
you have placed in us.  Please call if we can be of further assistance.



Litigation                                                                                          Invoice No. 1504331
Our Matter No. 60605.0014                                                            February 9, 2018

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 01/02/2018 | FOWL S | Communicated with counsel for the Committee regarding preference actions against GE and Electrolux. | 0.40 |
| 01/02/2018 | HOKA J | Reviewed and forwarded Whirlpool's Statement of Issues and Designation of Evidence. | 0.50 |
| 01/02/2018 | ARCE A | Received and read Appellant's designation of record, statement of issues and related communications. | 0.50 |
| 01/03/2018 | FOWL S | Communicated with counsel for Synnex regarding settlement. | 0.30 |
| 01/03/2018 | FOWL S | Communicated with counsel for Zurich regarding preference claims. | 0.20 |
| 01/04/2018 | FOWL S | Revised stipulation for Electrolux adversary proceeding. | 0.40 |
| 01/04/2018 | FOWL S | Communicated with client regarding settlement with Synnex. | 0.20 |
| 01/04/2018 | JORI W | Reviewed correspondence regarding agreement to stay UCC v. Electrolux adversary proceeding (.2); drafted stipulation and agreed entry to stay adversary proceeding and proposed order regarding same (1.7). | 1.90 |
| 01/04/2018 | HOKA J | Forwarded emails regarding stipulation for Electrolux matter. | 0.40 |
| 01/05/2018 | FOWL S | Reviewed discovery served in Onward adversary (.3); communicated with client regarding same (.1). | 0.40 |
| 01/08/2018 | FOWL S | Commenced draft of joint pretrial statement for Vantiv adversary (1.0); communicated with various constituencies regarding same (.1). | 1.10 |
| 01/08/2018 | FOWL S | Communicated with client regarding Warrantech claims (.2); communicated with counsel for Warrantech regarding same (.1). | 0.30 |
| 01/08/2018 | ARCE A | Emails among counsel regarding RAC deadlines. | 0.30 |
| 01/09/2018 | FOWL S | Revised and finalized stipulation in Electrolux adversary (.3); communicated with ASK regarding same (.1). | 0.40 |
| 01/09/2018 | FOWL S | Attended to scheduling order on Onward adversary (.3); communicated with client regarding same (.1). | 0.40 |
| 01/09/2018 | FOWL S | Revised Vantiv pretrial report (.2); communicated with counsel for Vantiv regarding same (.1). | 0.30 |
| 01/09/2018 | HOKA J | Exchanged emails with Zurich's and Committee's counsel regarding Committee's dismissal of AP against Zurich and Gallagher-Bassett. | 0.40 |
| 01/09/2018 | ARCE A | Reviewed proposed stipulation and agreed entry staying preference adversary proceeding. | 0.30 |

Litigation                                                                                                     Invoice No. 1504331
Our Matter No. 60605.0014                                                                                     February 9, 2018

| | | | |
|---|---|---|---|
| 01/10/2018 | FOWL S | Communicated with client regarding status of Onward adversary (.1); communicated with counsel for Onward regarding same (.2). | 0.30 |
| 01/10/2018 | HOKA J | Reviewed RAC's Motion to Remove Reference and Brief (.6); exchanged email with lead and Committee's counsel regarding delegation of response (.2). | 0.80 |
| 01/10/2018 | ARCE A | Received and read RAC motion to withdraw the reference and brief in support (.9); began work on strategy for related adversary proceedings (.3); read Stern decision (.5). | 1.70 |
| 01/12/2018 | HOKA J | Responded to J. Hoover's email regarding status of Vantiv's comments to joint pretrial statement. | 0.20 |
| 01/16/2018 | FOWL S | Drafted settlement agreement for Vantiv adversary (.8); communicated with counsel for the committee regarding same (.1). | 0.90 |
| 01/16/2018 | FOWL S | Drafted motion to continue pretrial conference (.5); communicated with counsel for the Committee and counsel for Vantiv regarding same (.2). | 0.70 |
| 01/16/2018 | FOWL S | Communicated with counsel for Synnex regarding setoff of claims and hearing date in adversary. | 0.20 |
| 01/16/2018 | FOWL S | Communicated with client regarding discovery requests in Onward adversary proceeding. | 0.30 |
| 01/16/2018 | FOWL S | Reviewed motion to withdraw reference filed by RAC (.5); analyzed defenses to same (1.1). | 1.60 |
| 01/16/2018 | FOWL S | Communicated with counsel for Vantiv regarding settlement and pretrial report. | 0.20 |
| 01/16/2018 | HOKA J | Assisted with development of strategy for responding to vendor-defendant's discovery requests. | 0.30 |
| 01/16/2018 | ARCE A | Worked on response to RAC's motion to withdraw the reference. | 0.50 |
| 01/17/2018 | FOWL S | Communicated with counsel for ESI regarding production of documents. | 0.20 |
| 01/17/2018 | FOWL S | Communicated with counsel for the Committee regarding Vantiv settlement agreement (.2); revised settlement agreement based on same (.2); communicated with counsel for Vantiv regarding same (.1). | 0.50 |
| 01/17/2018 | HOKA J | Responded to lead counsel's inquiry regarding status of litigated matters. | 0.40 |
| 01/17/2018 | ARCE A | Emails among counsel regarding status of and strategy for pending adversary proceedings. | 0.40 |
| 01/18/2018 | ARCE A | Read appellee's designation of record (.3); emails among counsel regarding stipulation (.1). | 0.40 |
| 01/19/2018 | FOWL S | Drafted response to motion for withdraw of reference filed by RAC. | 3.10 |

Litigation                                                                                     Invoice No. 1504331
Our Matter No. 60605.0014                                                                        February 9, 2018

| 01/19/2018 | FOWL S | Communicated with counsel for Warrantech regarding production of documents. | 0.40 |
|---|---|---|---|
| 01/19/2018 | HOKA J | Reviewed and attended to updated deadlines in pending litigated matters. | 1.00 |
| 01/22/2018 | FOWL S | Continued drafting response in opposition to RAC motion to withdraw reference. | 2.20 |
| 01/22/2018 | FOWL S | Communicated with counsel for Vantiv regarding settlement agreement. | 0.20 |
| 01/22/2018 | HOKA J | Responded to Committee's inquiry regarding procedural issue in Whirlpool litigation. | 0.80 |
| 01/23/2018 | FOWL S | Revised and finalized objection to motion to withdraw reference (1.6); communicated with counsel for the Committee regarding same (.2). | 1.80 |
| 01/23/2018 | ARCE A | Worked on response to motion to withdraw the reference. | 0.40 |
| 01/24/2018 | FOWL S | Revised and finalized response to motion to withdraw reference. | 0.60 |
| 01/24/2018 | FOWL S | Communicated with counsel for Vantiv regarding settlement agreement (.3); communicated with client regarding same (.2). | 0.50 |
| 01/24/2018 | JORI W | Reviewed, finalized and submitted objection to RAC's motion to withdraw reference and demand for jury trial. | 0.30 |
| 01/24/2018 | ARCE A | Finalized response to motion to withdraw the reference (.3); read comments to stipulated agreement and related communications (.2). | 0.50 |
| 01/25/2018 | FOWL S | Revised Vantiv settlement agreement. | 0.50 |
| 01/25/2018 | FOWL S | Extensive communications with counsel for the Committee, counsel for Vantiv, and the client regarding Vantiv settlement agreement. | 1.10 |
| 01/25/2018 | JORI W | Received and reviewed deficiency notice; re-filed response to RAC's motion for withdrawal of reference. | 0.50 |
| 01/26/2018 | FOWL S | Communicated with counsel for Onward regarding settlement. | 0.30 |
| 01/26/2018 | FOWL S | Communicated with counsel for Vantiv regarding settlement agreement (.2); communicated with client regarding same (.2). | 0.40 |
| 01/26/2018 | FOWL S | Reviewed settlement offer from Synnex (.2); communicated with client regarding same (.1); communicated with counsel for Synnex regarding same (.1). | 0.40 |
| 01/26/2018 | FOWL S | Communicated with counsel for US Transport regarding pending litigation. | 0.30 |
| 01/27/2018 | ARCE A | Received and read order staying proceedings. | 0.10 |
| 01/29/2018 | FOWL S | Communicated with counsel for Synnex regarding settlement discussions. | 0.20 |
| 01/29/2018 | ARCE A | Multiple emails and revisions regarding Electrolux stipulation. | 0.30 |

Litigation
Our Matter No. 60605.0014

Invoice No. 1504331
February 9, 2018

| 01/30/2018 | FOWL S | Communicated with client regarding Synnex settlement options. | 0.20 |
| 01/30/2018 | FOWL S | Communicated with client and counsel for Synnex regarding settlement. | 0.50 |
| 01/31/2018 | FOWL S | Revised and finalized Electrolux stipulation. | 0.30 |
| 01/31/2018 | JORI W | Telephone call with court regarding filing of agreed entry to stay adversary proceeding (.2); supplemented and finalized motion for stay and proposed order (.6); submitted motion and order with the court (.2). | 1.00 |
| 01/31/2018 | ARCE A | Reviewed communications among counsel regarding responsive pleading and agreed motion. | 0.30 |

| **Total Professional Services** | **$14,262.75** |
|---|---|

| **Total Invoice Balance Due** | $14,262.75 |
|---|---|

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 07/20/17 | 1476601 | $3,801.60 | $0.00 | $3,801.60 |
| 08/09/17 | 1480343 | $7,128.00 | $0.00 | $7,128.00 |
| 09/09/17 | 1483578 | $18,208.80 | $0.00 | $18,208.80 |
| 10/06/17 | 1486943 | $12,335.85 | $0.00 | $12,335.85 |
| 11/23/17 | 1494434 | $29,465.10 | $0.00 | $29,465.10 |
| 12/09/17 | 1496926 | $21,919.95 | $0.00 | $21,919.95 |
| 01/09/18 | 1500846 | $5,836.05 | $0.00 | $5,836.05 |
| 02/09/18 | 1504331 | $14,262.75 | $0.00 | $14,262.75 |
| | | | **Total Balance Due** | **$112,958.10** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---|---|---|---|---|---|
| $14,262.75 | $5,836.05 | $51,385.05 | $0.00 | $41,474.25 | $112,958.10 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Litigation                                                                    Invoice No. 1504331
Our Matter No. 60605.0014                                                      February 9, 2018


Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



 **LEGAL COUNSEL**

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                    Invoice No. 1504331
Debtor-In-Possesion                                                       February 9, 2018
c/o Kevin Kovacs, CEO/CFO
755 W. Carmel Drive, Suite 207
Carmel, IN 46032

Re:    Litigation
       Our Matter No. 60605.0014

## INVOICE SUMMARY

For Services rendered through January 31, 2018

Professional Services                                                        $14,262.75

**Total Current Invoice**                                                    **$14,262.75**

Previous Balance Due                                                         $98,695.35

Total Balance Due                                                           $112,958.10

### Payment Options

Online Payments:                     Wire/ACH Instructions:
**ClientPay**                        Huntington Bank
                                     ABA for ACH    074000078
                                     ABA for Wire   044000024
                                     Account No.    01401048453
                                     Swift Code:    HUNTUS33
                                     Please Reference **Invoice No. 1504331**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1504331**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357





**LEGAL COUNSEL**

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1504332
February 9, 2018

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Kevin Kovacs, CEO/CFO
755 W. Carmel Drive, Suite 207
Carmel, IN 46032

Re:   Meetings and Communications with Creditors
      Our Matter No. 60605.0015

### INVOICE SUMMARY

For Services rendered through January 31, 2018

Professional Services                                         $93.15

**Total Current Invoice**                                    **$93.15**

Previous Balance Due                                      $12,661.65

Total Balance Due                                        $12,754.80

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence
you have placed in us.  Please call if we can be of further assistance.



