# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| hhgregg, Inc., *et al.*,[1] | Case No. 17-01302-11 |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss:
COUNTY OF KINGS     )

I, Ted Tokuda, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc., 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 12th day of June, 2018, I caused a true and accurate copy of the "Order Granting Motion to Withdraw as Attorney" (Docket No. 2526), to be served via upon the parties as set forth in Exhibit A, attached hereto, via First Class US Mail.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 13th day of June, 2018 in Brooklyn, New York.

By _____
Ted Tokuda

Sworn before me this
13th day of June, 2018

_____
Notary Public

Jungwoo Song
Notary Public, State of New York
No. 02SO6231374
Qualified in Kings County
Commission Expires: Nov. 22, 2018

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: hhgregg, Inc. (0538); Gregg Appliances, Inc. (9508); and HHG Distributing LLC (5875). The location of the Debtors' corporate headquarters is 4151 East 96th Street, Indianapolis, Indiana 46240.

HHG000232

# EXHIBIT A

# hhgregg, Inc., et al.
## Exhibit Pages

Page # : 1 of 3                                                                                                                                 06/12/2018 12:09:35 PM

| | | | |
|---|---|---|---|
| 000087P001-1361S-232<br>ANTHEM BLUE CROSS AND BLUE SHIELD<br>6740 N HIGH ST<br>WORTHINGTON OH 43085 | 000088P001-1361S-232<br>ANTHEM BLUE CROSS AND BLUE SHIELD<br>PO BOX 951254<br>CLEVELAND OH 44193 | 000089P001-1361S-232<br>ANTHEM BLUE CROSS AND BLUE SHIELD<br>PO BOX 105113<br>ATLANTA GA 30348-5113 | 000105P001-1361S-232<br>ATTORNEY GENERAL OF OHIO<br>MICHAEL DEWINE<br>COLLECTIONS ENFORCEMENT, TOLEDO REG OFFICE<br>ONE GOVERNMENT CENTER STE 1240<br>TOLEDO OH 43604-2261 |
| 000118P001-1361S-232<br>BINGHAM GREENEBAUM DOLL LLP<br>JAMES R IRVING<br>3500 NATIONAL CITY TOWER<br>101 SOUTH FIFTH ST<br>LOUISVILLE KY 40202 | 000182P001-1361S-232<br>BORGES & ASSOCIATES LLC<br>WANDA BORGES<br>575 UNDERHILL BLVD STE 118<br>SYOSSET NY 11791 | 000080P001-1361S-232<br>BOSE CORP<br>THE MOUNTAIN<br>FRAMINGHAM MA 01701-9168 | 000222P001-1361S-232<br>BOSE MCKINNEY & EVANS LLP<br>NATHAN T. DANIELSON<br>111 MONUMENT CIRCLE STE 2700<br>INDIANAPOLIS IN 46204 |
| 000147P001-1361S-232<br>BSH HOME APPLIANCES CORP<br>BRIAN ATTEBERRY, MANAGER, CREDIT<br>1901 MAIN ST SUITE 600<br>IRVINE CA 92614 | 000183P001-1361S-232<br>BUCHALTER, A PROFESSIONAL CORP<br>SHAWN M CHRISTIANSON<br>55 SECOND ST, 17TH FLOOR<br>SAN FRANCISCO CA 94105-3493 | 000213P001-1361S-232<br>CENTURY LINK<br>MARCY M HERONIMUS, SENIOR CORP COUNSEL<br>931 14TH ST STE 900<br>DENVER CO 80202 | 000153P001-1361S-232<br>CHATHAM COUNTY TAX COMMISSIONER<br>THERESA C. HARRELSON<br>P.O. BOX 8324<br>SAVANNAH GA 31412-8324 |
| 000082P001-1361S-232<br>CORINTHIAN INC<br>PO BOX 1918<br>CORINTH MS 38835-1918 | 000083P001-1361S-232<br>CORINTHIAN INC<br>41 HENSON RD<br>CORINTH MS 38834 | 000149P001-1361S-232<br>COUNSEL TO PENNSYLVANIA<br>DEPT OF REVENUE, T LAWRENCE PALMER<br>564 FORBES AVE 5TH FLOOR MANOR BLDG<br>PITTSBURGH PA 15219 | 000060P001-1361S-232<br>CURTIS INTERNATIONAL LTD<br>315 ATWELL DR<br>ETOBICOKE ON M9W 5C1<br>CANADA |
| 000125P001-1361S-232<br>DDR CORP.<br>RENEE B. WEISS, ESQ.<br>3300 ENTERPRISE PARKWAY<br>P.O. BOX 228042<br>BEACHWOOD OH 44122 | 000067P001-1361S-232<br>FLORIDA DEPT OF REVENUE<br>5050 W TENNESSEE ST<br>TALLAHASSEE FL 32399-0100 | 000066P001-1361S-232<br>FRIGIDAIRE CONSIGNMENT<br>PO BOX 70509<br>CHICAGO IL 60673 | 000094P001-1361S-232<br>FROST BROWN TODD LLC<br>201 NORTH ILLINOIS ST STE 1900<br>INDIANAPOLIS IN 46204 |
| 000075P001-1361S-232<br>GE CAPITAL<br>PO BOX 960061<br>ORLANDO FL 32896 | 000064P001-1361S-232<br>GENERAL ELECTRIC CO MABG<br>PO BOX 640328<br>PITTSBURGH PA 15264-0328 | 000192P001-1361S-232<br>GIBBONS PC<br>DAVID N CRAPO<br>ONE GATEWAY CENTER<br>NEWARK NJ 07102-5310 | 000131P001-1361S-232<br>GREENBERG TRAURIG LLP<br>NANCY A. PETERMAN<br>77 WEST WACKER DR STE 3100<br>CHICAGO IL 60601 |
| 000061P001-1361S-232<br>HAIER AMERICA TRADING LLC<br>45 W 36TH ST 4TH FL<br>NEW YORK NY 10018 | 000076P001-1361S-232<br>ICON INTERNATIONAL INC<br>4 STAMFORD PLZ 15TH FL 107 ELM ST<br>STAMFORD CT 06902 | 000077P001-1361S-232<br>INDIANA DEPT OF REV<br>100 N SENATE AVE<br>INDIANAPOLIS IN 46204 | 000072P001-1361S-232<br>INSTALLS INC LLC<br>241 MAIN ST 5TH FL<br>BUFFALO NY 14203 |

