**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| hhgregg, Inc., *et al.*,[1] | Case No. 17-01302-JJG-11 |
| Debtors. | (Jointly Administered) |

**AGENDA – NOTICE THAT ALL PENDING MATTERS SCHEDULED FOR HEARING
ON JULY 9, 2018 AT 1:30 P.M. HAVE BEEN RESOLVED AND HEARING IS
VACATED**

hhgregg, Inc. and its above-captioned affiliated debtors and debtors in possession (each, a "Debtor" and, collectively, the "Debtors" ), by counsel, hereby submits this notice that all pending matters scheduled for hearing on July 9, 2018 at 1:30 p.m. have been resolved and the hearing is vacated. Additional details are below.

**I.     MATTERS ORIGINALLY SCHEDULED TO BE HEARD AT HEARING**

1.     Hearing on Application for Payment of Administrative Expenses Pursuant to Sec. 503 for Monarch Rivergate, LLC [2400].

**Status:  HEARING VACATED - All  matters resolved.**

2.     Hearing on Application for Payment of Administrative Expenses Pursuant to Sec. 503 for Monarch at Stonecrest Pavilion, LLC [2404].

**Status:  HEARING VACATED - All  matters resolved.**

**II.     NOTICE**

The Debtors have served this Proposed Agenda on (a) the Debtors; (b) the Debtors'

counsel; (c) the Office of the United States Trustee; (d) counsel to the Committee; (e) those

parties who have appeared pursuant to Bankruptcy Rule 9010 or who have requested notice

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: hhgregg, Inc. (0538); Gregg Appliances, Inc. (9508); and HHG Distributing LLC (5875).  The location of the Debtors' corporate headquarters is 755 W. Carmel Drive, Suite 207, Carmel, IN  46032.

pursuant to Bankruptcy Rule 2002; and (v) each entity who has filed and served a court

filing set to be heard at the Hearing.

Dated:  July 6, 2018

Respectfully submitted,

/s/ Jeffrey A. Hokanson
**ICE MILLER LLP**
Jeffrey A. Hokanson (No. 14579-49)
One American Square, Suite 2900
Indianapolis, IN  46282-0200
Telephone:  (317) 236-2100
Jeff.Hokanson@icemiller.com

*Counsel to the Debtors and Debtors in Possession*


## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2018, I electronically filed the foregoing.  Notice of this filing will be sent to the parties who have requested to receive notice through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

/s/ Jeffrey A. Hokanson
Jeffrey A. Hokanson