# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

### Hearing Information:

| | |
|---:|---|
| **Debtor:** | HHGREGG, INC. |
| **Case Number:** | 17-01302-JJG-11   **Chapter:** 11 |
| **Date / Time / Room:** | MONDAY, JULY 09, 2018 01:30 PM   IP 311 |
| **Bankruptcy Judge:** | JEFFREY J. GRAHAM |
| **Courtroom Clerk:** | HEATHER HEISER-DAVIS |
| **Reporter / ECR:** | HEATHER HEISER-DAVIS |

### Matter:

1) Hearing on Application for Payment of Administrative Expenses Pursuant to Sec. 503 for Monarch Rivergate, LLC [2400]
   **R / M #:**   0 / 0
   **VACATED:**   Hearing moot; motion to compromise and settle filed.

2) Hearing on Application for Payment of Administrative Expenses Pursuant to Sec. 503 for Monarch at Stonecrest Pavilion, LLC [2404]
   **R / M #:**   0 / 0
   **VACATED:**   Hearing moot; motion to compromise and settle filed.

### Appearances:

### Proceedings:

(1,2) Vacated:  Hearing moot; motion to compromise and settle filed.

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**