## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| hhgregg, Inc., *et al.*,[1] | Case No. 17-01302-JJG-11 |
| Debtors. | (Jointly Administered) |

### NOTICE OF MOTION AND OPPORTUNITY TO OBJECT

**NOTICE: <u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have any attorney, you may wish to consult one.**

To: (i) the U.S. Trustee; (ii) counsel for the Official Committee of Unsecured Creditors, c/o Cathy Hershcopf, Cooley LLP, 1114 Avenue of the Americas, New York, NY 10036 and Thomas C. Scherer, Bingham Greenebaum Doll LLP, 10 West Market Street, #2700, Indianapolis, IN 46204; (iii) counsel to the Agent for the Debtors' prepetition secured lenders and the lenders providing debtor in possession financing, c/o Sean M. Monahan, Choate, Hall & Stewart LLP, Two International Place, Boston, MA 02110 and Jay Jaffe, Faegre Baker Daniels, LLP, 600 E. 96th Street, Suite 600, Indianapolis, IN 46240; (iv) the Debtors' thirty (30) largest unsecured creditors; and (v) all parties that, as of the filing of this Motion, have requested notice in these chapter 11 cases pursuant to Bankruptcy Rule 2002.

YOU ARE HEREBY NOTIFIED that on **August 16, 2018** Counsel for the Debtors and the Official Committee of Unsecured Creditors of Gregg Appliances, Inc. (the "Committee") filed their *Joint Motion of the Debtors and The Official Committee of Unsecured Creditors for Entry of an Order Approving Stipulation Regarding Zurich American Insurance Company* (Doc. No. 2606) (the "**Motion**")*,* asking the Court to enter an order approving the stipulation attached as <u>Exhibit B</u> to the Motion previously served upon you.  A free copy of this Motion that more-fully details the agreement between and among the parties may be found at https://www.donlinrecano.com/Clients/hhg/Dockets.

YOU ARE FURTHER NOTIFIED that this Notice of Motion and Opportunity to Object is being filed with the Bankruptcy Court, with a copy being sent to you, to begin a 21-day period of advance notice of the Motion and your opportunity to object no later than **September 6, 2018**.

YOU ARE FURTHER NOTIFIED that if you do not want the Court to enter an Order granting the Motion, or if you want the Court to consider your views on the Motion, then **on or before <u>5:00 p.m.,</u>**

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: hhgregg, Inc. (0538); Gregg Appliances, Inc. (9508); and HHG Distributing LLC (5875).  The location of the Debtors' corporate headquarters is 755 W. Carmel Drive, Suite 207, Carmel, IN  46032.

**on September 6, 2018**, you or your attorney must file an objection explaining why you object in accordance with Local Rule S.D.Ind. B-9013-1.  You may file your objection electronically on the Bankruptcy Court's website: http://www.insb.uscourts.gov, or if you are not authorized to file papers electronically, in writing delivered to the Clerk of the U.S. Bankruptcy Court, Birch Bayh Federal Building, 46 East Ohio Street, Room 116, Indianapolis, IN 46204.  If you mail your objection to the Clerk of the Court, you must mail it early enough so the Clerk of the Court will **receive** it on or before the date stated above.  You must also send a copy of your objection to (a) counsel for the Debtors: Jeffrey A. Hokanson, ICE MILLER LLP, One American Square, Suite 2900, Indianapolis, IN 46282, and to (b) Office of the U.S. Trustee, Attn: Ronald Moore, 101 W. Ohio Street, Suite 1000, Indianapolis, IN 46204.

YOU ARE FURTHER NOTIFIED that if no objections are timely filed with respect to the Motion, the Bankruptcy Court may enter an Order granting the relief requested in the Motion and such other relief as may be required without conducting an actual hearing.  If an objection is timely filed, the Bankruptcy Court will schedule a hearing to consider the proposed Motion and objection, at which you and your attorney are expected to attend.

Dated:  August 16, 2018

Respectfully submitted,

/s/ Jeffrey A. Hokanson
**ICE MILLER LLP**
Jeffrey A. Hokanson (No. 14579-49)
One American Square
Suite 2900
Indianapolis, Indiana  46282-0200
Telephone:  (317) 236-2100

*Counsel to the Debtors and Debtors in Possession*