IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In re:<br><br>hhgregg, Inc., *et al.*,[1]<br><br>                     Debtors. | Chapter 11<br><br>Case No. 17-01302-JJG-11<br><br>(Jointly Administered) |

**PROPOSED AGENDA OF MATTERS SCHEDULED FOR HEARING
ON SEPTEMBER 12, 2018 AT 2:00 P.M.**

hhgregg, Inc. and its above-captioned affiliated debtors and debtors in possession (each, a "Debtor" and, collectively, the "Debtors"), by counsel, hereby submits this proposed agenda for the matters scheduled for hearing on September 12, 2018 at 2:00 p.m. (prevailing Eastern Time) in Room 311, Birch Bayh Federal Building and U.S. Courthouse, 46 E. Ohio Street, Indianapolis, IN 46204 (the "Hearing"). The Debtors anticipate that the matters before the Court for the Hearing will take approximately 1 hour.

I.  **DIAL-IN INFORMATION**

The dial-in telephone number for interested parties to participate in the Hearing by conference call is 1-888-872-3603, passcode: 317-236-2236#.

**NOTE:** All callers will be muted by the Court. Those wishing to address the Court must press *6 to un-mute their phone, and then once again mute their phone by pressing #6. All callers must identify themselves and the party (ies) they represent when addressing the Court.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: hhgregg, Inc. (0538); Gregg Appliances, Inc. (9508); and HHG Distributing LLC (5875). The location of the Debtors' corporate headquarters is 160 West Carmel Drive, Suite 263, Carmel, IN 46032.

II.   **MATTERS SCHEDULED TO BE HEARD AT HEARING**

**Lead Bankruptcy Case: 17-01302-JJG-11**

1. Hearing on Motion to Compromise and/or Settle under Fed.R.Bankr.P. 9019 filed by Official Committee of Unsecured Creditors of Gregg [2574].

   **Status:** Creditor GACP Finance Co., LLC filed Limited Objection [2587]. **Going forward at the Hearing.**

2. Hearing on Motion for Determination that Automatic Stay does not Bar Use of Insurance Proceeds to Pay Defense Costs, or Alternatively, for Relief from Stay filed by Creditors Benjamin Geiger, Kevin Kovacs, Lance Peterson, Robert Riesbeck [2603].

   **Status:** Debtor filed Response in Opposition [2617]. **Going forward at the Hearing.**

3. Status Conference on Order Granting Application for Payment of Administrative Expenses Pursuant to Sec. 503 for Haier US Appliance Solutions, Inc. d/b/a GE Appliances, as successor-in-interest to the Appliances business unit of General Electric Company ("GEA") in the amount of $466,761.67 [2311], [2625].

   **Status: Going forward at the Hearing.**

4. All other matters properly before the Court.

**NOTICE**

The Debtors have served this Notice on (a) the Debtors; (b) the Debtors' counsel; (c) the Office of the United States Trustee; (d) counsel to the Committee; (e) those parties who have appeared pursuant to Bankruptcy Rule 9010 or who have requested notice

pursuant to Bankruptcy Rule 2002; and (v) each entity who has filed and served a court filing set to be heard at the Hearing.

Dated:  September 10, 2018

Respectfully submitted,

/s/ Jeffrey A. Hokanson
**ICE MILLER LLP**
Jeffrey A. Hokanson (No. 14579-49)
One American Square, Suite 2900
Indianapolis, IN  46282-0200
Telephone:  (317) 236-2100
Jeff.Hokanson@icemiller.com

*Counsel to the Debtors and Debtors in Possession*

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2018, I electronically filed the foregoing.  Notice of this filing will be sent to the parties who have requested to receive notice through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

/s/ Jeffrey A. Hokanson
Jeffrey A. Hokanson