**PROPOSED ORDER**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| hhgregg, Inc., *et al.*,[1] | Case No. 17-01302-JJG-11 |
| Debtors. | (Jointly Administered) |

**ORDER AUTHORIZING THE EMPLOYMENT OF INVESTMENT RECOVERY GROUP AS TAX ADVISOR FOR THE DEBTORS**

This matter comes before the Court on the Debtors' *Application for Order Authorizing the Employment of Investment Recovery Group as Tax Advisor for the Debtors* (the "Application") (Doc. ___ ) pursuant to sections 327 and 328(a) of the Bankruptcy Code,[2] Rule 2014 of the Federal Rules of Bankruptcy Procedures, and S.D. Ind. B-2014.

Having reviewed the Application, the Engagement Agreement, and the Declaration of Daniel Grotenhuis submitted in support of the Application, the Court finds that: (1) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (2) this is a core

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: hhgregg, Inc. (0538); Gregg Appliances, Inc. (9508); and HHG Distributing LLC (5875). The location of the Debtors' corporate headquarters is 160 West Carmel Drive, Suite 263, Carmel, IN 46032.

[2] Capitalized terms not otherwise defined herein have the same meaning given them in the Application.

proceeding pursuant to 28 U.S.C. § 157 (b)(2); and (3) service and notice of the Application was proper. Accordingly, for good cause shown,

**IT IS ORDERED THAT:**

1. The Application is hereby **GRANTED**.

2. The Debtors are authorized to employ IRG as tax advisor *nunc pro tunc* to the date of filing of the Application with compensation to be paid pursuant to section 328(a) as detailed in the Application; and

3. IRG is exempted from the Interim Compensation Procedures Order.

###