UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

In re _____Gregg Appliances, Inc._____    Case No. _____17-01302-11_____
            Debtors

MONTHLY OPERATING REPORT
Gregg Appliances, Inc.

INDEX TO CONDENSED FINANCIAL STATEMENTS AND SCHEDULES

| CONDENSED FINANCIAL STATEMENTS | Page |
|---|---|
| Condensed Statement of Income | 2 |
| Condensed Balance Sheet | 3 |
| Condensed Statement of Cash Flows | 4 |

SCHEDULES

| | | Page |
|---|---|---|
| Schedule 1 - | Total Disbursements | 5 |
| Schedule 2 - | Bank Reconciliations | 6 |
| Schedule 3 - | Total Disbursements to Retained Professionals | 7 |
| Schedule 4 - | Summary of Unpaid Post-Petition Debts | 8 |
| Schedule 5 - | Schedule of Federal, State, and Local Taxes Collected, Received, Due or Withheld | 9 |
| Schedule 6 - | Accounts Receivable Aging | 10 |
| Schedule 7 - | Questionnaire | 11 |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the documents attached are true and correct to the best of my knowledge and belief.

_____    _____
Signature of Debtor                                      Date

_____    _____
Signature of Joint Debtor                                Date

_[signature]_                                            3/25/2019
Signature of Authorized Individual*                      Date

Kevin Kovacs                                             CEO / CFO
Printed Name of Authorized Individual                    Title of Authorized Individual

* Authorized individual must be an officer, director, or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

Case 17-01302-JJG-11　　Doc 2788　　Filed 04/03/19　　EOD 04/03/19 14:35:39　　Pg 2 of 11

1 of 1

Gregg Appliances, Inc.
DEBTORS AND DEBTORS IN POSSESSION
Condensed Consolidated Statement of Income (unaudited)

| (In Thousands) | For the Period of February 1, 2019 to February 28, 2019 |
|---|---|
| **Net Sales** | $ - |
| Cost of Goods Sold | - |
| **Gross Profit/(Loss)** | - |
| Operating Expenses: | |
|   Advertising Expense, Net | - |
|   Occupancy Costs | 3 |
|   Data Communications | 0 |
|   Repair and Maintenance | - |
|   Company Insurance (Non-Medical) | 0 |
|   Employee Benefits | 1 |
|   Wage Expense | 19 |
|   Employee Services | 0 |
|   Travel and Entertainment | - |
|   Bank Transaction Fees | 2 |
|   Professional Fees | 25 |
|   Stock Compensation Expense (Benefit), Net | - |
|   Gain/Loss on Early Extinguishment of Debt | - |
|   Depreciation and Amortization | - |
|   Administrative and Sales Expense | 12 |
|   Product Services Expense | - |
|   Bad Debts | - |
| **Total Operating Expenses** | 63 |
| **Operating Income/(Loss)** | (63) |
| Interest Expense, net | (93) |
| Other Income/(Expense) | 191 |
| **Income Before Taxes** | $ 35 |
| Income Tax Expense/(Benefit) | - |
| **Net Income/(Loss)** | $ 35 |

Gregg Appliances, Inc.
DEBTORS AND DEBTORS IN POSSESSION
Condensed Consolidated Balance Sheet (unaudited)

