SO ORDERED: June 12, 2019.



_____
Jeffrey J. Graham
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| In re:<br><br>hhgregg, Inc., *et al.*,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 17-01302-JJG-11<br><br>(Jointly Administered) |

**ORDER APPROVING MOTION TO COMPROMISE AND SETTLE
CLAIMS ASSERTED IN ADVERSARY PROCEEDINGS**

This matter came before the Court on the Plaintiff's *Motion to Compromise and Settle Claims Asserted in Adversary Proceedings* (the "Motion"). The Court, being duly advised in the premises, now finds the Motion should be GRANTED. It is therefore,

ORDERED that the Settlement Agreement attached to the Motion as Exhibit A is hereby approved in all respects. It is further

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: hhgregg, Inc. (0538); Gregg Appliances, Inc. (9508); and HHG Distributing LLC (5875). The location of the Debtors' corporate headquarters is 755 W. Carmel Drive, Suite 207, Carmel, Indiana 46032.

ORDERED that Plaintiff is authorized to execute the Settlement Agreement and all other documents necessary to complete the settlement.

###