Meetings and Communications with Creditors
Our Matter No. 60605.0015

Invoice No. 1504332
February 9, 2018

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 01/08/2018 | JORI W | Received and responded to communications from creditor regarding Notice to Additional Creditors. | 0.30 |
| **Total Professional Services** | | | **$93.15** |

| | |
|---|---|
| **Total Invoice Balance Due** | $93.15 |

### OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 07/20/17 | 1476602 | $1,273.05 | $0.00 | $1,273.05 |
| 08/09/17 | 1480344 | $8,625.15 | $0.00 | $8,625.15 |
| 09/09/17 | 1483579 | $1,769.85 | $0.00 | $1,769.85 |
| 10/06/17 | 1486944 | $124.20 | $0.00 | $124.20 |
| 11/23/17 | 1494435 | $217.35 | $0.00 | $217.35 |
| 12/09/17 | 1496927 | $652.05 | $0.00 | $652.05 |
| 02/09/18 | 1504332 | $93.15 | $0.00 | $93.15 |
| | | | **Total Balance Due** | **$12,754.80** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $93.15 | $0.00 | $869.40 | $0.00 | $11,792.25 | $12,754.80 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com

ELECTRONIC



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Kevin Kovacs, CEO/CFO
755 W. Carmel Drive, Suite 207
Carmel, IN 46032

Invoice No. 1504332
February 9, 2018

Re:     Meetings and Communications with Creditors
        Our Matter No. 60605.0015

## INVOICE SUMMARY

For Services rendered through January 31, 2018

| | |
|---|---:|
| Professional Services | $93.15 |
| **Total Current Invoice** | **$93.15** |
| Previous Balance Due | $12,661.65 |
| Total Balance Due | $12,754.80 |

### Payment Options

Online Payments:
**ClientPay**
ClientPay

Wire/ACH Instructions:
Huntington Bank
ABA for ACH     074000078
ABA for Wire    044000024
Account No.     01401048453
Swift Code:     HUNTUS33
Please Reference **Invoice No. 1504332**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1504332**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357





One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1504333
February 9, 2018

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possession
c/o Kevin Kovacs, CEO/CFO
755 W. Carmel Drive, Suite 207
Carmel, IN 46032

Re:     Relief from Stay and Adequate Protection
        Our Matter No. 60605.0019

## INVOICE SUMMARY

For Services rendered through January 31, 2018

| | |
|---|---|
| Professional Services | $648.00 |
| **Total Current Invoice** | **$648.00** |
| | |
| Previous Balance Due | $29,452.95 |
| Total Balance Due | $30,100.95 |

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence you have placed in us.  Please call if we can be of further assistance.



Relief from Stay and Adequate Protection
Our Matter No. 60605.0019

Invoice No. 1504333
February 9, 2018

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 01/03/2018 | FOWL S | Revised proposed order on Gemmel relief from stay motion (.2); communicated with counsel for Gemmel and Zurich regarding same (.4). | 0.60 |
| 01/18/2018 | FOWL S | Reviewed and revised proposed motion for relief from stay to be filed by Demar (.6); communicated with counsel for Demar regarding same (.2). | 0.80 |
| 01/18/2018 | FOWL S | Attended to questions from client regarding Builtech (.4); communicated with client regarding same (.2). | 0.60 |
| **Total Professional Services** | | | **$648.00** |

| | |
|---|---|
| **Total Invoice Balance Due** | $648.00 |

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 07/20/17 | 1476604 | $835.65 | $0.00 | $835.65 |
| 08/09/17 | 1480345 | $5,694.30 | $0.00 | $5,694.30 |
| 09/09/17 | 1483580 | $14,628.15 | $0.00 | $14,628.15 |
| 10/06/17 | 1486945 | $4,423.95 | $0.00 | $4,423.95 |
| 11/23/17 | 1494436 | $2,165.85 | $0.00 | $2,165.85 |
| 12/09/17 | 1496928 | $919.35 | $0.00 | $919.35 |
| 01/09/18 | 1500847 | $785.70 | $0.00 | $785.70 |
| 02/09/18 | 1504333 | $648.00 | $0.00 | $648.00 |
| | | | **Total Balance Due** | **$30,100.95** |

## AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $648.00 | $785.70 | $3,085.20 | $0.00 | $25,582.05 | $30,100.95 |

Relief from Stay and Adequate Protection

Invoice No. 1504333

Our Matter No. 60605.0019

February 9, 2018

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com

**ELECTRONIC**



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                        Invoice No. 1504333
Debtor-In-Possesion                                                          February 9, 2018
c/o Kevin Kovacs, CEO/CFO
755 W. Carmel Drive, Suite 207
Carmel, IN 46032

Re:    Relief from Stay and Adequate Protection
       Our Matter No. 60605.0019

## INVOICE SUMMARY

For Services rendered through January 31, 2018

Professional Services                                                        $648.00

**Total Current Invoice**                                                    **$648.00**

Previous Balance Due                                                         $29,452.95

Total Balance Due                                                            $30,100.95

### Payment Options

Online Payments:                        Wire/ACH Instructions:
**ClientPay**                           Huntington Bank
**ClientPay**®                          ABA for ACH     074000078
                                        ABA for Wire    044000024
                                        Account No.     01401048453
                                        Swift Code:     HUNTUS33
                                        Please Reference **Invoice No. 1504333**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1504333**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357





One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1504334
February 9, 2018

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Kevin Kovacs, CEO/CFO
755 W. Carmel Drive, Suite 207
Carmel, IN 46032

Re:     Cost and Expenses
        Our Matter No. 60605.0023

## INVOICE SUMMARY

For Services rendered through January 31, 2018

| | |
|---|---|
| Disbursements | $303.59 |
| **Total Current Invoice** | **$303.59** |
| Previous Balance Due | $17,278.04 |
| Total Balance Due | $17,581.63 |

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence you have placed in us.  Please call if we can be of further assistance.



Cost and Expenses
Our Matter No. 60605.0023

Invoice No. 1504334
February 9, 2018

## COSTS ADVANCED

| Description | Amount |
|---|---|
| Photocopies | $6.45 |
| Postage Expense | $9.66 |
| Legal Research Expense - WESTLAW - WESTLAW 60605.0023.06129 | $146.37 |
| Mileage reimbursement to/from Cook County Court to attend status hearing on 1/10/18 (45 miles). | $24.53 |
| Parking receipt for attending court hearing on 1/10/18 ($19.00). | $19.00 |
| Legal Research Expense - WESTLAW - WESTLAW 60605.0023.06129 | $48.79 |
| Legal Research Expense - WESTLAW - WESTLAW 60605.0023.06129 | $48.79 |
| **Total Cost Advanced** | **$303.59** |

**Total Invoice Balance Due**                                          $303.59

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 07/20/17 | 1476606 | $3,957.57 | $0.00 | $3,957.57 |
| 08/09/17 | 1480347 | $2,683.73 | $0.00 | $2,683.73 |
| 09/09/17 | 1483582 | $3,166.99 | $0.00 | $3,166.99 |
| 10/06/17 | 1486947 | $586.45 | $0.00 | $586.45 |
| 11/23/17 | 1494438 | $1,779.34 | $0.00 | $1,779.34 |
| 12/09/17 | 1496929 | $4,920.32 | $0.00 | $4,920.32 |
| 01/09/18 | 1500848 | $183.64 | $0.00 | $183.64 |
| 02/09/18 | 1504334 | $303.59 | $0.00 | $303.59 |
| | | | **Total Balance Due** | **$17,581.63** |

## AGED AR

Cost and Expenses
Our Matter No. 60605.0023

Invoice No. 1504334
February 9, 2018

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $303.59 | $183.64 | $6,699.66 | $0.00 | $10,394.74 | $17,581.63 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com

**ELECTRONIC**



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Kevin Kovacs, CEO/CFO
755 W. Carmel Drive, Suite 207
Carmel, IN 46032

Invoice No. 1504334
February 9, 2018

Re:   Cost and Expenses
      Our Matter No. 60605.0023

## INVOICE SUMMARY

For Services rendered through January 31, 2018

| | |
|---|---|
| Disbursements | $303.59 |
| **Total Current Invoice** | **$303.59** |
| Previous Balance Due | $17,278.04 |
| Total Balance Due | $17,581.63 |

### Payment Options

**Online Payments:**
**ClientPay**
ClientPay®

Wire/ACH Instructions:
Huntington Bank
ABA for ACH    074000078
ABA for Wire   044000024
Account No.    01401048453
Swift Code:    HUNTUS33
Please Reference **Invoice No. 1504334**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1504334**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357





One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1504335
February 9, 2018

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Kevin Kovacs, CEO/CFO
755 W. Carmel Drive, Suite 207
Carmel, IN 46032

Re:     Schechner NP Discovery Request
        Our Matter No. 60605.0024

## INVOICE SUMMARY

For Services rendered through January 31, 2018

| | |
|---|---:|
| Professional Services | $888.30 |
| **Total Current Invoice** | **$888.30** |
| Previous Balance Due | $2,092.50 |
| Total Balance Due | $2,980.80 |

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence you have placed in us.  Please call if we can be of further assistance.