# hhgregg, Inc., et al.
## Exhibit Pages

Page # : 2 of 3																				06/12/2018 12:09:35 PM

| | | | |
|---|---|---|---|
| 000003P001-1361S-232<br>INTERNAL REVENUE SERVICE<br>1111 CONSTITUTION AVE NW<br>WASHINGTON DC 20224 | 000001P001-1361S-232<br>INTERNAL REVENUE SVCS<br>PO BOX 21126<br>PHILADELPHIA PA 19114 | 000002P001-1361S-232<br>INTERNAL REVENUE SVCS<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | 000073P001-1361S-232<br>KLIPSCH<br>PO BOX 66477<br>INDIANAPOLIS IN 46266 |
| 000108P001-1361S-232<br>KURTZMAN STEADY LLC<br>JEFFREY KURTZMAN<br>401 S 2ND ST STE 200<br>PHILADELPHIA PA 19147 | 000111P001-1361S-232<br>LECLAIRRYAN, PC<br>ILAN MARKUS, ESQ.<br>545 LONG WHARF DR NINTH FL<br>NEW HAVEN CT 06511 | 000178P001-1361S-232<br>LOCKE LORD LLP<br>STEPHEN J HUMENIUK<br>600 CONGRESS AVE STE 2200<br>AUSTIN TX 78704 | 000152P001-1361S-232<br>MACEY WILENSKY ET AL.<br>FRANK B. WILENSKY<br>303 PEACHTREE ST NE SUITE 4400<br>ATLANTA GA 30308 |
| 000161P001-1361S-232<br>MANATEE COUNTY TAX COLLECTOR<br>KEN BURTON JR<br>4333 US HWY 301 N<br>ELLENTON FL 34222 | 000167P001-1361S-232<br>MEYERS RODBELL & ROSENBAUM PA<br>M. EVAN MEYERS<br>6801 KENILWORTH AVE STE 400<br>RIVERDALE MD 20737-1385 | 000185P001-1361S-232<br>MIAMI-DADE COUNTY TAX COLL.<br>MIAMI DADE COUNTY PARALEGAL UNIT<br>200 NW 2ND AVE., #430<br>MIAMI FL 33128 | 000071P001-1361S-232<br>MIDEA AMERICAN CORP<br>MAPLE PLAZA I 4 CAMPUS DR<br>PARSIPPANY NJ 07054 |
| 000091P001-1361S-232<br>NORTH CAROLINA DEPT OF REV<br>PO BOX 25000<br>RALEIGH NC 27640-0700 | 000226P001-1361S-232<br>OFFICE OF UNEMPLOYMENT COMP TAX SERVICES<br>DEB SECREST-DEPT OF LABOR & INDUSTRY<br>COMMONWEALTH OF PENNSYLVANIA<br>COLLECTIONS SUPPORT UNIT<br>651 BOAS ST RM 702<br>HARRISBURG PA 17121 | 000090P001-1361S-232<br>OGLETREE DEAKINS NASH SMOAK AND STEWART<br>PO BOX 89<br>COLUMBIA SC 29202 | 000159P001-1361S-232<br>OLSHAN FROME WOLOSKY LLP<br>MICHAEL S FOX<br>1325 AVE OF THE AMERICAS<br>NEW YORK NY 10019 |
| 000206P001-1361S-232<br>PINELLAS COUNTY TAX COLLECTOR<br>CHARLES W. THOMAS, CFC<br>PO BOX 6340<br>CLEARWATER FL 33758-6340 | 000054P001-1361S-232<br>QUAD GRAPHICS INC<br>PO BOX 644840<br>PITTSBURGH PA 15264-4840 | 000055P001-1361S-232<br>QUAD GRAPHICS INC<br>N61 W23044 HARRY'S WAY<br>SUSSEX WI 53089-3995 | 000214P002-1361S-232<br>REED SMITH LLP<br>KURT F GWYNNE<br>1201 N MARKET ST STE 1500<br>WILMINGTON DE 19801 |
| 000114P001-1361S-232<br>RINCON LAW LLP<br>GREGG S KLEINER<br>268 BUSH ST STE 3335<br>SAN FRANCISCO CA 94104 | 000210P001-1361S-232<br>ROBBINS SALOMON & PATT LTD<br>VINCENT T BORST<br>180 N LASALLE ST STE 3300<br>CHICAGO IL 60601 | 000059P001-1361S-232<br>ROSETTA MARKETING GROUP LLC<br>100 AMERICAN METRO BLVD 2ND FL<br>HAMILTON NJ 08619 | 000063P002-1361S-232<br>RYDER INTEGRATED LOGISTICS INC<br>MIKE MANDELL<br>11690 NW 105 ST<br>MIAMI FL 33178 |
| 000184P001-1361S-232<br>SAGAL FILBERT QUASNEY & BETTER PA<br>ALAN BETTEN<br>600 WASHINGTON AVE STE 300<br>TOWSON MD 21204 | 000163P001-1361S-232<br>SCHEEF & STONE LLP<br>RICHARD J WALLACE III<br>500 NORTH AKARD STE 2700<br>DALLAS TX 75201 | 000062P001-1361S-232<br>SEIKI LLC<br>1550 VALLEY VISTA DR STE 210<br>DIAMOND BAR CA 91765 | 000065P001-1361S-232<br>SERTA<br>12685 COLLECTION CENTER DR<br>CHICAGO IL 60693 |