| (In Thousands) | As of 2/28/2019 |
|---|---:|
| **Assets** | |
| Cash | 12,246 |
| Credit Card and Trade Accounts Receivable, Net | 6,441 |
| Accounts Receivable - Other | 8,776 |
| Merchandise Inventories | - |
| Prepaid Expenses and Other Assets | 4,650 |
| Income Taxes Receivable | 78 |
| **Total Current Assets** | 32,191 |
| Property and Equipment, Net | - |
| Capitalized Financing Fees, Net | - |
| Goodwill | - |
| Trademarks, Net | - |
| Other Assets, Net | 2 |
| **Total Assets** | $ 32,193 |
| **Liabilities and Stockholders' Deficit** | |
| Accounts Payable | 8,638 |
| Oustanding Customer Deposits, Credits, Refunds | 1,560 |
| Unredeemed Gift Card Liability | 15 |
| Other Accrued Expenses | 14,419 |
| Deferred Tax Liability | - |
| DIP Loans | 9,562 |
| **Total Current Liabilities** | $ 34,194 |
| Deferred Rent | - |
| LT Deferred Compensation | 234 |
| Other Long-term Liabilities | 107 |
| Liabilities Subject to Compromise | 196,269 |
| **Total Liabilities** | $ 230,803 |
| Preferred Stock | - |
| Common Stock | 4 |
| Accumulated Deficit | (353,161) |
| Treasury Stock | (150,228) |
| Additional Paid-in Capital | 304,775 |
| **Total Stockholders' Deficit** | $ (198,610) |
| **Total Liabilities and Stockholders' Deficit** | $ 32,193 |

**Gregg Appliances, Inc.**
**DEBTORS AND DEBTORS IN POSSESSION**
Condensed Consolidated Statement of Cash Flows (unaudited)

| (In Thousands) | For the Period of February 1, 2019 to February 28, 2019 |
|---|---|
| **Cash flows from operating activities:** | |
| Net cash provided by (used in) operating activities | $ (57) |
| **Cash flows from investing activities:** | |
| Purchases of property and equipment | - |
| Proceeds from sale of property and equipment | - |
| Other | - |
| Net cash used in investing activities | - |
| **Cash flows from financing activities:** | |
| Net Borrowings (Repayments) on Line of Credit | - |
| | - |
| Increase/(decrease) in cash and cash equivalents | (57) |
| Cash and cash equivalents at beginning of period | 12,302 |
| Cash and cash equivalents at end of period | $ 12,246 |

Gregg Appliances, Inc.
DEBTORS AND DEBTORS IN POSSESSION
Total Disbursements by Filed Legal Entity (unaudited)

*(In Thousands)*

For the Period of February 1, 2019 to February 28, 2019

| Legal Entity | Case Number | Disbursements |
|---|---|---|
| Gregg Appliances, Inc. | 17-01303-11 | $ 330 |

Gregg Appliances, Inc.
DEBTORS AND DEBTORS IN POSSESSION
Bank Reconcilliations (unaudited)

*(In Thousands)*

| G/L Acct | Account Name | Bank Acct # | Debtor | Description | Bank Balance | Ledger Balance | As of Date | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 1000 | Master Operating Account | 938169174 | Gregg Appliances, Inc. | Operating Account | $ 0 | $ - | 2/28/2019 | No |
| 1001 | Corporate Account | 938169505 | Gregg Appliances, Inc. | Corporate AR deposit account, All retail locations depository account | $ - | $ - | 2/28/2019 | No |
| 1016 | Cash Concentration | 938169455 | Gregg Appliances, Inc. | Cash Dominion | $ - | $ - | 2/28/2019 | No |
| 1017 | Gregg AR DIP REVOLVER | Loan # 2ZT08 | Gregg Appliances, Inc. | Excess cash on Wells Fargo AR DIP Revolver | $ 967 | $ 967 | 2/28/2019 | Yes |
| 1051 | Disbursements | 938169729 | Gregg Appliances, Inc. | Checking | $ - | $ (171) | 2/28/2019 | No |
| 1011 | Restricted - Wells Fargo Escrow | Internal Wells Fargo Account | Gregg Appliances, Inc. | Legal Reserve and Escrow for Whirlpool, Electrolux and WGT V Matters | $ 11,450 | $ 11,450 | 2/28/2019 | No |

1 of 1

Gregg Appliances, Inc.
DEBTORS AND DEBTORS IN POSSESSION
Total Disbursements to Retained Professionals (unaudited)