Schechner NP Discovery Request

Our Matter No. 60605.0024

Invoice No. 1504335

February 9, 2018

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 01/04/2018 | FUGA C | E-mails with Mallon regarding her search of responsive documents to non-party subpoena. | 0.10 |
| 01/19/2018 | FUGA C | Call with Mallon regarding searches conducted for any responsive documents. | 0.20 |
| 01/22/2018 | FUGA C | Drafted Affidavit in response to non-party subpoena. | 1.10 |
| 01/23/2018 | FUGA C | E-mails with Mallon regarding draft affidavit. | 0.20 |
| 01/23/2018 | FUGA C | Continued drafting affidavit relating to searches conducted in response to non-party subpoena. | 0.30 |
| 01/31/2018 | FUGA C | E-mailed Mamorsky regarding affidavit verifying no responsive information to the subpoena. | 0.20 |

| **Total Professional Services** | | | **$888.30** |

| **Total Invoice Balance Due** | $888.30 |

### OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 10/06/17 | 1486948 | $1,119.60 | $0.00 | $1,119.60 |
| 11/23/17 | 1494439 | $634.50 | $0.00 | $634.50 |
| 01/09/18 | 1500849 | $338.40 | $0.00 | $338.40 |
| 02/09/18 | 1504335 | $888.30 | $0.00 | $888.30 |
| | | | **Total Balance Due** | **$2,980.80** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $888.30 | $338.40 | $634.50 | $0.00 | $1,119.60 | $2,980.80 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Schechner NP Discovery Request
Our Matter No. 60605.0024

Invoice No. 1504335
February 9, 2018

Should you require additional copies or have additional billing inquiries, please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com

ELECTRONIC



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Kevin Kovacs, CEO/CFO
755 W. Carmel Drive, Suite 207
Carmel, IN 46032

Invoice No. 1504335
February 9, 2018

Re:     Schechner NP Discovery Request
        Our Matter No. 60605.0024

## INVOICE SUMMARY

For Services rendered through January 31, 2018

| | |
|---|---:|
| Professional Services | $888.30 |
| **Total Current Invoice** | **$888.30** |
| Previous Balance Due | $2,092.50 |
| Total Balance Due | $2,980.80 |

## Payment Options

**Online Payments:**
**ClientPay**
ClientPay

Wire/ACH Instructions:
Huntington Bank
ABA for ACH     074000078
ABA for Wire    044000024
Account No.     01401048453
Swift Code:     HUNTUS33
Please Reference **Invoice No. 1504335**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1504335**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



**Ice**Miller
LEGAL COUNSEL

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1508563
March 9, 2018

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Kevin Kovacs, CEO/CFO
755 W. Carmel Drive, Suite 207
Carmel, IN 46032

Re:     Asset Analysis and Recovery
        Our Matter No. 60605.0001

## INVOICE SUMMARY

For Services rendered through February 28, 2018

Professional Services                                             $8,128.35

**Total Current Invoice**                                         **$8,128.35**

Previous Balance Due                                              $108,873.00

Total Balance Due                                                 $117,001.35

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence
you have placed in us.  Please call if we can be of further assistance.



Asset Analysis and Recovery
Our Matter No. 60605.0001

Invoice No. 1508563
March 9, 2018

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 02/06/2018 | JORI W | Reviewed communication from client regarding accounts receivables and gathered information regarding demand letters sent in order to respond to client inquiry regarding pursuit of balances owed. | 0.30 |
| 02/06/2018 | HOKA J | Discuss status of prior attempts to collect accounts, and strategy for proceeding for remainders. | 0.80 |
| 02/07/2018 | JORI W | Reviewed communications regarding further steps to collect against customers with outstanding accounts receivables (.2); prepared form letter for third and final notice of demand (.9). | 1.10 |
| 02/09/2018 | JORI W | Reviewed list of current customer accounts receivables in order to compare same to prior demand letters sent (1.8); communications with client regarding outstanding balances and handling of additional demand letters (.2); drafted demand letters to customers (1.5). | 3.50 |
| 02/12/2018 | HOKA J | Prepared summary of recovery efforts and discussed with client officer. | 1.50 |
| 02/13/2018 | JORI W | Finalized demand letters to accounts receivables customers and prepared for service of same. | 0.90 |
| 02/13/2018 | HOKA J | Communicated with Committee counsel regarding excess collateral recoveries. | 0.80 |
| 02/13/2018 | HOKA J | Assisted with finalization of account receivable demands. | 0.80 |
| 02/14/2018 | JORI W | Reviewed and organized demand letters sent this week for tracking purposes. | 0.20 |
| 02/14/2018 | HOKA J | Exchanged additional emails with client officer regarding claims for excess collateral. | 0.40 |
| 02/18/2018 | HOKA J | Responded to inquiry of S. Brown (GACP's counsel) for status on Chipman engagement, Electrolux litigation, and requested GACP's response to inquiries regarding funding requests and extension of deadline for engagement of Chipman firm. | 0.30 |
| 02/19/2018 | FOWL S | Commenced drafts of letters to holders of contract prepayments. | 0.80 |
| 02/19/2018 | FOWL S | Communicated with client regarding CSG and collection of contract prepayments. | 0.40 |
| 02/19/2018 | HOKA J | Responded to inquiry from Investment Recovery regarding communication with Committee counsel. | 0.20 |
| 02/20/2018 | FOWL S | Continued drafting demand letters to holders of contract prepayments (.4); communicated with client regarding same (.2). | 0.60 |

Asset Analysis and Recovery
Our Matter No. 60605.0001

Invoice No. 1508563
March 9, 2018

| 02/20/2018 | HOKA J | Assisted with finalization of letters demanding return of unearned pre-payments. | 0.40 |
|---|---|---|---|
| 02/21/2018 | FOWL S | Attended to revised list of contract prepayments (.1); revised letter based on same (.2); communicated with client regarding same (.1). | 0.40 |
| 02/21/2018 | HOKA J | Reviewed and forwarded Wilcox Communities' response to account demand. | 0.20 |
| 02/21/2018 | HOKA J | Reviewed and forwarded response of Parsetich Custom Homes to account demand. | 0.20 |
| 02/22/2018 | JORI W | Reviewed prepayment analysis in order to prepare demand letters to all vendors to collect reimbursement on contract prepayments. | 0.60 |
| 02/23/2018 | FOWL S | Reviewed drafts of demand letters for contract prepayments. | 0.50 |
| 02/23/2018 | JORI W | Continued preparing demand letters to collect on contract prepayments (1.2); finalized and prepared for service of demand letters (.7); sent emails to vendors regarding demands (.9). | 2.80 |
| 02/23/2018 | HOKA J | Exchanged emails with Company officers regarding support for account demand upon The Huntington Bank. | 0.20 |
| 02/26/2018 | JORI W | Received and reviewed several emails and inquiries regarding pre-payment demand letters sent and conferred with attorney regarding handling of same (.4); e-mails with client to obtain documentation regarding pre-payments by hhgregg (.3); received and responded to call from Idera requesting remittance information (.2); reviewed information regarding Atlassian and CDW amounts due and sent e-mails to them with supporting information (.5). | 1.40 |
| 02/27/2018 | FOWL S | Communicated with Tripwire regarding contract demand. | 0.10 |
| 02/27/2018 | JORI W | Received and reviewed various e-mail responses to prepayment demand letters (.4); additional communications with client regarding supporting information to prepayment calculations (.3); prepared and sent responses regarding prepayment balances due (.6). | 1.30 |
| 02/28/2018 | FOWL S | Communicated with several entities regarding contract prepayment demands. | 0.40 |
| 02/28/2018 | JORI W | Communications with client regarding information for and responses to Formax and Atlassian (.2); prepared and sent email to Formax with documentation to support demand (.2). | 0.40 |

**Total Professional Services**                                                                         **$8,128.35**

**Total Invoice Balance Due**                                                                           $8,128.35

Asset Analysis and Recovery
Our Matter No. 60605.0001

Invoice No. 1508563
March 9, 2018

**OUTSTANDING INVOICES**

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 07/20/17 | 1476590 | $30,393.45 | $0.00 | $30,393.45 |
| 08/09/17 | 1480333 | $32,545.35 | $0.00 | $32,545.35 |
| 09/09/17 | 1483567 | $33,363.00 | $0.00 | $33,363.00 |
| 10/06/17 | 1486934 | $3,653.10 | $0.00 | $3,653.10 |
| 11/23/17 | 1494424 | $494.10 | $0.00 | $494.10 |
| 12/09/17 | 1496917 | $2,103.30 | $0.00 | $2,103.30 |
| 01/09/18 | 1500836 | $4,017.60 | $0.00 | $4,017.60 |
| 02/09/18 | 1504322 | $2,303.10 | $0.00 | $2,303.10 |
| 03/09/18 | 1508563 | $8,128.35 | $0.00 | $8,128.35 |

|  |  | **Total Balance Due** | **$117,001.35** |
|--|--|------------------------|------------------|

**AGED AR**

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|------------|-------|
| $10,431.45 | $4,017.60 | $2,103.30 | $494.10 | $99,954.90 | $117,001.35 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com

ELECTRONIC



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Kevin Kovacs, CEO/CFO
755 W. Carmel Drive, Suite 207
Carmel, IN 46032

Invoice No. 1508563
March 9, 2018

Re:    Asset Analysis and Recovery
       Our Matter No. 60605.0001

## INVOICE SUMMARY

For Services rendered through February 28, 2018

| | |
|---|---|
| Professional Services | $8,128.35 |
| **Total Current Invoice** | **$8,128.35** |
| Previous Balance Due | $108,873.00 |
| Total Balance Due | $117,001.35 |

### Payment Options

| Online Payments: | Wire/ACH Instructions: |
|---|---|
| **ClientPay** | Huntington Bank |
| ClientPay | ABA for ACH    074000078 |
| | ABA for Wire    044000024 |
| | Account No.    01401048453 |
| | Swift Code:    HUNTUS33 |
| | Please Reference **Invoice No. 1508563** |

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1508563**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



**IceMiller**
LEGAL COUNSEL

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1508562
March 9, 2018

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Kevin Kovacs, CEO/CFO
755 W. Carmel Drive, Suite 207
Carmel, IN 46032

Re:    Assumption and Rejection of Leases and Contracts
       Our Matter No. 60605.0003

### INVOICE SUMMARY

For Services rendered through February 28, 2018

| | |
|---|---|
| Professional Services | $346.95 |
| **Total Current Invoice** | **$346.95** |
| Previous Balance Due | $38,587.05 |
| Total Balance Due | $38,934.00 |

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence
you have placed in us.  Please call if we can be of further assistance.