# hhgregg, Inc., et al.
## Exhibit Pages

Page # : 3 of 3                                                                 06/12/2018 12:09:35 PM

| | | | |
|---|---|---|---|
| 000186P001-1361S-232<br>SIRLIN LESSER & BENSON PC<br>DANA S PLON<br>123 SOUTH BROAD ST STE 2100<br>PHILADELPHIA PA 19109 | 000084P001-1361S-232<br>SOFAMASTER LLC<br>3815 BUCKNER ST STE A<br>EL PASO TX 79925 | 000085P001-1361S-232<br>SOFAMASTER LLC<br>PO BOX 10797<br>EL PASO TX 79995 | 000086P001-1361S-232<br>SOFAMASTER LLC<br>5812 COMO DR<br>EL PASO TX 79912 |
| 000068P001-1361S-232<br>SPIRIT<br>200 SOUTH ST<br>NEW PROVIDENCE NJ 07974 | 000069P001-1361S-232<br>STEVE SILVER CO<br>1000 FM 548 NORTH<br>FORNEY TX 75126 | 000113P001-1361S-232<br>SYNCHRONY BANK<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>P O BOX 41021<br>NORFOLK VA 23541 | 000074P001-1361S-232<br>TREASURER OF STATE OHIO<br>ACCT.# 99-028192<br>PO BOX 16561<br>COLUMBUS OH 43266-0061 |
| 000196P001-1361S-232<br>TUNE ENTREKIN & WHITE PC<br>JOSEPH P RUSNAK<br>UBS TOWER STE 1700<br>315 DEADERICK ST<br>NASHVILLE TN 37238 | 000005P001-1361S-232<br>UNITED STATES ATTORNEY'S OFFICE<br>10 W MARKET ST, SUITE 2100<br>INDIANAPOLIS IN 46204 | 000070P002-1361S-232<br>US TRANSPORT CORP<br>103 N MAIN ST STE 200<br>GREENVILLE SC 29601 | 000058P001-1361S-232<br>WARRANTECH CPS INC<br>ATTN: CPS FINANCIAL SERVICES DEPT.<br>2200 HWY 121 STE 100<br>BEDFORD TX 76021 |
| 000217P001-1361S-232<br>WESTERMAN BALL EDERER MILLER ZUCKER & SHARFSTEIN L<br>MICKEE M HENNESSY, ESQ<br>1201 RXR PLAZA<br>UNIONDALE NY 11556 | 000078P001-1361S-232<br>XPO LAST MILE INC<br>FIELD SUPPORT SVCS<br>5823 WIDEWATERS PKWY<br>EAST SYRACUSE NY 13057 | 000079P001-1361S-232<br>XPO LAST MILE INC<br>2939 CRESCENTVILLE RD<br>CINCINATTI OH 45069 | 000056P001-1361S-232<br>ZIMMERMAN ADVERTISING<br>PO BOX 934130<br>ATLANTA GA 31193-4130 |
| 000057P001-1361S-232<br>ZIMMERMAN ADVERTISING<br>6600 N ANDREWS AVE<br>FORT LAUDERDALE FL 33309 | | | |

Records Printed :   73