*(In Thousands)*

For the Period of February 1, 2019 to February 28, 2019

| Retained Professionals | | Approved Amounts (1) | Disbursements |
|---|---|---|---|
| MORGAN, LEWIS & BOCKIUS LLP | Legal Services | $ 1,878 | $ - |
| STIFEL, NICOLAUS & COMPANY INC | Bankruptcy Services | $ - | $ - |
| BERKELEY RESEARCH GROUP LLC | Bankruptcy Services | $ 2,423 | $ - |
| DONLIN, RECANO & COMPANY INC | Bankruptcy Services | $ - | $ - |
| ICE MILLER LLP | Legal Services | $ 1,639 | $ - |
| BINGHAM GREENBAUM DOLL LLP | Bankruptcy Services | $ 163 | $ - |
| MALFITANO PARTNERS | Bankruptcy Services | $ 66 | $ - |
| COOLEY LLP | Bankruptcy Services | $ 2,087 | $ - |
| PROVINCE, INC. | Bankruptcy Services | $ 542 | $ - |
| DLA PIPER LLP US | Bankruptcy Services | $ - | $ - |
| FAEGRE BAKER DANIELS LLP | Bankruptcy Services | $ - | $ 5 |
| CHOATE HALL & STEWART LLP | Bankruptcy Services | $ - | $ - |
| ASK LLP | Bankruptcy Services | $ - | $ - |
| GREAT AMERICAN GROUP | Bankruptcy Services | $ - | $ - |
| Total | | $ 8,798 | $ 5 |

(1) Approved amounts represent the amount of fees and expenses that were approved by court order for payment by the Debtors to each professional from commencement of the case through February 2019.

Gregg Appliances, Inc.
DEBTORS AND DEBTORS IN POSSESSION
Summary of Unpaid Post-Petition Debts (unaudited)
As of 2/28/2019

*(In Thousands)*

Gregg Appliances, Inc. (17-01303-11)

| | Current | \multicolumn{4}{c|}{Number of Days Past Due} | Total |
| | | 0-30 | 31-60 | 61-90 | Over 90 | |
|---|---|---|---|---|---|---|
| Accounts Payable | $ - | $ 0 | $ 0 | $ - | $ 1,677 | $ 1,678 |
| Wages Payable | $ 6 | $ - | $ - | $ - | $ - | $ 6 |
| Taxes Payable (1) | $ 2 | $ - | $ - | $ - | $ 949 | $ 951 |
| Rent/Leases-Building | $ - | $ - | $ - | $ - | $ 3,759 | $ 3,759 |
| Utilities Payable (2) | $ - | $ - | $ - | $ - | $ 636 | $ 636 |
| Insurance Reserves | $ - | $ - | $ - | $ - | $ 1,667 | $ 1,667 |
| Secured Debt/Adequate Protection Payments | $ - | $ - | $ - | $ - | $ - | $ - |
| Professional Fees | $ 19 | $ 10 | $ 10 | $ - | $ 1,931 | $ 1,971 |
| Amounts Due to Insiders | $ - | $ - | $ - | $ - | $ - | $ - |
| Outstanding Customer Deposits, Credits, Refunds (2) | $ - | $ - | $ - | $ - | $ 1,560 | $ 1,560 |
| Unredeemed Gift Card Liability (2) | $ - | $ - | $ - | $ - | $ 15 | $ 15 |
| Deferred Rent | $ - | $ - | $ - | $ - | $ - | $ - |
| LT Deferred Compensation | $ - | $ - | $ - | $ - | $ 234 | $ 234 |
| Other (2) | $ - | $ - | $ - | $ - | $ 12,496 | $ 12,496 |
| Total Post-Petition Debts | $ 27 | $ 10 | $ 11 | $ - | $ 24,925 | $ 24,973 |

(1) Any past due taxes payable relate to unpaid business license fees for 2017, as well as unpaid gross receipts taxes payable and any penalties charged for late payments beginning in July 2017.