Assumption and Rejection of Leases and Contracts
Our Matter No. 60605.0003

Invoice No. 1508562
March 9, 2018

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 02/01/2018 | FOWL S | Drafted notice of rejection of additional contracts (.3); communicated with client regarding same (.1). | 0.40 |
| 02/07/2018 | JORI W | Reviewed updated filing of contract rejection notices and emails with client regarding same to prepare certificate of service for contract rejection notice. | 0.50 |
| 02/08/2018 | JORI W | Submitted certificate of service of contract rejection notice. | 0.20 |
| **Total Professional Services** | | | **$346.95** |

**Total Invoice Balance Due**                                                                $346.95

### OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 07/20/17 | 1476592 | $21,415.05 | $0.00 | $21,415.05 |
| 08/09/17 | 1480335 | $9,171.90 | $0.00 | $9,171.90 |
| 09/09/17 | 1483569 | $4,714.20 | $0.00 | $4,714.20 |
| 10/06/17 | 1486936 | $803.25 | $0.00 | $803.25 |
| 11/23/17 | 1494426 | $1,117.80 | $0.00 | $1,117.80 |
| 12/09/17 | 1496918 | $792.45 | $0.00 | $792.45 |
| 01/09/18 | 1500837 | $129.60 | $0.00 | $129.60 |
| 02/09/18 | 1504323 | $442.80 | $0.00 | $442.80 |
| 03/09/18 | 1508562 | $346.95 | $0.00 | $346.95 |
| | | | **Total Balance Due** | **$38,934.00** |

### AGED AR

Assumption and Rejection of Leases and Contracts
Our Matter No. 60605.0003

Invoice No. 1508562
March 9, 2018

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|------------|-----------|-------|
| $789.75 | $129.60 | $792.45 | $1,117.80 | $36,104.40 | $38,934.00 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com

ELECTRONIC


**LEGAL COUNSEL**

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Kevin Kovacs, CEO/CFO
755 W. Carmel Drive, Suite 207
Carmel, IN 46032

Invoice No. 1508562
March 9, 2018

Re:     Assumption and Rejection of Leases and Contracts
        Our Matter No. 60605.0003

## INVOICE SUMMARY

For Services rendered through February 28, 2018

| | |
|---|---|
| Professional Services | $346.95 |
| **Total Current Invoice** | **$346.95** |
| Previous Balance Due | $38,587.05 |
| Total Balance Due | $38,934.00 |

### Payment Options

**Online Payments:**
**ClientPay**
ClientPay®

Wire/ACH Instructions:
Huntington Bank
ABA for ACH     074000078
ABA for Wire    044000024
Account No.     01401048453
Swift Code:     HUNTUS33
Please Reference **Invoice No. 1508562**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1508562**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357





**Ice**Miller

LEGAL COUNSEL

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1508561
March 9, 2018

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Kevin Kovacs, CEO/CFO
755 W. Carmel Drive, Suite 207
Carmel, IN 46032

Re:     Budgeting (Case)
        Our Matter No. 60605.0005

## INVOICE SUMMARY

For Services rendered through February 28, 2018

| | |
|---|---|
| Professional Services | $1,107.00 |
| **Total Current Invoice** | **$1,107.00** |
| Previous Balance Due | $4,676.40 |
| Total Balance Due | $5,783.40 |

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence
you have placed in us.  Please call if we can be of further assistance.



Budgeting (Case)
Our Matter No. 60605.0005

Invoice No. 1508561
March 9, 2018

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 02/05/2018 | HOKA J | Reviewed and circulated weekly cash flow report. | 0.20 |
| 02/12/2018 | HOKA J | Finalized and circulated Ice Miller's monthly fee and expense accruals (.5); responded to additional inquiries from BRG (.2). | 0.70 |
| 02/13/2018 | HOKA J | Reviewed, forwarded and discussed summary of fee and expense accruals. | 0.40 |
| 02/19/2018 | HOKA J | Updated Case Professional Fee Tracker with updated information from Company. | 0.50 |
| 02/21/2018 | HOKA J | Reviewed Committee's professionals' third interim fee orders. | 0.20 |
| **Total Professional Services** | | | **$1,107.00** |

**Total Invoice Balance Due**                                                   $1,107.00

### OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 07/20/17 | 1476593 | $3,099.60 | $0.00 | $3,099.60 |
| 09/09/17 | 1483570 | $442.80 | $0.00 | $442.80 |
| 10/06/17 | 1486937 | $1,134.00 | $0.00 | $1,134.00 |
| 03/09/18 | 1508561 | $1,107.00 | $0.00 | $1,107.00 |
| | | | **Total Balance Due** | **$5,783.40** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|------------|-----------|-------|
| $1,107.00 | $0.00 | $0.00 | $0.00 | $4,676.40 | $5,783.40 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com





LEGAL COUNSEL

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                      Invoice No. 1508561
Debtor-In-Possesion                                                        March 9, 2018
c/o Kevin Kovacs, CEO/CFO
755 W. Carmel Drive, Suite 207
Carmel, IN 46032

Re:      Budgeting (Case)
         Our Matter No. 60605.0005

## INVOICE SUMMARY

For Services rendered through February 28, 2018

Professional Services                                                      $1,107.00

**Total Current Invoice**                                                  **$1,107.00**

Previous Balance Due                                                       $4,676.40

Total Balance Due                                                          $5,783.40

### Payment Options

Online Payments:                    Wire/ACH Instructions:
**ClientPay**                       Huntington Bank
                                    ABA for ACH    074000078
                                    ABA for Wire   044000024
                                    Account No.    01401048453
                                    Swift Code:    HUNTUS33
                                    Please Reference **Invoice No. 1508561**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1508561**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



**Ice**Miller
LEGAL COUNSEL

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1508583
March 9, 2018

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Kevin Kovacs, CEO/CFO
755 W. Carmel Drive, Suite 207
Carmel, IN 46032

Re:   Business Operations
      Our Matter No. 60605.0006

## INVOICE SUMMARY

For Services rendered through February 28, 2018

| | |
|---|---:|
| Professional Services | $801.90 |
| **Total Current Invoice** | **$801.90** |
| Previous Balance Due | $44,028.45 |
| Total Balance Due | $44,830.35 |

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence
you have placed in us.  Please call if we can be of further assistance.



Business Operations
Our Matter No. 60605.0006

Invoice No. 1508583
March 9, 2018

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 02/02/2018 | HOKA J | Developed and confirmed response to former employees seeking tax documents. | 0.40 |
| 02/07/2018 | JORI W | Reviewed and finalized January monthly operating reports and submitted same with the court. | 0.80 |
| 02/19/2018 | HOKA J | Compiled open requests for customer service responses. | 0.60 |
| **Total Professional Services** | | | **$801.90** |

**Total Invoice Balance Due** $801.90

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 07/20/17 | 1476594 | $11,191.05 | $0.00 | $11,191.05 |
| 08/09/17 | 1480336 | $14,388.30 | $0.00 | $14,388.30 |
| 09/09/17 | 1483571 | $3,789.45 | $0.00 | $3,789.45 |
| 10/06/17 | 1486938 | $2,690.55 | $0.00 | $2,690.55 |
| 11/23/17 | 1494427 | $2,820.15 | $0.00 | $2,820.15 |
| 12/09/17 | 1496919 | $2,261.25 | $0.00 | $2,261.25 |
| 01/09/18 | 1500838 | $2,246.40 | $0.00 | $2,246.40 |
| 02/09/18 | 1504324 | $4,641.30 | $0.00 | $4,641.30 |
| 03/09/18 | 1508583 | $801.90 | $0.00 | $801.90 |
| | | | **Total Balance Due** | **$44,830.35** |

## AGED AR

Business Operations

Our Matter No. 60605.0006

Invoice No. 1508583

March 9, 2018

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $5,443.20 | $2,246.40 | $2,261.25 | $2,820.15 | $32,059.35 | $44,830.35 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com

ELECTRONIC



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Kevin Kovacs, CEO/CFO
755 W. Carmel Drive, Suite 207
Carmel, IN 46032

Invoice No. 1508583
March 9, 2018

Re:     Business Operations
        Our Matter No. 60605.0006

## INVOICE SUMMARY

For Services rendered through February 28, 2018

| | |
|---|---:|
| Professional Services | $801.90 |
| **Total Current Invoice** | **$801.90** |
| Previous Balance Due | $44,028.45 |
| Total Balance Due | $44,830.35 |

### Payment Options

Online Payments:
**ClientPay**
ClientPay

Wire/ACH Instructions:
Huntington Bank
ABA for ACH    074000078
ABA for Wire   044000024
Account No.    01401048453
Swift Code:    HUNTUS33
Please Reference **Invoice No. 1508583**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1508583**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357





One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1508552
March 9, 2018

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Kevin Kovacs, CEO/CFO
755 W. Carmel Drive, Suite 207
Carmel, IN 46032

Re:     Case Administration
        Our Matter No. 60605.0007

## INVOICE SUMMARY

For Services rendered through February 28, 2018

| | |
|---|---|
| Professional Services | $3,114.45 |
| **Total Current Invoice** | **$3,114.45** |
| Previous Balance Due | $87,251.40 |
| Total Balance Due | $90,365.85 |

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence
you have placed in us.  Please call if we can be of further assistance.



Case Administration
Our Matter No. 60605.0007

Invoice No. 1508552
March 9, 2018

**PROFESSIONAL SERVICES**

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 02/01/2018 | FOWL S | Communicated with counsel for Bosch regarding documents (.1); communicated with client regarding same (.1). | 0.20 |
| 02/01/2018 | FOWL S | Communicated with client regarding Star Leasing. | 0.20 |
| 02/01/2018 | FOWL S | Revised proposed agenda for 2/5 hearing. | 0.20 |
| 02/01/2018 | FOWL S | Drafted motion to extend exclusive periods. | 0.80 |
| 02/01/2018 | JORI W | Received, reviewed and submitted affidavits of service with the Court. | 0.30 |
| 02/01/2018 | HOKA J | Discussed desirability of filing a "no hearing" agenda. | 0.20 |
| 02/05/2018 | FOWL S | Revised and finalized exclusivity motion. | 0.40 |
| 02/07/2018 | FOWL S | Reviewed and revised letter to creditors. | 0.30 |
| 02/07/2018 | FOWL S | Communicated with CSG regarding collections for hhg. | 0.30 |
| 02/07/2018 | JORI W | Reviewed court docket in order to monitor documents and orders to be served on parties (.2); received and reviewed court notice and communications to facilitate service of same (.4). | 0.60 |
| 02/08/2018 | FOWL S | Analyzed service issues with respect to filing disclosure statement and plan. | 1.20 |
| 02/08/2018 | JORI W | Received and reviewed affidavit of service from Donlin and submitted same with the court. | 0.20 |
| 02/09/2018 | FOWL S | Reviewed and revised letters to accounts receivable (.2); communicated with client regarding same (.2). | 0.40 |
| 02/09/2018 | FOWL S | Communicated with creditor regarding notice of bankruptcy. | 0.20 |
| 02/09/2018 | FOWL S | Communicated with counsel for the Committee regarding strategy for plan of liquidation. | 0.30 |
| 02/12/2018 | FOWL S | Reviewed and revised follow-up letters to a/rs. | 0.60 |
| 02/13/2018 | FOWL S | Communicated with counsel for landlord regarding status of case. | 0.20 |
| 02/13/2018 | JORI W | Reviewed docket to determine status of filings and documents needing service. | 0.20 |
| 02/13/2018 | HOKA J | Provided information relative to revised UST fee schedule. | 0.20 |
| 02/14/2018 | FOWL S | Communicated with counsel for lenders regarding strategy for plan. | 0.70 |
| 02/21/2018 | FOWL S | Communicated with counsel for Bosch regarding recall information (.1); communicated with client regarding same (.1). | 0.20 |

Case Administration                                                                                    Invoice No. 1508552
Our Matter No. 60605.0007                                                                                    March 9, 2018

| | | | |
|---|---|---|---|
| 02/22/2018 | FOWL S | Drafted letter to CSG regarding continuing to collect hhg's accounts (.3); communicated with CSG regarding same (.2). | 0.50 |
| 02/23/2018 | FOWL S | Communicated with client regarding employee lawsuit and judgment. | 0.30 |
| 02/23/2018 | JORI W | Reviewed docket to determine status of recent filings in order to monitor service. | 0.20 |
| 02/27/2018 | FOWL S | Finalized response to 2004 subpoena. | 0.30 |
| 02/27/2018 | JORI W | Reviewed docket to monitor filings and documents requiring service. | 0.20 |

| **Total Professional Services** | **$3,114.45** |
|---|---|

| **Total Invoice Balance Due** | $3,114.45 |
|---|---|

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 07/20/17 | 1476595 | $16,933.05 | $0.00 | $16,933.05 |
| 08/09/17 | 1480337 | $16,124.40 | $0.00 | $16,124.40 |
| 09/09/17 | 1483572 | $19,693.35 | $0.00 | $19,693.35 |
| 11/23/17 | 1494428 | $22,748.85 | $0.00 | $22,748.85 |
| 12/09/17 | 1496920 | $5,062.50 | $0.00 | $5,062.50 |
| 01/09/18 | 1500839 | $2,751.30 | $0.00 | $2,751.30 |
| 02/09/18 | 1504325 | $3,937.95 | $0.00 | $3,937.95 |
| 03/09/18 | 1508552 | $3,114.45 | $0.00 | $3,114.45 |

| | **Total Balance Due** | **$90,365.85** |
|---|---|---|

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---|---|---|---|---|---|
| $7,052.40 | $2,751.30 | $5,062.50 | $22,748.85 | $52,750.80 | $90,365.85 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Case Administration
Our Matter No. 60605.0007

Invoice No. 1508552
March 9, 2018

Should you require additional copies or have additional billing inquiries, please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com

ELECTRONIC



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Kevin Kovacs, CEO/CFO
755 W. Carmel Drive, Suite 207
Carmel, IN 46032

Invoice No. 1508552
March 9, 2018

Re:     Case Administration
        Our Matter No. 60605.0007

## INVOICE SUMMARY

For Services rendered through February 28, 2018

| | |
|---|---|
| Professional Services | $3,114.45 |
| **Total Current Invoice** | **$3,114.45** |
| Previous Balance Due | $87,251.40 |
| Total Balance Due | $90,365.85 |

### Payment Options

Online Payments:
**ClientPay**
ClientPay®

Wire/ACH Instructions:
Huntington Bank
ABA for ACH     074000078
ABA for Wire    044000024
Account No.     01401048453
Swift Code:     HUNTUS33
Please Reference **Invoice No. 1508552**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1508552**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357





One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1508551
March 9, 2018

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Kevin Kovacs, CEO/CFO
755 W. Carmel Drive, Suite 207
Carmel, IN 46032

Re:    Claims Administration and Objections
       Our Matter No. 60605.0008

## INVOICE SUMMARY

For Services rendered through February 28, 2018

| | |
|---|---|
| Professional Services | $2,219.40 |
| **Total Current Invoice** | **$2,219.40** |
| Previous Balance Due | $71,058.15 |
| Total Balance Due | $73,277.55 |

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence
you have placed in us.  Please call if we can be of further assistance.



Claims Administration and Objections
Our Matter No. 60605.0008

Invoice No. 1508551
March 9, 2018

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 01/29/2018 | HOKA J | Responded to demand for information from Peoples Insurance Company of China. | 0.50 |
| 02/01/2018 | FOWL S | Reviewed administrative expense application filed by Glen Burnie (.5); communicated with counsel for Glen Burnie regarding same (.3); communicated with client regarding same (.2); communicated with counsel for the Committee regarding same (.2). | 1.20 |
| 02/01/2018 | FOWL S | Communicated with mechanic's lien creditors regarding timing of payment. | 0.20 |
| 02/01/2018 | HOKA J | Responded to inquiry regarding allowance of administrative rent claim for period after surrender but before rejection. | 0.40 |
| 02/02/2018 | FOWL S | Reviewed and revised proposed order on Glen Burnie administrative expense application (.2); communicated with counsel for Glen Burnie regarding same (.2). | 0.40 |
| 02/07/2018 | FOWL S | Communicated with client regarding CIT (.2); communicated with counsel for the Committee regarding same (.1). | 0.30 |
| 02/07/2018 | JORI W | Received and reviewed Proof of Claim form and forwarded to Donlin for filing. | 0.20 |
| 02/12/2018 | FOWL S | Reviewed Haier proposed order on administrative expense claim application. | 0.20 |
| 02/13/2018 | FOWL S | Communicated with counsel for landlord regarding process for asserting an administrative expense claim. | 0.30 |
| 02/14/2018 | HOKA J | Circulated Haier's draft order among Case Professionals granting application for administrative claim for comments or approval. | 0.30 |
| 02/16/2018 | HOKA J | Responded to claimant referencing communications with Company's officers. | 0.40 |
| 02/20/2018 | HOKA J | Spoke with Company officer regarding visit from IRS agent demanding payment of claims (.3); and exchanged emails with lead counsel to delegate response (.1). | 0.40 |
| 02/26/2018 | HOKA J | Confirmed Debtors' position regarding allowance of Haier/GE's administrative claim. | 0.20 |
| 02/28/2018 | FOWL S | Communicated with client regarding BullsEye administrative claim (.1); communicated with client regarding same (.1); communicated with counsel for the Committee regarding same (.1). | 0.30 |
| **Total Professional Services** | | | **$2,219.40** |

Claims Administration and Objections
Our Matter No. 60605.0008

Invoice No. 1508551
March 9, 2018

**Total Invoice Balance Due** $2,219.40

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 07/20/17 | 1476596 | $593.55 | $0.00 | $593.55 |
| 08/09/17 | 1480338 | $2,772.90 | $0.00 | $2,772.90 |
| 09/09/17 | 1483573 | $13,254.30 | $0.00 | $13,254.30 |
| 10/06/17 | 1486939 | $14,593.50 | $0.00 | $14,593.50 |
| 11/23/17 | 1494429 | $6,640.65 | $0.00 | $6,640.65 |
| 12/09/17 | 1496921 | $17,207.10 | $0.00 | $17,207.10 |
| 01/09/18 | 1500840 | $10,064.25 | $0.00 | $10,064.25 |
| 02/09/18 | 1504326 | $5,931.90 | $0.00 | $5,931.90 |
| 03/09/18 | 1508551 | $2,219.40 | $0.00 | $2,219.40 |

| | **Total Balance Due** | **$73,277.55** |
|--|--|--|

## AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|------------|------------|-------------|------------|-------|
| $8,151.30 | $10,064.25 | $17,207.10 | $6,640.65 | $31,214.25 | $73,277.55 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com





One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                      Invoice No. 1508551
Debtor-In-Possesion                                                             March 9, 2018
c/o Kevin Kovacs, CEO/CFO
755 W. Carmel Drive, Suite 207
Carmel, IN 46032

Re:    Claims Administration and Objections
       Our Matter No. 60605.0008

## INVOICE SUMMARY

For Services rendered through February 28, 2018

Professional Services                                                          $2,219.40

**Total Current Invoice**                                                      **$2,219.40**

Previous Balance Due                                                          $71,058.15

Total Balance Due                                                            $73,277.55

## Payment Options

**Online Payments:**                        Wire/ACH Instructions:
**ClientPay**                               Huntington Bank
                                            ABA for ACH     074000078
                                            ABA for Wire    044000024
                                            Account No.     01401048453
                                            Swift Code:     HUNTUS33
                                            Please Reference **Invoice No. 1508551**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1508551**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1508586
March 9, 2018

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Kevin Kovacs, CEO/CFO
755 W. Carmel Drive, Suite 207
Carmel, IN 46032

Re:     Corporate Governance and Board Matters
        Our Matter No. 60605.0009

## INVOICE SUMMARY

For Services rendered through February 28, 2018

| | |
|---|---|
| Professional Services | $1,624.05 |
| **Total Current Invoice** | **$1,624.05** |
| Previous Balance Due | $30,599.55 |
| Total Balance Due | $32,223.60 |

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence
you have placed in us.  Please call if we can be of further assistance.



Corporate Governance and Board Matters
Our Matter No. 60605.0009

Invoice No. 1508586
March 9, 2018

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|------:|
| 02/25/2018 | HOKA J | Drafted and circulated Minutes from January 11th Board meeting. | 0.60 |
| 02/27/2018 | THOR J | Preparation for and attended Board meeting. | 0.90 |
| 02/27/2018 | HOKA J | Participated in Board call and follow-up call with client officer. | 1.20 |
| **Total Professional Services** | | | **$1,624.05** |

**Total Invoice Balance Due** $1,624.05

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|-------:|---------:|------------:|
| 07/20/17 | 1476597 | $5,131.80 | $0.00 | $5,131.80 |
| 08/09/17 | 1480339 | $14,760.90 | $0.00 | $14,760.90 |
| 09/09/17 | 1483574 | $5,291.10 | $0.00 | $5,291.10 |
| 10/06/17 | 1486940 | $1,672.65 | $0.00 | $1,672.65 |
| 11/23/17 | 1494430 | $779.40 | $0.00 | $779.40 |
| 12/09/17 | 1496922 | $765.00 | $0.00 | $765.00 |
| 01/09/18 | 1500841 | $1,253.25 | $0.00 | $1,253.25 |
| 02/09/18 | 1504327 | $945.45 | $0.00 | $945.45 |
| 03/09/18 | 1508586 | $1,624.05 | $0.00 | $1,624.05 |
| | | **Total Balance Due** | | **$32,223.60** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $2,569.50 | $1,253.25 | $765.00 | $779.40 | $26,856.45 | $32,223.60 |

Corporate Governance and Board Matters                          Invoice No. 1508586
Our Matter No. 60605.0009                                              March 9, 2018

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com

ELECTRONIC



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                      Invoice No. 1508586
Debtor-In-Possesion                                                        March 9, 2018
c/o Kevin Kovacs, CEO/CFO
755 W. Carmel Drive, Suite 207
Carmel, IN 46032

Re:     Corporate Governance and Board Matters
        Our Matter No. 60605.0009

## INVOICE SUMMARY

For Services rendered through February 28, 2018

Professional Services                                                      $1,624.05

**Total Current Invoice**                                                  **$1,624.05**

Previous Balance Due                                                       $30,599.55

Total Balance Due                                                          $32,223.60

### Payment Options

Online Payments:                    Wire/ACH Instructions:
**ClientPay**                       Huntington Bank
ClientPay®                          ABA for ACH    074000078
                                    ABA for Wire   044000024
                                    Account No.    01401048453
                                    Swift Code:    HUNTUS33
                                    Please Reference **Invoice No. 1508586**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1508586**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1508550
March 9, 2018

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Kevin Kovacs, CEO/CFO
755 W. Carmel Drive, Suite 207
Carmel, IN 46032

Re:    Employment and Fee Applications
       Our Matter No. 60605.0011

## INVOICE SUMMARY

For Services rendered through February 28, 2018

| | |
|---|---|
| Professional Services | $7,358.85 |
| **Total Current Invoice** | **$7,358.85** |
| Previous Balance Due | $62,493.75 |
| Total Balance Due | $69,852.60 |

Thank you for giving Ice Miller the opportunity to serve you. We appreciate your business and the confidence you have placed in us. Please call if we can be of further assistance.



Employment and Fee Applications
Our Matter No. 60605.0011

Invoice No. 1508550
March 9, 2018

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 01/29/2018 | HOKA J | Spoke with Heir/GE's counsel regarding objection to Chipman retention (.2); reviewed and forwarded to interested counsel the Court's notice of hearing on objection with recap of counsel discussion (.4). | 0.60 |
| 01/29/2018 | HOKA J | Exchanged emails with Committee counsel to confirm deadline for obtaining order approving Chipman retention, and strategies for meeting deadline in light of pending objection. | 0.50 |
| 02/01/2018 | JORI W | Communications regarding status of U.S. Trustee's concerns with fee applications and handling of proposed orders. | 0.20 |
| 02/02/2018 | HOKA J | Drafted and circulated proposal for settlement of issues raised by Heir/GE's Admin claim application and objection to Chipman retention (.8); inquired of Chipman regarding consent to terms (.2). | 1.00 |
| 02/05/2018 | HOKA J | Spoke with Chipman regarding terms for Committee's engagement of Chipman firm as special counsel. | 0.40 |
| 02/05/2018 | HOKA J | Spoke with Committee counsel and Chipman regarding terms of retention. | 0.50 |
| 02/06/2018 | JORI W | Received call from Renken of Morgan Lewis regarding handling of monthly draw notices and forwarded information to her regarding same. | 0.20 |
| 02/08/2018 | HOKA J | Exchanged emails with opposing counsel regarding settlement of objection to CCBC retention application. | 0.20 |
| 02/12/2018 | JORI W | Received and reviewed Ice Miller invoices for January services and prepared summary for distribution to counsel. | 0.70 |
| 02/12/2018 | HOKA J | Sent email to Case Professionals regarding settlement of Haier/GE issues regarding its administrative claim and objection to Chipman retention application. | 0.80 |
| 02/13/2018 | HOKA J | Continued revision of proposed Chipman retention order. | 1.00 |
| 02/14/2018 | JORI W | Received and responded to client inquiry regarding KSM engagement letter for tax services. | 0.10 |
| 02/14/2018 | JORI W | Reviewed fee tracker document in order to gather information to update same with recent fee information. | 0.20 |
| 02/14/2018 | HOKA J | Revised Committee's retention for Chipman firm to reflect parties' agreement, and circulated for comment. | 0.80 |
| 02/14/2018 | HOKA J | Finalized and circulated Order approving Chipman firm's retention. | 1.30 |

Employment and Fee Applications
Our Matter No. 60605.0011

Invoice No. 1508550
March 9, 2018

| 02/18/2018 | HOKA J | Reviewed and forwarded Haier/GE's approval of form of Agreed Order for Chipman retention (.2); exchanged emails with W. Chipman to responds to his inquiry regarding status (.2); forward Agreed Order to R. Moore requesting UST's consent to entry (.1). | 0.50 |
|---|---|---|---|
| 02/19/2018 | HOKA J | Reviewed and forwarded Well Fargo's and GACP's positions regarding extension of deadline to obtain order approving Chipman retention (.4); responded to Company officer's inquiry regarding status of Chipman retention and compliance with 2nd DIP Loan Agreement in this regard (.3). | 0.70 |
| 02/20/2018 | HOKA J | Reviewed Agreed Order into Agreed Entry and separate Order. | 1.40 |
| 02/20/2018 | HOKA J | Advised parties in interest to necessity of revision of form for agreed Order regarding Chipmen retention. | 0.40 |
| 02/21/2018 | HOKA J | Exchanged multiple emails regarding parties' consent to filing of Agreed Entry, and revision of terms proposed by Haier/GE (.5); responded to DIP Lenders' counsel's inquiry regarding status of same (.2). | 0.70 |
| 02/23/2018 | FOWL S | Reviewed Haier's changes to agreed entry on Chipman (.2); communicated with counsel for Haier regarding same (.1); communicated with counsel to the Committee and the UST regarding same (.1). | 0.40 |
| 02/23/2018 | HOKA J | Exchanged emails with Haier/GE's counsel regarding revisions to Agreed Entry on Chipman retention. | 0.60 |
| 02/26/2018 | FOWL S | Reviewed and revised agreed entry on Chipman application. | 0.30 |
| 02/26/2018 | HOKA J | Confirmed constituencies' approval of Agreed Entry, and finalized and filed same. | 0.40 |
| 02/26/2018 | HOKA J | Inquired regarding Court's approval of Agreed Entry regarding Chipman engagement (.1); and circulated signed order to constituents with comments for proceeding (.2). | 0.30 |

| **Total Professional Services** | **$7,358.85** |
|---|---|

| **Total Invoice Balance Due** | $7,358.85 |
|---|---|

Employment and Fee Applications
Our Matter No. 60605.0011

Invoice No. 1508550
March 9, 2018

## OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 07/20/17 | 1476599 | $18,823.05 | $0.00 | $18,823.05 |
| 08/09/17 | 1480341 | $15,570.45 | $0.00 | $15,570.45 |
| 09/09/17 | 1483576 | $3,947.40 | $0.00 | $3,947.40 |
| 10/06/17 | 1486941 | $9,537.75 | $0.00 | $9,537.75 |
| 11/23/17 | 1494432 | $1,678.05 | $0.00 | $1,678.05 |
| 12/09/17 | 1496924 | $2,170.80 | $0.00 | $2,170.80 |
| 01/09/18 | 1500843 | $5,111.10 | $0.00 | $5,111.10 |
| 02/09/18 | 1504329 | $5,655.15 | $0.00 | $5,655.15 |
| 03/09/18 | 1508550 | $7,358.85 | $0.00 | $7,358.85 |
| | | | **Total Balance Due** | **$69,852.60** |

## AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $13,014.00 | $5,111.10 | $2,170.80 | $1,678.05 | $47,878.65 | $69,852.60 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com



ELECTRONIC



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Kevin Kovacs, CEO/CFO
755 W. Carmel Drive, Suite 207
Carmel, IN 46032

Invoice No. 1508550
March 9, 2018

Re:    Employment and Fee Applications
       Our Matter No. 60605.0011

## INVOICE SUMMARY

For Services rendered through February 28, 2018

| | |
|---|---|
| Professional Services | $7,358.85 |
| **Total Current Invoice** | **$7,358.85** |
| Previous Balance Due | $62,493.75 |
| Total Balance Due | $69,852.60 |

### Payment Options

REMITTANCE

Online Payments:
**ClientPay**
ClientPay®

Wire/ACH Instructions:
Huntington Bank
ABA for ACH    074000078
ABA for Wire   044000024
Account No.    01401048453
Swift Code:    HUNTUS33
Please Reference **Invoice No. 1508550**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1508550**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357





One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1508548
March 9, 2018

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Kevin Kovacs, CEO/CFO
755 W. Carmel Drive, Suite 207
Carmel, IN 46032

Re:     Financing and Cash Collateral
        Our Matter No. 60605.0013

## INVOICE SUMMARY

For Services rendered through February 28, 2018

| | |
|---|---:|
| Professional Services | $2,656.80 |
| **Total Current Invoice** | **$2,656.80** |
| Previous Balance Due | $100,605.60 |
| Total Balance Due | $103,262.40 |

Thank you for giving Ice Miller the opportunity to serve you. We appreciate your business and the confidence
you have placed in us. Please call if we can be of further assistance.



Financing and Cash Collateral
Our Matter No. 60605.0013

Invoice No. 1508548
March 9, 2018

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 02/02/2018 | HOKA J | Reviewed and forwarded DLA's invoice for December, 2017. | 0.20 |
| 02/02/2018 | HOKA J | Responded to Company officer's inquiry regarding Committee support for budget reductions (.3); and inquired of Committee counsel regarding same (.2). | 0.50 |
| 02/05/2018 | HOKA J | Reviewed updated DIP Funds tracker. | 0.20 |
| 02/05/2018 | HOKA J | Reviewed and forwarded to Committee counsel the Company's revised proposal for 2Q18 DIP Budget. | 0.40 |
| 02/06/2018 | HOKA J | Exchanged emails regarding, and discussed with client officer, 2Q18 Budget and status of recovery efforts generally. | 0.80 |
| 02/08/2018 | HOKA J | Reviewed Kovacs' email and responded to Committee's inquiry regarding Company's continuing need for services of employees. | 0.20 |
| 02/12/2018 | HOKA J | Reviewed and circulated cash flow report. | 0.40 |
| 02/13/2018 | HOKA J | Forwarded and discussed emails regarding 2Q18 Budget. | 0.20 |
| 02/14/2018 | HOKA J | Sent extended email to counsel to DIP Lenders with draft orders resolving Haier Admin Claim and Chipman firm retention, and requesting extension of DIP Agreement-set deadline for entry of Chipman retention order. | 0.50 |
| 02/20/2018 | HOKA J | Responded to GACP's inquiry regarding status of Chipman retention, and inquired of GACP for its response to Debtors' pending requests. | 0.50 |
| 02/21/2018 | HOKA J | Reviewed and forwarded Choate's invoice for January 2018. | 0.20 |
| 02/21/2018 | HOKA J | Inquired of Jaffe and provided to Company information relative to FBD's billings for GACP engagement. | 0.30 |
| 02/21/2018 | HOKA J | Inquired of Brown regarding DLA's January invoice to be paid per DIP Loan Agreement. | 0.20 |
| 02/27/2018 | HOKA J | Responded to inquiry regarding Committee's approval of 2Q18 Budget. | 0.20 |
| **Total Professional Services** | | | **$2,656.80** |

**Total Invoice Balance Due**                                                          $2,656.80

Financing and Cash Collateral
Our Matter No. 60605.0013

Invoice No. 1508548
March 9, 2018

**OUTSTANDING INVOICES**

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 07/20/17 | 1476600 | $498.15 | $0.00 | $498.15 |
| 08/09/17 | 1480342 | $7,325.10 | $0.00 | $7,325.10 |
| 09/09/17 | 1483577 | $23,474.70 | $0.00 | $23,474.70 |
| 10/06/17 | 1486942 | $22,030.65 | $0.00 | $22,030.65 |
| 11/23/17 | 1494433 | $6,574.50 | $0.00 | $6,574.50 |
| 12/09/17 | 1496925 | $21,897.00 | $0.00 | $21,897.00 |
| 01/09/18 | 1500845 | $15,650.55 | $0.00 | $15,650.55 |
| 02/09/18 | 1504330 | $3,154.95 | $0.00 | $3,154.95 |
| 03/09/18 | 1508548 | $2,656.80 | $0.00 | $2,656.80 |

| | Total Balance Due | **$103,262.40** |
|--|--|--|

**AGED AR**

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $5,811.75 | $15,650.55 | $21,897.00 | $6,574.50 | $53,328.60 | $103,262.40 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries, please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com





One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                        Invoice No. 1508548
Debtor-In-Possesion                                                                  March 9, 2018
c/o Kevin Kovacs, CEO/CFO
755 W. Carmel Drive, Suite 207
Carmel, IN 46032

Re:      Financing and Cash Collateral
           Our Matter No. 60605.0013

## INVOICE SUMMARY

For Services rendered through February 28, 2018

Professional Services                                                                $2,656.80

**Total Current Invoice**                                                        **$2,656.80**

Previous Balance Due                                                             $100,605.60

Total Balance Due                                                                 $103,262.40

## Payment Options

Online Payments:                    Wire/ACH Instructions:
**ClientPay**                            Huntington Bank
                                              ABA for ACH      074000078
                                              ABA for Wire     044000024
                                              Account No.       01401048453
                                              Swift Code:        HUNTUS33
                                              Please Reference **Invoice No. 1508548**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1508548**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



**Ice**Miller

LEGAL COUNSEL

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1508546
March 9, 2018

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Kevin Kovacs, CEO/CFO
755 W. Carmel Drive, Suite 207
Carmel, IN 46032

Re:     Litigation
        Our Matter No. 60605.0014

## INVOICE SUMMARY

For Services rendered through February 28, 2018

Professional Services                                     $6,092.55

**Total Current Invoice**                                 **$6,092.55**

Previous Balance Due                                      $112,958.10

Total Balance Due                                         $119,050.65

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence
you have placed in us.  Please call if we can be of further assistance.



Litigation
Our Matter No. 60605.0014

Invoice No. 1508546
March 9, 2018

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 02/01/2018 | FOWL S | Drafted Vantiv stipulation of dismissal (.4); communicated with counsel for the Committee and counsel for Vantiv regarding same (.1). | 0.50 |
| 02/01/2018 | FOWL S | Communicated with counsel for Lockton regarding refund and filing action for turnover (.2); communicated with client regarding same (.1). | 0.30 |
| 02/01/2018 | FOWL S | Communicated with counsel for Onward regarding discovery requests. | 0.20 |
| 02/01/2018 | FOWL S | Communicated with counsel for Warrantech regarding search terms for discovery requests (.2); communicated with client regarding same (.1). | 0.30 |
| 02/02/2018 | FOWL S | Commenced draft of complaint against Lockton. | 0.70 |
| 02/02/2018 | FOWL S | Communicated with counsel for Onward regarding discovery and dispositive motion deadline (.2); drafted motion to extend dispositive motion deadline (.5); communicated with counsel for the Committee regarding same (.1). | 0.80 |
| 02/05/2018 | FOWL S | Drafted motion for extension of time to respond to discovery requests in Onward adversary. | 0.80 |
| 02/05/2018 | FOWL S | Drafted motion to continue Synnex pretrial conference (.4); communicated with counsel for Synnex and the Committee regarding same (.2). | 0.60 |
| 02/05/2018 | FOWL S | Communicated with counsel for Onward regarding settlement and extension of deadline to response to discovery requests. | 0.20 |
| 02/06/2018 | FOWL S | Continued drafting complaint against Lockton. | 1.20 |
| 02/06/2018 | FOWL S | Communicated with counsel for Synnex regarding continuance of hearing motion (.1); revised and finalized same (.3). | 0.40 |
| 02/07/2018 | FOWL S | Continued drafting complaint against Lockton (.8); reviewed contract with Lockton for same (.5); communicated with client regarding same (.2). | 1.50 |
| 02/07/2018 | FOWL S | Revised and finalized motion to extend dispositive motion deadline in Onward. | 0.20 |
| 02/07/2018 | FOWL S | Communicated with client regarding Onward discovery responses (.2); communicated with counsel for Onward regarding same (.2). | 0.40 |
| 02/08/2018 | FOWL S | Reviewed and analyzed response in support of motion to withdraw reference in RAC adversary. | 1.30 |
| 02/08/2018 | FOWL S | Communicated with counsel for Synnex regarding settlement offer. | 0.30 |
| 02/08/2018 | ARCE A | Read reply brief in support of motion to withdraw the reference. | 0.30 |
| 02/09/2018 | FOWL S | Communicated with client and counsel for the Committee regarding Lockton complaint. | 0.30 |

Litigation
Our Matter No. 60605.0014

Invoice No. 1508546
March 9, 2018

| 02/12/2018 | FOWL S | Commenced draft of responses to discovery RFAs (.1.2); communicated with client regarding same (.2). | 1.40 |
|---|---|---|---|
| 02/12/2018 | FOWL S | Communicated with counsel for the Committee regarding Lockton complaint. | 0.20 |
| 02/12/2018 | ARCE A | Received and read reply in support of motion to withdraw the reference. | 0.30 |
| 02/13/2018 | FOWL S | Finalized complaint against Lockton. | 0.50 |
| 02/13/2018 | HOKA J | Provided input regarding local requirements for consolidation order. | 0.50 |
| 02/15/2018 | FOWL S | Communicated with counsel for lender regarding status of preference adversaries. | 0.30 |
| 02/15/2018 | FOWL S | Drafted motion to consolidate Whirlpool adversaries (1.1); communicated with counsel for the Committee and Whirlpool regarding same (.2). | 1.30 |
| 02/19/2018 | FOWL S | Continued drafting responses to Onward discovery requests. | 1.10 |
| 02/21/2018 | FOWL S | Communicated with client regarding response to demand letter. | 0.20 |
| 02/22/2018 | FOWL S | Communicated with counsel for Onward regarding settlement. | 0.20 |
| 02/22/2018 | FOWL S | Prepared withdraw of agreed entry. | 0.30 |
| 02/26/2018 | FOWL S | Drafted response to 2004 subpoena from Creditor Peoples Insurance Company of China (.5); communicated with client regarding same (.2). | 0.70 |
| 02/28/2018 | FOWL S | Communicated with client regarding extension to dates and deadline in Onward adversary (.1); communicated with counsel for Onward regarding same (.1). | 0.20 |
| 02/28/2018 | FOWL S | Communicated with client regarding status of collections and litigation. | 0.20 |
| 02/28/2018 | FOWL S | Finalized Whirlpool motion to consolidate (.2); communicated with counsel for the Committee and Whirlpool regarding same (.1). | 0.30 |

**Total Professional Services**      **$6,092.55**

**Total Invoice Balance Due**      $6,092.55

Litigation
Our Matter No. 60605.0014

Invoice No. 1508546
March 9, 2018

**OUTSTANDING INVOICES**

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 07/20/17 | 1476601 | $3,801.60 | $0.00 | $3,801.60 |
| 08/09/17 | 1480343 | $7,128.00 | $0.00 | $7,128.00 |
| 09/09/17 | 1483578 | $18,208.80 | $0.00 | $18,208.80 |
| 10/06/17 | 1486943 | $12,335.85 | $0.00 | $12,335.85 |
| 11/23/17 | 1494434 | $29,465.10 | $0.00 | $29,465.10 |
| 12/09/17 | 1496926 | $21,919.95 | $0.00 | $21,919.95 |
| 01/09/18 | 1500846 | $5,836.05 | $0.00 | $5,836.05 |
| 02/09/18 | 1504331 | $14,262.75 | $0.00 | $14,262.75 |
| 03/09/18 | 1508546 | $6,092.55 | $0.00 | $6,092.55 |
| | | | **Total Balance Due** | **$119,050.65** |

**AGED AR**

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $20,355.30 | $5,836.05 | $21,919.95 | $29,465.10 | $41,474.25 | $119,050.65 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com

ELECTRONIC



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.                                  Invoice No. 1508546
Debtor-In-Possesion                                                    March 9, 2018
c/o Kevin Kovacs, CEO/CFO
755 W. Carmel Drive, Suite 207
Carmel, IN 46032

Re:    Litigation
       Our Matter No. 60605.0014

## INVOICE SUMMARY

For Services rendered through February 28, 2018

Professional Services                                                  $6,092.55

**Total Current Invoice**                                             **$6,092.55**

Previous Balance Due                                                   $112,958.10

Total Balance Due                                                      $119,050.65

### Payment Options

Online Payments:                   Wire/ACH Instructions:
**ClientPay**                      Huntington Bank
ClientPay                          ABA for ACH      074000078
                                   ABA for Wire     044000024
                                   Account No.      01401048453
                                   Swift Code:      HUNTUS33
                                   Please Reference **Invoice No. 1508546**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1508546**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



**IceMiller**
LEGAL COUNSEL

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1508564
March 9, 2018

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Kevin Kovacs, CEO/CFO
755 W. Carmel Drive, Suite 207
Carmel, IN 46032

Re:    Meetings and Communications with Creditors
       Our Matter No. 60605.0015

**INVOICE SUMMARY**

For Services rendered through February 28, 2018

| | |
|---|---|
| Professional Services | $372.60 |
| **Total Current Invoice** | **$372.60** |
| Previous Balance Due | $12,754.80 |
| Total Balance Due | $13,127.40 |

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence
you have placed in us.  Please call if we can be of further assistance.



**build** *better benefits*    Maximize your investment in your employees with the nationally recognized Ice Miller employee benefits team.

Meetings and Communications with Creditors
Our Matter No. 60605.0015

Invoice No. 1508564
March 9, 2018

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 02/20/2018 | JORI W | Received and responded to creditor inquiry regarding defective appliance (.3); reviewed creditor inquiry regarding filing of claim and e-mailed Donlin regarding same (.2). | 0.50 |
| 02/26/2018 | JORI W | Reviewed information from Donlin regarding status of filed claim (.1); Telephone call to prior employee to obtain information regarding proof of claim submitted in order to assist with proper filing (.2). | 0.30 |
| 02/27/2018 | JORI W | Received and responded to e-mails from prior employee regarding proof of claim (.3); reviewed e-mail with client regarding handling of warranty claims (.1). | 0.40 |
| **Total Professional Services** | | | **$372.60** |

**Total Invoice Balance Due**                                          $372.60

### OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 07/20/17 | 1476602 | $1,273.05 | $0.00 | $1,273.05 |
| 08/09/17 | 1480344 | $8,625.15 | $0.00 | $8,625.15 |
| 09/09/17 | 1483579 | $1,769.85 | $0.00 | $1,769.85 |
| 10/06/17 | 1486944 | $124.20 | $0.00 | $124.20 |
| 11/23/17 | 1494435 | $217.35 | $0.00 | $217.35 |
| 12/09/17 | 1496927 | $652.05 | $0.00 | $652.05 |
| 02/09/18 | 1504332 | $93.15 | $0.00 | $93.15 |
| 03/09/18 | 1508564 | $372.60 | $0.00 | $372.60 |
| | | **Total Balance Due** | | **$13,127.40** |

### AGED AR

Meetings and Communications with Creditors

Invoice No. 1508564

Our Matter No. 60605.0015

March 9, 2018

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $465.75 | $0.00 | $652.05 | $217.35 | $11,792.25 | $13,127.40 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com

**ELECTRONIC**



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Kevin Kovacs, CEO/CFO
755 W. Carmel Drive, Suite 207
Carmel, IN 46032

Invoice No. 1508564
March 9, 2018

Re:    Meetings and Communications with Creditors
       Our Matter No. 60605.0015

## INVOICE SUMMARY

For Services rendered through February 28, 2018

| | |
|---|---|
| Professional Services | $372.60 |
| **Total Current Invoice** | **$372.60** |
| Previous Balance Due | $12,754.80 |
| Total Balance Due | $13,127.40 |

### Payment Options

Online Payments:
**ClientPay**
ClientPay®

Wire/ACH Instructions:
Huntington Bank
ABA for ACH      074000078
ABA for Wire     044000024
Account No.      01401048453
Swift Code:      HUNTUS33
Please Reference **Invoice No. 1508564**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1508564**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1508566
March 9, 2018

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Kevin Kovacs, CEO/CFO
755 W. Carmel Drive, Suite 207
Carmel, IN 46032

Re:     Plan and Disclosure Statement
        Our Matter No. 60605.0017

## INVOICE SUMMARY

For Services rendered through February 28, 2018

| | |
|---|---|
| Professional Services | $830.25 |
| **Total Current Invoice** | **$830.25** |
| Previous Balance Due | $712.80 |
| Total Balance Due | $1,543.05 |

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence
you have placed in us.  Please call if we can be of further assistance.



Plan and Disclosure Statement

Our Matter No. 60605.0017

Invoice No. 1508566

March 9, 2018

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 02/07/2018 | HOKA J | Exchanged emails with Case Professionals inquiring about necessity of a plan of liquidation. | 0.20 |
| 02/12/2018 | HOKA J | Prepared and circulated to Case Professionals memo to Lenders regarding necessity of plan of liquidation. | 1.00 |
| 02/12/2018 | HOKA J | Forwarded introduction of prospective purchase of post-discharge shell. | 0.20 |
| 02/28/2018 | HOKA J | Responded to BRG's inquiry regarding Plan discussions. | 0.10 |
| **Total Professional Services** | | | **$830.25** |

**Total Invoice Balance Due**                                                                    $830.25

### OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|------|---------|--------|----------|-------------|
| 07/20/17 | 1476603 | $712.80 | $0.00 | $712.80 |
| 03/09/18 | 1508566 | $830.25 | $0.00 | $830.25 |
| | | | **Total Balance Due** | **$1,543.05** |

### AGED AR

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $830.25 | $0.00 | $0.00 | $0.00 | $712.80 | $1,543.05 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com





LEGAL COUNSEL

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Kevin Kovacs, CEO/CFO
755 W. Carmel Drive, Suite 207
Carmel, IN 46032

Invoice No. 1508566
March 9, 2018

Re:     Plan and Disclosure Statement
        Our Matter No. 60605.0017

## INVOICE SUMMARY

For Services rendered through February 28, 2018

| | |
|---|---|
| Professional Services | $830.25 |
| **Total Current Invoice** | **$830.25** |
| Previous Balance Due | $712.80 |
| Total Balance Due | $1,543.05 |

## Payment Options

| Online Payments: | Wire/ACH Instructions: |
|---|---|
| **ClientPay** | Huntington Bank |
| | ABA for ACH     074000078 |
| | ABA for Wire    044000024 |
| | Account No.     01401048453 |
| | Swift Code:     HUNTUS33 |
| | Please Reference **Invoice No. 1508566** |

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1508566**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



 **Ice**Miller

LEGAL COUNSEL

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1508582
March 9, 2018

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Kevin Kovacs, CEO/CFO
755 W. Carmel Drive, Suite 207
Carmel, IN 46032

Re:     Cost and Expenses
        Our Matter No. 60605.0023

## INVOICE SUMMARY

For Services rendered through February 28, 2018

Disbursements                                                    $651.64

**Total Current Invoice**                                       **$651.64**

Previous Balance Due                                          $17,581.63

Total Balance Due                                            $18,233.27

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence
you have placed in us.  Please call if we can be of further assistance.



Cost and Expenses
Our Matter No. 60605.0023

Invoice No. 1508582
March 9, 2018

### COSTS ADVANCED

| Description | Amount |
|---|---|
| Photocopies | $6.00 |
| Photocopies | $2.90 |
| Legal Research Expense - WESTLAW - WESTLAW 60605.0023.06129.ENTER DESCRIPTI | $48.79 |
| Legal Research Expense - WESTLAW - WESTLAW 60605.0023.06129.ENTER DESCRIPTI | $97.58 |
| Legal Research Expense - WESTLAW - WESTLAW 60605.0023.06129.ENTER DESCRIPTI | $146.37 |
| Reimbursement to Sarah Fowler for prepayment of Complaint filing fee for Adversary: KANSAS CITY SERIES OF LOCKTON COMPANIES, LLC. | $350.00 |
| **Total Cost Advanced** | **$651.64** |

| | |
|---|---|
| **Total Invoice Balance Due** | $651.64 |

### OUTSTANDING INVOICES

| Date | Invoice | Amount | Payments | Balance Due |
|---|---|---|---|---|
| 07/20/17 | 1476606 | $3,957.57 | $0.00 | $3,957.57 |
| 08/09/17 | 1480347 | $2,683.73 | $0.00 | $2,683.73 |
| 09/09/17 | 1483582 | $3,166.99 | $0.00 | $3,166.99 |
| 10/06/17 | 1486947 | $586.45 | $0.00 | $586.45 |
| 11/23/17 | 1494438 | $1,779.34 | $0.00 | $1,779.34 |
| 12/09/17 | 1496929 | $4,920.32 | $0.00 | $4,920.32 |
| 01/09/18 | 1500848 | $183.64 | $0.00 | $183.64 |
| 02/09/18 | 1504334 | $303.59 | $0.00 | $303.59 |
| 03/09/18 | 1508582 | $651.64 | $0.00 | $651.64 |
| | | | **Total Balance Due** | **$18,233.27** |

### AGED AR

Cost and Expenses
Our Matter No. 60605.0023

Invoice No. 1508582
March 9, 2018

| Current | 31-60 days | 61-90 days | 91-120 days | 120 days + | Total |
|---------|-----------|-----------|-------------|-----------|-------|
| $955.23 | $183.64 | $4,920.32 | $1,779.34 | $10,394.74 | $18,233.27 |

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balance.

Should you require additional copies or have additional billing inquiries,  please contact
Carol Tretter @ 317-221-2996 or Carol.Tretter@icemiller.com or payice@icemiller.com

ELECTRONIC



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

hhgregg, Inc., Gregg Appliances, Inc.
Debtor-In-Possesion
c/o Kevin Kovacs, CEO/CFO
755 W. Carmel Drive, Suite 207
Carmel, IN 46032

Invoice No. 1508582
March 9, 2018

Re:    Cost and Expenses
       Our Matter No. 60605.0023

## INVOICE SUMMARY

For Services rendered through February 28, 2018

| | |
|---|---|
| Disbursements | $651.64 |
| **Total Current Invoice** | **$651.64** |
| Previous Balance Due | $17,581.63 |
| Total Balance Due | $18,233.27 |

### Payment Options

**Online Payments:**
**ClientPay**
ClientPay®

Wire/ACH Instructions:
Huntington Bank
ABA for ACH    074000078
ABA for Wire    044000024
Account No.    01401048453
Swift Code:    HUNTUS33
Please Reference **Invoice No. 1508582**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1508582**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357