Gregg Appliances, Inc.
DEBTORS AND DEBTORS IN POSSESSION
Schedule of Federal, State, & Local Taxes Collected, Received, Due or Witheld (unaudited)

*(In Thousands)*

For the Period of February 1, 2019 to February 28, 2019

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | $ 1 | $ 4 | $ (4) | 2/6; 2/20 | WIRE | $ 1 |
| FICA - Employee | $ 1 | $ 2 | $ (2) | 2/6; 2/20 | WIRE | $ 1 |
| FICA - Employer | $ 1 | $ 2 | $ (2) | 2/6; 2/20 | WIRE | $ 1 |
| Unemployment | $ 0 | $ 0 | $ (0) | 2/6; 2/20 | WIRE | $ 0 |
| Income | $ - | | | | | $ - |
| Total Federal Taxes | $ - | $ 8 | $ (8) | | | $ 0 |
| **State and Local** | | | | | | |
| Withholding | $ 0 | $ 1 | $ (1) | 2/6; 2/20 | WIRE | $ 0 |
| Sales and Use | $ (0) | $ - | $ - | | | $ (0) |
| Excise | $ - | $ - | $ - | | | $ - |
| Unemployment | $ 0 | $ 0 | $ (0) | 2/6; 2/20 | WIRE | $ 0 |
| Real Property | $ 3,474 | $ - | $ - | | | $ 3,474 |
| Personal Property | $ 1,582 | $ - | $ - | | | $ 1,582 |
| Other | $ 99 | $ - | $ - | | | $ 99 |
| Total State and Local | $ 5,156 | $ 1 | $ (1) | | | $ 5,156 |

Gregg Appliances, Inc.
DEBTORS AND DEBTORS IN POSSESSION
Accounts Receivable Aging (unaudited)

(In Thousands)

**As of February 28, 2019**

### Accounts Receivable Reconciliation

| | Credit Card Receivables | Trade Accounts Receivable | Total Credit Card and Trade Accounts Receivable |
|---|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | $ 1,904 | 5,541 | $ 7,444 |
| + Amounts billed during the period | - | - | - |
| - Amounts collected during the period | - | 0 | 0 |
| - Other Adjustments (Writeoffs/Credit Memos/Adjustments/Chargebacks/Signifyd Funding) | (1,004) | 0 | (1,004) |
| Total Accounts Receivable at the end of the reporting period | $ 900 | $ 5,541 | $ 6,441 |

13.9

**As of February 28, 2019**

### Accounts Receivable Aging

| | Credit Card Receivables | Trade Accounts Receivable | Total Credit Card and Trade Accounts Receivable |
|---|---|---|---|
| < 90 | $ - | $ - | $ - |
| 91+ | 900 | 5,541 | 6,441 |
| Total Accounts Receivable | 900 | 5,541 | 6,441 |
| Amount Considered Uncollectible | - | - | - |
| Accounts Receivable, Net | $ 900 | $ 5,541 | $ 6,441 |
| | (1) / (2) | | |

NOTES
(1) In July 2018, all Credit Card Receivables were written off with the exception of Pre-Petition funds withheld by Vantiv (Visa/Mastercard) in the amount of $900,000. Debtors understand some or all of that amount was applied against chargebacks by the Credit Card companies; however, will continue to carry balance until fully resolved.
(2) No reserves have been recorded against credit card receivables.
(3) $8.8M of Accounts Receivable - Other exists at 2/28/2019 for which aging information is not readily available.

Gregg Appliances, Inc.
DEBTORS AND DEBTORS IN POSSESSION
Questionnaire

| | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | X |
| 3. Have all post-petition tax returns been filed timely? If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability, and other necessary insurance coverages in effect? If no, provide an explanation below. | X | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |

| Account Name | Purpose | Business | Acct Number | Bank Name | Date |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |